IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UBER TECHNOLOGIES, INC., <br><br> PLAINTIFF, <br><br> v. <br><br> SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS, <br><br> DEFENDANTS. | RULE 7.1 CORPORATE DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Uber Technologies, Inc. ("Uber"), by and through its undersigned attorneys, certifies as follows:

Uber is a publicly held corporation with no parent company. Furthermore, based solely on filings with the U.S. Securities and Exchange Commission regarding beneficial ownership of its stock, Uber is unaware of any shareholder who beneficially owns more than 10% of Uber's outstanding stock.

Dated: September 18, 2025

ROHN KURLAND, P.C.

By: /s/ Amy L. Kurland

Amy Kurland, Bar No. 37419
AKurland@rohnkurland.com
1700 Market St, Suite 1005
Philadelphia, PA 19103
Telephone: +1.215.770.0320
Facsimile: +1.215.717.9697

**PERKINS COIE LLP**

David W. T. Daniels (*pro hac vice* application forthcoming)
DDaniels@perkinscoie.com
Sydney Veatch (*pro hac vice* application forthcoming)
SVeatch@perkinscoie.com
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

David B. Massey (*pro hac vice* application forthcoming)
DMassey@perkinscoie.com
William Wilder (*pro hac vice* application forthcoming)
WWilder@perkinscoie.com
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: +1.212.262.6900
Facsimile: +1.212.977.1649

Michael R. Huston (*pro hac vice* application forthcoming)
MHuston@perkinscoie.com
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone: +1.602.351.8000
Facsimile: +1.602.648.7000

*Attorneys for Plaintiff Uber Technologies, Inc.*