IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UBER TECHNOLOGIES, INC., : | |
| : | |
| Plaintiff, : | CIVIL ACTION |
| : | |
| v. : | |
| : | No. 2:25-cv-05365-MAK |
| SIMON & SIMON P.C., MARC SIMON, : | |
| CLIFTON BURT, PREMIER PAIN & : | |
| REHAB CENTER, PC, ETHEL HARVEY, : | |
| DANIEL PICCILLO, PHILADELPHIA : | |
| SPINE ASSOCIATES, LLC, AND LANCE : | |
| YARUS, : | |
| : | |
| Defendants. : | |

## ORDER

**AND NOW**, this ___ day of November, 2025, upon consideration of the Motion by Defendants Philadelphia Spine Associates, Daniel Piccillo, D.C., and Ethel Harvey, D.C., to withdraw without prejudice their pending Motion to Dismiss (ECF. 38), filed on November 3, 2025, it is hereby ORDERED that said Motion is GRANTED. The Motion to Dismiss shall be deemed withdrawn without prejudice to later move for dismissal consistent with the Court's October 14, 2025 Order (ECF 34).

BY THE COURT:

_____
Kearney, J.

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UBER TECHNOLOGIES, INC., : | |
| : | |
| Plaintiff, : | CIVIL ACTION |
| : | |
| v. : | |
| : | No. 2:25-cv-05365-MAK |
| SIMON & SIMON P.C., MARC SIMON, : | |
| CLIFTON BURT, PREMIER PAIN & : | |
| REHAB CENTER, PC, ETHEL HARVEY, : | |
| DANIEL PICCILLO, PHILADELPHIA : | |
| SPINE ASSOCIATES, LLC, AND LANCE : | |
| YARUS, : | |
| : | |
| Defendants. : | |

### DEFENDANTS PHILADELPHIA SPINE ASSOCIATES, LLC, ETHEL HARVEY, D.C., AND DANIEL PICCILLO, D.C.'S MOTION TO WITHDRAW THEIR MOTION TO DISMISS (ECF 38) WITHOUT PREJUDICE

Pursuant to Judge Kearney's Order of November 5, 2025 (ECF 30), Defendants Philadelphia Spine Associates, LLC, Ethel Harvey, D.C., and Daniel Piccillo, D.C., hereby move to withdraw without prejudice their pending Motion to Dismiss Plaintiff's Complaint (ECF 38) to later move for Dismissal consistent with the Court's October 14, 2025 Order (ECF 34).

Respectfully submitted,

Dated: November 21, 2025    BARATTA LAW, LLC

BY: _____
ANDREW P. BARATTA, ESQUIRE
*Attorney for Defendants, Daniel Piccillo, D.C., and Ethel Harvey, D.C.*
Attorney I.D. No. 82250
BARATTA LAW, LLC
3500 READING WAY
HUNTINGDON VALLEY, PA 19006
215-914-8132

2

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UBER TECHNOLOGIES, INC., | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : |
| | : No. 2:25-cv-05365-MAK |
| SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, AND LANCE YARUS, | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system, which shall be available for viewing and downloading therein. By electronically filing, the CM/ECF system shall send notification of such filing to counsel of record for each party and those registered to receive a Notice of Electronic Filing for this case.

Dated: November 21, 2025                    BARATTA LAW, LLC

                                            BY: _____
                                            ANDREW P. BARATTA, ESQUIRE
                                            *Attorney for Defendants, Daniel Piccillo, D.C., and Ethel Harvey, D.C.*
                                            Attorney I.D. No. 82250
                                            BARATTA LAW, LLC
                                            3500 READING WAY
                                            HUNTINGDON VALLEY, PA 19006
                                            215-914-8132

3