IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UBER TECHNOLOGIES, INC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 25-5365 |
| | : | |
| **SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, LANCE YARUS** | : : : : : | |

## ORDER

**AND NOW**, this 21st day of November 2025, upon considering Defendants Philadelphia Spine Associates, Daniel Piccillo, and Ethel Harvey's Notice of withdrawal (ECF 41) their Motion to dismiss (ECF 38) consistent with our November 5, 2025 Order (ECF 39), and for good cause, it is **ORDERED** Defendants' Notice (ECF 41) is **APPROVED** requiring we **DENY** Defendants' Motion to dismiss (ECF 38) as withdrawn without prejudice to proceed consistent with our November 5, 2025 Order (ECF 39).

_____
**KEARNEY, J.**