# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UBER TECHNOLOGIES, INC., | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | No. 2:25-cv-05365-MAK |
| SIMON & SIMON, P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, P.C., ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, AND LANCE YARUS, | : | |
| Defendants. | : | |

**MEMORANDUM OF LAW IN SUPPORT OF THE SIMON DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS TEMPORARILY UNDER SEAL AND TO RESTRICT ACCESS TO THE SIMON DEFENDANTS, PLAINTIFF, AND THE COURT PENDING FURTHER ORDER OF THE COURT**

Pursuant to Fed. R. Civ. P. 7(b), Local Rule of Civil Procedure 7.1(c), and Sections I(G) and IV(C) of Judge Kearney's Policies and Procedures, Defendants Simon & Simon P.C., and Marc Simon (the "Simon Defendants"), through their counsel, hereby file this Memorandum in Support of their Motion for Leave to File Documents Temporarily Under Seal (the "Motion").

## FACTUAL BACKGROUND

The Simon Defendants have attached documents to their December 12, 2025 motion to dismiss that Plaintiff Uber Technologies, Inc. ("Uber") has contended are confidential (the "Documents"). The Simon Defendants have therefore redacted both the Documents and references to the Documents in the Simon Defendants' brief in the public filings on the docket, and have submitted unredacted versions of the papers in a "Notice of Sealed Documents in Support of the Simon Defendants' Motion to Dismiss" to both ECF_Documents@paed.uscourts.gov and to Chambers via email, as required by Section I(G) of the Court's Policies and Procedures.

By email dated December 11, 2025, counsel for the Simon Defendants informed Uber of their intentions to submit the Documents as exhibits to their Motion to Dismiss. By response the same day, counsel for Uber objected to the Simon Defendants providing unredacted copies of the Documents to counsel for Defendants Clifton Burt, Premier Pain & Rehab Cetner, P.C., Ethel Harvey, Daniel Piccillo, Philadelphia Spine Associates, LLC and Lance Yarus.[1] In light of Uber's objection, the Simon Defendants asked counsel for the other Defendants to consent to the submission of the Documents to the Court with this temporary motion *without* providing copies the Documents pending further Order of the Court. The other Defendants *have* provided such consent, subject to a reservation of rights to oppose any further or additional relief that may be sought by Uber to maintain the seal on the Documents, to prohibit the other Defendants' access to the Documents, or otherwise. Accordingly, the Simon Defendants have not provided unredacted copies of the Documents to the other Defendants with the filing of this Motion. The Simon Defendants will provide the other Defendants with copies of the emails only – without attachments – by which the Simon Defendants have transmitted the Documents to the designated email for the Clerk of the Court and to Chambers.

By email dated December 12, 2025, the Simon Defendants counsel informed Uber's counsel of the Simon Defendants' intention to make this motion without providing copies of the Documents to the other Defendants. Counsel for Uber has not provided its consent to this Motion.

---

[1] A true and accurate copy of the full email exchange with counsel for Uber, through and including the last email sent/received at the time of the filing of this motion, is attached to the Simon Defendants' Motion to Temporarily Seal as Exhibit A.

## ARGUMENT

Local Rule 5.1.5(a)(2) requires that an Order of the Court is required to seal the Documents. The Policies & Procedures of the Honorable Mark A. Kearney, Section I(G), direct parties who seek to seal any documents to file a motion. Here, the Simon Defendants wish to use certain Documents in support of their Motion to Dismiss which Uber contends contain confidential information. The Simon Defendants ask only for a temporary seal so that Uber may bring its own Motion to Seal, to seek whatever restrictions it thinks may be appropriate under *In re Avandia Mktg., Sales Practices & Prods. Liab. Litig.*, 924 F.3d 662 (3d Cir. 2019) and *In re Storag Etzel GmBH*, No. 19-mc-209, 2020 WL 2915781 (D. Del. June 3, 2020), *adopting except for the First Amendment analysis* 2020 WL 2949742 (D. Del. Marc. 25, 2020).

Accordingly, Defendants request that the Documents remain temporarily under seal until a date set by the Court for Uber to file a motion to maintain the sealing of the Documents, if Uber wishes to do so.

## RELIEF REQUESTED

The Simon Defendants respectfully request that the Court grant the Motion and temporarily seal the Documents as set forth in the proposed form of order.

**CONCLUSION**

WHEREFORE, Defendants respectfully request that the Court grant the relief requested in this Motion.

Respectfully submitted,

Dated: December 12, 2025

**BLANK ROME LLP**

*/s/ Daniel E. Rhynhart*
Daniel E. Rhynhart (I.D. No. 78248)
James T. Smith (I.D. No. 39333)
Michael A. Stoolman (I.D. No. 326117)
Maegan S. McUmber (I.D. No. 335905)
One Logan Square, 130 N. 18th Street
Philadelphia, PA 19103
Phone: (215) 569-5371
Email:
Dan.Rhynhart@BlankRome.com
Jim.Smith@BlankRome.com
Michael.Stoolman@BlankRome.com
Maegan.McUmber@BlankRome.com

*Attorneys for Defendants*
*Simon & Simon P.C., and Marc Simon*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system, which shall be available for viewing and downloading therein. By electronically filing, the CM/ECF system shall send notification of such filing to counsel of record for each party and those registered to receive a Notice of Electronic Filing for this case.

Dated: December 12, 2025				**BLANK ROME LLP**

*/s/ Daniel E. Rhynhart*
Daniel E. Rhynhart (I.D. No. 78248)
James T. Smith (I.D. No. 39333)
Michael A. Stoolman (I.D. No. 326117)
Maegan S. McUmber (I.D. No. 335905)
One Logan Square, 130 N. 18th Street
Philadelphia, PA 19103
Phone: (215) 569-5371
Email:
Dan.Rhynhart@BlankRome.com
Jim.Smith@BlankRome.com
Michael.Stoolman@BlankRome.com
Maegan.McUmber@BlankRome.com

*Attorneys for Defendants*
*Simon & Simon P.C., and Marc Simon*