IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UBER TECHNOLOGIES, INC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 25-5365 |
| | : | |
| **SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, LANCE YARUS** | : | |

## ORDER

**AND NOW**, this 16th day of December 2025, upon considering the Simon Defendants' Motion to dismiss (ECF 51) and duplicative Motion to dismiss (ECF 52) filed as separate Motion with no substantive amendments other than providing the unredacted version of their Motion (ECF 51), and for good cause, it is **ORDERED** the Simon Defendants' duplicative Motion to dismiss (ECF 52) is **DENIED** as a motion but we construe it as a Notice of sealed documents in support of the publicly filed Motion (ECF 51).

**KEARNEY, J.**