## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UBER TECHNOLOGIES, INC. : CIVIL ACTION
:
     v. : NO. 25-5365
:
SIMON & SIMON P.C., MARC SIMON, :
CLIFTON BURT, PREMIER PAIN & :
REHAB CENTER, PC, ETHEL :
HARVEY, DANIEL PICCILLO, :
PHILADELPHIA SPINE ASSOCIATES, :
LLC, LANCE YARUS :

## ORDER

**AND NOW**, this 19th day of December 2025, upon considering the Simon Defendants'

amended Motion to dismiss (ECF 55) filed without redactions consistent with our December 15,

2025 Order (ECF 53), Defendants' redacted Motion to dismiss (ECF 51), and for good cause, it

is **ORDERED** the Simon Defendants' redacted Motion to dismiss (ECF 51) is **DENIED** as a

motion but nothing in this Order affects Plaintiff's obligation to timely respond under our

October 14, 2025 and November 5, 2025 Orders (ECF 32, 39).

_____
**KEARNEY, J.**