IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UBER TECHNOLOGIES, INC. | : CIVIL ACTION |
| | : |
| v. | : NO. 25-5365 |
| | : |
| SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, LANCE YARUS | : |

## ORDER

AND NOW, this 22nd day of December 2025, upon reviewing Plaintiff's Notice of intent to file an amended Complaint (ECF 57) consistent with the options afforded in our November 5, 2025 Order (ECF 39) and now mooting Defendants' Motions to dismiss (ECF 47, 48, 49, 55), and for good cause, it is **ORDERED** we **DENY** Defendants' Motions (ECF 47, 48, 49, 55) as mooted by Plaintiff's amended Complaint (which we expect will fulsomely address the alleged pleading deficiencies after a meaningful meet and confer with each Defendant's counsel) due no later than **January 12, 2026** with responses due no later than **January 26, 2026.**

KEARNEY, J.