# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UBER TECHNOLOGIES, INC., <br><br> PLAINTIFF, <br><br> v. <br><br> SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS, <br><br> DEFENDANTS. | CIVIL ACTION <br><br> No. 2:25-cv-05365-MAK |

### PLAINTIFF'S NOTICE REGARDING THE COURT'S JANUARY 5, 2026 ORDER

Plaintiff Uber Technologies, Inc. ("Uber") provides notice that, pursuant to the Court's January 5, 2026 Order (ECF No. 62), Plaintiff provided a detailed outline with facts and claims of the proposed Amended Complaint to Defendants on Friday, January 9, 2026. On Monday, January 12, 2026, all Defendants notified Uber that they consent to Uber's requested two-week extension of time to file the Amended Complaint. As requested in Plaintiff's Motion for an Extension of Time to Amend (ECF No. 61), Uber respectfully requests leave to file such amendment by January 26, 2026.

Dated: January 12, 2026

**ROHN KURLAND, P.C.**

By: /s/ Amy Kurland
    Amy Kurland, Bar No. 37419
    AKurland@rohnkurland.com
    1700 Market St, Suite 1005
    Philadelphia, PA 19103
    Telephone: +1.215.770.0320
    Facsimile: +1.215.717.9697

**PERKINS COIE LLP**

    David W. T. Daniels
    DDaniels@perkinscoie.com
    Sydney Veatch
    SVeatch@perkinscoie.com
    Michael J. Wadden
    MWadden@perkinscoie.com
    700 Thirteenth Street, N.W., Suite 800
    Washington, D.C. 20005-3960
    Telephone: +1.202.654.6200
    Facsimile: +1.202.654.6211

    David B. Massey
    DMassey@perkinscoie.com
    William Wilder
    WWilder@perkinscoie.com
    1155 Avenue of the Americas, 22nd Floor
    New York, New York 10036-2711
    Telephone: +1.212.262.6900
    Facsimile: +1.212.977.1649

    Michael R. Huston
    MHuston@perkinscoie.com
    2525 E. Camelback Road, Suite 500
    Phoenix, Arizona 85016-4227
    Telephone: +1.602.351.8000
    Facsimile: +1.602.648.7000

*Attorneys for Plaintiff Uber Technologies, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system. By electronically filing, the CM/ECF system shall send notification of such filing to counsel of record for each party and those registered to receive a Notice of Electronic Filing for this case.

Dated: January 12, 2026

**PERKINS COIE LLP**

By:   */s/ David W. T. Daniels*
David W. T. Daniels
DDaniels@perkinscoie.com
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211
*Counsel for Plaintiff Uber Technologies, Inc.*

3