## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION, : | |
| : | CIVIL ACTION |
| Plaintiffs, : | |
| : | |
| v. : | No. 2:25-cv-05365-MAK |
| : | |
| SIMON & SIMON, P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, P.C., ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, AND LANCE YARUS, : | |
| : | |
| Defendants. : | |

### THE SIMON DEFENDANTS' CONSENT MOTION
### FOR EXTENSION OF TIME TO PLEAD OR OTHERWISE RESPOND AND OPPOSED
### MOTION FOR EXTENSION OF PAGES

Pursuant to FED. R. CIV. P. 7(b), Local Rule of Civil Procedure 7.1, and Section II(F) of Judge Kearney's Policies and Procedures, Defendants Simon & Simon P.C., and Marc Simon (the "Simon Defendants"), through their counsel, hereby file this Consent Motion for Extension of Time to Plead or Otherwise Respond to Plaintiffs' Amended Complaint and Opposed Motion for Extension of Pages (the "Motion").

## I.    ARGUMENT

On December 22, 2025, Plaintiff Uber Technologies, Inc. ("Uber") gave notice that it would be filing an amended complaint on or before January 12, 2026 pursuant to the Court's November 5, 2025 Order. ECF 57. Uber then requested a two-week extension of the time to file the amended complaint, until January 26, 2026. Following meeting and conferring on the scope of the amendment, including Uber's identification of the new plaintiff sought to be added as a party, the Simon Defendants (and all other Defendants) ultimately agreed to Uber's requested two-

week extension (ECF 69), which was granted. ECF 70.

The Amended Complaint was filed on January 26, 2026 and added Federal Express Corporation as an additional Plaintiff. ECF 71.

Given that the Amended Complaint adds new claims by a new party, and that the Amended Complaint is over double the length of the original Complaint, the Simon Defendants respectfully request a two-week extension of the time to plead or otherwise respond to the Amended Complaint; i.e., to February 23, 2026.  Such a two-week extension mirrors the additional time that the Simon Defendants consented to giving Uber to prepare the Amended Complaint. Plaintiffs Uber and FedEx agree to the Simon Defendants' requested extension.

To preemptively address opposition and reply deadline extensions, the parties have agreed upon a comprehensive briefing schedule as follows:

- All Defendants shall plead or otherwise respond to the Amended Complaint by **February 23, 2026;**

- Plaintiffs Uber and FedEx shall file a single consolidated opposition brief to all motions to dismiss by **March 23, 2026**; and

- All Defendants may file reply briefs in support of their motions to dismiss by **April 6, 2026.**

The Simon Defendants also request extensions of the briefing page limits that are similar to those that the Court granted in connection with the motions to dismiss the original Complaint, at ECF 46 (granting Simon Defendants leave to file memorandum not exceeding thirty-five pages, and granting Plaintiff leave to file one response to all motions to dismiss not exceeding forty-five pages). To track that relief, and also request similar relief for a reply brief, the Simon Defendants request the following page extensions:

2

- The Simon Defendants may file a single brief in support of their motion to dismiss not exceeding **35 pages**;

- Plaintiffs Uber and FedEx may file a single consolidated opposition brief to all Defendants' motions to dismiss not exceeding **45 pages;** and

- The Simon Defendants may file a reply brief not exceeding **15 pages**.[1]

Plaintiffs Uber and FedEx do not consent to these page extensions but have noted that "it is Plaintiffs' position that the page limit for Plaintiffs' opposition briefing should be equivalent to the page limit for Defendants' motion to dismiss briefing."

At minimum, good cause is shown to permit the Simon Defendants to file a 35 page memorandum in support of a motion to dismiss, as that extension was appropriate and granted for the original Complaint, which was half the size of the Amended Complaint.

## II.  **RELIEF REQUESTED**

The Simon Defendants respectfully request that the Court grant the above agreed-upon extension of time to otherwise plead or respond and the agreed-upon briefing scheduling order. The Simon Defendants also respectfully request that the Court grant the Simon Defendants' requested page extensions for the forthcoming motion to dismiss briefing, as set forth in the proposed form of order.

## III.  **CONCLUSION**

WHEREFORE, Defendants respectfully request that the Court grant the relief requested in this Motion.

---

[1] The other Defendant groups do not seek page extensions.

Respectfully submitted,

Dated: February 3, 2026

**BLANK ROME LLP**

*/s/ Daniel E. Rhynhart*
Daniel E. Rhynhart (I.D. No. 78248)
James T. Smith (I.D. No. 39333)
Michael A. Stoolman (I.D. No. 326117)
Maegan S. Spitzer (I.D. No. 335905)
One Logan Square, 130 N. 18th Street
Philadelphia, PA 19103
Phone: (215) 569-5371
Email:
Dan.Rhynhart@BlankRome.com
Jim.Smith@BlankRome.com
Michael.Stoolman@BlankRome.com
Maegan.Spitzer@BlankRome.com

*Attorneys for Defendants*
*Simon & Simon P.C. and Marc Simon*

## CERTIFICATION OF MEET AND CONFERRAL

Pursuant to Judge Kearney's Policies and Procedures, §§ I.A, II.F, and IV.B, the undersigned certifies that counsel for the Simon Defendants conferred with counsel for Plaintiffs on the relief sought in the instant Motion and that Plaintiff's counsel has represented that they consent to the Motion with respect to extension of the time for Defendants to plead or otherwise respond to the Amended Complaint and to the proposed comprehensive briefing scheduling order. Counsel for Plaintiffs indicated, however, that Plaintiffs do not consent to the proposed briefing page extensions.

Dated: February 3, 2026.                    **BLANK ROME LLP**

*/s/ Daniel E. Rhynhart*
Daniel E. Rhynhart (I.D. No. 78248)
James T. Smith (I.D. No. 39333)
Michael A. Stoolman (I.D. No. 326117)
Maegan S. Spitzer (I.D. No. 335905)
One Logan Square, 130 N. 18th Street
Philadelphia, PA 19103
Phone: (215) 569-5371
Email:
Dan.Rhynhart@BlankRome.com
Jim.Smith@BlankRome.com
Michael.Stoolman@BlankRome.com
Maegan.Spitzer@BlankRome.com

*Attorneys for Defendants*
*Simon & Simon P.C. and Marc Simon*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system, which shall be available for viewing and downloading therein. By electronically filing, the CM/ECF system shall send notification of such filing to counsel of record for each party and those registered to receive a Notice of Electronic Filing for this case.

Dated: February 3, 2026                    **BLANK ROME LLP**

*/s/ Daniel E. Rhynhart*
Daniel E. Rhynhart (I.D. No. 78248)
James T. Smith (I.D. No. 39333)
Michael A. Stoolman (I.D. No. 326117)
Maegan S. Spitzer (I.D. No. 335905)
One Logan Square, 130 N. 18th Street
Philadelphia, PA 19103
Phone: (215) 569-5371
Email:
Dan.Rhynhart@BlankRome.com
Jim.Smith@BlankRome.com
Michael.Stoolman@BlankRome.com
Maegan.Spitzer@BlankRome.com

*Attorneys for Defendants*
*Simon & Simon P.C. and Marc Simon*