IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UBER TECHNOLOGIES, INC.,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-5365** |
| | : | |
| **SIMON & SIMON P.C.,** *et al.* | | |

## ORDER

AND NOW, this 18th day of March 2026, upon considering Defendants' joint Motion to dismiss (ECF 82), Plaintiffs' Opposition (ECF 86), confirming counsels' availability for a hearing, and for good cause, it is **ORDERED** we grant leave for the parties to present oral argument, not exceeding one hour, on **April 14, 2026** at **10:00 A.M.** in Courtroom 6B.

_____
**KEARNEY, J.**