## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UBER TECHNOLOGIES, INC.**, *et al.* | : **CIVIL ACTION** |
| | : |
| v. | : **NO. 25-5365** |
| | : |
| **SIMON & SIMON P.C.**, *et al.* | : |

## ORDER

**AND NOW**, this 14th day of April 2026, following today's extended oral argument (ECF 88) addressing Defendants' joint Motion to dismiss (ECF 82), and consistent with counsels' request during oral argument, it is **ORDERED** we:

1.    **Grant** Plaintiffs and Defendants leave to file post-hearing supplemental Memoranda not exceeding seven pages (one joint Memoranda from each side) by no later than **5:00 P.M.** on **April 24, 2026** addressing whether we should be persuaded in this case by Judge Bibas's analysis in *Montway LLC v. Navi Transport Services LLC*, No. 25-381, 2026 WL 866290 (D. Del. March 30, 2026) in studying whether pre-filing documents prepared by outside professionals directed by the filing lawyers and not intended to be filed as part of the state court complaint or sent to the opposing party are "incidental enough" to the state court tort litigation so as to be considered petitioning activity as one factor in our *Noerr-Pennington* immunity under the Petition Clause analysis applied to the filing lawyers and outside professionals; and,

2.    **Defer** Plaintiffs' ability to again amend the amended Complaint (ECF 71) to correct an apparent error in defining alleged racketeering activity under section 1961(1) until further Order.

_____
**KEARNEY, J.**