**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UBER TECHNOLOGIES, INC.,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-5365** |
| | : | |
| **SIMON & SIMON P.C.,** *et al.* | | |

## ORDER

**AND NOW**, this 11th day of May 2026, upon considering Defendants' joint Motion to dismiss (ECF 82), Plaintiffs' Opposition (ECF 86), Defendants' Replies (ECFs 89, 90, 91, 92), following extensive oral argument (ECFs 88, 97), review of invited post-hearing Memoranda (ECFs 94, 95, 96), and for reasons in today's accompanying Memorandum, it is **ORDERED** we **DENY** Defendants' joint Motion to dismiss (ECF 82) requiring each Defendant file an Answer on or before **May 27, 2026**.

_____

**KEARNEY, J.**