**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS,**<br>**Defendants.** | CIVIL ACTION<br><br>No: 2:25-cv-05365-MAK |

**FIRST STIPULATION OF UNDISPUTED FACTS**

Pursuant to the Court's Order of June 10, 2026 (ECF No. 125), Plaintiffs Uber Technologies, Inc. ("Uber") and Federal Express Corporation and Defendants Simon & Simon P.C. ("Simon & Simon"), Marc Simon, Clifton Burt, Premier Pain & Rehab Center, PC ("Premier Pain"), Ethel Harvey, Daniel Piccillo, Philadelphia Spine Associates, LLC ("Philadelphia Spine Associates"), and Lance Yarus, through their respective counsel, stipulate and agree that the following facts are not in dispute. For the avoidance of doubt, the parties take no position at this time on the truth of the matters asserted in any of the documents referenced herein.

**Speaks Lawsuit**

1. On December 30, 2024, Simon & Simon filed a Complaint in the Court of Common Pleas of Philadelphia County on behalf of Dajuan Speaks naming Eljunied Elamin Ali, Uber, and Raiser, LLC as defendants. Case No. 241203208 (Phila. C.C.P.) (the "Speaks Lawsuit").

2. Uber and Rasier, LLC filed an Answer on March 14, 2025.

3. The documents that Simon & Simon produced to the defendants in the Speaks Lawsuit included records from Philadelphia Spine Associates.

4. The documents that Simon & Simon produced to the defendants in the Speaks Lawsuit included records from Premier Pain.

5. The documents that Simon & Simon produced to the defendants in the Speaks Lawsuit included records from Open MRI of Bala Cynwyd.

6. The documents that Simon & Simon produced to the defendants in the Speaks Lawsuit included records from Lance Yarus.

7. The documents that Simon & Simon produced to the defendants in the Speaks Lawsuit included records from the Verity Group.

**Y. Bailey Lawsuit**

8. On June 20, 2024, Simon & Simon filed a Complaint in the Court of Common Pleas of Philadelphia County on behalf of Yasmeen Bailey naming Kianu T. Walker, Tiffany Teich, Uber, and Rasier-PA, LLC as defendants. Case No. 240602258 (Phila. C.C.P.) (the "Y. Bailey Lawsuit").

9. Uber and Rasier-PA, LLC filed an Answer on August 26, 2024.

10. The documents that Simon & Simon produced to the defendants in the Y. Bailey Lawsuit included records from Philadelphia Spine Associates.

11. The documents that Simon & Simon produced to the defendants in the Y. Bailey Lawsuit included records from Premier Pain.

12. The documents that Simon & Simon produced to the defendants in the Y. Bailey Lawsuit included records from Open MRI of Bala Cynwyd.

13. The documents that Simon & Simon produced to the defendants in the Y. Bailey Lawsuit included records from Lance Yarus.

14. The documents that Simon & Simon produced to the defendants in the Y. Bailey Lawsuit included records from the Verity Group.

**Larke Lawsuit**

15. On October 30, 2023, Simon & Simon filed a Complaint in the Court of Common Pleas of Philadelphia County on behalf of Rasheed Larke naming Mohammad Kayed, Hertz System, Inc., Uber, and Raiser-PA, LLC as defendants. Case No. 231003167 (Phila. C.C.P.) (the "Larke Lawsuit").

16. Uber and Rasier-PA, LLC filed an Answer on January 9, 2024.

17. The documents that Simon & Simon produced to the defendants in the Larke Lawsuit included records from Premier Pain.

18. The documents that Simon & Simon produced to the defendants in the Larke Lawsuit included records from Joseph K. Lee.

19. The documents that Simon & Simon produced to the defendants in the Larke Lawsuit included records from the Verity Group.

**Johnson Lawsuit**

20. On December 29, 2023, Simon & Simon filed a Complaint in the Court of Common Pleas of Philadelphia County on behalf of Bahijah Johnson naming Marufkhuja Mukhtarov, Uber, Raiser, LLC, Raiser-PA, LLC, Raiser-CA, LLC, Raiser-DC, LLC, Shirley Russell, and Southeastern Pennsylvania Transportation Authority as defendants. Case No. 231203191 (Phila. C.C.P.) (the "Johnson Lawsuit").

21. Uber and Rasier-PA, LLC filed an Answer on February 15, 2024.

22. The documents that Simon & Simon produced to the defendants in the Johnson Lawsuit included records from Philadelphia Spine Associates.

23. The documents that Simon & Simon produced to the defendants in the Johnson Lawsuit included records from Premier Pain.

24. The documents that Simon & Simon produced to the defendants in the Johnson Lawsuit included records from Open MRI of Bala Cynwyd.

25. The documents that Simon & Simon produced to the defendants in the Johnson Lawsuit included records from Gene Z. Salkind.

26. The documents that Simon & Simon produced to the defendants in the Johnson Lawsuit included records from the Verity Group.

**Jefferson Lawsuit**

27. On February 15, 2024, Simon & Simon filed a Complaint in the Court of Common Pleas of Philadelphia County on behalf of Jonathan Jefferson naming Nassirou Oumarou, Uber, and Rasier-PA, LLC as defendants. Case No. 240201839 (Phila. C.C.P.) (the "Jefferson Lawsuit").

28. Uber and Rasier-PA, LLC filed an Answer on April 1, 2024.

29. The documents that Simon & Simon produced to the defendants in the Jefferson Lawsuit included records from Philadelphia Spine Associates.

30. The documents that Simon & Simon produced to the defendants in the Jefferson Lawsuit included records from Premier Pain.

31. The documents that Simon & Simon produced to the defendants in the Jefferson Lawsuit included records from Open MRI of Bala Cynwyd.

32. The documents that Simon & Simon produced to the defendants in the Jefferson Lawsuit included records from Lance Yarus.

33. The documents that Simon & Simon produced to the defendants in the Jefferson Lawsuit included records from the Verity Group.

**Robinson Lawsuit**

34. On April 29, 2024, Simon & Simon filed a Complaint in the Court of Common Pleas of Philadelphia County on behalf of Jeffrey Robinson naming George Thompson, Portier, LLC, Uber, and Raiser, LLC as defendants. Case No. 240403638 (Phila. C.C.P.) (the "Robinson Lawsuit").

35. Uber, Rasier, LLC, and Portier, LLC filed an Answer on May 29, 2024.

36. The documents that Simon & Simon produced to the defendants in the Robinson Lawsuit included records from Premier Pain.

37. The documents that Simon & Simon produced to the defendants in the Robinson Lawsuit included records from Lance Yarus.

38. The documents that Simon & Simon produced to the defendants in the Robinson Lawsuit included records from the Verity Group.

**Adams Lawsuit**

39. On July 25, 2023, Simon & Simon filed a Complaint in the Court of Common Pleas of Philadelphia County on behalf of Ericka Adams naming Jarron Brooks Davidheiser, Uber, Raiser, LLC, and Portier, LLC as defendants. Case No. 230702430 (Phila. C.C.P.) (the "Adams Lawsuit").

40. Uber, Rasier-PA, LLC, and Portier, LLC filed an Answer on October 19, 2023.

41. The documents that Simon & Simon produced to the defendants in the Adams Lawsuit included records from Philadelphia Spine Associates.

42. The documents that Simon & Simon produced to the defendants in the Adams Lawsuit included records from Premier Pain.

43. The documents that Simon & Simon produced to the defendants in the Adams Lawsuit included records from Open MRI of Bala Cynwyd.

44. The documents that Simon & Simon produced to the defendants in the Adams Lawsuit included records from Lance Yarus.

45. The documents that Simon & Simon produced to the defendants in the Adams Lawsuit included records from the Verity Group.

**Wilkerson Lawsuit**

46. On May 31, 2024, Simon & Simon filed a Complaint in the Court of Common Pleas of Philadelphia County on behalf of Melvin Wilkerson naming James Donoghue, Monica A. Daley, Uber, and Raiser-PA, LLC as defendants. Case No. 240600009 (Phila. C.C.P.) (the "Wilkerson Lawsuit").

47. Uber and Rasier-PA, LLC filed an Answer on July 5, 2024.

48. The documents that Simon & Simon produced to the defendants in the Wilkerson Lawsuit included records from Premier Pain.

49. The documents that Simon & Simon produced to the defendants in the Wilkerson Lawsuit included records from Open MRI of Bala Cynwyd.

50. The documents that Simon & Simon produced to the defendants in the Wilkerson Lawsuit included records from Lance Yarus.

51. The documents that Simon & Simon produced to the defendants in the Wilkerson Lawsuit included records from the Verity Group.

**Major Lawsuit**

52. On March 26, 2025, Simon & Simon filed a Complaint in the Court of Common Pleas of Philadelphia County on behalf of George Kirby and Donald Major naming FedEx Ground Package System, Inc., Fedex Corporation, and Citywide Transports, Inc. as defendants. Case No. 250303533 (Phila. C.C.P.) (the "Major Lawsuit").

53. Federal Express Corporation filed an Answer on April 29, 2025.

54. The documents produced in the Major Lawsuit included records from Philadelphia Spine Associates.

55. The documents produced in the Major Lawsuit included records from Premier Pain.

56. The documents produced in the Major Lawsuit included records from Open MRI of Bala Cynwyd.

**Agosto Lawsuit**

57. On November 22, 2024, Simon & Simon filed a Complaint in the Court of Common Pleas of Philadelphia County on behalf of Juan Agosto naming FedEx Ground Package System, Inc., Medical Support Ambulance, Inc., and Bianca Garcia as defendants. Case No. 241102843 (Phila. C.C.P.) (the "Agosto Lawsuit").

58. Federal Express Corporation filed an Answer on December 20, 2024.

59. The documents that Simon & Simon produced to the defendants in the Agosto Lawsuit included records from Premier Pain.

60. The documents that Simon & Simon produced to the defendants in the Agosto Lawsuit included records from Lance Yarus.

61. The documents that Simon & Simon produced to the defendants in the Agosto Lawsuit included records from the Verity Group.

**Dattilo Lawsuit**

62. On July 23, 2025, Simon & Simon filed a Complaint in the Court of Common Pleas of Philadelphia County on behalf of Marcello Dattilo naming Dekhari Stewart, Federal Express Corporation, and First In Solutions Corporation as defendants. Case No. 250702507 (Phila. C.C.P.) (the "Dattilo Lawsuit").

63. Federal Express Corporation filed an Answer on September 16, 2025.

64. The documents that Simon & Simon produced to the defendants in the Dattilo Lawsuit included records from Premier Pain.

65. The documents that Simon & Simon produced to the defendants in the Dattilo Lawsuit included records from Gene Z. Salkind.

66. The documents that Simon & Simon produced to the defendants in the Dattilo Lawsuit included a document titled "Medical Cost Projection."

**IT IS SO STIPULATED**.

Dated: June 15, 2026

**ROHN KURLAND, P.C.**
Amy Kurland, Bar No. 37419
AKurland@rohnkurland.com
1700 Market St, Suite 1005
Philadelphia, PA 19103
Telephone: +1.215.770.0320
Facsimile: +1.215.717.9697

**PERKINS COIE LLP**

By: /s/ David W. T. Daniels
David W. T. Daniels (admitted *pro hac vice*)
DDaniels@perkinscoie.com
Michael Wadden (admitted *pro hac vice*)
MWadden@perkinscoie.com

**BLANK ROME LLP**

/s/ James T. Smith
James T. Smith (I.D. No. 39333)
Daniel E. Rhynhart (I.D. No. 78248)
Michael A. Stoolman (I.D. No. 326117)
Maegan S. Spitzer (I.D. No. 335905)
One Logan Square, 130 N. 18th Street
Philadelphia, PA 19103
Phone: (215) 569-5371
Email: Jim.Smith@BlankRome.com
Dan.Rhynhart@BlankRome.com
Michael.Stoolman@BlankRome.com
Maegan.Spitzer@BlankRome.com

Sydney Veatch (admitted *pro hac vice*)
SVeatch@perkinscoie.com
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

David B. Massey (admitted *pro hac vice*)
DMassey@perkinscoie.com
William Wilder (admitted *pro hac vice*)
WWilder@perkinscoie.com
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: +1.212.262.6900
Facsimile: +1.212.977.1649

Michael R. Huston (admitted *pro hac vice*)
MHuston@perkinscoie.com
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone: +1.602.351.8000
Facsimile: +1.602.648.7000


*Attorneys for Plaintiffs Uber Technologies, Inc. and Federal Express Corporation*

*Attorneys for Defendants Simon & Simon P.C. and Marc Simon*

**BARATTA LAW, LLC**


/s/ Andrew P. Baratta
ANDREW P. BARATTA, ESQUIRE
Attorney I.D. No. 82250
BARATTA LAW, LLC
3500 READING WAY
HUNTINGDON VALLEY, PA 19006
215-914-8132


*Attorney for Defendants Philadelphia Spine Associates, LLC, Daniel Piccillo, D.C., and Ethel Harvey, D.C.*

**FOX ROTHSCHILD LLP**


/s/ Stephanie Nolan Deviney
Stephanie Nolan Deviney, Esquire
Attorney ID 80770
Eagleview Corporate Center
747 Constitution Drive, Suite 100
Exton, PA 19341-0673
Phone: (610) 458-7500
Email: SDeviney@FoxRothschild.com


*Attorneys for Defendants Clifton Burt and Premier Pain & Rehab Center, PC*

**DILWORTH PAXSON LLP**


/s/ Silvio Trentalange
Silvio Trentalange (PA No. 320606)
Nina Spizer (PA No. 82443)
John J. Higson (PA No. 80720)
1650 Market Street, Ste. 1200
Philadelphia, PA 19103
T: 215-575-7000
nspizer@dilworthlaw.com
jhigson@dilworthlaw.com
strentalange@dilworthlaw.com

*Attorneys for Defendant Lance Yarus*