IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UBER TECHNOLOGIES, INC., *et al.* | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 25-5365 |
| | : | |
| SIMON & SIMON P.C., MARC | : | |
| SIMON, CLIFTON BURT, PREMIER | : | |
| PAIN & REHAB CENTER, PC, | : | |
| ETHEL HARVEY, DANIEL | : | |
| PICCILLO, PHILADELPHIA SPINE | : | |
| ASSOCIATES, LLC, LANCE YARUS | : | |

## ORDER

**AND NOW**, this 22nd day of June 2026, again reviewing Affirmative Defenses averring Plaintiffs lack standing to pursue their claims raised by Simon & Simon and Marc Simon Defendants (ECF 119) and Premier Pain & Rehab and Clifton Burt (ECF 118) consistent with our concerns evaluated our June 9, 2026 fulsome initial pretrial conference (ECF 101), and given our Court of Appeals's longstanding guidance distinguishing between standing and failure to plead a claim repeated last week in its precedential opinion in *City of Philadelphia v. Secretary United States Department of Interior*, --- F. 4th ---, No. 26-1348, 2026 WL 1755493 at *6–8 (3d Cir. June 18, 2026), it is **ORDERED** Defendants presently asserting the affirmative defenses of lack of standing shall, on or before **July 7, 2026,** either: file a Notice voluntarily withdrawing their standing affirmative defenses or show cause in Memoranda not exceeding seven pages as to why we should not strike the lack of standing affirmative defenses without prejudice to challenging the substantive allegations as detailed in the remaining Affirmative Defenses.

KEARNEY, J.