**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UBER TECHNOLOGIES, INC., *et al.*** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-5365** |
| | : | |
| **SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, LANCE YARUS** | : | |

# ORDER

**AND NOW**, this 7th day of July 2026, upon considering the Simon Defendants' Motion for protective order (ECF 143), Plaintiffs' Response (ECF 147), and consistent with our specific direction in Paragraph 4d. of our June 10, 2026 Order (ECF 125) allowing alleged pattern discovery as to twenty-five claimants not referenced in the amended Complaint (ECF 71)(and later specifically identified consistent with our direction during the June 10, 2026 pretrial conference) but allegedly involving the same pattern of conduct with at least one of the medical Defendants before us entered after considering arguments largely repeated today, finding no basis to amend our defined scope of discovery at this stage, and reminding Plaintiffs their choice limits their adduced evidence to the claimants referenced (and later specifically identified) from the amended Complaint (ECF 71) and the additional twenty-five claimants they now choose regardless of who the claimants sued, it is **ORDERED** the Simon Defendants' Motion (ECF 143) is **DENIED** as to discovery into the pattern presented in cases filed by the twenty-five additional identified claimants under Paragraph 4d. of our June 10, 2026 Order (ECF 125) **BUT** reminding the parties we appropriately narrowed the discovery to the claimants now identified and known from the amended

Complaint (ECF 71) and twenty-five additional claimants meeting the criteria in Paragraph 4d. of our June 10, 2026 Order (ECF 125) regardless of who the claimants sued and no else at this stage.

**KEARNEY, J.**