**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UBER TECHNOLOGIES, INC.,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-5365** |
| | : | |
| **SIMON & SIMON P.C., MARC** | : | |
| **SIMON, CLIFTON BURT, PREMIER** | : | |
| **PAIN & REHAB CENTER, PC,** | : | |
| **ETHEL HARVEY, DANIEL** | : | |
| **PICCILLO, PHILADELPHIA SPINE** | : | |
| **ASSOCIATES, LLC, LANCE YARUS** | : | |

# <u>ORDER</u>

**AND NOW**, this 10th day of July 2026, upon reviewing certain Defendants' Responses (ECF 146, 150) to our June 22, 2026 Order (ECF 132), including Defendant Burt's and Premier Pain & Rehab Center's withdrawal of the affirmative defense of lack of standing (ECF 146) and the Simon Defendants' extended analysis as to "RICO standing" (ECF 149), and for good cause, it is **ORDERED** we:

    1.    **STRIKE** Defendant Burt's and Premier Pain & Rehab Center's affirmative defense of standing without prejudice; and,

    2.    **DEFER** decision on the Simon Defendants' affirmative defense of lack of standing until review following discovery when we can more fully evaluate their theory.

**KEARNEY, J.**