# EXHIBIT 2

*UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA*

---

*Uber Technologies, Inc., et al.*
*Plaintiff(s)*

*VS.* Case No: 2:25 cv 05365 MAK

*Simon & Simon P.C., et al.*
*Defendant(s)*

---

## *AFFIDAVIT OF SERVICE*

*I, Umar Sardar, a Private Process Server, being duly sworn, depose and say:*

*That I have been duly authorized to make service of the Subpoena Duces Tecum with Exhibit A and Attachment 1 in the above entitled case.*

*That I am over the age of eighteen years and not a party to or otherwise interested in this action.*

*That on 5/29/2026 at 3:02 PM, I served Thrivest Legal Funding LLC (d/b/a Thrivest Link Legal Funding) at 1100 East Hector Street Suite 210, Conshohocken, Pennsylvania 19428 with the Subpoena Duces Tecum with Exhibit A and Attachment 1 by serving Anita Badalamenti, Executive Assistant, authorized to accept service.*

*Anita Badalamenti is described herein as:*

*Gender:* *Female* *Ethnicity:* *Caucasian* *Age:* *45-50* *Weight:* *150* *Height:* *5'7"* *Hair:* *Blonde*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on 05/29/2026*

*Umar Sardar*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number:*
*Job #:16011342*