# EXHIBIT 3

**From:** Ken Bonenberger
**To:** Wadden, Michael (WDC); Ken Bonenberger
**Cc:** Daniels, David (WDC); Massey, David (NYC); Wilder, William (NYC); Veatch, Sydney (WDC)
**Subject:** RE: Subpoena to Thrivest in Uber Technologies, Inc. et al v. Simon, et. al., 25-cv-5365 (E.D. Pa)
**Date:** Wednesday, June 24, 2026 4:17:07 PM

---

Michael, we will have a response by the end of the week.

Thanks,
Ken

---

**From:** Wadden, Michael <MWadden@perkinscoie.com>
**Sent:** Wednesday, June 24, 2026 4:09 PM
**To:** Ken Bonenberger <kbonenberger@experityventures.com>; kbonenberg@thrivestlink.com
**Cc:** Daniels, David <DDaniels@perkinscoie.com>; Massey, David <DMassey@perkinscoie.com>; Wilder, Will <WWilder@perkinscoie.com>; Veatch, Sydney <SVeatch@perkinscoie.com>
**Subject:** RE: Subpoena to Thrivest in Uber Technologies, Inc. et al v. Simon, et. al., 25-cv-5365 (E.D. Pa)

Ken,

I am following up on my below email. We served the attached subpoena on Thrivest Legal Funding LLC (Thrivest) on May 28. As noted in my prior email, consistent with the attached Court Order, Thrivest's responsive production was due on June 19. But as of today, Thrivest has not provided any response.

Please advise if you intend to comply with the subpoena by no later than Friday, June 26. We remain available for a call if you would like to discuss.

Thanks,

Mike

**Michael Wadden | Perkins Coie**
+1.202.434.1683

---

**From:** Wadden, Michael (WDC) <MWadden@perkinscoie.com>
**Sent:** Thursday, June 11, 2026 9:35 AM
**To:** kbonenberger@experityventures.com; kbonenberg@thrivestlink.com
**Cc:** Daniels, David (WDC) <DDaniels@perkinscoie.com>; Massey, David (NYC) <DMassey@perkinscoie.com>; Wilder, William (NYC) <WWilder@perkinscoie.com>; Veatch, Sydney (WDC) <SVeatch@perkinscoie.com>
**Subject:** Subpoena to Thrivest in Uber Technologies, Inc. et al v. Simon, et. al., 25-cv-5365 (E.D. Pa)

Ken,

I'm counsel for Uber and FedEx in *Uber Technologies, Inc. et al v. Simon, et. al.*, 25-cv-5365

(E.D. Pa). We served the attached subpoena on Thrivest Legal Funding LLC on May 28. The subpoena was briefly stayed by the Court on June 2, but the attached Order issued yesterday ended that stay. The subpoena was originally noticed for June 11, and following the 8-day stay, the return date is now June 19.

The Court's Order also modified the subpoena by changing the definition of "Claimant." Pending further instruction consistent with the Court's Order, you should interpret the term "Claimant" as referencing any of the persons listed below.

Please confirm that Thrivest intends to comply with the subpoena by the return date. If you have questions regarding subpoena compliance and the Court's Order, we'd be happy to schedule a call.

Thanks,

Mike

**Individuals within the definition of "Claimant"**

- Adams, Ericka
- Agosto, Juan
- Akins, Heavin
- Bailey, April
- Bailey, Dameond
- Bailey, Yasmeen
- Coleman, Rashondah
- Coriano, Jazmyn
- Dattilo, Marcello
- Drayton, James
- Francois, Cassandra
- Fulton, Geraldine
- Harvey, Deniece
- Jefferson, Jonathan
- Johnson, Bahijah
- Larke, Rasheed
- Major, Donald
- Melendez, Jajaira
- Pace, Samir
- Robinson, Jeffrey
- Samuel, Dajuan
- Santiago, Enrique
- Simmons, Heaven
- Speaks, Dajuan
- Walker, Tenisha
- Whitaker, James
- Wilkerson, Melvin
- Williams, Kareema
- Woodson, Denita

**Michael Wadden** | Perkins Coie
ASSOCIATE

700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
+1.202.434.1683
Mwadden@perkinscoie.com
perkinscoie.com

---

NOTICE: This communication from Perkins Coie LLP may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication from Perkins Coie LLP may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.