# EXHIBIT 4

**From:** Rhynhart, Dan
**To:** Wadden, Michael (WDC); Ken Bonenberger
**Cc:** Daniels, David (WDC); Massey, David (NYC); Wilder, William (NYC); Veatch, Sydney (WDC); Taber, Jacob (NYC); Stoolman, Michael A.; Ward, Rebecca; Spitzer, Maegan; Smith, Jim
**Subject:** RE: Subpoena to Thrivest in Uber Technologies, Inc. et al v. Simon, et. al., 25-cv-5365 (E.D. Pa)
**Date:** Wednesday, July 8, 2026 10:27:17 PM

Mike, you know Blank Rome does not represent Thrivest. If you are going to ignore my points below, it is with the intention of improperly causing confusion and expanding the scope of this subpoena beyond what the court permitted. We also did not say anything about your subpoena being valid or operative, and would appreciate your ceasing the misstatements. To the contrary, we said you have failed to properly modify your old subpoena to conform to the narrowed scope that the court permitted and should reissue the subpoena with narrowed document requests for clarity.

**Daniel E. Rhynhart** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5371 | mobile: +1.215.805.7653
dan.rhynhart@blankrome.com | bio

---

**From:** Wadden, Michael <michael.wadden@ashurstperkins.com>
**Sent:** Wednesday, July 8, 2026 2:06 PM
**To:** Ken Bonenberger <kbonenberger@experityventures.com>
**Cc:** Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Wilder, Will <will.wilder@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Stoolman, Michael A. <michael.stoolman@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>
**Subject:** RE: Subpoena to Thrivest in Uber Technologies, Inc. et al v. Simon, et. al., 25-cv-5365 (E.D. Pa)

Ken,

Please let us know if Blank Rome now represents Thrivest in connection with this subpoena.

If not, then please confirm your availability to meet and confer today or tomorrow morning. The subpoena is valid and operative (as Blank Rome concedes), your production is weeks overdue, and the Rule 45(d)(2)(B) deadline for raising objections has long since passed. If you would like to confer about matters such as search procedures, scoping, production logistics, or any of the issues that Dan raises, we are of course happy to do that. But we need to conclude those discussions by tomorrow, so that we can present open issues to the Court.

Thanks
Mike

**Michael Wadden** | **Perkins Coie**
+1.202.434.1683

---

**From:** Rhynhart, Dan <dan.rhynhart@blankrome.com>
**Sent:** Tuesday, July 7, 2026 9:38 PM
**To:** Wadden, Michael (WDC) <mwadden@perkinscoie.com>; Ken Bonenberger

<kbonenberger@experityventures.com>
**Cc:** Daniels, David (WDC) <ddaniels@perkinscoie.com>; Massey, David (NYC) <dmassey@perkinscoie.com>; Wilder, William (NYC) <wwilder@perkinscoie.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>; Taber, Jacob (NYC) <jtaber@perkinscoie.com>; Stoolman, Michael A. <michael.stoolman@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>
**Subject:** RE: Subpoena to Thrivest in Uber Technologies, Inc. et al v. Simon, et. al., 25-cv-5365 (E.D. Pa)

Mike,

We are concerned by your approach to the Thrivest subpoena below, and the tone of your emails with Mr. Bonenberger, when it is clear there is some confusion. You are attempting to modify a subpoena through multiple emails to Thrivest's counsel but it is unclear how the document requests attached to the subpoena are to be interpreted based on your emails.

You write below that "the Court briefly stayed the subpoena" and that "on June 10, the Court reinstated the subpoena." That is not exactly right. The Court permitted third party discovery upon Thrivest with a limited scope. In its June 10 Order, the Court permitted third party discovery to "Thrivest Legal Funding LLC for records relating to the identified Claimants in the amended Complaint (ECF 71) ... as well as up to twenty-five later identified Simon Defendants' clients..." ECF 125 para. 4(f). You have now identified the additional 25 claimants and appear to have listed them for Mr. Bonenberger below. Thus, together with the 31 claimants identified in the complaint, there are 56 claimants within the scope of Paragraph 4(f). We expected you to issue a new subpoena to Thrivest that complied with this limitation.

However, the subpoena you originally served and never amended or reissued, which you are now demanding Thrivest comply with, contains nine document requests with 14 subparts that are not limited in any way to the 56 claimants as required by Paragraph 4(f). Your email below seems to be telling Mr. Bonenberger to limit the scope of Thrivest's production to those 56 claimants. But, to be clear, are you now telling Thrivest that all nine requests and fourteen subparts in the subpoena should be interpreted as limited to the 56 identified claimants in your June 26 email below? For example, Document Request 1 seeks "All Documents relating to Simon & Simon." Is that request now modified by your email to read "All Documents relating to Simon & Simon with respect to the 56 claimants listed in Mr. Wadden's June 26 email?"

Rather than continuing to modify the subpoena via emails with Mr. Bonenberger, we believe it would be clearer for both the record and for purposes of subpoena compliance if you simply revised the document requests and reissued a subpoena consistent with Paragraph 4(f) of ECF 125.

We are happy to discuss this any time.
Thanks,

**Daniel E. Rhynhart** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5371 | mobile: +1.215.805.7653
dan.rhynhart@blankrome.com | bio

**From:** Wadden, Michael <michael.wadden@ashurstperkins.com>
**Sent:** Tuesday, July 7, 2026 2:01 PM
**To:** Ken Bonenberger <kbonenberger@experityventures.com>
**Cc:** Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Wilder, Will <will.wilder@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Stoolman, Michael A. <michael.stoolman@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>
**Subject:** RE: Subpoena to Thrivest in Uber Technologies, Inc. et al v. Simon, et. al., 25-cv-5365 (E.D. Pa)

Ken, thanks for your email. Please let us know your availability for a call later today or tomorrow to see if we can resolve this issue before we have to move to enforce.

We served the operative subpoena on Thrivest on May 28, after providing notice to Defendants. The subpoena defines claimants to include "any person represented by Simon & Simon in connection with alleged personal injuries" and lists a return date of June 11, 2026. On June 2, the Court briefly stayed the subpoena, and we provided notice of that stay to Thrivest consistent with the Court's Order (ECF No. 113). Then eight days later, on June 10, the Court reinstated the subpoena, and on June 11, we provided Thrivest notice that the subpoena had been reinstated, and that the Court had limited the scope of the claimants at issue to the Simon & Simon clients identified in the pleadings and an additional 25 Simon & Simon clients to be identified by declaration. In our email providing you with notice, we also notified you that following the eight-day stay, the return date for the subpoena was June 19.

You did not provide us with any response by the return date. After we followed up with you, we spoke on June 26. You told us on that call—as I put it in my email to you that same day—"that you will produce the records responsive to our subpoena (as amended by the Court's June 10 Order) by next Thursday, July 2." July 2 came and went, and only after you apparently spoke with Simon & Simon about their misreading of the Court's Orders did you advise that you are now refusing to produce any documents.

Your explanation for your refusal to produce also does not make sense. First, as noted, the subpoena defines claimants to include "any person represented by Simon & Simon in connection with alleged personal injuries," which encompasses all the individuals we identified as within the scope of the subpoena on June 26. Second, even to the extent you could argue the scope of claimants subject to the subpoena should be limited to Simon & Simon clients who were listed in Attachment 1 to the subpoena, the Attachment 1 list includes all of the individuals identified in my June 11 email as claimants in the pleadings, as well as 15 of the 25 individuals identified in the declaration I sent you on June 26. We cannot understand what legitimate basis you could have for refusing to produce documents relating to those claimants.

Best,

Mike

**Michael Wadden | Perkins Coie**
+1.202.434.1683

---

**From:** Ken Bonenberger <kbonenberger@experityventures.com>
**Sent:** Monday, July 6, 2026 3:38 PM
**To:** Wadden, Michael (WDC) <mwadden@perkinscoie.com>
**Cc:** Daniels, David (WDC) <ddaniels@perkinscoie.com>; Massey, David (NYC) <dmassey@perkinscoie.com>; Wilder, William (NYC) <wwilder@perkinscoie.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>; Taber, Jacob (NYC) <jtaber@perkinscoie.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Stoolman, Michael A. <michael.stoolman@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Spitzer, Maegan

<maegan.spitzer@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>
**Subject:** RE: Subpoena to Thrivest in Uber Technologies, Inc. et al v. Simon, et. al., 25-cv-5365 (E.D. Pa)

Michael, you are mischaracterizing our conversation. I noted my concern that nothing in the court order expressly directs Thrivest to do anything. Moreover, the 25 additional names in your email are not mentioned in the subpoena. Thrivest is a third party here and needs clarity on how to proceed given the less than clear court order and related subpoena. We are not looking to get in the middle of any differing interpretations that may exist between you and your opposing counsel, as you allude to below.

Regards,
Ken

---

**From:** Wadden, Michael <michael.wadden@ashurstperkins.com>
**Sent:** Monday, July 6, 2026 2:57 PM
**To:** Ken Bonenberger <kbonenberger@experityventures.com>
**Cc:** Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Wilder, Will <will.wilder@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Stoolman, Michael A. <michael.stoolman@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>
**Subject:** RE: Subpoena to Thrivest in Uber Technologies, Inc. et al v. Simon, et. al., 25-cv-5365 (E.D. Pa)

**Warning:** The sender Wadden, Michael <michael.wadden@ashurstperkins.com> seems to be using a different email address than in the previous correspondence (Wadden, Michael MWadden@perkinscoie.com), this often indicates an impersonation attempt.

Ken,

We are surprised that you are changing your position with respect to the subpoena. During our prior conversation on June 26, you acknowledged that the subpoena was operative, and you committed to making your responsive production by the end of last week. Your assertion in your email to us today that the subpoena has been quashed is simply not correct. To the contrary, the Court's June 4, 2026 Order "preclud[ed] production" in response to the subpoena "until further Order[.]" ECF No. 113. And the Court's June 10, 2026 Order permitted discovery to move forward against Thrivest with respect to claimants disclosed in the pleadings plus 25 additional Simon & Simon clients. ECF No. 125. The subpoena as issued calls for the production of documents relating to any person represented by Simon & Simon in connection with alleged personal injuries. Pursuant to the Court's direction, we have narrowed the requested production by providing you with a list of claimants in the pleadings plus the additional 25. Your response to that subpoena is long past due.

We are troubled that Thrivest's 180-degree change in position and current refusal to produce documents coincides with a communication we received from Simon & Simon shortly before the holiday weekend asserting that a "new subpoena" is required. To be clear—and contrary to Simon & Simon—there has been no court order invalidating the existing subpoena or requiring issuance of a new subpoena. We are copying counsel for Simon & Simon on this email so that there is no misunderstanding on this point. While Simon & Simon is free to seek whatever relief it may have standing to seek from the Court, it does not have any right to obstruct production in response to a valid subpoena by communicating inaccurate information to Thrivest about what the Court has ordered.

We would like to work out this issue before we have to move to enforce. Please advise as to your availability for a meet and confer today or tomorrow. We reserve all rights.

Thanks,

Mike

**Michael Wadden | Perkins Coie**
+1.202.434.1683

---

**From:** Ken Bonenberger <kbonenberger@experityventures.com>
**Sent:** Monday, July 6, 2026 10:13 AM
**To:** Wadden, Michael (WDC) <MWadden@perkinscoie.com>
**Cc:** Daniels, David (WDC) <DDaniels@perkinscoie.com>; Massey, David (NYC) <DMassey@perkinscoie.com>; Wilder, William (NYC) <WWilder@perkinscoie.com>; Veatch, Sydney (WDC) <SVeatch@perkinscoie.com>
**Subject:** RE: Subpoena to Thrivest in Uber Technologies, Inc. et al v. Simon, et. al., 25-cv-5365 (E.D. Pa)

Mike, upon further review of the various pleadings and subpoena, we will need a new subpoena given that the prior one was quashed and it doesn't include the additional 25 individuals.

Thanks,
Ken

---

**From:** Wadden, Michael <MWadden@perkinscoie.com>
**Sent:** Friday, June 26, 2026 5:20 PM
**To:** Ken Bonenberger <kbonenberger@experityventures.com>
**Cc:** Daniels, David <DDaniels@perkinscoie.com>; Massey, David <DMassey@perkinscoie.com>; Wilder, Will <WWilder@perkinscoie.com>; Veatch, Sydney <SVeatch@perkinscoie.com>
**Subject:** RE: Subpoena to Thrivest in Uber Technologies, Inc. et al v. Simon, et. al., 25-cv-5365 (E.D. Pa)

Ken,

Thanks for the call today. As discussed, we understand that you will produce the records responsive to our subpoena (as amended by the Court's June 10 Order) by next Thursday, July 2, and we agree not to initiate any potential subpoena enforcement proceedings until after July 2.

Consistent with Paragraphs 4.d and 4.f of the Court's June 10 Order, we have now identified the 25 additional claimants who will be the subjects of discovery. I've attached our declaration identifying those individuals here, and below I've provided you with an updated list, which includes both the individuals identified in my June 11 email and the additional individuals identified today. For purposes of subpoena compliance, we are considering that the full list of individuals who fall within the definition of the term "Claimant" as used in the subpoena.

Per-your request, I'm also attaching here a copy of the Complaint and Amended Complaint. I'm available to discuss next week if you have other questions related to subpoena compliance.

Thanks,

Mike

Updated List of "Claimants"

- Adams, Ericka
- Agosto, Juan
- Akins, Heavin

- Bailey, April
- Bailey, Dameond
- Bailey, Yasmeen
- Coleman, Rashondah
- Coriano, Jazmyn
- Dattilo, Marcello
- Drayton, James
- Francois, Cassandra
- Fulton, Geraldine
- Harvey, Deniece
- Jefferson, Jonathan
- Johnson, Bahijah
- Larke, Rasheed
- Major, Donald
- Melendez, Jajaira
- Pace, Samir
- Robinson, Jeffrey
- Samuel, Dajuan
- Santiago, Enrique
- Simmons, Heaven
- Speaks, Dajuan
- Walker, Tenisha
- Whitaker, James
- Wilkerson, Melvin
- Williams, Kareem
- Woodson, Denita

- Ayala, Alberto
- Bailey, Harry
- Belcher, Angela
- Bellinger, Mercedes
- Bennett, Jahleel
- Brown, Devin
- Butler, Rosetta
- Clark, Brenda
- Contreras Madrid, Osvin Leonel
- Cruz, Michelle
- Crump, Khaleed
- Garcia, Marcos
- Gray, Audrey
- Green, Jazmine
- Kirkland, Tierre
- McDowall, Michelle
- Milligan, Julian
- Nicholson, Shakina

- Oluwole, Adenike
- Palmer, Jahlil
- Precia, Sharay
- Raindrop, Hakeem
- Stewart, Dewayne
- Westbrook, Andre
- Williams, Karim

**Michael Wadden | Perkins Coie**
+1.202.434.1683

---

**From:** Ken Bonenberger <kbonenberger@experityventures.com>
**Sent:** Friday, June 26, 2026 12:09 PM
**To:** Wadden, Michael (WDC) <MWadden@perkinscoie.com>
**Cc:** Daniels, David (WDC) <DDaniels@perkinscoie.com>; Massey, David (NYC) <DMassey@perkinscoie.com>; Wilder, William (NYC) <WWilder@perkinscoie.com>; Veatch, Sydney (WDC) <SVeatch@perkinscoie.com>; Ken Bonenberger <kbonenberger@thrivestlink.com>
**Subject:** RE: Subpoena to Thrivest in Uber Technologies, Inc. et al v. Simon, et. al., 25-cv-5365 (E.D. Pa)

Michael, I just left you a voicemail. Please call me on my below direct number when you have a moment. I have some points to clarify with you before we can respond.

Thanks,

Kenneth Bonenberger
*General Counsel &*
*Chief Risk Officer*

EXPERITY VENTURES, LLC
Spring Mill | 1100 E. Hector Street, Suite 210 | Conshohocken, PA 19428
Direct: 267-507-1128 | Fax:866-312-4560
Website | Email

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

---

**From:** Wadden, Michael <MWadden@perkinscoie.com>
**Sent:** Wednesday, June 24, 2026 4:09 PM
**To:** Ken Bonenberger <kbonenberger@experityventures.com>; kbonenberg@thrivestlink.com
**Cc:** Daniels, David <DDaniels@perkinscoie.com>; Massey, David <DMassey@perkinscoie.com>; Wilder, Will <WWilder@perkinscoie.com>; Veatch, Sydney <SVeatch@perkinscoie.com>

**Subject:** RE: Subpoena to Thrivest in Uber Technologies, Inc. et al v. Simon, et. al., 25-cv-5365 (E.D. Pa)

Ken,

I am following up on my below email. We served the attached subpoena on Thrivest Legal Funding LLC (Thrivest) on May 28. As noted in my prior email, consistent with the attached Court Order, Thrivest's responsive production was due on June 19. But as of today, Thrivest has not provided any response.

Please advise if you intend to comply with the subpoena by no later than Friday, June 26. We remain available for a call if you would like to discuss.

Thanks,

Mike

**Michael Wadden | Perkins Coie**
+1.202.434.1683

---

**From:** Wadden, Michael (WDC) <MWadden@perkinscoie.com>
**Sent:** Thursday, June 11, 2026 9:35 AM
**To:** kbonenberger@experityventures.com; kbonenberg@thrivestlink.com
**Cc:** Daniels, David (WDC) <DDaniels@perkinscoie.com>; Massey, David (NYC) <DMassey@perkinscoie.com>; Wilder, William (NYC) <WWilder@perkinscoie.com>; Veatch, Sydney (WDC) <SVeatch@perkinscoie.com>
**Subject:** Subpoena to Thrivest in Uber Technologies, Inc. et al v. Simon, et. al., 25-cv-5365 (E.D. Pa)

Ken,

I'm counsel for Uber and FedEx in *Uber Technologies, Inc. et al v. Simon, et. al*., 25-cv-5365 (E.D. Pa). We served the attached subpoena on Thrivest Legal Funding LLC on May 28. The subpoena was briefly stayed by the Court on June 2, but the attached Order issued yesterday ended that stay. The subpoena was originally noticed for June 11, and following the 8-day stay, the return date is now June 19.

The Court's Order also modified the subpoena by changing the definition of "Claimant." Pending further instruction consistent with the Court's Order, you should interpret the term "Claimant" as referencing any of the persons listed below.

Please confirm that Thrivest intends to comply with the subpoena by the return date. If you have questions regarding subpoena compliance and the Court's Order, we'd be happy to schedule a call.

Thanks,

Mike

**Individuals within the definition of "Claimant"**

- Adams, Ericka
- Agosto, Juan
- Akins, Heavin
- Bailey, April
- Bailey, Dameond
- Bailey, Yasmeen
- Coleman, Rashondah
- Coriano, Jazmyn
- Dattilo, Marcello
- Drayton, James
- Francois, Cassandra

- Fulton, Geraldine
- Harvey, Deniece
- Jefferson, Jonathan
- Johnson, Bahijah
- Larke, Rasheed
- Major, Donald
- Melendez, Jajaira
- Pace, Samir
- Robinson, Jeffrey
- Samuel, Dajuan
- Santiago, Enrique
- Simmons, Heaven
- Speaks, Dajuan
- Walker, Tenisha
- Whitaker, James
- Wilkerson, Melvin
- Williams, Kareema
- Woodson, Denita

**Michael Wadden | Perkins Coie**
**ASSOCIATE**
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
+1.202.434.1683
Mwadden@perkinscoie.com
perkinscoie.com

---

NOTICE: This communication from Perkins Coie LLP may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication from Perkins Coie LLP may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication from Perkins Coie LLP may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at https://url.avanan.click/v2/r01/___www.ashurstperkinscoie.com___.YXAzOnRocml2ZXN0OmE6bzo4YWY2Y2FlZGE4MmNiNTZjYWUyY2Q4Y2MxZGIyYmEzMTo3OmU3NWI6YzBiM2JiYjQyMzkzOTE1NjlmNmQyZjZlN2M5Nzc5ODkxY2NlZjIzN2M3OGU1ZGQ2MGVkNDhmNzI5MGRmYzY1Yzp0OlQ6Tg.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.