# EXHIBIT 5

**From:** Stoolman, Michael A.
**To:** Wadden, Michael (WDC); Ward, Rebecca; Spitzer, Maegan
**Cc:** Amy Kurland; Daniels, David (WDC); Smith, Jim; Massey, David (NYC); Rhynhart, Dan; Veatch, Sydney (WDC); Wilder, William (NYC)
**Subject:** RE: Uber Technologies, Inc. et al v. Simon, et. al.
**Date:** Thursday, July 2, 2026 2:43:47 PM

Mike,

We took a look at this further, including the Seventh Circuit case you referenced on the call, and we continue to maintain the position that in order to be discoverable in this case, an underlying case needs to involve either Uber Technologies, Inc. or Federal Express Corporation as a defendant. Given the impasse, we will raise the issue with the Court in a motion for protective order.

As to your other question, we understand that our client is in possession of the video you reference in *Sharay Precia v. City of Philadelphia*, Phila. C.C.P.; May Term, 2024; No. 00038. Of course, due to the issue above, neither that case nor the video is properly part of the scope of discovery. But we trust that this at least moots your intention to subpoena the City of Philadelphia in violation of the Court's June 10, 2026 Order (ECF 125).

With respect to subpoenas, please also confirm if you have issued a subpoena to Thrivest pursuant to Paragraph 4(d) of the Order. Given that the subpoena you sent us on May 27, 2026 is facially violative of Paragraph 4(d), any new subpoena would have to be served on us again under Rule 45(a)(4). Indeed, when you first served a subpoena on Thrivest without Rule 45(a)(4) notice to us, you reissued the subpoena to Thrivest only after giving us notice of it. We think separate notice is similarly required if you issue any new subpoena to Thrivest under Paragraph 4(d).

Thanks,
Mike

**Michael A. Stoolman** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5421 | mobile: +1.856.316.6456
michael.stoolman@blankrome.com | bio

---

**From:** Wadden, Michael <michael.wadden@ashurstperkins.com>
**Sent:** Wednesday, July 1, 2026 5:23 PM
**To:** Stoolman, Michael A. <michael.stoolman@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>
**Cc:** Amy Kurland <akurland@rohnkurland.com>; Daniels, David <david.daniels@ashurstperkins.com>; Smith, Jim <jim.smith@blankrome.com>; Massey, David <david.massey@ashurstperkins.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>; Wilder, Will <will.wilder@ashurstperkins.com>
**Subject:** RE: Uber Technologies, Inc. et al v. Simon, et. al.

You don't often get email from michael.wadden@ashurstperkins.com. Learn why this is important

Mike, Rebecca, and Maegan,

Thanks for speaking with us this afternoon. We will follow up with a more complete email summarizing what we understood the parties' positions and agreed next steps to be. However, in the interim, we wanted to follow up on two priority items:

First, please confirm whether Simon & Simon possesses the video of Sharay Precia's alleged slip and fall at issue in *Sharay Precia v. City of Philadelphia*, Phila. C.C.P.; May Term, 2024; No. 00038. As discussed, we want to determine as soon as possible if that video is something that can be obtained through party discovery.

Second, please confirm whether you are standing on the position that you will only produce documents relating to claimants who sued Uber, a driver, or FedEx, and will not produce documents relating to the other claimants identified in the pleadings and in our June 26, 2026 declaration. As discussed, we believe that position is plainly contrary to both the Federal Rules and the Court's June 10, 2026 Order, and we want to determine if the parties are at an impasse on that issue.

Thanks,
Mike

**Michael Wadden | Perkins Coie**
+1.202.434.1683

---

**From:** Stoolman, Michael A. <michael.stoolman@blankrome.com>
**Sent:** Wednesday, July 1, 2026 1:45 PM
**To:** Wadden, Michael (WDC) <mwadden@perkinscoie.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>
**Cc:** Amy Kurland <akurland@rohnkurland.com>; Daniels, David (WDC) <ddaniels@perkinscoie.com>; Smith, Jim <jim.smith@blankrome.com>; Massey, David (NYC) <dmassey@perkinscoie.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>; Wilder, William (NYC) <wwilder@perkinscoie.com>
**Subject:** RE: Uber Technologies, Inc. et al v. Simon, et. al.

Mike,

We'd also like to add to the agenda for today's meet and confer David Daniels' June 26, 2026 declaration attaching a list of "twenty-five additional persons whose claims are subject to discovery." Beyond the fact that the declaration is facially insufficient under the Order (ECF 125), most of the individuals identified on this list are part of underlying cases that do not name Uber Technologies, Inc. or Federal Express Corporation as a defendant, so this issue will relate to the one you raise below regarding the scope of discovery excluding Claimants AA – GG.

We are perplexed by the fact that, at the beginning of the case, Uber served on the Simon Defendants a list of 232 cases for which it claimed it was injured "by reason of racketeering activity" and yet your list of 25 additional cases are mostly cases that involve a non-party to this action. Indeed, nearly a third of your list does not even involve auto accidents. We don't understand why Uber would not draw 25 out of the 232 identified Uber-Simon cases, as opposed to seeking discovery into irrelevant matters that have nothing to do with Uber and are disproportional to the needs of this case. Certain cases on your list are

also being interposed for an improper purpose, such as to harass the Simon Defendants.

**Michael A. Stoolman** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5421 | mobile: +1.856.316.6456
michael.stoolman@blankrome.com | bio

---

**From:** Wadden, Michael <michael.wadden@ashurstperkins.com>
**Sent:** Tuesday, June 30, 2026 10:39 AM
**To:** Ward, Rebecca <rebecca.ward@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>
**Cc:** Amy Kurland <akurland@rohnkurland.com>; Daniels, David <david.daniels@ashurstperkins.com>; Stoolman, Michael A. <michael.stoolman@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Massey, David <david.massey@ashurstperkins.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>; Wilder, Will <will.wilder@ashurstperkins.com>
**Subject:** RE: Uber Technologies, Inc. et al v. Simon, et. al.

> You don't often get email from michael.wadden@ashurstperkins.com. Learn why this is important

Thank you, Rebecca. I'll circulate a calendar invite for that time.

During our meet and confer, in addition to the issues raised in my Friday email, we would also like to discuss: (1) our proposed subpoena to the City of Philadelphia, which we exchanged emails about on 6/17; and (2) your position on the production of emails between Simon & Simon surgery coordinators and Premier Pain that do not specifically address one of the claimants described in the pleadings or included on our list of 25.

Thanks,
Mike

**Michael Wadden** | **Perkins Coie**
+1.202.434.1683

---

**From:** Ward, Rebecca <rebecca.ward@blankrome.com>
**Sent:** Tuesday, June 30, 2026 8:19 AM
**To:** Wadden, Michael (WDC) <mwadden@perkinscoie.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>
**Cc:** Amy Kurland <akurland@rohnkurland.com>; Daniels, David (WDC) <ddaniels@perkinscoie.com>; Stoolman, Michael A. <michael.stoolman@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Massey, David (NYC) <dmassey@perkinscoie.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>; Wilder, William (NYC) <wwilder@perkinscoie.com>
**Subject:** RE: Uber Technologies, Inc. et al v. Simon, et. al.

Michael – we can talk at 3:30pm tomorrow.

**Rebecca D. Ward** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5397 | mobile: +1.267.303.3888
rebecca.ward@blankrome.com | bio

---

**From:** Wadden, Michael <michael.wadden@ashurstperkins.com>
**Sent:** Monday, June 29, 2026 3:50 PM
**To:** Ward, Rebecca <rebecca.ward@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>
**Cc:** Amy Kurland <akurland@rohnkurland.com>; Daniels, David <david.daniels@ashurstperkins.com>; Stoolman, Michael A. <michael.stoolman@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Massey, David <david.massey@ashurstperkins.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>; Wilder, Will <will.wilder@ashurstperkins.com>
**Subject:** RE: Uber Technologies, Inc. et al v. Simon, et. al.

> You don't often get email from michael.wadden@ashurstperkins.com. Learn why this is important

Thanks Rebecca, we have a strong preference for Wednesday and will hold that 3:00-5:00pm timeslot. If it has to be Thursday, we could make 9:00-11:00 or 12:00-2:00 work.

**Michael Wadden** | Perkins Coie
+1.202.434.1683

---

**From:** Ward, Rebecca <rebecca.ward@blankrome.com>
**Sent:** Monday, June 29, 2026 2:39 PM
**To:** Wadden, Michael (WDC) <mwadden@perkinscoie.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>
**Cc:** Amy Kurland <akurland@rohnkurland.com>; Daniels, David (WDC) <ddaniels@perkinscoie.com>; Stoolman, Michael A. <michael.stoolman@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Massey, David (NYC) <dmassey@perkinscoie.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>; Wilder, William (NYC) <wwilder@perkinscoie.com>
**Subject:** RE: Uber Technologies, Inc. et al v. Simon, et. al.

Hi, Michael – Maegan's in a deposition today and out of the office. We're trying to find a time that works for the members of our team who need to be on the call. Wednesday morning does not work; we're trying to see if the 3-5pm slot will. If it doesn't – what is your availability on Thursday?

**Rebecca D. Ward** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5397 | mobile: +1.267.303.3888
rebecca.ward@blankrome.com | bio

---

**From:** Wadden, Michael <michael.wadden@ashurstperkins.com>
**Sent:** Monday, June 29, 2026 1:48 PM
**To:** Spitzer, Maegan <maegan.spitzer@blankrome.com>
**Cc:** Amy Kurland <akurland@rohnkurland.com>; Daniels, David <david.daniels@ashurstperkins.com>; Stoolman, Michael A. <michael.stoolman@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Massey, David <david.massey@ashurstperkins.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>; Wilder, Will <will.wilder@ashurstperkins.com>
**Subject:** RE: Uber Technologies, Inc. et al v. Simon, et. al.

> You don't often get email from michael.wadden@ashurstperkins.com. Learn why this is important

Maegan, I'm following up on our request for a meet and confer. Please let us know your availability for Wednesday.

Thanks,
Mike

**Michael Wadden** | Perkins Coie
+1.202.434.1683

---

**From:** Wadden, Michael (WDC)
**Sent:** Friday, June 26, 2026 4:55 PM
**To:** 'Spitzer, Maegan' <maegan.spitzer@blankrome.com>
**Cc:** Amy Kurland <akurland@rohnkurland.com>; Daniels, David (WDC) <DDaniels@perkinscoie.com>; Stoolman, Michael A. <michael.stoolman@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Massey, David (NYC) <DMassey@perkinscoie.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Veatch, Sydney (WDC) <SVeatch@perkinscoie.com>; Wilder, William (NYC) <WWilder@perkinscoie.com>
**Subject:** RE: Uber Technologies, Inc. et al v. Simon, et. al.

Maegan,

We're available next Wednesday from 9:30–1:30 and 3:00–5:00. Please provide a one-hour timeslot that works for you.

The deficiencies and issues regarding which we need to confer include the following:

- Custodians and search protocols, pursuant to Paragraph 3 of the E-Discovery Standing Order.
- The inclusion as custodians of additional case managers not listed in the Simon Defendants' ESI Disclosure, including individuals already identified in other Defendants' productions (e.g., Meg Baglivo, Ashley Abila, Matthew Merkowsky, Samantha Sufolo, Timothy DiGiorgio).
- Clarification regarding the materials described in Section 1(c) of the Simon Defendants' ESI Disclosure.
- The Simon Defendants' objections to providing a privilege log regarding claimant communications (General Objection 14).
- The Simon Defendants' objections to producing documents previously produced as part of discovery in any underlying litigation (General Objection 15).
- The Simon Defendants' imposition of a time period limitation of September 18, 2021 to September 17, 2025 (General Objection 16).
- The Simon Defendants' interpretation of the production deadline as November 30, 2026, and the timing of the Simon Defendants' forthcoming productions (General Objection 21).
- Clarification regarding your position on the scope of discovery.
- Simon & Simon's practice of answering interrogatories by general reference to documents they have not produced, in violation of Rule 33(d), and the timing of Simon & Simon's forthcoming amended answers, including to Interrogatories 6–8. *See Parks, LLC v. Tyson Foods, Inc.*, No. 5:15-CV-00946,

2015 WL 5042918, at *4 (E.D. Pa. Aug. 26, 2015) ("While Rule 33(d) provides the option to respond to an interrogatory by reference to business records containing the information sought, the Rule requires more than a promise to produce certain unspecified records at some future time. A party relying on the procedure in Rule 33(d) must specify the responsive records in sufficient detail within thirty days after being served with the interrogatory.").

- The Simon Defendants' refusal to produce documents relating to Claimants AA–FF.
- Your objections to producing documents responsive to RFP 1.b (referral agreements).
- Your objections to producing documents responsive to RFP 9 (Premier Pain receivables).
- Your objections to RFPs 10, 21, & 38 (payments to providers).
- Your objections to producing documents responsive to RFPs 40 & 41 (non-defendant medical providers and experts).
- Your objections to producing documents responsive to RFP 44 (Marc Simon).
- Your objections to producing relevant financial and organization information responsive to RFPs 48–50.
- Your objection to producing insurance documents responsive to RFP 54.
- Your objections to producing documents responsive to RFPs 57–60 (information regarding employees and roles).
- Your objections to producing documents responsive to RFP 66 (other disputes).

Our identification of the above deficiencies and issues is without prejudice to Plaintiffs' ability to raise additional deficiencies and issues for discussion at a later date.

Thanks,

Mike

**Michael Wadden | Perkins Coie**
+1.202.434.1683

---

**From:** Spitzer, Maegan <maegan.spitzer@blankrome.com>
**Sent:** Friday, June 26, 2026 1:35 PM
**To:** Wadden, Michael (WDC) <MWadden@perkinscoie.com>
**Cc:** Amy Kurland <akurland@rohnkurland.com>; Daniels, David (WDC) <DDaniels@perkinscoie.com>; Stoolman, Michael A. <michael.stoolman@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Massey, David (NYC) <DMassey@perkinscoie.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Veatch, Sydney (WDC) <SVeatch@perkinscoie.com>; Wilder, William (NYC) <WWilder@perkinscoie.com>
**Subject:** RE: Uber Technologies, Inc. et al v. Simon, et. al.

Michael,

Before scheduling a meet and confer, please provide in writing the specific alleged deficiencies in the Simon Defendants' discovery responses so that we can be prepared to discuss them and to make the meet-and-confer as productive and efficient as possible. We will need that information at least three business days in advance so that we may be properly prepared for the discussion.

Thank you,

**Maegan S. (McUmber) Spitzer** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5641 | mobile: +1.336.709.9923
maegan.spitzer@blankrome.com | bio

---

**From:** Wadden, Michael <MWadden@perkinscoie.com>
**Sent:** Thursday, June 25, 2026 11:24 AM
**To:** Spitzer, Maegan <maegan.spitzer@blankrome.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Stoolman, Michael A. <michael.stoolman@blankrome.com>
**Cc:** Amy Kurland <akurland@rohnkurland.com>; Daniels, David <DDaniels@perkinscoie.com>; Massey, David <DMassey@perkinscoie.com>; Veatch, Sydney <SVeatch@perkinscoie.com>; Wilder, Will <WWilder@perkinscoie.com>
**Subject:** RE: Uber Technologies, Inc. et al v. Simon, et. al.

All,

We would like to have a meet and confer regarding deficiencies in the Simon Defendants' discovery responses. Can you please let us know what times you are available between now and next Wednesday?

Thanks,
Mike

**Michael Wadden | Perkins Coie**
+1.202.434.1683

---

**From:** Spitzer, Maegan <maegan.spitzer@blankrome.com>
**Sent:** Tuesday, June 23, 2026 5:11 PM
**To:** Amy Kurland <akurland@rohnkurland.com>; Daniels, David (WDC) <ddaniels@perkinscoie.com>; Massey, David (NYC) <dmassey@perkinscoie.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>; Wadden, Michael (WDC) <mwadden@perkinscoie.com>; Wilder, William (NYC) <wwilder@perkinscoie.com>; Trentalange, Silvio A. <strentalange@dilworthlaw.com>; higsonjj@dilworthlaw.com; nspizer@dilworthlaw.com; Deviney, Stephanie N. <sdeviney@foxrothschild.com>; Andrew Baratta <andrew@barattalawfirm.com>; Victoria@Barattalawfirm.com; Diana@Barattalawfirm.com
**Cc:** Rhynhart, Dan <dan.rhynhart@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Stoolman, Michael A. <michael.stoolman@blankrome.com>
**Subject:** Uber Technologies, Inc. et al v. Simon, et. al.

Counsel,

Please see attached.

Thank you,

**Maegan S. (McUmber) Spitzer** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5641 | mobile: +1.336.709.9923
maegan.spitzer@blankrome.com | bio

****************************************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

****************************************************************************************************************

---

NOTICE: This communication from Perkins Coie LLP may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.