# EXHIBIT 8

Marc I. Simon, Esquire
Michelle Skalsky-Simon, Esquire (Retired)
Joshua A. Rosen, Esquire -
Matthew J. Zamites, Esquire -
Brian F. George, Esquire ‡‡
Michael K. Simon, Esquire -
Mary G. McCarthy, Esquire -
Joshua D. Baer, Esquire -
Amanda Nese, Esquire -
Ashley Henkle, Esquire -
Brittany Sturges, Esquire -
Daniel Ward, Esquire ‡
Carleigh Baldwin, Esquire++
Roman Galas, Esquire ‡
Ryan Flaherty, Esquire -
Brandon Keller, Esquire-
Sarkis Dramgotchian, Esquire-

SIMON & SIMON, PC
INJURY LAWYERS

Headquarters

18 Campus Blvd | Suite 100
Newtown Square, PA 19073
Tel: (215) 467-4666 | Fax: (267) 639-9006

Kane Daly, Esquire
Anthony Canale, Esquire ‡
Kelly Peterson, Esquire ‡
Harry Gosnear, Esquire ‡
Christopher Green, Esquire ‡
Adam Holtman, Esquire++
Andrew Baron, Esquire-
Charles Williams, Esquire ‡
Christopher Burruezo, Esquire ‡
Jessica Thimons, Esquire -
Sam Reznik, Esquire -
Mackenzie Bince, Esquire++

- Licensed in PA
‡ Licensed to practice in PA & NJ
‡‡ Licensed to practice in PA & MA
‡‡‡ Licensed to practice in PA & NY
‡‡‡‡ Licensed to practice in PA, NJ & NY
□ Licensed to practice in PA & OH
+ Licensed to practice in NJ
++ Licensed to practice in MA
+++ Licensed to practice in NY
++++ Licensed to practice in NJ & NY

marcsimon@gosimon.com
www.gosimon.com

## Client Guarantee for Medical Procedure

Claimant U

I ________ have been advised by Simon & Simon that I do not have health insurance, or I have health insurance or Personal Injury Protection (PIP) benefits through an automobile insurance company that Premier Pain and Rehab Center, PC ("the provider") may not accept or, my health or PIP insurance may deny payment for the procedure for any reason, including but not limited to the provider failing to obtain insurance company pre-approval for the treatment or procedure. In addition, I may have co-pays or deductibles and/or co-insurance with my health insurance which are my responsibility at time of service.

Simon & Simon has advised me that I can pay cash for the treatment, and if I am not able to or I do not want to pay cash, I can use a letter of protection, which means I would be responsible for paying for the procedure out of my settlement. Simon & Simon did not counsel me, advise me, or provide an opinion as to the terms and conditions of this Letter of Protection, other than advising me that I could consult with independent counsel.

As part of the process, the firm may be required to disclose information to the provider regarding the facts of the case, biographical information (social security number, date of birth, address, medical records, injuries, health insurance, automobile insurance companies and their limits) I hereby authorize the firm to share information of this type with Premier Pain and Rehab Center, PC as necessary.

Based on this full disclosure, I agree to have Simon & Simon send the Letter of Protection to Premier Pain and Rehab Center, PC for my procedure(s).

Signature ________ Claimant U

Date 12-4-24