# EXHIBIT 9

Saved

Recents

Search Google Maps

Simon & Simon, PC
Personal injury attorney
PLACE DETAILS



Barry Mamadou

★☆☆☆☆ 3 years ago

This is the worst law office ever. DO NOT let them handle your case.I only took home $508 out of my settlement $25000 while they took almost half and paid "unpaid" bills that was already paid and bills they should of followed up on from the begin of my case. If I could, they would get no stars. Please find another law firm. my mistake was that I was referred by another lawyer Morgan Morgan, the can handle my case but they gain out of it.
I never did my research on Simon and Simon. I will not had made this mistake, I hope people read this and take my warning into consideration

If you don't want to hand over nearly your entire settlement to Simon and Simon call someone else!! They will rob you blind and take all of your money... the scam was so clear after it was over I have had the run around with them and every time I talked to a different person it was always something different regarding my settlement. I would not recommend this law firm, A picture of the settlement is here scroll they the worst ever

CALL A PROFESSIONAL LAWYER

**Negative**
Responsiveness, Quality, Professionalism, Value

11:00

Done na3.docusign.net AA

NEXT

| | | |
|---|---|---|
| Claim: | INCIDENT OF 9/28/2019 | |
| GROSS RECOVERY: | | $25,000.00 |
| LESS ATTORNEY'S FEE- (40%) Simon & Simon, PC (-$5,500.00) Morgan & Morgan (-$4,500.00) | | (-$10,000.00) |

15 Share

Get app

Simon & Simon, PC
Barry Mamadou
Photo - Jan 2022

Share

na3.docusign.net AA

NEXT

| | |
|---|---|
| **Claim:** **INCIDENT OF 9/28/2019** | |
| GROSS RECOVERY: | **$25,000.00** |
| LESS ATTORNEY'S FEE- (40%) Simon & Simon, PC (-$5,500.00) Morgan & Morgan (-$4,500.00) | (-$10,000.00) |
| LESS LEGAL COSTS: | (-$6,120.98) |
| Simon & Simon, PC (-$6,120.98) Morgan & Morgan (-$0.00) | |
| LESS MEDICAL COSTS: | |
| PIP: Commerce / James River, exhausted Health: MassHealth, lien | |
| 1. Dr. Hurtado | (-$800.00) |
| 2. Thrivest (Norwood Comprehensive Pain) | (-$2,571.00) |
| 3. BMC Healthnet (-$5,921.49) | (-$5,000.00) |
| **TOTAL NET RECOVERY:** | **$508.02** |

I approve settlement of claim in amount noted under **Gross Recovery** above, and approve distribution as proposed above. **I understand that the payment received by virtue of this settlement represents the TOTAL money which will be received for injuries suffered in the above accident, and that this matter MAY NOT BE REOPENED, even if medical condition worsens or a new injury becomes apparent hereafter**. I will also be responsible for payment of any outstanding bill for medical or other services arising out of this incident, to the extent such claim may be legally asserted and will also be responsible for any subrogation claim which may be asserted, ...g but not limited to attorneys fees and court costs in the action.




Google Maps

Image capture: Jan 2022 Images may be subject to copyright. United States Terms Privacy Report a problem

**Source URL:** https://www.google.com/maps/reviews/@39.979373,-75.4192789,3a,75y/data=!3m8!1e2!3m6!1sCIHM0ogKEICAgIDm5OeGMA!2e10!3e12!6shttps:%2F%2Flh3.googleusercontent.com%2Fgeougc-cs%2FAMBA38sS4EpoVnibYKskirjbXo36UZVHThBMG5iih7gRu3n5lxFwDhEV0ylfdjvDJzMX4Sb3jqX3RYTFXQoNxsK2MuwApe1iYP6VJ0_GBUzrQbS2szA38LmkYj6qTk--Nda_qeKkEEo!7i1170!8i2532!4m6!14m5!1m4!2m3!1sChZDSUhNMG9nS0VJQ0FnSURtNU9lR1lBEAE!2m1!1s0x0:0x8ea9eac700f3bb85?entry=ttu&g_ep=EgoyMDI1MTIwMS4wIKXMDSoASAFQAw%3D%3D

**Collection Timestamp:** Wed Dec 03 2025 14:22:27 GMT-0600 (Central Standard Time)