# EXHIBIT 10

**Wadden, Michael (WDC)**

---

| | |
|---|---|
| **From:** | Deviney, Stephanie N. <SDeviney@foxrothschild.com> |
| **Sent:** | Monday, July 20, 2026 10:10 AM |
| **To:** | Wadden, Michael (WDC); Trentalange, Silvio A.; Andrew Baratta; Spizer, Nina C.; Higson, John J.; Ward, Rebecca; Rhynhart, Dan; Stoolman, Michael A.; Smith, Jim |
| **Cc:** | Amy Kurland; Daniels, David (WDC); Massey, David (NYC); Wilder, William (NYC); Taber, Jacob (NYC); Veatch, Sydney (WDC) |
| **Subject:** | RE: Defendants' positions on Plaintiff's Motion to Compel Thrivest's Subpoena Compliance |

Mike,

Now that I see the substance of your Motion (which you did not previously share with me), I do not see any reason why you need to attach the Confidential documents. It seems to me, the issue is compliance with a Subpoena which does not turn on the documents you want to attach. Alleging that we produced documents that show there was a Master Agreement and bills of sale should be sufficient.

As for the substance of the Motion, it certainly seems the issue with Thrivest could be resolved by the issuance of an Amended Subpoena. I'm not sure why that didn't happen.

Regards,

**Stephanie N. Deviney**
Partner

**Fox Rothschild LLP**
Exton
(610) 458-3116
sdeviney@foxrothschild.com

---

**From:** Wadden, Michael <michael.wadden@ashurstperkins.com>
**Sent:** Friday, July 17, 2026 5:46 PM
**To:** Trentalange, Silvio A. <strentalange@dilworthlaw.com>; Andrew Baratta <andrew@Barattalawfirm.com>; Deviney, Stephanie N. <SDeviney@foxrothschild.com>; Spizer, Nina C. <nspizer@dilworthlaw.com>; Higson, John J. <jhigson@dilworthlaw.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Stoolman, Michael A. <michael.stoolman@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>
**Cc:** Amy Kurland <akurland@rohnkurland.com>; Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Wilder, Will <will.wilder@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>
**Subject:** [EXT] Defendants' positions on Plaintiff's Motion to Compel Thrivest's Subpoena Compliance

Counsel,

Pursuant to the Court's below Order, please provide us with your positions on Plaintiffs' motion to compel Thrivest's subpoena compliance and Plaintiffs' motion to file Exhibits 6 and 7 to that motion (PREMIER_000041– 57 and PREMIER_001915–17) under seal. We ask that you provide your positions by Monday morning.

Thanks,
Mike

**Michael Wadden | Perkins Coie**
+1.202.434.1683

---

**From:** ecf_paed@paed.uscourts.gov <ecf_paed@paed.uscourts.gov>
**Sent:** Friday, July 17, 2026 5:16 PM
**To:** paedmail@paed.uscourts.gov
**Subject:** Activity in Case 2:25-cv-05365-MAK UBER TECHNOLOGIES, INC. v. SIMON & SIMON P.C. et al Order (Memorandum and/or Opinion)

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States District Court**

**Eastern District of Pennsylvania**

## Notice of Electronic Filing

The following transaction was entered on 7/17/2026 at 5:15 PM EDT and filed on 7/17/2026

| | |
|---|---|
| **Case Name:** | UBER TECHNOLOGIES, INC. v. SIMON & SIMON P.C. et al |
| **Case Number:** | 2:25-cv-05365-MAK |
| **Filer:** | |
| **Document Number:** | 159(No document attached) |

**Docket Text:**
**ORDER DENYING Plaintiffs' noncompliant Motion to compel compliance from a third party[157] without prejudice to be timely renewed compliant with our Policies including a description of the Defendants' position (IV.,B.) and a certificate of service confirming the requisite notice to the third party subpoenaed witness confirming the reference to its response obligations (III.,B.,3.). SIGNED BY DISTRICT JUDGE MARK A. KEARNEY ON July 17, 2026. July 17, 2026 ENTERED AND COPIES MAILED AND E-MAILED.(KEARNEY, MARK)**

**2:25-cv-05365-MAK Notice has been electronically mailed to:**

STEPHANIE NOLAN DEVINEY sdeviney@foxrothschild.com, sburdy@foxrothschild.com

REBECCA D. WARD ward@blankrome.com, courtmail@blankrome.com, morris@blankrome.com

James Timothy Smith jim.smith@blankrome.com, constance.enoch@blankrome.com, courtmail@blankrome.com

AMY L. KURLAND AKurland@RohnKurland.com

JOHN J. HIGSON higsonjj@dilworthlaw.com, dilworthefile@dilworthlaw.com, kmalenki@dilworthlaw.com

Andrew P Baratta andrew@barattalawfirm.com, diana@barattarussell.com, victoria@barattarussell.com

DANIEL E. RHYNHART rhynhart@blankrome.com, courtmail@blankrome.com, troilo@blankrome.com

David W.T. Daniels david.daniels@ashurstperkins.com, MichelleRose@perkinscoie.com, docketnyc@perkinscoie.com, nvargas@perkinscoie.com

NINA CARPINIELLO SPIZER nspizer@dilworthlaw.com, dilworthefile@dilworthlaw.com, kmalenki@dilworthlaw.com, mdolan@dilworthlaw.com

SILVIO A. TRENTALANGE strentalange@dilworthlaw.com, dfarris@dilworthlaw.com, dilworthefile@dilworthlaw.com

MICHAEL A. STOOLMAN michael.stoolman@blankrome.com, courtmail@blankrome.com

DAVID B. MASSEY david.massey@ashurstperkins.com, Docketnyc@perkinscoie.com, MichelleRose@perkinscoie.com, nvargas@perkinscoie.com

MICHAEL R. HUSTON michael.huston@ashurstperkins.com

SYDNEY N. VEATCH SVeatch@perkinscoie.com

WILLIAM WILDER will.wilder@ashurstperkins.com

Maegan Suzanne Spitzer maegan.spitzer@blankrome.com, courtmail@blankrome.com

Michael James Wadden mwadden@perkinscoie.com

JACOB J. TABER jacob.taber@ashurstperkins.com

**2:25-cv-05365-MAK Notice will not be electronically mailed to:**

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.