# EXHIBIT 11

**Wadden, Michael (WDC)**

| | |
|---|---|
| **From:** | Rhynhart, Dan <dan.rhynhart@blankrome.com> |
| **Sent:** | Monday, July 20, 2026 10:18 AM |
| **To:** | Wadden, Michael (WDC); Trentalange, Silvio A.; Andrew Baratta; Deviney, Stephanie N.; Spizer, Nina C.; Higson, John J.; Ward, Rebecca; Stoolman, Michael A.; Smith, Jim |
| **Cc:** | Amy Kurland; Daniels, David (WDC); Massey, David (NYC); Wilder, William (NYC); Taber, Jacob (NYC); Veatch, Sydney (WDC) |
| **Subject:** | RE: Defendants' positions on Plaintiff's Motion to Compel Thrivest's Subpoena Compliance |

Mike,

Thank you for the opportunity to respond. We were surprised to see this motion filed. If you had conferred with us beforehand, we don't think you would have made misrepresentations about the Simon Parties, like that they are engaging in "improper interference" of the subpoena or trying to "hide" anything and "stonewalling and running the clock out on discovery." The Simon Parties have no objection to a subpoena to Thrivest that is tailored to the scope permitted by Paragraph 4(f) of the Court's Order at ECF 125 (permitting third party discovery to "Thrivest Legal Funding LLC for records relating to the identified Claimants in the amended Complaint (ECF 71)...as well as up to twenty-five later identified Simon Defendants' clients...").

Rather than reissuing a subpoena in conformance with Paragraph 4(f), you appear to be attempting to modify the original subpoena's scope via piecemeal emails to a non-party that we were only later copied in on. We are not sure why you cannot just reissue a subpoena to Thrivest (with notice to us) that conforms to the scope of ECF 125 para. 4(f). Because you are continuing to rely on your original subpoena (which is facially overbroad in light of the Court's Order), it raises questions to us as to how the subpoena should be interpreted. For example, Document Request 1 seeks "All Documents relating to Simon & Simon." We asked you directly if that request now is to be read as "All Documents relating to Simon & Simon with respect to the 56 claimants listed in Mr. Wadden's June 26 email?" You did not respond to our questions, other than to ask whether Blank Rome represents Thrivest, which you know is not true.

Your attempt to modify the subpoena by serial emails without clarifying how the Court's order impacts the scope of the requests, is confusing and vague—and appears to be an attempt to end-run the Court's order on scope limited to the relevant 56 claimants and instead seek far more information than that.

Ultimately, as I emailed you before you filed that motion, we think the Thrivest subpoena should be revised and reissued with a proper set of narrowed requests in conformance with Paragraph 4(f). Had you not ignored our emails, and had you first conferred with us before filing this motion, you would have known this position.

If you do proceed to file this motion, we ask that you remove the baseless accusations about the Simon Parties "interfering" with the subpoena or in anyway trying to hide or delay discovery.

As to Exhibits 6 and 7 to the motion, the Simon Parties take no position as to the confidentiality of documents between Premier Pain and Thrivest.

**Daniel E. Rhynhart** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5371 | mobile: +1.215.805.7653
dan.rhynhart@blankrome.com | bio

---

**From:** Wadden, Michael <michael.wadden@ashurstperkins.com>
**Sent:** Friday, July 17, 2026 5:46 PM
**To:** Trentalange, Silvio A. <strentalange@dilworthlaw.com>; Andrew Baratta <andrew@Barattalawfirm.com>; Deviney, Stephanie N. <SDeviney@foxrothschild.com>; Spizer, Nina C. <nspizer@dilworthlaw.com>; Higson, John J. <jhigson@dilworthlaw.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Stoolman, Michael A. <michael.stoolman@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>
**Cc:** Amy Kurland <akurland@rohnkurland.com>; Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Wilder, Will <will.wilder@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>
**Subject:** Defendants' positions on Plaintiff's Motion to Compel Thrivest's Subpoena Compliance

Counsel,

Pursuant to the Court's below Order, please provide us with your positions on Plaintiffs' motion to compel Thrivest's subpoena compliance and Plaintiffs' motion to file Exhibits 6 and 7 to that motion (PREMIER_000041– 57 and PREMIER_001915–17) under seal. We ask that you provide your positions by Monday morning.

Thanks,
Mike

**Michael Wadden | Perkins Coie**
+1.202.434.1683

---

**From:** ecf_paed@paed.uscourts.gov <ecf_paed@paed.uscourts.gov>
**Sent:** Friday, July 17, 2026 5:16 PM
**To:** paedmail@paed.uscourts.gov
**Subject:** Activity in Case 2:25-cv-05365-MAK UBER TECHNOLOGIES, INC. v. SIMON & SIMON P.C. et al Order (Memorandum and/or Opinion)

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States District Court**

**Eastern District of Pennsylvania**

**Notice of Electronic Filing**

The following transaction was entered on 7/17/2026 at 5:15 PM EDT and filed on 7/17/2026

**Case Name:** UBER TECHNOLOGIES, INC. v. SIMON & SIMON P.C. et al
**Case Number:** 2:25-cv-05365-MAK
**Filer:**
**Document Number:** 159(No document attached)

**Docket Text:**
**ORDER DENYING Plaintiffs' noncompliant Motion to compel compliance from a third party[157] without prejudice to be timely renewed compliant with our Policies including a description of the Defendants' position (IV.,B.) and a certificate of service confirming the requisite notice to the third party subpoenaed witness confirming the reference to its response obligations (III.,B.,3.). SIGNED BY DISTRICT JUDGE MARK A. KEARNEY ON July 17, 2026. July 17, 2026 ENTERED AND COPIES MAILED AND E-MAILED.(KEARNEY, MARK)**

**2:25-cv-05365-MAK Notice has been electronically mailed to:**

STEPHANIE NOLAN DEVINEY sdeviney@foxrothschild.com, sburdy@foxrothschild.com

REBECCA D. WARD ward@blankrome.com, courtmail@blankrome.com, morris@blankrome.com

James Timothy Smith jim.smith@blankrome.com, constance.enoch@blankrome.com, courtmail@blankrome.com

AMY L. KURLAND AKurland@RohnKurland.com

JOHN J. HIGSON higsonjj@dilworthlaw.com, dilworthefile@dilworthlaw.com, kmalenki@dilworthlaw.com

Andrew P Baratta andrew@barattalawfirm.com, diana@barattarussell.com, victoria@barattarussell.com

DANIEL E. RHYNHART rhynhart@blankrome.com, courtmail@blankrome.com, troilo@blankrome.com

David W.T. Daniels david.daniels@ashurstperkins.com, MichelleRose@perkinscoie.com, docketnyc@perkinscoie.com, nvargas@perkinscoie.com

NINA CARPINIELLO SPIZER nspizer@dilworthlaw.com, dilworthefile@dilworthlaw.com, kmalenki@dilworthlaw.com, mdolan@dilworthlaw.com

SILVIO A. TRENTALANGE strentalange@dilworthlaw.com, dfarris@dilworthlaw.com, dilworthefile@dilworthlaw.com

MICHAEL A. STOOLMAN michael.stoolman@blankrome.com, courtmail@blankrome.com

DAVID B. MASSEY david.massey@ashurstperkins.com, Docketnyc@perkinscoie.com, MichelleRose@perkinscoie.com, nvargas@perkinscoie.com

MICHAEL R. HUSTON michael.huston@ashurstperkins.com

SYDNEY N. VEATCH SVeatch@perkinscoie.com

WILLIAM WILDER will.wilder@ashurstperkins.com

Maegan Suzanne Spitzer maegan.spitzer@blankrome.com, courtmail@blankrome.com

Michael James Wadden mwadden@perkinscoie.com

JACOB J. TABER jacob.taber@ashurstperkins.com

**2:25-cv-05365-MAK Notice will not be electronically mailed to:**

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

************************************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

************************************************************************************************************