# EXHIBIT 12

ASHURST PERKINS COIE

Ashurst Perkins Coie US LLP
700 13th Street, N.W.
Suite 800
Washington, D.C. 20005-3960

T. +1.202.654.6200
F. +1.202.654.6211
ashurstperkinscoie.com

July 20, 2026

Michael J. Wadden
michael.wadden@ashurstperkins.com
D. +1.202.434.1683
F. +1.202.624.9549

Thrivest Legal Funding LLC
1100 E Hector St., Suite 210,
Conshohocken, PA 19428

**Re: Motion to Compel Subpoena Response Filed in *Uber Technologies, Inc. et al v. Simon & Simon P.C. et al*, No: 2:25-cv-05365-MAK.**

To Whom It May Concern,

Please be advised that Plaintiffs in the above captioned action are filing a Renewed Motion to Compel Thrivest Legal Fund LLC's ("Thrivest") compliance with the subpoena served on Thrivest in the above captioned action on May 29, 2026. A copy of that filing is enclosed with this communication.

Thrivest should review the Honorable Mark A. Kearney's Policies and Procedures, available at https://www.paed.uscourts.gov/sites/paed/files/documents/procedures/keapol.pdf. Pursuant to Section III.B.3 of those Policies and Procedures, unless otherwise ordered, a non-party's response to a discovery motion must be filed within three days of service of the motion. If a response would be due on a weekend or federal holiday, it is due by 12:00 p.m. EST on the next business day.

Best regards,

Ashurst Perkins Coie US LLP

/s/Michael J. Wadden
Michael J. Wadden

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions.