**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,**<br><br>**PLAINTIFFS,**<br><br>**v.**<br><br>**SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS,**<br><br>**DEFENDANTS.** | CIVIL ACTION<br><br>No: 2:25-cv-05365-MAK |

**[PROPOSED] ORDER**

AND NOW, this ___ day of ______, 2026, upon consideration of Plaintiffs' Renewed Motion to Enforce Subpoena to Thrivest Legal Funding LLC ("Thrivest"), it is hereby ORDERED that the Motion is GRANTED. It is FURTHER ORDERED that Thrivest shall comply with Uber Technologies, Inc.'s Rule 45 subpoena dated May 28, 2026, and produce documents responsive to Request Nos. 1 and 3–7, which are within the scope of the discovery authorized by the Court's June 10, 2026 Order (ECF No. 125).

______________________

**KEARNEY, J.**