# EXHIBIT 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UBER TECHNOLOGIES, INC., et al., | : | CIVIL CASE |
| Plaintiff(s) | : | Case No. 2:25-cv-05365-MAK |
| v. | : | Philadelphia, Pennsylvania<br>July 21, 2026<br>Time 10:30 a.m. to 11:56 a.m. |
| SIMON & SIMON, P.C., et al., | : | |
| Defendant(s) | : | |

. . . . . . . . . . . . . .

TRANSCRIPT OF MOTION HEARING
BEFORE THE HONORABLE MARK A. KEARNEY
UNITED STATES DISTRICT COURT JUDGE

APPEARANCES:

For the Plaintiff(s):

David Daniels, Esq.
Jacob Taber, Esq.
Ashurst, Perkins, Coie, LLP
700 13th St. NW, Ste. 800
District of Columbia, DC 20005

Amy L. Kurland, Esq.
Rohn & Kurland
1700 Market St., Ste. 1005
Philadelphia, PA 19103

For Defendant(s):

David E. Rhynhart, Esq.
Michael Stoolman, Esq.
Blank & Rome, LLP
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103

Andrew P. Baratta, Esq.
Baratta Law, LLC
3500 Reading Way
The Loft at Woodmont
Huntington Valley, PA 19006

Court Recorder: Carl Hauger
Clerk’s Office
U.S. District Court

Transcription Service: Precise Transcripts
45 N. Broad Street
Ridgewood, NJ 07450

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

(Proceedings started at 10:31 a.m.)

ESR/CLERK: -- Kearney presiding.

JUDGE MARK A. KEARNEY: Morning.

COUNSELS: Morning, Your Honor.

THE COURT: We're here this morning under our July 16th, 2026 order. I'm asking the counsel to come forward and answer some questions we have regarding the plaintiff's motions to dismiss, counterclaims brought by Simon & Simon, Marc Simon, as well as Premier Pain and Drs. Harvey and Piccillo. May I get your appearance first on behalf of the plaintiffs, Uber and FedEx?

COUNSEL AMY KURLAND: Good morning, Your Honor. Amy Kurland.

COUNSEL DAVID DANEILS: And good morning, Your Honor. For the plaintiffs also Jacob Taber and myself, David Daniels from the Ashurst, Perkins, Coie Law Office.

THE COURT: Welcome sir. Thank you. And on behalf of Simon & Simon and Mr. Simon.

COUNSEL DANIEL RHYNHART: Good morning, Your Honor. Dan Rhynhart from Blank/Rome with my colleague, Michael Stoolman.

THE COURT: Welcome. Welcome, Mr. Rhynhart.

MR. RHYNHART: Thank you.

THE COURT: And on behalf of the doctors, Premier,

Mr. Rhynhart.

MR. RHYNHART: Thank you very much, Your Honor.

THE COURT: Thank you all for being so well prepared and gave the time. For those of you who took time away from your families because I scheduled on short notice, I very much appreciate the respect you've shown this court. I want to get this done. I did read one of the memorandums yesterday that, an idea that there will be some type of delay game or something like that. That, that just won't happen. So today we deny a motion for a seal, not because of its merits, but because I don't have the documents. So be assured that we want to do these proceedings to the extent we need questions. I'm going to have to do it. I don't have to in the courtroom all the time. I can do on the phone. If I -- for instance, Mr. Daniels, you're coming into town, your clients are coming down. It makes it easier if you get on the phone as you did on the June thing, I'm happy to do it. It's just sometimes better for me to hear it in a room. So I appreciate the well prepared counsel's indulgence. Thank you.

MR. RHYNHART: Thank you very much, Your Honor.

ESR/CLERK: All rise.

(Court adjourned at 11:55 a.m.)

CERTIFICATE

I, Pam Flores, court approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

Pam Flores

July 22, 2026