# EXHIBIT 7

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>SIMON & SIMON, P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, P.C., ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, AND LANCE YARUS,<br><br>Defendants. | : | CIVIL ACTION<br><br>No. 2:25-cv-05365-MAK |

**DEFENDANTS' NOTICE OF DEPOSITION OF UBER TECHNOLOGIES, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)**

TO: Amy Kurland, Esq.
Rohn Kurland, P.C.
1700 Market Street Suite 1005
Philadelphia, PA 19103
Telephone: +1.215.770.0320
Facsimile: +1.215.717.9697
E-mail: AKurland@rohnkurland.com

David W. T. Daniels, Esq.
Michael Wadden, Esq.
Sydney Veatch, Esq.
Perkins Coie LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211
E-mail: DDaniels@perkinscoie.com
E-mail: MWadden@perkinscoie.com
E-mail: SVeatch@perkinscoie.com

David B. Massey, Esq.
William Wilder, Esq.
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711

Telephone: +1.212.262.6900
Facsimile: +1.212.977.1649
E-mail: DMassey@perkinscoie.com
E-mail: WWilder@perkinscoie.com

Michael R. Huston, Esq.
2525 East Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone: +1.602.351.8000
Facsimile: +1.602.648.7000
E-mail: MHuston@perkinscoie.com

*Attorneys for Plaintiffs Uber Technologies, Inc. and*
*Federal Express Corporation*

**PLEASE TAKE NOTICE** that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendants Simon & Simon, P.C. and Marc Simon (the "Simon Defendants") by their undersigned counsel, will take the oral deposition of one or more members, officers, directors, managing agents, or other persons designated to testify as the representative of Plaintiff Uber Technologies, Inc. ("Uber"). The deposition will be conducted in person on June 12, 2026, commencing at 10:00 A.M. at the office of Blank Rome, LLP 130 North 18th Street, Philadelphia, Pennsylvania 19103. The deposition will continue from day to day until completed and will be recorded by stenographic means and by videography before a person duly authorized by law to administer oaths for the purpose of discovery, for use at trial, or both, and for use as evidence in the above-captioned litigation, and for such other purposes as are permitted under the applicable Federal and Local Rules of Civil Procedure, and shall cover all matters not privileged that are relevant and material to the issues and subject matters involved in the pending action, including without limitation the matters identified below.

**PLEASE TAKE FURTHER NOTICE** that the deponent is not a natural person and that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Uber is to designate and produce for its deposition one or more of its officers, directors, managing agents, or other persons duly authorized and consenting to testify on its behalf. The matters on which examination is required are set forth below, and are to be interpreted in accordance with the following Definitions and Instructions. The Simon Defendants specifically reserve the right to seek additional testimony under Rule 30(b)(6) of the Federal Rules of Civil Procedure on topics not identified in this notice and by any other procedure authorized by law.

## DEFINITIONS AND GENERAL INSTRUCTIONS

Unless defined below, all words and phrases shall have their common meaning as used in the English language.

1. The terms "You" or "Your" or "Uber" shall mean Plaintiff Uber Technologies, Inc., and any of its past, present, or future corporate parents, affiliates, subsidiaries, members, shareholders, officers, executives, attorneys, accountants, employees, representatives, agents, directors, successors, assigns, contractors, and all other individual(s) or organization(s) acting on its behalf.

2. The term "Simon Defendants" shall refer to Defendants Marc Simon and Simon & Simon.

3. The term "Amended Complaint" shall mean Uber's Amended Complaint filed on January 26, 2026, in the Eastern District of Pennsylvania, No. 2:25-cv-05365-MAK.

4. The term "Claimant A" shall refer to Personal Injury Claimant A as referred to in paragraphs 101-117 of the Amended Complaint.

5. The term "Claimant B" shall refer to Personal Injury Claimant B as referred to in paragraphs 118-137 of the Amended Complaint.

6. The term "Claimant C" shall refer to Personal Injury Claimant C as referred to in paragraphs 138-149 of the Amended Complaint.

7. The term "Claimant D" shall refer to Personal Injury Claimant D as referred to in paragraphs 150-167 of the Amended Complaint.

8. The term "Claimant E" shall refer to Personal Injury Claimant E as referred to in paragraphs 168-186 of the Amended Complaint.

9. The term "Claimant H" shall refer to Personal Injury Claimant H as referred to in paragraphs 187-212 of the Amended Complaint.

10. The term "Claimant Q" shall refer to Personal Injury Claimant Q as referred to in paragraphs 213-233 of the Amended Complaint.

11. The term "Claimant R" shall refer to Personal Injury Claimant R as referred to in paragraphs 234-250 of the Amended Complaint.

12. The term "Claimant S" shall refer to Personal Injury Claimant S as referred to in paragraphs 251-264 of the Amended Complaint.

13. The term "Claimant T" shall refer to Personal Injury Claimant T as referred to in paragraphs 265-276 of the Amended Complaint.

14. The term "Claimant BB" shall refer to Personal Injury Claimant BB as referred to in paragraphs 331-345 of the Amended Complaint.

15. The term "Claimant CC" shall refer to Personal Injury Claimant CC as referred to in paragraphs 346-359 of the Amended Complaint.

16. The term "Claimant DD" shall refer to Personal Injury Claimant DD as referred to in paragraphs 360-373 of the Amended Complaint.

17. The term "Claimant EE" shall refer to Personal Injury Claimant EE as referred to in paragraphs 374-389 of the Amended Complaint.

18. The term "Claimant FF" shall refer to Personal Injury Claimant FF as referred to in paragraphs 390-403 of the Amended Complaint.

19. The term "Claimant GG" shall refer to Personal Injury Claimant GG as referred to in paragraphs 404-425 of the Amended Complaint.

20. The terms "Person" or "individual" shall include natural persons and any other entity, including individuals, representative persons, corporations, governmental entities, partnerships, associations, joint ventures, proprietorships, agencies, organizations, and any other entities, whether private, public, or quasi-public.

21. The terms "Plaintiff" and "Defendant," as well as a party's full or abbreviated name or pronoun referring to a party, mean the party and, where applicable, its officers, directors, employees, partners, corporate parent, subsidiaries or affiliates. This definition is not intended to impose a discovery obligation on any person who is not a party to the litigation.

22. The terms "discuss," "concerning," "concern," "pertaining to," "relating to," "relate to," "referring to" and "refer to," shall be construed in their broadest sense and shall mean directly or indirectly concerning, considering, underlying, modifying, amending, confirming, producing, evidencing, reflecting, representing, qualifying, terminating, revoking, canceling, negating, including, describing, setting forth, discussing, mentioning, commenting upon, supporting, or contradicting.

23. The terms "all," "every," "any," "each," "one or more," "including," and similar words of guidance are intended merely as such and should not be construed as words of limitation. The word "including" shall not be used to limit any general category or description that precedes

it. The words "all," "every," "any," "each," and "one or more" shall include each other whenever possible to expand, not restrict, the scope of the Topics for Examination.

24. The term "Document(s)" is defined to be synonymous in meaning and equal in scope to the usage of this term in Fed. R. Civ. P. 34(a)(1)(A). A draft or non-identical copy is a separate Document within the meaning of this term.

25. The term "Information" shall mean facts, data, ideas, and/or opinions.

26. The term "Date" shall mean the exact date, month and year, if ascertainable or, if not, the best approximation of the date.

27. These Topics for Examination shall be construed in such a manner so as to make the Topics for Examination inclusive rather than exclusive. For example, the past tense shall be construed to include the present tense, and vice versa; the singular shall include the plural, and the singular form of a noun or pronoun includes the plural form of the noun or pronoun so used, and vice versa; and the use of any tense of any verb includes all other tenses of the verb so used.

**TOPICS FOR EXAMINATION**

1. The factual bases, including all Documents and Information, for paragraphs 5, 6, 30, 35-37, 44-46, 48, 49, 50, 61-63, 71 and 427 of the Amended Complaint, as well as the Date You discovered these Documents and Information.

2. The factual bases, including all Documents and Information, for paragraph 51 of the Amended Complaint, as well as the Date You discovered these Documents and Information.

3. With respect to Claimant A, the factual bases, including all Documents and Information, for paragraphs 103, 106, 108 and 113, as well as the Date You discovered these Documents and Information.

4. With respect to Claimant B, the factual bases, including all Documents and Information, for paragraphs 120, 121, 124, 126, 127, 130 and 133, as well as the Date You discovered these Documents and Information.

5. With respect to Claimant C, the factual bases, including all Documents and Information, for paragraphs 141 and 144, as well as the Date You discovered these Documents and Information.

6. With respect to Claimant D, the factual bases, including all Documents and Information, for paragraphs 152, 157 and 162, as well as the Date You discovered these Documents and Information.

7. With respect to Claimant E, the factual bases, including all Documents and Information, for paragraphs 170, 176, 180 and 183, as well as the Date You discovered these Documents and Information.

8. With respect to Claimant H, the factual bases, including all Documents and Information, for paragraphs 189, 193 196, 198 and 202, as well as the Date You discovered these Documents and Information.

9. With respect to Claimant Q, the factual bases, including all Documents and Information, for paragraphs 215, 216, 221, 224 AND 227, as well as the Date You discovered these Documents and Information.

10. With respect to Claimant R, the factual bases, including all Documents and Information, for paragraphs 236, 240, 242 and 245, as well as the Date You discovered these Documents and Information.

11. With respect to Claimant S, the factual bases, including all Documents and Information, for paragraphs 255, 257 and 260, as well as the Date You discovered these Documents and Information.

12. With respect to Claimant T, the factual bases, including all Documents and Information, for paragraphs 266, 268, 270 and 273, as well as the Date You discovered these Documents and Information.

13. With respect to Claimant BB, the factual bases, including all Documents and Information, for paragraphs 333, 334 336-339 and 343, as well as the Date You discovered these Documents and Information.

14. With respect to Claimant CC, the factual bases, including all Documents and Information, for paragraphs 347, 348, 350, 352 and 358, as well as the Date You discovered these Documents and Information.

15. With respect to Claimant DD, the factual bases, including all Documents and Information, for paragraphs 361, 363, 366, and 371, as well as the Date You discovered these Documents and Information.

16. With respect to Claimant EE, the factual bases, including all Documents and Information, for paragraphs 376-378, 380 and 386, as well as the Date You discovered these Documents and Information.

17. With respect to Claimant FF, the factual bases, including all Documents and Information, for paragraphs 391, 393, 394, 396 and 401, as well as the Date You discovered these Documents and Information.

18. With respect to Claimant GG, the factual bases, including all Documents and Information, for paragraphs 407, 410, 413 and 420, as well as the Date You discovered these Documents and Information.

Dated: May 29, 2026

**BLANK ROME LLP**

*/s/ Daniel E. Rhynhart*

James T. Smith (I.D. No. 39333)
Daniel E. Rhynhart (I.D. No. 78248)
Rebecca D. Ward (I.D. No. 79547)
Michael A. Stoolman (I.D. No. 326117)
Maegan S. Spitzer (I.D. No. 335905)
One Logan Square, 130 N. 18th Street
Philadelphia, PA 19103
Phone: (215) 569-5371
Email: Jim.Smith@BlankRome.com
Dan.Rhynhart@BlankRome.com
Rebecca.Ward@BlankRome.com
Michael.Stoolman@BlankRome.com
Maegan.Spitzer@BlankRome.com

*Attorneys for Defendants*
*Simon & Simon, P.C. and Marc Simon*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2026, I caused a true and correct copy of the foregoing to be served electronically on all counsel of record.

*/s/ Daniel E. Rhynhart*
Daniel E. Rhynhart