# EXHIBIT 8

**Wadden, Michael (WDC)**

**From:** Wilder, William (NYC)
**Sent:** Wednesday, June 24, 2026 12:10 PM
**To:** Spitzer, Maegan; Daniels, David (WDC); Amy Kurland; Massey, David (NYC); Wadden, Michael (WDC); Veatch, Sydney (WDC)
**Cc:** Rhynhart, Dan; Smith, Jim; Ward, Rebecca; Stoolman, Michael A.; strentalange@dilworthlaw.com; sdeviney@foxrothschild.com; andrew@Barattalawfirm.com; Diana@Barattalawfirm.com; Victoria@Barattalawfirm.com
**Subject:** RE: Uber Technologies, Inc. et al v. Simon, et. al., No. 2:25-cv-05365-MAK

Counsel,

We wanted to follow up again about a meet and confer to discuss the scheduling of the noticed Rule 30(b)(6) depositions of Uber Technologies, Inc. and Simon & Simon P.C. What is your availability the rest of this week for a brief meet and confer to discuss scheduling and logistics for these depositions? We are generally available tomorrow and Friday. As per Judge Kearney's scheduling order, the date, time, and place for all party depositions must be confirmed by July 24, 2026, which is only one month from today. Given that the parties have not even begun to discuss depositions of individual party witnesses, we would really like to confirm the scheduling and logistics for the Rule 30(b)(6) depositions as soon as possible.

Thanks,
Will

**William Wilder**
**ASSOCIATE**

**Perkins Coie**
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
+1.332.238.2747
WWilder@perkinscoie.com
perkinscoie.com

---

**From:** Wilder, William (NYC) <WWilder@perkinscoie.com>
**Sent:** Monday, June 15, 2026 7:11 PM
**To:** Spitzer, Maegan <maegan.spitzer@blankrome.com>; Daniels, David (WDC) <DDaniels@perkinscoie.com>; Amy Kurland <AKurland@RohnKurland.com>; Massey, David (NYC) <DMassey@perkinscoie.com>; Wadden, Michael (WDC) <MWadden@perkinscoie.com>; Veatch, Sydney (WDC) <SVeatch@perkinscoie.com>
**Cc:** Rhynhart, Dan <dan.rhynhart@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Stoolman, Michael A. <michael.stoolman@blankrome.com>; strentalange@dilworthlaw.com; sdeviney@foxrothschild.com; andrew@Barattalawfirm.com; Diana@Barattalawfirm.com; Victoria@Barattalawfirm.com
**Subject:** Re: Uber Technologies, Inc. et al v. Simon, et. al., No. 2:25-cv-05365-MAK

Maegan,

Do you have a rough idea of when you will be able to provide a name? We're aware that both Rule 30(b)(6) deposition notices have been served for quite some time, and we would like to settle on dates for both depositions soon.

Thanks,
Will

---

**From:** Spitzer, Maegan <maegan.spitzer@blankrome.com>
**Sent:** Monday, 15 June 2026 17:48:07
**To:** Wilder, William (NYC) <WWilder@perkinscoie.com>; Daniels, David (WDC) <DDaniels@perkinscoie.com>; Amy Kurland <AKurland@RohnKurland.com>; Massey, David (NYC) <DMassey@perkinscoie.com>; Wadden, Michael (WDC) <MWadden@perkinscoie.com>; Veatch, Sydney (WDC) <SVeatch@perkinscoie.com>
**Cc:** Rhynhart, Dan <dan.rhynhart@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Stoolman, Michael A. <michael.stoolman@blankrome.com>; strentalange@dilworthlaw.com <strentalange@dilworthlaw.com>; sdeviney@foxrothschild.com <sdeviney@foxrothschild.com>; andrew@Barattalawfirm.com <andrew@Barattalawfirm.com>; Diana@Barattalawfirm.com <Diana@Barattalawfirm.com>; Victoria@Barattalawfirm.com <Victoria@Barattalawfirm.com>
**Subject:** RE: Uber Technologies, Inc. et al v. Simon, et. al., No. 2:25-cv-05365-MAK

Will,

We are still determining which witness(es) will be designated for the topics listed in Plaintiffs' notice (to the extent those topics are within the scope of discovery). Until we determine the witness(es), we think it is premature to meet and confer regarding scheduling the depositions.

Thanks,

**Maegan S. (McUmber) Spitzer** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5641 | mobile: +1.336.709.9923
maegan.spitzer@blankrome.com | bio

---

**From:** Wilder, William (NYC) <WWilder@perkinscoie.com>
**Sent:** Monday, June 15, 2026 12:37 PM
**To:** Spitzer, Maegan <maegan.spitzer@blankrome.com>; Daniels, David (Perkins Coie) <DDaniels@perkinscoie.com>; Amy Kurland <AKurland@RohnKurland.com>; Massey, David (Perkins Coie) <DMassey@perkinscoie.com>; Wadden, Michael (WDC) <MWadden@perkinscoie.com>; Veatch, Sydney (Perkins Coie) <SVeatch@perkinscoie.com>
**Cc:** Rhynhart, Dan <dan.rhynhart@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Stoolman, Michael A. <michael.stoolman@blankrome.com>; strentalange@dilworthlaw.com; sdeviney@foxrothschild.com; andrew@Barattalawfirm.com; Diana@Barattalawfirm.com; Victoria@Barattalawfirm.com
**Subject:** RE: Uber Technologies, Inc. et al v. Simon, et. al., No. 2:25-cv-05365-MAK

Maegan,

I wanted to follow up regarding our below message. Does your team have any availability tomorrow for a short call about scheduling for our respective 30(b)(6) depositions?

Thanks,
Will

**William Wilder**
**ASSOCIATE**

**Perkins Coie**
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
+1.332.238.2747
WWilder@perkinscoie.com
perkinscoie.com

---

**From:** Wilder, William (NYC) <WWilder@perkinscoie.com>
**Sent:** Thursday, June 11, 2026 8:56 AM
**To:** Spitzer, Maegan <maegan.spitzer@blankrome.com>; Daniels, David (WDC) <DDaniels@perkinscoie.com>; Amy Kurland <AKurland@RohnKurland.com>; Massey, David (NYC) <DMassey@perkinscoie.com>; Huston, Michael (PHX) <MHuston@perkinscoie.com>; Wadden, Michael (WDC) <MWadden@perkinscoie.com>; Veatch, Sydney (WDC) <SVeatch@perkinscoie.com>
**Cc:** Rhynhart, Dan <dan.rhynhart@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Stoolman, Michael A. <michael.stoolman@blankrome.com>; strentalange@dilworthlaw.com; sdeviney@foxrothschild.com; andrew@Barattalawfirm.com; Diana@Barattalawfirm.com; Victoria@Barattalawfirm.com
**Subject:** RE: Uber Technologies, Inc. et al v. Simon, et. al., No. 2:25-cv-05365-MAK

Maegan,

Our witness will be Kaylynn Christie, Senior Manager for Uber's Claims SIU team. Do you have availability today, tomorrow, or Monday for a short meet and confer regarding dates for the 30(b)(6) depositions of both Uber and Simon & Simon?

**William Wilder**
**ASSOCIATE**

**Perkins Coie**
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
+1.332.238.2747
WWilder@perkinscoie.com
perkinscoie.com

---

**From:** Spitzer, Maegan <maegan.spitzer@blankrome.com>
**Sent:** Thursday, June 11, 2026 8:49 AM
**To:** Wilder, William (NYC) <WWilder@perkinscoie.com>; Daniels, David (WDC) <DDaniels@perkinscoie.com>; Amy Kurland <AKurland@RohnKurland.com>; Massey, David (NYC) <DMassey@perkinscoie.com>; Huston, Michael (PHX) <MHuston@perkinscoie.com>; Wadden, Michael (WDC) <MWadden@perkinscoie.com>; Veatch, Sydney (WDC) <SVeatch@perkinscoie.com>
**Cc:** Rhynhart, Dan <dan.rhynhart@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Stoolman, Michael A. <michael.stoolman@blankrome.com>; strentalange@dilworthlaw.com; sdeviney@foxrothschild.com; andrew@Barattalawfirm.com; Diana@Barattalawfirm.com; Victoria@Barattalawfirm.com
**Subject:** RE: Uber Technologies, Inc. et al v. Simon, et. al., No. 2:25-cv-05365-MAK

Will,

We are following up again on our Rule 30(b)(6) notice. Please provide us potential dates for the deposition as soon as possible so we can get this scheduled.

Thank you,

**Maegan S. (McUmber) Spitzer** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5641 | mobile: +1.336.709.9923
maegan.spitzer@blankrome.com | bio

---

**From:** Wilder, William (NYC) <WWilder@perkinscoie.com>
**Sent:** Wednesday, June 3, 2026 10:50 AM
**To:** Spitzer, Maegan <maegan.spitzer@blankrome.com>; Daniels, David (Perkins Coie) <DDaniels@perkinscoie.com>; Amy Kurland <AKurland@RohnKurland.com>; Massey, David (Perkins Coie) <DMassey@perkinscoie.com>; Huston, Michael (Perkins Coie) <MHuston@perkinscoie.com>; Wadden, Michael (WDC) <MWadden@perkinscoie.com>; Veatch, Sydney (Perkins Coie) <SVeatch@perkinscoie.com>
**Cc:** Rhynhart, Dan <dan.rhynhart@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Stoolman, Michael A. <michael.stoolman@blankrome.com>; strentalange@dilworthlaw.com; sdeviney@foxrothschild.com; andrew@Barattalawfirm.com; Diana@Barattalawfirm.com; Victoria@Barattalawfirm.com
**Subject:** RE: Uber Technologies, Inc. et al v. Simon, et. al., No. 2:25-cv-05365-MAK

Hi Maegan,

We are working with our client to confirm who would be the best individual to respond to the topics set out in your Rule 30(b)(6) notice. We will not be able to make the June 12 date work, but we are working with our client to get you a list of potential alternative dates as soon as possible.

Thanks,
Will

**William Wilder**
**ASSOCIATE**

**Perkins Coie**
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
+1.332.238.2747
WWilder@perkinscoie.com
perkinscoie.com

---

**From:** Spitzer, Maegan <maegan.spitzer@blankrome.com>
**Sent:** Tuesday, June 2, 2026 2:56 PM
**To:** Daniels, David (WDC) <DDaniels@perkinscoie.com>; Amy Kurland <AKurland@RohnKurland.com>; Massey, David (NYC) <DMassey@perkinscoie.com>; Huston, Michael (PHX) <MHuston@perkinscoie.com>; Wadden, Michael (WDC) <MWadden@perkinscoie.com>; Wilder, William (NYC) <WWilder@perkinscoie.com>; Veatch, Sydney (WDC) <SVeatch@perkinscoie.com>
**Cc:** Rhynhart, Dan <dan.rhynhart@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Stoolman, Michael A. <michael.stoolman@blankrome.com>; strentalange@dilworthlaw.com; sdeviney@foxrothschild.com; andrew@Barattalawfirm.com;

Diana@Barattalawfirm.com; Victoria@Barattalawfirm.com
**Subject:** RE: Uber Technologies, Inc. et al v. Simon, et. al., No. 2:25-cv-05365-MAK

David,

Please confirm whether you have discussed the June 12 date with your client and whether you will be appearing for the 30(b)(6) deposition on that date.

As to the 30(b)(6) notice to Simon & Simon, we cannot provide the witness's availability until we see the topics, so we can determine which witness(es) will testify.

Thank you,
Maegan

**Maegan S. (McUmber) Spitzer** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5641 | mobile: +1.336.709.9923
maegan.spitzer@blankrome.com | bio

---

**From:** Daniels, David (Perkins Coie) <DDaniels@perkinscoie.com>
**Sent:** Friday, May 29, 2026 2:13 PM
**To:** Spitzer, Maegan <maegan.spitzer@blankrome.com>; Amy Kurland <AKurland@RohnKurland.com>; Massey, David (Perkins Coie) <DMassey@perkinscoie.com>; Huston, Michael (Perkins Coie) <MHuston@perkinscoie.com>; Wadden, Michael (WDC) <MWadden@perkinscoie.com>; Wilder, William (NYC) <WWilder@perkinscoie.com>; Veatch, Sydney (Perkins Coie) <SVeatch@perkinscoie.com>
**Cc:** Rhynhart, Dan <dan.rhynhart@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Stoolman, Michael A. <michael.stoolman@blankrome.com>; strentalange@dilworthlaw.com; sdeviney@foxrothschild.com; andrew@Barattalawfirm.com; Diana@Barattalawfirm.com; Victoria@Barattalawfirm.com
**Subject:** RE: Uber Technologies, Inc. et al v. Simon, et. al., No. 2:25-cv-05365-MAK

Hi Maegan,

Thanks and appreciate the note regarding convenient dates. We will discuss with our client and get back to you.

We have a Rule 30(b)(6) notice for Simon & Simon relating to its operations and data systems. If you can please get us available dates at your soonest convenience, we will update the notice and send.

Best,
David

---

**From:** Spitzer, Maegan <maegan.spitzer@blankrome.com>
**Sent:** Friday, May 29, 2026 1:09 PM
**To:** Amy Kurland <AKurland@RohnKurland.com>; Massey, David (NYC) <DMassey@perkinscoie.com>; Daniels, David (WDC) <DDaniels@perkinscoie.com>; Huston, Michael (PHX) <MHuston@perkinscoie.com>; Wadden, Michael (WDC) <MWadden@perkinscoie.com>; Wilder, William (NYC) <WWilder@perkinscoie.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>
**Cc:** Rhynhart, Dan <dan.rhynhart@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Stoolman, Michael A. <michael.stoolman@blankrome.com>; strentalange@dilworthlaw.com; sdeviney@foxrothschild.com; andrew@Barattalawfirm.com;

Diana@Barattalawfirm.com; Victoria@Barattalawfirm.com
**Subject:** Uber Technologies, Inc. et al v. Simon, et. al., No. 2:25-cv-05365-MAK

Counsel:

Please see attached. We will reschedule to a convenient date for the witness if the selected date is inconvenient.

Thank you,

**Maegan S. (McUmber) Spitzer** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5641 | mobile: +1.336.709.9923
maegan.spitzer@blankrome.com | bio

**************************************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

**************************************************************************************************************

---

NOTICE: This communication from Perkins Coie LLP may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication from Perkins Coie LLP may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

NOTICE: This communication from Perkins Coie LLP may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.