# EXHIBIT 10

**Wadden, Michael (WDC)**

**From:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Sent:** Thursday, July 23, 2026 11:22 PM
**To:** Wadden, Michael (WDC)
**Cc:** Daniels, David (WDC); Massey, David (NYC); Amy Kurland; Veatch, Sydney (WDC); Taber, Jacob (NYC)
**Subject:** RE: Positions regarding motion to compel

Mike,

I am waiting for Etech to confirm that the data has been processed before I can respond. As soon as I have this information, I will let you know.

To clarify, we did not withhold any attachments to email. We did not have them. Processing the email will give us access to them.

Regards,

**Stephanie N. Deviney**
**Partner**

**Fox Rothschild LLP**
Exton
(610) 458-3116
sdeviney@foxrothschild.com

---

**From:** Wadden, Michael <michael.wadden@ashurstperkins.com>
**Sent:** Thursday, July 23, 2026 9:52 AM
**To:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Cc:** Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Amy Kurland <AKurland@rohnkurland.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>
**Subject:** [EXT] RE: Positions regarding motion to compel

Stephanie,

Thanks for your email. We appreciate the steps you are now taking to collect and produce the relevant documents. But the timing is a major issue—it has been two months since we issued our RFPs, and the discovery period is rapidly slipping away. We need complete document productions of at least the documents that there is no dispute we are entitled to now, without additional delay.

Can you commit to completing production of the drop box files for all claimants presently at issue, as well as the reproduction of parent emails with attachments and production of corresponding emails and attachments for the 25 additional claimants, by Monday? And if not, what is a date you can commit to?

We don't have a list of all parent emails produced without attachments, but we believe it is substantially every parent email in your productions to date.

Thanks,
Mike

**Michael Wadden | Perkins Coie**
+1.202.434.1683

---

**From:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Sent:** Thursday, July 23, 2026 9:15 AM
**To:** Wadden, Michael (WDC) <mwadden@perkinscoie.com>
**Cc:** Daniels, David (WDC) <ddaniels@perkinscoie.com>; Massey, David (NYC) <dmassey@perkinscoie.com>; Amy Kurland <AKurland@rohnkurland.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>; Taber, Jacob (NYC) <jtaber@perkinscoie.com>
**Subject:** RE: Positions regarding motion to compel

Mike,

I took other defense counsel off this thread so as not to burden them with information related solely to my clients.

Given the concerns that you have expressed to us with Dr. Abraham performing the searches, we have copied his Gmail folders and Drop Box. Our Etech department is currently processing all the information.

I am not objecting to producing the documents, I am just waiting for all the information to be loaded and then I need to determine which emails we produced that did not include the attachments. If you already have a list (I know you identified 2 documents from the first production), and want to share it, that would certainly make things go faster.

I just want to make it clear, we have no objection to the production. It is simply a matter of timing.

Regards,

**Stephanie N. Deviney**
**Partner**

**Fox Rothschild LLP**
Exton
(610) 458-3116
sdeviney@foxrothschild.com

---

**From:** Wadden, Michael <michael.wadden@ashurstperkins.com>
**Sent:** Wednesday, July 22, 2026 5:03 PM

**To:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>; Rebecca Ward <rebecca.ward@blankrome.com>; Dan Rhynhart <dan.rhynhart@blankrome.com>; Jim Smith <jim.smith@blankrome.com>; Michael A. Stoolman <michael.stoolman@blankrome.com>; Maegan Spitzer <maegan.spitzer@blankrome.com>; Nina C. Spizer <nspizer@dilworthlaw.com>; Silvio A. Trentalange <strentalange@dilworthlaw.com>; John J. Higson <jhigson@dilworthlaw.com>; Andrew Baratta <andrew@Barattalawfirm.com>
**Cc:** Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Amy Kurland <AKurland@rohnkurland.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>
**Subject:** [EXT] Positions regarding motion to compel

Counsel,

We intend to file a motion seeking an order compelling:

1. Simon & Simon to produce a 30(b)(6) witness within 7 days;
2. Simon & Simon to produce Time Matters files and communications relating to the claimants presently at issue immediately;
3. Premier Pain and PSA to produce attachments to parent emails immediately; and
4. PSA to reproduce unredacted versions of documents as to which it has applied relevance redactions immediately.

Pursuant to the Court's Policies, we ask that Defendants provide their positions on our motion.

Thanks,
Mike

**Michael Wadden | Perkins Coie**
**ASSOCIATE**
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
+1.202.434.1683
Mwadden@perkinscoie.com
perkinscoie.com

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in

the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.