# EXHIBIT 12

Gmail

Front desk <frontdesk@premierpainpa.com>

# Pain Management Schedule 9/29/21

1 message

**Andrew Laufer** <AndrewLaufer@gosimon.com> Tue, Sep 28, 2021 at 2:01 PM
To: Blessen Abraham <blessendc@gmail.com>, Frontdesk <frontdesk@premierpainpa.com>, "Recordspprc@gmail.com" <Recordspprc@gmail.com>
Cc: David Bryan <davidbryan@gosimon.com>

Good Afternoon,

Below is a list of clients & times for the Pain Management appointments on Wednesday 9/29/21 . I also attached the records for each of the clients for your convenience. If you have any questions or concerns please don't hesitate to ask. **Also attached is the LOP form we need signed by each of the clients.** Dave will be coming into your office to meet with the clients this week.

| 9/29/2021 | Client | CSP/LSP | Trans |
|---|---|---|---|
| 10:00 AM | [redacted] | LSP/CSP RFA | No |
| 10:30 AM | [redacted] | CSP RFA | Yes |
| 11:00 AM | [redacted] | LSP RFA | Yes |
| 12:00 PM | [redacted] | LSP RFA | Yes |
| 1:00 PM | [redacted] | CSP RFA | No |
| 1:30 PM | [redacted] | LSP RFA | No |
| 2:00 PM | [redacted] | CSP RFA | No |
| 2:30 PM | [redacted] | LSP Repeat RFA | No |

| | | | |
|---|---|---|---|
| 3:00 PM | T[redacted] J[redacted] | CSP RFA | Yes |
| 3:30 PM | M[redacted] P[redacted] | CSP RFA | Yes |
| 4:00 PM | R[redacted] W[redacted] | Repeat LSP RFA | Yes |

**12 attachments**

**C[redacted] F[redacted] Med Pack.pdf**
190K

**S[redacted] B[redacted] Med Pack.pdf**
1200K

**T[redacted] G[redacted] Med Pack.pdf**
273K

**J[redacted] K[redacted] Med Pack.pdf**
273K

**L[redacted] P[redacted] Med Pack.pdf**
141K

**F[redacted] G[redacted] Med Pack.pdf**
1485K

**E[redacted] L[redacted] Med Pack.pdf**
688K

**A[redacted] H[redacted] Med Pack.pdf**
3296K

**T[redacted] J[redacted] Med Pack.pdf**
2138K

**M[redacted] P[redacted] Med Pack.pdf**
199K

**R[redacted] W[redacted] Med Pack.pdf**
718K

**Updated Premier Pain LOP (002).docx**
154K