# EXHIBIT 13

Gmail

Front desk <frontdesk@premierpainpa.com>

## RFA/EPIDURAL 9-29-21

3 messages

**Front desk** <frontdesk@premierpainpa.com> Wed, Sep 29, 2021 at 3:26 PM
To: Andrew Laufer <ANDREWLAUFER@gosimon.com>, Blessen Abraham <blessendc@gmail.com>

C[redacted] F[redacted] - LSP RFA
S[redacted] B[redacted] - CSP RFA
T[redacted] G[redacted] - LSP RFA
J[redacted] K[redacted] - LSP RFA
L[redacted] P[redacted] - CSP RFA
F[redacted] G[redacted] - LSP RFA
E[redacted] L[redacted] - CSP RFA
A[redacted] H[redacted] - CAUDAL EPIDURAL
T[redacted] J[redacted] - CSP RFA

--

Premier Pain & Rehab Center, PC
10184 Verree Road
Philadelphia, PA 19116
T: 215.934.6665
F: 215.934.5151

www.premierpainpa.com

***This message (including any attachments) is confidential and may be privileged. If you have received it by mistake please notify the sender by return e-mail and delete this message from your system. Any unauthorized use or dissemination of this message in whole or in part is strictly prohibited***

**14 attachments**

- **C[redacted] F[redacted] CT SCAN.pdf**
  1828K
- **C[redacted] F[redacted] DEMO.pdf**
  1571K
- **S[redacted] B[redacted] CT SCAN.pdf**
  1828K
- **S[redacted] B[redacted] DEMO.pdf**
  1546K
- **T[redacted] G[redacted] CT SCAN.pdf**
  1828K
- **T[redacted] G[redacted] DEMO.pdf**
  1758K
- **J[redacted] K[redacted] CT SCAN.pdf**
  1828K
- **J[redacted] K[redacted] DEMO.pdf**
  2197K
- **L[redacted] P[redacted] CT SCAN.pdf**
  1796K

L[redacted] P[redacted] DEMO.pdf
1399K

A[redacted] H[redacted] FOLLOW UP 9-29-21.pdf
756K

A[redacted] H[redacted] EPIDURAL.pdf
1842K

F[redacted] G[redacted] CT SCAN.pdf
1828K

F[redacted] G[redacted] DEMO.pdf
2743K

---

**Andrew Laufer** <AndrewLaufer@gosimon.com> Wed, Sep 29, 2021 at 4:23 PM
To: Front desk <frontdesk@premierpainpa.com>, Blessen Abraham <blessendc@gmail.com>

Lop for E[redacted] L[redacted]?

[Quoted text hidden]

---

**Andrew Laufer** <AndrewLaufer@gosimon.com> Wed, Sep 29, 2021 at 4:29 PM
To: Front desk <frontdesk@premierpainpa.com>, Blessen Abraham <blessendc@gmail.com>

T[redacted] J[redacted] as well

[Quoted text hidden]