# EXHIBIT 14

Gmail

Front desk <frontdesk@premierpainpa.com>

# RFA/EPIDURAL/CONSULT/INTAKE 9-29-21 CONTINUE

3 messages

**Front desk** <frontdesk@premierpainpa.com> Wed, Sep 29, 2021 at 4:32 PM
To: Apex Services <apexboservices@gmail.com>, Apex <apexentintl@gmail.com>, Blessen Abraham <blessendc@gmail.com>

C[redacted] F[redacted] - LSP RFA
S[redacted] B[redacted] - CSP RFA
T[redacted] G[redacted] - LSP RFA
J[redacted] K[redacted] - LSP RFA
L[redacted] P[redacted] - CSP RFA
F[redacted] G[redacted] - LSP RFA
E[redacted] L[redacted] - CSP RFA
A[redacted] H[redacted] - CAUDAL EPIDURAL
T[redacted] J[redacted] - CSP RFA
M[redacted] M[redacted] - CONSULT

--

Premier Pain & Rehab Center, PC
10184 Verree Road
Philadelphia, PA 19116
T: 215.934.6665
F: 215.934.5151

www.premierpainpa.com

***This message (including any attachments) is confidential and may be privileged. If you have received it by mistake please notify the sender by return e-mail and delete this message from your system. Any unauthorized use or dissemination of this message in whole or in part is strictly prohibited***

**7 attachments**

**A[redacted] H[redacted] EPIDURAL.pdf**
1842K

**A[redacted] H[redacted] FOLLOW UP 9-29-21.pdf**
756K

**E[redacted] L[redacted] CT SCAN.pdf**
1798K

**E[redacted] L[redacted] DEMO.pdf**
2014K

**INTAKE 9-29-21.pdf**
3126K

**T[redacted] J[redacted] CT SCAN.pdf**
1860K

**T[redacted] J[redacted] DEMO.pdf**
2134K

**Apex Services** <apexboservices@gmail.com> Wed, Sep 29, 2021 at 9:55 PM

To: Front desk <frontdesk@premierpainpa.com>
Cc: Apex <apexentintl@gmail.com>, Blessen Abraham <blessendc@gmail.com>

Good evening,

We have received the intake sheets for 09/29/2021.

Thank you,
Regards
Chitra
[Quoted text hidden]

---

**Apex Services** <apexboservices@gmail.com> Fri, Oct 1, 2021 at 12:46 AM
To: Front desk <frontdesk@premierpainpa.com>
Cc: Apex <apexentintl@gmail.com>, Blessen Abraham <blessendc@gmail.com>

Good evening,

Please see attached RFA reports. Please check the following:

[redacted] [redacted] - diagnosis not dictated
[redacted] [redacted] - one word unclear

Thank you,
Regards
Chitra

On Wed, Sep 29, 2021 at 4:33 PM Front desk <frontdesk@premierpainpa.com> wrote:
[Quoted text hidden]

---

**19 attachments**

- **[redacted] [redacted]_092921.docx**
  29K
- **[redacted] [redacted]_CAUDAL EPIDURAL_092921.docx**
  24K
- **[redacted] [redacted]_LMBB-RFA_092921.docx**
  24K
- **[redacted] [redacted]_092921.docx**
  29K
- **[redacted] [redacted]_092921.docx**
  29K
- **[redacted] [redacted]_CMBB-RFA_092921.docx**
  25K
- **[redacted] [redacted]_092921.docx**
  30K
- **[redacted] [redacted]_LMBB-RFA_092921.docx**
  24K
- **[redacted] [redacted]_092921.docx**
  30K
- **[redacted] [redacted]_LMBB-RFA_092921.docx**
  24K
- **[redacted] [redacted]_092921.docx**
  [redacted]

L[redacted] P[redacted]_CMBB-RFA_092921.docx
25K

M[redacted] M[redacted]_092921.docx
29K

S[redacted] B[redacted]_092921.docx
29K

S[redacted] B[redacted]_CMBB-RFA_092921.docx
25K

T[redacted] G[redacted]_092921.docx
30K

T[redacted] G[redacted]_LMBB-RFA_092921.docx
25K

T[redacted] J[redacted]_092921.docx
30K

T[redacted] J[redacted]_CMBB-RFA_092921.docx
25K