# EXHIBIT 15

## Wadden, Michael (WDC)

**From:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Sent:** Tuesday, July 21, 2026 4:52 PM
**To:** Wadden, Michael (WDC)
**Cc:** Veatch, Sydney (WDC); Daniels, David (WDC); Massey, David (NYC); Wilder, William (NYC); Taber, Jacob (NYC)
**Subject:** RE: Uber Technologies Inc. et al v. Simon & Simon, P.C., et al. - Premier Defendants' Discovery Responses & Production

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Mike,

I sent the unredacted documents yesterday.

As for the collection, I need to clarify because I misspoke: The emails are all stored in google. Dr. Abraham searched his own email plus the two "Premier" emails. The medical records are stored in a HIPAA Compliant Drop Box. Premier pays Drop Box for this service. Dr. Abraham searched for the patient's name and date of service.

I now have a copy of the Drop Box and we will do the searches for the additional 25 patients.

I should have Supplemental Responses to you by tomorrow at the latest.

Thank you.

Regards,

**Stephanie N. Deviney**
**Partner**

**Fox Rothschild LLP**
Exton
(610) 458-3116
sdeviney@foxrothschild.com

---

**From:** Wadden, Michael <michael.wadden@ashurstperkins.com>
**Sent:** Monday, July 20, 2026 2:13 PM
**To:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Cc:** Veatch, Sydney <sydney.veatch@ashurstperkins.com>; Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Wilder, Will <will.wilder@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>

**Subject:** [EXT] RE: Uber Technologies Inc. et al v. Simon & Simon, P.C., et al. - Premier Defendants' Discovery Responses & Production

Stephanie, per-the below emails, we expected to receive several items from you last week, including: (1) unredacted version of documents you previously produced with redactions, (2) a written description of your search methodology, and (3) amended responses to Interrogatories 4, 5, & 10 and the RFPs identified below. We did not receive any of those items. Please confirm we will be receiving them today.

Thanks,
Mike

**Michael Wadden | Perkins Coie**
+1.202.434.1683

---

**From:** Wadden, Michael (WDC)
**Sent:** Tuesday, July 14, 2026 9:04 PM
**To:** 'Deviney, Stephanie N.' <SDeviney@foxrothschild.com>
**Cc:** Veatch, Sydney (WDC) <SVeatch@perkinscoie.com>; Daniels, David (WDC) <DDaniels@perkinscoie.com>; Massey, David (NYC) <DMassey@perkinscoie.com>; Wilder, William (NYC) <WWilder@perkinscoie.com>; Taber, Jacob (NYC) <JTaber@perkinscoie.com>
**Subject:** RE: Uber Technologies Inc. et al v. Simon & Simon, P.C., et al. - Premier Defendants' Discovery Responses & Production

Stephanie, thanks for the call today. Following up, below is a brief summary of our discussion:

**Redactions:** You confirmed that you will reproduce unredacted (except for potential privilege/work product) versions of all redacted documents and that you intend to do so as soon as your Etech team finishes removing the redactions, which you expect to be this week.

**Producing Attachments:** You confirmed that you will collect and produce the attachments to any parent emails included in your productions. We ask that you reproduce the parent emails sequentially with their attachments, and that you complete the reproduction by next week.

**Additional Claimant Documents:** We asked that you complete your production of google drive files for the claimants identified in our June 26 declaration by the end of next week. You stated you were unwilling to commit to a deadline, based on resource constraints. We believe next week is a very reasonable deadline given the apparent simplicity of pulling and reviewing the relevant google drive file, and we will expect your production by July 24.

**Search Methods:** We reiterated that searches for electronic documents must be conducted by counsel (or your staff) and that we are entitled to clarification regarding sources searched and search methodology. You stated you would provide a written description of that information by the end of this week. We understand that written description will address Dr. Burt's records as well as Premier Pain's.

**Supplemental RFP & Interrogatory Responses:** You affirmed that you will provide amended responses to the RFPs and Interrogatories discussed in our below emails by this Friday, July 17.

**Request for Inspection:** You stated that an August 10 inspection date will work for your client and that you plan to send us a written response to our RFI.

**Other Issues:** Consistent with your below email, we understand that you will get back to us on RFPs 11 and 37 this week.

Thanks,
Mike

**Michael Wadden | Perkins Coie**
+1.202.434.1683

---

**From:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Sent:** Tuesday, July 14, 2026 3:28 PM
**To:** Wadden, Michael (WDC) <mwadden@perkinscoie.com>
**Cc:** Veatch, Sydney (WDC) <sveatch@perkinscoie.com>; Daniels, David (WDC) <ddaniels@perkinscoie.com>; Massey, David (NYC) <dmassey@perkinscoie.com>; Wilder, William (NYC) <wwilder@perkinscoie.com>
**Subject:** RE: Uber Technologies Inc. et al v. Simon & Simon, P.C., et al. - Premier Defendants' Discovery Responses & Production

No problem. We should probably discuss the inspection as well.

**Stephanie N. Deviney**
**Partner**

**Fox Rothschild LLP**
Exton
(610) 458-3116
sdeviney@foxrothschild.com

---

**From:** Wadden, Michael <michael.wadden@ashurstperkins.com>
**Sent:** Tuesday, July 14, 2026 3:26 PM
**To:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Cc:** Veatch, Sydney <sydney.veatch@ashurstperkins.com>; Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Wilder, Will <will.wilder@ashurstperkins.com>
**Subject:** [EXT] RE: Uber Technologies Inc. et al v. Simon & Simon, P.C., et al. - Premier Defendants' Discovery Responses & Production

Stephanie, thanks for your responses. We would like to keep the call at 3:30 to go over some of the updated positions in your below email, and confirm our understanding. We are happy to keep the call relatively brief though.

**Michael Wadden | Perkins Coie**
+1.202.434.1683

---

**From:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Sent:** Tuesday, July 14, 2026 3:18 PM
**To:** Wadden, Michael (WDC) <mwadden@perkinscoie.com>
**Cc:** Veatch, Sydney (WDC) <sveatch@perkinscoie.com>; Daniels, David (WDC) <ddaniels@perkinscoie.com>; Massey, David (NYC) <dmassey@perkinscoie.com>; Wilder, William (NYC) <wwilder@perkinscoie.com>

**Subject:** RE: Uber Technologies Inc. et al v. Simon & Simon, P.C., et al. - Premier Defendants' Discovery Responses & Production

Mike,

Given schedules, I have been unable to connect with my clients on some of these issues. I think it makes sense to postpone our 3:30 p.m. call today. In the meantime, please see my comments below in **highlighted text**.

Regards,

**Stephanie N. Deviney**
**Partner**

**Fox Rothschild LLP**
Exton
(610) 458-3116
sdeviney@foxrothschild.com

---

**From:** Wadden, Michael <michael.wadden@ashurstperkins.com>
**Sent:** Thursday, July 2, 2026 11:56 AM
**To:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Cc:** Veatch, Sydney <sydney.veatch@ashurstperkins.com>; Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Wilder, Will <will.wilder@ashurstperkins.com>
**Subject:** [EXT] RE: Uber Technologies Inc. et al v. Simon & Simon, P.C., et al. - Premier Defendants' Discovery Responses & Production

Stephanie,

Thanks for meeting with us yesterday. I'm writing to memorialize what we discussed and our understanding of the parties' positions and agreed next steps. Please let us know if any of the below does not conform with your understanding. Given the tight discovery deadlines in this matter, we ask that you get back to us on the outstanding issues by next Wednesday, and provide your availability for a meet and confer next Thursday or Friday, during which we can continue to work through any outstanding issues.

**Document Sources and Search Methodology:** You represented that Premier Pain patient records are maintained in patient folders in Google Drive and that relevant correspondence occurs through Gmail. You represented that Blessen Abraham personally searched patient folders and his Gmail account to identify responsive documents. We requested that additional email accounts used for correspondence relating to treatment of Simon & Simon clients, including frontdesk@premierpainpa.com and recordsspprc@gmail.com, also be searched. We also noted our position that document collection should be conducted through counsel and that the Premier Pain Defendants must clarify what custodial sources were searched and search methodology. You represented that you would seek clarification regarding sources searched and search methodology and get back to us. We ask that you do so by next Wednesday. **I will confirm this information shortly.**

**Dr. Burt's Records:** You represented that Dr. Burt does not use electronic systems, such as email or a phone, for Premier Pain business. You stated he has a personal Hotmail account and acknowledged limited business correspondence (e.g., signed employment agreement) may have been sent via that account. Given that Dr. Burt is a Defendant and that his personal email accounts and devices are likely to include discoverable information relating to issues including the existence of a RICO enterprise, we requested that the Hotmail account and Dr. Burt's personal cell phone be included within the custodial sources searched. We ask that you please confirm whether you agree to do so by next Wednesday. **I will confirm this information shortly.**

**Clarification regarding RFP Responses and Production Commitments:** Many of the RFP Responses in which the Premier Pain Defendants commit to producing documents include the formulation: "Notwithstanding these objections and subject to them, see documents produced . . ." We explained that formulation leaves Plaintiffs without clarity regarding what materials the Premier Pain Defendants are agreeing to search for and produce, and we requested that you provide such clarity, either by providing amended RFP responses, or through some other sufficient mechanism. You told us you understood our concern and would follow up. We ask that you get back to us with either amended RFP responses or an update on your position by next Wednesday. **I will provide updated responses by Friday.**

**Producing Attachments with Parent Emails:** We noted that many of the parent emails in your initial productions were not produced with their attachments, and you agreed to reproduce parent emails with their attachments. Relatedly, we identified one unreadable email (PREMIER_000153) and one blurry photo (PREMIER_002061) and you agreed to reproduce legible copies. We ask that you complete the reproduction of parent emails with attachments and legible version of the illegible documents by next Wednesday. **I have asked my Etech group for assistance with this and asked Dr. Abraham to take another picture of the machine.**

**Improper Redactions for Relevance:** We noted that the Thrivest payment records include improper redactions for relevance, and that we object to those redactions. You represented that you would take the issue under consideration and follow up. We request that you either produce unredacted versions of those documents or clarify if we are at an impasse on this issue by next Wednesday. **We will produce unredacted documents with the exception of anything redacted for attorney/client privilege. I am waiting to hear from my Etech on the timing of this.**

**25-Claimant Declaration:** You raised a concern regarding the sufficiency of our 25-claimant declaration served last Friday. We stated our position that our declaration is consistent with the Court's June 10 Order, and that Defendants are now under an obligation to produce documents relating to the claimants listed therein. We request that you proceed with gathering responsive documents relating to those claimants and let us know promptly if you intend to maintain the position that those claimants are not included within the scope of discovery, so that we can seek judicial resolution. We ask that you do so by next Wednesday. **This issue is now moot given the Court's recent Order. We are gathering the responsive documents.**

**PIP Payment Documents:** We noted that although there were references to PIP payments in documents you produced, your production did not include PIP documents, invoicing, or correspondence with PIP insurance companies. You agreed to look into that and revert back. **To the extent any PIP documents exist, we produced them.**

**RFP 11 (Calendars):** You stated that Premier Pain does not share a calendar with Simon & Simon. You indicated you would look into whether there is a calendar (or calendars) kept by Premier Pain concerning Simon & Simon claimant appointments, and stated you would revert back. **I will confirm this information shortly.**

**RFP 12 (Zoom):** You stated that, outside of emails referencing Zoom calls, Premier Pain does not have records relating to Zoom calls and in person meetings between Simon & Simon claimants and Simon & Simon that

occur on Premier Pain's premises. You stated that such Zoom calls are conducted on a Simon & Simon device that is at the Premier Pain facility but is Simon & Simon's property, and you stated that we would need to inquire with Simon & Simon for any additional information about these Zoom calls and in person meetings. **To clarify, Simon & Simon does not have a device that is at Premier Pain's facility. I indicated that any device utilized by Simon & Simon personnel is brought with them to the facility.**

**RFP 15 (Litigation Funding):** You confirmed that the reason the only funder documents produced relate to Thrivest is that Thrivest is the only funder that purchased receivables for Simon & Simon claimants treated by Premier Pain. **Correct.**

**RFP 24 (Income Information):** We explained that Premier Pain's financial statements, including the total amount of revenue it receives and the portion that comes from treatments of Simon & Simon claimants, is highly relevant to issues including the existence of an enterprise and motive. You took the position that financial statement information outside limited payments in connection with treatments of claimants in the pleadings and in our 25-claimant declaration are outside the scope of discovery. We believe we are at an impasse on this issue. **Correct.**

**RFP 33 (Invoices and Purchase Agreements):** You stated that you have identified additional records to produce and that you would supplement your production. We noted that we had identified various categories of missing documents (i.e. no invoices or purchase orders for lidocaine, 25-gauge needles, etc.), but we agreed that further discussion should await your forthcoming production. You also explained that many of the supplies used by Premier Pain are shipped to Brunswick Health—a separate clinic owned by Dr. Abraham, whose address information is included in his Gmail signature block. **Correct.**

**RFP 37 (Other Proceedings):** You stated that you intended to produce records relating to Dr. Burt's Virginia disciplinary matter. We stated that we believe prior matters in which Drs. Burt and Abraham have been accused of engaging in fraud schemes similar to the one alleged here, such as *Gov't Emps. Ins. Co. v. Brunswick Health Center, PC et al.*, No. 22-cv-6496 (D.N.J.) and the other RICO cases listed in Paragraph 22 of the Amended Complaint, are highly relevant. We requested that at a minimum, documents including discovery responses provided by Drs. Burt and Abraham in those cases and settlement documents be produced. You told us you would take the matter under advisement and get back to us. **I will confirm this information shortly.**

**Interrogatories Nos. 4 & 5:** You stated that, consistent with our request, you would provide amended interrogatory responses including a written and verified answer to these interrogatories. We ask that you please do so by next Wednesday. **I will provide updated responses by Friday.**

**Interrogatory No. 10:** We noted that your response lists only current owners and employees of Premier Pain, and does not include former owners and employees, as required by the Interrogatory. As a compromise, we proposed limiting the scope of the Interrogatory to January 1, 2020 through the present. We believe you indicated you would likely agree to amend your response to provide that information. We ask that you either provide the amended interrogatory response or indicate your refusal by next Wednesday. **I will provide updated responses by Friday.**

Thanks,

Mike

**Michael Wadden | Perkins Coie**
+1.202.434.1683

**From:** Wadden, Michael (WDC)
**Sent:** Monday, June 29, 2026 3:33 PM
**To:** 'Deviney, Stephanie N.' <SDeviney@foxrothschild.com>
**Cc:** Veatch, Sydney (WDC) <SVeatch@perkinscoie.com>; Daniels, David (WDC) <DDaniels@perkinscoie.com>; Massey, David (NYC) <DMassey@perkinscoie.com>; Wilder, William (NYC) <WWilder@perkinscoie.com>
**Subject:** RE: Uber Technologies Inc. et al v. Simon & Simon, P.C., et al. - Premier Defendants' Discovery Responses & Production

Thanks Stephanie, Wednesday works for us. I'll send you a calendar invite for Wednesday at 12:30.

Best,
Mike

**Michael Wadden | Perkins Coie**
+1.202.434.1683

**From:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Sent:** Monday, June 29, 2026 12:37 PM
**To:** Wadden, Michael (WDC) <MWadden@perkinscoie.com>
**Cc:** Veatch, Sydney (WDC) <SVeatch@perkinscoie.com>; Daniels, David (WDC) <DDaniels@perkinscoie.com>; Massey, David (NYC) <DMassey@perkinscoie.com>; Wilder, William (NYC) <WWilder@perkinscoie.com>
**Subject:** RE: Uber Technologies Inc. et al v. Simon & Simon, P.C., et al. - Premier Defendants' Discovery Responses & Production

Mike,

I am free tomorrow before noon and then from 2 p.m. – 3 p.m. and after 4 p.m. I am generally free on Wednesday and would prefer Wednesday as it will give me time to review the documents you have indicated have issues below.

In the meantime, see my highlighted comments below.

Regards,

**Stephanie N. Deviney**
**Partner**

**Fox Rothschild LLP**
Exton
(610) 458-3116
sdeviney@foxrothschild.com

**From:** Wadden, Michael <MWadden@perkinscoie.com>
**Sent:** Friday, June 26, 2026 2:13 PM
**To:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Cc:** Veatch, Sydney <SVeatch@perkinscoie.com>; Daniels, David <DDaniels@perkinscoie.com>; Massey, David

<DMassey@perkinscoie.com>; Wilder, Will <WWilder@perkinscoie.com>
**Subject:** [EXT] RE: Uber Technologies Inc. et al v. Simon & Simon, P.C., et al. - Premier Defendants' Discovery Responses & Production

Stephanie, I am following up on our below request to meet and confer. Please let us know what times would work for you next Monday–Wednesday. For reference, I've included below a list of issues we would like to discuss.

- Clarification regarding document sources searched and search methods, including whether searched sources included frontdesk@premierpainpa.com, recordspprc@gmail, and Dr. Burt's personal email and device(s).
- Clarification regarding commitments to perform additional searches.
- Failure to produce attachments with parent emails (e.g. PREMIER_000199).
- Improper redactions of non-privileged information (e.g. PREMIER_001897).
- RFP 9: Production of fluoroscopy machine records. WE PRODUCED SOME OF THESE RECORDS BUT HAVE LOCATED SOME ADDITIONAL WHICH WE WILL PRODUCE SHORTLY.
- RFP 11: Calendars shared with Simon & Simon. THERE ARE NONE – THIS IS CORRECT
- RFP 12: Documents relating to Zoom meetings. THERE ARE NONE
- RFP 24: Income information.
- RFP 30: Law firm referrals.
- RFP 33: Invoices and purchase information.
- RFP 37: Other proceedings.
- Interrogatories 4 & 5.
- Interrogatory 10.
- Production of unreadable documents (Premier_000153; Premier_002061)

Thanks,
Mike

**Michael Wadden | Perkins Coie**
+1.202.434.1683

---

**From:** Wadden, Michael (WDC)
**Sent:** Thursday, June 25, 2026 11:18 AM
**To:** Stephanie N. Deviney <sdeviney@foxrothschild.com>
**Cc:** Veatch, Sydney (WDC) <SVeatch@perkinscoie.com>; Daniels, David (WDC) <DDaniels@perkinscoie.com>; Massey, David (NYC) <DMassey@perkinscoie.com>; Wilder, William (NYC) <WWilder@perkinscoie.com>
**Subject:** FW: Uber Technologies Inc. et al v. Simon & Simon, P.C., et al. - Premier Defendants' Discovery Responses & Production

Stephanie,

We would like to have a meet and confer regarding deficiencies in Premier Pain and Dr. Burt's discovery responses. Can you please let us know what times would work for you between now and next Wednesday?

Thanks,
Mike

**Michael Wadden | Perkins Coie**
**ASSOCIATE**
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
+1.202.434.1683
Mwadden@perkinscoie.com
perkinscoie.com

**Michael Wadden | Perkins Coie**
+1.202.434.1683

---

**From:** Burdy, Shelly L. <sburdy@foxrothschild.com>
**Sent:** Monday, June 22, 2026 5:51 PM
**To:** Massey, David (NYC) <dmassey@perkinscoie.com>; Daniels, David (WDC) <ddaniels@perkinscoie.com>; Huston, Michael (PHX) <mhuston@perkinscoie.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>; Wilder, William (NYC) <wwilder@perkinscoie.com>; Wadden, Michael (WDC) <mwadden@perkinscoie.com>; AKurland@RohnKurland.com; rhynhart@blankrome.com; Jim.smith@blankrome.com; Michael.stoolman@blankrome.com; Maegan.mcumber@blankrome.com; andrew@barattalawfirm.com; nspizer@dilworthlaw.com; higsonjj@dilworthlaw.com; strentalange@dilworthlaw.com; Rebecca.ward@blankrome.com; Taber, Jacob (NYC) <jtaber@perkinscoie.com>
**Cc:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Subject:** RE: Uber Technologies Inc. et al v. Simon & Simon, P.C., et al. - Premier Defendants' Discovery Responses & Production

Re-sending with all documents attached.

Regards,

**Shelly L. Burdy**
**Client Service Specialist**
Supporting:
Andy Berger
Stephanie Deviney
Christopher Popper
Randall Schauer

**Fox Rothschild LLP**
Exton
(610) 458-4975
sburdy@foxrothschild.com

---

**From:** Burdy, Shelly L. <sburdy@foxrothschild.com>
**Sent:** Monday, June 22, 2026 5:25 PM
**To:** dmassey@perkinscoie.com; ddaniels@perkinscoie.com; mhuston@perkinscoie.com; sveatch@perkinscoie.com; wwilder@perkinscoie.com; mwadden@perkinscoie.com; AKurland@RohnKurland.com; rhynhart@blankrome.com; Jim.smith@blankrome.com; Michael.stoolman@blankrome.com; Maegan.mcumber@blankrome.com;

andrew@barattalawfirm.com; nspizer@dilworthlaw.com; higsonjj@dilworthlaw.com; strentalange@dilworthlaw.com; Rebecca.ward@blankrome.com; jtaber@perkinscoie.com
**Cc:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Subject:** Uber Technologies Inc. et al v. Simon & Simon, P.C., et al. - Premier Defendants' Discovery Responses & Production

Good afternoon Counsel,

Attached please find correspondence from Stephanie Nolan Deviney in the referenced matter.

Regards,

Fox Rothschild

**Shelly L. Burdy**
**Client Service Specialist**
Supporting:
Andy Berger
Stephanie Deviney
Christopher Popper
Randall Schauer

(610) 458-4975
sburdy@foxrothschild.com

Eagleview Corporate Center
747 Constitution Drive, Suite 100
P.O. Box 673
Exton, PA 19341

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

---

NOTICE: This communication from Perkins Coie LLP may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.