# EXHIBIT 17

# FILED UNDER SEAL