# EXHIBIT 20

**Wadden, Michael (WDC)**

**From:** Wadden, Michael (WDC)
**Sent:** Friday, July 24, 2026 11:57 AM
**To:** 'Andrew Baratta'
**Cc:** Daniels, David (WDC); Massey, David (NYC); Taber, Jacob (NYC); Wilder, William (NYC); Veatch, Sydney (WDC)
**Subject:** RE: Position on sealing

Andy, please give me your position on sealing the three documents I listed. If you don't provide one, we will move forward on the understanding that you want us to file the documents under seal, and request the Court's leave to do so consistent with our confidentiality agreement.

We are not trying to manufacture motions practice, but we believe the issues we've described are ripe for adjudication, and we do not agree that there is "zero urgency" about getting them resolved. We do not see any reason to further delay that resolution, unless you will agree to reproduce emails with their attachments and without redactions.

Per-your comment, we will certainly be candid with the Court about our discussions.

**Michael Wadden | Perkins Coie**
+1.202.434.1683

**From:** Andrew Baratta <andrew@Barattalawfirm.com>
**Sent:** Friday, July 24, 2026 11:41 AM
**To:** Wadden, Michael (WDC) <mwadden@perkinscoie.com>
**Cc:** Daniels, David (WDC) <ddaniels@perkinscoie.com>; Massey, David (NYC) <dmassey@perkinscoie.com>; Taber, Jacob (NYC) <jtaber@perkinscoie.com>; Wilder, William (NYC) <wwilder@perkinscoie.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>
**Subject:** RE: Position on sealing

Mike – You seem intent on manufacturing motion practice rather than actually resolving the issue, which I am fairly confident we can do with a conversation about the specific documents you've identified. I am dealing with some personal family issues which preclude me from having a discussion today which is why I offered Monday. There is zero urgency to this issue but certainly nothing about it which can't abide until Monday. If you insist on proceeding with a motion nonetheless, please be candid with the court about our actual discussions.

Andrew P. Baratta
Practice Areas: *Catastrophic Injury & Wrongful Death; Bad Faith Insurer Schemes Against Doctors*
**BARATTA LAW, LLC**
3500 Reading Way
Huntingdon Valley, Pa. 19006
215-914-8132
215-914-2118 (fax)
www.BarattaLawFirm.com

This message is from the law firm of Baratta Law LLC. The information and all attachments in this electronic communication is legally privileged and confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any review, use,

dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail and please permanently remove any copies of this message from your system. Do not retain any copies, whether in electronic or physical form or otherwise. Delivery of this message and any attachments to any person other than the intended recipient(s) is not intended in any way to waive confidentiality or a privilege. Thank you.

---

**From:** Wadden, Michael <michael.wadden@ashurstperkins.com>
**Sent:** Friday, July 24, 2026 10:21 AM
**To:** Andrew Baratta <andrew@Barattalawfirm.com>
**Cc:** Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Wilder, Will <will.wilder@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>
**Subject:** RE: Position on sealing

Andy, can you just tell us whether you want PSA-001691, PSA-005305, and PSA-005639 to be filed under seal or you consent to them being filed publicly?

Separately, if there's another position you want to articulate regarding those documents that you think my emails have omitted or misstated, please articulate it.

Thanks,
Mike

**Michael Wadden | Perkins Coie**
+1.202.434.1683

---

**From:** Andrew Baratta <andrew@Barattalawfirm.com>
**Sent:** Thursday, July 23, 2026 5:09 PM
**To:** Wadden, Michael (WDC) <mwadden@perkinscoie.com>
**Cc:** Daniels, David (WDC) <ddaniels@perkinscoie.com>; Massey, David (NYC) <dmassey@perkinscoie.com>; Taber, Jacob (NYC) <jtaber@perkinscoie.com>; Wilder, William (NYC) <wwilder@perkinscoie.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>
**Subject:** RE: Position on sealing

You've not correctly articulated any position of mine regarding these three documents. I'm available as I indicated to meet and confer regarding them but you seem intent on avoiding a substantive discussion as required by the court's procedures. I don't intend to go back and forth with you on email. If you proceed please advise the court honestly about your refusal to meet and confer. Otherwise confirm whether Monday or Tuesday after 4 pm works or propose days/times later in the week.

Thanks.

Andrew P. Baratta
Practice Areas: *Catastrophic Injury & Wrongful Death; Bad Faith Insurer Schemes Against Doctors*
**BARATTA LAW, LLC**
3500 Reading Way
Huntingdon Valley, Pa. 19006
215-914-8132

215-914-2118 (fax)
www.BarattaLawFirm.com

This message is from the law firm of Baratta Law LLC. The information and all attachments in this electronic communication is legally privileged and confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any review, use, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail and please permanently remove any copies of this message from your system. Do not retain any copies, whether in electronic or physical form or otherwise. Delivery of this message and any attachments to any person other than the intended recipient(s) is not intended in any way to waive confidentiality or a privilege. Thank you.

---

**From:** Wadden, Michael <michael.wadden@ashurstperkins.com>
**Sent:** Thursday, July 23, 2026 5:00 PM
**To:** Andrew Baratta <andrew@Barattalawfirm.com>
**Cc:** Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Wilder, Will <will.wilder@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>
**Subject:** RE: Position on sealing

Andy,

Our position is that you are required to collect and produce documents in a way that preserves document family relationships between parent emails and attachments, and that you may not redact information unless it is protected by privilege or work product. We understand that your position is that you are not required to preserve document family relationships and produce attachments with parent emails, and that the redactions you applied to documents like PSA-005305 and PSA-005639 are appropriate and permissible. Those are global disputes that apply to most of the documents you have produced.

If we are misunderstanding your current position, please tell us—we certainly do not want to mistakenly mischaracterize your position. But if you are standing on that position, we do not see how discussing a handful of specific documents will move us towards a resolution of our global dispute, and we do not want to further delay that resolution unless there is a real prospect of reaching agreement.

Thanks,
Mike

**Michael Wadden | Perkins Coie**
+1.202.434.1683

---

**From:** Andrew Baratta <andrew@Barattalawfirm.com>
**Sent:** Thursday, July 23, 2026 4:24 PM
**To:** Wadden, Michael (WDC) <mwadden@perkinscoie.com>
**Cc:** Daniels, David (WDC) <ddaniels@perkinscoie.com>; Massey, David (NYC) <dmassey@perkinscoie.com>; Taber, Jacob (NYC) <jtaber@perkinscoie.com>; Wilder, William (NYC) <wwilder@perkinscoie.com>; Veatch, Sydney (WDC)

<sveatch@perkinscoie.com>
**Subject:** RE: Position on sealing

We did not discuss any specific documents. My proposal is we have a meet and confer about specific documents you have not previously identified as the possible subject of a motion. You are also characterizing apples to present them as oranges to the court. I am available Monday or Tuesday after 4 pm. If neither works please propose times/days later in the week.

Andrew P. Baratta
Practice Areas: *Catastrophic Injury & Wrongful Death; Bad Faith Insurer Schemes Against Doctors*
**BARATTA LAW, LLC**
3500 Reading Way
Huntingdon Valley, Pa. 19006
215-914-8132
215-914-2118 (fax)
www.BarattaLawFirm.com

This message is from the law firm of Baratta Law LLC. The information and all attachments in this electronic communication is legally privileged and confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any review, use, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail and please permanently remove any copies of this message from your system. Do not retain any copies, whether in electronic or physical form or otherwise. Delivery of this message and any attachments to any person other than the intended recipient(s) is not intended in any way to waive confidentiality or a privilege. Thank you.

---

**From:** Wadden, Michael <michael.wadden@ashurstperkins.com>
**Sent:** Thursday, July 23, 2026 4:18 PM
**To:** Andrew Baratta <andrew@Barattalawfirm.com>
**Cc:** Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Wilder, Will <will.wilder@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>
**Subject:** RE: Position on sealing

Andy,

I'm not sure if we addressed those documents specifically, but during our meet and confer on July 2, we told you that searches should be conducted by counsel (or professionals with your firm), and collections and productions should be performed in a manner that preserves relevant metadata and document family relationships. You told us that was "a ridiculous suggestion with no purpose other than to artificially inflate legal expense." Unless you intend to move off that position and re-produce parent emails with their attachments sequentially included—and without redactions over information that is not protected by privilege—we think we are at an impasse. We don't think it's necessary or efficient to discuss each specific email produced without its attachments and with redactions one-by-one.

That said, if you have a proposal for us, we're happy to discuss.

Please do also let us know how you'd like us to handle the sealing issue.

Thanks,
Mike

**Michael Wadden | Perkins Coie**
+1.202.434.1683

---

**From:** Andrew Baratta <andrew@Barattalawfirm.com>
**Sent:** Thursday, July 23, 2026 3:31 PM
**To:** Wadden, Michael (WDC) <mwadden@perkinscoie.com>
**Cc:** Daniels, David (WDC) <ddaniels@perkinscoie.com>; Massey, David (NYC) <dmassey@perkinscoie.com>; Taber, Jacob (NYC) <jtaber@perkinscoie.com>; Wilder, William (NYC) <wwilder@perkinscoie.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>
**Subject:** RE: Position on sealing

Did I miss a meet and confer on this? I don't recall us discussing these documents.

Andrew P. Baratta
Practice Areas: *Catastrophic Injury & Wrongful Death; Bad Faith Insurer Schemes Against Doctors*
**BARATTA LAW, LLC**
3500 Reading Way
Huntingdon Valley, Pa. 19006
215-914-8132
215-914-2118 (fax)
www.BarattaLawFirm.com

This message is from the law firm of Baratta Law LLC. The information and all attachments in this electronic communication is legally privileged and confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any review, use, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail and please permanently remove any copies of this message from your system. Do not retain any copies, whether in electronic or physical form or otherwise. Delivery of this message and any attachments to any person other than the intended recipient(s) is not intended in any way to waive confidentiality or a privilege. Thank you.

---

**From:** Wadden, Michael <michael.wadden@ashurstperkins.com>
**Sent:** Thursday, July 23, 2026 3:00 PM
**To:** Andrew Baratta <andrew@Barattalawfirm.com>
**Cc:** Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Wilder, Will <will.wilder@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>
**Subject:** Position on sealing

Andy,

We intend to file as exhibits to our anticipated motion to compel one or more of the following documents: PSA-001691; PSA-005305; and PSA-005639. Those documents are all marked confidential, and consistent with the parties' confidentiality agreement, we are seeking your position regarding

whether they should be filed under seal. Do you authorize us to file those documents on the public docket, or would you like us to request leave of the Court to file them under seal, advising the Court that support for sealing will be provided by PSA?

Thanks,
Mike

**Michael Wadden | Perkins Coie**
**ASSOCIATE**
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
+1.202.434.1683
Mwadden@perkinscoie.com
perkinscoie.com

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.