**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,**<br><br>**PLAINTIFFS,**<br><br>**v.**<br><br>**SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS,**<br><br>**DEFENDANTS.** | CIVIL ACTION<br><br>No: 2:25-cv-05365-MAK |

**[PROPOSED] ORDER**

AND NOW, this ___ day of ______, 2026, upon consideration of Plaintiffs' Motion to Compel Simon & Simon P.C., Premier Pain and Rehab Center, PC, and Philadelphia Spine Associates, LLC to Comply with Their Basic Discovery Obligations, it is hereby ORDERED that the Motion is GRANTED. It is FURTHER ORDERED that:

1. Simon & Simon P.C. shall identify its Rule 30(b)(6) witness(es) immediately and shall make such witness(es) available for deposition within seven days of the entry of this Order.
2. Simon & Simon P.C. shall immediately comply with Plaintiffs' Request for Production No. 1.c–v.

3. Premier Pain and Rehab Center, PC and Philadelphia Spine Associates, LLC shall comply with Plaintiffs' Request for Production Instruction 1 and immediately reproduce with attachments all email communications that were previously produced without their attachments.
4. Defendants shall produce documents without redactions, except to protect information protected by the attorney-client privilege or work product doctrine.

______________________
**KEARNEY, J.**