**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UBER TECHNOLOGIES, INC., *et al.*** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-5365** |
| | : | |
| **SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, LANCE YARUS** | : | |

# ORDER

**AND NOW**, this 3rd day of August 2026, upon reviewing Plaintiffs' Motion to clarify limited language (ECF 170) in our July 7, 2026 Order (ECF 148), noting no timely Opposition but a fulsome Certificate under our Policies (ECF 170 at 6-7) describing Defendants' positions, and finding good cause to allow affirmative pattern discovery concerning Claimants F, J, and AA but not to prematurely address trial evidentiary issues, it is **ORDERED** we **GRANT** Plaintiffs' Motion (ECF 170):

1. Allowing affirmative discovery to continue into the pattern cases of Claimants F, J, and AA; and,

2. Clarifying our July 7, 2026 Order (ECF 148) to remind "Plaintiffs their choice limits affirmative discovery at this stage…" consistent with Paragraph 4.d. of our June 10, 2026 Order (ECF 125) without presently deciding whether we must later preclude needlessly cumulative evidence at trial under Fed. R. Evid. 611 if warranted given we already balanced Plaintiffs' attempt to explore a pattern under their claims against the burdensome requests in our June 10, 2026 Order (ECF 125).

KEARNEY, J.