# EXHIBIT 1

# #256243093 Pennsylvania - Litigation Event (trial pool - Claim # 7005519506-1 | Incident # 2308637

| Submitted | Received via | Requester |
|---|---|---|
| February 18, 2025 at 9:29 AM | Mail | Kyle Wegner <kyle.wegner@farmersinsurance.com> |

**CCs**
Farmers <farmers@uber.com>

| Status category | Ticket status | Type | Group | Assignee |
|---|---|---|---|---|
| Solved | Solved | Incident | Claims \| Quality and Compliance | Heather Hughes |

| City (RDS) | Region | Issue Type | User Type (RDS) | Level |
|---|---|---|---|---|
| Philadelphia - 20 | USA::East | Claims::Claim Inquiry (9323) | Claims::Uber Insurance Partner | Level 1 |

| Agent Replies | Claim Type |
|---|---|
| 1 | Existing Claim |

**Kyle Wegner** February 18, 2025 at 9:29 AM

**Hello,**

**Summary:** Litigation Event – Trial date sched for 5/29/25 – noted case is in US Federal District Court

**DOL: 1/7/2023**
**FNOL: 1/7/2023**
**Period, Coverage Type, and Limits: P3, BI, $1M CSL**
**Independent Driver: Daliang Dai**

**Defense Attorney/Firm: John Silli, Law Offices of Carolyn Angelaccio**
**Plaintiff Attorney/Firm: Marc Simon, Simon/Simon**
**Other Attorneys Involved: no**

**Is Uber/Rasier/Portier named:** Yes – Uber was dismissed 1/22/25
**Is case Bifurcated**: Yes, 7007373396-1, Melanie Montoya – file closed
**Is there a split companion claim:** no

**Reason for Suit: Value**
**Is there an allegation of Bad Faith: No**
**Possibility for Excess Exposure: No**

**Case Caption: Jajaira Melendez vs Daliang Dai, Uber et al**
**Court: Court of Common Pleas**
**Location: Philadelphia, PA**

**Offer/date: none**
**Demand/date: none**

**Aggregate Reserves/Indemnity:**
**Jajaira Melendez, BI - $100,000 open**

**Facts:**
- ID attempted left turn at stop sign and was struck by CV. CV did not have any controls.
  - ID is 100% negligent for FTYROW

- Damages – minor to moderate

**Injury Info:**

- Passenger in CV: Jajaira Melendez, female age 30, 5′2″, 153lb.
- Injury: Cervical/Lumbar S/S, Bilat Shoulder S/S
- Treatment: ED, MD, Chiro/PT, Ortho, MRI – (Lumbar – Disc degen w/ protrusion/marginal osteophytosis eccentric to left reducing canal diameter narrowing both neural formen left greater than right L5-S1; Cervical – shallow disc bulging left C4-5, C5-6 and perhaps C6-7) , Premier Pain - ; Lumbar MBB Bilat L5 and RFA both done on 4/20/23,
    - Plaintiff IME – Nirav Shah, Neuro; 2/9/24; Opines permanent injuries to Cervical spine, Aggravation injury to Lumbar spine, Concussion, aggravation or prior migraine and mild TBI
- Rebuttal Expert Report – Dr. Andrew Shaer; 11/11/24 – rev'd MRI – noted annular bulges C4-5 through C6-7 – related to disc degeneration and not acute. Lumbar – mild annular bulge L5-S1 – again degenerative vs acute. L5-S1 small protruding disc herniation with adjacent osteophyte. Noted long standing finding present prior to the DOL. Opinion – no imaging evidence of injury attributable to 1/7/23 MVA.
- LOE: none
- Incurred Medical:
    - Spinal Care/DC - $6606
    - Future; LCP/MCP: Christina Mistifer, Valerie Parisi, RN - $1,762,759.65

**New information/Action Plan:**

- Pending Pre-Trial report from Defense – including summary of case, expected jury outcomes
- Simon/Simon office known for waiting till eve of trial to negotiate – we may consider Mediation as we have several recent cases going to Mediation currently – will see if those cases are successful for consideration of this case.
- We will seek Trial Authority if needed vs strategic settlement negotiations to try and resolve prior to trial.

Kyle Wegner
Tier 3 Claim Owner III- Litigation Representative
Farmers Insurance Exchange - Business Insurance
Commercial Auto Transportation Network Claims Department

Cell: 775-813-1235
Fax: (877) 217-1389
Email: kyle.wegner@farmersinsurance.com

Mailing Address:
PO Box 268994
Oklahoma City,OK 73126

Please be advised that any offers made are contingent upon your client agreeing to confidentiality and non-disparagement regarding this claim. This language is included in the settlement release, which will require signatures from your client.

Proprietary

---

***** PLEASE NOTE ***** This E-Mail/telefax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail/telefax information is strictly prohibited and

may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Thank you.*****

To unsubscribe from this group and stop receiving emails from it, send an email to claimsar+unsubscribe@uber.com.

---

**Heather Hughes** February 18, 2025 at 4:18 PM

Hello,

Thank you for the notice.

--
**Heather**
help.uber.com

---

**Heather Hughes** February 18, 2025 at 4:18 PM

Internal note

https:/[redacted]

Support software by Zendesk