# EXHIBIT 2

# #256342155 Re: Pennsylvania - Litigation Event Claim # 7005519506-1 | Incident # 2308637

| Submitted | Received via | Requester |
| --- | --- | --- |
| April 25, 2025 at 11:02 AM | Closed ticket | Kyle Wegner <kyle.wegner@farmersinsurance.com> |

**CCs**
Farmers <farmers@uber.com>

| Status category | Ticket status | Type | Group | Assignee |
| --- | --- | --- | --- | --- |
| Solved | Solved | Incident | Special Investigations Team | Heather Hughes |

| City (RDS) | Region | Issue Type | User Type (RDS) | Level |
| --- | --- | --- | --- | --- |
| Philadelphia - 20 | USA::East | Claims::Claim Inquiry (9323) | Claims::Uber Insurance Partner | Level 1 |

| Agent Replies | Claim Type |
| --- | --- |
| 1 | Existing Claim |

**Heather Hughes** April 25, 2025 at 11:02 AM

Good morning Kyle,

Is this case proceeding on 5/29? If so, could you provide me with an updated pre-trial report? Thanks!

--
**Heather**
help.uber.com

**Heather Hughes** April 25, 2025 at 11:04 AM Internal note

https://[redacted]

**Kyle Wegner** April 28, 2025 at 3:50 PM

Yes – still currently scheduled for 5/29.
Andrew Baron is plaintiff counsel – and has been generally open to settlement... so my best guess is we reach a mutual number prior to start of trial.
Try against number is up to $150k – though will see if we can get a number closer to $100k
Here is copy of the pre-trial report.

Kyle Wegner
Tier 3 Claim Owner III- Litigation Representative
Farmers Insurance Exchange - Business Insurance
Commercial Auto Transportation Network Claims Department

Cell: 775-813-1235
Fax: (877) 217-1389
Email: kyle.wegner@farmersinsurance.com

Mailing Address:
PO Box 268994
Oklahoma City,OK 73126

Please be advised that any offers made are contingent upon your client agreeing to confidentiality and non-disparagement regarding this claim. This language is included in the settlement release, which will require signatures from your client.

Proprietary

***** PLEASE NOTE ***** This E-Mail/telefax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail/telefax information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Thank you.*****

---

**Heather Hughes** April 28, 2025 at 4:02 PM

Good afternoon Kyle,

Thank you for the report. We'll need to discuss in the next couple of weeks. Thanks!

--
**Heather**
help.uber.com

---

**Heather Hughes** April 28, 2025 at 4:03 PM

Internal note

https://[redacted]

---

Support software by Zendesk