# EXHIBIT 9

**Stoolman, Michael A.**

**From:** Wilder, Will <will.wilder@ashurstperkins.com>
**Sent:** Wednesday, August 5, 2026 10:04 PM
**To:** Stoolman, Michael A.; Wadden, Michael; Rhynhart, Dan; Smith, Jim; Spitzer, Maegan; Ward, Rebecca
**Cc:** Daniels, David; Massey, David; Amy Kurland; Taber, Jacob; Veatch, Sydney
**Subject:** RE: Plaintiffs' Responses and Objections to the Simon Defendants' Discovery Requests

Michael,

We are intending to make a substantial production of documents on behalf of Uber on Friday. Rolling production will continue after Friday.

We are working on amended interrogatory responses as we review documents and intend to serve them as soon as we can. We will note that the Simon Defendants are substantially overdue on several interrogatory responses to us, including a response to Interrogatory No. 6 and amended responses to Interrogatories Nos. 1 through 5.

Thanks,
Will

**Will Wilder**
Associate

D: +1 332 238 2747

**Ashurst Perkins Coie**
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

**From:** Stoolman, Michael A. <michael.stoolman@blankrome.com>
**Sent:** Tuesday, August 4, 2026 9:11 PM
**To:** Wilder, William (NYC) <wwilder@perkinscoie.com>; Wadden, Michael (WDC) <mwadden@perkinscoie.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>
**Cc:** Daniels, David (WDC) <ddaniels@perkinscoie.com>; Massey, David (NYC) <dmassey@perkinscoie.com>; Amy Kurland <AKurland@rohnkurland.com>; Taber, Jacob (NYC) <jtaber@perkinscoie.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>
**Subject:** RE: Plaintiffs' Responses and Objections to the Simon Defendants' Discovery Requests

Will,

We are waiting for the documents you said Uber and FedEx would be producing last Wednesday in our meet and confer. In your email below, sent last Friday, you promised us "next week." When will we be receiving these documents?

We are expecting to receive, among many other categories of documents, the March 1, 2018 Insurance Program Agreement between Farmers Insurance Exchange and Rasier, LLC and all amendments, along with all indemnity and/or reinsurance agreements between and among Uber, Aleka, and Farmers.

Can we get a rolling production so we start getting documents tomorrow?

Last, what day this week should we expect your supplemental interrogatory responses as noted in our emails below?

**Michael A. Stoolman** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5421 | mobile: +1.856.316.6456
michael.stoolman@blankrome.com | bio

---

**From:** Wilder, Will <will.wilder@ashurstperkins.com>
**Sent:** Friday, July 31, 2026 4:09 PM
**To:** Stoolman, Michael A. <michael.stoolman@blankrome.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>
**Cc:** Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Amy Kurland <AKurland@rohnkurland.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>
**Subject:** RE: Plaintiffs' Responses and Objections to the Simon Defendants' Discovery Requests

Michael,

I can confirm that we are in the process of identifying and collecting all insurance contracts that are responsive to your requests.

We will not be able to make a production by the end of the day today; however, at this time, I expect to be able to make a substantial production of Uber documents in response to your requests next week.

Thanks,
Will

**Will Wilder**
Associate

D: +1 332 238 2747

**Ashurst Perkins Coie**
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

**From:** Stoolman, Michael A. <michael.stoolman@blankrome.com>
**Sent:** Thursday, July 30, 2026 3:18 PM

**To:** Wilder, William (NYC) <wwilder@perkinscoie.com>; Wadden, Michael (WDC) <mwadden@perkinscoie.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>
**Cc:** Daniels, David (WDC) <ddaniels@perkinscoie.com>; Massey, David (NYC) <dmassey@perkinscoie.com>; Amy Kurland <AKurland@rohnkurland.com>; Taber, Jacob (NYC) <jtaber@perkinscoie.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>
**Subject:** RE: Plaintiffs' Responses and Objections to the Simon Defendants' Discovery Requests

Will,

Every contract between Uber (or Rasier or Aleka) and Farmers that has any connection to any "cost" you are claiming as your injury in this case is relevant and responsive to RFP 9 ("All insurance policies and contracts, including without limitation all related documents such as riders, schedules, and declarations pages, with Farmers or any other insurer that are applicable to any of the Underlying Uber Actions.").

But there are some that are so clearly relevant and responsive, that we have already identified them for you to collect and produce.

The March 1, 2018 Insurance Program Agreement between Farmers Insurance Exchange ("FIE") and Rasier, LLC is described in a public document as the agreement under which FIE "provide[s] commercial automobile insurance coverage for Uber and their independent contractor drivers, while engaging in official company ridesharing activities in the states of Georgia and Pennsylvania."

That same public document states that, starting on March 1, 2023, "Uber agreed to indemnify and reimburse FIE for 90% of all losses, loss adjustment expenses and program expenses arising under the policies issued by FIE and its affiliates under the Uber program, pursuant to an indemnity agreement entered into among FIE, Uber and Aleka Insurance, Inc., an Uber affiliate ('Aleka'). Under this agreement, Aleka guarantees the payment and performance of Uber's indemnification obligations to FIE and posts collateral as security for its obligations."

These contracts should be easy to collect and produce in short order, and we would appreciate them being produced by end of day tomorrow.

Please also let us know the timing of your rolling productions otherwise, as I requested in my last email.

**Michael A. Stoolman** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5421 | mobile: +1.856.316.6456
michael.stoolman@blankrome.com | bio

---

**From:** Wilder, Will <will.wilder@ashurstperkins.com>
**Sent:** Thursday, July 30, 2026 2:01 PM
**To:** Stoolman, Michael A. <michael.stoolman@blankrome.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>
**Cc:** Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Amy

Kurland <AKurland@rohnkurland.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>
**Subject:** RE: Plaintiffs' Responses and Objections to the Simon Defendants' Discovery Requests

Hi Michael,

Thank you for the call yesterday.

Regarding RFPs 7, 8, 9, 10, 11, 12, 13 and 14 to Uber and RFPs 7, 8, 9, 10, 11, and 12 to FedEx, as you stated, we are collecting and intending to produce documents response to those requests. We agree that certain insurance agreements with Farmers are responsive to those requests and are intending to produce those agreements. At this time, I cannot confirm the name or title of any *specific* contract or document we would be producing pursuant to these requests, but we will be producing such agreements that we determine to be responsive.

Thanks,
Will

**Will Wilder**
Associate

D: +1 332 238 2747

**Ashurst Perkins Coie**
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

**From:** Stoolman, Michael A. <michael.stoolman@blankrome.com>
**Sent:** Wednesday, July 29, 2026 12:56 PM
**To:** Wilder, William (NYC) <wwilder@perkinscoie.com>; Wadden, Michael (WDC) <mwadden@perkinscoie.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>
**Cc:** Daniels, David (WDC) <ddaniels@perkinscoie.com>; Massey, David (NYC) <dmassey@perkinscoie.com>; Amy Kurland <AKurland@rohnkurland.com>; Taber, Jacob (NYC) <jtaber@perkinscoie.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>
**Subject:** RE: Plaintiffs' Responses and Objections to the Simon Defendants' Discovery Requests

Will,
Thanks for the call this morning. Per our discussion, we are writing to confirm the following:

1. Interrogatories 2 and 3: You are going to speak with your clients to determine what person or group of persons authorized each of the settlements responsive to Interrogatories 2 and 3 (to both Uber and FedEx) and then supplement your responses with that specific information for each settlement or, in the case of Uber, state that no one at Uber authorized any of the settlements if that is what you determine. You mentioned that you have documents to produce that may shed

light on this issue, and you believe that production will take place soon. We offered to accept a rolling production, and would appreciate your telling us when we will receive those documents.

2. The parties agreed to consider a joint subpoena to Farmers. You asked us to send a draft rider of our proposed document requests, which you will consider to see if Uber will join.

3. Interrogatories 4 and 5 to Uber and Interrogatory 6 to FedEx: You will supplement your responses with the dates that Uber and FedEx received each of the DIME reports (if they did at all) for each specific underlying case at issue (those involving Uber and FedEx). You will let us know whether Uber and FedEx are producing the communications transmitting and relating to those DIME reports in each of the underlying cases (which are responsive to Uber RFP 15 and FedEx RFP 13), or will be withholding any of them as privileged and listing them on a privilege log.

4. Interrogatory 7: You are going to supplement Uber's response to Interrogatory 7 to breakdown the portion of fees, costs, settlements, and verdicts for each of the Underlying Uber Actions and also identify if Rasier, Aleka, or any other Uber affiliate paid any portion or all of such amounts. You also stated you would identify if Farmers paid any or all of the amounts listed. You are also going to confirm if the amounts listed in Interrogatory 7 are what you claim to be entitled to under the collateral source rule, or if those amounts reflect something else—like Aleka paying amounts back to Farmers. For example, Farmers paid $145,000 to Jeffrey Robinson but you list your injury as $124,440.90. You confirmed that Uber is not withholding documents based on any argument about the collateral source rule and relevancy. Again, you mentioned that you have documents to produce that may shed light on this issue, and you believe that production will take place soon. We would appreciate your telling us when we will receive those documents.

5. Interrogatory 8: You are similarly going to supplement FedEx's response to Interrogatory 8 to breakdown the portion of fees, costs, settlements, and verdicts for each of the Underlying FedEx Actions and identify if any affiliate of FedEx paid any portion or all of such amounts.

6. RFPs 7, 8, 9, 10, 11, 12, 13 and 14 to Uber and RFPs 7, 8, 9, 10, 11, and 12 to FedEx: You agreed to produce the documents responsive to these requests. You specifically agreed to produce the Insurance Program Agreement between Rasier and Farmers (and all amendments) and all indemnity and/or reinsurance agreements between and among Farmers, Uber, and Aleka. You also specifically agreed to produce the documents (like checks, bank statements, wires, balance sheets, etc.) showing who paid the costs that Uber Technologies, Inc. is claiming as its own injury in this case to establish RICO standing, how such payments were made, and when such payments were made. We again ask when Uber and FedEx will produce these documents.

7. You noted your document productions will encompass all of the 56 relevant claimants, but insisted that we issue a second set of interrogatories defining the relevant claimants with all 56 names.

Thanks,
Mike

**Michael A. Stoolman** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5421 | mobile: +1.856.316.6456

michael.stoolman@blankrome.com | bio

---

**From:** Wilder, Will <will.wilder@ashurstperkins.com>
**Sent:** Wednesday, July 29, 2026 9:38 AM
**To:** Stoolman, Michael A. <michael.stoolman@blankrome.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>
**Cc:** Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Amy Kurland <AKurland@rohnkurland.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>
**Subject:** RE: Plaintiffs' Responses and Objections to the Simon Defendants' Discovery Requests

That's fine with us. We will see you at 10:00am today, and will follow up to confirm a time for tomorrow.

**Will Wilder**
Associate

D: +1 332 238 2747

**Ashurst Perkins Coie**
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

**From:** Stoolman, Michael A. <michael.stoolman@blankrome.com>
**Sent:** Wednesday, July 29, 2026 9:32 AM
**To:** Wilder, William (NYC) <wwilder@perkinscoie.com>; Wadden, Michael (WDC) <mwadden@perkinscoie.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>
**Cc:** Daniels, David (WDC) <ddaniels@perkinscoie.com>; Massey, David (NYC) <dmassey@perkinscoie.com>; Amy Kurland <AKurland@rohnkurland.com>; Taber, Jacob (NYC) <jtaber@perkinscoie.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>
**Subject:** RE: Plaintiffs' Responses and Objections to the Simon Defendants' Discovery Requests

Will,

Different people on our team are handling the issues I raised on Friday versus the issues Mike Wadden raised last night. We would prefer to keep the 10AM call today on our issues due to scheduling conflicts for the people prepared to address the issues today.

**Michael A. Stoolman** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5421 | mobile: +1.856.316.6456
michael.stoolman@blankrome.com | bio

**From:** Wilder, Will <will.wilder@ashurstperkins.com>
**Sent:** Wednesday, July 29, 2026 8:58 AM
**To:** Stoolman, Michael A. <michael.stoolman@blankrome.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>
**Cc:** Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Amy Kurland <AKurland@rohnkurland.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>
**Subject:** Re: Plaintiffs' Responses and Objections to the Simon Defendants' Discovery Requests

Hi Michael,

We think it would be more efficient to have one longer discussion rather than calls on back to back days. We are available tomorrow afternoon other than 2:30 to 3:00 for a longer call to discuss both sides' discovery requests if that works for your team.

Thanks,
Will

---

**From:** Stoolman, Michael A. <michael.stoolman@blankrome.com>
**Sent:** Tuesday, 28 July 2026 23:37:02
**To:** Wadden, Michael (WDC) <mwadden@perkinscoie.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>
**Cc:** Daniels, David (WDC) <ddaniels@perkinscoie.com>; Massey, David (NYC) <dmassey@perkinscoie.com>; Amy Kurland <AKurland@rohnkurland.com>; Taber, Jacob (NYC) <jtaber@perkinscoie.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>; Wilder, William (NYC) <wwilder@perkinscoie.com>
**Subject:** RE: Plaintiffs' Responses and Objections to the Simon Defendants' Discovery Requests

Mike,

We'll need more time to review your numerous, late additions to the agenda. We can have a second meeting on Thursday regarding your separate issues. Let us know a time that you are available on Thursday.

**Michael A. Stoolman** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5421 | mobile: +1.856.316.6456
michael.stoolman@blankrome.com | bio

---

**From:** Wadden, Michael <michael.wadden@ashurstperkins.com>
**Sent:** Tuesday, July 28, 2026 4:51 PM
**To:** Stoolman, Michael A. <michael.stoolman@blankrome.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>
**Cc:** Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Amy Kurland <AKurland@rohnkurland.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Veatch, Sydney

<sydney.veatch@ashurstperkins.com>; Wilder, Will <will.wilder@ashurstperkins.com>
**Subject:** RE: Plaintiffs' Responses and Objections to the Simon Defendants' Discovery Requests

Mike,

We will be prepared for a thorough discussion of each of the points raised in your 7/24 and 7/27 emails tomorrow. During our call, we would also like to address the outstanding issues with the Simon Defendants' discovery responses listed below. Please be prepared to discuss those issues as well.

- Confirming your position on redactions.
- Interrogatories 1–6: The timing of your amended responses.
- RFPs 1.(g,h,k,m,n,o,r,s): You told us in connection with our discussion of General Objection 15 that you are not excluding from production any materials produced in underlying litigation, but your Amended Response to these RFPs imply you are. We request clarification.
- RFPs 10, 21, 31 & 38: Clarifying what payment records exist relating to settlements disbursements, and what records you are withholding.
- RFPs 55 & 56: Confirmation you are identifying the relevant manuals and policies and will produce.
- RFPs 9, 52: Clarifying what records you are agreeing to produce relating to Thrivest and its receivable purchases.
- How the Simon Defendants are searching for documents responsive to RFPs 3, 15, 24, 33, 35, 40, 41, 45, 46, 53, 57, 61, 62, & 63.
- RFPs 48, 49, and 50: Confirming your position on the production of financial information probative of motive.
- RFP 54: Providing an amended response directly addressing our RFP.
- RFP 64: Whether you are standing on your refusal to produce, despite Mr. Titner's representation of both Simon & Simon and Premier Pain.
- RFP 65: How we are to understand your denial that Simon & Simon possesses responsive records, given Marc Simon's testimony to Judge Pappert that "I have a protocol to review the complaints and approve them."
- RFPs 7, 8, 19, 20, 29, 30: Clarifying what documents (if any) you are withholding.
- Interrogatories 8: Clarifying your response regarding Oasis.

Thanks,
Mike

**Michael Wadden | Perkins Coie**
+1.202.434.1683

---

**From:** Stoolman, Michael A. <michael.stoolman@blankrome.com>
**Sent:** Monday, July 27, 2026 10:20 PM
**To:** Wilder, William (NYC) <wwilder@perkinscoie.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Smith, Jim

<jim.smith@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; andrew@barattalawfirm.com; nspizer@dilworthlaw.com; higsonjj@dilworthlaw.com; Bobik, Gail-Anne <gbobik@dilworthlaw.com>; strentalange@dilworthlaw.com
**Cc:** Daniels, David (WDC) <ddaniels@perkinscoie.com>; Massey, David (NYC) <dmassey@perkinscoie.com>; Amy Kurland <AKurland@rohnkurland.com>; Taber, Jacob (NYC) <jtaber@perkinscoie.com>; Wadden, Michael (WDC) <mwadden@perkinscoie.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>
**Subject:** RE: Plaintiffs' Responses and Objections to the Simon Defendants' Discovery Requests

Will,

We are free to speak Wednesday at 10AM ET. I'll send a Teams invite. Before then, can you please provide us with your positions on the points raised in my 7/24 email? Please be prepared to state on the call whether or not Uber will be producing: the Insurance Program Agreement between Rasier and Farmers (and all amendments); all indemnity and reinsurance agreements between and among Farmers, Uber, and Aleka; and documents showing what Person paid the costs that Uber Technologies, Inc. is claiming as its own injury in this case to establish RICO standing, how such payments were made, and when such payments were made.

**Michael A. Stoolman** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5421 | mobile: +1.856.316.6456
michael.stoolman@blankrome.com | bio

---

**From:** Wilder, Will <will.wilder@ashurstperkins.com>
**Sent:** Monday, July 27, 2026 5:12 PM
**To:** Stoolman, Michael A. <michael.stoolman@blankrome.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; andrew@barattalawfirm.com; nspizer@dilworthlaw.com; higsonjj@dilworthlaw.com; Bobik, Gail-Anne <gbobik@dilworthlaw.com>; strentalange@dilworthlaw.com; Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Cc:** Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Amy Kurland <AKurland@rohnkurland.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>
**Subject:** RE: Plaintiffs' Responses and Objections to the Simon Defendants' Discovery Requests

Michael,

I am largely unavailable tomorrow. Michael Wadden and I are both available on Wednesday from 9:00 to 11:30 and then after 2:00pm. We could also do Thursday between 10:00 and 12:00, or any time after 1:00pm. Do any times in those windows work for you?

Thanks,
Will

**Will Wilder**
Associate

D: +1 332 238 2747

**Ashurst Perkins Coie**
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

**From:** Stoolman, Michael A. <michael.stoolman@blankrome.com>
**Sent:** Monday, July 27, 2026 4:35 PM
**To:** Wilder, William (NYC) <wwilder@perkinscoie.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; andrew@barattalawfirm.com; nspizer@dilworthlaw.com; higsonjj@dilworthlaw.com; Bobik, Gail-Anne <gbobik@dilworthlaw.com>; strentalange@dilworthlaw.com; Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Cc:** Daniels, David (WDC) <ddaniels@perkinscoie.com>; Massey, David (NYC) <dmassey@perkinscoie.com>; Amy Kurland <AKurland@rohnkurland.com>; Taber, Jacob (NYC) <jtaber@perkinscoie.com>; Wadden, Michael (WDC) <mwadden@perkinscoie.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>
**Subject:** RE: Plaintiffs' Responses and Objections to the Simon Defendants' Discovery Requests

Will,

Following up on this. Is there a time tomorrow that you are available to meet and confer on these issues?

Thanks,
Mike

**Michael A. Stoolman** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5421 | mobile: +1.856.316.6456
michael.stoolman@blankrome.com | bio

---

**From:** Stoolman, Michael A.
**Sent:** Friday, July 24, 2026 3:44 PM
**To:** 'Wilder, Will' <will.wilder@ashurstperkins.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; andrew@barattalawfirm.com; nspizer@dilworthlaw.com; higsonjj@dilworthlaw.com; Bobik, Gail-Anne <gbobik@dilworthlaw.com>; strentalange@dilworthlaw.com; Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Cc:** Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Amy Kurland <AKurland@rohnkurland.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>
**Subject:** RE: Plaintiffs' Responses and Objections to the Simon Defendants' Discovery Requests

Will,

We are in receipt of Uber's and FedEx's responses to our discovery requests. We note a number of preliminary deficiencies:

1. Interrogatories 2 and 3 (to both Uber and FedEx) ask for the identification of who authorized the relevant settlements -- not identification of "an appropriate witness to speak to the information

sought in this Interrogatory." Please supplement these responses with answers responsive to the questions, or confirm that you will not.

2. Interrogatory 4 asks Uber to identify the person most knowledgeable about the DIME Reports and you have not identified any such person. Is your response that not a single person at Uber has any knowledge of the DIME Reports? If so, supplement your response to state as such, or confirm that you will not.

3. Interrogatory 5 to Uber and Interrogatory 6 to FedEx ask whether Uber or FedEx, respectively, received each DIME Report and if so why they settled after receiving each DIME Report. You responded with a nonresponsive answer that "settlement decisions are inherently based on a range of factors, and Uber [and FedEx] has alleged reliance by third parties in addition to itself" and otherwise objected on work product grounds. Please supplement your responses to answer the questions posed in this interrogatory, or confirm that you are taking the position that evidence of Uber's and FedEx's reliance (or lack thereof) in this case is not discoverable under the work product doctrine.

4. Interrogatory 7 to Uber asks Uber to identify the amount of attorneys' fees, costs, settlements, and verdicts paid by Uber for each of the Underlying Uber Actions. Uber has responded with a nonresponsive (and legally incorrect) argument that "Uber is entitled to recover its full damages incurred as a result of the scheme under the collateral source rule" followed only by a list of "costs" (not attorneys' fees, settlements, or verdicts) that Uber claims to have "paid." Uber has also not attributed payment of those amounts to either Rasier or Aleka as demanded in the interrogatory. Please supplement this response to indicate that Uber has not paid any attorneys' fees, settlements, or verdicts in the Underlying Uber Actions. For costs, indicate whether Rasier, Aleka, or any other affiliate paid any portion (or all) of those costs and state the amount of such portion. Otherwise, confirm you are not supplementing the response.

5. Interrogatory 8 to FedEx asks FedEx to identify the amount of attorneys' fees, costs, settlements, and verdicts for each of the Underlying FedEx Actions. FedEx has only responded with the "costs" (not attorneys' fees, settlements, or verdicts") paid. Please supplement this response to indicate that FedEx has not paid any attorneys' fees, settlements, or verdicts in the Underlying FedEx Actions. For costs, indicate whether any affiliate of FedEx paid any portion (or all) of those costs and state the amount of such portion. Otherwise, confirm you are not supplementing the response.

6. Document Requests 7, 8, 9, 10, 11, 12, 13, and 14 to Uber ask for specific documents and Uber responded only with generic language that "Uber will produce documents sufficient to prove its damages in this case." That's not responsive to the RFPs, and Uber already must produce documents sufficient to prove its damages under Rule 26. These requests seek specific documents and require specific answers. For example, in response to RFP 9 requesting all insurance policies and contracts with Farmers applicable to any of the Underlying Uber Actions, is Uber producing the Insurance Program Agreement between Rasier and Farmers (and all amendments) and all indemnity and reinsurance agreements between Uber, Aleka, and Farmers (for each of the years during the relevant time period)? For RFPs 11 and 12, which request documents showing the identity of who paid the costs and expenses that Uber is claiming as injury in this case and documents evidencing how such payments were made, is Uber producing those documents showing what Person (i.e. Farmers as Uber's insurer or Aleka as Farmers'

reinsurer, etc.) paid the costs that Uber Technologies, Inc. is claiming as its own injury in this case to establish RICO standing, and documents showing how and when such payments were made? Please supplement your responses to state that Uber is producing documents in response to the specific requests (including those referenced in this paragraph) or confirm that you are not.

7. Document Requests 7, 8, 9, 10, 11, and 12 to FedEx similarly ask for specific documents and FedEx similarly responded only with generic language "FedEx will produce documents sufficient to prove its damages in this case." For all the same reasons above, please supplement your responses to state that FedEx is producing documents in response to the specific requests or confirm that you are not.

We reserve the right to (and will) raise other deficiencies but wanted to raise these now. Let us know a time on Monday that works to discuss any of these issues if you would like.

Thanks,
Mike

**Michael A. Stoolman** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5421 | mobile: +1.856.316.6456
michael.stoolman@blankrome.com | bio

---

**From:** Wilder, Will <will.wilder@ashurstperkins.com>
**Sent:** Thursday, July 23, 2026 10:01 PM
**To:** Rhynhart, Dan <dan.rhynhart@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Stoolman, Michael A. <michael.stoolman@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; andrew@barattalawfirm.com; nspizer@dilworthlaw.com; higsonjj@dilworthlaw.com; Bobik, Gail-Anne <gbobik@dilworthlaw.com>; strentalange@dilworthlaw.com; Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Cc:** Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Amy Kurland <AKurland@rohnkurland.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>
**Subject:** Plaintiffs' Responses and Objections to the Simon Defendants' Discovery Requests

Counsel,

Please see Plaintiffs' attached Responses and Objections to the Simon Defendants' Discovery Requests. Plaintiffs will follow up shortly with verifications of the interrogatory responses.

Thanks,
Will

**Will Wilder**
Associate

D: +1 332 238 2747

**Ashurst Perkins Coie**
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

****************************************************************************************************
******

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

****************************************************************************************************
******

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.