# EXHIBIT 10

**Stoolman, Michael A.**

**From:** Stoolman, Michael A.
**Sent:** Saturday, August 8, 2026 8:56 PM
**To:** Wilder, Will; Rhynhart, Dan; Smith, Jim; Spitzer, Maegan; Ward, Rebecca; andrew@barattalawfirm.com; nspizer@dilworthlaw.com; higsonjj@dilworthlaw.com; Bobik, Gail-Anne; strentalange@dilworthlaw.com; Deviney, Stephanie N.
**Cc:** Daniels, David; Massey, David; Amy Kurland; Taber, Jacob; Wadden, Michael; Veatch, Sydney
**Subject:** RE: Uber and FedEx v. Simon & Simon et al: Uber's Third Production of Documents

Will,

We see that Uber's production does not include the Insurance Program Agreement between Rasier and Farmers, nor any of the indemnity/reinsurance agreements between and among Uber, Aleka, and Farmers. The production also does not include documents reflecting payments of the costs that Uber is claiming as its injury in this action (like checks, wires, balance sheets, bank statements, etc.). Why were none of these basic, highly relevant documents not included? These are documents responsive to requests for production that we served on June 23, and we've been raising these specific deficiencies for the last two weeks. Please produce these documents by Tuesday 8/11 or confirm by Tuesday 8/11 that you are not producing those documents despite your previous agreement to do so.

We are also troubled that many documents contain redactions (without any textual representation as to what the redaction is for), especially given your positions on redactions in this case. What are these redactions for, and if they are not for privilege or work product, are you moving for a protective order to justify them?

Among other things, your redactions to Uber_00143491, 143559, 143620, and 143685 are completely unwarranted given that you already produced such documents without redactions. Please promptly re-produce those documents without redactions.

Finally, please give us a timeline for the remainder of your rolling productions, including when FedEx's documents will be produced. We need a date by which Uber's and FedEx's document production in response to our document requests will be substantially complete.

Thanks,
Mike

**Michael A. Stoolman** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5421 | mobile: +1.856.316.6456
michael.stoolman@blankrome.com | bio

---

**From:** Wilder, Will <will.wilder@ashurstperkins.com>
**Sent:** Friday, August 7, 2026 3:45 PM
**To:** Rhynhart, Dan <dan.rhynhart@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Stoolman, Michael A. <michael.stoolman@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; andrew@barattalawfirm.com; nspizer@dilworthlaw.com;

higsonjj@dilworthlaw.com; Bobik, Gail-Anne <gbobik@dilworthlaw.com>; strentalange@dilworthlaw.com; Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Cc:** Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Amy Kurland <akurland@rohnkurland.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>
**Subject:** Uber and FedEx v. Simon & Simon et al: Uber's Third Production of Documents

Counsel,

Included below is the link to access Plaintiff Uber Technologies, Inc.'s third production of documents. The production has the Bates numbers of Uber_00142208-Uber_00143755. Please note that several of these documents have been designated as "CONFIDENTIAL" as per the parties' confidentiality agreement.

**Link to the download:**
https://app.csdisco.com/sharing-management/download/1e0de683-e179-4df7-8c05-a6dfcf97dbb6

**Access Details:**
A passphrase will be required to download the production. For security purposes, that passphrase will be provided in another communication. For additional security, your name and email address will also be required to download the production. The link will expire on Aug 14, 2026 at 11:59 PM.

Please let me know if you have any technical difficulties in accessing the documents.

Thanks,
Will

**Will Wilder**
Associate

D: +1 332 238 2747

**Ashurst Perkins Coie**
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.