**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>SIMON & SIMON, P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, AND LANCE YARUS,<br><br>Defendants. | : | CIVIL ACTION<br><br>No. 2:25-cv-05365-MAK |
| SIMON & SIMON, P.C., and MARC SIMON,<br><br>Counterclaimants,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,<br><br>Counterclaim-Defendants. | : | |

**ORDER**

AND NOW, this ______ day of _______________, 2026, upon consideration of Defendants/Counterclaimants Simon & Simon P.C.'s and Marc Simon's (the "Simon Parties") Motion to Compel, and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. It is hereby **FURTHER ORDERED** that:

1. Within seven (7) days, Uber shall produce the documents requested by Requests for Production 7, 8, 9, 10, 11, 12, 13, and 14, including but not limited to: the Insurance Program Agreement between Rasier and Farmers (and all amendments); all indemnity and

reinsurance agreements between and among Uber, Aleka, and Farmers; and for each underlying suit in which it contends it suffered injury all documents showing what Person paid the costs that Uber is claiming as its own injury in this case to establish RICO standing, how such payments were made, and when such payments were made;

2. Within seven (7) days, FedEx shall produce the documents requested by Requests for Production 7, 8, 9, 10, 11 and 12, including but not limited to any applicable insurance contracts and for each underlying suit in which it contends it suffered injury all documents showing what Person paid the costs that FedEx is claiming as its own injury in this case to establish RICO standing, how such payments were made, and when such payments were made; and

3. Uber and FedEx shall supplement their responses to Interrogatories Nos. 7 and 8, respectively, concurrent with production of the above documents.

BY THE COURT

________________________________ J.