**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,**<br><br>**PLAINTIFFS,**<br><br>**v.**<br><br>**SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS,**<br><br>**DEFENDANTS.** | CIVIL ACTION<br><br>No: 2:25-cv-05365-MAK |

**DECLARATION OF DAVID DANIELS**

1. I am a partner at Ashurst Perkins Coie US LLP, counsel for Plaintiffs Uber Technologies, Inc. and Federal Express Corporation in this case. The facts below are on personal knowledge unless otherwise indicated.

2. On August 10, 2026, I attended a Rule 34 premises inspection of Premier Pain & Rehab Center, PC at 10184 Verree Road, Philadelphia, PA. During that inspection, we attempted to download data stored on an internal drive in the Cosman G4 radiofrequency ablation machine that was used to deliver purported treatments by Clifton Burt to claimants in the underlying state court lawsuits. We were unable to download the data at that site inspection but left with the understanding from Stephanie Deviney, counsel for Premier Pain, that the machine would remain in place and that a service technician would download any available data.

3. Our investigator, Joseph Bushner, recorded video footage listing available data for procedures performed by the machine. After reviewing that video, it became clear to me that critical evidence in this lawsuit was destroyed after the lawsuit was filed. As Mr. Bushner's declaration states, all procedure data stored on the device from prior to September 24, 2025 has been deleted. That would include all of the data relating to the procedures supposedly performed by Burt on the claimants listed in the Complaint and Amended Complaint in this case.

4. On the morning of August 11, I contacted Ms. Deviney via e-mail. I alerted her to the spoliation issue and asked that someone at her firm immediately take physical custody of the device to preserve remaining data and prevent further spoliation while the parties discuss next steps. A true and correct copy of our exchange is attached hereto as Exhibit 1. We have met and conferred and exchanged numerous emails on August 11 and 12 but have been unable to reach an agreement.

5. Attached hereto as Exhibit 2 is an authentic copy of *Uber Says Philly Law Firm, Doctors Fabricated Injuries*, James Boyle, LAW360 (Sept. 18, 2025), *available at* https://www.law360.co.uk/pulse/daily-litigation/articles/2389665/uber-says-philly-law-firm-doctors-fabricated-injuries-. This article was retrieved from publicly available sources at my direction on August 11, 2026.

6. Attached hereto as Exhibit 3 is an authentic copy of *Uber files RICO suit against Philly law firm, doctors, alleging bogus claims*, Jack Tomczuk, METRO PHILADELPHIA (SEPT. 21, 2025), *available at* https://metrophiladelphia.com/stories/uber-files-rico-suit-against-philly-law-firm-doctors-alleging-bogus-claims,106998. This article was retrieved from publicly available sources at my direction on August 11, 2026.

7. Attached hereto as Exhibit 4 is an authentic copy of the operator manual for the Cosman (now Boston Scientific) G4 Radiofrequency Generator, available online at https://www.bostonscientific.com/content/dam/elabeling/nm/92855525-02A_G4_Operator_Manual_MDR_OUS_EN_s.pdf.

8. On page 17, the manual states that "[a]ll operations, readings, screen shots, and notes are saved to a Procedure Record on the G4's internal disk."

9. On page 33, the manual illustrates a "Delete All" button that "permanently delete[s] all Records from the G4's internal disk."

10. Attached hereto as Exhibit 5 is an authentic copy of a Boston Scientific service report relating to the RFA generator, which was produced by Premier Pain in this litigation.

11. Attached hereto as Exhibit 6 is an authentic copy of an email chain identifying Simon & Simon claimants who received radiofrequency ablations from Clifton Burt on September 17, 2025. The document was produced by Premier Pain in this litigation. The redactions in the document were added by Plaintiffs' counsel prior to filing.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed in Washington, D.C. on August 12, 2026.

_*/s/ David W. T. Daniels*___
David W. T. Daniels