# EXHIBIT 1

**From:** Daniels, David (WDC)
**To:** Stephanie N. Deviney
**Cc:** David Daniels; Uber-RICO-PA; Amy Kurland; Dan Rhynhart; Silvio A. Trentalange; Andrew Baratta; Michael A. Stoolman; Rebecca Ward; Maegan Spitzer; Jim Smith; Nina C. Spizer; John J. Higson; AKurland@rohnkurland.com; William Harvey
**Subject:** Re: Premier Pain
**Date:** Wednesday, August 12, 2026 9:39:30 PM
**Attachments:** image001.png
image002.png
image003.png

---

The stipulation narrows the issues the court needs to decide to the question of who keeps custody.
Sent from my iPhone

On Aug 12, 2026, at 9:09 PM, Deviney, Stephanie N. <SDeviney@foxrothschild.com> wrote:

David,

If you plan on filing a motion, then what is the point of a stipulation?

I am still waiting on you to send me the documents you are relying on or to provide me with the bates-stamps for them.

As I have told you several times, I am still waiting on information from Boston Scientific on the collection. I will provide it to you when I receive it.

Regards,

**Stephanie N. Deviney**
Partner

Fox Rothschild LLP
<image001.png> Exton

<image002.png> (610) 458-3116

<image003.png> sdeviney@foxrothschild.com

---

**From:** Daniels, David <david.daniels@ashurstperkins.com>
**Sent:** Wednesday, August 12, 2026 9:03 PM
**To:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>

**Cc:** David Daniels <david.daniels@ashurstperkins.com>; uberricopa@perkinscoie.com; Amy Kurland <AKurland@rohnkurland.com>; Dan Rhynhart <dan.rhynhart@blankrome.com>; Silvio A. Trentalange <strentalange@dilworthlaw.com>; Andrew Baratta <andrew@barattalawfirm.com>; Michael A. Stoolman <michael.stoolman@blankrome.com>; Rebecca Ward <rebecca.ward@blankrome.com>; Maegan Spitzer <maegan.spitzer@blankrome.com>; Jim Smith <jim.smith@blankrome.com>; Nina C. Spizer <nspizer@dilworthlaw.com>; John J. Higson <jhigson@dilworthlaw.com>; AKurland@rohnkurland.com; William Harvey <WHarvey@klehr.com>
**Subject:** [EXT] Re: Premier Pain

We're moving to compel Premier Pain to deliver the machine to you pending forensic collection of the remaining data. Also for an order directing them to preserve evidence since you haven't accepted our compromise proposal.
Sent from my iPhone

On Aug 12, 2026, at 8:57 PM, Deviney, Stephanie N. <SDeviney@foxrothschild.com> wrote:

David,

Filing what?

Also, as you noted, it appears there are no records on the machine prior to 9/24/25. On our call this morning you indicated that you believed Rashondah Coleman was seen after 9/24/25. It appears she was seen on 11/4/25. Do you believe any other claimants were seen after 9/24/25?

Regards,

**Stephanie N. Deviney**
Partner

**Fox Rothschild LLP**
– Exton
– (610) 458-3116
– sdeviney@foxrothschild.com

---

**From:** Daniels, David <david.daniels@ashurstperkins.com>
**Sent:** Wednesday, August 12, 2026 5:05 PM
**To:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>; Daniels, David <david.daniels@ashurstperkins.com>
**Cc:** uberricopa@perkinscoie.com; Amy Kurland <AKurland@rohnkurland.com>; Dan Rhynhart <dan.rhynhart@blankrome.com>; Silvio A. Trentalange <strentalange@dilworthlaw.com>; Andrew Baratta <andrew@barattalawfirm.com>; Michael A. Stoolman <michael.stoolman@blankrome.com>; Rebecca Ward <rebecca.ward@blankrome.com>; Maegan Spitzer <maegan.spitzer@blankrome.com>; Jim Smith <jim.smith@blankrome.com>; Nina C. Spizer <nspizer@dilworthlaw.com>; John J. Higson <jhigson@dilworthlaw.com>; AKurland@rohnkurland.com; William Harvey <WHarvey@klehr.com>
**Subject:** [EXT] RE: Premier Pain

Revised. Servicing is not for another month. We will have completed the collection before then which would accomplish the preservation goal as to that device. In the event we haven't, you reserve all rights.

We're filing shortly and so let us know if this language works.

---

**From:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Sent:** Wednesday, August 12, 2026 4:46 PM
**To:** Daniels, David <david.daniels@ashurstperkins.com>
**Cc:** Uber-RICO-PA <uberricopa@perkinscoie.com>; Amy Kurland <AKurland@rohnkurland.com>; Dan Rhynhart <dan.rhynhart@blankrome.com>; Silvio A. Trentalange <strentalange@dilworthlaw.com>; Andrew Baratta <andrew@barattalawfirm.com>; Michael A. Stoolman <michael.stoolman@blankrome.com>; Rebecca Ward <rebecca.ward@blankrome.com>; Maegan Spitzer <maegan.spitzer@blankrome.com>; Jim Smith <jim.smith@blankrome.com>; Nina C. Spizer <nspizer@dilworthlaw.com>; John J. Higson <jhigson@dilworthlaw.com>; AKurland@rohnkurland.com; William Harvey <WHarvey@klehr.com>
**Subject:** RE: Premier Pain

David,

I will review it. We will need to account for when it needs to be

serviced, etc. and any settings that we are unaware of. I need Boston Scientific to confirm.

But I can tell you that I'm not agreeing to "purported treatment".

Regards,

**Stephanie N. Deviney**
Partner

**Fox Rothschild LLP**
– Exton
– (610) 458-3116
– sdeviney@foxrothschild.com

---

**From:** Daniels, David <david.daniels@ashurstperkins.com>
**Sent:** Wednesday, August 12, 2026 4:08 PM
**To:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>; Daniels, David <david.daniels@ashurstperkins.com>
**Cc:** uberricopa@perkinscoie.com; Amy Kurland <AKurland@rohnkurland.com>; Dan Rhynhart <dan.rhynhart@blankrome.com>; Silvio A. Trentalange <strentalange@dilworthlaw.com>; Andrew Baratta <andrew@barattalawfirm.com>; Michael A. Stoolman <michael.stoolman@blankrome.com>; Rebecca Ward <rebecca.ward@blankrome.com>; Maegan Spitzer <maegan.spitzer@blankrome.com>; Jim Smith <jim.smith@blankrome.com>; Nina C. Spizer <nspizer@dilworthlaw.com>; John J. Higson <jhigson@dilworthlaw.com>; AKurland@rohnkurland.com; William Harvey <WHarvey@klehr.com>
**Subject:** [EXT] RE: Premier Pain

We agree the document says that servicing was complete and the machine returned prior to the treatments delivered on September 17 – for which data has also been deleted. Given that, what's your position on the stipulation? Thanks.

---

**From:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Sent:** Wednesday, August 12, 2026 3:43 PM
**To:** Daniels, David <david.daniels@ashurstperkins.com>
**Cc:** Uber-RICO-PA <uberricopa@perkinscoie.com>; Amy Kurland <AKurland@rohnkurland.com>; Dan Rhynhart <dan.rhynhart@blankrome.com>; Silvio A. Trentalange

<strentalange@dilworthlaw.com>; Andrew Baratta <andrew@barattalawfirm.com>; Michael A. Stoolman <michael.stoolman@blankrome.com>; Rebecca Ward <rebecca.ward@blankrome.com>; Maegan Spitzer <maegan.spitzer@blankrome.com>; Jim Smith <jim.smith@blankrome.com>; Nina C. Spizer <nspizer@dilworthlaw.com>; John J. Higson <jhigson@dilworthlaw.com>; AKurland@rohnkurland.com; William Harvey <WHarvey@klehr.com>
**Subject:** RE: Premier Pain

David,

To clarify, according to Boston Scientific calibration was completed on 9/16/25, not 9/17/25.

Regards,

**Stephanie N. Deviney**
**Partner**

**Fox Rothschild LLP**
– Exton
– (610) 458-3116
– sdeviney@foxrothschild.com

---

**From:** Deviney, Stephanie N.
**Sent:** Wednesday, August 12, 2026 3:08 PM
**To:** 'Daniels, David' <david.daniels@ashurstperkins.com>
**Cc:** uberricopa@perkinscoie.com; Amy Kurland <AKurland@rohnkurland.com>; Dan Rhynhart <dan.rhynhart@blankrome.com>; Silvio A. Trentalange <strentalange@dilworthlaw.com>; Andrew Baratta <andrew@barattalawfirm.com>; Michael A. Stoolman <michael.stoolman@blankrome.com>; Rebecca Ward <rebecca.ward@blankrome.com>; Maegan Spitzer <maegan.spitzer@blankrome.com>; Jim Smith <jim.smith@blankrome.com>; Nina C. Spizer <nspizer@dilworthlaw.com>; John J. Higson <jhigson@dilworthlaw.com>; AKurland@rohnkurland.com; William Harvey <WHarvey@klehr.com>
**Subject:** RE: Premier Pain

David,

We have never objected to a preservation order but until I see what you are proposing, I cannot agree to it. I'm happy to look at whatever you send over.

Regards,

**Stephanie N. Deviney**
Partner

**Fox Rothschild LLP**
– Exton
– (610) 458-3116
– sdeviney@foxrothschild.com

---

**From:** Daniels, David <david.daniels@ashurstperkins.com>
**Sent:** Wednesday, August 12, 2026 3:01 PM
**To:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>; Daniels, David <david.daniels@ashurstperkins.com>
**Cc:** uberricopa@perkinscoie.com; Amy Kurland <AKurland@rohnkurland.com>; Dan Rhynhart <dan.rhynhart@blankrome.com>; Silvio A. Trentalange <strentalange@dilworthlaw.com>; Andrew Baratta <andrew@barattalawfirm.com>; Michael A. Stoolman <michael.stoolman@blankrome.com>; Rebecca Ward <rebecca.ward@blankrome.com>; Maegan Spitzer <maegan.spitzer@blankrome.com>; Jim Smith <jim.smith@blankrome.com>; Nina C. Spizer <nspizer@dilworthlaw.com>; John J. Higson <jhigson@dilworthlaw.com>; AKurland@rohnkurland.com; William Harvey <WHarvey@klehr.com>
**Subject:** [EXT] RE: Premier Pain

We will send those over. In the meantime and to narrow the dispute, please let me know whether you are willing to stipulate to a preservation order on behalf of Premier Pain.

---

**From:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Sent:** Wednesday, August 12, 2026 2:56 PM
**To:** Daniels, David <david.daniels@ashurstperkins.com>
**Cc:** Uber-RICO-PA <uberricopa@perkinscoie.com>; Amy Kurland <AKurland@rohnkurland.com>; Dan Rhynhart <dan.rhynhart@blankrome.com>; Silvio A. Trentalange

<strentalange@dilworthlaw.com>; Andrew Baratta <andrew@barattalawfirm.com>; Michael A. Stoolman <michael.stoolman@blankrome.com>; Rebecca Ward <rebecca.ward@blankrome.com>; Maegan Spitzer <maegan.spitzer@blankrome.com>; Jim Smith <jim.smith@blankrome.com>; Nina C. Spizer <nspizer@dilworthlaw.com>; John J. Higson <jhigson@dilworthlaw.com>; AKurland@rohnkurland.com; William Harvey <WHarvey@klehr.com>
**Subject:** RE: Premier Pain

David,

I am happy to review what documents you are referring to. Please send them over or provide me with the bates-stamps for them. Keep in mind that while Boston Scientific recalibrates the machine, they provide Premier with a loaner machine. Any procedures done on 9/17 or 9/18 would have been done on a loaner machine.

Regards,

**Stephanie N. Deviney**
Partner

**Fox Rothschild LLP**
– Exton
– (610) 458-3116
– sdeviney@foxrothschild.com

---

**From:** Daniels, David <david.daniels@ashurstperkins.com>
**Sent:** Wednesday, August 12, 2026 2:32 PM
**To:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Cc:** uberricopa@perkinscoie.com; Amy Kurland <AKurland@rohnkurland.com>; Dan Rhynhart <dan.rhynhart@blankrome.com>; Silvio A. Trentalange <strentalange@dilworthlaw.com>; Andrew Baratta <andrew@barattalawfirm.com>; Michael A. Stoolman <michael.stoolman@blankrome.com>; Rebecca Ward <rebecca.ward@blankrome.com>; Maegan Spitzer <maegan.spitzer@blankrome.com>; Jim Smith <jim.smith@blankrome.com>; Nina C. Spizer <nspizer@dilworthlaw.com>; John J. Higson <jhigson@dilworthlaw.com>;

AKurland@rohnkurland.com; William Harvey <WHarvey@klehr.com>
**Subject:** [EXT] RE: Premier Pain

We have a different read of the documents already produced. They state that service was complete and the original machine returned on 9/16 and that procedures were then conducted on 9/17 and 9/18. Data for those procedures were deleted along with the earlier data.

---

**From:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Sent:** Wednesday, August 12, 2026 2:28 PM
**To:** Daniels, David (WDC) <ddaniels@perkinscoie.com>
**Cc:** Uber-RICO-PA <uberricopa@perkinscoie.com>; Amy Kurland <AKurland@rohnkurland.com>; Dan Rhynhart <dan.rhynhart@blankrome.com>; Silvio A. Trentalange <strentalange@dilworthlaw.com>; Andrew Baratta <andrew@barattalawfirm.com>; Michael A. Stoolman <michael.stoolman@blankrome.com>; Rebecca Ward <rebecca.ward@blankrome.com>; Maegan Spitzer <maegan.spitzer@blankrome.com>; Jim Smith <jim.smith@blankrome.com>; Nina C. Spizer <nspizer@dilworthlaw.com>; John J. Higson <jhigson@dilworthlaw.com>; AKurland@rohnkurland.com; William Harvey <WHarvey@klehr.com>
**Subject:** RE: Premier Pain

My own review of the information.

**Stephanie N. Deviney**
Partner

**Fox Rothschild LLP**
– Exton
– (610) 458-3116
– sdeviney@foxrothschild.com

---

**From:** Daniels, David <david.daniels@ashurstperkins.com>
**Sent:** Wednesday, August 12, 2026 2:13 PM
**To:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Cc:** uberricopa@perkinscoie.com; Amy Kurland <AKurland@rohnkurland.com>; Dan Rhynhart <dan.rhynhart@blankrome.com>; Silvio A. Trentalange <strentalange@dilworthlaw.com>; Andrew Baratta <andrew@barattalawfirm.com>; Michael A. Stoolman

<michael.stoolman@blankrome.com>; Rebecca Ward
<rebecca.ward@blankrome.com>; Maegan Spitzer
<maegan.spitzer@blankrome.com>; Jim Smith
<jim.smith@blankrome.com>; Nina C. Spizer
<nspizer@dilworthlaw.com>; John J. Higson <jhigson@dilworthlaw.com>;
AKurland@rohnkurland.com; William Harvey <WHarvey@klehr.com>
**Subject:** [EXT] Re: Premier Pain

Stephanie,
Are you able to say whether the information you say below regarding the 9/17 and 9/24 dates are from your clients or from your own review? Thanks.
Sent from my iPhone

> On Aug 12, 2026, at 2:07 PM, Deviney, Stephanie N. <SDeviney@foxrothschild.com> wrote:
>
> David,
>
> To follow up on our call from this morning, we confirmed that Premier has patients scheduled in the upcoming days. As such, we are not going to turn over the machine. Patient care comes first.
>
> We were also able to confirm with Boston Scientific that it completed the recalibration of the machine on 9/17/25 then sent it back to Premier. The first day that Premier used the machine after the recalibration was on Wednesday, 9/24/25.
>
> I am still waiting to hear back from Boston Scientific as to downloading the data. Given that neither your expert, nor Dr. Abraham, were get the information to download onto the USB drive, we need to solve that problem. Both Dr. Abraham and I continue to follow up with Boston Scientific to get a response. As soon as I hear from them, I will let you know.

Regards,

**Stephanie N. Deviney**
Partner

**Fox Rothschild LLP**
– Exton
– (610) 458-3116
– sdeviney@foxrothschild.com

---

**From:** Daniels, David <david.daniels@ashurstperkins.com>
**Sent:** Tuesday, August 11, 2026 6:28 PM
**To:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>; Daniels, David <david.daniels@ashurstperkins.com>
**Cc:** uberricopa@perkinscoie.com; Amy Kurland <AKurland@RohnKurland.com>; Daniels, David <david.daniels@ashurstperkins.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Silvio A. Trentalange <strentalange@dilworthlaw.com>; Andrew Baratta <andrew@barattalawfirm.com>; Stoolman, Michael A. <michael.stoolman@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Nina C. Spizer <nspizer@dilworthlaw.com>; John J. Higson <jhigson@dilworthlaw.com>; Smith, Jim <jim.smith@blankrome.com>; uberricopa@perkinscoie.com; AKurland@rohnkurland.com; Harvey, William <WHarvey@klehr.com>
**Subject:** [EXT] RE: Premier Pain

We're available for a meet and confer tomorrow at 9 and will send an invite.

---

**From:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Sent:** Tuesday, August 11, 2026 4:02 PM
**To:** Daniels, David <david.daniels@ashurstperkins.com>
**Cc:** Uber-RICO-PA <uberricopa@perkinscoie.com>; Amy Kurland <AKurland@RohnKurland.com>; Daniels, David <david.daniels@ashurstperkins.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Silvio A. Trentalange <strentalange@dilworthlaw.com>; Andrew Baratta <andrew@barattalawfirm.com>; Stoolman, Michael A. <michael.stoolman@blankrome.com>; Ward, Rebecca

<rebecca.ward@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Nina C. Spizer <nspizer@dilworthlaw.com>; John J. Higson <jhigson@dilworthlaw.com>; Smith, Jim <jim.smith@blankrome.com>; Uber-RICO-PA <uberricopa@perkinscoie.com>; AKurland@rohnkurland.com; Harvey, William <WHarvey@klehr.com>
**Subject:** RE: Premier Pain

David,

Thank you for your email at 10:25 a.m. which asserts for the first time a claim of spoliation. It is unfortunate that less than an hour later at 11:16 you state, "I have not heard any other explanation other than deliberate spoliation." You have not heard any explanation from us because I do not know the facts and I am not going to speculate. I still am not going to speculate until I have more information, but what I do know is this:

1. For every nearly every patient identified by Plaintiffs, Premier has produced:
    1. A scheduling email with the date and time of the appointment
    2. A MedPack with prior medical records and accident reports if available
    3. A hand written patient history questionnaire form
    4. A handwritten document related to patient's current symptoms
    5. A list of medications given to patients that can effect procedures offered by Premier
    6. Assignment of Benefits form
    7. Covid 19 Screening Questionnaire
    8. Informed Consent form
    9. General Post Procedure Discharge Form
    10. Two page typed patient report

    1. As well we the hand written notes that Premier sends to the transcription company
11. Two page typed operative report
    1. As well we the hand written notes that Premier sends to the transcription company
12. At least two flouros showing the needles inserted in the patient's body (including the patient name and a time stamp)
13. An invoice
14. Proof of payment by either Thrivest of out of settlement
    1. As well as discussions relating to the same
15. Proof of identity

In addition, we have provided you with proof of the purchase of the machines, the servicing of the machines, and the various accessories utilized in these procedures such as needles, grounding pads, alcohol swabs, etc. In short order, we will be producing radiology badge reports showing how much radiation the doctors are exposed to.

During our meet and confer on August 5th, you indicated for the first time that based upon your review of the operating manuals for the RFA and fluoroscopy machines (which we voluntarily produced) you believe the machines had the ability to collect data. I told you I did not know of the function, have never heard of it, but would follow up with my clients. I did and they were also unaware of this function, how it worked, and did not voluntarily utilize it in their treatment of patients. However, I confirmed for you on August 7th that "As for the data storage on the machines, Dr. Abraham informs me that no patient identifiers are input into the RFA. As such, there would be no

way to identify what if any information relates to the 56 claimants. For the fluoroscopy machine, Dr. Abraham is getting in touch with the service company to see what, if any, information is stored on the machine." I informed you that we would not be doing a collection of any data from Premier machines at that the inspection but we would cooperate in determining what if any materials need to be produced.

Yesterday, you and your expert from California, two other lawyers from your team, and a former FBI agent came for an inspection of the Premier premises. Notwithstanding my prior representation, you showed up with a USB port telling me what we were going to do and then called the Court when I did not agree with you. Mr. Wadden was kind enough to confirm that would you leave the USB in my possession. It would be a fight for another day. Given this representation, we agreed to the collection.

Your expert, your former FBI agent, and Dr. Abraham all tried to download the information but for unknown reasons, were not able to do so. Many different methods were tried and the parties concluded that indeed, we needed to call the service company. We also agreed that you could video what was then stored. We fully cooperated in this video. We gave you everything you asked for at the inspection.

Today, you accuse us of deliberate spoilation. While I do not know why there are no files prior to September 25, 2025, I do know this; the machine is serviced every September. We have reached out to Premier's representative at Boston Scientific who has escalated the issue for our us. As soon as we know any information (including our request to

confirm if this information can be retrieved), we will let you know.

We are not picking up the machine. Premier has patients who need to get their procedures. You have been given a plethora of information about the care given at Premier. Yet, you have not provided any valid reason why you also need any potential information on the machines. As you likely know, an RFA essentially burns a nerve. As such, a patient must be totally numb for his to happen as evidence by the needles in their bodies (as shown in the flouros).

Lastly, if we had purposefully spoliated anything, it could have been pretty diabolical to voluntarily let you have access to the machines absent a court order.

Upon my return from court this afternoon, I followed up with the Boston Scientific representative. He assures me this issue has been elevated. As soon as I know something, I will let you know.

In the meantime, I am available to meet and confer on this issue generally tomorrow.

Regards,

**Stephanie N. Deviney**
Partner

**Fox Rothschild LLP**
— Exton
— (610) 458-3116
— sdeviney@foxrothschild.com

**From:** Daniels, David <david.daniels@ashurstperkins.com>
**Sent:** Tuesday, August 11, 2026 11:16 AM
**To:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>; Daniels, David <david.daniels@ashurstperkins.com>
**Cc:** uberricopa@perkinscoie.com; Amy Kurland <AKurland@RohnKurland.com>
**Subject:** [EXT] RE: Premier Pain

The screen shot speaks for itself. The machine (i) creates a record for each use, (ii) has no record prior to September 24, 2025, and (iii) is presently at 2% memory capacity. I have not heard any other explanation other than deliberate spoliation. You should call an associate to collect the machine so we have an opportunity to sort this out.

---

**From:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Sent:** Tuesday, August 11, 2026 11:05 AM
**To:** Daniels, David <david.daniels@ashurstperkins.com>
**Cc:** Uber-RICO-PA <uberricopa@perkinscoie.com>; Amy Kurland <AKurland@RohnKurland.com>
**Subject:** RE: Premier Pain

David,

Why do you say "obviously"?

As I told you, I am headed to court now and do not have time to speak.

Regards,

**Stephanie N. Deviney**
Partner

**Fox Rothschild LLP**
– Exton
– (610) 458-3116
– sdeviney@foxrothschild.com

---

**From:** Daniels, David <david.daniels@ashurstperkins.com>
**Sent:** Tuesday, August 11, 2026 11:02 AM

**To:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Cc:** uberricopa@perkinscoie.com; Amy Kurland <AKurland@RohnKurland.com>
**Subject:** [EXT] RE: Premier Pain

Stephanie,

Obviously, someone involved in the purported treatment was aware of the record keeping feature and also understood how to delete that data. And there is currently nothing preventing that person from deleting what data remains.

I appreciate that you are in court this afternoon, but you should send an associate this morning to take custody of the machine so we can sort this out. We are available for a meet and confer call now. Alternatively, I need to know your position so we can make an emergency motion today to preserve that evidence.

---

**From:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Sent:** Tuesday, August 11, 2026 10:45 AM
**To:** Daniels, David (WDC) <ddaniels@perkinscoie.com>
**Cc:** Uber-RICO-PA <uberricopa@perkinscoie.com>; Amy Kurland <AKurland@RohnKurland.com>
**Subject:** RE: Premier Pain

David,

I will look into this issue. As I previously told you, the doctors were not even aware of this feature until you raised it with us last week. Given that the doctors did not even know how to address the data storage yesterday, there was no purposeful spoliation. I will look into this issue and get back to you. However, given I am scheduled to be in court this afternoon, I will not have an answer for you by 2 p.m.

Regards,

**Stephanie N. Deviney**
Partner

**Fox Rothschild LLP**
– Exton
– (610) 458-3116
– sdeviney@foxrothschild.com

---

**From:** Daniels, David <david.daniels@ashurstperkins.com>
**Sent:** Tuesday, August 11, 2026 10:25 AM
**To:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Cc:** uberricopa@perkinscoie.com; Amy Kurland <AKurland@RohnKurland.com>
**Subject:** [EXT] Premier Pain
**Importance:** High

Stephanie,

Thank you for your cooperation and assistance at yesterday's Premier Pain site inspection.

We want to alert you to a serious spoliation issue that we identified following the review of the video footage that we took at the inspection. As you know, Burt delivered whatever treatment he purportedly delivered using a Cosman G4 radio frequency device. The machine automatically captures records for each use, including date, time, and stage information. All such data was deleted from the machine shortly after this lawsuit was filed. This lawsuit was filed on September 18, 2025 and was publicly reported in the media that same day. A screen shot of the video footage shows that all the machine's recorded data was erased on or about September 24, 2025.

Premier Pain and Burt were under a duty to preserve that evidence because of the lawsuit and pursuant to HIPAA.

Under the circumstances, we ask that Fox Rothschild take physical custody of the machine **today** to preserve remaining data and prevent further spoliation. We can

discuss data collection and review after you confirm custody. Please let us know by 2 pm today so we can raise any disagreements on a call with the Court.

**David Daniels**
Partner

D: +1 202 654 6364

**Ashurst Perkins Coie**
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this