# EXHIBIT 2

LAW360

**Portfolio Media. Inc.** | 230 Park Avenue, 7th Floor | New York, NY 10169 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# Uber Says Philly Law Firm, Doctors Fabricated Injuries

By **James Boyle**

Law360 (September 18, 2025, 3:59 PM EDT) -- Ride-sharing company Uber has accused personal injury firm Simon & Simon PC and a network of healthcare providers of fabricating medical records to inflate accident complaints, according to a RICO suit filed in Philadelphia federal court.

The complaint, filed Thursday by Uber Technologies, alleges Philadelphia firm Simon & Simon and its managing partner, Marc Simon, orchestrated a scheme to fraudulently create false records of medical treatment and elevate low-value injury claims into million-dollar-plus lawsuits against the ride-sharing company. Uber has also accused several healthcare providers of contributing to the fraud, including Premier Pain & Rehab Center PC and its owner, Dr. Clifton Burt, Philadelphia Spine Associates and two chiropractors who practiced there, Ethel Harvey and Daniel Piccillo, and Dr. Lance Yarus of Regional Orthopedics in Philadelphia.

Uber claims Simon & Simon has constructed a "conveyor belt" for personal injury plaintiffs who drove for the ride-sharing company or were passengers in vehicles operated by Uber drivers and were involved in accidents. The firm allegedly directed its clients to their contracted healthcare providers, who would produce inflated reports of medical care to help Simon & Simon negotiate larger settlements, according to the complaint.

"Lawsuit abuse, including fraudulent personal injury claims, directly contributes to the higher prices that consumers end up paying on everything from Uber rides to dining out at a restaurant," Adam Blinick, Uber's senior director of public policy and communications, told Law360 Pulse in a statement Thursday. "When we see it happening on our platform, we are going to step in and take action by any means appropriate — like you're seeing here with this civil RICO lawsuit."

A representative from Simon & Simon did not respond to a request for comment.

According to the complaint, Simon & Simon allegedly bribed the medical providers with promises of future referrals in exchange for the fraudulent medical records and unnecessary treatment.

The complaint says clients were pressured to seek treatment from the firm's list of providers, who allegedly aided in the scheme, with Premier Pain & Rehab Center identified as being central to the scheme. According to the complaint, Simon & Simon scheduled groups of clients in bulk with the rehab center and would instruct Dr. Burt on which treatment should be administered.

Practitioners at Philadelphia Spine Associates provided similar services for Simon & Simon, the complaint alleges, including false diagnoses of serious injuries and inflated appointments for chiropractic treatments that were not performed.

The complaint says the final step before formally filing a personal injury claim against Uber had Simon & Simon's clients see Dr. Yarus, who allegedly produced a false report stating the plaintiff would need a lifetime of expensive, ongoing care for the injuries.

Uber says in its complaint that Simon & Simon's alleged scheme has tainted dozens of state lawsuits filed against the company.

Counsel for the defendants could not be reached for comment Thursday.

Uber is represented by Amy L. Kurland of Rohn Kurland and David W.T. Daniels, David B. Massey and Michael R. Huston of Perkins Coie LLP.

Counsel information for the defendants was not immediately available Thursday.

The case is Uber Technologies Inc. v. Simon & Simon PC et al., case number 2:25-cv-05365, filed in the U.S. District Court for the Eastern District of Pennsylvania.

--Editing by Drashti Mehta.



*This story has been updated with additional counsel info.*

All Content © 2003-2026, Portfolio Media, Inc.