# EXHIBIT 4

92855525-02

# Boston Scientific G4™ Radiofrequency Generator

# Operator's Manual




# Version 3.0.4

92855525-02
Content: MP92855525-02 REV A

This page is intentionally left blank

### Warranty

For device warranty information, visit (www.bostonscientific.com/warranty).

*Electrodes:* Since electrodes are more subject to abuse, the warranty differs from the G4 Generator.

### Notices

No part of this document may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means—electronic, mechanical, photocopying, recording, or otherwise—without the expressed, written consent of Boston Scientific. Additional copies of this document can be ordered from Boston Scientific.

Drawings are for illustration purposes only.

### Trademarks

G4™ is a trademark of Boston Scientific Corporation or its affiliates. All other trademarks are the property of their respective owners.

©2024 Boston Scientific Corporation or its affiliates. All rights reserved.

EC REP
Boston Scientific Limited
Ballybrit Business Park
Galway IRELAND

UK RP
Boston Scientific Limited
100 New Bridge Street
London EC4V 6JA
England United Kingdom

AR REP
Para obtener información de contacto de Boston Scientific Argentina SA, por favor, acceda al link bostonscientific.com/arg

BR REP
Para informações de contato da Boston Scientific do Brasil Ltda, por favor, acesse o link bostonscientific.com/bra

AU REP
Boston Scientific (Australia) Pty Ltd
PO Box 332
BOTANY NSW 1455 Australia
Free Phone 1800 676 133
Free Fax 1800 836 666

Boston Scientific
Neuromodulation Corporation
25155 Rye Canyon Loop
Valencia, CA 91355 USA
+1-866-789-5899 in US and Canada
+1-661-949-4000, +1-661-949-4022 Fax
+1-866-789-6364 TTY
www.bostonscientific.com
Email: neuro.info@bsci.com

CE 0123

## Table of Contents


**1. General Information....1**
1.1 Description....1
1.2 Package Contents....2
1.3 How Supplied....2
1.4 Indications for Use....2
1.4.1 Intended Use....2
1.4.2 Intended Patient Population....2
1.4.3 Intended User Profile....3
1.4.4 Use Environment....3
1.4.5 Clinical Benefit....3
1.4.6 Operating Principle....3
1.5 Device Classification....3
1.6 Electrical Safety and EMC....4
1.7 Electrical Safety Information....8
1.8 Contraindications....8
1.9 Adverse Events....8
1.10 General Warnings and Precautions....9
1.10.1 Non-Boston Scientific Equipment....10
1.10.2 The Dispersive Electrode ("Ground Pad")....11
1.10.3 Inspection....12
1.10.4 General Usage....12
1.10.5 Mains Power....13
1.11 Key to Device Markings....14
**2. Chassis Layout....16**
**3. Using the G4....17**
3.1 Turning Electrode Output On and Off....18
3.2 Testing the G4 Unit....18
3.3 Common Stop Conditions....18
3.4 Readings & Displays....19
**4. Start Procedure Screen....20**
4.1 Personal Settings Presets....20
4.2 User Interfaces....20
**5. Electrode Setup Screen....21**
5.1 Electrode Setup Settings....21
5.2 Electrode Setup Warnings and Guidelines....22
**6. Stimulation....23**
6.1 Stimulation Settings....24
**7. Thermal RF....25**
7.1 Thermal RF Settings....26
**8. Pulsed RF....28**
8.1 Pulsed RF Settings....29
**9. Advanced Settings....30**
**10. Notes & Patient Database....31**
10.1 USB Keyboard....31
**11. End Procedure Screen....32**
**12. Procedure Records....33**
12.1 Procedure Record Files....34
12.2 Export to External USB Disk....34
12.3 Printing....34
**13. System Setup....35**
13.1 Date, Time, Language & Audio Volume....35
13.2 Touch Screen Calibration....36
**14. Modify Presets Screen....37**
**15. Sterilization, Care, and Service....38**
15.1 Sterilization....38
15.2 Care....38
15.3 Service....38
15.3.1 Device Lifetime....38
15.4 Fuse Replacement....38
15.5 Installation....39
**16. Troubleshooting....39**
16.1 Contact Information....41
16.2 Post Procedure....41
**17. Specifications....42**
**18. Output Power Curves....44**
**19. Accessories....45**

# 1. General Information

Safe and effective Radiofrequency (RF) lesioning is dependent not only on equipment design, but also on factors under control of the operator. Do not attempt to operate the RFG-4 (RFG-4-120V/RFG-4-220V/RFG-4-240V) prior to completely reading and understanding the instructions for use applicable to each component of the Boston Scientific System, consisting of generator, generator accessories, electrodes and cannula. For generator and generator accessories, refer to this manual; for the use of electrodes and cannula, refer to the respective instructions for use.

| | |
|---|---|
| **WARNING:** | **Electric Shock Hazard**<br>There are no user serviceable parts inside the G4. To avoid electric shock, return the device to Boston Scientific for servicing. |
| **WARNING:** | **Hazardous Electrical Equipment & Active Implants**<br>This equipment is intended for use by qualified personnel only.<br>This equipment may damage or interfere with the operation of cardiac pacemakers and other active implants.<br>Do not use within 15 feet (4 meters) of a cardiac pacemaker unless proper cautions have been taken. Before use of the G4 RF Generator, contact the pacemaker company to determine whether the pacemaker needs to be converted to fixed rate pacing during the radiofrequency procedure. When the pacemaker is in the sensing mode, it may interpret the RF signal as a heartbeat and may fail to pace the heart.<br>This equipment has an output which is capable of causing a physiological effect. |
| **WARNING:** | **Risk of Burns and Fire**<br>Do not use near conductive materials such as metal bed parts or inner spring mattresses. |
| **WARNING:** | **Protective Earth Grounding**<br>Grounding reliability can only be achieved when the equipment is plugged into a receptacle marked “Hospital Grade”. Any interruption of the Protective Earth conductor will result in a potential shock hazard which cause injury to patient or operator. |

## 1.1 Description

The G4 is a lesion generator capable of supplying up to 50 watts of radiofrequency power while continuously monitoring both the tissue impedance and the temperature at the tip of the one, two, three, or four electrodes. It is also capable of producing Stimulation waveforms.

## 1.2 Package Contents

**RFG-4-120V**
Radiofrequency Generator (1)
Power Cord – North America (1)

**RFG-4-220V**
Radiofrequency Generator (1)
Power Cord – International (1) Italy (1) UK (1)

**RFG-4-240V**
Radiofrequency Generator (1)
Power Cord – International (1) UK (1) Switzerland (1) Aus (1)

## 1.3 How Supplied

The Boston Scientific G4 Generator is supplied non-sterile.

- Do not use any component that shows signs of damage.
- Do not use if package is opened or damaged.
- Do not use if labeling is incomplete or illegible.

## 1.4 Indications for Use

The Boston Scientific RFG-4 (G4) Radiofrequency Generator is indicated for use in procedures to create radiofrequency lesions for the treatment of pain, or for lesioning nerve tissue for functional neurosurgical procedures. The Boston Scientific G4 Radiofrequency Generator is used with separately approved Boston Scientific Radiofrequency Probes.

### 1.4.1 Intended Use

The Boston Scientific Radiofrequency Generator is intended to be used as a power source to deliver RF energy via compatible RF Electrodes and Cannulas.

The intended use of the Adapter Cable is to connect RF electrodes to an applicable generator.

The intended use of the Adapter Plug is to connect the TCD 3 meter electrode to the G4 Generator.

The intended use of the Footswitch is to turn the RF Generator output on and off.

The intended use of the Reference Cable is to connect RF electrodes or ground pads to an applicable generator.

The intended use of the Test Plug is to run a test ablation cycle and provide feedback on the generator operation status.

### 1.4.2 Intended Patient Population

Patients afflicted with neurological disorders are the intended patient population of the Boston Scientific G4 Radiofrequency Generator.

### 1.4.3 Intended User Profile

The intended users of the Boston Scientific RF System are physicians, e.g. neurosurgeons, anesthesiologists, and pain clinicians. Boston Scientific recommends that healthcare providers who are using the Boston Scientific System read all product labeling prior to using the Boston Scientific devices. If additional support is needed, intended users should refer to Section 16.1 Contact Information.

### 1.4.4 Use Environment

The Boston Scientific G4 Radiofrequency Generator is used in a surgical setting as an RF power source to deliver energy through RF Electrodes, and is designed to be as light and portable as possible in this environment.

Guidance for electromagnetic environment states is as follows:
Floors should be wood, concrete or ceramic tile; if floors are covered with synthetic material, the relative humidity should be at least 30%; mains power quality and power frequency magnetic fields should be at levels characteristic of a typical commercial or hospital environment.

### 1.4.5 Clinical Benefit

The clinical benefit of the Boston Scientific RF System includes improvement in pain or movement disorder symptoms, with potential reduction of medications. These benefits can relate to improved functional capacity and an improved quality of life.

### 1.4.6 Operating Principle

The Boston Scientific G4 Radiofrequency Generator is a high frequency surgical equipment used to generate RF and stimulation signals within specified limits; measure the radiofrequency voltage, current, and power output to specified accuracy within specified range; measure the impedance of the RF system to specified accuracy within specified range; and measure temperature at the RF Electrode to specified accuracy within specified range.

## 1.5 Device Classification

Classifications as per EN60601-1, the manufacturer describes the G4 as:

| | |
|---|---|
| **Type of protection against Electric Shock** | Class I |
| **Degree of protection against Electric Shock** | Type BF Defibrillator Protected |
| **Degree of harmful ingress of water** | IPX0 Ordinary |
| **Mode of Operation** | Continuous use |
| **Degree of Safety in the Presence of Flammable Anesthetic Mixture with Air, Oxygen, or Nitrous Oxide** | Not suitable for use |
| **Applied Part** | Cables and Electrodes |

## 1.6 Electrical Safety and EMC

The RFG-4 (G4) as a piece of Medical Electrical Equipment needs special precautions regarding EMC and needs to be installed and put into service according to the EMC information provided below.

<table>
<tr><th colspan="3">Guidance and manufacturer's declaration – electromagnetic emissions</th></tr>
<tr><td colspan="3">The RFG-4 (G4) is intended for use in the electromagnetic environment specified below.<br>The customer or the user of the RFG-4 (G4) should assure that it is used in such an environment.</td></tr>
<tr><th>Emissions test</th><th>Compliance</th><th>Electromagnetic environment – guidance</th></tr>
<tr><td>RF emissions CISPR 11</td><td>Group 1</td><td>The RFG-4 (G4) uses RF energy only for its internal function. Therefore, its RF emissions are very low and are not likely to cause any interference in nearby electronic equipment.</td></tr>
<tr><td>RF emissions CISPR 11</td><td>Class A</td><td rowspan="3">The RFG-4 (G4) is suitable for use in all establishments other than domestic, and may be used in domestic establishments and those directly connected to the public low-voltage power supply network that supplies buildings used for domestic purposes, provided the following warning is heeded:<br>Warning: This equipment/system is intended for use by healthcare professionals only. This equipment/ system may cause radio interference or may disrupt the operation of nearby equipment. It may be necessary to take mitigation measures, such as re-orienting or relocating the RFG-4 (G4) or shielding the location.</td></tr>
<tr><td>Harmonic emissions IEC 61000-3-2</td><td>Class A</td></tr>
<tr><td>Voltage fluctuations/ flicker emissions IEC 61000-3-3</td><td>Complies</td></tr>
</table>

| Guidance and manufacturer's declaration – electromagnetic immunity | | | |
|---|---|---|---|
| The RFG-4 (G4) is intended for use in the electromagnetic environment specified below.<br>The customer or the user of the RFG-4 (G4) should assure that it is used in such an environment. | | | |
| **Immunity test** | **IEC 60601 test level** | **Compliance Level** | **Electromagnetic environment – guidance** |
| Electrostatic discharge (ESD)<br>IEC 61000-4-2 | Contact: ± 8 kV<br>Air: ± 2 kV, ± 4 kV, ± 8 kV, ± 15 kV | Contact: ± 8 kV<br>Air: ± 2 kV, ± 4 kV, ± 8 kV, ± 15 kV | Floors should be wood, concrete or ceramic tile. If floors are covered with synthetic material, the relative humidity should be at least 30%. |
| Electrical fast transient/burst<br>IEC 61000-4-4 | ± 2 kV<br>100 kHz repetition frequency | ± 2 kV<br>100 kHz repetition frequency | Mains power quality should be that of a typical commercial or hospital environment. |
| Surge<br>IEC 61000-4-5 | **Line to Line:**<br>± 0.5 kV, ± 1 kV<br>**Line to Ground:**<br>± 0.5 kV, ± 1 kV, ± 2 kV | **Line to Line:**<br>± 0.5 kV, ± 1kV<br>**Line to Ground:**<br>± 0.5 kV, ± 1 kV, ± 2 kV | Mains power quality should be that of a typical commercial or hospital environment. |
| Voltage dips, short interruptions and voltage variations on power supply input lines<br>IEC 61000-4-11 | **Voltage Dips:**<br>0% $U_T$; 0.5 cycle<br>At 0°, 45°, 90°, 135°, 180°, 225°, 270°, and 315°<br>0% $U_T$; 1 cycle<br>and<br>70% $U_T$; 25/30 cycles<br>Single phase: at 0°<br>**Voltage Interruptions:**<br>0% $U_T$; 250/300 cycle | **Voltage Dips:**<br>0% $U_T$; 0.5 cycle<br>At 0°, 45°, 90°, 135°, 180°, 225°, 270°, and 315°<br>0% $U_T$; 1 cycle<br>and<br>70% $U_T$; 25/30 cycles<br>Single phase: at 0°<br>**Voltage Interruptions:**<br>0% $U_T$; 250/300 cycle | Mains power quality should be that of a typical commercial or hospital environment. If the user of the RFG-4 (G4) requires continued operation during power mains interruptions, it is recommended that the RFG-4 (G4) be powered from an uninterruptible power supply or a battery. |
| Power frequency (50/60 Hz) magnetic field<br>IEC 61000-4-8 | 30 A/m<br>50 Hz or 60 Hz | 30 A/m<br>50 Hz or 60 Hz | Power frequency magnetic fields should be at levels characteristic of a typical location in a typical commercial or hospital environment. |
| NOTE $U_T$ is the a.c. mains voltage prior to application of the test level. | | | |

The use of cables other than those specified may result in increased emissions or decreased immunity of the G4 RF Generator.

The essential performance requirements for the RFG-4 (G4) are to maintain the mode of operation set by the user, monitor the voltage, current, and power output, monitor the temperature and impedance through attached electrodes within specified ranges and acceptable tolerances. Momentary changes in readings due to environmental conditions are acceptable, provided the mode of operation remains unchanged.

**Guidance and manufacturer's declaration – electromagnetic immunity**

The RFG-4 (G4) is intended for use in the electromagnetic environment specified below.
The customer or the user of the RFG-4 (G4) should assure that it is used in such an environment.

| Immunity test | IEC 60601 test level | Compliance Level | Electromagnetic environment – guidance |
|---|---|---|---|
| Conducted RF<br>IEC 61000-4-6 | 3 V<br>0.15 MHz - 80 MHz<br>6 V in ISM bands between 0.15 MHz and 80 MHz<br>80% AM at 1 kHz | 3 V<br>0.15 MHz - 80 MHz<br>6 V in ISM bands between 0.15 MHz and 80 MHz<br>80% AM at 1 kHz | Professional healthcare facility environment:<br>Portable and mobile RF communications equipment should be used no closer to any part of the RFG-4 (G4), including cables, than the recommended separation distance calculated from the equation applicable to the frequency of the transmitter.<br>**Recommended separation distance**<br>$d = 1.2 \sqrt{p}$ |
| Radiated RF<br>IEC 61000-4-3 | 3 V/m<br>80 MHz - 2.7 GHz<br>80% AM at 1 kHz | 3 V/m<br>80 MHz - 2.7 GHz<br>80% AM at 1 kHz | $d = 1.2 \sqrt{p}$ 80 MHz to 800 MHz<br>$d = 2.3 \sqrt{p}$ 800 MHz to 2.7 GHz<br>where $P$ is the maximum output power rating of the transmitter in watts (W) according to the transmitter manufacturer and $d$ is the recommended separation distance in metres (m).<br>Field strengths from fixed RF transmitters, as determined by an electromagnetic site survey,[a] should be less than the compliance level in each frequency range.[b]<br>Interference may occur in the vicinity of equipment marked with the following symbol:<br> |

NOTE 1 At 80 MHz and 800 MHz, the higher frequency range applies.
NOTE 2 These guidelines may not apply in all situations. Electromagnetic propagation is affected by absorption and reflection from structures, objects and people.

[a] Field strengths from fixed transmitters, such as base stations for radio (cellular/cordless) telephones and land mobile radios, amateur radio, AM and FM radio broadcast and TV broadcast cannot be predicted theoretically with accuracy. To assess the electromagnetic environment due to fixed RF transmitters, an electromagnetic site survey should be considered. If the measured field strength in the location in which the RFG-4 (G4) is used exceeds the applicable RF compliance level above, the RFG-4 (G4) should be observed to verify normal operation. If abnormal performance is observed, additional measures may be necessary, such as re-orienting or relocating the RFG-4 (G4).
[b] Over the frequency range 0.15 MHz to 80 MHz, field strengths should be less than 3 V/m.

**WARNING:** Use of this equipment adjacent to or stacked with other equipment should be avoided because it could result in improper operation. If such use is necessary, this equipment and the other equipment should be observed to verify that they are operating normally.

| Recommended separation distances between portable and mobile RF communications equipment and the RF System | | |
|---|---|---|
| The RF System is intended for use in an electromagnetic environment in which radiated RF disturbances are controlled. The customer or the user of the RF System can help prevent electromagnetic interference by maintaining a minimum distance of 30 cm between portable and mobile RF communications equipment (transmitters) and the RF System. | | |
| NOTE: These guidelines may not apply in all situations. Electromagnetic propagation is affected by absorption and reflection from structures, objects and people. | | |
| **Proximity fields from RF wireless communications equipment (IEC 61000-4-3)** | | |
| **Frequency Range and Level: RF wireless communication equipment** | | |
| **Test Frequency (MHz)** | **Modulation** | **Immunity Level (V/m)** |
| 385 | Pulse Modulation: 18 Hz | 27 |
| 710<br>745<br>780<br>5240<br>5500<br>5785 | Pulse Modulation: 217 Hz | 9 |
| 450<br>810<br>870<br>930 | Pulse Modulation: 18 Hz | 28 |
| 1720<br>1845<br>1970<br>2450 | Pulse Modulation: 217 Hz | 28 |

This equipment has been tested and found to comply with the limits for a Class A digital device, pursuant to part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference when the equipment is operated in a commercial environment. This equipment generates, uses, and can radiate radio frequency energy and, if not installed and used in accordance with the instruction manual, may cause harmful interference to radio communications. Operation of this equipment in a residential area is likely to cause harmful interference in which case the user will be required to correct the interference at the user's own expense.

## 1.7 Electrical Safety Information

The G4 is a radiofrequency generator designed to produce local tissue heating at the tip of an electrode by the presence of radiofrequency current. Special isolation transformers are imposed between power lines and internal G4 circuitry, resulting in very low leakage current.

The G4 is designed for use in a hospital operating room or interventional procedure room. Not for use in the shielded room of a magnetic resonance imaging system, where the intensity of EM disturbances is high.

Do not place the G4 Generator within a space that would make it difficult to operate. The G4 Generator should be positioned so that it is easy to connect to or disconnect from an outlet.

**WARNING:** A needle electrode should not be used as the dispersive electrode, as it is possible to burn the patient at this site due to high current densities. In all applications, care should be taken to maximize the surface area of the dispersive electrode. The dispersive electrode should be reliably attached with its entire area against the patient's body and as close to the operating field as possible.

The risk of igniting flammable gases or other materials is inherent in lesioning and cannot be eliminated by device design. Precautions must be taken to restrict flammable materials and substances from the electrosurgical site. The use of flammable anesthetics and nitrous oxide and oxygen should be avoided, unless these agents are suctioned away.

Flammable agents used for cleaning or disinfecting should be allowed to evaporate before the application of RF surgery. There is a risk of flammable solutions pooling under the patient and in body cavities. Any fluid pooled in these areas should be removed before the equipment is used. Avoid use of flammable materials, such as gauze or cotton wool when saturated with oxygen. These materials may be ignited by sparks produced in the normal operation of the G4.

## 1.8 Contraindications

None known.

## 1.9 Adverse Events

Reported adverse events or complications for the Boston Scientific RF Generator, when used as part of the Boston Scientific RF System, which may include use of RF electrode(s), RF Cannula(s), where applicable, a ground pad, connecting cables, and any other accessories as needed, include, but are not limited to: burns, nerve or tissue injury, or pain at the site of treatment.

Refer to instructions for use for electrode kits and accessories used with the generator for additional adverse events that have been reported for specific RF applications.

## 1.10 General Warnings and Precautions

This section contains warnings and precautions relevant to the G4 RF Generator. Additional warnings and precautions are listed throughout this Operator's Manual.

**NOTICE:** The physician and support staff must be the ultimate judge of the appropriateness of, and the method used to perform any medical procedure performed using Boston Scientific equipment. It is not the province of Boston Scientific to instruct in the proper medical use of the equipment. The availability of output modes, settings values, and default settings values on the G4 RF Generator should not be construed as a recommendation of the medical appropriateness of their use in a specific case.

**WARNING:** Proper electrode placement should be verified using anatomical landmarks, sensory and motor stimulation techniques, fluoroscopic guidance, Impedance reading, and good clinical judgment before RF lesion making procedures are initiated.

**WARNING:** The long-term risks of creation of RF lesions have not been established.

**WARNING:** Do not perform maintenance on the generator while it is in use.

### 1.10.1 Non-Boston Scientific Equipment

**WARNING:** The Boston Scientific RF device (G4 Generator) may cause interference with active devices such as neurostimulators, cardiac pacemakers, and defibrillators. Interference may affect the action of these active devices or may damage them. Please consult the instructions for use for these active devices for appropriate guidance.

**WARNING:** Electromagnetic interference (EMI) produced by the unit during normal operation may adversely affect the performance of other equipment. The performance of this device may be adversely affected by other high frequency surgical devices in close proximity. If a problem occurs, separate the devices. Portable RF communications equipment (including peripherals such as antenna cables and external antennas) should be used no closer than 30 cm (12 inches) to any part of the generator, including cables. Otherwise, degradation of performance of this equipment could result.

**WARNING:** Electrodes and probes of monitoring, stimulating and patient contacting imaging devices, and metallic and conductive implanted hardware or probes, can provide paths for high frequency currents even if they are battery powered, insulated, or isolated at 60 Hz. The risk of burns can be reduced, but not eliminated, by placing the electrodes or probes as far away as possible from the lesion site and from the dispersive electrode. Protective impedances incorporated into the monitoring leads may further reduce the risk of these burns and permit continuous monitoring during energy delivery. Needles should not be used as monitoring electrodes during such procedures.

**CAUTION:** Do not use the G4 Radiofrequency Generator with components, electrodes, and/or RF Cannulae/needles that are not approved by Boston Scientific.

The use of non-Boston Scientific approved components could negatively affect the EMC performance of the system or result in EMC non-compliance.

**WARNING:** Potentially hazardous conditions may exist when accessories of similar connector types are combined. Use only appropriate accessories certified by an accredited test body.

**WARNING:** Use of this equipment adjacent to or stacked with other equipment should be avoided because it could result in improper operation. If such use is necessary, this equipment and the other equipment should be observed to verify that they are operating normally.

**WARNING:** Do not touch the USB port and the patient simultaneously.

**NOTE:** The emissions characteristics of this equipment make it suitable for use in industrial areas and hospitals (CISPR 11 class A).

### 1.10.2 The Dispersive Electrode ("Ground Pad")

**WARNING:** The use and proper placement of dispersive electrodes is a key element in the safe and effective use of this Radiofrequency lesion generator, particularly in the prevention of burns. Read and follow Boston Scientific's dispersive electrode instructions for preparation, placement, surveillance, removal and use of any dispersive electrode. It is recommended that dispersive electrodes be used that meet or exceed the requirements of EN60601-2-2.

**WARNING:** Use a Boston Scientific approved gel-pad dispersive electrode with at least 110 $cm^2$ conductive plate area to disperse and return RF current over as large an area as possible, and thus minimize heating effects at that electrode, and to avoid high current densities and resultant burns in adjacent tissue.

**NOTICE:** The ground pad should be placed in close proximity to the lesion site.

**WARNING:** Observe the dispersive electrode during lesioning for signs of excessive heating.

**NOTICE:** Use of an approved ground pad with a stainless steel RF Cannula may provide a galvanic potential (the "battery effect") resulting in a single stimulation pulse at the time the TC Electrode is placed into an RF Cannula. This should be anticipated, and does not present any risk or danger to the patient.

**WARNING:** Skin burns can result from the improper use of ground pads, including, but not limited to, the following:

- Use of ground pads with a conductive plate area less than 110 $cm^2$.
- Use of expired ground pads or ground pads with dried gel.
- Ground pads not placed on a well vascularized, muscular, convex area of patient skin.
- Reuse or repositioning of ground pad.
- Ground pad placement over scar tissue, inflamed skin, adipose tissue, bony prominences, metal prostheses, ECG electrodes and cables, pacemakers, and areas where fluid may pool.
- Use of ground pad not in accordance with this G4 RF Generator Operator's Manual.
- Use of a needle as dispersive electrode since a needle may cause skin burns at the reference site due to high current densities.

**WARNING:** Observe the ground pad site for signs of potential overheating throughout the procedure. If the ground pad site becomes hotter than expected under normal procedural conditions, or the patient experiences noticeable discomfort from excessive heat at the ground pad site, discontinue use and remove the ground pad from the patient to avoid risk of burns.

### 1.10.3 Inspection

**WARNING:** Never proceed in a temperature monitored procedure if the generator does not read body temperature before you begin delivering RF energy.

**WARNING:** Verify functional safety of the device before each use, using the guidelines detailed in this manual.

**CAUTION:** Prior to each procedure, inspect all cables, electrodes, RF Cannulae, and dispersive electrodes for damage. Check the integrity of the electrode and cable insulation for signs of damage. Such damage could lead to RF Current loss, heating, and burning at undesired locations. A signal of undesired RF Current loss is that unusually high RF Voltage, Current, or Power values are required to achieve a desired electrode tip Temperature.

### 1.10.4 General Usage

**WARNING:** To avoid unanticipated stimulation to the patient, do not cycle the generator power or turn the generator power on while the patient is connected to the generator. Do not turn the generator power on while touching any of the electrodes. Place temporarily unused electrodes connected to the generator in an area that is electrically isolated from the patient. Never place a generator-connected electrode that is not being used in contact with the patient.

**WARNING:** The output of any electrode may change when patient output is being delivered. Do not move electrode(s) or change electrode connections to the generator when patient output is being delivered to any electrode.

**CAUTION:** Avoid electrode tip Temperatures near and above 100 °C, as they may produce focal boiling and charring.

**CAUTION:** Raise the electrode Temperature slowly, particularly with large electrodes. Displayed temperature lags behind the actual temperature due to the thermal mass of the electrode.

**WARNING:** The generator is capable of delivering a significant amount of output. Patient or operator injury can result from improper handling of the active electrode and dispersive electrode, particularly when operating the generator. During energy delivery, the patient should not be allowed to come in contact with metal parts which are earthed or which have an appreciable capacitance to earth. The use of antistatic sheeting is recommended for this purpose. Unshielded leads (active or return) should be positioned so that they cannot come into contact with the patient or other leads connected to the patient and so that they do not run parallel to nearby leads.

**WARNING:** To avoid accidental burns:

- Skin-to-skin contact (for example between the arms and body of the patient) should be avoided, for example by insertion of dry gauze.
- For surgical procedures where the high-frequency current could flow through parts of the body having a relatively small cross sectional area, the use of bipolar techniques may be desirable in order to avoid unwanted tissue damage.
- The output power selected should be as low as possible for the intended purpose.

**WARNING:** Failure of the generator could result in an unintended increase of output power. If unexpected parameter readings are observed that do not correspond to preset values, halt the procedure immediately by pressing the Stop button. Do not operate the equipment again until the source of the problem is identified and corrected.

**CAUTION:** The physician should observe and record all Voltage, Current, Power, Temperature and Impedance readings at all times, including when using Auto Ramp or Automatic Temperature Control ("Set Temp" or "Max Temp, see Sections 7.1 & 8.1). This gives the physician a measure of parameter normalcy for a given procedure and electrode size. Any anomalously high Voltage, Currents, Impedance, or Power readings would be apparent and signal possible problems.

**WARNING:** Apparent low power output or failure of the equipment to function correctly at normal settings may indicate faulty application of the dispersive electrode or failure of an electrical lead. Do not increase power before checking for obvious defects or misapplication. Effective contact between the patient and the dispersive electrode must be verified whenever the patient is repositioned after the initial application of the dispersive electrode.

**WARNING:** Do not continue the application of RF if Temperature readings are erratic or do not rise a sufficiently rapid rate for the amount of RF energy applied. Erratic or sluggish Temperature readings may indicate a faulty cable connection, broken Temperature sensor of the electrode, loss of RF Power into an undesired location, an inability of the generator to control the Temperature or RF output of the electrode, or a misalignment of the temperature-sensing electrode tip with the uninsulated tip of the RF Cannula into which it is inserted.

**NOTICE:** Always have spare electrodes and cables on hand in case a problem arises with the first one during a procedure. Reusable cables and accessories should be periodically tested.

**WARNING:** Any modification of the G4 Radiofrequency Generator done by unauthorized agents compromises the safety and efficacy of the equipment.

### 1.10.5 Mains Power

**CAUTION:** Make sure that the wall outlet voltage matches the voltage displayed on the Voltage Selector located on the rear of unit (100, 120, 220, or 240). If not, open the Fuse drawer, remove the Voltage Selector and rotate it to the proper voltage setting.

**CAUTION:** Disconnect all electrodes, ground pad, and associated cables from the G4 before turning the mains power on or off.

## 1.11 Key to Device Markings

**Mains Power**

| | |
|---|---|
| I | Mains Power On Switch |
| O | Mains Power Off Switch |

**Output Control**

| | |
|---|---|
|  | Front-panel Start Button: Turn on electrode output |
|  | Front-panel Stop Button: Turn off electrode output |
|  | Output Control Knob |
|  | Increase output level or setting value |
|  | Decrease output level or setting value |

**Output Connections**

| | |
|---|---|
|  | Reference Ground Pad Connection and all RF Electrode Output Connections isolated at low and high leakage currents |
| **G** | Reference Ground Pad Connection (on front panel) |
| **1** | RF Electrode Connection 1 (on front panel) |
| **2** | RF Electrode Connection 2 (on front panel) |
| **3** | RF Electrode Connection 3 (on front panel) |
| **4** | RF Electrode Connection 4 (on front panel) |

**Other Connections**

| | |
|---|---|
|  | Footswitch Remote Control Connection |
|  | Equipotential Jack Terminal |
|  | USB Connection (Printer or Memory Stick) |

**Readings and Indicators**

| | |
|---|---|
|  | Output On Indicator Light |
| °C | Temperature (Degrees Celsius) |
| Ω | Impedance (Ohms) |
| V | Voltage (Volts) |
| mA | Current (Milliamps) |
| W | Power (Watts) |
| ms | Pulse Duration/Width (Milliseconds) |
| Hz | Pulse Rate/Frequency (Hertz = 1/Seconds) |
| min | Time (Minutes:Seconds) |

**Certifications**

| | |
|---|---|
| CE 0123 | European Community Mark of Conformity |
| C US | Unit is approved by CSA to the US standard |

**Miscellaneous**

| | |
|---|---|
| ~ | Alternating current (AC) |
|  | Screen Shot: Save image of screen to Procedure Record |
|  | Increase audio volume |
|  | Decrease audio volume |

# 2. Chassis Layout







Notes:

- Do not touch the USB port and the patient simultaneously.
- Electrode connections are made via the CB112-TC or CB103R cables.
- When RF Type=Standard, the patient “Reference” connection is made via a CB103B black cable.
- An optional Footswitch can turn electrode output on and off (Section 3.1).
- The Equipotential Connection ties chassis ground to that of other equipment.

**WARNING:** When connecting any non-medical peripheral equipment to this device, it must be ensured that the equipment combination meets the requirements of IEC 60601-1.

# 3. Using the G4

**Turn on the G4**
- Attach power cord to AC receptacle
- Disconnect electrodes
- Turn Mains Power on




**Main Menu**



**Start Procedure**
- Load Settings Presets
- Modify Settings Presets



**Records**
- Export, Print, Edit, and Delete Records saved on G4's internal disk
- Patient Database



**System Setup**
- Time & Date
- Audio Volume Level
- Language
- Calibrate Touch Screen
- Calibration Information



**End Procedure**
- Export Record to external USB disk
- Print Record to USB
- Save Settings Preset

**Start Procedure**

**End Procedure**



**Electrode Setup**
- Configure electrodes
- Label electrodes



**Stimulation**
- Sensory Stimulation
- Motor Stimulation
- Impedance Tone



**Thermal RF**
- Standard, Stepped & Voltage modes
- Set Time and Temperature



**Pulsed RF**
- Set Time & Temperature
- Set Voltage, Pulse Rate, and Pulse Width



**Notes**
- Patient Information
- Doctor Information
- Stage Notes
- Patient Database

**Performing a Procedure**
- Produce Stimulation, Thermal RF, and Pulsed RF output
- All operations, readings, screen shots, and notes are saved to a Procedure Record on the G4's internal disk

## 3.1 Turning Electrode Output On and Off

Electrode output can only be turned on when the G4 displays the Stimulation, Thermal RF, or Pulsed RF screen.




## 3.2 Testing the G4 Unit

Attach one or more Test Plugs (RFG-TP) to active electrode jacks and perform a procedure. The displayed Impedance should be approximately 100 Ω and the displayed Temperature is approximately room Temperature. See Section 16.1 in this IFU for a complete list of contact information.

## 3.3 Common Stop Conditions

The following conditions turn off electrode output and prompt a dialog.

- **Open Circuit:** Impedance from Electrode to Reference > Open Circuit setting (Sections 5.1 and 9).
- **Short Circuit:** Impedance from Electrode to Reference < Short Circuit setting (Sections 5.1 and 9).
- **No Temperature:** No temperature reading from an Electrode.
- **Low Temperature:** Electrode Temp < 10 °C.
- **High Temperature:** Electrode Temp > 100 °C.
- **Over Temperature:** Electrode Temp > TRF Set Temp or PRF Max Temp.
- **Disconnect Electrode:** Electrodes or ground pad attached to generator do not match current Electrode Setup settings (Section 5.1).
- **High Current/Power:** Current or Power output exceeds limits.

## 3.4 Readings & Displays









# 4. Start Procedure Screen




## 4.1 Personal Settings Presets

Personal Settings Presets ("Presets") save procedure settings for future use, and can be loaded from the Start Procedure Screen (Section 4).

- Settings for Electrode Setup, Stimulation, Thermal RF, and Pulsed RF
- Doctor Information
- User Interface: Graphing or One Touch

## 4.2 User Interfaces

Two user interfaces are available for the Stimulation, Thermal RF, and Pulsed RF screens.

- Graphing Interface: Graphs and optional manual output controls.
  - Graphs of measurements
  - Manual RF timer reset button
  - Manual Thermal RF Set Temperature increment & decrement buttons
- One Touch Interface: Simplified control using only the touch screen

# 5. Electrode Setup Screen




## 5.1 Electrode Setup Settings

The Electrode Setup settings determine which electrode output connections are to be delivered Stimulation, Thermal RF, and/or Pulsed RF output.

**RF Type:**

**RF TYPE Standard (Monopolar):** For Electrode Setups with RF Type = Standard, the size and shape of RF lesions may change when electrodes are placed close together.

- ***Standard:*** (a.k.a. "Monopolar") Return Currents from electrodes flow into Reference Ground Pad Connection (G).

**RF TYPE Bipolar:** For Electrode Setups with RF Type = Bipolar, the relative lesion size and shapes may change depending on the spacing of electrodes in a bipolar pair.

- ***Bipolar:*** Return Currents flow from Electrode Connections 1 & 4 (which are at RF potential) to Electrode Connections 2 & 3 (which are at reference potential). Voltage, Current, and Impedance readings are displayed for "Bipolar Pairs" of electrodes, i.e. "Electrode 1+2" and "Electrode 3+4", of which one is at reference potential and the other is at potential indicated by the displayed Voltage reading.
- **Active Electrodes:** The number of active electrode output connections.
- **Labels:** Text labels for electrodes that appear in the Procedure Record.
- **Advanced:** Open Circuit, Short Circuit and Start Screen settings. See Section 9.

| RF Type | Active Electrodes | Electrode Setup Indicator |
|---|---|---|
| Standard | 1 | One Electrode |
| Standard | 2 | Two Electrodes |
| Standard | 3 | Three Electrodes |
| Standard | 4 | Four Electrodes |
| Bipolar | 2 | Two Electrodes: One Bipolar Pair |
| Bipolar | 4 | Four Electrodes: Two Bipolar Pairs |

## 5.2 Electrode Setup Warnings and Guidelines

Review and adhere to these guidelines before turning on the electrode output:

- Attach electrodes and/or a ground pad to the electrode output connections on the front panel (Section 2) as shown in the Electrode Setup screen's "Settings Graphic" (Section 5).
- Disconnect all electrodes and ground pads from output and/or reference connections marked with a red "X" in the Electrode Setup screen's "Settings Graphic" (Section 5).

**WARNING:** Do not mix types and sizes of electrodes when delivering output to more than one electrode. All electrodes and their associated needles used in a multi-electrode configuration, including Bipolar configurations, should be identical.

**WARNING:** Do not deliver Pulsed RF output to any electrode whose active tip exposure is less 2 mm or whose diameter is less than 23 Gauge. The temperature response of such an electrode is too rapid for Automatic Temperature Control in Pulsed RF mode.

**WARNING:** Do not use the generator in a multi-electrode configuration with any electrode(s) whose active tip exposure is less than 2 mm or whose diameter is less than 23 Gauge. The temperature response of these electrodes is too rapid for Automatic Temperature Control of multiple such electrodes in Thermal RF and Pulsed RF modes.

**WARNING:** Do not move electrode(s) or change electrode connections to the generator when patient output is being delivered to any electrode.

**WARNING:** Do not place multiple electrodes too close together to create a large lesion when using a monopolar electrode configuration (i.e. Electrode Setup RF Type=Standard). Failure to comply can cause a lesion with unpredictable size and shape and may result in patient injury.

**WARNING:** Do not place two bipolar electrode pairs too close together when using Electrode Setup RF Type=Bipolar and Active Electrodes=4. Failure to comply can cause a lesion with unpredictable size and shape and may result in patient injury.

**WARNING:** Do not attach a ground pad to the generator or to the patient when using Electrode Setup RF Type=Bipolar. Both the ground pad and the reference electrodes (Electrodes 2 and/or 3) are at reference potential and will draw Current from the active electrodes (Electrodes 1 and/or 4). Failure to comply can cause a lesion with unpredictable size and shape and may result in patient injury.

# 6. Stimulation

## Graphing Interface




## One Touch Interface



## 6.1 Stimulation Settings

Stimulation output consists of intermittent, biphasic pulses, and is delivered only to the one selected electrode or bipolar electrode pair. The pulse amplitude is the “output level”.

- **Sensory/Motor Pulse Rate:** Number of pulses per second (Hz), unless set to One Shot. One Shot delivers a single stimulation pulse.
- **Sensory/Motor Pulse Width:** Duration of pulses (in milliseconds).
- **Sensory/Motor Auto Ramp:** If Off, the output level is controlled manually using Output Control Knob in the Graphing interface, or using the touch-screen increment & decrement buttons in the One Touch Interface. Otherwise, the output level increases automatically to the set level.
- **Sensory/Motor Ramp Speed:** The rate of output level increase for the Sensory and Motor Auto Ramps.
- **Max Sensory/Motor Voltage/Current:** Upper limit on stimulation level.
- **Confirm Auto Ramp:** Determines whether the stimulation auto-ramp confirmation dialog is displayed every time the output is enabled (Always), only on the first time settings are used during a procedure (Once), or not at all (Never).
- **Control Units:** Voltage- or Current-regulated output level.

**One Touch Interface**




**Graphing Interface**



# 7. Thermal RF

## Graphing Interface




## One Touch Interface



## 7.1 Thermal RF Settings

Thermal RF output consists of an RF waveform, and is delivered to all selected electrodes.

The clinical effect of the temperature of the applied parts is to create a lesion in the neurological tissue.

- **Stagger Start:** Electrodes turn on sequentially, spaced in time by this value.
- **Mode = Standard:** Control Temperature and Time for each electrode.
  - **Set Temperature ("Set Temp"):** The output is automatically controlled to target this Temperature at each electrode, unless Set Temp is set to Off.
  - **Set Time:** Electrodes turn off automatically after delivering RF for this duration.
  - **Auto Ramp:** If Off, the output level is controlled manually using Control Knob. If On, the output level increases automatically to achieve the Set Temp.
- **Mode = Stepped:** The electrode set temperature automatically increases in steps.
  - **Start Temperature ("Start Temp"):** The initial electrode Temperature.
  - **Step Temperature Increment ("Step Temp"):** The electrode Temperature increases by this value each time "Step Time" minutes elapses.
  - **Final Temperature ("Final Temp"):** The final electrode Temperature.
  - **Step Time:** The duration of each Temperature step, except the final one.
  - **Final Time**: The duration of the Final Temperature step.



**One Touch Interface**




**Graphing Interface**




Select settings from buttons sets

Select "Custom" to set a custom value

Advanced settings (Section 9)

Select settings from drop-down menus

- **Mode = Voltage:** Control Voltage and Time for each electrode.
  - **Set Voltage** ("Set Volts"): The output is automatically controlled to target this Voltage at each electrode, unless Set Volts is set to Off.
  - **Set Time:** Electrodes turn off automatically after delivering RF for this duration.
  - **Auto Ramp:** If Off, the output level is controlled manually using Control Knob. If On, the output level increases automatically to achieve the Set Volts.
- **Ramp Rate:** Rate of automatic temperature increase to achieve the set temperature when Mode = Standard or Stepped.
- **Electrode Power:** Maximum Power delivered to an electrode.

# 8. Pulsed RF

## Graphing Interface




## One Touch Interface



## 8.1 Pulsed RF Settings

Pulsed RF output consists of an interrupted RF waveform, and is delivered to all selected electrodes.

- **Stagger Start:** Electrodes turn on sequentially, spaced in time by this value.
- **Max Temperature** ("Max Temp"): The output is automatically controlled to limit all electrodes to this Temperature, unless Max Temp is set to Off.
- **Set Time:** Electrodes turn off automatically after delivering RF for this duration.
- **Set Voltage:** The target pulse Voltage, unless limited by Max Temp setting.
- **Pulse Rate:** The target pulse rate, unless limited by the Max Temp setting.
- **Pulse Width:** The target pulse width, unless limited by the Max Temp setting.
- **Auto Ramp:** If Off, the output level is controlled manually using Control Knob. If On, the output level increases automatically to achieve the Set Temp or Set Voltage.
- **E-dose:** If set to "Vary Voltage", the pulse Voltage may be reduced so that no Temperature exceeds the Max Temp. If "Vary Width", the pulse width is reduced before the Voltage, to limit Temperatures to Max Temp.
- **Electrode Power:** Maximum Power delivered to an electrode.



**One Touch Interface**




Select settings from buttons sets

Select "Custom" to set a custom value

**Graphing Interface**




Advanced settings (Section 9)

Select settings from drop-down menus

# 9. Advanced Settings

In addition to settings listed above, the following global settings can be adjusted on secondary "Advanced" settings screens:

- **Open Circuit:** An impedance above this level will stop the output.
- **Short Circuit:** An impedance below this level will stop the output.
- **Start Screen:** The initial screen displayed upon starting a procedure.

# 10. Notes & Patient Database

Edit Patient, Doctor, and Stage Information in the Record of the current procedure.

## 10.1 USB Keyboard

A physical keyboard connected to a generator USB port provides the following functions:

On Keyboard Screen:

- Alphanumeric keys: Edit & Enter Text
- Enter: Equivalent to "Ok" button
- Esc: Equivalent to "Cancel" button

On Notes Screen:

- Up/Down Arrow: Move selection in current list
- Tab: Switch among Patient, Doctor, Stage list
- Enter: Equivalent to "Edit Selection" button

Do not touch the USB port and the patient simultaneously.



# 11. End Procedure Screen



# 12. Procedure Records



## 12.1 Procedure Record Files

All operations, readings, screen shots, and notes are saved the G4's internal disk as the following Procedure Record files:

- **Summary Record:** A printable summary of readings, settings, and notes.
- **Data Record:** A tab-delimited spreadsheet of all readings suitable for graphing.
- **Screen Shots:** JPEG screen images acquired using the "screen shot" button.

## 12.2 Export to External USB Disk

Procedure Record Files can be copied to an external USB disk (also known as a "Flash Drive") attached to the USB port on the G4's back panel (see Section 2). The G4 has been tested with the following external USB disks:

- SanDisk "Cruzer 128MB"
- SanDisk "Cruzer micro 1.0GB"

Do not touch the USB port and the patient simultaneously.

## 12.3 Printing

The Summary Record can be printed to a USB printer attached to the USB port on the G4's back panel (see Section 2). The printer must be PCL3-compatible, and if it is a multi-function printer, it must present the printer first when connected. The G4 has been tested with the following printers:

- HP OfficeJet Pro 8100 (InkJet)
- HP PhotoSmart 8150 (Inkjet)
- HP Deskjet 6840 (Inkjet)
- HP Laserjet 5200tn (Laserjet)
- HP Laserjet 3390 (Laserjet)
- HP PhotoSmart D7160 (Inkjet)

Do not touch the USB port and the patient simultaneously.

# 13. System Setup

## 13.1 Date, Time, Language & Audio Volume



## 13.2 Touch Screen Calibration

1. Touch and briefly hold the cross-shaped “target”. When the target moves, lift your finger from the screen and repeat.
2. When the cross symbol disappears, touch the screen anywhere to return to the System Setup screen (Section 13.1).
3. Before enabling any generator output, verify the calibration by pressing on-screen buttons that appear in a variety of locations across the screen, and confirming that each button press is recognized. If this test fails for any button, repeat the touch screen calibration.

| |
|---|
| **WARNING:** Poor calibration of the touch screen may cause user input to be recognized incorrectly. |



# 14. Modify Presets Screen

Rename or delete Settings Presets (see Section 4).



# 15. Sterilization, Care, and Service

## 15.1 Sterilization

**CAUTION:** The C123-TC and C115-TC cables may be sterilized by steam autoclave.

The above parts may be sterilized in a Prevacuum Sterilizer at 132 °C to 135 °C (270 °F to 275 °F) for at least 4 minutes.

The CB105, CB135-TC, and C125-TC cables may be cleaned with an isopropyl alcohol pad after use.

## 15.2 Care

The G4 may be cleaned by wiping with a soft cloth dampened with a mild detergent. Do not allow liquid to get into the unit.

The cables and accessories may be wiped with mild detergent cleaning solutions, taking care to keep moisture out of the connectors. Store in a clean, dry and non-corrosive atmosphere. The generator is designed to withstand all normally encountered environmental conditions. Do not drop or bang the generator.

## 15.3 Service

**WARNING:** Electric Shock Hazard

There are no user serviceable parts inside the G4. To avoid electric shock, return the device to Boston Scientific for servicing.

To ensure accuracy of unit output and displays, the unit should be tested yearly.

In case of failure or malfunction of the device, discontinue use and report the failure or malfunction to Boston Scientific. For any electrical malfunction, accident, misuse, alteration, or other damage, return the unit immediately to Boston Scientific with a problem description.

In the event that a unit cannot be repaired, Boston Scientific can dispose of the device if needed.

For further service or disposal information, contact Boston Scientific Customer Service.

### 15.3.1 Device Lifetime

If parts needed for repair are discontinued, Boston Scientific will notify the customer that the unit may no longer be serviceable.

## 15.4 Fuse Replacement




**WARNING:** Risk of fire. Fuse must be replaced as marked.

The generator has two fuses, one for line and one for neutral conductors. Replace with Fuse glass, SLO BLO, 2A, 250VAC, 5 mm x 20 mm.

## 15.5 Installation

During installation, including the installation after maintenance, the G4 shall be plugged into a receptacle marked "Hospital Grade". The Equipotential Connection shall tie the G4 chassis ground to that of other equipment, and ground continuity has to be verified.

See Section 16.1 in this IFU for a complete list of contact information.

# 16. Troubleshooting

Contact Boston Scientific Customer Service for further assistance if needed. See Section 16.1 in this IFU for a complete list of contact information.

| Problem | Possible Cause |
|---|---|
| Generator will not turn on by Mains Power switch | • Bad AC outlet<br>• Defective power cord<br>• Blown fuses |
| No response when button is pressed | • Button has no function in current operating mode, e.g. Start button only functional on Stimulation, Thermal RF, and Pulsed RF screens<br>• Button stuck in depressed possible (Dialog message & alarm will sound)<br>• Button is broken |
| No response when Touch Screen is pressed | • Touch Screen is not calibrated (See Section 13.2)<br>• Region of screen contains a "disabled" (grayed-out) button or no button<br>• Touch screen is broken<br>• Software fault |
| Short Circuit | • Electrode in contact with reference structure, such as ground pad<br>• Bipolar electrodes in contact with each other<br>• Short Circuit setting too high |
| • No electrode output<br>• No Impedance Reading ("--- Ω")<br>• Open Circuit | • No ground connection<br>• Problem with electrode<br>• Break on electrode cable<br>• Open Circuit setting too low |
| • No Temperature Reading ("-- °C")<br>• No Temperature | • Problem with electrode<br>• Break on electrode cable |

| Problem | Possible Cause |
|---|---|
| Voltage or Current does not increase automatically when electrode output is turned on | • Auto Ramp setting is "Off" (see Sections 6.1, 7.1, 8.1) |
| Stimulation, Thermal RF, or Pulsed RF output will not turn on | • Output Control Knob not in minimum position<br>• Open or Short Circuit Impedance reading<br>• No Temperature on electrode<br>• Temperature below 10 °C<br>• Temperature above 100 °C, Set Temp, or Max Temp setting.<br>• Electrodes attached to generator do not match Electrode Setup |
| Stimulation, Thermal RF, or Pulsed RF output shuts down prematurely | • Open or Short Circuit Impedance reading<br>• Temperature above 100 °C<br>• Break in electrode or electrode cables. May be intermittent problem.<br>• Set Time setting too low<br>• Maximum RF Current or Power limit exceeded<br>• Electrodes attached to generator do not match Electrode Setup |
| Temperature does not reach Set Temp or Max Temp setting | • Electrode not in patient (high impedance reading, temperature below body temperature)<br>• Defective electrode or cable (electrode reads below body temperature when in patient)<br>• Required total RF Current or Power limit exceeds allowed limit<br>• Total Impedance too low<br>• Too many electrodes energized<br>• Set Temp or Max Temp too high<br>• Temperature can only be controlled on one electrode in a Bipolar Pair<br>• Ground pad used when RF Type=Bipolar |
| Undesired language displayed on screen | • Change the language settings on the System Setup screen (Section 13) |
| Remote control mouse does not work | • Remove and reconnect to USB port<br>• Press "Connect" on the USB receiver and then press "Connect" on the mouse<br>• Disconnect other USB devices that could conflict with mouse operation. |

| Problem | Possible Cause |
|---|---|
| No touch screen response or erratic Touch screen response | • Check for foreign material between the touch screen and front bezel<br>• Using the broad section of the back of your bent index finger, wipe over the entire touch screen, first in a vertical pattern, and then in a horizontal pattern. |

## 16.1 Contact Information

| Region | Phone Number | Email |
|---|---|---|
| European Toll-free number | 00800 5555 7707<br>Note: Don't replace 00 by + but dial as documented above | CEtechsupportEMEA@bsci.com |
| Europe (general) | Tel: +31 45 546 7707<br>Fax: +31 45 546 7805 | |
| Austria | +43 16 08 10 37 | |
| Denmark | +45 80 25 34 29 | |
| Czech Republic | 0800 142942 | |
| Finland | +358 800770055 | |
| France | +33 139 304 971 | |
| Germany | +49 815 126 86118 | |
| Italy | +39 022 698 3218 | |
| Netherlands | +31 45 5467707 | |
| Norway | 0800 14236 | |
| Spain | +34 917 619 999 | |
| Sweden | +46 020790077 | |
| UK | +44 1442 411 686 | |
| Argentina, Chile, Bolivia, Uruguay, Paraguay | +54 1170900232 | CustomerServiceArgentina@bsci.com |
| Brazil | +55 1155459063 | CEBrazilTeam@bsci.com |
| Colombia, Venezuela, Peru, Ecuador | +57 16295045 | CESupportColombia@bsci.com |
| Mexico, Panama, Costa Rica, Guatemala, El Salvador, Nicaragua | +52 15559924100 | CESupportMXC@bsci.com |
| ANZ | Tel: +61 1800.676133 - option 5 | CapitalequipmentANZ@bsci.com |
| APAC | +65.64.18.8878 | CETechSupportAPAC@bsci.com |
| China | Tel: +86 400.801.6908 | ChinaCapitalService@bsci.com |
| Japan | Tel: +81.120.177.779<br>Fax: +81.45.444.2799 | JapanCESTAC@bsci.com |

## 16.2 Post Procedure

Any serious incident that occurs in relation to this device should be reported to the manufacturer and relevant local regulatory authority.

# 17. Specifications

## (Applicable for Monopolar/Bipolar)

### Electrical Supply

Mains AC Voltage Selection:

| Main Switch Unit Voltage | Voltage Input Range |
|---|---|
| 120 Vac | 105-125 |
| 220 Vac | 200-240 |
| 240 Vac | 220-260 |

| | |
|---|---|
| Maximum input voltage: | 260 Vac |
| Maximum voltage on any input connector: | 260 Vac |
| Maximum input power: | 480 VA |
| Supply current: | 2.0 Amp - alternating current sinusoidal wave |
| Fusing: | 2.0 Amp (T) time-lag |
| Frequency: | 50/60 Hz |

### Environment Operating Range

| | |
|---|---|
| Temperature: | 15 °C to 40 °C |
| Humidity: | 15 – 80% non-condensing relative humidity |
| Atmospheric Pressure: | 500 – 1060 hPa |

### Transport And Storage Environment

| | |
|---|---|
| Temperature: | -29 °C to 60 °C |
| Humidity: | 15 – 80% non-condensing relative humidity |
| Atmospheric Pressure: | 500 – 1060 hPa |

### Impedance Monitor

| | |
|---|---|
| Range: | 0 – 3000 ohms digital |
| Resolution: | 1 ohm between 0 – 999, 100 ohms between 1000 – 3000 |
| Accuracy: | ± 20 ohms between 30 and 100 ohms |
| | ± 20% between 100 and 3000 ohms |

### Stimulator Output

| | |
|---|---|
| Rate: | 2, 5, 50, 75, 100, 150, 180, 200 Hz |
| Duration / Width: | 0.1, 0.5, 1, 2, 3 milliseconds |
| Voltage-regulated Mode: | 0 – 5 volts |
| Current-regulated Mode: | 0 – 10 mA |

### Thermal & Pulsed RF Output

| | | |
|---|---|---|
| Timing: | Selectable: | 0:05 – 30:00 minutes (min:sec) |
| | Resolution: | 1 second |
| | Accuracy: | ± 1% |
| Watts: | Range: | 0 to 50 watts average (into 100Ω load) |
| | Resolution | 1 watt (Thermal RF output only) |
| | Accuracy: | ± 20% of full scale (Thermal RF output only) |
| | Frequency: | 480 kHz |

| | | |
|---|---|---|
| Volts: | Range: | Thermal RF: 0 to 105 Volts RMS<br>Pulsed RF: to 100 Volts peak |
| | Resolution: | Thermal RF: 1 Volt RMS<br>Pulsed RF: 1 Volt Peak |
| | Accuracy: | ± 10% of full scale |
| Current: | Range: | 0 to 700 mA RMS over 60 seconds |
| | Resolution: | Thermal RF: 1 mA RMS<br>Pulsed RF: 1 mA Peak |
| | Accuracy: | ± 10% of full scale |

### Pulsed RF Settings

| | |
|---|---|
| Repetition Rate ("Pulse Rate"): | 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 PPS (Hz) |
| Duration ("Pulse Width"): | 2 – 50 milliseconds |

### Temperature Monitor

| | |
|---|---|
| Range: | 0 C to 110 °C |
| Resolution: | 1 °C |
| Accuracy: | ± 3 °C between 40 °C and 90 °C |
| | ± 4 °C between 10 °C and 40 °C & between 90 °C and 110 °C |

### General

| | |
|---|---|
| Size: | W 14.25″ (36.2 cm), H 9.5″ (24.1 cm), D 12.15″ (30.9 cm) |
| Weight: | 22 lbs (10 kg) |

### Maximum Heating

| | |
|---|---|
| Maximum Heating Factor: | 30A$^2$ x S for 60 s |

### Peak Voltage

| | |
|---|---|
| Peak Voltage of HF output: | 148 Volts |

# 18. Output Power Curves

(Applicable for Monopolar/Bipolar)






# 19. Accessories

| Boston Scientific Part No. | Description |
|---|---|
| **G4 Unit (120 V) Includes (in addition to RFG-4 Generator)** | |
| CB112-TC | RF Cable |
| RFG-TP | RF Output Test Plug |
| COR-10A-NA | RF Generator Power Cord - North America |
| **G4 Unit (220 V) Includes (in addition to RFG-4 Generator)** | |
| CB112-TC | RF Cable |
| RFG-TP | RF Output Test Plug |
| COR-10A-IN | RF Generator Power Cord - International |
| COR-10A-IT | RF Generator Power Cord - Italy |
| COR-10A-UK | RF Generator Power Cord - United Kingdom |
| **G4 Unit (240 V) Includes (in addition to RFG-4 Generator)** | |
| CB112-TC | RF Cable |
| RFG-TP | RF Output Test Plug |
| COR-10A-AUS | RF Generator Power Cord - Australia |
| COR-10A-IN | RF Generator Power Cord - International |
| COR-10A-SW | RF Generator Power Cord - Switzerland |
| COR-10A-UK | RF Generator Power Cord - United Kingdom |
| **Optional Accessories (Sold Separately)** | |
| CB103-B | RF Cable |
| CB103-R | RF Adapter Cable |
| CB105 | RF Adapter Cable |
| C115-TC | RF Cable |
| CB135-TC | RF Cable |
| CB112-TC | RF Cable |
| CB114-TC | RF Cable |
| CB114-ADP | RF Cable |
| CB116 | RF Cable |
| COR-10A-AUS | RF Generator Power Cord - Australia |
| COR-10A-CH | RF Generator Power Cord - China |
| COR-10A-IN | RF Generator Power Cord - International |
| COR-10A-IT | RF Generator Power Cord - Italy |
| COR-10A-NA | RF Generator Power Cord - North America |
| COR-10A-SW | RF Generator Power Cord - Switzerland |
| COR-10A-UK | RF Generator Power Cord - United Kingdom |
| FS-1 | RF Foot Switch |
| RFG-TP | RF Output Test Plug |
| SC-2 | RF Generator Storage and Transport Case - G4™ |
| **Ground Pads** | |
| REF 4777 | Niko Medical Ground Pad (corded) |

| Boston Scientific Part No. | Description |
|---|---|
| REF 2407 | Niko Medical Ground Pad (cordless) |
| REF DGP-PMC2 | Nissha Medical Ground Pad (cordless) |
| REF DGP-PM2 | Nissha Medical Ground Pad (corded) |

**NOTICE:** Use only Boston Scientific approved electrodes.

**NOTICE:** Place the Operator's Manual in a safe place for later reference.

**NOTICE:** Save packaging materials for use in the event that the G4 RF Generator is shipped back to Boston Scientific, such as for service or periodic re-calibration.

This page is intentionally left blank

This page is intentionally left blank