# EXHIBIT 5

Boston Scientific
Advancing science for life™

# Service Report

## Account Name
PREMIER PAIN AND REHAB CENTER PC - PHILADELPHIA, PA - 535010
151 Livingston Ave
NEW BRUNSWICK
NJ
08901
United States

## Order Information
Work Order Number: WO-01605562
Work Order Type: Preventive Maintenance

## Technical Assistance Center
Address: 4100 Hamline Ave N Arden Hills, MN 55112 United States cetechsupportusa@bsci.com celasersupportusa@bsci.com 1-800-949-6708
Phone:
Email:

## Contact Information
Contact: Blessen Abraham
Phone: 215-620-2505
Email: blessendc@gmail.com

## Service Coverage
Billing Type: Contract
Start:10/15/2023 End: 10/14/2025
PO Number:
Next Service Date :09/30/2026

**Primary equipment**

| | |
|---|---|
| Product Line : RF | Serial Number :G4-1841 |
| Product Model : RFG-4 | GTIN :08714729968337 |

**Connected Equipment**

| Product Name | BSC Serial Number | Non BSC Serial Number | Manufacturer |
|---|---|---|---|

**Measurement Equipment**

| Device Name Serial # | Next Calibration Date |
|---|---|

| | |
|---|---|
| Case Description : | PM due (0040180522-000010 1 of 2) |

| | |
|---|---|
| Work Performed Summary : | Performed by :Sherry Her<br>Performed on:<br>09/11/2025 9:58 AM<br>Work Performed :Sent loaner G4-2016. Adjustments / maintenance and full device functional testing was performed on customer owned unit G4-1841 including all final acceptance and electrical safety testing. All parameters were within required product specifications. G4-1841 calibration and PM completed by Arden Hills In-House Service Team and returned to customer. WO completed as proxy by PMS Sherry Her.<br>Checklist Result :N/A |

**Parts Used**

| Part Name | Part Number | Qty |
|---|---|---|

As applicable, the completed checklist is included in additional attachment(s)

Customer: Blessen Abraham
DATE: 9/16/2025 9:58 AM

Technician: Sherry Her
DATE: 9/16/2025 9:58 AM

ExpertCare
Capital Equipment Technical Services