# EXHIBIT 6

Gmail

Front desk <frontdesk@premierpainpa.com>

---

# Procedures 09/17/2025 (2 of 2)

5 messages

---

**Front desk** <frontdesk@premierpainpa.com> Thu, Sep 18, 2025 at 10:19 AM
To: "AEI.BO" <boservices.aei@gmail.com>, Apex Services <apexboservices@gmail.com>, Blessen Abraham <blessendc@gmail.com>, Apex <apexentintl@gmail.com>

[redacted] - Consult Only
[redacted] - C6 RFA
[redacted] - L5 RFA
[redacted] - L Shoulder RFA
[redacted] - L5 RFA
[redacted] - L5 RFA
[redacted] - Consult Only
[redacted] - Consult Only

--

**PLEASE SEND ALL MAIL AND CHECKS TO:**
**Premier Pain & Rehab Center, PC**
**PO Box 52698**
**Philadelphia, PA 19115**

Premier Pain & Rehab Center, PC
10184 Verree Road
Philadelphia, PA 19116
T: 215.934.6665
F: 215.934.5151

www.premierpainpa.com

***This message (including any attachments) is confidential and may be privileged. If you have received it by mistake please notify the sender by return e-mail and delete this message from your system. Any unauthorized use or dissemination of this message in whole or in part is strictly prohibited***

---

Virus-free.www.avg.com

---

**12 attachments**

- **[redacted] LMNB.pdf**
  39K
- **[redacted] LRFA.pdf**
  34K
- **[redacted] LMNB.pdf**
  41K
- **[redacted] LRFA.pdf**
  42K
- **[redacted] Demo.pdf**
  [redacted]

**T[redacted] F[redacted] Demo.pdf**
4589K

**S[redacted] P[redacted] Demo update.pdf**
4621K

**P[redacted] R[redacted] Demo Sheet.pdf**
29K

**S[redacted] H[redacted] Demo Sheet.pdf**
29K

**T[redacted] F[redacted] Demo Sheet.pdf**
23K

**D[redacted] P[redacted] Demo Sheet.pdf**
30K

**C[redacted] Q[redacted] Demo Sheet.pdf**
29K

---

**Apex Services** <apexboservices@gmail.com> Fri, Sep 19, 2025 at 10:24 PM
To: Front desk <frontdesk@premierpainpa.com>
Cc: "AEI.BO" <boservices.aei@gmail.com>, Blessen Abraham <blessendc@gmail.com>, Apex <apexentintl@gmail.com>

Good evening,

We are missing the intake sheet for this date of service.

Thank you,
Regards
Chitra
[Quoted text hidden]

---

**Front desk** <frontdesk@premierpainpa.com> Sun, Sep 21, 2025 at 1:30 PM
To: Apex Services <apexboservices@gmail.com>
Cc: "AEI.BO" <boservices.aei@gmail.com>, Blessen Abraham <blessendc@gmail.com>, Apex <apexentintl@gmail.com>

please see attached missing intake forms
[Quoted text hidden]

**091825 INTAKE.pdf**
3194K

---

**Apex Services** <apexboservices@gmail.com> Sun, Sep 21, 2025 at 11:02 PM
To: Front desk <frontdesk@premierpainpa.com>
Cc: "AEI.BO" <boservices.aei@gmail.com>, Blessen Abraham <blessendc@gmail.com>, Apex <apexentintl@gmail.com>

Received, thank you.
[Quoted text hidden]

---

**Apex Services** <apexboservices@gmail.com> Tue, Sep 23, 2025 at 1:10 AM
To: Front desk <frontdesk@premierpainpa.com>
Cc: "AEI.BO" <boservices.aei@gmail.com>, Blessen Abraham <blessendc@gmail.com>, Apex <apexentintl@gmail.com>

Good evening,

Please see attached the completed RFA notes.

Thank you,
Regards
Chitra

[Quoted text hidden]

---

**13 attachments**

- D[redacted]P[redacted]_091725.docx
  28K
- A[redacted] L[redacted]_091725.docx
  28K
- A[redacted] L[redacted]_SHOULDER-RFA_091725.docx
  27K
- C[redacted] Q[redacted]_091725.docx
  28K
- C[redacted] Q[redacted]_CMBB-RFA_091725.docx
  28K
- D[redacted] P[redacted]_LMBB-RFA_091725.docx
  28K
- M[redacted] D[redacted]_091725.docx
  28K
- S[redacted] H[redacted]_091725.docx
  27K
- P[redacted] R[redacted]_091725.docx
  27K
- S[redacted] P[redacted]_091725.docx
  28K
- S[redacted] P[redacted]_LMBB-RFA_091725.docx
  28K
- T[redacted] F[redacted]_091725.docx
  28K
- T[redacted] F[redacted]_LMBB-RFA_091725.docx
  28K