**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,**<br><br>**PLAINTIFFS,**<br><br>**v.**<br><br>**SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS,**<br><br>**DEFENDANTS.** | CIVIL ACTION<br><br>No: 2:25-cv-05365-MAK |

**DECLARATION OF JOSEPH BUSHNER**

1. I am a former FBI Special Agent with over 22 years of investigative experience. I submit this declaration based on my personal knowledge except as otherwise indicated.

2. On August 10, 2026, I attended Plaintiffs' inspection of the Premier Pain & Rehab Center, PC ("Premier Pain") facility at 10184 Verree Road, Philadelphia, Pennsylvania 19116. I recorded video footage of the inspection.

3. During the inspection, I examined Premier Pain's Cosman G4 RFA Generator. I was able to observe and take video images of the RFA Generator's database of "Procedure Records."

4. The earliest Procedure Record reflected in the RFA Generator's database was dated September 24, 2025. A still image of the video I recorded of the RFA Generator's display screen

showing that the earliest Procedure Record was dated September 24, 2025 is attached as Exhibit A and reproduced below.




5. As that image shows, the RFA Generator's display stated that the "Generator Disk Space" was only "2% Full".

6. The latest Procedure Record reflected in the RFA Generator's database was dated July 30, 2026. A still image of the video I recorded of the RFA Generator's display screen showing that the latest Procedure Record was dated July 30, 2026 is attached as Exhibit B and reproduced below.




Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed in Blue Bell, Pennsylvania, on August 12, 2026.

Joseph Bushner