# EXHIBIT B


Media Player
Records
Select Procedure Record
Export to USB Disk
Print
Edit Notes
View Summary
Delete
Export All
Delete All
2026-06-19 6:05:54 AM
2026-06-24 5:34:34 AM
2026-07-01 6:34:36 AM
2026-07-02 5:32:25 AM
2026-07-08 5:43:29 AM
2026-07-15 6:35:20 AM
2026-07-16 5:36:09 AM
2026-07-29 6:32:20 AM
2026-07-30 6:14:42 AM
Date: 2026-06-24
Time: 5:34 AM - 1:32 PM
Preset:
2 channel
Patient Info
Last Name:
First Name:
ID:
DOB:
Notes:
Doctor Info
Name:
Dept:
Hospital:
Stages
1. Electrode Setup
2. Stimulation
3. Thermal RF
4. Stimulation
5. Thermal RF
6. Stimulation
7. Thermal RF
8. Thermal RF
9. Thermal RF
10. Thermal RF
11. Stimulation
12. Thermal RF
13. Stimulation
14. Thermal RF
15. Stimulation
...
Patient Database
Generator Disk Space: 2% Full
Main Menu
G4
Radiofrequency Generator
Start
Stop
COSMAN
0:00:00
MVI_0012