**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,**<br><br>**PLAINTIFFS,**<br><br>**v.**<br><br>**SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS,**<br><br>**DEFENDANTS.** | CIVIL ACTION<br><br>No: 2:25-cv-05365-MAK |

**DECLARATION OF DIANE RIGGS**

1. I am a licensed process server and private investigator for Harris Investigations, LLC. I was retained through Capital Process Services, Inc. in order to serve documents connected with this matter on Clifton Burt and Premier Pain & Rehab Center, P.C.

2. The documents that I attempted to serve included: a Letter dated September 23, 2025; the Summons in this Action; the Designation Form in this Action; the Complaint in this Action; the Notice of Procedure to Consent to Reference of a Civil Action or Proceeding to a Randomly Assigned Magistrate Judge.

3. On September 23, 2025, at approximately 12:52 p.m. EST, I attempted to serve Clifton Burt and Premier Pain & Rehab Center, P.C. by visiting Premier Pain's office at 10184 Verree Road, Philadelphia, PA 19116. I was informed that the office was closed on Tuesdays and

would reopen the following morning at 9:00am. I did not observe any lights on in the building and did not see any cars in the driveway at this time.

4. On September 24, 2025, I returned to attempt service at Premier Pain's office at 10184 Verree Road, Philadelphia, PA 19116. The office appeared to be closed when I arrived at approximately 9:00 a.m. EST. At approximately 9:04 a.m. EST, I made a phone call to the number (215) 934-6665, which was listed on a sign in the front yard. A woman answered the phone and informed me that she did not believe anybody would arrive at the Premier Pain office before 10:00 a.m. EST that day, and that everyone at the office would leave by 1:00 p.m. EST. At this time, I left and decided to attempt service again later.

5. On September 25, 2025, I returned once again to attempt service at Premier Pain's office at 10184 Verree Road, Philadelphia, PA 19116. The office appeared to be closed when I arrived at approximately 1:35 p.m. EST. A gate at the edge of Premier Pain's property had a lock on it, and there did not appear to be anyone in the building. I then visited a tire shop across the street where I spoke to a Hispanic male who appeared to me to be between 35 and 40 years and informed me that he worked at the tire shop. Our conversation was limited because he did not speak much English and I do not speak Spanish. He told me he believed Premier Pain had been closed. I did not observe any lights on in Premier Pain's building and did not see any cars in the driveway at this time.

6. On October 1, 2025, I returned once again to attempt service at Premier Pain's office at 10184 Verree Road, Philadelphia, PA 19116. At approximately 12:19 p.m. EST, I served the above-referenced documents on an individual who identified himself to me as Blessen Abraham, Premier Pain's Operations Manager. Blessen Abraham identified himself to me as

authorized to accept service on Premier Pain's behalf. Blessen Abraham appeared to me to be a male, to be about 5'5" and weigh about 160 pounds, and to be about 40 years old.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Diane Riggs

Executed in Lansdale, Pennsylvania on August 11, 2026