**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,**<br><br>**PLAINTIFFS,**<br><br>**v.**<br><br>**SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS,**<br><br>**DEFENDANTS.** | CIVIL ACTION<br><br>No: 2:25-cv-05365-MAK |

**[PROPOSED] ORDER**

AND NOW, this ___ day of ______, 2026, upon consideration of Plaintiffs' Motion to Preserve Evidence, it is hereby ORDERED that the Motion is GRANTED. It is FURTHER ORDERED that:

1. Premier Pain & Rehab Center, PC ("Premier Pain") and all persons or entities acting at its direction or in concert with it shall preserve and shall not alter, delete, or destroy any evidence in this case, including any data maintained on the Cosman G4 RFA Generator in Premier Pain's possession;

2. Until data is collected pursuant to paragraph 4 below, Premier Pain shall ensure that the RFA Generator is maintained in its current state and that no procedures are performed on the

device that would alter, overwrite, or otherwise affect the data stored thereon, pending further agreement of the parties or Order of the Court;

3. Premier Pain's counsel shall immediately take custody of the RFA Generator;

4. Premier Pain and Plaintiffs shall meet and confer regarding an agreed protocol for the collection and preservation of available data from the RFA Generator; and

5. Premier Pain and Plaintiffs will update the Court by joint letter within fourteen days on the status of data preservation and collection efforts.

____________________________
**KEARNEY, J.**