**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,**<br><br>**PLAINTIFFS,**<br><br>**v.**<br><br>**SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS,**<br><br>**DEFENDANTS.** | CIVIL ACTION<br><br>No: 2:25-cv-05365-MAK |

**DECLARATION OF WILLIAM P. WILDER**

1. I am an attorney at Ashurst Perkins Coie US LLP, counsel for Plaintiffs Uber Technologies, Inc. and Federal Express Corporation in the above-captioned matter. I submit this declaration in support of Plaintiffs' Opposition to Simon & Simon P.C. and Marc Simon's Motion to Compel based on my personal knowledge except as otherwise indicated.

2. I have been the attorney principally responsible for the meet and confer process regarding these document requests. I received no notice of the Simon Defendants' intent to file this specific motion and was not solicited for my position on the relief sought therein.

3. On Wednesday, July 29, 2026, I participated in a meet and confer with counsel for the Simon Defendants regarding their discovery requests. David Daniels, Michael Wadden, and I attended this call as counsel for Uber and FedEx. Dan Rhynhart and Michael Stoolman attended this call as counsel for Simon & Simon and Marc Simon. On this call, we agreed to collect and produce relevant and responsive insurance contracts and agreements, as well as documents sufficient to show costs incurred.

4. On Friday, July 31, 2026, in response to an email from Michael Stoolman, I stated via email that I "expect to be able to make a substantial production of Uber documents in response to your requests next week." Exhibit 9 to the Simon Defendants' Motion to Compel, ECF No. 191-9, is a true and correct copy of that email exchange. On Friday, August 7, 2026, I followed through on that statement, and caused to be made a production of documents on all counsel in this case with the Bates numbers of Uber_00142208 through Uber_00143755. This production included, among other things, insurance agreements between Uber entities and Farmers relevant to the claims at issue in this case. At no point in time did I represent to anyone that this production constituted Uber's final production in response to the Simon Defendants' requests.

5. On Saturday, August 8, 2026, at 8:56 p.m., I received an email from Michael Stoolman regarding the above-referenced production. Exhibit 10 to the Simon Defendants' Motion to Compel, ECF No. 191-10, is a true and correct copy of that email exchange. This email referenced specific documents that we were already in the process of identifying, collecting, and producing; did not indicate a specific intent to file a motion to compel; and did not solicit my position on any such motion. Between the time that email was sent and the time the Motion to Compel was filed, I received no communications from Michael Stoolman or any other attorney at Blank Rome LLP regarding Plaintiffs' document productions in this matter.

6. The issues raised in the motion have been resolved and are moot, as would have been confirmed had Mr. Stoolman picked up the phone to call me prior to filing the motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed in Brooklyn, New York, on August 14, 2026.

*/s/ William P. Wilder*
William P. Wilder