**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UBER TECHNOLOGIES, INC.,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-5365** |
| | : | |
| **SIMON & SIMON P.C.,** *et al.* | : | |

## ORDER

**AND NOW**, this 14th day of August 2026, upon considering the Simon & Simon Defendants' Motion to compel records relating to Plaintiffs' alleged damages (ECF 191) attaching extensive insurance documents apparently intended for an audience beyond the scope of our limited review (*see, e.g.,* ECF 191-5), Plaintiffs' detailed Opposition (ECF 193) conceding their obligation to produce the unduly delayed core discovery for their damages, it is **ORDERED** the Simon & Simon Defendants' Motion (ECF 191) is **GRANTED in part** to expedite the delayed production of core damages discovery but otherwise **DENIED** to the extent it seeks a wide variety of "all documents relating to" records before reviewing the Plaintiffs' core delayed discovery **BUT** in reliance upon Plaintiffs' specific representations (ECF 193) of imminent production of identified records, requiring Plaintiffs **produce** the responsive documents identified as presently under review in their Opposition (ECF 193) on a rolling basis beginning **August 17, 2026**, providing daily 3PM EST email notice to each Defendant as to their progress, and completing the production by no later than **August 24, 2026** without prejudice to the Simon & Simon Defendants thereafter timely moving for further relief in compliance with our Policies after reviewing this court-ordered production and then working to resolve further concerns before moving for narrowed relief showing good cause to obtain non-cumulative production.

**KEARNEY, J.**