# EXHIBIT A

Court of Common Pleas - Civil

# Civil Docket Report

No Items in Cart | Log Out (Welcome STEPHANIE N. DEVINEY)

A $5 Convenience fee will be added to the transaction at checkout.

< New Search

## Case Description

| | |
|---|---|
| **Case ID:** | 240703431 |
| **Case Caption:** | [redacted] VS DILONE-DURAN ETAL |
| **Filing Date:** | Wednesday, July 31st, 2024 |
| **Court:** | MAJOR JURY-EXPEDITED |
| **Location:** | CITY HALL |
| **Jury:** | JURY |
| **Case Type:** | MOTOR VEHICLE ACCIDENT |
| **Status:** | JURY VERDICT FOR PLAINTIFF |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case Motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | 13-AUG-2025 | ATTORNEY FOR PLAINTIFF | SIMON, MARC I |
| **Address:** | SIMON & SIMON PC<br>18 CAMPUS BLVD<br>SUITE 100<br>NEWTOWN SQUARE PA 19073<br>(215)467-4666<br>CourtFilingsPHL2@gosimon.com | **Aliases:** | *none* | |
| | | | | |
| 2 | 13 | | PLAINTIFF | [redacted] |
| **Address:** | 71780 OGONTZ AVE.<br>APT. A<br>PHILADELPHIA PA 19138 | **Aliases:** | *none* | |
| | | | | |
| 3 | 9 | | DEFENDANT | DILONE-DURAN, LUIS |
| **Address:** | 826 MCKNIGHT ST.<br>READING PA 19601 | **Aliases:** | *none* | |

| | | | | |
|---|---|---|---|---|
| 4 | 11 | 05-AUG-2025 | DEFENDANT | RAISER LLC |
| **Address:** | 1515 3RD ST.<br>SAN FRANCISCO CA 94158 | **Aliases:** | *none* | |
| 5 | 11 | 05-AUG-2025 | DEFENDANT | UBER TECHNOLOGIES INC |
| **Address:** | 1515 3RD ST.<br>SAN FRANCISCO CA 94158 | **Aliases:** | *none* | |
| 6 | | 23-SEP-2024 | MOTION ASSIGNMENT JUDGE | TURNER, CAROLINE |
| **Address:** | ROOM 692, CITY HALL<br>BROAD AND MARKET STS.<br>PHILADELPHIA PA 19107 | **Aliases:** | *none* | |
| 7 | | 23-SEP-2024 | TEAM LEADER | ROBERTS, JOSHUA |
| **Address:** | 538 CITY HALL<br>PHILADELPHIA PA 19107 | **Aliases:** | *none* | |
| 8 | | 26-MAR-2025 | ATTORNEY FOR DEFENDANT | COGNETTI, MICHAEL A |
| **Address:** | SWARTZ CAMPBELL LLC<br>CENTRE SQUARE, WEST TOWER<br>1500 MARKET STREET, FLOOR 18<br>PHILADELPHIA PA 19102<br>(215)299-4302<br>mcognetti@swartzcampbell.com | **Aliases:** | *none* | |
| 9 | | | ATTORNEY FOR DEFENDANT | LOVE, FRANKLIN C |
| **Address:** | ZARWIN BAUM DEVITO KAPLAN<br>SCHAER & TODDY<br>2005 MARKET ST 16TH FLOOR<br>PHILADELPHIA PA 19103<br>(215)569-2800<br>fclove@zarwin.com | **Aliases:** | *none* | |
| 10 | | | TEAM LEADER | COHEN, DENIS P |
| **Address:** | 656 CITY HALL<br>PHILADELPHIA PA 19107 | **Aliases:** | *none* | |
| 11 | | 05-AUG-2025 | ATTORNEY FOR DEFENDANT | VAHEY, CAROLINE S |
| **Address:** | TWO COMMERCE SQUARE<br>2001 MARKET ST<br>SUITE 3100<br>PHILADELPHIA PA 19103<br>(215)627-6900<br>caroline.vahey@wilsonelser.com | **Aliases:** | *none* | |
| 12 | 11 | 05-AUG-2025 | ATTORNEY FOR DEFENDANT | YEE, MICHELLE |
| **Address:** | WILSON ELSER<br>TWO COMMERCE SQUARE<br>2001 MARKET STREET, SUITE 3100<br>PHILADELPHIA PA 19103<br>(215)627-6900<br>michelle.yee@wilsonelser.com | **Aliases:** | *none* | |
| 13 | | | ATTORNEY FOR PLAINTIFF | GALAS, ROMAN T |
| **Address:** | 18 CAMPUS BLVD<br>SUITE 100<br>NEWTOWN SQUARE PA 19073<br>(215)380-6347<br>CourtFilingsPHL2@gosimon.com | **Aliases:** | *none* | |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount |
|---|---|---|---|
| 31-JUL-2024 10:51 AM | ACTIVE CASE | | |
| **Docket Entry:** | E-Filing Number: 2407066386 | | |
| | | | |
| 31-JUL-2024 10:51 AM | COMMENCEMENT OF CIVIL ACTION | SIMON, MARC I | |
| **Documents:** | *Click link(s) to preview/purchase the documents* Final Cover | | Add All to Cart |
| **Docket Entry:** | *none.* | | |
| | | | |
| 31-JUL-2024 10:51 AM | COMPLAINT FILED NOTICE GIVEN | SIMON, MARC I | |
| **Documents:** | *Click link(s) to preview/purchase the documents* [redacted]Verified Complaint Pack.PDF | | Add All to Cart |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | |
| | | | |
| 31-JUL-2024 10:51 AM | WAITING TO LIST CASE MGMT CONF | SIMON, MARC I | |
| **Docket Entry:** | *none.* | | |
| | | | |
| 04-SEP-2024 09:31 AM | AFFIDAVIT OF SERVICE FILED | SIMON, MARC I | |
| **Documents:** | *Click link(s) to preview/purchase the documents* ([redacted] AOS on Luis Dilone Duran.PDF | | Add All to Cart |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON LUIS DILONE-DURAN BY PERSONAL SERVICE ON 08/05/2024 FILED. (FILED ON BEHALF OF [redacted] | | |
| | | | |
| 09-SEP-2024 10:25 AM | ENTRY OF APPEARANCE | COGNETTI, MICHAEL A | |
| **Documents:** | *Click link(s) to preview/purchase the documents* [redacted] - EOA - MAC.pdf | | Add All to Cart |
| **Docket Entry:** | ENTRY OF APPEARANCE OF MICHAEL A COGNETTI FILED. (FILED ON BEHALF OF UBER TECHNOLOGIES INC AND RAISER LLC) | | |
| | | | |
| 10-SEP-2024 11:33 AM | AFFIDAVIT OF SERVICE FILED | SIMON, MARC I | |
| **Documents:** | *Click link(s) to preview/purchase the documents* [redacted]AOS on Uber Technologies Inc.PDF | | Add All to Cart |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON UBER TECHNOLOGIES INC BY CERTIFIED MAIL ON 08/09/2024 FILED. (FILED ON BEHALF OF [redacted] | | |

| | | | |
|---|---|---|---|
| 10-SEP-2024 11:34 AM | AFFIDAVIT OF SERVICE FILED | SIMON, MARC I | |
| **Documents:** | *Click link(s) to preview/purchase the documents* [redacted] AOS on Raiser LLC.PDF | | Add All to Cart |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON RAISER LLC BY CERTIFIED MAIL ON 08/09/2024 FILED. (FILED ON BEHALF OF [redacted] | | |
| 10-SEP-2024 04:50 PM | ENTRY OF APPEARANCE | LOVE, FRANKLIN C | |
| **Documents:** | *Click link(s) to preview/purchase the documents* FCL EOA - Luis Dilone Duran.pdf | | Add All to Cart |
| **Docket Entry:** | ENTRY OF APPEARANCE OF FRANKLIN C LOVE FILED. (FILED ON BEHALF OF LUIS DILONE-DURAN) | | |
| 19-SEP-2024 12:11 PM | ANSWER TO COMPLAINT FILED | LOVE, FRANKLIN C | |
| **Documents:** | *Click link(s) to preview/purchase the documents* Dilone Ans to Cmplt w NM.pdf | | Add All to Cart |
| **Docket Entry:** | ANSWER WITH NEW MATTER TO PLAINTIFF'S COMPLAINT FILED. (FILED ON BEHALF OF LUIS DILONE-DURAN) | | |
| 19-SEP-2024 12:11 PM | JURY TRIAL PERFECTED | LOVE, FRANKLIN C | |
| **Docket Entry:** | 12 JURORS REQUESTED. | | |
| 19-SEP-2024 12:25 PM | TRANSFERRED TO MAJOR JURY | | |
| **Docket Entry:** | *none.* | | |
| 19-SEP-2024 12:25 PM | WAITING TO LIST CASE MGMT CONF | | |
| **Docket Entry:** | *none.* | | |
| 23-SEP-2024 03:35 PM | ANSWER TO COMPLAINT FILED | COGNETTI, MICHAEL A | |
| **Documents:** | *Click link(s) to preview/purchase the documents* [redacted] - Answer to the Complaint with NM.pdf | | Add All to Cart |
| **Docket Entry:** | ANSWER WITH NEW MATTER TO PLAINTIFF'S COMPLAINT FILED. (FILED ON BEHALF OF UBER TECHNOLOGIES INC AND RAISER LLC) | | |
| 24-SEP-2024 02:18 PM | REPLY TO NEW MATTER | SIMON, MARC I | |
| **Documents:** | *Click link(s) to preview/purchase the documents* ([redacted] MJ Philly Reply to New Matter of Def Luis Dilone Duran.pdf | | Add All to Cart |
| **Docket Entry:** | REPLY TO NEW MATTER OF LUIS DILONE-DURAN FILED. (FILED ON BEHALF OF [redacted] | | |

| | | | |
|---|---|---|---|
| 25-SEP-2024 02:46 PM | REPLY TO NEW MATTER | SIMON, MARC I | |
| **Documents:** | *Click link(s) to preview/purchase the documents* [redacted] MJ Philly Reply to New Matter of Defs Raiser, LLC and Uber Technologies, Inc.pdf | | Add All to Cart |
| **Docket Entry:** | REPLY TO NEW MATTER OF UBER TECHNOLOGIES INC AND RAISER LLC FILED. (FILED ON BEHALF OF [redacted] | | |
| 18-OCT-2024 02:27 PM | LISTED FOR CASE MGMT CONF | | |
| **Docket Entry:** | *none.* | | |
| 21-OCT-2024 07:31 AM | NOTICE GIVEN | | |
| **Docket Entry:** | OF CASE MANAGEMENT CONFERENCE SCHEDULED FOR 01-NOV-2024. | | |
| 01-NOV-2024 03:12 PM | CASE MGMT CONFERENCE COMPLETED | FARBER, ARAM | |
| **Docket Entry:** | *none.* | | |
| 01-NOV-2024 03:12 PM | CASE MANAGEMENT ORDER ISSUED | | |
| **Documents:** | *Click link(s) to preview/purchase the documents* CMOIS 20.pdf | | Add All to Cart |
| **Docket Entry:** | CASE MANAGEMENT ORDER EXPEDITED TRACK - AND NOW, 01-NOV-2024, it is Ordered that: 1. The case management and time standards adopted for expedited track cases shall be applicable to this case and are hereby incorporated into this Order. 2. All discovery on the above matter shall be completed not later than 07-APR-2025. 3. Plaintiff shall identify and submit curriculum vitae and expert reports of all expert witnesses intended to testify at trial to all other parties not later than 07-APR-2025. 4. Defendant and any additional defendants shall identify and submit curriculum vitae and expert reports of all expert witnesses intended to testify at trial not later than 05-MAY-2025. 5. All pre-trial motions shall be filed not later than 05-MAY-2025. 6. A settlement conference may be scheduled at any time after 05-MAY-2025. Prior to the settlement conference all counsel shall serve all opposing counsel and file a settlement memorandum containing the following: (a) A concise summary of the nature of the case if plaintiff or of the defense if defendant or additional defendant;(b) A statement by the plaintiff or all damages accumulated, including an itemization of injuries and all special damages claimed by categories and amount; (c) Defendant shall identify all applicable insurance carriers, together with applicable limits of liability. 7. A pre-trial conference will be scheduled any time after 07-JUL-2025. Fifteen days prior to pre-trial conference, all counsel shall serve all opposing counsel and file a pre-trial memorandum containing the following: (a) A concise summary of the nature of the case if plaintiff or the defense if defendant or additional defendant; (b) A list of all witnesses who may be called to testify at trial by name and address. Counsel should expect witnesses not listed to be precluded from testifying at trial; (c) A list of all exhibits the party intends to offer into evidence. All exhibits shall be pre-numbered and shall be exchanged among counsel prior to the conference. Counsel should expect any exhibit not listed to be precluded at trial; (d) Plaintiff shall list an itemization of injuries or damages sustained together with all special damages claimed by category and amount. This list shall include as appropriate, computations of all past lost earnings and future lost earning capacity or medical expenses together with any other unliquidated damages claimed; and (e) Defendant shall state its position regarding damages and shall identify all applicable insurance carriers, together with applicable limits of liability; (f) Each counsel shall provide an estimate of the anticipated length of trial. 8. It is expected that the case will be ready for trial 04-AUG-2025, and counsel should anticipate trial to begin expeditiously thereafter. 9. All counsel are under a continuing obligation and are hereby ordered to serve a copy of this order upon all unrepresented parties and upon all counsel entering an appearance subsequent to the entry of this order. ...BY THE COURT: DENIS COHEN, J. | | |
| 01-NOV-2024 03:12 PM | LISTED-PROJ. SETTLEMENT CONF. | | |
| **Docket Entry:** | *none.* | | |
| 01-NOV-2024 03:12 PM | LISTED-PROJ. PRE-TRIAL CONF | | |
| **Docket Entry:** | *none.* | | |

| | | | |
|---|---|---|---|
| 01-NOV-2024 03:12 PM | LISTED FOR TRIAL | | |
| **Docket Entry:** | *none.* | | |
| 01-NOV-2024 03:12 PM | NOTICE GIVEN UNDER RULE 236 | | |
| **Docket Entry:** | NOTICE GIVEN ON 01-NOV-2024 OF CASE MANAGEMENT ORDER ISSUED ENTERED ON 01-NOV-2024. | | |
| 17-FEB-2025 02:33 PM | LISTED FOR SETTLEMENT CONF | | |
| **Docket Entry:** | *none.* | | |
| 17-FEB-2025 02:33 PM | CONFERENCE DATE SET | | |
| **Docket Entry:** | *none.* | | |
| 18-FEB-2025 07:36 AM | NOTICE GIVEN | | |
| **Docket Entry:** | OF SETTLEMENT CONFERENCE SCHEDULED FOR 06-MAY-2025. | | |
| 14-MAR-2025 09:16 AM | DISCOVERY MOTION FILED | SIMON, MARC I | |
| **Documents:** | *Click link(s) to preview/purchase the documents*<br>( [redacted] MTC DISC .pdf | | Add All to Cart |
| **Docket Entry:** | 96-25032896 MOTION TO COMPEL ANSWERS AND PRODUCTION OF DOCUMENTS. CERTIFICATION DUE DATE: 03/21/2025. RESPONSE DATE: 03/28/2025. (FILED ON BEHALF OF [redacted] | | |
| 21-MAR-2025 12:56 PM | CERT MOTION IS CONTESTED | SIMON, MARC I | |
| **Documents:** | *Click link(s) to preview/purchase the documents*<br>( [redacted] raecipe for Contested Discovery Motion .pdf | | Add All to Cart |
| **Docket Entry:** | 96-25032896 MOTION IS CONTESTED. (FILED ON BEHALF OF [redacted] | | |
| 26-MAR-2025 11:09 AM | WITHDRAWAL/ENTRY OF APPEARANCE | VAHEY, CAROLINE S | |
| **Documents:** | *Click link(s) to preview/purchase the documents*<br>[redacted] EOA of CSV and MY.pdf | | Add All to Cart |
| **Docket Entry:** | WITHDRAWAL OF APPEARANCE OF MICHAEL A COGNETTI AND ENTRY OF APPEARANCE OF MICHELLE YEE, CAROLINE S VAHEY AND CAROLINE S VAHEY FILED. (FILED ON BEHALF OF UBER TECHNOLOGIES INC AND RAISER LLC) | | |
| 27-MAR-2025 07:31 AM | NOTICE GIVEN | | |
| **Docket Entry:** | OF SETTLEMENT CONFERENCE SCHEDULED FOR 06-MAY-2025. | | |
| 01-APR-2025 07:48 AM | MOTION ASSIGNED | | |

| | | | |
|---|---|---|---|
| **Docket Entry:** | 96-25032896 DISCOVERY MOTION FILED ASSIGNED TO JUDGE: COHEN, DENIS P. ON DATE: APRIL 01, 2025 | | |
| 01-APR-2025 02:37 PM | ORDER ENTERED/236 NOTICE GIVEN | COHEN, DENIS P | |
| **Documents:** | *Click link(s) to preview/purchase the documents* ORDER_33.pdf | | Add All to Cart |
| **Docket Entry:** | 96-25032896 AND NOW, THIS 1ST DAY OF APRIL, 2025, UPON PLAINTIFF?S MOTION TO COMPEL ANSWERS TO INTERROGATORIES, REQUESTS FOR PRODUCTION OF DOCUMENTS, AND REQUESTS FOR ADMISSION, AND DEPOSTION, IT IS HEREBY ORDERED THAT PLAINTIFF'S MOTION IS GRANTED.......SEE ORDER FOR DETAILS......BY THE COURT: COHEN, J. | | |
| 01-APR-2025 02:37 PM | NOTICE GIVEN UNDER RULE 236 | | |
| **Docket Entry:** | NOTICE GIVEN ON 01-APR-2025 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 01-APR-2025. | | |
| 01-APR-2025 04:02 PM | MOT-FOR EXTRAORDINARY RELIEF | LOVE, FRANKLIN C | |
| **Documents:** | *Click link(s) to preview/purchase the documents* [redacted] - MFER - 4.1.25.pdf Motion CoverSheet Form | | Add All to Cart |
| **Docket Entry:** | 89-25040389 MOTION SUBMITTED JOINTLY (FILED ON BEHALF OF LUIS DILONE-DURAN) | | |
| 02-APR-2025 03:31 PM | MOTION ASSIGNED | | |
| **Docket Entry:** | 89-25040389 MOT-FOR EXTRAORDINARY RELIEF ASSIGNED TO JUDGE: COHEN, DENIS P. ON DATE: APRIL 02, 2025 | | |
| 14-APR-2025 12:32 PM | ORDER ENTERED/236 NOTICE GIVEN | COHEN, DENIS P | |
| **Documents:** | *Click link(s) to preview/purchase the documents* ORDER_37.pdf | | Add All to Cart |
| **Docket Entry:** | 89-25040389 IT IS HEREBY ORDERED AND DECREED THAT THE MOTION FOR EXTRAORDINARY RELIEF IS GRANTED AND THE DEADLINES ARE EXTENDED SIXTY (60) DAYS. NO FURTHER CONTINUANCES WILL BE GRANTED ABSENT EXCEPTIONAL CIRCUMSTANCES. A REVISED CASE MANAGEMENT ORDER SHALL BE ISSUED. ... BY THE COURT: COHEN, J. 04/14/25 | | |
| 14-APR-2025 12:32 PM | NOTICE GIVEN UNDER RULE 236 | | |
| **Docket Entry:** | NOTICE GIVEN ON 14-APR-2025 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 14-APR-2025. | | |
| 14-APR-2025 12:32 PM | REVISED CASE MGMT ORDER ISSUED | | |
| **Documents:** | *Click link(s) to preview/purchase the documents* RVCMO_38.pdf | | Add All to Cart |
| **Docket Entry:** | REVISED CASE MANAGEMENT ORDER - Be advised that the Case Management Order issued for the above-captioned action has been revised as follows: All discovery shall be completed not later than 02-JUN-2025. Plaintiff shall submit expert reports not later than 02-JUN-2025. Defendant shall submit expert reports not later than 07-JUL-2025. All pre-trial motions other than motions in limine shall be filed not later than 07-JUL-2025. A settlement conference will be scheduled any time after 07-JUL-2025. A pre-trial conference will be scheduled at any time after 01-SEP-2025. It is expected that this case shall be ready for trial by 06-OCT-2025. All other terms and conditions on the original Case Management Order will remain in full force and effect. ...BY THE COURT: DENIS COHEN, J. | | |

| | | | |
|---|---|---|---|
| 14-APR-2025 12:32 PM | NOTICE GIVEN UNDER RULE 236 | | |
| **Docket Entry:** | NOTICE GIVEN ON 14-APR-2025 OF REVISED CASE MGMT ORDER ISSUED ENTERED ON 14-APR-2025. | | |
| 14-APR-2025 12:33 PM | OTHER EVENT CANCELLED | COHEN, DENIS P | |
| **Docket Entry:** | *none.* | | |
| 14-APR-2025 12:33 PM | LISTED-PROJ. SETTLEMENT CONF. | | |
| **Docket Entry:** | *none.* | | |
| 23-APR-2025 03:46 PM | AFFIDAVIT OF SERVICE FILED | YEE, MICHELLE | |
| **Documents:** | *Click link(s) to preview/purchase the documents* [redacted] - Affidavit of Service - Dr. Burt - 4-23-25.pdf | | Add All to Cart |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF SUBPOENA TO ATTEND AND TESTIFY UPON BY PERSONAL SERVICE ON 04/23/2025 FILED. (FILED ON BEHALF OF UBER TECHNOLOGIES INC AND RAISER LLC) | | |
| 23-APR-2025 03:47 PM | AFFIDAVIT OF SERVICE FILED | YEE, MICHELLE | |
| **Documents:** | *Click link(s) to preview/purchase the documents* [redacted] - Affidavit of Service - Dr. Abraham - 4-23-25.pdf | | Add All to Cart |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF SUBPOENA TO ATTEND AND TESTIFY UPON BY PERSONAL SERVICE ON 04/23/2025 FILED. (FILED ON BEHALF OF UBER TECHNOLOGIES INC AND RAISER LLC) | | |
| 11-MAY-2025 06:50 PM | LISTED FOR SETTLEMENT CONF | | |
| **Docket Entry:** | *none.* | | |
| 11-MAY-2025 06:50 PM | CONFERENCE DATE SET | | |
| **Docket Entry:** | *none.* | | |
| 13-MAY-2025 07:39 AM | NOTICE GIVEN | | |
| **Docket Entry:** | OF SETTLEMENT CONFERENCE SCHEDULED FOR 23-JUL-2025. | | |
| 20-MAY-2025 08:46 AM | DISCOVERY MOTION FILED | SIMON, MARC I | |
| **Documents:** | *Click link(s) to preview/purchase the documents* ([redacted] MFS (DEF Depo).pdf .pdf | | Add All to Cart |
| **Docket Entry:** | 79-25053979 79-25053979 MOTION FOR SANCTIONS. CERTIFICATION DUE DATE: 05/27/2025. RESPONSE DATE: 06/03/2025. (FILED ON BEHALF OF [redacted] | | |
| 27-MAY-2025 02:41 PM | CERT MOTION IS CONTESTED | SIMON, MARC I | |

| | | | |
|---|---|---|---|
| Documents: | Click link(s) to preview/purchase the documents<br>[redacted]cipe for Contested Discovery Motion - MFS Ds Depo (002).pdf | | Add All to Cart |
| Docket Entry: | 79-25053979 MOTION IS CONTESTED. (FILED ON BEHALF OF [redacted] | | |
| 30-MAY-2025 04:15 PM | MOT-FOR EXTRAORDINARY RELIEF | LOVE, FRANKLIN C | |
| Documents: | Click link(s) to preview/purchase the documents<br>[redacted] - MFER - 5.30.25.pdf<br>Motion CoverSheet Form | | Add All to Cart |
| Docket Entry: | 92-25060092 MOTION SUBMITTED UNOPPOSED (FILED ON BEHALF OF LUIS DILONE-DURAN) | | |
| 02-JUN-2025 12:29 PM | MOTION ASSIGNED | | |
| Docket Entry: | 92-25060092 MOT-FOR EXTRAORDINARY RELIEF ASSIGNED TO JUDGE: COHEN, DENIS P. ON DATE: JUNE 02, 2025 | | |
| 03-JUN-2025 09:20 AM | ORDER ENTERED/236 NOTICE GIVEN | COHEN, DENIS P | |
| Documents: | Click link(s) to preview/purchase the documents<br>ORDER 52.pdf | | Add All to Cart |
| Docket Entry: | 92-25060092 IT IS HEREBY ORDERED AND DECREED THAT THE MOTION FOR EXTRAORDINARY RELIEF IS GRANTED AND THE DEADLINES ARE EXTENDED SIXTY (60) DAYS.THIS IS THE FINAL CONTINUANCE IN THIS MATTER. A REVISED CASE MANAGEMENT ORDER SHALL BE ISSUED. ... BY THE COURT: COHEN, J. 06/02/25 | | |
| 03-JUN-2025 09:20 AM | NOTICE GIVEN UNDER RULE 236 | | |
| Docket Entry: | NOTICE GIVEN ON 03-JUN-2025 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 03-JUN-2025. | | |
| 03-JUN-2025 09:20 AM | REVISED CASE MGMT ORDER ISSUED | | |
| Documents: | Click link(s) to preview/purchase the documents<br>RVCMO 53.pdf | | Add All to Cart |
| Docket Entry: | REVISED CASE MANAGEMENT ORDER - Be advised that the Case Management Order issued for the above-captioned action has been revised as follows: All discovery shall be completed not later than 04-AUG-2025. Plaintiff shall submit expert reports not later than 04-AUG-2025. Defendant shall submit expert reports not later than 01-SEP-2025. All pre-trial motions other than motions in limine shall be filed not later than 01-SEP-2025. A settlement conference will be scheduled any time after 01-SEP-2025. A pre-trial conference will be scheduled at any time after 03-NOV-2025. It is expected that this case shall be ready for trial by 01-DEC-2025. All other terms and conditions on the original Case Management Order will remain in full force and effect. ...BY THE COURT: DENIS COHEN, J. | | |
| 03-JUN-2025 09:20 AM | NOTICE GIVEN UNDER RULE 236 | | |
| Docket Entry: | NOTICE GIVEN ON 03-JUN-2025 OF REVISED CASE MGMT ORDER ISSUED ENTERED ON 03-JUN-2025. | | |
| 03-JUN-2025 09:22 AM | OTHER EVENT CANCELLED | COHEN, DENIS P | |
| Docket Entry: | *none.* | | |

| | | | |
|---|---|---|---|
| 03-JUN-2025 09:22 AM | LISTED-PROJ. SETTLEMENT CONF. | | |
| **Docket Entry:** | *none.* | | |
| 04-JUN-2025 10:45 AM | CERTIFICATION FILED | | |
| **Documents:** | *Click link(s) to preview/purchase the documents* C-627829-001-011.pdf | | Add All to Cart |
| **Docket Entry:** | CERTIFICATE PREREQUISITE TO SERVICE OF SUBPOENAS PURSUANT TO RULE 4009.22 FILED. (FILED ON BEHALF OF LUIS DILONE-DURAN) (FILED BY US LEGAL SUPPORT INC) | | |
| 06-JUN-2025 02:42 PM | MOTION ASSIGNED | | |
| **Docket Entry:** | 79-25053979 DISCOVERY MOTION FILED ASSIGNED TO JUDGE: COHEN, DENIS P. ON DATE: JUNE 06, 2025 | | |
| 11-JUN-2025 10:32 AM | ORDER ENTERED/236 NOTICE GIVEN | COHEN, DENIS P | |
| **Documents:** | *Click link(s) to preview/purchase the documents* ORDER 60.pdf | | Add All to Cart |
| **Docket Entry:** | 79-25053979 AND NOW, THIS 10TH DAY OF JUNE, 2025, UPON PLAINTIFF [redacted] MOTION FOR SANCTIONS FOR THE FAILURE OF DEFENDANT LUIS DILONE-DURAN ("DEFENDANT") TO COMPLY WITH THIS COURT'S APRIL 1, 2025 ORDER DIRECTING HIM TO APPEAR FOR A DEPOSITION, IT IS HEREBY ORDERED PLAINTIFF'S MOTION IS GRANTED.....SEE ORDER FOR DETAILS......BY THE COURT: COHEN, J. | | |
| 11-JUN-2025 10:32 AM | NOTICE GIVEN UNDER RULE 236 | | |
| **Docket Entry:** | NOTICE GIVEN ON 11-JUN-2025 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 11-JUN-2025. | | |
| 05-AUG-2025 03:03 PM | STIPULATION FILED | YEE, MICHELLE | |
| **Documents:** | *Click link(s) to preview/purchase the documents* [redacted] - Stip of Dismissal without Prejudice sign.pdf | | Add All to Cart |
| **Docket Entry:** | STIPULATION TO DISMISS WITHOUT PREJUDICE ALL CLAIMS AND CROSSCLAIMS AGAINST DEFS RASIER-PA AND UBER TECHNOLOGIES FILED. (FILED ON BEHALF OF UBER TECHNOLOGIES INC AND RAISER LLC) STIPULATION TO DISMISS RAISIER- PA, LLC AND UBER TECHNOLOGIES, INC. APPROVED. JUDICIAL APPROVAL NOT REQUIRED PURSUANT TO PA.R.CIV.P 229(B) AS ALL PARTIES HAVE CONSENTED. | | |
| 13-AUG-2025 12:16 PM | LISTED FOR SETTLEMENT CONF | | |
| **Docket Entry:** | *none.* | | |
| 13-AUG-2025 12:16 PM | CONFERENCE DATE SET | | |
| **Docket Entry:** | *none.* | | |
| 13-AUG-2025 12:52 PM | WITHDRAWAL/ENTRY OF APPEARANCE | GALAS, ROMAN T | |

| | | | |
|---|---|---|---|
| **Documents:** | *Click link(s) to preview/purchase the documents* ([redacted].30.2023)) MIS WOA - RGA EOA -Phila CCP.pdf | | Add All to Cart |
| **Docket Entry:** | WITHDRAWAL OF APPEARANCE OF MARC I SIMON AND ENTRY OF APPEARANCE OF ROMAN T GALAS AND ROMAN T GALAS FILED. (FILED ON BEHALF OF [redacted] | | |
| 14-AUG-2025 07:32 AM | NOTICE GIVEN | | |
| **Docket Entry:** | OF SETTLEMENT CONFERENCE SCHEDULED FOR 19-SEP-2025. | | |
| 03-SEP-2025 09:25 AM | LISTED FOR PRE-TRIAL CONF | | |
| **Docket Entry:** | *none.* | | |
| 03-SEP-2025 09:25 AM | CONFERENCE DATE SET | | |
| **Docket Entry:** | *none.* | | |
| 04-SEP-2025 07:33 AM | NOTICE GIVEN | | |
| **Docket Entry:** | OF PRE TRIAL CONFERENCE SCHEDULED FOR 03-NOV-2025. | | |
| 20-SEP-2025 11:59 AM | SETTLEMENT CONF COMPLETED | COHEN, DENIS P | |
| **Docket Entry:** | *none.* | | |
| 03-NOV-2025 12:39 PM | WAITING TO LIST PRE-TRIAL CONF | ANDERS, DANIEL J | |
| **Docket Entry:** | *none.* | | |
| 03-NOV-2025 12:39 PM | LISTED FOR PRE-TRIAL CONF | | |
| **Docket Entry:** | *none.* | | |
| 03-NOV-2025 05:08 PM | POINTS FOR CHARGE | LOVE, FRANKLIN C | |
| **Documents:** | *Click link(s) to preview/purchase the documents* Points for Charge.pdf | | Add All to Cart |
| **Docket Entry:** | POINTS FOR CHARGE FILED. (FILED ON BEHALF OF LUIS DILONE-DURAN) | | |
| 03-NOV-2025 05:09 PM | PROPOSED VOIR DIRE FILED | LOVE, FRANKLIN C | |
| **Documents:** | *Click link(s) to preview/purchase the documents* Voir Dire.pdf | | Add All to Cart |
| **Docket Entry:** | PROPOSED VOIR DIRE FILED. (FILED ON BEHALF OF LUIS DILONE-DURAN) | | |

| | | | |
|---|---|---|---|
| 03-NOV-2025 05:11 PM | JURY INSTRUCTIONS | LOVE, FRANKLIN C | |
| **Documents:** | *Click link(s) to preview/purchase the documents* Verdict Sheet.pdf | | Add All to Cart |
| **Docket Entry:** | PROPOSED VERDICT SHEET FILED. (FILED ON BEHALF OF LUIS DILONE-DURAN) | | |
| 04-NOV-2025 07:31 AM | NOTICE GIVEN | | |
| **Docket Entry:** | OF PRE TRIAL CONFERENCE SCHEDULED FOR 01-DEC-2025. | | |
| 02-DEC-2025 02:21 PM | CASE RESCHEDULED BY COURT | COHEN, DENIS P | |
| **Docket Entry:** | *none.* | | |
| 02-DEC-2025 02:21 PM | LISTED FOR PRE-TRIAL CONF | | |
| **Docket Entry:** | *none.* | | |
| 02-DEC-2025 07:41 PM | LISTED FOR SETTLEMENT CONF | | |
| **Docket Entry:** | *none.* | | |
| 03-DEC-2025 07:32 AM | NOTICE GIVEN | | |
| **Docket Entry:** | OF PRE TRIAL CONFERENCE SCHEDULED FOR 08-JAN-2026. | | |
| 03-DEC-2025 07:32 AM | NOTICE GIVEN | | |
| **Docket Entry:** | OF SETTLEMENT CONFERENCE SCHEDULED FOR 22-JAN-2026. | | |
| 08-JAN-2026 08:32 PM | CASE RESCHEDULED BY COURT | COHEN, DENIS P | |
| **Docket Entry:** | *none.* | | |
| 08-JAN-2026 08:33 PM | LISTED FOR SETTLEMENT CONF | | |
| **Docket Entry:** | *none.* | | |
| 09-JAN-2026 07:30 AM | NOTICE GIVEN | | |
| **Docket Entry:** | OF SETTLEMENT CONFERENCE SCHEDULED FOR 22-JAN-2026. | | |
| 09-JAN-2026 09:43 AM | PRE TRIAL ORDER ISSUED | COHEN, DENIS P | |

| | | | |
|---|---|---|---|
| Documents: | Click link(s) to preview/purchase the documents<br>CLPTO_85.pdf | | Add All to Cart |
| Docket Entry: | THE ABOVE CAPTIONED MATTER IS HEREBY ASSIGNED TO THE MARCH 2026 TRIAL POOL LIST AS SET FORTH IN PRE TRIAL ORDER. SEE PRE TRIAL ORDER FOR FURTHER DETAILS. ... BY THE COURT: COHEN, J. 01/08/26 | | |
| 09-JAN-2026 09:43 AM | NOTICE GIVEN UNDER RULE 236 | | |
| Docket Entry: | NOTICE GIVEN ON 09-JAN-2026 OF PRE TRIAL ORDER ISSUED ENTERED ON 09-JAN-2026. | | |
| 09-JAN-2026 09:44 AM | WAITING TO LIST FOR TRIAL | COHEN, DENIS P | |
| Docket Entry: | *none.* | | |
| 09-JAN-2026 09:44 AM | LISTED IN TRIAL READY POOL | | |
| Docket Entry: | *none.* | | |
| 26-JAN-2026 07:58 AM | SETTLEMENT CONF COMPLETED | COHEN, DENIS P | |
| Docket Entry: | *none.* | | |
| 13-FEB-2026 03:53 PM | MOTION IN LIMINE | LOVE, FRANKLIN C | |
| Documents: | Click link(s) to preview/purchase the documents<br>MIL re Insurance 4924-3355-8671 v.1.pdf<br>Motion CoverSheet Form | | Add All to Cart |
| Docket Entry: | 85-26023985 MOTION IN LIMINE TO PRECLUDE REFERENCE TO INSURANCE COVERAGE (FILED ON BEHALF OF LUIS DILONE-DURAN) | | |
| 13-FEB-2026 03:55 PM | MOTION IN LIMINE | LOVE, FRANKLIN C | |
| Documents: | Click link(s) to preview/purchase the documents<br>MIl re Uber.pdf<br>Motion CoverSheet Form | | Add All to Cart |
| Docket Entry: | 87-26023987 MOTION IN LIMINE TO PRECLUDE REFERENCE TO UBER (FILED ON BEHALF OF LUIS DILONE-DURAN) | | |
| 13-FEB-2026 04:17 PM | MOTION IN LIMINE | LOVE, FRANKLIN C | |
| Documents: | Click link(s) to preview/purchase the documents<br>MIl re Futures.pdf<br>Motion CoverSheet Form | | Add All to Cart |
| Docket Entry: | 96-26023996 MOTION IN LIMINE TO PRECLUDE EVIDENCE OF FUTURE MEDICAL COSTS (FILED ON BEHALF OF LUIS DILONE-DURAN) | | |
| 17-FEB-2026 02:52 PM | MOTION ASSIGNED | | |
| Docket Entry: | 96-26023996 MOTION IN LIMINE ASSIGNED TO JUDGE: COHEN, DENIS P. ON DATE: FEBRUARY 17, 2026 | | |

| | | | |
|---|---|---|---|
| 17-FEB-2026 02:52 PM | MOTION ASSIGNED | | |
| **Docket Entry:** | 85-26023985 MOTION IN LIMINE ASSIGNED TO JUDGE: COHEN, DENIS P. ON DATE: FEBRUARY 17, 2026 | | |
| 17-FEB-2026 02:52 PM | MOTION ASSIGNED | | |
| **Docket Entry:** | 87-26023987 MOTION IN LIMINE ASSIGNED TO JUDGE: COHEN, DENIS P. ON DATE: FEBRUARY 17, 2026 | | |
| 25-FEB-2026 11:40 AM | WAITING TO LIST FOR TRIAL | COHEN, DENIS P | |
| **Docket Entry:** | *none.* | | |
| 25-FEB-2026 11:40 AM | LISTED FOR TRIAL DATE CERTAIN | | |
| **Documents:** | *Click link(s) to preview/purchase the documents* CLLTL 97.pdf | | Add All to Cart |
| **Docket Entry:** | *none.* | | |
| 25-FEB-2026 11:40 AM | NOTICE GIVEN UNDER RULE 236 | | |
| **Docket Entry:** | NOTICE GIVEN ON 26-FEB-2026 OF LISTED FOR TRIAL DATE CERTAIN ENTERED ON 25-FEB-2026. | | |
| 26-FEB-2026 07:31 AM | NOTICE GIVEN | | |
| **Docket Entry:** | OF TRIAL DATE CERTAIN SCHEDULED FOR 16-MAR-2026. | | |
| 26-FEB-2026 01:33 PM | MOTION IN LIMINE | LOVE, FRANKLIN C | |
| **Documents:** | *Click link(s) to preview/purchase the documents* Amended MIL re Futures - 4931-1366-4658 1 - 2.26.26.pdf Motion CoverSheet Form | | Add All to Cart |
| **Docket Entry:** | 28-26026228 MOTION IN LIMINE AMENDED MOTION IN LIMINE TO PRECLUDE CLAIM FOR FUTURE MEDICAL COSTS (FILED ON BEHALF OF LUIS DILONE-DURAN) | | |
| 26-FEB-2026 04:08 PM | MOTION ASSIGNED | | |
| **Docket Entry:** | 28-26026228 MOTION IN LIMINE ASSIGNED TO JUDGE: COHEN, DENIS P. ON DATE: FEBRUARY 26, 2026 | | |
| 02-MAR-2026 02:37 PM | PROPOSED VOIR DIRE FILED | GALAS, ROMAN T | |
| **Documents:** | *Click link(s) to preview/purchase the documents* [redacted] Plaintiffs Voir Dire .pdf | | Add All to Cart |
| **Docket Entry:** | PROPOSED VOIR DIRE FILED. (FILED ON BEHALF OF [redacted] | | |
| 02-MAR-2026 02:40 PM | POINTS FOR CHARGE | GALAS, ROMAN T | |

| | | | |
|---|---|---|---|
| Documents: | *Click link(s) to preview/purchase the documents*<br>([redacted] Points for Charge .pdf | | Add All to Cart |
| Docket Entry: | POINTS FOR CHARGE FILED. (FILED ON BEHALF OF [redacted] | | |
| 03-MAR-2026 05:46 PM | MOTION IN LIMINE | GALAS, ROMAN T | |
| Documents: | *Click link(s) to preview/purchase the documents*<br>CONF EX. ([redacted] MiL to Preclude DIME (002).pdf **(CONFIDENTIAL DOCUMENT)**<br>[redacted] MiL to Preclude DIME (002).pdf<br>Motion CoverSheet Form<br>Confidential Document Form | | Add All to Cart |
| Docket Entry: | 34-26031134 MOTION IN LIMINE MOTION IN LIMINE TO PRECLUDE DEFENDANTS? MEDICAL EXPERT (FILED ON BEHALF OF [redacted] | | |
| 04-MAR-2026 12:44 PM | MOTION IN LIMINE | GALAS, ROMAN T | |
| Documents: | *Click link(s) to preview/purchase the documents*<br>[redacted] MiL to Preclude D Reconstruction Reference to Trees.pdf<br>Motion CoverSheet Form | | Add All to Cart |
| Docket Entry: | 01-26031301 MOTION IN LIMINE MOTION IN LIMINE TO PRECLUDE DEFENDANT?S RECONSTRUCTION EXPERT FROM OFFERING TESTIMONY OR PHOTOS ABOUT THE ROLE OF TREES (FILED ON BEHALF OF [redacted] | | |
| 04-MAR-2026 05:23 PM | ANSWER (MOTION/PETITION) FILED | GALAS, ROMAN T | |
| Documents: | *Click link(s) to preview/purchase the documents*<br>CONF Exs ([redacted] Opp to MIL re Futures (revised)_ (003).pdf **(CONFIDENTIAL DOCUMENT)**<br>[redacted] to MIL re Futures (revised)_ (003).pdf<br>Motion CoverSheet Form<br>Confidential Document Form | | Add All to Cart |
| Docket Entry: | 28-26026228 ANSWER IN OPPOSITION OF MOTION IN LIMINE FILED. (FILED ON BEHALF OF [redacted] | | |
| 04-MAR-2026 05:27 PM | ANSWER (MOTION/PETITION) FILED | GALAS, ROMAN T | |
| Documents: | *Click link(s) to preview/purchase the documents*<br>([redacted] Opp to MIL re Uber Reference.pdf<br>Motion CoverSheet Form | | Add All to Cart |
| Docket Entry: | 87-26023987 ANSWER IN OPPOSITION OF MOTION IN LIMINE FILED. (FILED ON BEHALF OF [redacted] | | |
| 04-MAR-2026 05:32 PM | MOTION IN LIMINE | GALAS, ROMAN T | |
| Documents: | *Click link(s) to preview/purchase the documents*<br>[redacted] MiL to Preclude Un-Produced Evidence at Trial.pdf<br>Motion CoverSheet Form | | Add All to Cart |
| Docket Entry: | 12-26031412 MOTION IN LIMINE MOTION IN LIMINE TO PRECLUDE UN-PRODUCED EVIDENCE AT TRIAL (FILED ON BEHALF OF [redacted] | | |
| 05-MAR-2026 10:22 AM | MOTION ASSIGNED | | |
| Docket Entry: | 34-26031134 MOTION IN LIMINE ASSIGNED TO JUDGE: COHEN, DENIS P. ON DATE: MARCH 05, 2026 | | |

| | | | |
|---|---|---|---|
| 05-MAR-2026 10:22 AM | MOTION ASSIGNED | | |
| **Docket Entry:** | 01-26031301 MOTION IN LIMINE ASSIGNED TO JUDGE: COHEN, DENIS P. ON DATE: MARCH 05, 2026 | | |
| | | | |
| 05-MAR-2026 03:22 PM | MOTION ASSIGNED | | |
| **Docket Entry:** | 12-26031412 MOTION IN LIMINE ASSIGNED TO JUDGE: COHEN, DENIS P. ON DATE: MARCH 05, 2026 | | |
| | | | |
| 09-MAR-2026 04:07 PM | AFFIDAVIT OF SERVICE FILED | LOVE, FRANKLIN C | |
| **Documents:** | *Click link(s) to preview/purchase the documents*<br>[redacted] - AOS -Dr. Burt Trial Subpoena 3.4.26.pdf | | Add All to Cart |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF SUBPOENA UPON CLIFTON BURT BY PERSONAL SERVICE ON 03/04/2026 FILED. (FILED ON BEHALF OF LUIS DILONE-DURAN) | | |
| | | | |
| 09-MAR-2026 04:09 PM | AFFIDAVIT OF SERVICE FILED | LOVE, FRANKLIN C | |
| **Documents:** | *Click link(s) to preview/purchase the documents*<br>[redacted] - AOS - Dr. Abraham Trial Subpoena 3.4.26.pdf | | Add All to Cart |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF SUBPOENA TO ATTEND AND TESTIFY UPON BLESSEN ABRAHAM BY PERSONAL SERVICE ON 03/04/2026 FILED. (FILED ON BEHALF OF LUIS DILONE-DURAN) | | |
| | | | |
| 12-MAR-2026 12:34 PM | WAITING TO LIST FOR TRIAL | COHEN, DENIS P | |
| **Docket Entry:** | *none.* | | |
| | | | |
| 12-MAR-2026 12:35 PM | LISTED FOR TRIAL DATE CERTAIN | | |
| **Documents:** | *Click link(s) to preview/purchase the documents*<br>CLLTL 115.pdf | | Add All to Cart |
| **Docket Entry:** | *none.* | | |
| | | | |
| 12-MAR-2026 12:35 PM | NOTICE GIVEN UNDER RULE 236 | | |
| **Docket Entry:** | NOTICE GIVEN ON 13-MAR-2026 OF LISTED FOR TRIAL DATE CERTAIN ENTERED ON 12-MAR-2026. | | |
| | | | |
| 12-MAR-2026 02:09 PM | ANSWER (MOTION/PETITION) FILED | LOVE, FRANKLIN C | |
| **Documents:** | *Click link(s) to preview/purchase the documents*<br>Resp to Ptf MIL re Bernstein.pdf<br>Motion CoverSheet Form | | Add All to Cart |
| **Docket Entry:** | 34-26031134 ANSWER IN OPPOSITION OF MOTION IN LIMINE FILED. (FILED ON BEHALF OF LUIS DILONE-DURAN) | | |
| | | | |
| 12-MAR-2026 02:10 PM | ANSWER (MOTION/PETITION) FILED | LOVE, FRANKLIN C | |

| | | | |
|---|---|---|---|
| **Documents:** | Click link(s) to preview/purchase the documents<br>Resp to Ptf MIL re Trees.pdf<br>Motion CoverSheet Form | | Add All to Cart |
| **Docket Entry:** | 01-26031301 ANSWER IN OPPOSITION OF MOTION IN LIMINE FILED. (FILED ON BEHALF OF LUIS DILONE-DURAN) | | |
| | | | |
| 12-MAR-2026 02:11 PM | ANSWER (MOTION/PETITION) FILED | LOVE, FRANKLIN C | |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Resp to Ptf MIL re Un-produced Evidence at Trial.pdf<br>Motion CoverSheet Form | | Add All to Cart |
| **Docket Entry:** | 12-26031412 ANSWER IN OPPOSITION OF MOTION IN LIMINE FILED. (FILED ON BEHALF OF LUIS DILONE-DURAN) | | |
| | | | |
| 13-MAR-2026 07:30 AM | NOTICE GIVEN | | |
| **Docket Entry:** | OF TRIAL DATE CERTAIN SCHEDULED FOR 16-MAR-2026. | | |
| | | | |
| 14-MAR-2026 01:33 PM | JURY INSTRUCTIONS | LOVE, FRANKLIN C | |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Amended Verdict Sheet.pdf | | Add All to Cart |
| **Docket Entry:** | VERDICT SHEET FILED. (FILED ON BEHALF OF LUIS DILONE-DURAN) | | |
| | | | |
| 16-MAR-2026 10:50 AM | POINTS FOR CHARGE | LOVE, FRANKLIN C | |
| **Documents:** | Click link(s) to preview/purchase the documents<br>Amended Points for Charge.pdf | | Add All to Cart |
| **Docket Entry:** | POINTS FOR CHARGE FILED. (FILED ON BEHALF OF LUIS DILONE-DURAN) | | |
| | | | |
| 17-MAR-2026 01:03 PM | ORDER ENTERED/236 NOTICE GIVEN | COHEN, DENIS P | |
| **Documents:** | Click link(s) to preview/purchase the documents<br>ORDER_123.pdf | | Add All to Cart |
| **Docket Entry:** | 85-26023985 UPON CONSIDERATION OF DEFENDANT'S MOTION IN LIMINE TO PRECLUDE ALL EVIDENCE RELATING TO INSURANCE COVERAGE, IT IS HEREBY ORDERED AND DECREED THAT SAID MOTION IS GRANTED AND PLAINTIFF IS PRECLUDED FROM ANY AND ALL REFERENCES TO INSURANCE COVERAGE AT TRIAL OF THIS MATTER. ... BY THE COURT: CLEMONS, J. 03/16/26 | | |
| | | | |
| 17-MAR-2026 01:03 PM | NOTICE GIVEN UNDER RULE 236 | | |
| **Docket Entry:** | NOTICE GIVEN ON 17-MAR-2026 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 17-MAR-2026. | | |
| | | | |
| 17-MAR-2026 01:06 PM | ORDER ENTERED/236 NOTICE GIVEN | COHEN, DENIS P | |
| **Documents:** | Click link(s) to preview/purchase the documents<br>ORDER_124.pdf | | Add All to Cart |

| | | | |
|---|---|---|---|
| **Docket Entry:** | 28-26026228 UPON CONSIDERATION OF DEFENDANT'S AMENDED MOTION IN LIMINE TO PRECLUDE TESTIMONY, EVIDENCE, ARGUMENT OR REFERENCE TO ANY FUTURE TREATMENT, INCLUDING INJECTIONS, DIAGNOSTIC STUDIES, THERAPY AND SURGICAL PROCEDURES AND BILLS RELATED TO THAT TREATMENT IT IS HEREBY ORDERED AND DECREED THAT DEFENDANT'S MOTION IS GRANTED. PLAINTIFF WILL BE PRECLUDED FROM SEEKING TO RECOVER MONETARILY FOR ANY FUTURE TREATMENT, INCLUDING INJECTIONS, DIAGNOSTIC STUDIES, THERAPY AND SURGICAL PROCEDURES AND PLAINTIFF'S EXPERTS DR. LANCE YARUS AND MARYANNE CLINE, RN WILL BE PRECLUDED FROM TESTIFYING CONCERNING THE NEED FOR AND COST OF THAT TREATMENT AT TRIAL. ... BY THE COURT: CLEMONS, J. 03/16/26 | | |
| 17-MAR-2026 01:06 PM | NOTICE GIVEN UNDER RULE 236 | | |
| **Docket Entry:** | NOTICE GIVEN ON 17-MAR-2026 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 17-MAR-2026. | | |
| 17-MAR-2026 01:11 PM | ORDER ENTERED/236 NOTICE GIVEN | COHEN, DENIS P | |
| **Documents:** | *Click link(s) to preview/purchase the documents* ORDER_125.pdf | | Add All to Cart |
| **Docket Entry:** | 01-26031301 UPON CONSIDERATION OF PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE DEFENDANT'S RECONSTRUCTION EXPERT FROM OFFERING TESTIMONY OR PHOTOS ABOUT THE ROLES OF TREES IN THE CRASH, AS WELL AS DEFENDANT'S RESPONSE THERETO, IT IS ORDERED AND DECREED THAT PLAINTIFF'S MOTION IS DENIED. ... BY THE COURT: CLEMONS, J. 03/16/26 | | |
| 17-MAR-2026 01:11 PM | NOTICE GIVEN UNDER RULE 236 | | |
| **Docket Entry:** | NOTICE GIVEN ON 17-MAR-2026 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 17-MAR-2026. | | |
| 17-MAR-2026 01:13 PM | ORDER ENTERED/236 NOTICE GIVEN | COHEN, DENIS P | |
| **Documents:** | *Click link(s) to preview/purchase the documents* ORDER_126.pdf | | Add All to Cart |
| **Docket Entry:** | 12-26031412 UPON CONSIDERATION OF PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE UN-PRODUCED EVIDENCE AT TRIAL, AS WELL AS DEFENDANT'S RESPONSE THERETO, IT IS ORDERED AND DECREED THAT PLAINTIFF'S IS DENIED AS MOOT. ... BY THE COURT: CLEMONS, J. 03/16/26 | | |
| 17-MAR-2026 01:13 PM | NOTICE GIVEN UNDER RULE 236 | | |
| **Docket Entry:** | NOTICE GIVEN ON 17-MAR-2026 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 17-MAR-2026. | | |
| 17-MAR-2026 01:17 PM | ORDER ENTERED/236 NOTICE GIVEN | COHEN, DENIS P | |
| **Documents:** | *Click link(s) to preview/purchase the documents* ORDER_127.pdf | | Add All to Cart |
| **Docket Entry:** | 34-26031134 UPON CONSIDERATION OF PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE DEFENDANT'S MEDICAL EXPERT, DR. JOSEPH BERNSTEIN, FROM TESTIFYING AT TRIAL, AS WELL AS DEFENDANT'S RESPONSE THERETO, IT IS ORDERED AND DECFEED THAT PLAINTIFF'S MOTION IS DENIED. ... BY THE COURT: CLEMONS, J. 03/16/26 | | |
| 17-MAR-2026 01:17 PM | NOTICE GIVEN UNDER RULE 236 | | |
| **Docket Entry:** | NOTICE GIVEN ON 17-MAR-2026 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 17-MAR-2026. | | |
| 19-MAR-2026 04:53 PM | TRIAL/HEARING EXHIBITS FILED | LOVE, FRANKLIN C | |

| | | | |
|---|---|---|---|
| **Documents:** | Click link(s) to preview/purchase the documents<br>D 1 -Bernstein-J-CV-2024 4921-4878-5255 v.1.pdf<br>D-2 -Bernstein Reports.pdf<br>D-3-Joseph Bernstein Dep Transcript-Exhibits.pdf<br>D-4 -- Burt Dec 23 RFA - 4919-2752-8850 1.pdf<br>D-5- -Burt Nov 25 RFA - 4935-3466-7922 1.pdf<br>D-6 -Clifton Burt - 03-16-2026.pdf | | Add All to Cart |
| **Docket Entry:** | TRIAL/EVIDENTIARY HEARING EXHIBITS/EVIDENCE FILED. | | |
| 25-MAR-2026 11:23 AM | JURY VERDICT FOR PLAINTIFF | CLEMONS, LUCRETIA | $50,000.00 |
| **Documents:** | Click link(s) to preview/purchase the documents<br>WSJVP 134.pdf | | Add All to Cart |
| **Docket Entry:** | JURY VERDICT IN FAVOR OF PLTF, [redacted] AND AGAINST DEFT, LUIS DILONE-DURAN IN THE AMOUNT OF $50,000.00. PLTF WAS FOUND TO BE 40% NEGLIGENT AND DEFT TO BE 60% NEGLIGENT, AS SUCH AN AWARD OF $30,000.00 IS ENTERED IN FAVOR OF PLTF AND AGAINST DEFT, LUIS DILONE-DURAN. BY THE COURT ....CLEMONS,J 3/18/26 *** MOTION TO MOLD JURY VERDICT TO INCLUDE DAMAGES GRANTED ON 05/27/26 IN THE AMOUNT OF $1,531.44. AMOUNT ADDED TO VERDICT FOR A TOTAL AMOUNT OF $31,531.44 *** | | |
| 25-MAR-2026 11:23 AM | NOTICE GIVEN UNDER RULE 236 | | |
| **Docket Entry:** | NOTICE GIVEN ON 26-MAR-2026 OF JURY VERDICT FOR PLAINTIFF ENTERED ON 25-MAR-2026. | | |
| 26-MAR-2026 04:14 PM | MOTION FOR DELAY DAMAGES | GALAS, ROMAN T | |
| **Documents:** | Click link(s) to preview/purchase the documents<br>([redacted] Motion for Post-Trial Relief to Add Damages (003).pdf<br>Motion CoverSheet Form | | Add All to Cart |
| **Docket Entry:** | 25-26036225 RESPONSE DATE 04/16/2026. (FILED ON BEHALF OF [redacted] | | |
| 20-APR-2026 03:13 PM | MOTION ASSIGNED | | |
| **Docket Entry:** | 25-26036225 MOTION FOR DELAY DAMAGES ASSIGNED TO JUDGE: COHEN, DENIS P. ON DATE: APRIL 20, 2026 | | |
| 01-MAY-2026 01:36 PM | RULE ISSUED | COHEN, DENIS P | |
| **Documents:** | Click link(s) to preview/purchase the documents<br>RLFIS 138.pdf | | Add All to Cart |
| **Docket Entry:** | 25-26036225 UPON CONSIDERATION OF PLAINTIFF'S POST-TRIAL MOTION TO MOLD JURY VERDICT TO INCLUDE DAMAGES FOR DELAY PURSUANT TO PA.R.C.P. 238, AND ANY RESPONSE THERETO, A RULE RETURNABLE IS ISSUED TO SHOW CAUSE WHY SAID MOTION SHOULD NOT BE GRANTED. RULE RETURNABLE WEDNESDAY, MAY 27, 2026 AT 2:00 P.M. IN ZOOM VIRTUAL COURTROOM 480, BEFORE THE HONORABLE DENIS P. COHEN. MOVING COUNSEL SHALL SERVE A COPY OF THE RULE ON DEFENDANT LUIS DILONE-DURAN. MOVING COUNSEL IS REQUIRED TO ATTEND THE ABOVE RULE HEARING. WHILE ANY PARTIES AND/OR ATTORNEYS MAY ATTEND THE HEARING, ONLY THOSE PARTIES AND/OR ATTORNEYS OPPOSING MOVING COUNSEL'S MOTION ARE REQUIRED TO ATTEND. ... BY THE COURT: COHEN, J. 05/01/26 | | |
| 01-MAY-2026 01:36 PM | NOTICE GIVEN UNDER RULE 236 | | |
| **Docket Entry:** | NOTICE GIVEN ON 01-MAY-2026 OF RULE ISSUED ENTERED ON 01-MAY-2026. | | |
| 01-MAY-2026 01:44 PM | MOTION HEARING SCHEDULED | | |

| | | | |
|---|---|---|---|
| **Docket Entry:** | 25-26036225 | | |
| | | | |
| 01-MAY-2026 01:45 PM | ORDER ENTERED/236 NOTICE GIVEN | COHEN, DENIS P | |
| **Documents:** | *Click link(s) to preview/purchase the documents* ORDER_140.pdf | | Add All to Cart |
| **Docket Entry:** | 25-26036225 PURSUANT TO PARAGRAPH 3 OF ADMINISTRATIVE ORDER, AMENDED NO. 33 OF 2020, DATED MAY 21, 2020, THIS MATTER IS SCHEDULED FOR A PROCEEDING USING ZOOM VIDEO CONFERENCING SERVICES ON WEDNESDAY, MAY 27, 2026 AT 2:00 P.M. THE PROCEEDING IS LIMITED TO ORAL ARGUMENT ON PLAINTIFF'S POST-TRIAL MOTION TO MOLD JURY VERDICT TO INCLUDE DAMAGES FOR DELAY PURSUANT TO PA.R.C.P. 238. SEE ORDER FOR COMPLETE DETAILS. ... BY THE COURT: COHEN, J. 05/01/26 | | |
| | | | |
| 01-MAY-2026 01:45 PM | NOTICE GIVEN UNDER RULE 236 | | |
| **Docket Entry:** | NOTICE GIVEN ON 01-MAY-2026 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 01-MAY-2026. | | |
| | | | |
| 29-MAY-2026 10:10 AM | ORDER ENTERED/236 NOTICE GIVEN | COHEN, DENIS P | |
| **Documents:** | *Click link(s) to preview/purchase the documents* ORDER_143.pdf | | Add All to Cart |
| **Docket Entry:** | 25-26036225 UPON POST-TRIAL MOTION FILED BY PLAINTIFF, [redacted] TO MOLD JURY VERDICT TO INCLUDE DAMAGES FOR DELAY PURSUANT TO PA.R.C.P. 238, IT IS HEREBY ORDERED THAT THE MOTION IS GRANTED, AND PLAINTIFF'S JURY'S VERDICT AGAINST DEFENDANT LUIS DILONE-DURAN IS MOLDED TO ADD DELAY DAMAGES OF $1,531.44. ... BY THE COURT: COHEN, J. 05/27/26 | | |
| | | | |
| 29-MAY-2026 10:11 AM | NOTICE GIVEN UNDER RULE 236 | | |
| **Docket Entry:** | NOTICE GIVEN ON 29-MAY-2026 OF ORDER ENTERED/236 NOTICE GIVEN ENTERED ON 29-MAY-2026. | | |
| | | | |
| 29-MAY-2026 10:14 AM | CORRECTION TO JUDGMENT INDEX | | |
| **Docket Entry:** | CORRECTION TO JUDGMENT INDEX: MOTION TO MOLD JURY VERDICT TO INCLUDE DAMAGES GRANTED ON 05/27/26 IN THE AMOUNT OF $1,531.44. AMOUNT ADDED TO VERDICT FOR A TOTAL AMOUNT OF $31,531.44. INDEX UPDATED ON 05/28/26 | | |

^ Go to Top

# EXHIBIT B


Records
Select Procedure Record
Export to USB Disk
Print
Edit Notes
2026-07-01 6:34:36 AM
2026-07-02 5:32:25 AM
2026-07-08 5:43:29 AM
2026-07-15 6:35:20 AM
2026-07-16 5:36:09 AM
2026-07-29 6:32:20 AM
2026-07-30 6:14:42 AM
2026-08-05 5:28:51 AM
2026-08-12 6:27:53 AM
Patient Database
Generator Disk Space: 2% Full
G
1
2

# EXHIBIT C

**R[redacted]C[redacted]**

1 message

**Medical Simon&Simon** <medicalsimonlawfirm@gmail.com> Mon, Nov 3, 2025 at 2:16 PM
To: Blessen Abraham <blessendc@gmail.com>, Front Desk <frontdesk@premierpainpa.com>, Andrew Laufer <andrewlaufer@gosimon.com>, davidbryan@gosimon.com, Natalia Velecela <Nataliavelecela@gosimon.com>

**Appointment: 11/4/25**
**Time: 10:00 AM**
**Name: R[redacted]C[redacted]**
**Study Included: Please Re-Evaluate Back**

Please find the enclosed records for the above consultation.

---

**R[redacted]C[redacted]Med Pack.pdf**
11205K

PREMIER PAIN & REHAB CENTER
10184 VERREE ROAD
PHILADELPHIA, PA 19116
TEL: (215) 934-6665

FRONTDESK@PREMIERPAINPA.COM

PLEASE MAIL ALL CORRESPONDENCES TO:

PREMIER PAIN & REHAB CENTER, PC
P.O. BOX 52698
PHILADELPHIA, PA 19115

FOR BILLING QUESTIONS:

(732) 248-7700: EXT 142 OR EXT 184

**Date of Service: 11/04/2025**
**Patient: R[redacted] C[redacted]**
**DOB: 01/19/1999**

**History of Present Illness:**
The patient is a 26-year-old female who was involved in a motor vehicle accident on 09/30/2023. The patient was a restrained driver of a vehicle. The vehicle was impacted on the passenger side. The patient did not lose consciousness. The patient went to Jefferson Einstein Hospital. The patient has been treated with physical therapy. The patient is status post lumbar RFA x1 on 12/12/2023.

The patient complains of lumbar pain which is rated as 5/10 on the VAS. The patient denies any numbness or tingling in the feet.

**Diagnostic Studies:**
On 10/11/2023, MRI studies of the lumbar spine performed at Northeast Open MRI and interpreted by Joel Swartz, MD reveals:

1. Negative exam.

**ROS:** No bleeding disorder or active infection of any kind. No seizure history, no pregnancy, no severe depression, no suicidal/homicidal ideation. No fever, chills, weight loss, chest pain, shortness of breath, nausea/vomiting, dizziness, stomach pain, diarrhea/constipation, urinary/bowel incontinence/urgency or skin rashes.

**Past Medical History:** Non-contributory.
**Past Surgical History:** Non-contributory.
**Allergies:** NO KNOWN DRUG ALLERGIES.
**Medications:** None.
**Social History:** The patient is a nonsmoker. The patient does not drink alcohol.

**Physical Exam:**
General: The patient is in no acute distress and awake, alert, oriented to name, time, and place.

Lumbar Spine: Examination reveals lumbar flexion 85 degrees with pain, lumbar bilateral rotation 30 degrees with pain and lumbar extension 30 degrees with pain. Lumbar facet loading test is positive at L5.

Sensory: 2/2 normal sensation bilaterally.

Motor: 5/5 strength bilaterally.

PREMIER PAIN & REHAB CENTER
10184 VERREE ROAD
PHILADELPHIA, PA 19116
TEL: (215) 934-6665

FRONTDESK@PREMIERPAINPA.COM

PLEASE MAIL ALL CORRESPONDENCES TO:
PREMIER PAIN & REHAB CENTER, PC
P.O. BOX 52698
PHILADELPHIA, PA 19115

FOR BILLING QUESTIONS:
(732) 248-7700: EXT 142 OR EXT 184

**Assessment:**

❑ M53.86 LUMBAR DORSOPATHY/FACET SYNDROME

**Plan:**

Ms. C[redacted] presents with pain symptoms which resulted from automobile accident. MRI of lumbar spine reveals negative exam.

The patient's back facet joint pain is the worst pain. Based on duration and severity of symptoms, MRI findings, and exam findings, it is medically necessary to perform L5 medial branch nerve block followed by bilateral L5 radiofrequency ablation. Risks, benefits, and alternatives discussed, and the patient agrees to the procedure. The patient has no allergies, no blood thinners, and no bleeding history.

The patient did report 30% improvement for 3 minutes. The decision was then made to proceed with radiofrequency ablation at the same level.

The patient understands that she will contact PMD/prescribing/managing doctor if any issues arise and seek ER care also if necessary.

All the treatment options have been discussed with the patient in detail. Pain management compliance was discussed with the patient. The patient understands and agrees with the plan.

**GOALS:** To increase range of motion, strength, flexibility, to decrease pain, and to improve body biomechanics and activities of daily living and improve the functional status.

**Note**: I hereby certify that all stipulated COVID-19 CDC guidelines for patient care including but not limited to sanitizing, social distancing, and PPE were strictly followed.

Clifton Burt MD

CLIFTON BURT, M.D.
CB/AEI

**Transcribed but not proofread**

PREMIER PAIN & REHAB CENTER
10184 VERREE ROAD
PHILADELPHIA, PA 19116
TEL: (215) 934-6665

FRONTDESK@PREMIERPAINPA.COM

PLEASE MAIL ALL CORRESPONDENCES TO:

PREMIER PAIN & REHAB CENTER, PC
P.O. BOX 52698
PHILADELPHIA, PA 19115

FOR BILLING QUESTIONS:

(732) 248-7700: EXT 142 OR EXT 184

## Operative Report

**Date of Service: November 4, 2025**
**Patient: R[redacted] C[redacted]**
**DOB: 01/19/1999**

**Place of Procedure:** 10184 Verree Rd, Philadelphia, PA 19116

**Preoperative Diagnosis:** Lumbar Facet Joint Syndrome

**Postoperative Diagnosis:** Same

**Procedure:** Lumbar Medial Branch Nerve Block with Fluoroscopy at Bilateral L5

Physician: Clifton Burt, MD

The patient clearly understood and signed the informed consent form. Risks included, but not limited to the following risks: bleeding, infection, allergic reaction, increased pain, nerve damage involving temporary or permanent pain, numbness, weakness, paralysis or death. The patient was placed in the prone position. The skin was painted and cleaned three times with Betadine solution and this was allowed to air dry before proceeding with procedure. The necessary equipment and supplies were prepared, and appropriate drugs were drawn up. Sterile technique was utilized throughout the entire procedure at all times.

The target areas listed in procedure section are designated as the junctions of the superior articular process and transverse process, and the junction of the S1 superior articular process and sacral ala bilaterally. Local anesthesia of lidocaine 1% was infiltrated subcutaneously at the target area. A 3.5-inch 22-gauge needle was advanced under oblique and AP fluoroscopic guidance until the needle tip was in contact with the target area. This was repeated for all the target areas as stated in the procedure section above. Final needle tip positioning was confirmed with oblique, AP and lateral fluoroscopic imaging. For each needle, 1 mL total was injected of a syringe solution consisting of lidocaine 1%. Throughout the procedure, there was negative aspiration of blood, CSF and no paresthesia elicited. The patient tolerated the procedure well without any complications.

Clifton Burt MD

CLIFTON BURT, M.D.
CB/AEI

PREMIER PAIN & REHAB CENTER
10184 VERREE ROAD
PHILADELPHIA, PA 19116
TEL: (215) 934-6665

FRONTDESK@PREMIERPAINPA.COM

PLEASE MAIL ALL CORRESPONDENCES TO:

PREMIER PAIN & REHAB CENTER, PC
P.O. BOX 52698
PHILADELPHIA, PA 19115

FOR BILLING QUESTIONS:

(732) 248-7700: EXT 142 OR EXT 184

## Operative Report

**Date of Service: November 4, 2025**
**Patient: R[redacted] C[redacted]**
**DOB: 01/19/1999**

**Place of Procedure:** 10184 Verree Rd, Philadelphia, PA 19116

**Preoperative Diagnosis:** Lumbar Facet Syndrome

**Postoperative Diagnosis:** Same

**Procedure:** Radiofrequency of the Medial Branch Nerve with Fluoroscopy at Bilateral L5

**Physician:** Clifton Burt, MD

The patient clearly understood and signed the informed consent form. Risks included, but not limited to the following risks: bleeding, infection, allergic reaction, increased pain, nerve damage involving temporary or permanent pain, numbness, weakness, paralysis or death. The patient was placed in the prone position. The skin was painted and cleaned three times with Betadine solution and this was allowed to air dry before proceeding with procedure. The necessary equipment and supplies were prepared, and appropriate drugs were drawn up. Sterile technique was utilized throughout the entire procedure at all times.

The designated levels were all visualized under fluoroscopy using AP, oblique, and lateral views to determine the correct final position of the needle. Local anesthetic was given by raising a skin wheal using a 25-gauge inch needle. A 10-cm curved needle with a 10-mm active tip radiofrequency needle was introduced to the anatomic location of the medial branch at the junction of the superior articular process and transverse process and the junction of the SI superior articular process and sacral ala utilizing intermittent fluoroscopy. Motor stimulation up to 2 volts was done to confirm no ablation of the ventral ramus at each level. Then, 1 mL of 1% lidocaine was then injected slowly at each level. After waiting 2-3 minutes, ablation was performed utilizing a radiofrequency generator at 80 degrees C for 90 seconds. After the ablation, 1 ml of a solution consisting of 40 mg Depo-Medrol with 1 ml of lidocaine 1% was injected at each level. Throughout the procedure, there was negative aspiration of blood, CSF, and no paresthesia elicited. The patient tolerated the procedure well without any complications.

Clifton Burt MD

CLIFTON BURT, M.D.
CB/AEI


C[redacted]
R[redacted]
PREMIER PAIN & REHAB
11/04/2025
11:38:08 AM
CLIFTON BURT, MD
LMNB/LRFA
53
54
LMNB
80 kVp
3.00 mA
2
0.3 min
0.00 mGy/min
4.14 mGy
OEC


C [redacted]
R [redacted]
CLIFTON BURT, MD
LMNB/LRFA
PREMIER PAIN & REHAB
11/04/2025
11:39:11 AM
52
54
LRFA
80 kVp
3.00 mA
3
0.4 min
0.00 mGy/min
4.71 mGy
OEC