**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>SIMON & SIMON, P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS,<br><br>Defendants. | Case No. 2:25-cv-05365-MAK |

**ORDER**

AND NOW, this ________day of ___________, 2026, upon consideration of Plaintiffs' Emergency Motion to Preserve Evidence and any response thereto, it is hereby ORDERED that said Motion is DENIED.

BY THE COURT:

______________________________

KEARNEY, J.