**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UBER TECHNOLOGIES, INC., *et al.*** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 25-5365** |
| | : | |
| **SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, LANCE YARUS** | : | |

# ORDER

**AND NOW**, this 17th day of August 2026, upon considering Plaintiffs' Motion to preserve evidence (ECF 192) they assert may be found on Defendants Burt and Premier Pain & Rehab Center's Cosman G4 RFA Generator in its office, Defendants Burt and Premier Pain & Rehab's Opposition (ECF 199) representing all parties can download data from the RFA Generator through an identified USB drive but only since an admitted September 2025 deletion, and for good cause, it is **ORDERED** Plaintiffs' Motion (ECF 192) is **GRANTED in part** and **DENIED in part** requiring we:

1. **DIRECT**:

a. All parties, including Defendants Burt and Premier Pain & Rehab, preserve and not alter, delete, or destroy evidence including on the RFA Generator at issue;

b. Defendants Burt and Premier Pain & Rehab grant Plaintiffs access to the RFA Generator by no later than **August 21, 2026** (unless otherwise agreed in writing) for all post-deletion data relating to identified claimants and examining whether a qualified data forensic recovery company retained and paid for by Plaintiffs could identify the date of deletion and access

the deleted data on the RFA Generator in Defendants Burt and Premier Pain & Rehab's office in conjunction with Defendants Burt and Premier Pain & Rehab's data recovery agents;

c. Plaintiffs file a Joint Progress Report not exceeding three pages on or before **August 27, 2026** addressing the parties' progress, including whether a forensic imaging and study of the RFA Generator will allow recovery of information deleted in September 2025; and,

2. **DENY** Plaintiffs' request to transfer custody of the RFA Generator without prejudice to seek further relief after exhausting efforts to resolve non-cumulative fact discovery issues mindful of Defendants Burt and Premier Pain & Rehab's alleged continuing use of the RFA Generator on dates certain in their office.

**KEARNEY, J.**