# Exhibit “14”

# EXHIBIT E-2

*Joseph S. Lubeck, D.O.*

NEUROLOGY •
ELECTROMYOGRAPHY (610) 667-
0278
FAX # (610) 667-4965
2 BALA PLAZA, SUITE IL-9 • BALA CYNWYD, PA 19004-
1503

DIPLOMAT
AMERICAN BOARD OF PSYCHIATRY AND NEUROLOGY
AMERICAN BOARD OF ELECTRODIAGNOSTIC MEDICINE

2004 SPROUL ROAD
3RD FLOOR
BROOMALL, PA 19008

August 24, 2022

Grace Slocum, Esq.
Law Office of Sue Ann Eckell
1515 Market St., Suite 1910
Philadelphia, PA 19102

## INDEPENDENT MEDICAL EXAMINATION

**RE:** [redacted]
**DOB:** [redacted]
**DOI: 04/08/2021**

Dear Ms. Slocum:

I had the opportunity to perform an independent medical examination on [redacted] on August 24, 2022. Ms. [redacted] arrived in a timely manner for her appointment, and her identity was verified with a Pennsylvania driver's license. She was unaccompanied into the examination room. Prior to the examination, it was explained to Ms. [redacted] that the purpose of our meeting was for an independent assessment only, and we have not entered into a formal doctor/patient relationship.

In preparation of this report, the following documents were reviewed:

1. Photographs of vehicular damage.
2. Hospital of the University of Pennsylvania Emergency Department, 04/09/2021.
3. Philadelphia Spine Associates, 04/20/2021 - 12/20/2021.
4. EMG report, 08/24/2021.
5. Clifton Burt, MD, 09/08/2021.
6. MRI cervical spine, 07/13/2021.
7. MRI lumbar spine, 07/13/2021.
8. Gilbert Leadbitter, DC, 01/08/2022.
9. Andrew Shaer, MD, 06/29/2022.
10. Lance Yarus, DO, 05/09/2022.
11. ProMedica Verity Group, life care plan, 06/13/2022

Ms. [redacted] provided the following history. She was involved in an automobile accident in April 2021. She had stopped at an intersection for a yellow light when her vehicle was struck in the rear by another vehicle. She was restrained at the time, but her chest struck the steering when and her right hand was forced through one of the openings through the steering wheel spokes. She had immediate onset of mid back pain, low back pain, and right-hand pain. Her mother came to the scene of the accident and drove her home. On the following day, she was having more hand and back pain and went to the Emergency Department at the Hospital of the University of Pennsylvania, where x-rays were performed. She was diagnosed with a sprain and her hand was placed in a wrap. Approximately 1 week later, she saw her primary physician as she was having no improvement in her hand and back pain.

Within 3 weeks Ms. [redacted] sought care at a facility for therapy based on referral from a friend. She treated there for approximately 6 weeks with improvement in her low back pain, but she denied any improvement in her hand discomfort. She was eventually referred to another physician and had 2 series of injections in her low back late in 2021. She had improvement in her back pain for approximately 1 month. She also had a nerve test performed at the same facility. She is presently not seeing any physicians for her injury- related complaints.

Ms. [redacted]' present complaints include the following:
1. Her most significant problem relates to her right hand. She has pain, stiffness, and numbness in the hand. The numbness involves the entire hand and worsens slightly at night. The numbness tends to worsen with activity. Her hand symptoms have not improved.
2. Ms. [redacted] complains of mid to lower back pain. This is primarily located in the midline. As a result, she has difficulty with certain tasks, such as carrying a laundry basket. There is no radiation of back pain into her extremities. There is no pre-injury history of back discomfort.
3. Ms. [redacted] offered no other complaints. She then was specifically asked whether there were any problems with her neck, which she denied.

Past medical history is positive for bipolar disorder. Past surgical history is positive for a cesarean section. Pre-injury medications which she continues to take consist of quetiapine. Following her injury, escitalopram was started. There are no known drug allergies. She does not smoke and denies any alcohol use.

**Occupational history**: At the time of her injury, Ms. [redacted] was working in a day program for children of working parents aged 5-12. She returned to work for approximately 1½ weeks following her injury but was asked to take some time off by her supervisor as she had problems with the physical demands of her employment. After she was unable to return to work, she was dismissed.

General physical examination revealed an adult, black female in no acute distress. Blood pressure in the left arm was 137/92. The heart rate was 85 BPM and weight was 275 pounds.

**Neurological Examination:** Examination of Ms. [redacted]' mental status showed her to be awake, with clear conversational speech. She was able to provide an accurate and cogent history. Cranial nerve examination showed the pupils to be 4 mm, equal, round and reactive to light. Funduscopic examination was deferred. Visual fields were full to confrontation. Extraocular movements were intact and there was no detectable nystagmus. No facial weakness was noted. The tongue protruded in the midline. Motor examination demonstrated full strength in the left upper and both lower extremities. In the right upper extremity strength was full to shoulder, hand, and wrist.

There was very mild weakness in right hand grip with suggestion of decreased effort. There was no weakness in finger extension, nor was there any atrophy of the intrinsic hand muscles. On sensory examination, Ms. [redacted] stated that she had no perception of a pointed EKG compass from her fingertips to a point 9 cm proximal to the wrist crease. She also had absent vibratory and position

sensation in the right hand. She performed finger-to-nose maneuvers with eyes closed accurately and without any sensory ataxia. She was wearing a wrist brace over the right hand, which she removed. The deep tendon reflexes were 1/4 bilaterally with the exception of the Achilles reflexes, which were absent. Her gait was brisk, on a normal base and with normal stride length. There was symmetrical arm swing bilaterally.

Ms. [redacted] was wearing a lumbar corset, which she readily removed using both her right and left hands. No palpable spasm was noted. There was tenderness to finger-dimple pressure over the length of the thoracic and lumbar paraspinal muscles.

**Review of Records**: On 04/09/2021, Ms. [redacted] was evaluated in the Emergency Department at the University of Pennsylvania. She was involved in a motor vehicle accident yesterday when the car in front of her stopped and she was struck in the rear by another vehicle, resulting in a secondary front-end collision. Her body jerked forward, and she gripped the steering wheel tightly, causing her right arm and shoulder to strike the steering wheel. She did not hit her head or face and there was no loss of consciousness. Earlier that morning she was feeling soreness in her back and her right hand was painful with numbness. The numbness was worse with activity. Her review of systems was positive for arthralgias, back pain, myalgias, and numbness in the right hand. There was a comment in the physical examination that Ms. [redacted] was sitting in a chair in no apparent distress and playing with her hair with both hands. There was bony tenderness over the dorsal aspect along the 4th and 5th digits with normal range of motion, normal strength, and normal sensation. There was also mild left-sided paravertebral muscle tenderness. X-ray of the right hand was performed and was unremarkable for acute osseous abnormality. Ms. [redacted] was discharged with a diagnosis of hand pain/sprain and advised to use ibuprofen and Tylenol.

On 04/20/2021, Ms. [redacted] was evaluated at Philadelphia Spine Associates by Daniel Piccilio, DC. Complaints included neck pain, mid back pain, low back pain, right wrist pain, and right hand pain. Diagnoses were: 1) Sprain of ligaments of cervical spine, 2) Sprain of muscle and tendon of back wall of thorax, 3) Sprain of ligaments of lumbar spine, 4) Sprain of unspecified part of the right wrist and hand, and 5) Neuralgia and neuritis. Ms. [redacted] was seen for 29 additional chiropractic visits up to 12/20/2021.

On 07/13/2021, MRI of the cervical spine was performed and was normal. On the same date, MRI of the lumbar spine was performed, demonstrating shallow disc bulging to the left at L2-3 and L3-4.

On 08/03/2021, Ms. [redacted] was evaluated at Philadelphia Spine Associates by Christy Menkhaus, PA. Complaints included neck pain, back pain, right hand/wrist pain. Ms. Menkhaus' diagnoses were: 1) Pain in right wrist, 2) Other intervertebral disc displacement lumbar region, 3) Other intervertebral disc displacement lumbosacral region, 4) Pain in right hand, 5) Cervicalgia, and 6) Cervical strain. She prescribed a Lidoderm patch, cyclobenzaprine, and ordered an EMG of the upper extremities.

On 08/24/2021, EMG of the upper extremities was performed by Gene Levinstein, MD. The distal motor and sensory latencies in the median nerve were prolonged. Dr. Levinstein's impression was moderate right carpal tunnel syndrome.

On 09/08/2021, Ms. [redacted] was evaluated by Clifton Burt, MD. Dr. Burt obtained a history that Ms. [redacted] lost consciousness. Complaints included lumbar pain and numbness and tingling radiating into the right hand. Dr. Burt's diagnoses were low back pain and lumbar dorsopathy facet syndrome. He administered L4 medial branch blocks and noted 40% improvement for 20 minutes following the procedure. He then performed radiofrequency ablation.

On 06/29/2022, an independent review of Ms. [redacted]' MRI scans was undertaken by Andrew Shaer, MD. Dr. Shaer concluded that the cervical MRI scan demonstrated no traumatic findings resulting from the accident. Regarding the lumbar MRI scan, there were slight annular bulges at L4-5 and L5-S1. There was no evidence of disc herniation or traumatic osseous pathology resulting from the accident.

On 05/09/2022, Ms. [redacted] was evaluated by Lance Yarus, DO. Dr. Yarus listed the following diagnoses:

1. Cervical strain and sprain, cervical myositis, somatic and segmental dysfunction of the cervical spine, enthesopathy of the cervical spine.
2. Lumbar strain and sprain, lumbar myositis, somatic and segmental dysfunction of the lumbar spine, enthesopathy of the lumbar spine.
3. L2-3 left bulge/protrusion.
4. L3-4 left disc bulge/protrusion.
5. Lumbar dorsopathy/lumbar facet disease.
6. Lumbar discopathic and facetogenic pain generators at L2-3 and L3-4.
7. Chronic pain secondary to subject incident related injuries sustained on April 8, 2021.
8. Cervical radiculitis/radiculopathy (clinical), right upper extremity.
9. Post-traumatic right carpal tunnel syndrome (electrodiagnostic testing).
10. Diminution of activity secondary to subject incident related injuries sustained on April 8, 2021.

Dr. Yarus felt that there was permanency to the injuries and further treatment would include rhizotomies and surgical intervention. A life care plan was then submitted listing costs for the treatment outlined by Dr. Yarus.

**Impression**: [redacted] was involved in a motor vehicle accident on 04/08/2021, sustaining a right hand contusion and lumbar sprain and strain.

Ms. [redacted]' neurological examination is presently remarkable for a grossly non-organic sensory disturbance in the right upper extremity. Specifically, Ms. [redacted] complains of complete loss of sensation in the right upper extremity from the mid fingertips to her distal forearm. Were Ms. [redacted] to have this degree of sensory disturbance, her right upper extremity would be completely non-functional. When tested indirectly, Ms. [redacted], however, had intact proprioception (locating her nose with her right hand while eyes were closed) and readily removed her lumbar corset using both of her hands while her eyes were fixated elsewhere. As such, Ms. [redacted]' present complaints are not likely an accurate reflection of ongoing symptoms, and there is a strong likelihood of symptom magnification.

Ms. [redacted] has no evidence of lumbar radiculopathy on examination. In addition, Ms. [redacted] denies any radicular symptoms extending into her lower extremities. Her MRI scan shows evidence of very small, non-traumatic disc bulges, which in the vast majority of individuals are asymptomatic. In addition, Ms. [redacted] denied any radicular symptoms extending to her upper extremities. As such, I find the lumbar facet block administered by Dr. Burt to be completely unnecessary in relationship to the injury, and there is no rational reason to anticipate the procedures directed to the lumbar spine and the associated costs which are outlined by Dr. Yarus.

The treatment that I have reviewed at the Hospital of the University of Pennsylvania Emergency Room and chiropractic treatment for a period of 6 months following the injury (10/08/2021), EMG, and MRI scans of the cervical and lumbar spine appear reasonable and necessary. Any treatment beyond this date is unnecessary. There is no indication for the treatment and procedures rendered by Clifton Burt, MD.

The above opinions have been provided within a reasonable degree of medical certainty. I reserve the right to amend my opinion should any additional information become available.

Sincerely,

Joseph Lubeck, DO
Licensed in Pennsylvania
Certified, American Board of Psychiatry and Neurology
Certified, American Osteopathic Board of Neurology and Psychiatry Certified,
American Board of Electrodiagnostic Medicine
Certified, American Board of Independent Medical Examiners JL/ky

Scribe_DigitalSig