# Exhibit "20"

**GORDON REES SCULLY MANSUKHANI, LLP.**
Bryson F. Datt, Jr, Esquire (Pa. I.D. # 93273)
E-mail: bdatt@grsm.com
Susan R. Engle, Esquire (Pa. I.D. # 81671)
E-mail: sengle@grsm.com
Kerven M. Moon, Esquire (Pa. I.D. # 327551)
E-mail: kmmoon@grsm.com
707 Grant Street, Suite 3800
Pittsburgh, PA 15219
Phone: (412) 577-7400

**Counsel for Defendants FedEx Corporation and FedEx Ground Package System, Inc. d/b/a FedEx Ground hereinafter referred to as Federal Express Corporation following FedEx Ground Package System, Inc.'s merger with and into Federal Express Corporation effective June 1, 2024.**

---

| | |
|---|---|
| GEORGE KIRBY and DONALD MAJOR,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC. d/b/a FEDEX GROUND, FEDEX CORPORATION and CITYWIDE TRANSPORTS, INC.<br><br>Defendants. | IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY<br><br>CIVIL ACTION – LAW<br><br>Case No.: 240702258 |

---

**ENTRY OF APPEARANCE**

Kindly enter the appearance of Bryson F. Datt, Jr., Esquire, Susan R. Engle, Esquire, Kerven M. Moon, Esquire and the law firm of Gordon Rees Scully Mansukhani, LLP as counsel of record for FedEx Corporation and FedEx Ground Package System, Inc. d/b/a FedEx Ground hereinafter referred to as Federal Express Corporation following FedEx Ground Package System, Inc.'s merger with and into Federal Express Corporation effective June 1, 2024 in the above-captioned matter.

Date: August 12, 2024

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By: ______________________
Kerven M. Moon, Esquire

Susan R. Engle, Esquire
Bryson F. Datt, Jr., Esquire
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that the within ***Entry of Appearance*** was forwarded to counsel of record by electronic mail on August 12, 2024 as follows:

Marc I. Simon, Esquire
Simon & Simon, P.C.
18 Campus Boulevard, Suite 100
Newtown Square, PA 19073
marcsimon@gosimon.com
***Counsel for Plaintiff***

Kerven M. Moon, Esquire
Susan R. Engle, Esquire
Bryson F. Datt, Jr., Esquire

**CERTIFICATE OF COMPLIANCE**

I, certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

GORDON REES SCULLY MANSUKHANI, LLP.

Kerven M. Moon, Esquire
PA ID No. 327551

*Attorney for Defendant, FedEx Corporation and FedEx Ground Package System, Inc. d/b/a FedEx Ground hereinafter referred to as Federal Express Corporation following FedEx Ground Package System, Inc.'s merger with and into Federal Express Corporation effective June 1, 2024..*