# Exhibit “21”

# #256443623 PA – Reserve Notice less than $500K - Claim # 7007501918-1 | Incident # 3018765

| Submitted | Received via | Requester |
|---|---|---|
| July 3, 2025 at 11:10 AM | Mail | Heather Opalinsky <heather.opalinsky@farmersinsurance.com> |

| Status category | Ticket status | Type | Group | Assignee |
|---|---|---|---|---|
| Solved | Solved | Incident | Claims \| Reserve Notice < $500k | - |

| Issue Type | User Type (RDS) | Level | Claim Type |
|---|---|---|---|
| Claims::Reserve Notice | Claims::Uber Insurance Partner | Level 1 | Existing Claim |

**Heather Opalinsky** July 3, 2025 at 11:10 AM

Hello,

Summary: Aggregate less than 500k

DOL: 4/26/24
FNOL: 4/26/24
Period, Coverage Type, and Limits: P3, BI, $1M
Independent Driver: Eljunied Elamin Ali

Defense Attorney/Firm: John Silli at Law Offices Of Carolyn M. Angelaccio
Plaintiff Attorney/Firm: Marc Simon at Simon and Simon
Other Attorneys Involved: Rothenberg Law Firm for Lisa McClendon (Not in litigation)

Is Uber/Rasier/Portier named: Yes Dismissed
Is case Bifurcated: yes, Kevin Zudycki/7008575092-1
Is there a split companion claim: N/A

Reason for Suit: Value
Is there an allegation of Bad Faith: no
Possibility for Excess Exposure: no

Case Caption: Dajuan Speaks v. Eljunied Elamin Ali, Uber Technologies, and Rasier.
Court: Court of Common Pleas at Philadelphia County. (Major)
Location: Pennsylvania

Offer/date: N/A pending medical review
Demand/date: 6/23/25 $625,000

Aggregate Reserves/Indemnity:
$5,024.52 – PD- Amberlee Haggerty – Paid/ Closed
$13,236.23- PD – Shannon Cowan – Paid/closed
$5,271.06 – PD – Rachel Lee – Paid/closed
$85,000.00 – BI – Lisa McClendon – Open/Reserve
$25,000,00 - PIP – Lisa McClendon – Paid/closed
$80,000.00 – BI - Dajuan Speaks – Open/Reserve
$5,436.06 – PD - Dajuan Speaks – Paid/Closed
$218,967.87 - Total Aggregate

Facts:
ID was behind the CV truck at a stop sign, accelerated around them and hit that CV and then hit second

CV that was at a stop sign. IV lost control and hit 2 parked vehicles. Damages were heavy.

Injury Info:
- ID - Dajuan Speaks - male age 46, CV driver.
- Injury: Neck, back, L spine radiculopathy and facet syndrome.
- LOE: Unknown
- Incurred Medical: $7953 paid by pip for cd

Injury Info:
- ID - Lisa McClendon, female age 50, IV Rider.
- Injury: Neck, back.
- LOE: Unknown
- Incurred Medical: $25,000 (Paid by PIP)

New information:
- New transfer to me a demand is received and under review.

Action Plan:
- Review of medicals pending for settlement offer.

Please note my normal working hours are M-F 7:00am-3:30pm eastern time zone.

Sincerely,

Heather Opalinsky
*Tier 3 Claim Owner III*
412-216-4277
Farmers Insurance Exchange - Business Insurance Claims
National Commercial Auto- TNC Claims

Please visit our claim portal to view the status and manage your claim online
Email communications are preferred and should be sent to myclaims@farmersinsurance.com. If hard copies of communications are required, they should be sent to our National Document Center at P.O. Box 268994, Oklahoma City, OK 73126-8994

Confidential

***** PLEASE NOTE ***** This E-Mail/telefax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail/telefax information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Thank you.*****

To unsubscribe from this group and stop receiving emails from it, send an email to claimsar+unsubscribe@uber.com.

Support software by Zendesk