# Exhibit “23”

# #256388153 PA - Litigation Event Notice - Claim #7005305731-1 | Incident #2241264

| Submitted | Received via | Requester |
| --- | --- | --- |
| May 27, 2025 at 5:04 AM | Mail | Kristin Elkins <k.elkins@farmersinsurance.com> |

| Status category | Ticket status | Type | Group | Assignee |
| --- | --- | --- | --- | --- |
| Solved | Solved | Incident | Special Investigations Team | Alyssa Waddell |

| City (RDS) | Region | Issue Type | User Type (RDS) | Level |
| --- | --- | --- | --- | --- |
| Philadelphia - 20 | USA::East | Claims::Claim Inquiry (9323) | Claims::Uber Insurance Partner | Level 1 |

| Agent Replies | Claim Type | Language | Sentiment confidence |
| --- | --- | --- | --- |
| 1 | Existing Claim | English | High |

| Intent | Intent confidence |
| --- | --- |
| Insurance::Accident::Sending additional information about accident | Low |

| Language confidence | Sentiment |
| --- | --- |
| High | Neutral |

**Kristin Elkins** May 27, 2025 at 5:04 AM

**Hello,**

**Summary:** Litigation Event – Trial pool Nov 2025

**DOL**: 11/12/2022
**FNOL**: 11/13/2022
**Period, Coverage Type, and Limits:** P3, BI, $1M CSL
**Independent Driver**: Kianu Walker

**Defense Attorney/Firm:** Frank Love of Zarwin Baum
**Plaintiff Attorney/Firm**: Paraskevoula Mamounas of Simon & Simon
**Other Attorneys Involved: (ex: SAE, Coverage, etc)** Uber has hired defense Caroline Vahey/Jordan Freeman of Wilson Elser, co-def hired Nicholas Maxymuik of Forry Ullman.

**Is Uber/Rasier/Portier named:** Yes
**Is case Bifurcated**: Yes – Kevin Zudycki - 7006966804-1
**Is there a split companion claim:** No

**Reason for Suit: (ex: SOL, value, liability, etc.)** Simon and Simon files suit for no apparent reason
**Is there an allegation of Bad Faith:** No
**Possibility for Excess Exposure:** No
**Are punitive damages alleged:** No

**Case Caption**: Yasmeen Bailey v Kianu Walker, Tiffany Teich, Rasier-PA, LLC and Uber Technologies, Inc
**Court:** Common Pleas of Philadelphia County
**Location:** PA

**Offer/date:** 5/23/25 $35K – reduced from the $50K offer we made while this was in Arb. Now that it is in Major Jury, we have reduced to $35K

**Demand/date:** 4/11/24 $1.5M

**Aggregate Reserves/Indemnity:**
List of Exposures (not including 1st party vehicle comp/coll)
Amit Pawar PD: $947.65 paid
Yasmeen Bailey BI: $50,000 reserve
**Total Aggregate: $50,947.65**

**Facts:**

- I/D was stopped at a light and a city bus was trying to turn right onto his street and he backed up to give the bus room and while backing, he struck the B veh that was stopped behind him. Minor damage to both vehs. B was driving for Lyft at the time. Pltf is the Rider in the Lyft veh

**Injury Info:**

- Name, age, sex, position in which veh: Yasmeen Bailey was 28 years old on the DOL, female, rear rider in the B veh
- Injury details: s/t neck/back. She went to the ER and had 17 chiro visits, MRI and then the MBB/RFA with Dr Burt
- LOE: none
- Incurred Medical: $15,956.25 that we believe PIP at Lyft paid. There is a future LCP of $897,261

**New information:**

- Motion for Extraordinary Relief filed when the pltf failed to show for depos and we were at the end of discovery period, so the trial was pushed out from Sept trial pool to Nov trial pool.
- Just put out a $35K offer with a deadline of next Friday 5/30/25 to accept or it will be revoked. We don't expect them to accept it.

**Action Plan:**

- Offer good through next Friday. After that, will get IME report back from Dr Bernstein, then set depos for him and the pltf experts and move to trial.

Thank you,

Kristin Elkins – AIC, AINS
*Tier 3 Claim Owner*

513-205-5467 Phone
877-217-1389 Fax
Farmers Insurance Exchange - Business Insurance Claims
National Commercial Auto- TNC Claims

Email communications are preferred and should be sent to myclaims@farmersinsurance.com . If hard copies of communications are required, they should be sent to our National Document Center at P.O. Box 268994, Oklahoma City, OK 73126-8994

Confidential

***** PLEASE NOTE ***** This E-Mail/telefax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named

above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail/telefax information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Thank you.*****

---

**Heather Hughes** May 27, 2025 at 7:58 AM

Good morning Kristin,

Just to confirm, Uber has been dismissed from the case, correct?

--
**Heather**
help.uber.com

---

**Kristin Elkins** May 28, 2025 at 11:48 AM

Yes. I just found out that was part of the mass dismissal from S&S.

Thank you,

Kristin Elkins – AIC, AINS
*Tier 3 Claim Owner*

513-205-5467 Phone
877-217-1389 Fax
Farmers Insurance Exchange - Business Insurance Claims
National Commercial Auto- TNC Claims

Email communications are preferred and should be sent to myclaims@farmersinsurance.com . If hard copies of communications are required, they should be sent to our National Document Center at P.O. Box 268994, Oklahoma City, OK 73126-8994

Confidential

***** PLEASE NOTE ***** This E-Mail/telefax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail/telefax information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Thank you.*****

---

**Alyssa Waddell** May 29, 2025 at 9:03 AM Internal note

https:/[redacted]

Support software by Zendesk