# Exhibit “24”

# #256294679 PA - Litigation Event Notice - Claim #7005707337-1 | Incident # 2368384

| Submitted | Received via |
|---|---|
| March 25, 2025 at 10:36 AM | Mail |

**Requester**
Kristin Echeverria <kristin.echeverria1@farmersinsurance.com>

**CCs**
Farmers <farmers@uber.com>

| Status category | Ticket status | Type | Group | Assignee |
|---|---|---|---|---|
| Solved | Solved | Incident | Special Investigations Team | Alyssa Waddell |

| City (RDS) | Region | Issue Type | User Type (RDS) | Level |
|---|---|---|---|---|
| Philadelphia - 20 | USA::East | Claims::Claim Inquiry (9323) | Claims::Uber Insurance Partner | Level 1 |

**Claim Type**
Existing Claim

---

**Kristin Echeverria** March 25, 2025 at 10:36 AM

**Hello,**

**Summary:** Litigation Event Notice – Mediation rescheduled to June 3, 2025

**DOL**: 02/22/2023
**FNOL**: 02/22/2023
**Period, Coverage Type, and Limits:** P3, BI, $1M CSL
**Independent Driver**: Nassirou Oumarou

**Defense Attorney/Firm:** Martin Beck with Mccormick & Priore
**Plaintiff Attorney/Firm**: Andrew Barron with Simon & Simon
**Other Attorneys Involved:** UDC - Qwalyne Lawson with Wilson Elser, Moskowitz, Edelman & Dicker

**Is Uber/Rasier/Portier named:** Dismissed Jan 17, 2025
**Is case Bifurcated**: Yes; claim 7007338955 – Kevin Zudycki
**Is there a split companion claim:** No

**Reason for Suit: (ex: SOL, value, liability, etc.**): Unknown – blind lawsuit
**Is there an allegation of Bad Faith:** No
**Possibility for Excess Exposure:** No
**Are punitive damages alleged:** No

**Case Caption**: Jonathan Jefferson vs Nassirou Oumarou et al
**Court**: Philadelphia Court of Common Pleas - Major
**Location:** Philadelphia, PA

**Offer/date:** $15,000 10/11/2024
**Demand/date:** $1,865,000 05/08/2024

**Aggregate Reserves/Indemnity:**

Okwuchukwu Egbukwu PD: $6,866.44 Paid
Okwuchukwu Egbukwu BI: $9,000 Paid
Kiara Cooper BI: $15,000 Paid
Jonathan Jefferson BI: $100,000 Reserved
Kiara Cooper BI: $15,000 Paid
**Total Aggregate: $ 145,866.44**

- CV and IV pulled up to a stop sign. CV went forwarded then stopped, IV rear ended CV. Minor damage to the IV, CV had moderate rear damage. Both vehicles were drivable.

**Injury Info:**

- Jonathan Jefferson, 28 year old male passenger in the claimant vehicle that was rear ended by IV.
- Injury details: Cervical and lumbar bulges, had MBB, RFA and 1 ESI. Life care plan by Dr. Yarus.
- LOE: N/A
- Incurred Medical: Unknown – covered by PIP.

**New information:**

- Mediation scheduled for June 3, 2025 with Ed Gray.

**Action Plan:**

- DC to schedule IME prior to mediation.

Thank you,

Kristin Echeverria
Litigation Claims Representative
Farmers Insurance Exchange – Business Insurance Claims
National Commercial Auto – TNC Claims
Mobile: (346) 333-5327
Fax: (877) 217-1389

Please visit our claim portal to view the status and manage your claim online.

E-mail communications are preferred and should be sent to myclaim@farmersinsurance.com. If hard copies of communications are required, they may be sent to our National Document Center at P.O. Box 268994 Oklahoma City, OK 73126.

Confidential

***** PLEASE NOTE ***** This E-Mail/telefax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail/telefax information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Thank you.*****

---

**Alyssa Waddell** March 27, 2025 at 9:55 AM

Internal note

https://[redacted]

---

**Alyssa Waddell** March 27, 2025 at 9:58 AM

Thank you Kristin.

--
**Alyssa W.**

Support software by Zendesk