# Exhibit "29"

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS,**<br><br>**Defendants.** | CIVIL ACTION<br><br>No: 2:25-cv-05365-MAK |

**PLAINTIFFS UBER TECHNOLOGIES, INC. AND FEDERAL EXPRESS CORPORATION'S SUPPLEMENTAL RESPONSES AND OBJECTIONS TO THE CHIROPRACTOR DEFENDANTS' FIRST SET OF REQUESTS FOR ADMISSION**

Plaintiffs Uber Technologies, Inc. ("Uber") and Federal Express Corporation ("FedEx") hereby provide the following supplemental responses and objections (collectively, "Responses") to Defendants Philadelphia Spine Associates, Daniel Piccillo, and Ethel Harvey's First Set of Requests for Admission.

**PRELIMINARY STATEMENT**

The Responses are made solely for the purpose of this lawsuit and shall not be used in any other proceeding. The Responses do not constitute any agreement or concession that the subject matter is relevant to this action, and any information provided by Plaintiffs shall be provided without waiving any objection, including but not limited to relevance, privilege, or admissibility. Each Response is based on Plaintiffs' current knowledge, understanding, and belief. Without in any way undertaking an obligation to do so, Plaintiffs reserve the right to alter, supplement, amend, or otherwise modify these Responses in light of additional facts revealed through subsequent

inquiry and investigation. Subject to this Preliminary Statement, Plaintiffs makes the following general objections.

The Responses to Requests for Admission 40 through 45 and 47 through 51 are made on behalf of Uber. The Responses to Requests for Admission 76 through 82 are made on behalf of FedEx.

## SUPPLEMENTAL GENERAL OBJECTIONS

1. Uber and FedEx incorporate all general objections stated in Uber's initial Responses and Objections to the Chiropractor Defendants' First Set of Requests for Admission.

## SUPPLEMENTAL SPECIFIC RESPONSES AND OBJECTIONS

**Request 40: Admit that Dr. Epstein evaluated Claimant D on October 31, 2024.**

RESPONSE: Uber admits that Dr. Epstein's report with the Bates number Uber_00122041 lists "10/31/24" as the "Date of Evaluation." Uber otherwise cannot admit or deny this request because it lacks sufficient information to do so. Uber reserves its rights to supplement this response pursuant to Rule 26(e).

**Request 41: Admit that Dr. Epstein is an expert for the purpose of opining on the reasonableness and necessity of the treatment provided to Claimant D for injuries she claims to have sustained in an auto accident which occurred on July 23, 2023.**

RESPONSE: Uber objects to this Request for Admission as it calls for a legal conclusion.

**Request 42: Admit that Dr. Epstein was specifically tasked with identifying whether any treatment, diagnoses, and causation opinion reflected by PSA's records were unreasonable and/or unnecessary.**

RESPONSE: Denied.

**Request 43: Admit that the costs associated with Dr. Epstein's work concerning Claimant D is a damage you seek in this case.**

RESPONSE: Admit.

**Request 44: Admit that the opinions expressed by Dr. Epstein concerning Claimant D were accurate.**

RESPONSE: Uber admits that the statement that Claimant D "has not sustained any permanent injury as a result of the incident" and "does not require any further treatment" appear in Dr. Epstein's report with the Bates number Uber_00122041. Otherwise, Uber cannot admit or deny this request because it lacks sufficient information and expertise to do so. Uber reserves its rights to supplement this response pursuant to Rule 26(e).

**Request 45: Admit that Dr. Epstein reviewed the PSA records related to Claimant D which span July 26, 2023, through May 14, 2024.**

RESPONSE: Uber admits that Dr. Epstein's report with the Bates number Uber_00122041 lists "Philadelphia Spine Associates - Chiropractic - 7/26/23 - 5/14/24" as part of a list of "records" that "add the following elucidating information." Otherwise, Uber cannot admit or deny this request because it lacks sufficient information to do so. Uber reserves its rights to supplement this response pursuant to Rule 26(e).

**Request 47: Admit that Dr. Epstein identified PSA's records as indicating Claimant D had suffered a lumbar sprain in the auto accident of July 23, 2023.**

RESPONSE: Uber admits that Dr. Epstein's report with the Bates number Uber_00122041 states that "Diagnoses referenced by Dr. Piccillo were cervical sprain, thoracic strain, and lumbar sprain." Otherwise denied.

**Request 48: Admit Dr. Epstein agreed Claimant D suffered a lumbar sprain in the accident.**

RESPONSE: Denied.

**Request 49: Admit that Dr. Epstein opined that PSA's treatment of Claimant D was reasonable and appropriate.**

RESPONSE: Uber admits that Dr. Epstein's report with the Bates number Uber_00122041 states "[t]he chiropractor records indicate that she had received chiropractic are primarily from July through October 2023. That treatment was reasonable and appropriate." Otherwise, Uber cannot admit or deny this request because it lacks sufficient information to do so. Uber reserves its rights to supplement this response pursuant to Rule 26(e).

**Request 50: Admit that Dr. Epstein opined the October 2023 lumbar MRI of Claimant D was reasonable to have been ordered.**

RESPONSE: Uber admits that Dr. Epstein's report with the Bates number Uber_00122041 states "[t]he MRI of the lumbar spine done in October 2023 was reasonable to have been ordered." Otherwise, Uber cannot admit or deny this request because it lacks sufficient information to do so. Uber reserves its rights to supplement this response pursuant to Rule 26(e).

**Request 51: Admit that Dr. Epstein's report concerning Claimant D was in Plaintiffs' possession or available to Plaintiffs before Plaintiffs filed suit in this case.**

RESPONSE: Uber admits that its defense counsel received Dr. Epstein's report with the Bates number Uber_00122041 in or about November 2024.

**Request 76: Admit that an IME concerning Claimant U was performed by Joseph Bernstein, M.D., M.S. on December 23, 2025.**

RESPONSE: FedEx admits that Dr. Bernstein's report with the Bates number FedEx_00021500 states "I had the opportunity to evaluate Mr. Donald Major on December 23, 2025." FedEx otherwise cannot admit or deny this request because it lacks sufficient information to do so. FedEx reserves its rights supplement this response pursuant to Rule 26(e).

**Request 77: Admit that Dr. Bernstein issued a report of his IME of Claimant U dated January 15, 2026.**

RESPONSE: FedEx admits that Dr. Bernstein's report with the Bates number FedEx_00021500 is dated January 15, 2026. FedEx otherwise cannot admit or deny this request because it lacks sufficient information to do so. FedEx reserves its rights supplement this response pursuant to Rule 26(e).

**Request 78: Admit that Dr. Bernstein is a medical doctor whom Plaintiffs acknowledge is an expert for the purpose of opining on the reasonableness and necessity of the treatment provided to Claimant U for injuries she claims to have sustained in the motor vehicle accident which occurred on February 15, 2024.**

RESPONSE: FedEx objects to this Request for Admission as it calls for a legal conclusion.

**Request 79: Admit that Dr. Bernstein's opinions expressed in his report concerning the treatment provided to Claimant U were accurate.**

RESPONSE: FedEx admits that the statements that "there is no objective evidence of a traumatic injury seen" regarding Claimant U, and that "[t]here are no diagnoses from the incident in question in need of further care" appear in Dr. Bernstein's report with the Bates number FedEx_00021500. FedEx otherwise denies the Request. Dr. Bernstein's opinions were based on the information made available to him at that time and did not account for evidence subsequently developed in this action. Accordingly, the Request is denied. FedEx reserves its rights supplement this response pursuant to Rule 26(e).

**Request 80: Admit that Dr. Bernstein was specifically tasked with identifying whether any treatment, diagnoses, and causation opinion reflected by PSA's records were unreasonable and/or unnecessary.**

RESPONSE: Denied.

**Request 81: Admit that the costs associated with Dr. Bernstein's work concerning Claimant U is a damage you seek in this case.**

RESPONSE: Admitted.

**Request 82: Admit that Plaintiffs had Dr. Bernstein's report in their possession and/or available to them before suing PSA in this action.**

RESPONSE: FedEx admits that its defense counsel received Dr. Bernstein's report with the Bates number FedEx_00021500 in or about January 2026.

Dated: August 18, 2026

**ROHN KURLAND, P.C.**

By: /s/ Amy Kurland
Amy Kurland, Bar No. 37419
AKurland@rohnkurland.com
1700 Market St, Suite 1005
Philadelphia, PA 19103
Telephone: +1.215.770.0320
Facsimile: +1.215.717.9697

**PERKINS COIE LLP**

David W. T. Daniels
DDaniels@perkinscoie.com
Sydney Veatch
SVeatch@perkinscoie.com
Michael J. Wadden
MWadden@perkinscoie.com
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

David B. Massey
DMassey@perkinscoie.com
Jacob J. Taber
JTaber@perkinscoie.com
William Wilder
WWilder@perkinscoie.com
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: +1.212.262.6900
Facsimile: +1.212.977.1649

Michael R. Huston
MHuston@perkinscoie.com
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone: +1.602.351.8000
Facsimile: +1.602.648.7000

*Attorneys for Plaintiffs Uber Technologies, Inc. and Federal Express Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that I served this document on all counsel of record in the above-captioned matter via email on August 18, 2026.

Dated: August 18, 2026

**PERKINS COIE LLP**

By: */s/ William Wilder*
William Wilder
WWilder@perkinscoie.com
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: +1.212.262.6900
Facsimile: +1.212.977.1649
*Counsel for Plaintiffs Uber Technologies, Inc. and Federal Express Corporation*