**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UBER TECHNOLOGIES, INC.,

v.

MARC SIMON, et. al.

CASE NO. 2:25-CV-05365

# DECLARATION OF ANDREW P. BARATTA

1. I am a partner in at Baratta Law, LLC, counsel for Defendants Philadelphia Spine Associates, LLC, Daniel Piccillo, D.C., and Ethel Harvey, D.C. (collectively "PSA").
2. I submit this Declaration in support of PSA's Motion to Compel amended responses to PSA's Requests for Admission directed to Plaintiffs.
3. Attached hereto as Exhibit 1 is an authentic copy of the Requests for Admission directed to Plaintiffs on May 20, 2026.
4. Attached hereto as Exhibit 2 is an authentic copy of the Responses of Plaintiff Uber Technologies PSA's Requests for Admission dated June 22, 2026.
5. Attached hereto as Exhibit 3 is an authentic copy of the Responses of Plaintiff Federal Express to PSA's Requests for Admission dated June 22, 2026.
6. Attached hereto as Exhibit 4 is an authentic copy of PSA's counsel's letter dated June 26, 2026, to Plaintiffs' counsel outlining the deficiencies in Plaintiffs' Responses to Requests for Admission.
7. Attached hereto as Exhibit 5 is an authentic copy of Plaintiffs' counsel's letter dated July 17, 2026, responding to PSA's counsel's letter.
8. Attached hereto as Exhibit 6 is an authentic copy of PSA's counsel's letter dated July 22, 2026, to Plaintiffs' counsel responding to the arguments of counsel's July 17 letter and

attaching the 12 Independent Medical Examination reports concerning the 9 PSA patients described in the Amended Complaint and referenced in PSA's Requests for Admission.

9. Attached hereto as Exhibit 7 is an authentic copy of the Independent Medical Examination report of Douglas Sutton, M.D. concerning Claimant A.

10. Attached hereto as Exhibit 8 is an authentic copy of the Independent Medical Examination report of Joseph Bernstein, MD concerning Claimant B.

11. Attached hereto as Exhibit 9 is an authentic copy of the Independent Medical Examination report of Scott Epstein, MD concerning Claimant D.

12. Attached hereto as Exhibit 10 is an authentic copy of the Independent Medical Examination report of Michael Murray, MD concerning Claimant E.

13. Attached hereto as Exhibit 11 is an authentic copy of the Independent Medical Examination report of Michael Murray, MD concerning Claimant Q.

14. Attached hereto as Exhibit 12 is an authentic copy of the Independent Medical Examination report of Joseph Bernstein, MD concerning Claimant U.

15. Attached hereto as Exhibit 13 is an authentic copy of the Independent Medical Examination report of Stuart Trager, MD concerning Claimant EE.

16. Attached hereto as Exhibit 14 is an authentic copy of the Independent Medical Examination report of Joseph Lubeck, D.O. concerning Claimant EE.

17. Attached hereto as Exhibit 15 is an authentic copy of the Pennsylvania Act VI Peer Review report of Gilbert Leadbitter, DC concerning Claimant EE related to her treatment at PSA for injuries sustained in her automobile crash described in the Amended Complaint.

18. Attached hereto as Exhibit 16 is an authentic copy of the Independent Medical Examination report of Marc Manzione, MD concerning Claimant FF.

19. Attached hereto as Exhibit 17 is an authentic copy of the Independent Medical Examination report of Gregory Pharo, DO concerning Claimant GG.
20. In addition to the exchange of letters attached hereto as Exhibits 4, 5 & 6, Plaintiffs' and PSA's counsel met and conferred regarding the Requests for Admission on July 2 and July 29, 2026. Attached hereto as Exhibit 18 is an authentic copy of Plaintiffs' counsel's email of July 29 stating Uber's position as to the RFAs.
21. Attached hereto as Exhibit 19 is an authentic copy of the Pretrial Memorandum submitted by Uber's counsel in matter of Bahijah Johnson v. Uber Technologies, Inc., et. al. identifying and attaching the IME report of Scott Epstein, MD, characterizing Epstein as Defendants' "joint expert" and offering the opinions contained in his report as evidence supporting Uber's defenses.
22. Attached hereto as Exhibit 20 is an authentic copy of the entry of appearance of Kerven Moon, Esquire as counsel for Fed Ex in the matter of Donald Major, et. al. v. Federal Express.
23. Attached as Exhibit 21 is the July 3, 2025, litigation outline of Claimant A's lawsuit produced by Uber at Uber_00143371-0014372.
24. Attached as Exhibit 22 are the trial strategy discussions between Farmers and Uber's litigation claims associates regarding the cases of Claimant N and another Simon client in which Uber and Farmers identify Dr. Sutton as an orthopedic expert whose opinions they accept as accurate.
25. Attached as Exhibit 23 is the discussion between Farmers' and Uber's litigation associates concerning litigation strategy in Claimant B's case specifically referencing the IME report of Dr. Bernstein.

26. Attached hereto as Exhibit 24 is an authentic copy of the discussion between Farmers' Litigation Claims representative and Uber's Litigation Claims representative detailing the litigation action plan in the case of Claimant E, including the intent to secure an IME.
27. Attached hereto as Exhibit 25 is an authentic copy of the discussion between Uber and Farmers' litigation claims representatives concerning the intent to secure an IME of Claimant Q by Dr. Murray.
28. Attached hereto as Exhibit 26 is an authentic copy of Uber's Responses to the PSA Parties' Requests for Production of Documents.
29. Attached hereto as Exhibit 27 is an authentic copy of Fed Ex's Responses to the PSA Parties' Requests for Production of Documents.
30. Attached hereto as Exhibit 28 is the Pretrial Memorandum submitted by Uber's counsel in the matter of Jonathan Jefferson v. Uber Technologies, et. al. in which Uber's counsel identified Dr. Michael Murray as Uber's expert "who was retained to perform an IME, [and] reviewed [Claimant E's] medical records including the MRI images."
31. Attached hereto as Exhibit 29 is Uber and Fed Ex's Supplemental Responses and Objections to the PSA parties' requests for admission number 41-51 and 76-82.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Huntingdon Valley, Pa. on August 18, 2026

*/s/ Andrew P. Baratta*

Andrew P. Baratta