**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UBER TECHNOLOGIES, INC.,

CASE NO. 2:25-CV-05365

v.

MARC SIMON, et. al.

**ORDER**

**AND NOW**, this ___day of __________, 2026, upon consideration of the Motion by Defendants Philadelphia Spine Associates, Daniel Piccillo, D.C., and Ethel Harvey, D.C., to Compel Amended Responses to Requests for Admission, it is hereby ORDERED that said Motion is GRANTED.

Within 5 days of this Order, Plaintiff Uber Technologies shall serve amended responses to Requests for Admission number 2-9, 11, 12, 14-22, 24-29, 31-34, 36-37, 39-45, 47-51, 53-60, 62, 64-68, 85-87, 89, 91-96, 98, 100-104, 106-112, 116-118, 120-122, 130-132, 134-150, 166-175, 181, 187-189. Plaintiff Federal Express shall serve amended responses to Requests for Admission 76-82.

Plaintiffs amended responses shall consist of specific admissions or denials or detailed statements explaining, after reasonable inquiry, why they cannot admit or deny and what inquiry was undertaken.

Alternatively, if amended responses are not served by the deadline or remain non-compliant, the Requests for Admission identified in the Motion shall be DEEMED ADMITTED.

BY THE COURT:

_______________________
Hon. Mark A. Kearney