# Exhibit "13"

# EXHIBIT E-1

STUART L. TRAGER, M.D.
American Board of Orthopedic Surgery

Land Title Building
100 South Broad Street
Suite 630
Philadelphia, PA 19102
Telephone: (215) 231-9400
Fax: (215) 231-9403

---

August 10, 2022

Grace Slocum, Esquire
Law Office of Sue Ann Eckell
1515 Market Street, Suite 1910
Philadelphia, PA 19102

Re: Claimant: [redacted]
Claim No: 0630357750101026
DOI: 04/08/21
PCI File No: 201103

Dear Ms. Slocum:

As per your request, I had the opportunity to perform an Independent Medical Examination on [redacted] on August 10, 2022. At the time of the evaluation, a thorough history and physical examination was carried out. Additionally, a review of the provided medical records was completed. It should be noted that the purpose of this examination was for evaluation only and no treatment was offered or rendered.

**BRIEF HISTORY:**

The examinee reports being a 31-year-old female involved in a rear-end collision in April of 2021. She reports that she was driving when struck in the rear. She went to the hospital at 34th and Spruce Street, where she was examined. She was having trouble bending and felt her hand was numb on the right. She had x-rays taken and was told she had no fracture. She was told that she had a sprained hand. She next treated with her primary care doctor in Darby at Mercy Health, who sent her to physical therapy for six months. She also saw her chiropractor, who performed injections, and another doctor who performed some type of imaging in a "tunnel," who told her she had a "messed up spleen." She also treated at Philadelphia Spine Associates for therapy and massage, and they did "zaps" on her hand.

**CHIEF COMPLAINT:**

At this time, the examinee reports her right hand gets "numb during the day" and feels "tight." She reports that the numbness involves her entire hand, dorsally and volarly including thumb, index, long, ring, and small fingers. She also describes some central low back pain, which radiates from the top of her "butt" to her mid back.

**PAST MEDICAL HISTORY:**

The examinee denies heart, lung, liver, or kidney disease. She denies diabetes, hypertension, thyroid disease, or rheumatoid arthritis.

**CURRENT MEDICATIONS:**

Her current medications include medications for depression and a "mood disorder" that she has been on since she was 12 years of age.

**PAST TRAUMA HISTORY:**

Negative.

**PAST SURGICAL HISTORY:**

Her past surgical history is positive only for gallstones being removed by her account.

**WORK HISTORY:**

The examinee is not currently working. She was working "with kids." She was working for Educational Works for Kids Company. She went back to work about a week and a half after the accident for one week, but then stopped, as she was afraid her back would be giving out. She started in the program at the rec center sometime in 2019 or 2020. Before that, she was working for Delta-T Group with kids.

**CURRENT TREATMENT:**

None. Her last treatment was three months ago at Philadelphia Spine when she was apparently released.

**REVIEW OF MEDICAL RECORDS:**

Medical records made available for review include the following:

Hospital at University of Pennsylvania, emergency department records dated April 9, 2021, describing, "A 30-year-old female with past medical history of asthma and depression who presents to ED with complaints of hand pain status post motor vehicle collision. States she was restrained driver traveling at low speed 26th and Penrose yesterday when the car in front of her stopped, she stopped and the car behind her rear ended her, causing her to strike the car in front of her." Did not strike her head. No loss of consciousness. Right arm and shoulder did hit the steering wheel. She went home after the accident. She was shook up. States last night and this morning, she is feeling sore in her back, right hand is painful and numb. She states the numbness is worse with activity. On physical examination, "Noted to be sitting up in chair, NAD, playing with her hair with both hands." The examination of the right hand demonstrated normal strength, normal sensation, normal capillary refill. Tenderness and bony tenderness to the dorsal aspect of the fourth and fifth digits present. The back demonstrated thoracic tenderness, mild left-sided paravertebral muscle present. No bony tenderness. Lumbar: No bony

TO: Grace Slocum, Esquire
RE: [redacted]
PAGE: 3

tenderness. Cervical back with full passive range of motion without pain. Normal range of motion. Neck supple. No spinous process tenderness or muscular tenderness. Impression was motor vehicle accident with hand pain/sprain. Follow up with primary care provider in two weeks.

Imaging report from University of Pennsylvania Hospital of the hand describes normal hand x-rays without fracture present. "No acute radiographic osseous abnormality. Joints are preserved."

Next are records from Philadelphia Spine Associates, Daniel Piccollo, DC, from April 20, 2021, apparently through December 20, 2021, describing initial presentation with pain in the axial spine, right hand and wrist. Assessment was of spinal vertebral subluxation, entire spine necessitating chiropractic adjusting at those levels. The plan was for treatment three times per week.

Treatment continues through October and November of 2021, with final visit apparently December 20, 2021.

In a review of chiropractic treatment performed by Leadbitter Spine and Sports, treatment consisted of chiropractic adjustments, ultrasound, mechanical traction, infrared therapy, electrical muscle stimulation, massage therapy with treatment directed at sprain of ligaments of cervical spine, sprain muscle and tendon of back, wall of thorax, sprain of ligaments of lumbar spine, sprain of unspecified part of right wrist and hand, unspecified neuralgia and neuritis. Treatment was felt to be reasonable from April 20, 2021 through October 12, 2021, with treatment beyond that point not felt to be indicated, as it was "not supported by the documentation." "Due to the noncompliance by the claimant with the recommended treatment frequency by Dr. Piccollo, I feel that the claimant had reached maximum medical improvement by October 12, 2021.

Next are notes from Christy Menkhaus, PA-C, August 3, 2021, describing evaluation for neck pain, back pain, right hand pain. A 30-year-old female presenting for initial evaluation complaining of neck pain, back pain, right hand and wrist pain. Pain is rated an 8/10 at the wrist. Hand is worse with movement and gripping. Compliant with therapy three times a week with some improvement. MRI of the lumbar spine showed disc bulging L2-L3 and L3-L4. MRI of the cervical spine showed disc protrusions in the upper thorax. On physical examination of the cervical spine, there is a tender facet on the left and tender facet on the right. Tender paraspinal muscles. Tender left lumbar facets. Right wrist brace removed for examination. Assessment was pain in right wrist, intervertebral disc displacement lumbar region, pain in right hand, cervicalgia, cervical strain. A Lidoderm patch was prescribed for the right wrist and an EMG was recommended.

Next is a note from Dr. Gene Levinstein dated August 24, 2021. Referral for electrodiagnostic evaluation including electromyography, evoked potentials and nerve conduction studies. Prolonged distal onset latency of the right median nerve. All remaining nerves were within normal limits. All left versus right sided differences were within normal limits. There was moderate right carpal tunnel. Of note is the absence of any electromyographic abnormalities. No signs of denervation are noted.

Next is a note from Premier Pain and Rehab Center dated September 8, 2021, describing an evaluation. "Complains of lumbar pain which is rated 7/10 to 10/10 on the VAS. The patient has numbness and tingling radiating to the right hand." An MRI of the lumbar spine was reviewed and interpreted by Dr. Joel Swartz with disc bulge at L2-L3 and L3-L4. Physical examination demonstrated lumbar flexion of

85 degrees with pain and lumbar extension 30 degrees with pain. Lumbar facet loading test was positive. Straight leg raise test was positive bilaterally. Motor and reflexes are intact. The impression was low back pain and lumbar dorsopathy with facet syndrome. It was felt to be "medically necessary to perform L4 medial branch nerve block followed by bilateral L4 radiofrequency ablation." The report states that the patient did report 40% improvement for 20 minutes. The decision was then made to proceed with radiofrequency ablation at the same level. Procedure notes describe lumbar medial branch block with fluoroscopy at L4, followed by radiofrequency ablation at L4.

Next is a review from Shaer-Padilla Medical Imaging Consultants. MRI of the cervical spine dated July 13, 2021. Of note, "The cervical spine MRI of July 13, 2021, demonstrates no findings resulting from this accident." Normal vertebral alignment is present. Mild disc degeneration is present C2-C3 through C5-C6. MRI of the lumbar spine performed July 13, 2021, describes "very mild disc degeneration present at each level…L4-L5, slight annular bulge resulting in minimal thecal sac impingement. L5-S1 slight annular bulge without thecal sac or neural impingement. Mild facet degeneration present." L2-L3 and L3-L4 are read as normal. Impression: The lumbar MRI of July 13, 2021, demonstrates slight annular bulge at L4-L5 and L5-S1. Bulging discs were the result of disc degeneration and are unrelated to any single traumatic event including this accident. "It is therefore my opinion within a reasonable degree of medical certainty that there is no imaging evidence of injuries as a result of the accident of April 8, 2021.

I have also reviewed a report addressed to Attorney Simon dated May 9, 2022, from Lance Yarus describing, "She hit her right arm and shoulder on the steering wheel. She did not suffer loss of consciousness. She complained of back soreness, right hand pain with numbness, numbness with increased activities." Chief complaint states neck pain and low back pain, radiating pain to the right hand to the fingertips. Dr. Yarus performs a physical examination and reports under "Neck" that range of motion is intact in the extremes of motion. Tenderness, spasm, and hypertonicity. Cord formation in upper and lower segments of the trapezius. Adson's, Spurling's compression, Valsalva, and Lhermitte's signs all negative. Facet loading negative. Reflexes were 1/3 for biceps and triceps. Brachial radialis 2/3 and symmetric bilaterally. Dermatomal pattern deficits. Lumbar spine: Sitting, root, and straight leg raising signs positive bilaterally. Reflex testing +3/3 to right Achilles, 1/3 left Achilles. Right patella 3/3 and left patella 1/3. Under gait pattern, it states not able to heel and toe walk. Dermatomal pattern deficits at L3-L4, L4-L5, and L5-S1, left greater than right. Under extremity examination, the right upper extremity demonstrates positive Tinel's at the median nerve. Positive Phalen's and reverse Phalen's. Records were reviewed. Conclusions describe cervical strain/sprain, lumbar strain/sprain with myositis, somatic and segmental dysfunction of lumbar and cervical spines, L2-L3 left disc bulge protrusion, L3-L4 disc bulge protrusion, lumbar dorsopathy, lumbar facet disease, lumbar discopathy, and facetogenic pain generators at L2-L3 and L3-L4. Chronic pain secondary to subject incident sustained April 8, 2021. Cervical radiculitis, radiculopathy, clinical right upper extremity posttraumatic right carpal tunnel syndrome. "There is permanency to the injuries that Ms. [redacted] sustained inclusive of the lumbar spine, right wrist and hand." Further care was felt to include MRI every other year for an additional five years at minimum, chiropractic annually, additional procedures including rhizotomy at L2-L3 and L3-L4, one per year for the next five years, possible surgical intervention including discectomies at L2-L3 and L3-L4, chiropractic 6 to 12 sessions annually, one hour per session for a period of 8 to 10 weeks, fusion and stabilization procedures for the right hand. "It is my opinion in the next five years that Ms. [redacted] will undergo carpal tunnel release with tenosynovectomies of the flexor tendons and antebrachial fascia release", as well as therapy.

Finally, I have reviewed a Pro-Medica medical cost approximation document, as well as multiple legal documents.

**PHYSICAL EXAMINATION:**

On physical examination at this time, Ms. [redacted] is in no acute distress. She presented wearing a volar wrist splint on the right. This is removed for examination. There is no soft tissue swelling appreciated. There is no muscle wasting identified. The hands are normal in color and temperature.

The examinee appears her stated height of 5 feet 6 inches, weight 249 pounds. She is wearing a lumbar corset. Her gait is non-antalgic. She can forward flex within 16 inches of the floor and extend her thoracolumbar spine to 30 degrees. Cervical spine demonstrates chin to chest flexion, 45 degrees extension. There is no pain with cervical range of motion. Tinel's testing is positive at the right carpal tunnel and is negative at all other locations including the cubital tunnel, supra and infraclavicular regions on the right. It is negative at the left carpal tunnel, cubital tunnel, supra and infraclavicular regions on the left. Both wrists demonstrated 60 degrees dorsiflexion and symmetric, 50 degrees volar flexion.

Jamar grip on the two, three, and four settings on the right measured 15, 20, and 20. On the left, the measurements are 55, 45, and 35. Two-point discrimination is abnormal in all digits on the right in a non-physiologic pattern measuring greater than 15 mm for the thumb, index, long, ring, and small fingers. The wiggle test is abnormal in all digits on the right including the thumb, index, long, ring and small fingers, while it is normal on the left. Abductor pollicis brevis strength is 5/5. Ulnar intrinsic strength is 5/5. Phalen's is equivocal, as the examinee describes constant numbness in all digits on the right. It is negative on the left. Durkin's compression similarly is equivocal with constant numbness reported in all digits on the right, negative on the left. Finkelstein's is negative bilaterally. CMC grind is negative bilaterally. The wrist is nontender to palpation. There is no tenderness noted on palpation of the A1 pulley. There is no triggering noted. The examinee can flex her fingertips to the palm. Shoulders demonstrate 130 degrees forward flexion and abduction bilaterally. Elbows demonstrate full range of motion. Again, there is no muscle wasting noted. There is no localized tenderness noted. Sitting as well as supine straight leg raise is negative. Biceps reflexes are 1/2, triceps 1/2, and brachial radialis reflexes 1/2, all symmetric bilaterally. Patellar reflexes are 1/2 and symmetric bilaterally. Again, sitting and supine straight leg raise is negative bilaterally.

**COMMENTS AND CONCLUSIONS:**

The examinee is a 5 feet 6 inch tall, 249 pound female who was involved in a motor vehicle accident with reported trauma to her arms, hitting her "right arm and shoulder on the steering wheel." While she was noted in the emergency department to have some tenderness the day after the accident over the dorsum of the ring and small fingers, radiographs have been completed and are normal. At this time, while the individual has continued to complain of subjective decreased sensibility throughout her entire right hand in a gloved distribution, there are multiple non-physiologic signs on examination today including abnormal two-point discrimination in a non-physiologic pattern (glove type distribution) involving both median and ulnar nerve distributions, as well as non-physiologic once/twice and wiggle proprioception tests for all digits on the right hand. At this time, her Jamar grip strength follows a non-physiologic curve with a very poor and deliberate effort noted with attempted rapid exchange. While

TO: Grace Slocum, Esquire
RE: [redacted]
PAGE: 6

there is electrodiagnostic evidence of median nerve slowing by report, based upon the non-physiologic findings of examination, I do not believe it is possible to conclude that this individual does at this time have clinical carpal tunnel syndrome. Rather, I suspect a significant component of symptom magnification regarding her right upper extremity. While it is possible that if in fact trauma did occur to the right hand, carpal tunnel syndrome may occur, in light of the markedly non-physiologic findings noted, I believe this is unlikely at this juncture. Regardless of this, carpal tunnel syndrome is a treatable condition and would not be expected absent any electrodiagnostic evidence of denervation, to result in any permanency. The diagnoses based upon the multiple non-physiologic findings at this time would appear to be based upon a single electrodiagnostic evaluation. While this individual may have had a contusion to her right hand, I do not believe it is possible at this time to conclude that she developed traumatic carpal tunnel syndrome. I do not believe this individual has obtained a serious impairment of bodily function as a result of the accident of April 8, 2021 regarding her right upper extremity. With regard to the right upper extremity, to the extent that this individual has only had a trial of splinting, this would be considered reasonable, although there is no clinical indication for chiropractic treatment for a diagnosis of possible carpal tunnel syndrome.

All opinions are within a reasonable degree of medical certainty.

Most Sincerely,

Reviewed & Electronically Signed

STUART L. TRAGER, M.D.
American Board of Orthopedic Surgery
Pennsylvania Medical License #: MD-047881-L

SLT/sls