# Exhibit “18”

**Andrew Baratta**

---

| | |
|---|---|
| **From:** | Wilder, Will <will.wilder@ashurstperkins.com> |
| **Sent:** | Wednesday, July 29, 2026 4:40 PM |
| **To:** | Andrew Baratta |
| **Cc:** | Daniels, David; Wadden, Michael; Amy Kurland |
| **Subject:** | Uber's Position on RFAs |

Andy,

I am writing to follow up on our conversation about your Requests for Admission and to restate our position on your potential motion to compel. The IME reports referenced in your RFAs were largely commissioned by counsel for independent drivers in the underlying pattern cases. They are not Uber's documents, and it is our understanding that Uber played no role in their creation. Some of them were not even in our possession until you provided them to us via email. You informed us today for the first time that you received them from Simon & Simon.

Obviously, Uber cannot make admissions or denials about positions taken by experts based on documents that are not our client's documents. That is why we provided the answers we did in the RFA responses. As we said during the meet and confer, we are happy to cooperate with you to authenticate these documents through discovery, possibly through a joint subpoena to Farmers Insurance and counsel for the independent drivers, or otherwise get the opinion evidence you appear to be seeking.

If you instead proceed with a motion to compel on the Requests for Admission, please attach this email or accurately state our position as described.

Thanks,
Will

**Will Wilder**
Associate

D: +1 332 238 2747

**Ashurst Perkins Coie**
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.