# Exhibit “22”

# #256527309 Pennsylvania - Litigation Event (Trial 9/8/25) - Claim # 7006499963-1 | Incident # 2630553

| Submitted | Received via | Requester |
|---|---|---|
| August 29, 2025 at 7:29 AM | Mail | Kyle Wegner <kyle.wegner@farmersinsurance.com> |

| Status category | Ticket status | Type | Group | Assignee |
|---|---|---|---|---|
| Solved | Solved | Incident | Special Investigations Team | Heather Hughes |

| City (RDS) | Region | Issue Type | User Type (RDS) | Level |
|---|---|---|---|---|
| Philadelphia - 20 | USA::East | Claims::Claim Inquiry (9323) | Claims::Uber Insurance Partner | Level 1 |

| Agent Replies | Claim Type | Language | Sentiment confidence |
|---|---|---|---|
| 1 | Existing Claim | English | High |

| Intent | Intent confidence | Language confidence |
|---|---|---|
| Insurance::Claim::New insurance claim submission | Low | High |

| Sentiment |
|---|
| Neutral |

**Kyle Wegner** August 29, 2025 at 7:29 AM

Summary: Litigation Event – Trial dates have been finalized in the Phila Pool; Jury selection begins on 9/5/25, with the trial to begin/start on 9/8/25

- We will provide further updates after Voir Dire and daily Trial reports.

**Exposures:**
Dajuan Samuel, Bodily Injury - $100K open

**Additional Info as applicable:**

- **Case in litigation -** yes
- **Bifurcated Claim -** Yes, 7007496974-1 – Katie Makelele; dismissed/closed
- **Companion claim -** no

| | |
|---|---|
| **DOL** | **8/27/2022** |
| **Report Date** | **8/28/2022** |
| **Policy/Period/Coverage-Limit** | **0606715, P3, BI, $1M CSL** |
| **Injured Party - Attorney** | **Dajuan Samuel, Voula Paraskevoula** |
| **Loss County, State** | **Philadelphia, PA** |
| **Independent Driver** | **Leroy Harris** |

**Facts:**

- ID was making U-turn on Broad Street, was half way into turn when CV pulled from parked position and struck pass side of IDV
- CVD states travelling SB on Broad street when IDV made sudden U-turn in front of them
- PD report – unfavorable to ID
- Defense counsel believes we have strong Liability argument
    - Video of loss obtained – overall, we see as highly favorable to ID, though ID is making U-turn, Plaintiff is seen pulling forward from a stop on side of street when IDV is in middle of

turn and directly in front of plaintiff vehicle.
        - Video also shows minor nature of the actual impact/collision
    - Thus – good potential for 50/50 liability
    - PA is Modified Comparative – thus each party owes damages at 50% or greater negligence.
- Damages – Minor/moderate

**Injury Info:**

- CVD – Dajuan Samuel, male age 26.
- Injury: Knee, Arm, Back and Shoulder injuries alleged
- Treatment:
    - No Amb or ED
    - Excel PT from 8/29/23 to 12/26/23 – 19 visits
    - Open MRI 9/28/23
        - Left Shoulder – no abnormality
        - Lumbar – L5-S1 herniation
    - L5 MBB and RFA – Premier Pain/Dr. Burt , 10/12/23
    - LCP - $363,166; 5/8/24 – Kathleen Hartmann, RN
- ISO; subsequent MVA noted 11/16/23 – injured neck and right shoulder, not low back.
- LOE: none
- Incurred Medical: no boardable amount.

**New information:**

- Plaintiff Depo – last treatment obtained was Dec '23. Can't perform ADL's. Called attorney after MVA – they referred him to Simon/Simon whom set up treatment for injection/RFA. Has no appointments scheduled.
- Defense Expert; Dr. Shaer 9/4/24; reviewed MRI's of Cervical, Lumbar and Left Shoulder which confirm no imaging evidence of injury. L5-S1 Herniation is pre-existing.
- Defense Expert; Dr. Sutton 3/27/25; opines resolved thoracolumbar sprain/strain, left shoulder strain and contusion of right knee. Injection and RFA were not medical necessary. Refutes need for future treatment and costs.
- Defense recommendations/values;
    - Plaintiff prevails - $150,000 - $200,000
    - Average outcome - $100,000 – $150,000
    - Defense prevails - $75,000 - $100,000
- Trial Authority granted;
    - we recommend trial/jury feedback considering this is a Simon/Simon case – known for pushing cases to eve of trial, trying to bolster value with strategic and unwarranted Life Care Plans, and then attempting to settle/compromise at either jury selection or day that trial is scheduled to begin.
    - Based on our investigation to date and recent trial outcomes – we feel this is another good case to push to jury verdict.

**Additional Suit Information:** n/a
**Is Uber/Rasier/Portier named:** Yes/Dismissed

**Case Caption:** Dajuan Samuel vs Leroy Harris, PV Holding Corp, Raiser, et al
**Court:** Court of Common Pleas
**Location:** Philadelphia, PA

**Defense Attorney/Firm**: John Silli – Law Offices of Carolyn M. Angelaccio
**Plaintiff Attorney/Firm**: Voula/Paraskevoula Mamounas – Simon/Simon
**Other Attorneys Involved**: n/a

**Reason for Suit:** Value, Liability

**Is there an allegation of Bad Faith**: No
**Possibility for Excess Exposure**: none seen
**Are punitive damages alleged: no**

**Offer/date:** $25,000 – 7/31/25; offer has expired/been withdrawn
**Demand/date:** $625,000 – 6/24/25

**Closing: If you have any questions, please let me know.**

Kyle Wegner
Tier 3 Claim Owner III- Litigation Representative
Farmers Insurance Exchange - Business Insurance
Commercial Auto Transportation Network Claims Department

Cell: 775-813-1235
Fax: (877) 217-1389
Email: kyle.wegner@farmersinsurance.com

Mailing Address:
PO Box 268994
Oklahoma City,OK 73126

Please be advised that any offers made are contingent upon your client agreeing to confidentiality and non-disparagement regarding this claim. This language is included in the settlement release, which will require signatures from your client.

Proprietary

***** PLEASE NOTE ***** This E-Mail/telefax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail/telefax information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Thank you.*****

---

**Heather Hughes** August 29, 2025 at 9:42 AM

Hello Kyle,

Thank you for the notice. Are you attending the trial or will someone be attending in person?

--
**Heather**
help.uber.com

---

**Heather Hughes** August 29, 2025 at 9:42 AM Internal note

https:/[redacted]

Support software by Zendesk

# #256126415 Pennsylvania - Reserve notice less than $500k - Claim # 7005864037-1 | Incident # 2412443

| Submitted | Received via | Requester |
|---|---|---|
| November 25, 2024 at 3:49 PM | Mail | Kyle Wegner <kyle.wegner@farmersinsurance.com> |

| Status category | Ticket status | Type | Group | Assignee |
|---|---|---|---|---|
| Solved | Solved | Incident | Claims \| Reserve Notice < $500k | - |

| Issue Type | User Type (RDS) | Level | Claim Type |
|---|---|---|---|
| Claims::Reserve Notice | Claims::Uber Insurance Partner | Level 1 | Existing Claim |

**Kyle Wegner** November 25, 2024 at 3:49 PM

**Summary:** Reserve less than $500k noted – reserve updated to $200k

**Is Case in Litigation:** Yes
**Is Uber/Rasier/Portier named:** Yes
**Defense Attorney/Firm: John Silli, Law Offices of Carolyn M. Angelaccio**
**Plaintiff Attorney/Firm: Charles Williams, Simon & Simon**
**Other Attorneys Involved: no**
**Is case Bifurcated**: Yes, 7007099794-1, Melanie Montoya
**Is there a split companion claim:** No
**Reason for Suit: value**

**Is there an allegation of Bad Faith: no**
**Possibility for Excess Exposure: none**
**Case Caption: Noel Serrano vs NAylan Upperman, RAsier, et al**
**Court: Court of Common Pleas**
**Location: Philadelphia County, PA**

**Offer/date: none**
**Demand/date: none**

**Aggregate Reserves/Indemnity:**
**Noel Serrano, Bodily Injury - $200,000 open**

| | |
|---|---|
| **Escalation Level** | 0 |
| **DOL** | 3/25/2023 |
| **FNOL** | 3/27/2023 |
| **Incident Case #** | 2412443 |
| **Farmers Claim #** | 7005864037-1 |
| **Policy #** | 0606715809 |
| **Period & Coverage Type** | P2, BI |
| **Injured Party & Attorney** | Noel Serrano, Simon/Simon |
| **Policy Limits** | $1M CSL |
| **Reserve:** | $200,000 |
| **County, Loss State** | Philadelphia, PA |
| **Independent Driver** | Naylan Upperman |

**Facts:**

- ID stopped at flashing red light. Proceeded forward and was struck by CV.
  - ID never saw CV, thus likely 100% negligent
- Plaintiff had flashing yellow – thus has duty to proceed with caution.

- Damages – Moderate
- Defense counsel believes we have liability defense due to potential excessive speeding on plaintiff – noted they left 10 feet of skid marks.

**Injury Info:**

- CVD – Noel Serrano, Male age 37. Occupation – Unemployed
  - Prior conviction for Burglary 10yr ago, served 7 years – Allentown, PA
  - Full Tort
- Injury: Cervical and Lumbar S/S, Left hand, Left knee
- Treatment: no Amb/ED. F/u with MD, refer to PT (3/27/23 to 8/7/23), MRI ( Cervical – bulge; Lumbar – protrusion L4-5, L5-S1; Thoracic – protrusions T5-6, bulge), Premier Pain – MBB L5, RFA L5, Lumbar ESI.
- LOE: none
- Incurred Medical: $24,190
- Future: $1,065.926 for conservative care and $57,390 for surgical Care – recommendations by Dr. Lee and projection from Dr. Maryanne Cline, RN.
- We have rebuttal expert reports from Dr. Shaer (Radiologist) and Dr. Sutton (Ortho) refuting the future tx recommendations – they opine no evidence for injury from review of MRI films and that plaintiff simply sustained CTL Sprain/Strains.

**Action Plan:**

- Mediation held today 11/25/24 – agreed to resolve case at $200k with all involved parties
- Pending signed release, dismissal to finalize case.

Kyle Wegner
Tier 3 Claim Owner III- Litigation Representative
Farmers Insurance Exchange - Business Insurance
Commercial Auto Transportation Network Claims Department

Cell: 775-813-1235
Fax: (877) 217-1389
Email: kyle.wegner@farmersinsurance.com

Mailing Address:
PO Box 268994
Oklahoma City,OK 73126

Please be advised that any offers made are contingent upon your client agreeing to confidentiality and non-disparagement regarding this claim. This language is included in the settlement release, which will require signatures from your client.

Proprietary

---

***** PLEASE NOTE ***** This E-Mail/telefax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail/telefax information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Thank you.*****

To unsubscribe from this group and stop receiving emails from it, send an email to claimsar+unsubscribe@uber.com.

Support software by Zendesk