# Exhibit “25”

# #255798325 Subject: Pennsylvania – Litigation Event Notice – Claim #7005327831-1 | Incident #2247534

| Submitted | Received via | Requester |
|---|---|---|
| April 4, 2024 at 8:08 AM | Mail | Kevin Zudycki <kevin.zudycki@farmersinsurance.com> |

| Status category | Ticket status | Type | Group | Assignee |
|---|---|---|---|---|
| Solved | Solved | Incident | Special Investigations Team | Heather Hughes |

| City (RDS) | Region | Issue Type | User Type (RDS) | Level |
|---|---|---|---|---|
| Philadelphia - 20 | USA::East | Claims::Claim Inquiry (9323) | Claims::Uber Insurance Partner | Level 1 |

| Claim Type |
|---|
| Existing Claim |

**Kevin Zudycki** April 4, 2024 at 8:08 AM

**Hello,**

**Summary:** Litigation Event – Trial date 10/7/24

**DOL**: 11/13/2022
**FNOL**: 11/18/2022
**Period, Coverage Type, and Limits:** P3, BI, $1M CSL
**Independent Driver**: Jarron Davidheiser

**Defense Attorney/Firm:** Greg Mallon with Zarwin, Baum, Devito, Kaplan, Schaer & Toddy, PC
**Plaintiff Attorney/Firm**: Megan Baglivo with Simon & Simon
**Other Attorneys Involved:** N/A

**Is Uber/Rasier/Portier named:** Yes
**Is case Bifurcated**: Yes – Michael Diehl - 7006593209-1
**Is there a split companion claim:** No

**Reason for Suit:** blind suit
**Is there an allegation of Bad Faith:** No
**Possibility for Excess Exposure:** No
**Are punitive damages alleged:** No

**Case Caption**: Ericka Adams vs. Jarron Davidheiser, Rasier, LLC, UTI and Portier, LLC
**Court:** Court of Common Pleas Philadelphia County
**Location:** PA

**Offer/date:** $35,000 - 11/17/2023
**Demand/date:** $1,650,000 – 10/18/2023

**Aggregate Reserves/Indemnity:**
-Erika Adams – BI - $75,000 (OPEN) List of Exposures (not including 1st party vehicle comp/coll)
-Roberto Godines Escobed – PD - $3,156.14 (CLOSED)
**Total Aggregate: $78,156.14**

**Facts:**

- The accident happened on Schuylkill Expy north of W Girard Ave., Philadelphia, PA. I/D was on the Far right lane and saw a vehicle Infront of him, a few seconds later the vehicle Infront slammed on

his breaks. I/D motions sensors notified him and I/D tried to swerve to the right but still collided with CV on the passenger side bumper. Liability is 100% adverse to I/D for following too closely and improper lookout.

**Injury Info:**

- Erica Adams, 8/12/89
- Injury Details: c/o head and right sided lateral neck pain, denies loc, denies numbness and tingling, MBB at L5 followed by L5 RFA. MBB administered to bilateral L5, RFA of Medial branch nerve bilaterally at L5.
- LOE: none
- Incurred Medical: $10,796.75
- Alleged Futures: The Verity Group
  -10/5/23 – Conservative Care : $653,774 (ortho, diagnostics, chiro, injections, RFA x 47.1 years, Surgical Care: $151,457 (Lumbar Discectomy and facetectomy and Fusion L3-S1)

**New information:**

- Received scheduling order
- Defense retained Dr. Murray to opine on the treatment and injuries of plaintiff

**Action Plan:**

- Re-evaluate and discuss value with defense to determine exposure once we have our expert opinion
- This is a Simon and Simon case that we will need to work up and settle closer to trial

Thank you,

Kevin Zudycki
Tier 3 Claim Owner

Cell Phone - 815-210-9398
Fax - 877-217-1389
Farmers Insurance Exchange - Business Insurance Claims
National Commercial Auto- TNC Claims

*Email communications are preferred and should be sent to myclaims@farmersinsurance.com . If hard copies of communications are required, they should be sent to our National Document Center at P.O. Box 268994, Oklahoma City, OK 73126-8994*

*Confidential*

Confidential

---

***** PLEASE NOTE ***** This E-Mail/telefax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail/telefax information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Thank you.*****

**Heather Hughes** April 9, 2024 at 6:25 PM Internal note

Deferred response to S&I as legal has a matter open

Origami: https:[redacted]

Support software by Zendesk