**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>SIMON & SIMON, P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, AND LANCE YARUS,<br><br>Defendants. | CIVIL ACTION<br><br>No. 2:25-cv-05365-MAK |
| SIMON & SIMON, P.C., and MARC SIMON,<br><br>Counterclaimants,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,<br><br>Counterclaim-Defendants. | |

**NOTICE OF AGREEMENT AND FORTHCOMING STIPULATION TO MOOT**
**THIRD PARTY WALMART, INC.'S MOTION (ECF 195)**

Defendants/Counterclaimants Simon & Simon, P.C. and Marc Simon ("the Simon Parties"), by their undersigned counsel, hereby submit this Notice to inform the Court that Third-Party Walmart, Inc. ("Walmart") has accepted a proposal to resolve its Motion filed at ECF 195.

That proposal is being memorialized in a stipulation that will require execution by all parties. Once executed, the stipulation will be filed with the Court.

Dated: August 20, 2026

Respectfully submitted,

**BLANK ROME LLP**

*<u>/s/ Daniel E. Rhynhart</u>*
James T. Smith (I.D. No. 39333)
Daniel E. Rhynhart (I.D. No. 78248)
Rebecca D. Ward (I.D. No. 79547)
Michael A. Stoolman (I.D. No. 326117)
Maegan S. Spitzer (I.D. No. 335905)
One Logan Square, 130 N. 18th Street
Philadelphia, PA 19103
Phone: (215) 569-5371
Email: Jim.Smith@BlankRome.com
Dan.Rhynhart@BlankRome.com
Rebecca.Ward@BlankRome.com
Michael.Stoolman@BlankRome.com
Maegan.Spitzer@BlankRome.com

*Attorneys for*
*Defendants/Counterclaimants*
*Simon & Simon, P.C. and Marc Simon*

## CERTIFICATE OF SERVICE

I, Daniel E. Rhynhart, hereby certify that on August 20, 2026, a true and correct copy of the foregoing was served via ECF on all counsel of record.

*/s/ Daniel E. Rhynhart*
Daniel E. Rhynhart