**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UBER TECHNOLOGIES, INC., *et al.*** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-5365** |
| | : | |
| **SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, LANCE YARUS** | : | |

# ORDER

**AND NOW**, this 25th day of August 2026, upon considering a Stipulation (ECF 204) reporting the Simon Defendants reached an agreement to resolve third-party Walmart's Motion addressing the production of certain records (ECF 195) but have not advised as to our next steps, and consistent with Rule 1, it is **ORDERED** the Simon Defendants shall, on or before **August 27, 2026**, file a Joint Notice either attaching a proposed Order resolving the Motion (ECF 195) or showing cause not exceeding three pages as to why we should not deny third-party Walmart's Motion (ECF 195) as moot.

**KEARNEY, J.**