**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>SIMON & SIMON, P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, AND LANCE YARUS,<br><br>Defendants. | CIVIL ACTION<br><br>No. 2:25-cv-05365-MAK |
| SIMON & SIMON, P.C., and MARC SIMON,<br><br>Counterclaimants,<br><br>v.<br><br>UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,<br><br>Counterclaim-Defendants. | |

**STIPULATION AND [PROPOSED] ORDER**

The Parties in this Action hereby stipulate and agree as follows with respect to the documents and materials that Simon & Simon, P.C. (‘Simon”) produced or will produce in the above captioned litigation from cases that involve Simon represented plaintiffs suing Walmart or a Walmart subsidiary (“Walmart Matters), including but not limited to the following four cases: *Audrey Gray v. Gregory Gerth et al.*, No. 210600929 (Phila. C.C.P.); *Marcos Garcia v. Walmart Stores East, LP et al.*, No. 5:22-cv-4274 (E.D. Pa.); *Osvin Leonel Contreras Madrid v. Wal-Mart Stores East, L.P. et al.*, No. 2:24-cv-05229 (E.D. Pa.); *Michelle McDowall v. Walmart Stores East, LP, et al.*, No. 2:24-cv-04284 (E.D. Pa.):

1. The documents produced by Walmart in any of the Walmart Matters ("Walmart Documents") are deemed confidential by default, including but not limited to the following category of documents:
   - any documents produced by Walmart in any of the Walmart Matters;
   - any deposition transcript of a Walmart associate;
   - any settlement agreement or other document reflecting the amount or terms of a Walmart settlement;
   - any communication reflecting Walmart's settlement negotiations, offers, demands, authority, evaluations, or strategy, regardless of sender; and
   - any excerpt, summary, chart, quotation, testimony, demonstrative, or other material derived from or describing those documents. receive the same protection

2. If any party intends to use any Walmart Documents in a court filing, that party should provide Walmart and its counsel below reasonable advance written notice, ideally at least five business days before filing, absent an emergency or court-imposed deadline that makes that impracticable, together with the specific material the party intends to file.

3. Any filing of Walmart Documents should be made provisionally under seal, and the material should remain under seal until Walmart and its counsel below has had an opportunity to seek continued sealing, targeted redactions, or other appropriate relief and the Court has ruled on that request.

4. Nothing in the parties' agreement should prejudice Walmart's ability to seek additional protection of Walmart Documents, including targeted redactions, if the context in which the material is later used creates a need for further protection.

5. Walmart and its undersigned counsel continue to reserve its right to seek redesignation of a document as "Highly Confidential—Attorneys' Eyes Only, or to "clawback" any privileged Walmart Documents that were inadvertently produced in any Walmart Matters, including the right to seek intervention or other relief in the future.

**IT IS SO STIPULATED**.

Dated: August 26, 2026

**McDonnell & Associates, PC**

/s/ Patrick McDonnell

Patrick J. McDonnell, Esquire (I.D. No. 62310)
860 First Avenue, Unit 5B
King of Prussia, PA 19406
pmcdonnell@mcda-law.com

*Attorneys for Walmart, Inc.*

**BLANK ROME LLP**

/s/ ______________________

James T. Smith (I.D. No. 39333)
Daniel E. Rhynhart (I.D. No. 78248)
Rebecca D. Ward (I.D. No. 79547)
Michael A. Stoolman (I.D. No. 326117)
Maegan S. Spitzer (I.D. No. 335905)
One Logan Square, 130 N. 18th Street
Philadelphia, PA 19103
Phone: (215) 569-5371
Email: Jim.Smith@BlankRome.com
Dan.Rhynhart@BlankRome.com
Michael.Stoolman@BlankRome.com
Maegan.Spitzer@BlankRome.com

*Attorneys for Defendants/Counterclaimants Simon & Simon, P.C. and Marc Simon*

**ASHURST PERKINS COIE US LLP**

*/s/ David B. Massey*

David W. T. Daniels
david.daniels@ashurstperkins.com
Michael J. Wadden
michael.wadden@ashurstperkins.com
Sydney Veatch
sydney.veatch@ashurstperkins.com
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

David B. Massey
david.massey@ashurstperkins.com
Jacob Taber
jacob.taber@ashurstperkins.com
William Wilder
will.wilder@ashurstperkins.com
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: +1.212.262.6900
Facsimile: +1.212.977.1649

Michael R. Huston
michael.huston@ashurstperkins.com2525 E.
Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone: +1.602.351.8000
Facsimile: +1.602.648.7000

*Attorneys for Plaintiffs Uber Technologies, Inc. and Federal Express Corporation*

**BARATTA LAW, LLC**

/s/ ______________________

ANDREW P. BARATTA, ESQUIRE
Attorney I.D. No. 82250
BARATTA LAW, LLC
3500 READING WAY
HUNTINGDON VALLEY, PA 19006
215-914-8132

*Attorney for Defendants, Philadelphia Spine Associates, LLC, Daniel Piccillo, D.C., and Ethel Harvey, D.C.*

**FOX ROTHSCHILD LLP**

/s/
Stephanie Nolan Deviney, Esquire
Attorney ID 80770
Eagleview Corporate Center
747 Constitution Drive, Suite 100
Exton, PA 19341-0673
Phone: (610) 458-7500
Email: SDeviney@FoxRothschild.com

*Attorneys for Defendants, Clifton Burt and Premier Pain & Rehab Center, PC*

**DILWORTH PAXSON LLP**

/s/ *John J. Higson*
Silvio Trentalange (PA No. 320606)
Nina Spizer (PA No. 82443)
John J. Higson (PA No. 80720)
1650 Market Street, Ste. 1200
Philadelphia, PA 19103
T: 215-575-7000
nspizer@dilworthlaw.com
jhigson@dilworthlaw.com
strentalange@dilworthlaw.com

*Attorneys for Defendant Lance Yarus*

**SO ORDERED**.

BY THE COURT:

MARK A. KEARNEY
United States District Judge