**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UBER TECHNOLOGIES, INC., *et al.*** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-5365** |
| | : | |
| **SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, LANCE YARUS** | : | |

# ORDER

**AND NOW**, this 26th day of August 2026, upon considering a Stipulation (ECF 208) detailing an agreement to resolve third-party Walmart's Motion addressing the production of certain records (ECF 195), and finding good cause mindful the parties' sealing of records are strictly governed by our Policies consistent with Circuit guidance, it is **ORDERED** we **APPROVE** the Stipulation (ECF 208) requiring:

1. The parties proceed in accord with the Stipulation (ECF 208); and,

2. We **DENY** third-party Walmart's Motion (ECF 195) as mooted by the parties' cooperative efforts reflected in the Stipulation (ECF 208).

**KEARNEY, J.**