IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UBER TECHNOLOGIES, INC., *et al.*** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-5365** |
| | : | |
| **SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, LANCE YARUS** | : | |

**ORDER**

**AND NOW**, this 27th day of August 2026, upon considering Plaintiff Uber Technologies, Inc.'s Motion to dismiss (ECF 133) the counterclaims of Philadelphia Spine Associates, LLC, Ethel Harvey, and Daniel Piccillo (ECF 115), and Plaintiffs' Motion to dismiss (ECF 141) the counterclaims of Defendants Simon & Simon P.C. and Marc Simon (ECF 119), Oppositions (ECF 150, 152), Replies (ECF 153, 161), and for reasons in today's accompanying Memorandum, it is **ORDERED** we **GRANT**:

1. Plaintiff Uber Technologies, Inc's Motion to dismiss (ECF 133) the counterclaims of Philadelphia Spine Associates, LLC, Ethel Harvey, and Daniel Piccillo (ECF 115) without prejudice;

2. Plaintiffs' Motion to dismiss (ECF 141) the counterclaims of Defendants Simon & Simon P.C. and Marc Simon (ECF 119):

   a. With prejudice as to the civil extortion claim; and,

   b. Without prejudice as to the sham litigation and abuse of process claims.

**KEARNEY, J.**