**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS,**<br><br>**Defendants.** | CIVIL ACTION<br><br>No: 2:25-cv-05365-MAK |

**JOINT PROGRESS REPORT RELATING TO RFA GENERATOR**

Plaintiffs and Defendant Premier Pain & Rehab Center P.C. ("Premier Pain") respectfully submit this Joint Progress Report pursuant to the Court's Order dated October 17, 2026 (ECF 200). On August 20, 2026, with Premier Pain's consent, a data forensics expert retained by Plaintiffs conducted a forensic collection of data maintained on Premier Pain's RFA Generator. The expert was able to recover 112 deleted procedure record files from the period from April 10, 2024 to June 12, 2025. It is the expert's view that other records from that period, and all procedure records pre-dating April 10, 2024, appear to have been permanently deleted.

On August 24, 2026, Premier Pain consented to the data forensics expert transferring copies of the recovered files for November 4, 2025, a date Premier Pain treated an identified claimant. Premier Pain also consented to the data forensics expert providing Plaintiffs with a complete list of dates for the recovered files. Plaintiffs then identified additional claimants who had been treated by Premier Pain, as well as the dates of treatment, which appeared in the recovered files.

On August 27, 2026, Premier Pain consented to the data forensics expert transferring copies of the recovered files associated with identified claimants within the present scope of discovery to Plaintiffs. Plaintiffs continue to explore the circumstances resulting in the September 2025 deletion of procedure records and reserve their rights to seek broader disclosure of recovered data.

Premier Pain has requested Plaintiffs' consent to send the RFA Generator to Boston Scientific for its annual servicing now that all files have been imaged. Plaintiffs indicated they will respond to this request next week.

Dated: August 27, 2026

**ROHN KURLAND, P.C.**

Amy Kurland, Bar No. 37419
AKurland@rohnkurland.com
1700 Market St, Suite 1005
Philadelphia, PA 19103
Telephone: +1.215.770.0320
Facsimile: +1.215.717.9697

**FOX ROTHSCHILD LLP**

By: /s/ Stephanie Nolan Deviney

Stephanie Nolan Deviney
Attorney ID 80770
Eagleview Corporate Center
747 Constitution Drive, Suite 100
Exton, PA 19341-0673
Phone: (610) 458-7500
Email: SDeviney@FoxRothschild.com
747 Constitution Drive, Suite 100
Exton, PA 19341-0673
Phone: (610) 458-7500
Email: SDeviney@FoxRothschild.com

**ASHURST PERKINS COIE US LLP**

By: /s/ David B. Massey

David W.T. Daniels
david.daniels@ashurstperkins.com
Michael J. Wadden
michael.wadden@ashurstperkins.com
Sydney Veatch
sydney.veatch@ashurstperkins.com
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

David B. Massey
david.massey@ashurstperkins.com
Jacob Taber
jacob.taber@ashurstperkins.com
William Wilder
will.wilder@ashurstperkins.com
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: +1.212.262.6900
Facsimile: +1.212.977.1649

Michael R. Huston
michael.huston@ashurstperkins.com
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone: +1.602.351.8000
Facsimile: +1.602.648.7000

*Attorneys for Plaintiffs Uber Technologies, Inc. and Federal Express Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be electronically filed with the Clerk of the Court through the CM/ECF system. By electronically filing, the CM/ECF system shall send notification of such filing to counsel of record for each party and those registered to receive a Notice of Electronic Filing for this case.

Dated: August 27, 2026

**ASHURST PERKINS COIE US LLP**

By: /s/ David B. Massey
David B. Massey
david.massey@ashurstperkins.com
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: +1.212.262.6900
Facsimile: +1.212.977.1649

*Counsel for Plaintiffs Uber Technologies, Inc.*
*and Federal Express Corporation*