**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>SIMON & SIMON, P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, AND LANCE YARUS,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>No. 2:25-cv-05365-MAK |

**[PROPOSED] ORDER**

AND NOW, this ____ day of ______________, 2026, upon consideration of Defendants Simon & Simon, P.C. and Marc Simon (the "Simon Parties") Motion for Partial Summary Judgment on RICO Standing against Plaintiffs Uber Technologies, Inc. ("Uber"):

It is hereby **ORDERED** that the Motion is **GRANTED.**

It is **FURTHER ORDERED** that all of Uber's claims in the Amended Complaint are hereby **DISMISSED WITH PREJUDICE**.

The Clerk of Court is hereby directed to enter judgment in favor of the Simon Parties and against Uber on all claims brought by Uber in the Amended Complaint.

BY THE COURT:

______________________________
MARK A. KEARNEY
United States District Judge