**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>SIMON & SIMON, P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, AND LANCE YARUS,<br><br>Defendants. | : | CIVIL ACTION<br><br>No. 2:25-cv-05365-MAK |

**DECLARATION OF DANIEL E. RHYNHART**

1. I am an attorney and partner at Blank Rome LLP, counsel for Defendants Marc Simon and Simon & Simon, P.C. (the "Simon Parties") in the above-captioned matter.

2. I submit this declaration in support of the Simon Parties' Motion for Partial Summary Judgment against Uber Technologies, Inc. ("Uber") on RICO Standing and the Appendix filed with that motion (the "Appendix"). Pages in the Appendix are consecutively bates labeled with the prefix "SIMONAPPX" in accordance with Section VI(C) of the Court's Policies and Procedures.

3. Attached as **Exhibit 1** to the Appendix is a true and correct copy of Uber's responses to the Simon Parties' Interrogatories dated July 23, 2026 (SIMONAPPX000001–10).

4. Attached as **Exhibit 2** to the Appendix is a true and correct copy of Uber's responses to the Simon Parties' Requests for Production of Documents dated July 23, 2026 (SIMONAPPX000011–28).

5. Attached as **Exhibit 3** to the Appendix is a true and correct copy of Uber's

Opposition to the Motion to Compel dated August 14, 2026, filed at ECF 193 (SIMONAPPX000029–38).

6. Attached as **Exhibit 4** to the Appendix is a true and correct copy of the document produced by Uber in discovery as Uber_00028045 (SIMONAPPX000039–99).

7. Attached as **Exhibit 5** to the Appendix is a true and correct copy of the document produced by Uber in discovery as Uber_00143878 (SIMONAPPX000100–106).

8. Attached as **Exhibit 6** to the Appendix is a true and correct copy of the document produced by the Simon Parties in discovery as Simon000543 (SIMONAPPX107).

9. Attached as **Exhibit 7** to the Appendix is a true and correct copy of the document produced by the Simon Parties in discovery as Simon000548 (SIMONAPPX108).

10. Attached as **Exhibit 8** to the Appendix is a true and correct copy of the document produced by the Simon Parties in discovery as Simon000569 (SIMONAPPX000109–111).

11. Attached as **Exhibit 9** to the Appendix is a true and correct copy of the document produced by the Simon Parties in discovery as SIMONTM000169874 (SIMONAPPX000112–116).

12. Attached as **Exhibit 10** to the Appendix is a true and correct copy of the document produced by Uber in discovery as Uber_00145173 (SIMONAPPX000117–149).

13. Attached as **Exhibit 11** to the Appendix is a true and correct copy of the document produced by Uber in discovery as Uber_00145228 (SIMONAPPX000150–162).

14. Attached as **Exhibit 12** to the Appendix is a true and correct copy of the document produced by Uber in discovery as Uber_00145252 (SIMONAPPX000163–184).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

*/s/ Daniel E. Rhynhart*
Daniel E. Rhynhart

Executed in Philadelphia, Pennsylvania on September 2, 2026

**CERTIFICATE OF SERVICE**

I, Daniel E. Rhynhart, hereby certify that on September 2, 2026, a true and correct copy of the foregoing was served via ECF on all counsel of record.

*/s/ Daniel E. Rhynhart*
Daniel E. Rhynhart