# EXHIBIT 5

(SIMONAPPX000100-106)

# FILED UNDER SEAL