# EXHIBIT 6

TNC Tier 3

Check Number: [redacted]
Date: 02/05/2026

PAY NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE $65,000.00***

To the order of
Dajuan Speaks And
Simon & Simon Pc
18 Campus Blvd Ste 100
Newtown Square, PA, 19073-3240

| | |
|---|---|
| Claimant/Patient: | Dajuan Speaks |
| Insured: | Rasier LLC |
| Date of Loss: | 04/27/2024 |
| Claim Number: | [redacted] |
| Check Number: | [redacted] |
| Payment Under Insured's: | Covered Autos Liability Coverage |
| Correspondence Reference: | YRV4S65M3 |
| Print Date | 02/05/2026 12:08 PM |
| Requested By | Heather L Opalinsky |

bodily injury

PLEASE FOLD AND DETACH CHECK ON LINE BELOW

Form #730282 Revision 08/23

THIS DOCUMENT CONTAINS VOID TEXT THAT WILL APPEAR WHEN PHOTOCOPIED

FARMERS INSURANCE

62-20/311

Farmers Insurance Exchange
CLAIMS SERVICE CENTER
NATIONAL DOCUMENT CENTER PO BOX 268994
OKLAHOMA CITY OK 73126

Claim Number [redacted]

Check No. [redacted]

Date: 02/05/2026

PAY Sixty Five Thousand Dollars And No Cents $65,000.00***

To the order of
Dajuan Speaks And
Simon & Simon Pc
18 Campus Blvd Ste 100
Newtown Square, PA, 19073-3240

Thomas S. Koh

Citibank N.A. - One Penns Way - New Castle, DE 19720

THIS DOCUMENT CONTAINS MULTIPLE SECURITY FEATURES. PLEASE SEE REVERSE SIDE FOR MORE DETAILS.

[redacted]