# EXHIBIT 7

01 01 002558 TY1K3T4W31 CB1021P2 03 [] 004129

TNC Tier 3

Check Number: [redacted]
Date: 10/21/2025

PAY NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE $145,000.00**

To the order of
Jeffrey Robinson And
Simon & Simon Pc
18 Campus Blvd Ste 100
Newtown Square, PA, 19073-3240

| | |
|---|---|
| Claimant/Patient: | Jeffrey Robinson |
| Insured: | Rasier LLC |
| Date of Loss: | 12/22/2022 |
| Claim Number: | [redacted] |
| Check Number: | |
| Payment Under Insured's: | Covered Autos Liability Coverage |
| Correspondence Reference: | [redacted] |
| Print Date | 10/21/2025 05:43 AM |
| Requested By | Heather L Opalinsky |

bodily injury

PLEASE FOLD AND DETACH CHECK ON LINE BELOW

Form #730282 Revision 08/23

THIS DOCUMENT CONTAINS VOID TEXT THAT WILL APPEAR WHEN PHOTOCOPIED.

FARMERS INSURANCE

62-20/311

Farmers Insurance Exchange
CLAIMS SERVICE CENTER
NATIONAL DOCUMENT CENTER PO BOX 268994
OKLAHOMA CITY OK 73126

Claim Number [redacted]

Check No. [redacted]

Date: 10/21/2025

PAY One Hundred Forty Five Thousand Dollars And No Cents $145,000.00**

To the order of
Jeffrey Robinson And
Simon & Simon Pc
18 Campus Blvd Ste 100
Newtown Square, PA, 19073-3240

Citibank N.A. - One Penns Way - New Castle, DE 19720

THIS DOCUMENT CONTAINS MULTIPLE SECURITY FEATURES. PLEASE SEE REVERSE SIDE FOR MORE DETAILS.



[redacted]