# EXHIBIT 8

02 01 002709 1645MVZW31 CB0714P2 04 [] 004395

TNC Tier 3

Check Number: 1643079767
Date: 07/14/2025

PAY NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE NON-NEGOTIABLE $6,000.00****

To the order of
Jazmyn Coriano And
Simon & Simon Pc
18 Campus Blvd Ste 100
Newtown Square, PA, 19073-3240

| | |
|---|---|
| Claimant/Patient: | Jazmyn Coriano |
| Insured: | Rasier LLC |
| Date of Loss: | 04/07/2022 |
| Claim Number: | 7004341487-1-2 |
| Check Number: | 1643079767 |
| Payment Under Insured's: | Covered Autos Liability Coverage |
| Correspondence Reference: | 1645MVZW3 |
| Print Date | 07/14/2025 08:42 AM |
| Requested By | Kristin Elkins |

PLEASE FOLD AND DETACH CHECK ON LINE BELOW

Form #730282 Revision 08/23

THIS DOCUMENT CONTAINS VOID TEXT THAT WILL APPEAR WHEN PHOTOCOPIED

FARMERS INSURANCE

62-20/311

Farmers Insurance Exchange
CLAIMS SERVICE CENTER
NATIONAL DOCUMENT CENTER PO BOX 268994
OKLAHOMA CITY OK 73126

Claim Number
7004341487-1

Check No. 1643079767
Date: 07/14/2025

PAY Six Thousand Dollars And No Cents $6,000.00****

To the order of
Jazmyn Coriano And
Simon & Simon Pc
18 Campus Blvd Ste 100
Newtown Square, PA, 19073-3240

Thomas S. Koh

Citibank N.A. - One Penns Way - New Castle, DE 19720

THIS DOCUMENT CONTAINS MULTIPLE SECURITY FEATURES. PLEASE SEE REVERSE SIDE FOR MORE DETAILS.

⑈1643079767⑈ ⑆031100209⑆ 38724389⑈

Personal Endorsement of Each Payee Required
ENDORSEE: Please endorse this check exactly as your name appears on the face.

**Security Features:**

| | |
|---|---|
| Digital Security Pantograph | The words VOID will appear in the check background when photocopied |
| Digital Verification Grid | A lightly screened pattern area on back of check will not be present on photocopies |
| Microprinting (MP) | Appears as a line, but is legible micro-text under magnification. Will not be legible on a photocopy attempt |
| Digital Inkjet Dye-based and/or Pigment-based Inks | Dye-based ink printed areas WILL wash away - Pigment-based ink printed areas will NOT wash away when chemical alteration attempts are made |
| Original Back Pattern | Discourages cut & paste alterations |

*FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

FARMERS
INSURANCE

Toll Free: (800) 435-7764
Email: myclaim@farmersinsurance.com
Please include your claim # on any correspondence
National Document Center
P.O. Box 268994
Oklahoma City, OK 73126-8994
www.farmers.com/claimstatus

July 14, 2025

SIMON & SIMON PC
18 CAMPUS BLVD STE 100
NEWTOWN SQUARE PA 19073-3240

| RE: | | |
|---|---|---|
| RE: | Claim Number: | 7004341487-1-2 |
| | Named Insured: | RASIER LLC |
| | Vehicle Driver: | Juan Rodriguez Jimenez |
| | Policy Number: | 0606715809 |
| | Loss Date: | 04/07/2022 |
| | Your Client: | Jazmyn Coriano |
| | Subject: | Claim Payment Information |

Dear Mr. Baron:

Enclosed is payment for the verdict at trial for your client's injury claim for $6,000.00 (Six Thousand Dollars), inclusive of all liens and a payment for the Bill of Costs for the trial for $739.73 (Seven Hundred Thirty-Nine Dollars and Seventy-Three Cents).

Pennsylvania Regulations Title 31 Part VIII Chapter 146 requires an insurer to give notice directly to a third party claimant of the transmission of a settlement payment of $1,000 or more to the claimant's lawyer or other representative. Following this regulation, we are notifying your client directly of this settlement.

Thank you for your cooperation in bringing this matter to a conclusion. I can be reached at myclaim@farmersinsurance.com (please include your claim number in the subject line) or (513) 205-5467. Please contact me if you have any questions or concerns.

Thank you.

Kristin Elkins
Field Claims Representative
(513) 205-5467
Farmers Insurance Exchange

Email communications are preferred and should be sent to myclaim@farmersinsurance.com. If hard copies of communications are required, they should be sent to our National Document Center at P.O. Box 268994, Oklahoma City, OK 73126-8994.

Check(s): 1643079767, 1643079758