# EXHIBIT 10

(SIMONAPPX000117-149)

# FILED UNDER SEAL