# EXHIBIT 11

(SIMONAPPX000150-162)

# FILED UNDER SEAL