# EXHIBIT 12

(SIMONAPPX000163-184)

# FILED UNDER SEAL