**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 2:25-cv-05365-MAK |
| SIMON & SIMON, P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, AND LANCE YARUS, | : | |
| Defendants. | : | |

**DEFENDANTS SIMON & SIMON, P.C. AND MARC SIMON'S APPENDIX IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT ON RICO STANDING AGAINST UBER TECHNOLOGIES, INC.**

Pursuant to Section VI(C) of the Court's Policies and Procedures, the Simon Parties enclose this Appendix in support of their Motion for Partial Summary Judgment against Uber Technologies, Inc. on RICO Standing.

# TABLE OF CONTENTS


| EXHIBIT | DOCUMENT | APPENDIX PAGES |
|---|---|---|
| 1 | Uber's responses to the Simon Parties' Interrogatories dated July 23, 2026 | SIMONAPPX000001-10 |
| 2 | Uber's responses to the Simon Parties' Requests for Production of Documents dated July 23, 2026 | SIMONAPPX000011-28 |
| 3 | Uber's Opposition to the Motion to Compel dated August 14, 2026, filed at ECF 193 | SIMONAPPX000029-38 |
| 4 | Document produced by Uber in discovery as Uber_00028045 | SIMONAPPX000039-99 |
| 5 | Document produced by Uber in discovery as Uber_00143878 | SIMONAPPX000100-106 |
| 6 | Document produced by the Simon Parties in discovery as Simon000543 | SIMONAPPX000107 |
| 7 | Document produced by the Simon Parties in discovery as Simon000548 | SIMONAPPX000108 |
| 8 | Document produced by the Simon Parties in discovery as Simon000569 | SIMONAPPX000109-111 |
| 9 | Document produced by the Simon Parties in discovery as SIMONTM000169874 | SIMONAPPX000112-116 |
| 10 | Document produced by Uber in discovery as Uber_00145173 | SIMONAPPX000117-149 |
| 11 | Document produced by Uber in discovery as Uber_00145228 | SIMONAPPX000150-162 |
| 12 | Document produced by Uber in discovery as Uber_00145252 | SIMONAPPX000163-184 |

Dated: September 2, 2026

Respectfully submitted,

**BLANK ROME LLP**

*/s/ Daniel E. Rhynhart*

James T. Smith (I.D. No. 39333)
Daniel E. Rhynhart (I.D. No. 78248)
Rebecca D. Ward (I.D. No. 79547)
Michael A. Stoolman (I.D. No. 326117)
Maegan S. Spitzer (I.D. No. 335905)
One Logan Square, 130 N. 18th
Street
Philadelphia, PA 19103
Phone: (215) 569-5371
Email: Jim.Smith@BlankRome.com
Dan.Rhynhart@BlankRome.com
Rebecca.Ward@BlankRome.com
Michael.Stoolman@BlankRome.com
Maegan.Spitzer@BlankRome.com

*Attorneys for Defendants*
*Simon & Simon, P.C. and Marc Simon*

**CERTIFICATE OF SERVICE**

I, Daniel E. Rhynhart, hereby certify that on September 2, 2026, a true and correct copy of the foregoing was served via ECF on all counsel of record.

*/s/ Daniel E. Rhynhart*
Daniel E. Rhynhart