**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>SIMON & SIMON, P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, AND LANCE YARUS,<br><br>Defendants. | : | CIVIL ACTION<br><br>No. 2:25-cv-05365-MAK |

**THE SIMON PARTIES' MOTION**
**FOR LEAVE TO FILE DOCUMENTS TEMPORARILY UNDER SEAL PENDING**
**FURTHER ORDER OF THE COURT**

Pursuant to FED. R. CIV. P. 7(b), Local Rule of Civil Procedure 7.1, and Sections I(G) and IV(C) of Judge Kearney's Policies and Procedures, Defendants Simon & Simon P.C., and Marc Simon (the "Simon Parties"), through their counsel, hereby file this Motion for Leave to File Documents Temporarily Under Seal (the "Motion").

The Simon Parties have attached documents to their September 2, 2026 Motion for Partial Summary Judgment on RICO Standing against Uber Technologies, Inc. that Plaintiffs have designated "Confidential" or "Attorneys' Eyes Only": Uber_00143878, Uber_00145173, Uber_00145228, and Uber_00145252 (the "Documents"). In an abundance of caution, the Simon Parties have therefore redacted both the Documents and references to the Documents in the Simon Parties' brief in the public filings on the docket, and have submitted unredacted versions of the papers in a "Notice of Sealed Documents in Support of the Simon Parties' Motion for Partial

Summary Judgment on RICO Standing against Uber Technologies, Inc." to both ECF_Documents@paed.uscourts.gov and to Chambers via email, as required by Section I(G) of Your Honor's Policies and Procedures.

By email dated September 2, 2026, counsel for the Simon Parties informed Plaintiffs of their intentions to submit the Documents as exhibits to a motion. By response the same day, counsel for Plaintiffs stated that they maintained their "Confidential" and "Attorneys' Eyes Only" designations. The other Defendants have provided such consent, subject to a reservation of rights to oppose any further or additional relief that may be sought by Uber to maintain the seal on the Documents, to prohibit the other Defendants' access to the Documents, or otherwise.

The Simon Parties request that the Documents remain temporarily under seal until a date set by the Court for Plaintiffs to file a motion to maintain the sealing of the Documents, if they wish to do so.

**RELIEF REQUESTED**

The Simon Parties respectfully request that the Court grant the Motion and temporarily seal the Documents as set forth in the proposed form of order.

**CONCLUSION**

WHEREFORE, the Simon Parties respectfully request that the Court grant the relief requested in this Motion.

Respectfully submitted,

Dated: September 2, 2026

**BLANK ROME LLP**

*/s/ Daniel E. Rhynhart*
Daniel E. Rhynhart (I.D. No. 78248)
James T. Smith (I.D. No. 39333)

Rebecca D. Ward (I.D. No. 78248)
Michael A. Stoolman (I.D. No. 326117)
Maegan S. Spitzer (I.D. No. 335905)
One Logan Square, 130 N. 18th Street
Philadelphia, PA 19103
Phone: (215) 569-5371
Email:
Dan.Rhynhart@BlankRome.com
Jim.Smith@BlankRome.com
Rebecca.Ward@BlankRome.com
Michael.Stoolman@BlankRome.com
Maegan.Spitzer@BlankRome.com

*Attorneys for Defendants*
*Simon & Simon P.C., and Marc Simon*

**CERTIFICATION OF MEET AND CONFERRAL**

Pursuant to Judge Kearney's Policies and Procedures, §§ I.A, II.F, and IV.B, the undersigned certifies that counsel for the Simon Parties conferred with counsel for Plaintiffs on the relief sought in the instant Motion and that Plaintiffs' counsel represented that they maintain their "Confidential" and "Attorneys' Eyes Only" designations for the Documents.

Dated: September 2, 2026

**BLANK ROME LLP**

*/s/ Daniel E. Rhynhart*

Daniel E. Rhynhart (I.D. No. 78248)
James T. Smith (I.D. No. 39333)
Rebecca D. Ward (I.D. No. 78248)
Michael A. Stoolman (I.D. No. 326117)
Maegan S. Spitzer (I.D. No. 335905)
One Logan Square, 130 N. 18th Street
Philadelphia, PA 19103
Phone: (215) 569-5371
Email:
Dan.Rhynhart@BlankRome.com
Jim.Smith@BlankRome.com
Rebecca.Ward@BlankRome.com
Michael.Stoolman@BlankRome.com
Maegan.Spitzer@BlankRome.com

*Attorneys for Defendants*
*Simon & Simon P.C., and Marc Simon*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court through the CM/ECF system, which shall be available for viewing and downloading therein. By electronically filing, the CM/ECF system shall send notification of such filing to counsel of record for each party and those registered to receive a Notice of Electronic Filing for this case.

Dated: September 2, 2026

**BLANK ROME LLP**

*/s/ Daniel E. Rhynhart*

Daniel E. Rhynhart (I.D. No. 78248)
James T. Smith (I.D. No. 39333)
Rebecca D. Ward (I.D. No. 78248)
Michael A. Stoolman (I.D. No. 326117)
Maegan S. Spitzer (I.D. No. 335905)
One Logan Square, 130 N. 18th Street
Philadelphia, PA 19103
Phone: (215) 569-5371
Email:
Dan.Rhynhart@BlankRome.com
Jim.Smith@BlankRome.com
Michael.Stoolman@BlankRome.com
Maegan.Spitzer@BlankRome.com

*Attorneys for Defendants*
*Simon & Simon P.C., and Marc Simon*