IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION, | CIVIL ACTION |
| Plaintiffs, | |
| v. | No. 2:25-cv-05365-MAK |
| SIMON & SIMON, P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, AND LANCE YARUS, | |
| Defendants. | |

**ORDER**

**AND NOW**, this ___________ day of September 2026, having considered Defendants Simon & Simon P.C., and Marc Simon's (the "Simon Parties") Motion for Leave to File Documents Temporarily Under Seal Pending Further Order of the Court, [ECF No. _____], it is hereby **ORDERED** that the relief sought is **GRANTED**.

It is therefore **ORDERED** that:

1. The documents that the Simon Parties filed under their September 2, 2026 "Notice of Sealed Documents in Support of the Simon Parties' Motion for Partial Summary Judgment on RICO Standing Against Uber Technologies, Inc." submitted to ECF_Documents@paed.uscourts.gov and to Chambers via email (the "Sealed Documents") are temporarily sealed, with redacted public versions of the documents on the docket.

2. The Clerk is directed to maintain the documents under temporary seal, pending further order of this Court.

3. To the extent that Plaintiffs seek to maintain sealing of the Sealed Documents, Plaintiffs shall file a motion to seal in the manner required by the Court's Policies and Procedures, the Local Rules, and other applicable law on or before ________________, 2026.

**IT IS SO ORDERED.**

BY THE COURT:

_______________________
Kearney, J.