**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,**<br><br>**PLAINTIFFS,**<br><br>**v.**<br><br>**SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS,**<br><br>**DEFENDANTS.** | CIVIL ACTION<br><br>No: 2:25-cv-05365-MAK |

**DECLARATION OF WILLIAM P. WILDER**

1. I am an attorney at Ashurst Perkins Coie US LLP, counsel for Plaintiffs Uber Technologies, Inc. and Federal Express Corporation in the above-captioned matter. I submit this declaration in support of Plaintiffs' Motion for Leave to Serve Third-Party Subpoenas on the Pattern Case Claimants based on my personal knowledge except as otherwise indicated.

2. I have been the attorney principally responsible for the meet and confer process regarding this motion. On Wednesday, August 12, 2026, my colleague Michael Wadden and I conducted a meet-and-confer with counsel for Defendants via videoconference concerning our proposed subpoenas to the pattern case claimants, among other topics. A representative from every

group of Defendants was present on this videoconference, including Stephanie Deviney for the Premier Pain Defendants, John Higson for Dr. Yarus, Andrew Baratta for the PSA Defendants, and Michael Stoolman for the Simon Defendants. On this call, we explained why we believed this discovery was necessary, and asked whether Defendants consented to our proposed subpoenas. Defendants informed us that they did not consent for two reasons: first, they believed the subpoena was not timely because party discovery is not yet complete; and second, they believe the information sought in the subpoena is not relevant to any claim or defense in this action.

3. During that videoconference, counsel for all Defendants confirmed to me that their clients do not possess injury-related medical records of treatment after the date of the Yarus Report for any of the pattern case claimants.

4. Later in the day on Wednesday, August 12, 2026, I emailed all counsel in this case to confirm their positions and again provide a copy of the form subpoena we wished to serve. In this email, I also confirmed that counsel for Defendants had stated it was their belief that the information sought through the subpoena is not in the possession, custody, or control of their clients. Finally, in this email, I asked counsel for Defendants to inform me if I had summarized any of their positions inaccurately. I did not receive a response to this email. A true and correct copy of our proposed form subpoena is attached hereto as Exhibit A. A true and correct copy of my email is attached hereto as Exhibit B.

5. It is my belief that the information sought in this subpoena is highly relevant to this case.

6. Attached hereto as Exhibit C is a true and correct copy of a document produced in discovery with the Bates number of YARUS_00000496. This document appears to be a report produced by Dr. Yarus for Simon & Simon regarding a Pattern Case Claimant.

7. Attached hereto as Exhibit D is a true and correct copy of a document produced in discovery with the Bates number of Uber_00137523. This document is a transcript of a deposition of Dr. Yarus in a case captioned *Lucas v. Rubin, et al.*, No. 220900692 in the Philadelphia Court of Common Pleas. On pages 71 and 72 of this transcript, Dr. Yarus was asked whether he agreed with a prior statement that in every one of approximately 400 videotaped depositions he had performed across a certain period of time for Simon & Simon, he had he had testified that me the criteria for a serious and permanent injury. In response, Dr. Yarus stated "Absolutely. Sure."

8. Attached hereto as Exhibit E is a true and correct copy of a document produced in discovery with the Bates number of Uber_00141753. This document is a transcript of a deposition of Dr. Yarus in a case captioned *Jones v. Gomley, et al.*, No. 230702264 in the Philadelphia Court of Common Pleas. On pages 88 through 92 of this transcript, Dr. Yarus testified as to the number of reports he recalled producing for Simon & Simon in the years 2024 and 2025, as well as the amount of money he recalled being paid by Simon & Simon for such reports and accompanying deposition testimony.

9. At this time, it is my understanding that written discovery between the parties is nearly complete. Although document production is ongoing, all parties have served responses and objections to initial discovery requests.

10. At this time, it is also my understanding that a substantial majority of the Pattern Case Claimants upon whom we intend to serve subpoenas are being represented in connection with this action by the same attorney, William A. Harvey of Klehr Harrison Harvey Branzburg LLP, who has agreed to accept service on behalf of the claimants he represents.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed in Brooklyn, New York, on September 4, 2026.

*/s/ William P. Wilder*
William P. Wilder