# EXHIBIT B

**From:** Wilder, William (NYC)
**To:** Stephanie N. Deviney; Higson, John J.; Andrew Baratta; "Stoolman, Michael A."
**Cc:** Rhynhart, Dan; Smith, Jim; Ward, Rebecca; Spitzer, Maegan; Trentalange, Silvio A.; Spizer, Nina C.; Daniels, David (WDC); Massey, David (NYC); Taber, Jacob (NYC); Wadden, Michael (WDC); Veatch, Sydney (WDC); AKurland@rohnkurland.com
**Subject:** Plaintiffs" Claimant Subpoena Motion
**Date:** Wednesday, August 12, 2026 5:44:46 PM
**Attachments:** Subpoena - Bailey Yasmeen.pdf

---

Hi all,

Thank you for your time earlier today to discuss our forthcoming motion for leave to serve a version of the attached subpoena on each of the claimants in the underlying pattern cases. To confirm, you all stated it is your belief that the information sought through this subpoena is not in the possession, custody, or control of your clients. You also each stated that your position on our motion is that (i) the subpoena is not timely because party discovery is not complete; and (ii) the information sought in the subpoena is not relevant to any claim or defense in this action.

Let us know if we summarized any of your positions inaccurately.

Thanks,
Will

**Will Wilder**
Associate

D: +1 332 238 2747

**Ashurst Perkins Coie**
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn