**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,**

**PLAINTIFFS,**

**v.**

**SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS,**

**DEFENDANTS.**

CIVIL ACTION

No: 2:25-cv-05365-MAK

**[PROPOSED] ORDER**

AND NOW, this ___ day of ______, 2026, upon consideration of Plaintiffs' Motion for Leave to Serve Third-Party Subpoenas on the Pattern Case Claimants, it is hereby ORDERED that the Motion is GRANTED. It is FURTHER ORDERED that:

1. Paragraph 4(f) of the Court's June 10, 2026 Scheduling Order (ECF No. 125) is modified to read as follows: "Issuance of third party discovery, other than upon consent; upon Thrivest Legal Funding LLC for records relating to the identified Claimants in the amended Complaint (ECF 71) (and yesterday belatedly disclosed by Plaintiffs to all parties by name and case number) as well as up to twenty-five later identified Simon Defendants' clients; or upon these same identified Claimants for the records sought in Plaintiffs' September 4, 2026 Motion; shall be deferred

until after the completion of the parties' written discovery responses and then only upon a meaningful meet and confer designed to narrow disputes mindful we are focusing, until further Order, upon the disclosed Claimants and up to a total of twenty-five more claimants which Plaintiffs' counsel confirm by affidavit to the Defendants involve at least one of the named medical Defendants in matters working with the Simon Defendants and resulting in litigation[.]"

2. Plaintiffs are hereby granted leave to serve subpoenas on the identified Pattern Case Claimants substantially in the form of the draft subpoena filed on the public docket as Ex. A to the Declaration of William Wilder, ECF No. _____.

.

___________________________
**KEARNEY, J.**