**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,**<br><br>**PLAINTIFFS,**<br><br>**v.**<br><br>**SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS,**<br><br>**DEFENDANTS.** | CIVIL ACTION<br><br>No: 2:25-cv-05365-MAK |

**[PROPOSED] ORDER**

AND NOW, this ___ day of ______, 2026, upon consideration of Plaintiff Uber Technologies, Inc.'s Memorandum in response to the Court's September 3, 2026 Order to Show Cause regarding the sealing of certain documents filed in support of the Simon Defendants' Motion for Partial Summary Judgment, it is hereby ORDERED that:

1. The Simon Defendants' Memorandum of Law in Support of their Motion for Partial Summary Judgment (ECF No. 213-1) may remain in its current redacted form on the public docket;

2. The Simon Defendants' Statement of Material Facts in Support of their Motion for Partial Summary Judgment (ECF No. 214) may remain in its current redacted form on the public docket;

3. Exhibit 10 to the Declaration of Daniel E. Rhynhart (ECF No. 214-11) may remain under seal;

4. Exhibit 11 to the Declaration of Daniel E. Rhynhart (ECF No. 214-12) may remain under seal;

5. Exhibit 12 to the Declaration of Daniel E. Rhynhart (ECF No. 214-13) may remain under seal; and

6. Plaintiff Uber Technologies, Inc. is granted leave to submit a redacted version of Exhibit 5 to the Declaration of Daniel E. Rhynhart (ECF No. 214-6) for placement on the public docket.

____________________________

**KEARNEY, J.**