**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UBER TECHNOLOGIES, INC., *et al.*** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-5365** |
| | : | |
| **SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, LANCE YARUS** | : | |

# ORDER

**AND NOW**, this 11th day of September 2026, upon considering Plaintiffs' Motion to amend (ECF 218) our June 10, 2026 Order (ECF 125) to permit issuance of fifty-six third party subpoenas seeking medical records from the identified pattern non-party claimants as to their personal decisions whether to seek medical treatment after their relationship with one or more Defendants, the Simon Defendants' Opposition (ECF 220) representing Plaintiffs concede they have not completed party discovery due to "unforeseen circumstances", and not finding good cause to amend our considered approach to discovery to now allow issuance of subpoenas for medical records from non-parties relating to their decisions as to personal medical treatment after their relationship with one or more Defendants, it is **ORDERED** we **DENY** Plaintiffs' Motion (ECF 218) without prejudice to consider alternative less intrusive means with narrowed inquiry to obtain information relevant to the claims before us (and possibly then subject to our relevancy analysis) after a joint certification of completing all party discovery consistent with our June 10, 2026 Order (ECF 125).

**KEARNEY, J.**