# EXHIBIT B

# #256324615 Pennsylvania - Settlement Notice (Final) - 7005355973-1 - Incident # 2258912

| Submitted | Received via | Requester |
| --- | --- | --- |
| April 14, 2025 at 2:07 PM | Mail | Kyle Wegner <kyle.wegner@farmersinsurance.com> |

| Status category | Ticket status | Type | Group | Assignee |
| --- | --- | --- | --- | --- |
| Solved | Solved | Incident | Claims \| Quality and Compliance | Alyssa Waddell |

| City (RDS) | Region | Issue Type | User Type (RDS) | Level |
| --- | --- | --- | --- | --- |
| Philadelphia - 20 | USA::East | Claims::Settlement Alert (9318) | Claims::Uber Insurance Partner | Level 1 |

| Claim Type | Language | Sentiment confidence |
| --- | --- | --- |
| Existing Claim | English | High |

| Intent | Intent confidence |
| --- | --- |
| Finance::Credit notifications::Settlement for current loan was completed | Medium |

| Language confidence | Sentiment |
| --- | --- |
| High | Neutral |

**Kyle Wegner** April 14, 2025 at 2:07 PM

**Hello,**

**Summary:** Settlement Notice Final – Settled $260k - copy of release/dismissal attached.

**DOL: 11/27/22**
**FNOL: 11/27/22**
**Period, Coverage Type, and Limits: P3, BI, $1M CSL**
**Independent Driver: Ming Lin**

**Defense Attorney/Firm: Brett Kier, McCormick/Priore**
**Plaintiff Attorney/Firm: Chris Burreuzo, Simon/Simon**
**Other Attorneys Involved: n/a**

**Is Uber/Rasier/Portier named:** no
**Is case Bifurcated**: no
**Is there a split companion claim:** no

**Reason for Suit: Value**
**Is there an allegation of Bad Faith: no**
**Possibility for Excess Exposure: no**

**Case Caption: Jahleel Bennett vs Ming Lin, et al**
**Court: Court of Common Pleas,**
**Location: Philadelphia Co, PA**

**Aggregate Reserves/Indemnity:**
**Veronica DeJesus, BI - $92,000 pd/closed**
**Jahleel Bennett, BI - $260,000 open**
**Ming Lin, PIP - $5,000 pd/closed**
**Jayonna Lewis, PIP - $4577.07 pd/closed**
**Jahleel Bennett, PIP - $3214.49 pd/closed**

**Jayonna Lewis, BI - $30,000 pd/closed**
**Adelina Paez, BI - $30,0000 pd/closed**
**Total Aggregate: $424,791.56**

Facts:

- Red light dispute – both drivers allege they had green light.
    - ID was cited by police for running red light – she has attorney and has disputed her citation and fault.
- Damages – front passenger impact to IDV – moderate
- Final liability – given that witness and plaintiff statements are unfavorable – ID is likely majority at fault for accident.
- Co-defendant Veronica De Jesus has 15/30 PL – they may tender for passengers.

Injury Info:

- IDV Rider – Jahleel Bennett, Male 26. Occupation - Warehouse
- Injury: CTL S/S
- Treatment: ED, MD, Chiro – Nov to March, MRI (C4-5 Herniation, Lumbar - negative), Premier Pain/Burt - 2 Cervical MBB and 2 C5 RFA.
- Dr. Yarus LCP – Mar '24. Estimate for $927,208.74 in total future tx, injections.
- LOE: none
- Incurred Medical: no outstanding specials, PIP paid $3214.49
- Rebuttal Expert report done – Dr. Davne; opines injuries are not acute, refutes LCP/projections based on review of films and exam.

**Action Plan/New Information:**

- Dr. Davne pre-trial depo was done/completed – plaintiff counsel noted he was held liable in Med-Mal case approx. 30 yrs ago, which will likely discredit his report and opinions.
- Judge appointed – Carmella Jacquinto; has overseen several large verdicts, failed to mold/amend $12M verdict in Morgain & Morgan neck surgery case.
- Jury – 9/12 jurors were African American – thus likely to be favorable to plaintiff.
- Given bad optics from Judge/Jury and fact our expert would likely be discredited – we moved to actively settle case vs moving forward with trial and potential for excessive/favorable plaintiff verdict.
    - Case settled for $260,000 – we are pending executed release and dismissal.

Kyle Wegner
Tier 3 Claim Owner III- Litigation Representative
Farmers Insurance Exchange - Business Insurance
Commercial Auto Transportation Network Claims Department

Cell: 775-813-1235
Fax: (877) 217-1389
Email: kyle.wegner@farmersinsurance.com

Mailing Address:
PO Box 268994
Oklahoma City,OK 73126

Please be advised that any offers made are contingent upon your client agreeing to confidentiality and non-disparagement regarding this claim. This language is included in the settlement release, which will require signatures from your client.

Proprietary

***** PLEASE NOTE ***** This E-Mail/telefax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail/telefax information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Thank you.*****

To unsubscribe from this group and stop receiving emails from it, send an email to claimsar+unsubscribe@uber.com.

**Alyssa Waddell** April 14, 2025 at 6:25 PM

Internal note

https:/[redacted]

Support software by Zendesk