# EXHIBIT C

# #256527309 Pennsylvania - Litigation Event (Trial 9/8/25) - Claim # 7006499963-1 | Incident # 2630553

| Submitted | Received via | Requester |
|---|---|---|
| August 29, 2025 at 7:29 AM | Mail | Kyle Wegner <kyle.wegner@farmersinsurance.com> |

| Status category | Ticket status | Type | Group | Assignee |
|---|---|---|---|---|
| Solved | Solved | Incident | Special Investigations Team | Heather Hughes |

| City (RDS) | Region | Issue Type | User Type (RDS) | Level |
|---|---|---|---|---|
| Philadelphia - 20 | USA::East | Claims::Claim Inquiry (9323) | Claims::Uber Insurance Partner | Level 1 |

| Agent Replies | Claim Type | Language | Sentiment confidence |
|---|---|---|---|
| 1 | Existing Claim | English | High |

| Intent | Intent confidence | Language confidence |
|---|---|---|
| Insurance::Claim::New insurance claim submission | Low | High |

| Sentiment |
|---|
| Neutral |

**Kyle Wegner** August 29, 2025 at 7:29 AM

Summary: Litigation Event – Trial dates have been finalized in the Phila Pool; Jury selection begins on 9/5/25, with the trial to begin/start on 9/8/25

- We will provide further updates after Voir Dire and daily Trial reports.

**Exposures:**
Dajuan Samuel, Bodily Injury - $100K open

**Additional Info as applicable:**

- **Case in litigation -** yes
- **Bifurcated Claim -** Yes, 7007496974-1 – Katie Makelele; dismissed/closed
- **Companion claim -** no

| | |
|---|---|
| **DOL** | **8/27/2022** |
| **Report Date** | **8/28/2022** |
| **Policy/Period/Coverage-Limit** | **0606715, P3, BI, $1M CSL** |
| **Injured Party - Attorney** | **Dajuan Samuel, Voula Paraskevoula** |
| **Loss County, State** | **Philadelphia, PA** |
| **Independent Driver** | **Leroy Harris** |

**Facts:**

- ID was making U-turn on Broad Street, was half way into turn when CV pulled from parked position and struck pass side of IDV
- CVD states travelling SB on Broad street when IDV made sudden U-turn in front of them
- PD report – unfavorable to ID
- Defense counsel believes we have strong Liability argument
    - Video of loss obtained – overall, we see as highly favorable to ID, though ID is making U-turn, Plaintiff is seen pulling forward from a stop on side of street when IDV is in middle of

turn and directly in front of plaintiff vehicle.
    - Video also shows minor nature of the actual impact/collision
  - Thus – good potential for 50/50 liability
  - PA is Modified Comparative – thus each party owes damages at 50% or greater negligence.
- Damages – Minor/moderate

**Injury Info:**
- CVD – Dajuan Samuel, male age 26.
- Injury: Knee, Arm, Back and Shoulder injuries alleged
- Treatment:
  - No Amb or ED
  - Excel PT from 8/29/23 to 12/26/23 – 19 visits
  - Open MRI 9/28/23
    - Left Shoulder – no abnormality
    - Lumbar – L5-S1 herniation
  - L5 MBB and RFA – Premier Pain/Dr. Burt , 10/12/23
  - LCP - $363,166; 5/8/24 – Kathleen Hartmann, RN
- ISO; subsequent MVA noted 11/16/23 – injured neck and right shoulder, not low back.
- LOE: none
- Incurred Medical: no boardable amount.

**New information:**
- Plaintiff Depo – last treatment obtained was Dec '23. Can't perform ADL's. Called attorney after MVA – they referred him to Simon/Simon whom set up treatment for injection/RFA. Has no appointments scheduled.
- Defense Expert; Dr. Shaer 9/4/24; reviewed MRI's of Cervical, Lumbar and Left Shoulder which confirm no imaging evidence of injury. L5-S1 Herniation is pre-existing.
- Defense Expert; Dr. Sutton 3/27/25; opines resolved thoracolumbar sprain/strain, left shoulder strain and contusion of right knee. Injection and RFA were not medical necessary. Refutes need for future treatment and costs.
- Defense recommendations/values;
  - Plaintiff prevails - $150,000 - $200,000
  - Average outcome - $100,000 – $150,000
  - Defense prevails - $75,000 - $100,000
- Trial Authority granted;
  - we recommend trial/jury feedback considering this is a Simon/Simon case – known for pushing cases to eve of trial, trying to bolster value with strategic and unwarranted Life Care Plans, and then attempting to settle/compromise at either jury selection or day that trial is scheduled to begin.
  - Based on our investigation to date and recent trial outcomes – we feel this is another good case to push to jury verdict.

**Additional Suit Information:** n/a
**Is Uber/Rasier/Portier named:** Yes/Dismissed

**Case Caption:** Dajuan Samuel vs Leroy Harris, PV Holding Corp, Raiser, et al
**Court:** Court of Common Pleas
**Location:** Philadelphia, PA

**Defense Attorney/Firm**: John Silli – Law Offices of Carolyn M. Angelaccio
**Plaintiff Attorney/Firm**: Voula/Paraskevoula Mamounas – Simon/Simon
**Other Attorneys Involved**: n/a

**Reason for Suit:** Value, Liability

**Is there an allegation of Bad Faith**: No
**Possibility for Excess Exposure**: none seen
**Are punitive damages alleged: no**

**Offer/date:** $25,000 – 7/31/25; offer has expired/been withdrawn
**Demand/date:** $625,000 – 6/24/25

**Closing: If you have any questions, please let me know.**

Kyle Wegner
Tier 3 Claim Owner III- Litigation Representative
Farmers Insurance Exchange - Business Insurance
Commercial Auto Transportation Network Claims Department

Cell: 775-813-1235
Fax: (877) 217-1389
Email: kyle.wegner@farmersinsurance.com

Mailing Address:
PO Box 268994
Oklahoma City,OK 73126

Please be advised that any offers made are contingent upon your client agreeing to confidentiality and non-disparagement regarding this claim. This language is included in the settlement release, which will require signatures from your client.

Proprietary

---

***** PLEASE NOTE ***** This E-Mail/telefax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail/telefax information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Thank you.*****

---

**Heather Hughes** August 29, 2025 at 9:42 AM

Hello Kyle,

Thank you for the notice. Are you attending the trial or will someone be attending in person?

--
**Heather**
help.uber.com

---

**Heather Hughes** August 29, 2025 at 9:42 AM

Internal note

https:/[redacted]

Support software by Zendesk