# EXHIBIT D

# #256535959 RE: [Uber] Re: Pennsylvania - Litigation Event (Trial 9/8/25) - Claim # 7006499963-1 | Incident # 2630553

| Submitted | Received via | Requester |
|---|---|---|
| September 4, 2025 at 2:45 PM | Closed ticket | Kyle Wegner <kyle.wegner@farmersinsurance.com> |

| Status category | Ticket status | Type | Group | Assignee |
|---|---|---|---|---|
| Solved | Solved | Incident | Special Investigations Team | Heather Hughes |

| City (RDS) | Region | Issue Type | User Type (RDS) | Level |
|---|---|---|---|---|
| Philadelphia - 20 | USA::East | Claims::Claim Inquiry (9323) | Claims::Uber Insurance Partner | Level 1 |

| Agent Replies | Claim Type | Language | Sentiment confidence |
|---|---|---|---|
| 1 | Existing Claim | English | High |

| Intent | Intent confidence | Language confidence |
|---|---|---|
| Insurance::Claim::New insurance claim submission | Low | High |

| Sentiment |
|---|
| Neutral |

**Kyle Wegner** September 4, 2025 at 2:45 PM

This is a follow-up to your previous request #256527309 "Pennsylvania - Litigation E..."
Heather,

Quick update – we were able to resolve case for $50k today.
Plaintiff counsel finally came to table to negotiate reasonably today – they had noted the JPT range of $40-60k was reasonable.

Judge was assigned today – Judge Craig Levin;
he is a younger judge (term began 2022); from Defense Counsel;
i have not had a case with him before; he has very detailed court procedures and ruled on most of the motions early which shows me he is meticulous and fast acting (which I believe is a good thing for us);
he will probably be aware of the Simon & Simon nonsense that most judge's are aware of

Jury selection was scheduled for tomorrow – thus n/a.

Overall – good outcome and along the lines of where most of the S/S case have been settling at.

Please let me know if you have any further questions or concerns.

Sincerely,

Kyle Wegner
Tier 3 Claim Owner III- Litigation Representative
Farmers Insurance Exchange - Business Insurance
Commercial Auto Transportation Network Claims Department

Cell: 775-813-1235
Fax: (877) 217-1389
Email: kyle.wegner@farmersinsurance.com

Mailing Address:
PO Box 268994
Oklahoma City,OK 73126

Please be advised that any offers made are contingent upon your client agreeing to confidentiality and non-disparagement regarding this claim. This language is included in the settlement release, which will require signatures from your client.

Proprietary

---

**From:** Kyle Wegner
**Sent:** Tuesday, September 2, 2025 1:44 PM
**To:** Uber Claim Support <claims@uber.com>
**Subject:** RE: [EXTERNAL] [Uber] Re: Pennsylvania - Litigation Event (Trial 9/8/25) - Claim # 7006499963-1 | Incident # 2630553

Heather,

Due to family issues on my end, I will not be attending.
Steve Jones, whom is with our complex claims team, will be attending on my behalf/in person.
I just met with him a few minutes ago and brought him up to speed on the case.
He will keep me abreast of any developments and will prepare the daily reports.

Please let me know if any other questions or concerns.

Thanks,

Kyle Wegner
Tier 3 Claim Owner III- Litigation Representative
Farmers Insurance Exchange - Business Insurance
Commercial Auto Transportation Network Claims Department

Cell: 775-813-1235
Fax: (877) 217-1389
Email: kyle.wegner@farmersinsurance.com

Mailing Address:
PO Box 268994
Oklahoma City,OK 73126

Please be advised that any offers made are contingent upon your client agreeing to confidentiality and non-disparagement regarding this claim. This language is included in the settlement release, which will require signatures from your client.

***** PLEASE NOTE ***** This E-Mail/telefax message and any documents accompanying this transmission may contain privileged and/or confidential information and is intended solely for the addressee(s) named above. If you are not the intended addressee/recipient, you are hereby notified that any use of, disclosure, copying, distribution, or reliance on the contents of this E-Mail/telefax information is strictly prohibited and may result in legal action against you. Please reply to the sender advising of the error in transmission and immediately delete/destroy the message and any accompanying documents. Thank you.*****

**Heather Hughes** September 4, 2025 at 3:12 PM

Great! Glad you were able to get it resolved for a good number and thanks for the info on the judge.

--
**Heather**
help.uber.com

---

**Heather Hughes** September 4, 2025 at 3:13 PM Internal note

https:/[redacted]

Support software by Zendesk