# EXHIBIT E

**Stoolman, Michael A.**

**From:** Stoolman, Michael A.
**Sent:** Thursday, September 10, 2026 10:45 AM
**To:** 'Wilder, Will'; Higson, John J.; Andrew Baratta; Stephanie N. Deviney
**Cc:** AKurland@rohnkurland.com; Daniels, David; Massey, David; Taber, Jacob; Wadden, Michael; Veatch, Sydney; Bobik, Gail-Anne; Trentalange, Silvio A.; Spizer, Nina C.; Smith, Jim; Spitzer, Maegan; Ward, Rebecca; Rhynhart, Dan; Diana Wojtylak; Shelly L. Burdy
**Subject:** RE: Rule 30(b)(6) Deposition of Uber

Will,

What are the "unforeseen circumstances outside of [your] control" that prevent you from being able to produce these documents? Uber's claims files and email communications about the relevant claimants are responsive to our original document requests served almost three months ago. It is concerning to hear that you cannot even guarantee that these documents will be produced by the end of next week. Will that production also include Andrew Parr's emails that you told us you were collecting on August 27?

And what is the status of producing email documents for the FedEx custodians? You told us on August 19 those files were being collected but to our knowledge no email custodial files have been produced. We'd ask that you prioritize collection and production of the Gloria Krotec, Joedee McCullough, and Jim English emails.

The delay in producing documents in turn delays depositions. In that regard, we still have not heard from you on dates for Alyssa Waddell (and if you represent her), Andrew Parr, Ramona Prieto, and Tony West. When you provide additional dates for Heather Hughes, please send us dates for those witnesses as well. As for Joedee McCullough, we are prepared to travel to Arkansas so please let us know dates that work for him for an in-person deposition. We would also like dates for Gloria Krotec and are similarly able to travel to her location (which we understand is Pittsburgh).

**Michael A. Stoolman** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5421 | mobile: +1.856.316.6456
michael.stoolman@blankrome.com | bio

---

**From:** Wilder, Will <will.wilder@ashurstperkins.com>
**Sent:** Wednesday, September 9, 2026 4:03 PM
**To:** Stoolman, Michael A. <michael.stoolman@blankrome.com>; Higson, John J. <jhigson@dilworthlaw.com>; Andrew Baratta <andrew@Barattalawfirm.com>; Stephanie N. Deviney <SDeviney@foxrothschild.com>
**Cc:** AKurland@rohnkurland.com; Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>; Bobik, Gail-Anne <gbobik@dilworthlaw.com>; Trentalange, Silvio A. <strentalange@dilworthlaw.com>; Spizer, Nina C. <nspizer@dilworthlaw.com>; Smith, Jim <jim.smith@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Diana Wojtylak <Diana@Barattalawfirm.com>; Shelly L. Burdy <sburdy@foxrothschild.com>
**Subject:** RE: Rule 30(b)(6) Deposition of Uber

Mike,

We have no objection to rescheduling Heather Hughes's deposition. I will follow up with additional options for dates for later in September. We are working to determine whether our firm will represent Alyssa Waddell and will follow up with you when we have that information.

We are collecting and will produce all responsive, non-privileged materials from the email accounts of Heather Hughes and Alyssa Waddell. We are also collecting and will produce all responsive, non-privileged materials from the Zendesk files for the discoverable pattern cases that were not captured due to the date cut-off from the earlier production. Because of unforeseen circumstances outside of our control, those documents cannot be produced today. We are making every effort to produce them to you next week.

The Simon Defendants' arbitrary and self-imposed deadline to produce these documents is not grounds for motion practice. There is no dispute between the parties about the substance of what is being collected and produced, and the deposition of Heather Hughes can easily be rescheduled to a date in the coming weeks. I also remind you that when the Simon Defendants were unable to complete their long overdue production of emails documents in advance of their Court-Ordered Rule 30(b)(6) deposition, we consented to move the date of that deposition, on the expectation that the Simon Defendants would extend the same sort of professional courtesy to us. Any motion to compel these documents today would be an inefficient use of the Court's resources.

Thanks,
Will

**Will Wilder**
Associate

D: +1 332 238 2747

**Ashurst Perkins Coie**
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

**From:** Stoolman, Michael A. <michael.stoolman@blankrome.com>
**Sent:** Wednesday, September 9, 2026 10:39 AM
**To:** Wilder, William (NYC) <wwilder@perkinscoie.com>; Higson, John J. <jhigson@dilworthlaw.com>; Andrew Baratta <andrew@Barattalawfirm.com>; Stephanie N. Deviney <SDeviney@foxrothschild.com>
**Cc:** AKurland@rohnkurland.com; Daniels, David (WDC) <ddaniels@perkinscoie.com>; Massey, David (NYC) <dmassey@perkinscoie.com>; Taber, Jacob (NYC) <jtaber@perkinscoie.com>; Wadden, Michael (WDC) <mwadden@perkinscoie.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>; Bobik, Gail-Anne <gbobik@dilworthlaw.com>; Trentalange, Silvio A. <strentalange@dilworthlaw.com>; Spizer, Nina C. <nspizer@dilworthlaw.com>; Smith, Jim <jim.smith@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Diana Wojtylak <Diana@Barattalawfirm.com>; Shelly L. Burdy <sburdy@foxrothschild.com>
**Subject:** RE: Rule 30(b)(6) Deposition of Uber

Will,

In light of Plaintiffs' failure to produce these documents and to respond to our Monday September 7 email, we need to move Heather Hughes' deposition to a future date. Further, if we do not receive the Hughes and Waddell email files along with all remaining Zendesk files (for all relevant Uber cases without any date cutoff) by close of business today, we will be moving the Court for an order compelling production of those documents.

**Michael A. Stoolman** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5421 | mobile: +1.856.316.6456
michael.stoolman@blankrome.com | bio

---

**From:** Stoolman, Michael A.
**Sent:** Monday, September 7, 2026 2:53 PM
**To:** 'Wilder, Will' <will.wilder@ashurstperkins.com>; Higson, John J. <jhigson@dilworthlaw.com>; Andrew Baratta <andrew@Barattalawfirm.com>; Stephanie N. Deviney <SDeviney@foxrothschild.com>
**Cc:** AKurland@rohnkurland.com; Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>; Bobik, Gail-Anne <gbobik@dilworthlaw.com>; Trentalange, Silvio A. <strentalange@dilworthlaw.com>; Spizer, Nina C. <nspizer@dilworthlaw.com>; Smith, Jim <jim.smith@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Diana Wojtylak <Diana@Barattalawfirm.com>; Shelly L. Burdy <sburdy@foxrothschild.com>
**Subject:** RE: Rule 30(b)(6) Deposition of Uber

Will,

When will the email files for Heather Hughes and Alyssa Waddell be produced? Also, what is the status of the remaining Zendesk files production?

For purposes of deposition scheduling, can you please provide us with both Ms. Hughes' and Ms. Waddell's current location? Please also let us know whether or not Ashurst Perkins represents Ms. Waddell.

Thanks,
Mike

**Michael A. Stoolman** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5421 | mobile: +1.856.316.6456
michael.stoolman@blankrome.com | bio

---

**From:** Wilder, Will <will.wilder@ashurstperkins.com>
**Sent:** Wednesday, September 2, 2026 2:06 PM
**To:** Stoolman, Michael A. <michael.stoolman@blankrome.com>; Higson, John J. <jhigson@dilworthlaw.com>; Andrew Baratta <andrew@Barattalawfirm.com>; Stephanie N. Deviney <SDeviney@foxrothschild.com>
**Cc:** AKurland@rohnkurland.com; Daniels, David <david.daniels@ashurstperkins.com>; Massey, David

<david.massey@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>; Bobik, Gail-Anne <gbobik@dilworthlaw.com>; Trentalange, Silvio A. <strentalange@dilworthlaw.com>; Spizer, Nina C. <nspizer@dilworthlaw.com>; Smith, Jim <jim.smith@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Diana Wojtylak <Diana@Barattalawfirm.com>; Shelly L. Burdy <sburdy@foxrothschild.com>
**Subject:** RE: Rule 30(b)(6) Deposition of Uber

Mike,

Any motion is unnecessary, because we have no dispute as to these three categories of documents.

To address your points below:

- We are in the process of collecting the Hughes and Waddell emails. We will produce any non-privileged, responsive emails that we identify. This collection was complicated by the fact that we just learned that Alyssa Waddell was affected by a series of layoffs and as of today is no longer employed by Uber. Her emails have been preserved and will be collected, but will need to be done so through a different process and will not be possible by the end of the day today. We could complete the collection and review of both accounts by the end of the day tomorrow and could produce anything responsive and non-privileged as soon as possible, ideally by the end of this week if the volume is as low as I expect it to be.
- We are running an additional search with a broader timeframe to ensure there are not any missing Zendesk files. If that search captures any additional non-privileged documents that were not previously produced, we can produce those by the end of the week.
- We have located the Dattilo claims notes file and can produce that today.

Relatedly, we can confirm that Heather Hughes could sit for a deposition on either September 14 or 15, and that Kaylynn Christie can sit for Uber's 30(b)(6) on October 14 and 15. The proposed dates for Andrew Parr's deposition will not work for him. We're working to identify a few alternatives and will aim to provide those tomorrow.

Because Alyssa Waddell is no longer an employee of Uber, we believe she would technically need to be served with a third-party subpoena. To the extent you still wish to depose her, we are happy to meet and confer about that subpoena.

**Will Wilder**
Associate

D: +1 332 238 2747

**Ashurst Perkins Coie**
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

**From:** Stoolman, Michael A. <michael.stoolman@blankrome.com>
**Sent:** Wednesday, September 2, 2026 11:00 AM
**To:** Wilder, William (NYC) <wwilder@perkinscoie.com>; Higson, John J. <jhigson@dilworthlaw.com>; Andrew Baratta

<andrew@Barattalawfirm.com>; Stephanie N. Deviney <SDeviney@foxrothschild.com>
**Cc:** AKurland@rohnkurland.com; Daniels, David (WDC) <ddaniels@perkinscoie.com>; Massey, David (NYC) <dmassey@perkinscoie.com>; Taber, Jacob (NYC) <jtaber@perkinscoie.com>; Wadden, Michael (WDC) <mwadden@perkinscoie.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>; Bobik, Gail-Anne <gbobik@dilworthlaw.com>; Trentalange, Silvio A. <strentalange@dilworthlaw.com>; Spizer, Nina C. <nspizer@dilworthlaw.com>; Smith, Jim <jim.smith@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Diana Wojtylak <Diana@Barattalawfirm.com>; Shelly L. Burdy <sburdy@foxrothschild.com>
**Subject:** RE: Rule 30(b)(6) Deposition of Uber

Will,

We still have not received the documents referenced in points 1-3 of my email below that you said would be collected and produced at our meet and confer last Thursday: 1) the Hughes and Waddell email files; 2) all Zendesk files discussing settlements, including discussions of the settlements of Cases A, H, L, P, S and T; and 3) the Claim Notes file for Marcello Dattilo.

Given that we are seeking depositions of Uber and FedEx witnesses in the coming weeks, these documents need to be produced immediately. If we do not receive these documents by end of day today, we will be raising this issue with the Court.

To be clear, our request for these documents is separate from the motion Maegan referenced in her email this morning at 8:15 AM.

Thanks,
Mike

**Michael A. Stoolman** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5421 | mobile: +1.856.316.6456
michael.stoolman@blankrome.com | bio

---

**From:** Stoolman, Michael A.
**Sent:** Friday, August 28, 2026 1:25 PM
**To:** 'Wilder, Will' <will.wilder@ashurstperkins.com>; Higson, John J. <jhigson@dilworthlaw.com>; Andrew Baratta <andrew@Barattalawfirm.com>; Stephanie N. Deviney <SDeviney@foxrothschild.com>
**Cc:** AKurland@rohnkurland.com; Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>; Bobik, Gail-Anne <gbobik@dilworthlaw.com>; Trentalange, Silvio A. <strentalange@dilworthlaw.com>; Spizer, Nina C. <nspizer@dilworthlaw.com>; Smith, Jim <jim.smith@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Diana Wojtylak <Diana@Barattalawfirm.com>; Shelly L. Burdy <sburdy@foxrothschild.com>
**Subject:** RE: Rule 30(b)(6) Deposition of Uber

Will and Mike,

Thanks for the call yesterday. To recap:

1. Will is going to collect the email files for Heather Hughes and Alyssa Waddell and produce relevant and responsive documents. This review will also show if Uber's claims team communicates over email and if they do, then additional email custodial files will be collected and produced. You also confirmed you are collecting and producing Andrew Parr's email files. You also confirmed you will log anything being withheld for privilege or work product.
2. Will is going to confirm all Zendesk documents (including attachments) will be produced and that none were withheld because of a date cutoff. This will include ensuring that the Zendesk reports discussing the settlements of the Uber cases that settled after the filing of the RICO action (Claimants A, H, L, P, S, and T) are produced.
3. Will is going to make sure the "Claim Notes" document for Marcello Dattilo is collected and produced.
4. Will confirmed that Uber's position is that premiums are completely irrelevant to any issue in this case and that Uber will not rely on premiums paid by Uber with respect to any claim or defense or damages issue.
5. Will stated that the Indemnity Agreement between Farmers, Rasier, and Aleka is Uber's evidence of damages, not actual payment records from Uber to Aleka or Aleka to Farmers (or else those documents would have been produced by the 8/24 deadline in ECF 194). Will said evidence of Uber's alleged payment is in Farmer's possession. I expressed doubt as to how Uber would not have documents showing its own payments to Aleka and Aleka's own payments to Farmers and Will said he would look into whether those documents exist in Uber's possession.
6. Will said he is also looking into collection of the Accounting Statements referenced in the Indemnity Agreement but that Uber is standing on its refusal to produce the Insurance Program Agreement referenced in the Indemnity Agreement.
7. Uber intends to amend its responses to the First Set of Interrogatories on the day it responds to the Second Set of Interrogatories (9/4).
8. On depositions of Uber witnesses, Will confirmed the FedEx 30(b)(6) for 10/21 and stated Joedee McCollough can do 9/30 but only if it is remote, which I said I would need to take back to our team. No other dates were confirmed and Will is going to respond to Dan's email on depositions early next week

**Michael A. Stoolman** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5421 | mobile: +1.856.316.6456
michael.stoolman@blankrome.com | bio

---

**From:** Wilder, Will <will.wilder@ashurstperkins.com>
**Sent:** Wednesday, August 26, 2026 1:30 PM
**To:** Stoolman, Michael A. <michael.stoolman@blankrome.com>; Higson, John J. <jhigson@dilworthlaw.com>; Andrew Baratta <andrew@Barattalawfirm.com>; Stephanie N. Deviney <SDeviney@foxrothschild.com>
**Cc:** AKurland@rohnkurland.com; Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>; Bobik, Gail-Anne <gbobik@dilworthlaw.com>; Trentalange, Silvio A. <strentalange@dilworthlaw.com>; Spizer, Nina C. <nspizer@dilworthlaw.com>; Smith, Jim <jim.smith@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Rhynhart, Dan

<dan.rhynhart@blankrome.com>; Diana Wojtylak <Diana@Barattalawfirm.com>; Shelly L. Burdy <sburdy@foxrothschild.com>
**Subject:** RE: Rule 30(b)(6) Deposition of Uber

Mike,

We could do 11:00am tomorrow. Please add Mike Wadden and me to the invite.

Thanks,
Will

**Will Wilder**
Associate

D: +1 332 238 2747

**Ashurst Perkins Coie**
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

**From:** Stoolman, Michael A. <michael.stoolman@blankrome.com>
**Sent:** Wednesday, August 26, 2026 9:41 AM
**To:** Wilder, William (NYC) <wwilder@perkinscoie.com>; Higson, John J. <jhigson@dilworthlaw.com>; Andrew Baratta <andrew@Barattalawfirm.com>; Stephanie N. Deviney <SDeviney@foxrothschild.com>
**Cc:** AKurland@rohnkurland.com; Daniels, David (WDC) <ddaniels@perkinscoie.com>; Massey, David (NYC) <dmassey@perkinscoie.com>; Taber, Jacob (NYC) <jtaber@perkinscoie.com>; Wadden, Michael (WDC) <mwadden@perkinscoie.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>; Bobik, Gail-Anne <gbobik@dilworthlaw.com>; Trentalange, Silvio A. <strentalange@dilworthlaw.com>; Spizer, Nina C. <nspizer@dilworthlaw.com>; Smith, Jim <jim.smith@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Diana Wojtylak <Diana@Barattalawfirm.com>; Shelly L. Burdy <sburdy@foxrothschild.com>
**Subject:** RE: Rule 30(b)(6) Deposition of Uber

Will,

I am available tomorrow after 10AM. Let me know a time tomorrow that works and I will send a Teams invite. On the call, we'd also like to discuss the depositions/dates of Uber and FedEx witnesses.

Thanks,
Mike

**Michael A. Stoolman** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5421 | mobile: +1.856.316.6456
michael.stoolman@blankrome.com | bio

**From:** Wilder, Will <will.wilder@ashurstperkins.com>
**Sent:** Tuesday, August 25, 2026 9:48 PM
**To:** Stoolman, Michael A. <michael.stoolman@blankrome.com>; Higson, John J. <jhigson@dilworthlaw.com>; Andrew Baratta <andrew@Barattalawfirm.com>; Stephanie N. Deviney <SDeviney@foxrothschild.com>
**Cc:** AKurland@rohnkurland.com; Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>; Bobik, Gail-Anne <gbobik@dilworthlaw.com>; Trentalange, Silvio A. <strentalange@dilworthlaw.com>; Spizer, Nina C. <nspizer@dilworthlaw.com>; Smith, Jim <jim.smith@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Diana Wojtylak <Diana@Barattalawfirm.com>; Shelly L. Burdy <sburdy@foxrothschild.com>
**Subject:** Re: Rule 30(b)(6) Deposition of Uber

Mike,

I am discussing a few of these topics with our clients tomorrow, so I want to make sure I have more answers before we talk. What is your availability Thursday or Friday?

---

**From:** Stoolman, Michael A. <michael.stoolman@blankrome.com>
**Sent:** Tuesday, 25 August 2026 21:24:04
**To:** Wilder, William (NYC) <wwilder@perkinscoie.com>; Higson, John J. <jhigson@dilworthlaw.com>; Andrew Baratta <andrew@Barattalawfirm.com>; Stephanie N. Deviney <SDeviney@foxrothschild.com>
**Cc:** AKurland@rohnkurland.com <akurland@rohnkurland.com>; Daniels, David (WDC) <ddaniels@perkinscoie.com>; Massey, David (NYC) <dmassey@perkinscoie.com>; Taber, Jacob (NYC) <jtaber@perkinscoie.com>; Wadden, Michael (WDC) <mwadden@perkinscoie.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>; Bobik, Gail-Anne <gbobik@dilworthlaw.com>; Trentalange, Silvio A. <strentalange@dilworthlaw.com>; Spizer, Nina C. <nspizer@dilworthlaw.com>; Smith, Jim <jim.smith@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Diana Wojtylak <Diana@Barattalawfirm.com>; Shelly L. Burdy <sburdy@foxrothschild.com>
**Subject:** RE: Rule 30(b)(6) Deposition of Uber

Will,

Following up on this email. Are you available tomorrow to meet and confer on these issues?

We would also like to discuss your productions in response to the Court's Order (ECF 194). In that regard, we ask that you please produce all of the "Accounting Statements" as referenced in the Indemnity Agreement between Farmers, Rasier, and Aleka. *See* Uber_00145173 at page 145182. Please also produce the Insurance Program Agreement that is referenced throughout the Indemnity Agreement.

Thanks,
Mike

**Michael A. Stoolman** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5421 | mobile: +1.856.316.6456

michael.stoolman@blankrome.com | bio

---

**From:** Stoolman, Michael A.
**Sent:** Friday, August 21, 2026 9:29 AM
**To:** 'Wilder, Will' <will.wilder@ashurstperkins.com>; Higson, John J. <jhigson@dilworthlaw.com>; Andrew Baratta <andrew@Barattalawfirm.com>; Stephanie N. Deviney <SDeviney@foxrothschild.com>
**Cc:** AKurland@rohnkurland.com; Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>; Bobik, Gail-Anne <gbobik@dilworthlaw.com>; Trentalange, Silvio A. <strentalange@dilworthlaw.com>; Spizer, Nina C. <nspizer@dilworthlaw.com>; Smith, Jim <jim.smith@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Diana Wojtylak <Diana@Barattalawfirm.com>; Shelly L. Burdy <sburdy@foxrothschild.com>
**Subject:** RE: Rule 30(b)(6) Deposition of Uber

Will,

We are very concerned that Uber has not even collected email custodial files of relevant witnesses at this stage of discovery.

First, the Zendesk files you produced are not capturing all information and metadata associated with Uber's communications with Farmers. As I stated in my 8/17 email, the Zendesk files do not show all email metadata fields and do not include attachments. You asked for specific examples, but I already gave some to you: The reports referenced as "attached" on Uber_00142277 and Uber_00142335 are missing. Please produce these and all other attachments to the Zendesk files. Please also confirm that *all* Zendesk files have been produced relating to each and every one of the relevant 56 cases (to the extent applicable to Uber). If they have not, please let us know when the full universe of Zendesk files will be produced.

Second, by excluding email files from your search and searching only for Zendesk files capturing communications with Farmers, you are not even *collecting* relevant internal Uber communications. If the basis for doing so is that you anticipate those files will be subject to a work product privilege, then you need to review those files, make an actual privilege determination, and log them on a privilege log. Further, Uber has put its purported reliance on alleged misrepresentations at issue, thereby waiving any work product associated with internal emails discussing alleged misrepresentations and/or the value of the cases in connection with its decision to enter into settlements. Uber also claims it discovered the alleged "fraud" when it sought the deposition of Dr. Burt and entered into subsequent voluntary dismissals. Therefore, Uber has waived work product associated with Uber's internal discussions and state of mind about those voluntary dismissals. Regardless, again, you have to at least *review* these materials and log them if you have a justifiable basis for withholding or redacting them.

Third, we don't understand why you are redacting "premium" information. Are you taking the position that if, and how much, Uber (or Raiser, Aleka, or any other Uber affiliated entity) paid Farmers for insurance is completely irrelevant to any issue in this case? If so, can you explain why? If this is also the basis for not producing the Insurance Program Agreement please let us know that.

Finally, your position that Mr. West's and Ms. Prieto's emails are not relevant is unfounded, and their email files need to be collected, reviewed, and produced. Mr. West's compensation is directly tied to "continued efforts on legal reform strategy" including "combatting legal system abuse through tort reform efforts and proactive litigation." Uber 2026 Proxy Statement and Notice of Annual Meeting of Stockholders at 56. Public news reporting alleges that Ms. Prieto misrepresented Uber's insurance costs to legislators, withholding information that Uber actually amasses untaxed insurance reserves through Aleka, in order to successfully obtain tort reform legislation. *Uber Passed an Insurance Law in California. It Did Not Disclose Key Info, A Lawmaker Says*, Cal Matters (June 24, 2026), https://calmatters.org/economy/2026/06/uber-california-insurance-liability/. Both witnesses' documents and testimony bear on whether Uber had a factual basis for filing this RICO lawsuit and/or if Uber filed this lawsuit for an improper purpose such as furthering its tort reform agenda (to both the company's and Mr. West's and Ms. Prieto's financial benefit). As Judge Kearney stated at the July 21 hearing, discovery showing that Uber filed this lawsuit for an improper purpose is relevant to a Rule 11 motion. While, as I noted yesterday, we are willing to sequence depositions of those witnesses later in discovery, we need the relevant documents produced now.

We are happy to meet and confer on any of these issues

**Michael A. Stoolman** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5421 | mobile: +1.856.316.6456
michael.stoolman@blankrome.com | bio

---

**From:** Wilder, Will <will.wilder@ashurstperkins.com>
**Sent:** Wednesday, August 19, 2026 10:39 AM
**To:** Stoolman, Michael A. <michael.stoolman@blankrome.com>; Higson, John J. <jhigson@dilworthlaw.com>; Andrew Baratta <andrew@Barattalawfirm.com>; Stephanie N. Deviney <SDeviney@foxrothschild.com>
**Cc:** AKurland@rohnkurland.com; Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>; Bobik, Gail-Anne <gbobik@dilworthlaw.com>; Trentalange, Silvio A. <strentalange@dilworthlaw.com>; Spizer, Nina C. <nspizer@dilworthlaw.com>; Smith, Jim <jim.smith@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Diana Wojtylak <Diana@Barattalawfirm.com>; Shelly L. Burdy <sburdy@foxrothschild.com>
**Subject:** RE: Rule 30(b)(6) Deposition of Uber

Michael,

A few responses below.

- **Zendesk Files:** Regarding the Zendesk files, we collected Zendesk files because it is our understanding that the relevant, non-privileged communications are happening within Zendesk, not within email threads. I am happy to take any specific questions about the Zendesk metadata back to our client to ensure no data or attached documents are missing. I am also happy to discuss these specific custodians with Uber, but I suspect the answer will be that they have no responsive, non-privileged emails. And I will note again that Tony West and Ramona Prieto do not have any responsive or relevant documents.
- **Redactions:** We made two types of redactions to documents in the Uber003 production.

  - The first was a number of URLs that appear in the Zendesk documents. Uber considers these URLs to be trade secrets because they reveal information about the internal structure of Uber's computer systems, and revealing them publicly could create cybersecurity concerns. The URLs are not substantive and do not contain any information that is relevant to this case. The parties' Confidentiality Agreement protects trade secrets, so I believe these redactions were reasonable because they allowed us to produce these documents without a confidentiality designation.
  - The second was the premiums in the insurance policies applicable to the underlying pattern cases. To the extent any of these documents were previously produced without redactions, it is because they had been produced in the underlying pattern cases, and we did not feel it would be proper to add redactions to a document that had already been produced to Simon & Simon unredacted. Is your objection just to this inconsistency? Or do you have a substantive objection to the premiums being redacted at all? I think premiums would also be protected trade secrets under our confidentiality agreement and do not think the premiums themselves are relevant, but I am happy to take this back to our client to discuss if you are asserting a substantive objection here.
- **FedEx Email Collections:** We are collecting FedEx email custodial files. Noted regarding the requested custodians.

**Will Wilder**
Associate

D: +1 332 238 2747

**Ashurst Perkins Coie**
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

**From:** Stoolman, Michael A. <michael.stoolman@blankrome.com>
**Sent:** Monday, August 17, 2026 10:54 PM
**To:** Wilder, William (NYC) <wwilder@perkinscoie.com>; Higson, John J. <jhigson@dilworthlaw.com>; Andrew Baratta <andrew@Barattalawfirm.com>; Stephanie N. Deviney <SDeviney@foxrothschild.com>
**Cc:** AKurland@rohnkurland.com; Daniels, David (WDC) <ddaniels@perkinscoie.com>; Massey, David (NYC) <dmassey@perkinscoie.com>; Taber, Jacob (NYC) <jtaber@perkinscoie.com>; Wadden, Michael (WDC) <mwadden@perkinscoie.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>; Bobik, Gail-Anne <gbobik@dilworthlaw.com>; Trentalange, Silvio A. <strentalange@dilworthlaw.com>; Spizer, Nina C. <nspizer@dilworthlaw.com>; Smith, Jim <jim.smith@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Diana Wojtylak <Diana@Barattalawfirm.com>; Shelly L. Burdy <sburdy@foxrothschild.com>
**Subject:** RE: Rule 30(b)(6) Deposition of Uber

Will,

Uber needs to collect and produce the email custodial files themselves (not just Zendesk files) because it is clear there are attachments to the emails that are missing in your production. *See, e.g.*, Uber_00142276 at 142277; Uber_00142335. The Zendesk files also do not show basic metadata fields for

each email, like all "To" and "CC" recipients of each message. We also do not see emails within just Uber internally in these Zendesk files, and obviously those are relevant and need to be produced.

Is a meet and confer really necessary on this issue? It should not be controversial for you to produce email files in a federal lawsuit that your client filed. We think at a minimum the relevant Uber custodians to start with are: Andrew Parr, Ramona Prieto, Tony West, Heather Hughes, Kaylynn Christie, Jads Junio, Joanne Moon, Erin Doughty, Lia Wright, Karen Walker, Alyssa Waddell, Sarah Cary, Ben Ellenberger, farmers@uber.com, and claims-siu@uber.com.

You also have still not responded to my August 8 email in which I asked what the redactions in your production are for. I ask again, why are things being redacted in your productions? Again, at a minimum, please remove the redactions on Uber_00143491, 143559, 143620, and 143685 and re-produce those documents. You've already produced at least one of these documents without redaction. To the extent you are redacting other documents for attorney-client privilege or work product, we ask that the redactions textually represent that.

As for FedEx, we do not see email custodial files in FedEx's production either. Please collect and produce relevant and responsive emails from FedEx custodians, including but not limited to: Joedee McCollough, James Filous, Jim English, Gloria Krotec, and Dennis O'Mahoney.

**Michael A. Stoolman** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5421 | mobile: +1.856.316.6456
michael.stoolman@blankrome.com | bio

---

**From:** Wilder, Will <will.wilder@ashurstperkins.com>
**Sent:** Wednesday, August 12, 2026 2:14 PM
**To:** Stoolman, Michael A. <michael.stoolman@blankrome.com>; Higson, John J. <jhigson@dilworthlaw.com>; Andrew Baratta <andrew@Barattalawfirm.com>; Stephanie N. Deviney <SDeviney@foxrothschild.com>
**Cc:** AKurland@rohnkurland.com; Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>; Bobik, Gail-Anne <gbobik@dilworthlaw.com>; Trentalange, Silvio A. <strentalange@dilworthlaw.com>; Spizer, Nina C. <nspizer@dilworthlaw.com>; Smith, Jim <jim.smith@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Diana Wojtylak <Diana@Barattalawfirm.com>; Shelly L. Burdy <sburdy@foxrothschild.com>
**Subject:** RE: Rule 30(b)(6) Deposition of Uber

Michael,

We will circulate an invite for 4:00pm EST today to discuss the Rule 30(b)(6) depositions. Let me confirm with our clients that the 10/14 and 10/21 respective dates are still available. And as I stated in my earlier email on this thread, I am intending to start a new email thread to discuss the schedule for confirmed and non-confirmed deposition dates.

As we stated in our ESI disclosure, we believe that Uber's responsive, non-privileged documents and communications are primarily non-custodial. It is my understanding that the relevant communications were all

transmitted through the Zendesk system, not through email. I am happy to meet and confer about this if you have specific questions or concerns, though.

I also believe you are misstating the scope of the parties' Rule 26(a) and ESI Disclosure obligations. I will note that there is a long list of Simon & Simon case managers who have obvious relevance to this dispute who were not listed in your own disclosures. We are intending to amend our Rule 26(a) disclosures as discovery progresses and will address specific witnesses who we determine need to be added to those disclosures at the appropriate time.

Thanks,
Will

**Will Wilder**
Associate

D: +1 332 238 2747

**Ashurst Perkins Coie**
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

**From:** Stoolman, Michael A. <michael.stoolman@blankrome.com>
**Sent:** Wednesday, August 12, 2026 12:23 PM
**To:** Higson, John J. <jhigson@dilworthlaw.com>; Wilder, William (NYC) <wwilder@perkinscoie.com>; Andrew Baratta <andrew@Barattalawfirm.com>; Stephanie N. Deviney <SDeviney@foxrothschild.com>
**Cc:** AKurland@rohnkurland.com; Daniels, David (WDC) <ddaniels@perkinscoie.com>; Massey, David (NYC) <dmassey@perkinscoie.com>; Taber, Jacob (NYC) <jtaber@perkinscoie.com>; Wadden, Michael (WDC) <mwadden@perkinscoie.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>; Bobik, Gail-Anne <gbobik@dilworthlaw.com>; Trentalange, Silvio A. <strentalange@dilworthlaw.com>; Spizer, Nina C. <nspizer@dilworthlaw.com>; Smith, Jim <jim.smith@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Diana Wojtylak <Diana@Barattalawfirm.com>; Shelly L. Burdy <sburdy@foxrothschild.com>
**Subject:** RE: Rule 30(b)(6) Deposition of Uber

Will,

4PM works for us. While we will be discussing the lengths of the Uber and FedEx 30(b)(6) depositions, can you confirm at least that 10/14 can be the starting day for Uber and that 10/21 can be the starting day for FedEx? Also, we never heard back from you on dates for Andrew Parr, Joedee McCullough, Kaylynn Christie, Ramona Prieto, and Tony West. Can you send us dates for when those witnesses are available?

We are also troubled to see, via's Uber's 8/7/26 production, that there are numerous other Uber fact witnesses with highly relevant knowledge that were not disclosed to us in either your Rule 26(a) disclosures or in your ESI disclosures, including but not limited to: Heather Hughes, Jads Junio, Joanne Moon, Erin Doughty, Lia Wright, Karen Walker, Alyssa Waddell, Sarah Cary, and Ben Ellenberger.

Why were these witnesses not previously disclosed? Have you collected their emails? Have you collected any custodians' emails beyond the "Zendesk" platform?

**Michael A. Stoolman** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5421 | mobile: +1.856.316.6456
michael.stoolman@blankrome.com | bio

---

**From:** Higson, John J. <jhigson@dilworthlaw.com>
**Sent:** Wednesday, August 12, 2026 10:55 AM
**To:** Wilder, Will <will.wilder@ashurstperkins.com>; Andrew Baratta <andrew@Barattalawfirm.com>; Stephanie N. Deviney <SDeviney@foxrothschild.com>
**Cc:** AKurland@rohnkurland.com; Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>; Bobik, Gail-Anne <gbobik@dilworthlaw.com>; Trentalange, Silvio A. <strentalange@dilworthlaw.com>; Spizer, Nina C. <nspizer@dilworthlaw.com>; Smith, Jim <jim.smith@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>; Stoolman, Michael A. <michael.stoolman@blankrome.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Diana Wojtylak <Diana@Barattalawfirm.com>; Shelly L. Burdy <sburdy@foxrothschild.com>
**Subject:** RE: Rule 30(b)(6) Deposition of Uber

That's fine.

JOHN HIGSON | DILWORTH PAXSON LLP
1650 Market Street | Suite 1200 | Philadelphia, PA 19103
Tel: (215) 575-7152 | Fax: (215) 754-4603
jhigson@dilworthlaw.com | www.dilworthlaw.com

---

**From:** Wilder, Will <will.wilder@ashurstperkins.com>
**Sent:** Wednesday, August 12, 2026 10:48 AM
**To:** Andrew Baratta <andrew@Barattalawfirm.com>; Stephanie N. Deviney <SDeviney@foxrothschild.com>
**Cc:** Higson, John J. <jhigson@dilworthlaw.com>; AKurland@rohnkurland.com; Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>; Bobik, Gail-Anne <gbobik@dilworthlaw.com>; Trentalange, Silvio A. <strentalange@dilworthlaw.com>; Spizer, Nina C. <nspizer@dilworthlaw.com>; Jim.smith@blankrome.com; Maegan.mcumber@blankrome.com; Michael.stoolman@blankrome.com; Rebecca.ward@blankrome.com; rhynhart@blankrome.com; Diana Wojtylak <Diana@Barattalawfirm.com>; Shelly L. Burdy <sburdy@foxrothschild.com>
**Subject:** Re: Rule 30(b)(6) Deposition of Uber

**This message is from an external sender.**

---

Thank you both. 4:00pm today works for me. Is anyone available for Dr. Yarus or the Simon Defendants at that time?

**From:** Andrew Baratta <andrew@Barattalawfirm.com>
**Sent:** Wednesday, 12 August 2026 10:12:14
**To:** Stephanie N. Deviney <sdeviney@foxrothschild.com>
**Cc:** Wilder, William (NYC) <wwilder@perkinscoie.com>; John J. Higson <jhigson@dilworthlaw.com>; AKurland@rohnkurland.com <AKurland@rohnkurland.com>; Daniels, David (WDC) <ddaniels@perkinscoie.com>; Massey, David (NYC) <dmassey@perkinscoie.com>; Taber, Jacob (NYC) <jtaber@perkinscoie.com>; Wadden, Michael (WDC) <mwadden@perkinscoie.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>; Gail-Anne Bobik <gbobik@dilworthlaw.com>; Silvio A. Trentalange <strentalange@dilworthlaw.com>; Nina C. Spizer <nspizer@dilworthlaw.com>; jim.smith@blankrome.com <jim.smith@blankrome.com>; Maegan.mcumber@blankrome.com <Maegan.mcumber@blankrome.com>; michael.stoolman@blankrome.com <michael.stoolman@blankrome.com>; Rebecca.ward@blankrome.com <Rebecca.ward@blankrome.com>; rhynhart@blankrome.com <rhynhart@blankrome.com>; Diana Wojtylak <Diana@Barattalawfirm.com>; Shelly L. Burdy <sburdy@foxrothschild.com>
**Subject:** Re: Rule 30(b)(6) Deposition of Uber

I can be available at 4 or later today.

Andrew P. Baratta
Practice Areas: *Catastrophic Injury & Wrongful Death; Bad Faith Insurer Schemes Against Doctors*
**BARATTA LAW, LLC**
3500 Reading Way
Huntingdon Valley, Pa.  19006
215-914-8132
215-914-2118 (fax)

> On Aug 12, 2026, at 10:11 AM, Deviney, Stephanie N. <sdeviney@foxrothschild.com> wrote:
>
> Will,
>
> I can do 3 p.m. and any time after that.
>
> I appreciate the new thread on the depositions.
>
> Regards,
>
> **Stephanie N. Deviney**
> **Partner**
>
> **Fox Rothschild LLP**
> Exton
> (610) 458-3116
> sdeviney@foxrothschild.com

**From:** Wilder, Will <will.wilder@ashurstperkins.com>
**Sent:** Wednesday, August 12, 2026 10:09 AM
**To:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>; Andrew Baratta <andrew@barattalawfirm.com>
**Cc:** John J. Higson <jhigson@dilworthlaw.com>; AKurland@rohnkurland.com; Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>; Gail-Anne Bobik <gbobik@dilworthlaw.com>; Silvio A. Trentalange <strentalange@dilworthlaw.com>; Nina C. Spizer <nspizer@dilworthlaw.com>; Jim.smith@blankrome.com; Maegan.mcumber@blankrome.com; Michael.stoolman@blankrome.com; Rebecca.ward@blankrome.com; rhynhart@blankrome.com; Diana Wojtylak <Diana@Barattalawfirm.com>; Burdy, Shelly L. <sburdy@foxrothschild.com>
**Subject:** [EXT] RE: Rule 30(b)(6) Deposition of Uber

Stephanie and all,

I am flexible for this call this afternoon and tomorrow. Can everyone do today at 3:00pm EST?

And separately, I can start an email thread compiling all of the depositions that have been (i) confirmed and scheduled, or (ii) noticed but not confirmed.

**Will Wilder**
Associate

D: +1 332 238 2747

**Ashurst Perkins Coie**
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

**From:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Sent:** Monday, August 10, 2026 8:58 PM
**To:** Wilder, William (NYC) <wwilder@perkinscoie.com>; Andrew Baratta <andrew@barattalawfirm.com>
**Cc:** John J. Higson <jhigson@dilworthlaw.com>; AKurland@rohnkurland.com; Daniels, David (WDC) <ddaniels@perkinscoie.com>; Massey, David (NYC) <dmassey@perkinscoie.com>; Taber, Jacob (NYC) <jtaber@perkinscoie.com>; Wadden, Michael (WDC) <mwadden@perkinscoie.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>; Gail-Anne Bobik <gbobik@dilworthlaw.com>; Silvio A. Trentalange <strentalange@dilworthlaw.com>; Nina C. Spizer <nspizer@dilworthlaw.com>; Jim.smith@blankrome.com; Maegan.mcumber@blankrome.com; Michael.stoolman@blankrome.com; Rebecca.ward@blankrome.com; rhynhart@blankrome.com; Diana Wojtylak <Diana@Barattalawfirm.com>; Burdy, Shelly L. <sburdy@foxrothschild.com>
**Subject:** RE: Rule 30(b)(6) Deposition of Uber

Will,

Sorry we could not meet up today.

Given you indicated you were hoping Defendants could huddle up first, I think we should look to Wednesday for a call. I am free all day with the exception of lunch.

Also, can you please **CONFIRM** which depositions are scheduled and when they are proceeding. I realize a lot of dates have been thrown around but it is unclear to me what is moving forward and when. I want to make sure I have the dates on my calendar. If I do not hear from you, I will assume no depositions have been confirmed.

Thanks so much!

Regards,

**Stephanie N. Deviney**
**Partner**

**Fox Rothschild LLP**
Exton
(610) 458-3116
sdeviney@foxrothschild.com

---

**From:** Wilder, Will <will.wilder@ashurstperkins.com>
**Sent:** Monday, August 10, 2026 9:29 AM
**To:** Andrew Baratta <andrew@barattalawfirm.com>
**Cc:** John J. Higson <jhigson@dilworthlaw.com>; Deviney, Stephanie N. <SDeviney@foxrothschild.com>; AKurland@rohnkurland.com; Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>; Gail-Anne Bobik <gbobik@dilworthlaw.com>; Silvio A. Trentalange <strentalange@dilworthlaw.com>; Nina C. Spizer <nspizer@dilworthlaw.com>; Jim.smith@blankrome.com; Maegan.mcumber@blankrome.com; Michael.stoolman@blankrome.com; Rebecca.ward@blankrome.com; rhynhart@blankrome.com; Diana Wojtylak <Diana@Barattalawfirm.com>; Burdy, Shelly L. <sburdy@foxrothschild.com>
**Subject:** [EXT] Re: Rule 30(b)(6) Deposition of Uber

Good morning everyone,

I wanted to follow up on this meet and confer request. Would counsel for the Premier Pain Defendants, the Simon Defendants, and Dr. Yarus be available to discuss Rule 30(b)(6) depositions and our proposed claimant subpoenas today at 3:30?

If not, I am fairly flexible tomorrow and Wednesday.

Thanks,
Will

**From:** Wilder, William (NYC) <wwilder@perkinscoie.com>
**Sent:** Friday, 07 August 2026 15:31:28
**To:** Andrew Baratta <andrew@Barattalawfirm.com>
**Cc:** John J. Higson <jhigson@dilworthlaw.com>; Stephanie N. Deviney <sdeviney@foxrothschild.com>; AKurland@rohnkurland.com <AKurland@rohnkurland.com>; Daniels, David (WDC) <DDaniels@perkinscoie.com>; Massey, David (NYC) <DMassey@perkinscoie.com>; Taber, Jacob (NYC) <JTaber@perkinscoie.com>; Wadden, Michael (WDC) <MWadden@perkinscoie.com>; Veatch, Sydney (WDC) <SVeatch@perkinscoie.com>; Gail-Anne Bobik <gbobik@dilworthlaw.com>; Silvio A. Trentalange <strentalange@dilworthlaw.com>; Nina C. Spizer <nspizer@dilworthlaw.com>; jim.smith@blankrome.com <jim.smith@blankrome.com>; Maegan.mcumber@blankrome.com <Maegan.mcumber@blankrome.com>; michael.stoolman@blankrome.com <michael.stoolman@blankrome.com>; Rebecca.ward@blankrome.com <Rebecca.ward@blankrome.com>; rhynhart@blankrome.com <rhynhart@blankrome.com>; Diana Wojtylak <Diana@Barattalawfirm.com>; Shelly L. Burdy <sburdy@foxrothschild.com>
**Subject:** RE: Rule 30(b)(6) Deposition of Uber

I would have no objection to discussing both the Rule 30(b)(6) notices and the potential claimant subpoena at 3:30pm on Monday if that time works for a representative from each defendant group.

**Will Wilder**
Associate

D: +1 332 238 2747

**Ashurst Perkins Coie**
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

**From:** Andrew Baratta <andrew@Barattalawfirm.com>
**Sent:** Friday, August 7, 2026 3:16 PM
**To:** Wilder, William (NYC) <wwilder@perkinscoie.com>
**Cc:** John J. Higson <jhigson@dilworthlaw.com>; Stephanie N. Deviney <sdeviney@foxrothschild.com>; AKurland@rohnkurland.com; Daniels, David (WDC) <ddaniels@perkinscoie.com>; Massey, David (NYC) <dmassey@perkinscoie.com>; Taber, Jacob (NYC) <jtaber@perkinscoie.com>; Wadden, Michael (WDC) <mwadden@perkinscoie.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>; Gail-Anne Bobik <gbobik@dilworthlaw.com>; Silvio A. Trentalange <strentalange@dilworthlaw.com>; Nina C. Spizer <nspizer@dilworthlaw.com>; jim.smith@blankrome.com; Maegan.mcumber@blankrome.com; michael.stoolman@blankrome.com; Rebecca.ward@blankrome.com; rhynhart@blankrome.com; Diana Wojtylak <Diana@Barattalawfirm.com>; Shelly L. Burdy <sburdy@foxrothschild.com>
**Subject:** Re: Rule 30(b)(6) Deposition of Uber

I can be available Monday after 3:30. Let's just handle whatever issues exist in one meeting.

Andrew P. Baratta

Practice Areas: *Catastrophic Injury & Wrongful Death; Bad Faith Insurer Schemes Against Doctors*
**BARATTA LAW, LLC**
3500 Reading Way
Huntingdon Valley, Pa. 19006
215-914-8132
215-914-2118 (fax)

On Aug 7, 2026, at 3:11 PM, Wilder, Will <will.wilder@ashurstperkins.com> wrote:

Hi all,

We would like to request a meet and confer about this. What is your availability for Tuesday or Wednesday of next week? We would request that Defendants discuss amongst themselves ahead of the call and come to a position on:

1. How much time you believe you need in total for Rule 30(b)(6) deposition testimony of Uber; and,
2. Given that the Simon Defendants have now also served a Rule 30(b)(6) notice on FedEx, how much time you believe you need in total for FedEx.

We believe multiple days of Rule 30(b)(6) testimony of each Plaintiff would likely be unnecessary and disproportionate to the needs of the case given the considerable overlap in the noticed topics, but would like to hear your joint position on what you think is necessary.

Thanks,
Will

**Will Wilder**
Associate

D: +1 332 238 2747

**Ashurst Perkins Coie**
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

**From:** Higson, John J. <jhigson@dilworthlaw.com>
**Sent:** Friday, August 7, 2026 11:46 AM
**To:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>; Wilder, William (NYC) <wwilder@perkinscoie.com>; akurland@rohnkurland.com; Daniels, David (WDC) <ddaniels@perkinscoie.com>; Massey, David (NYC) <dmassey@perkinscoie.com>; Taber, Jacob (NYC) <jtaber@perkinscoie.com>; Wadden, Michael (WDC)

<mwadden@perkinscoie.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>
**Cc:** Bobik, Gail-Anne <gbobik@dilworthlaw.com>; Trentalange, Silvio A. <strentalange@dilworthlaw.com>; Spizer, Nina C. <nspizer@dilworthlaw.com>; jim.smith@blankrome.com; maegan.mcumber@blankrome.com; michael.stoolman@blankrome.com; rebecca.ward@blankrome.com; rhynhart@blankrome.com; diana@barattalawfirm.com; andrew@barattalawfirm.com; Burdy, Shelly L. <sburdy@foxrothschild.com>
**Subject:** RE: Rule 30(b)(6) Deposition of Uber

Will,

Yarus agrees with Stephanie's email below. Yarus has every right to monitor how discovery proceeds and issue and take his own 30(b)(6) deposition. We may very well get one out in the next week or so. We, however, cannot agree to the limitations you propose (although I should note that we are also happy to meet and confer regarding the issue). As for dates, can certainly work with the group. And, I would prefer in-person for corporate rep depositions. John

JOHN HIGSON | DILWORTH PAXSON LLP
1650 Market Street | Suite 1200 | Philadelphia, PA 19103
Tel: (215) 575-7152 | Fax: (215) 754-4603
jhigson@dilworthlaw.com | www.dilworthlaw.com

---

**From:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Sent:** Friday, August 7, 2026 11:33 AM
**To:** Wilder, Will <will.wilder@ashurstperkins.com>; akurland@rohnkurland.com; Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>
**Cc:** Bobik, Gail-Anne <gbobik@dilworthlaw.com>; Higson, John J. <jhigson@dilworthlaw.com>; Trentalange, Silvio A. <strentalange@dilworthlaw.com>; Spizer, Nina C. <nspizer@dilworthlaw.com>; jim.smith@blankrome.com; maegan.mcumber@blankrome.com; michael.stoolman@blankrome.com; rebecca.ward@blankrome.com; rhynhart@blankrome.com; diana@barattalawfirm.com; andrew@barattalawfirm.com; Burdy, Shelly L. <sburdy@foxrothschild.com>
**Subject:** RE: Rule 30(b)(6) Deposition of Uber

**This message is from an external sender.**

---

Will,

The Premier Defendants cannot agree that the 30(b)(6) depositions are limited to a day and a half. There are numerous defendants and numerous claimants. While we certainly have no intention of being repetitive, we

cannot agree to any time limitation (other than those set by the court rules) prematurely. I will make myself available on the dates you have proposed. My preference is for in-person depositions but if the majority prefer virtual, I will go with the majority.

In addition, regarding depositions, can you please **CONFIRM** which depositions are scheduled and when they are proceeding. I realize a lot of dates have been thrown around but it is unclear to me what is actually moving forward and when. I want to make sure I have the dates on my calendar.

Thanks so much!

Regards,

**Stephanie N. Deviney**
**Partner**

**Fox Rothschild LLP**
Exton
(610) 458-3116
sdeviney@foxrothschild.com

---

**From:** Wilder, Will <will.wilder@ashurstperkins.com>
**Sent:** Wednesday, August 5, 2026 11:30 AM
**To:** jim.smith@blankrome.com; maegan.mcumber@blankrome.com; michael.stoolman@blankrome.com; rebecca.ward@blankrome.com; rhynhart@blankrome.com; diana@barattalawfirm.com; andrew@barattalawfirm.com; Deviney, Stephanie N. <SDeviney@foxrothschild.com>; Burdy, Shelly L. <sburdy@foxrothschild.com>
**Cc:** akurland@rohnkurland.com; Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>; gbobik@dilworthlaw.com; higsonjj@dilworthlaw.com; strentalange@dilworthlaw.com; nspizer@dilworthlaw.com
**Subject:** [EXT] Rule 30(b)(6) Deposition of Uber

Counsel,

The Simon Defendants, Premier Pain Defendants, and PSA Defendants have all served Rule 30(b)(6) deposition notices on Uber. Because there is some degree of overlap in the requested topics, we believe it would be most efficient to prepare one witness to testify as to all three deposition notices on behalf of Uber. Uber's witness will be Kaylynn Christie, Senior Manager on the Claims SIU team.

We are aware that despite the overlap in topics, thorough questioning about the topics in all three notices may take more than one day. We believe the topics can be

managed in 1.5 days of deposition testimony. Uber's witness can be available on the following dates:

1. September 30, October 1, and October 2
2. October 6, 7, and 8
3. October 13, 14, and 15

We would propose that this deposition occur virtually.

Please let us know which dates work for counsel for Defendants.

Thanks,
Will

**Will Wilder**
Associate

D: +1 332 238 2747

**Ashurst Perkins Coie**
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please

immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

****************************************************************************************************
******

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution,

or reproduction of this message or any attachments is prohibited and may be unlawful.

**********************************************************************************************************

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com.