**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>SIMON & SIMON, P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, AND LANCE YARUS,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>No. 2:25-cv-05365-MAK |

**ORDER**

AND NOW, this ______ day of _______________, 2026, upon consideration of Defendants Simon & Simon P.C.'s and Marc Simon's (the "Simon Parties") Motion to Compel, and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**. It is hereby **FURTHER ORDERED** that:

1. Within seven (7) days, Uber shall produce the following:

    a. Documents responsive to the Simon Parties' document requests that are located following a search of Heather Hughes' and Alyssa Waddell's custodial email files;

    b. "Zendesk" files for all relevant claimants, without any date restriction, including but not limited to the Zendesk files that discuss the decision to settle Cases A, H, L, P, S, and T.

BY THE COURT

______________________________ J.