**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS,**<br><br>**Defendants.** | CIVIL ACTION<br><br>No: 2:25-cv-05365-MAK |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS SIMON & SIMON, P.C. AND MARC SIMON'S MOTION FOR <u>PARTIAL SUMMARY AGAINST UBER TECHNOLOGIES, INC.</u>**

Pursuant to Sections I(A) and III(B)(1) of the Court's Policies and Procedures, Plaintiffs Uber Technologies, Inc. ("Uber") and Federal Express Corporation ("FedEx") respectfully request that the Court grant a one-week extension of Uber's deadline to oppose Simon & Simon, P.C. and Marc Simon's Motion for Partial Summary Judgment on RICO Standing Against Uber (ECF 213). Good cause supports the requested extension, which will not prejudice any party or materially delay the adjudication of this matter.

Federal Rule of Civil Procedure 6(b) authorizes the Court to extend case deadlines upon a showing of "good cause." Fed. R. Civ. P. 6(b). A party can typically meet this standard by demonstrating "some justification for the issuance of the extension[,]" and that the extension will not cause prejudice to the opposing party. 4B Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 1165 (4th ed. 2021 update). *See also Davis v. Ace Hardware Corp.*, No. CV 12-1185-SLR-CJB, 2014 WL 2990329, at *2 (D. Del. July 2, 2014) (cleaned up) ("Courts have described Rule 6(b)(1)(A)'s good cause standard as non-rigorous and have noted that a request for an extension of time pursuant to the Rule should normally be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party."); *Manigault v. ABC Inc.*, No. 18-3133, 2019 WL 6340254 (2d Cir. Nov. 27, 2019); *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010).

Here, good cause supports the brief extension sought. The Simon Defendants filed their motion for summary judgment without advance notice at a particularly busy point in the discovery period, during which Plaintiffs have simultaneously needed to take the pre-scheduled Rule 30(b)(6) deposition of Simon & Simon's corporate representative, litigate a time-sensitive discovery motion, produce significant volumes of documents, and engage in extensive discussions and negotiations regarding ongoing discovery disputes. The briefing period for the summary judgment

motion also coincided with a federal holiday and one of the Jewish high holidays. Moreover, just last night, the Simon Defendants filed without warning a new discovery motion, Plaintiffs' response to which is due on September 16. Plaintiffs' counsel has been diligently working to prepare Plaintiffs' opposition to the summary judgment motion while managing the various other pressing case deadlines and responsibilities, but Uber needs additional time to fully develop and finalize its responses to Defendants' arguments.

A one-week delay in the disposition of the summary judgment motion will not prejudice any party. The Simon Defendants' motion seeks summary judgment only as to Uber, not as to its Co-Plaintiff FedEx. Accordingly, depositions and other discovery into Defendants' scheme will continue to proceed in substantially the same manner and sequence regardless of the outcome of the motion. Delaying its adjudication by one week thus will not materially impact the course of discovery or otherwise result in any prejudice.

Accordingly, Plaintiffs respectfully request that the Court extend the deadline for Uber's response to the Simon Defendants' motion for summary judgment by one week, from September 16, 2026 to September 23, 2026.

Dated: September 15, 2026

**ROHN KURLAND, P.C.**

Amy Kurland, Bar No. 37419
AKurland@rohnkurland.com
1700 Market St, Suite 1005
Philadelphia, PA 19103
Telephone: +1.215.770.0320
Facsimile: +1.215.717.9697

**ASHURST PERKINS COIE US LLP**

By: /s/ David W. T. Daniels
David W. T. Daniels
david.daniels@ashurstperkins.com
Michael J. Wadden
michael.wadden@ashurstperkins.com
Sydney Veatch
sydney.veatch@ashurstperkins.com
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

David B. Massey
david.massey@ashurstperkins.com
Jacob Taber
jacob.taber@ashurstperkins.com
William Wilder
will.wilder@ashurstperkins.com
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: +1.212.262.6900
Facsimile: +1.212.977.1649

Michael R. Huston
michael.huston@ashurstperkins.com
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone: +1.602.351.8000
Facsimile: +1.602.648.7000

*Attorneys for Plaintiffs Uber Technologies, Inc. and Federal Express Corporation*

## CERTIFICATE OF CONFERRAL

I, Michael J. Wadden, hereby certify that Plaintiffs' counsel attempted to resolve the issues raised in this Motion through discussions with counsel for the Simon Defendants. Plaintiffs' counsel asked the Simon Defendants for their consent to the one-week extension requested in this motion by email on September 14, 2026. The Simon Defendants did not respond to that email or to the two follow-up emails I sent later on September 14 and on the morning of September 15—though in the intervening period, the Simon Defendants did file a motion to compel Uber to produce documents and email Plaintiffs regarding other topics. My emails to opposing counsel regarding Plaintiffs' extension request are attached hereto as Exhibit 1.

Given the limited time before the summary judgment opposition deadline and the Simon Defendants' failure to respond to the extension request, Plaintiffs respectfully submit that the extension request is ripe for presentation to the Court.

Dated: September 15, 2026

**ASHURST PERKINS COIE US LLP**

By: /s/ Michael J. Wadden
Michael J. Wadden
michael.wadden@ashurstperkins.com
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

*Counsel for Plaintiffs Uber Technologies, Inc. and Federal Express Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing to be electronically filed with the Clerk of the Court through the CM/ECF system. By electronically filing, the CM/ECF system shall send notification of such filing to counsel of record for each party and those registered to receive a Notice of Electronic Filing for this case.

Dated: September 15, 2026

**ASHURST PERKINS COIE US LLP**

By: /s/ Michael J. Wadden

Michael J. Wadden
michael.wadden@ashurstperkins.com
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

*Counsel for Plaintiffs Uber Technologies, Inc. and Federal Express Corporation*