# EXHIBIT 1

**Wadden, Michael (WDC)**

| | |
|---|---|
| **From:** | Wadden, Michael (WDC) |
| **Sent:** | Tuesday, September 15, 2026 9:00 AM |
| **To:** | 'Ward, Rebecca'; 'Stoolman, Michael A.'; 'Rhynhart, Dan'; 'Smith, Jim'; 'Spitzer, Maegan' |
| **Cc:** | Daniels, David (WDC); Massey, David (NYC); Wilder, William (NYC); Veatch, Sydney (WDC); Taber, Jacob (NYC) |
| **Subject:** | RE: One-week extension to summary judgment opposition deadline |

Counsel, having not received any response to our below request, we are going to move forward with filing our motion for an extension.


**Michael Wadden**
Associate

D: +1 202 434 1683

**Ashurst Perkins Coie**
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
ashurstperkinscoie.com


Please follow Ashurst Perkins Coie on LinkedIn

---

**From:** Wadden, Michael (WDC)
**Sent:** Monday, September 14, 2026 9:31 PM
**To:** 'Ward, Rebecca' <rebecca.ward@blankrome.com>; 'Stoolman, Michael A.' <michael.stoolman@blankrome.com>; 'Rhynhart, Dan' <dan.rhynhart@blankrome.com>; 'Smith, Jim' <jim.smith@blankrome.com>; 'Spitzer, Maegan' <maegan.spitzer@blankrome.com>
**Cc:** Daniels, David (WDC) <DDaniels@perkinscoie.com>; Massey, David (NYC) <DMassey@perkinscoie.com>; Wilder, William (NYC) <WWilder@perkinscoie.com>; Veatch, Sydney (WDC) <SVeatch@perkinscoie.com>; Taber, Jacob (NYC) <JTaber@perkinscoie.com>
**Subject:** RE: One-week extension to summary judgment opposition deadline

All, I am following up on our below request. We would greatly appreciate it if you could let us know this evening whether you consent or we should file the request for an extension as a contested motion.

I note that we have promptly consented to several extension requests, including most recently your request for an extension of the deadline to oppose our September 4 motion.

Thanks,
Mike


**Michael Wadden**
Associate

D: +1 202 434 1683

**Ashurst Perkins Coie**
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

**From:** Wadden, Michael (WDC)
**Sent:** Monday, September 14, 2026 3:53 PM
**To:** 'Ward, Rebecca' <rebecca.ward@blankrome.com>; Stoolman, Michael A. <michael.stoolman@blankrome.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Smith, Jim <jim.smith@blankrome.com>; Spitzer, Maegan <maegan.spitzer@blankrome.com>
**Cc:** Daniels, David (WDC) <DDaniels@perkinscoie.com>; Massey, David (NYC) <DMassey@perkinscoie.com>; Wilder, William (NYC) <WWilder@perkinscoie.com>; Veatch, Sydney (WDC) <SVeatch@perkinscoie.com>; Taber, Jacob (NYC) <JTaber@perkinscoie.com>
**Subject:** One-week extension to summary judgment opposition deadline

Counsel,

Will you consent to a one-week extension to Uber's deadline to oppose the Simon Defendants' motion for summary judgment, to September 23? We believe the request for an extra week is reasonable in light of the busy case schedule and holiday disruptions the past two weekends, and we would greatly appreciate your consent.

Thanks,
Mike

**Michael Wadden**
Associate

D: +1 202 434 1683

**Ashurst Perkins Coie**
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn