**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,**<br><br>**PLAINTIFFS,**<br><br>**v.**<br><br>**SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS,**<br><br>**DEFENDANTS.** | CIVIL ACTION<br><br>No: 2:25-cv-05365-MAK |

**[PROPOSED] ORDER**

AND NOW, this ___ day of ______, 2026, upon consideration of Plaintiffs' Motion for Extension of Time to Respond to Defendants Simon & Simon, P.C. and Marc Simon's Motion for Partial Summary Judgment against Uber Technologies, Inc., it is hereby ORDERED that the Motion for Extension of Time is GRANTED. Plaintiffs' deadline to oppose the Motion for Partial Summary Judgment (ECF 213) is hereby extended and reset to September 23, 2026.

______________________

**KEARNEY, J.**