**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 2:25-cv-05365-MAK |
| SIMON & SIMON, P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, AND LANCE YARUS, | : | |
| Defendants. | : | |

**DEFENDANTS SIMON & SIMON, P.C. AND**
**MARC SIMON'S RESPONSE TO ORDER ECF 225**

Defendants Simon & Simon, P.C. and Marc Simon ("the Simon Parties"), by their undersigned counsel, hereby respond to the Court's Order today at ECF 225.

Counsel for the Simon Parties were delayed in responding to Plaintiffs' counsel on their request for an extension given the need to address a significant development in the case.

The Simon Parties have no objection to Plaintiffs' request for a one-week extension.

Dated: September 15, 2026

Respectfully submitted,

**BLANK ROME LLP**

*/s/ Daniel E. Rhynhart*

James T. Smith (I.D. No. 39333)
Daniel E. Rhynhart (I.D. No. 78248)
Rebecca D. Ward (I.D. No. 79547)
Michael A. Stoolman (I.D. No. 326117)
Maegan S. Spitzer (I.D. No. 335905)
One Logan Square, 130 N. 18th Street
Philadelphia, PA 19103
Phone: (215) 569-5371

Email: Jim.Smith@BlankRome.com
Dan.Rhynhart@BlankRome.com
Rebecca.Ward@BlankRome.com
Michael.Stoolman@BlankRome.com
Maegan.Spitzer@BlankRome.com

*Attorneys for Defendants*
*Simon & Simon, P.C. and Marc Simon*

**CERTIFICATE OF SERVICE**

I, Daniel E. Rhynhart, hereby certify that on September 15, 2026, a true and correct copy of the foregoing was served via email on all counsel of record.

*/s/ Daniel E. Rhynhart*
Daniel E. Rhynhart