**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS,**<br><br>**Defendants.** | CIVIL ACTION<br><br>No: 2:25-cv-05365-MAK |

**PLAINTIFF UBER TECHNOLOGIES, INC.'S RESPONSE TO DEFENDANTS SIMON & SIMON, P.C. AND MARC SIMON'S MOTION TO COMPEL (ECF NO. 223)**

Plaintiff Uber Technologies, Inc. respectfully submits this Response to Defendants Simon & Simon, P.C. and Marc Simon's Motion to Compel (ECF No. 223). There is no live issue for the Court to resolve here. Uber has already collected the custodial email files of Heather Hughes and Alyssa Waddell and has also made a supplemental collection of Zendesk files for all relevant claimants to capture any communications from recent months. Counsel for Uber is endeavoring to make a full production of all non-privileged, responsive documents identified in these files by the end of the day on Monday, September 21, 2026, well ahead of the Simon Defendants' proposed deadline of seven days in their Proposed Order (ECF No. 223-06). The delay in collection of these documents is due to a departure of relevant personnel at Uber, not any actual dispute between the parties about the scope of the documents to be produced. This is yet another instance of the Simon Defendants burdening the Court with unnecessary motion practice on an issue where there is no material dispute.

Since there is no genuine discovery purpose served by this motion, it appears that its true purpose is to provide yet another preview of Simon Defendants' summary judgment arguments—this time relating to their "defiance not reliance" argument that first party reliance is required for RICO standing. The Court has already rightly rejected this theory, *see* ECF No. 99 at *35, given that among other things third party reliance is undeniably sufficient to establish standing.

In any event, the documents attached to the Simon Defendants' Motion in fact *show* first party reliance. They confirm that Uber relied on the key documents at the heart of this case which subsequent investigation and discovery has shown to be fraudulent: namely, the radiofrequency ablation reports created by Clifton Burt at the direction of the Simon Defendants. Exhibit B to the Simon Defendants' Motion lists "Premier Pain/Burt – 2 Cervical MBB and 2 CF RFA" under "Injury Info" when explaining a justification for a settlement. And Exhibit C similarly lists "L5

MBB and RFA – Premier Pain/Dr. Burt" under "Injury Info" as part of a pre-trial exposure assessment. Dr. Burt's purported medial branch blocks and radiofrequency ablations are the *only* invasive medical treatments that these documents show Uber considered in valuing these claims. Discovery thus far has revealed that these key medical records were false because the procedures were not actually performed as described; and that the procedures were specifically directed by the Simon Defendants.

For all the foregoing reasons, Uber respectfully requests that the motion be denied without prejudice to renew subject to Uber's production this week of the custodial email files of Heather Hughes and Alyssa Waddell and supplemental production of Zendesk files.

Dated: September 16, 2026

**ROHN KURLAND, P.C.**

Amy Kurland, Bar No. 37419
AKurland@rohnkurland.com
1700 Market St, Suite 1005
Philadelphia, PA 19103
Telephone: +1.215.770.0320
Facsimile: +1.215.717.9697

**ASHURST PERKINS COIE US LLP**

By: /s/ David W. T. Daniels

David W. T. Daniels
david.daniels@ashurstperkins.com
Michael J. Wadden
michael.wadden@ashurstperkins.com
Sydney Veatch
sydney.veatch@ashurstperkins.com
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

David B. Massey
david.massey@ashurstperkins.com
Jacob Taber
jacob.taber@ashurstperkins.com
William Wilder
will.wilder@ashurstperkins.com
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: +1.212.262.6900
Facsimile: +1.212.977.1649

Michael R. Huston
michael.huston@ashurstperkins.com
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone: +1.602.351.8000
Facsimile: +1.602.648.7000

*Attorneys for Plaintiffs Uber Technologies, Inc. and Federal Express Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be electronically filed with the Clerk of the Court through the CM/ECF system. By electronically filing, the CM/ECF system shall send notification of such filing to counsel of record for each party and those registered to receive a Notice of Electronic Filing for this case.

Dated: September 16, 2026

**ASHURST PERKINS COIE US LLP**

By: /s/ David W. T. Daniels
David W. T. Daniels
david.daniels@ashurstperkins.com
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

*Counsel for Plaintiffs Uber Technologies, Inc. and Federal Express Corporation*