**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,**<br><br>**PLAINTIFFS,**<br><br>**v.**<br><br>**SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS,**<br><br>**DEFENDANTS.** | CIVIL ACTION<br><br>No: 2:25-cv-05365-MAK |

**[PROPOSED] ORDER**

AND NOW, this ___ day of ______, 2026, upon consideration of Plaintiff Uber Technologies, Inc.'s Response to Defendants Simon & Simon, P.C. and Marc Simon's Motion to Compel, it is hereby ORDERED that the Motion to Compel (ECF 223) is DENIED without prejudice to renew subject to Uber's forthcoming production of the custodial email files of Heather Hughes and Alyssa Waddell and supplemental production of Zendesk files.

______________________

**KEARNEY, J.**