**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UBER TECHNOLOGIES, INC., *et al.*** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-5365** |
| | : | |
| **SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, LANCE YARUS** | : | |

# ORDER

**AND NOW**, this 17th day of September 2026 (Constitution Day), upon considering the Simon Defendants' Motion to compel (ECF 223) documents from the email files of two Uber claims personnel and the remaining claims notes documents for the relevant claimants stored in an Uber "Zendesk" system, Uber's Opposition (ECF 228) representing it collected the custodial email files and made a supplemental collection of "Zendesk" files for the relevant claimants and represents it will make a full production of all nonprivileged responsive documents in these files by close of business on September 21, 2026, relying upon Uber counsel's representations, and reminding counsel of their obligations to ensure a good faith dispute before burdening the Court as we continue to defer appointing a Rule 53 Discovery Master given the expense already incurred in multiple anticipatory discovery disputes, it is **ORDERED** the Simon Defendants' Motion (ECF 223) is **DENIED** without prejudice to be renewed after a thoughtful study of the responsive documents being produced by the close of business on September 21, 2026 and thereafter only seeking relief strictly compliant with their obligations under our Policies.

____________________________
**KEARNEY, J.**