**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,**

**PLAINTIFFS,**

**v.**

**SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS,**

**DEFENDANTS.**

CIVIL ACTION

No: 2:25-cv-05365-MAK

**[PROPOSED] ORDER**

AND NOW, this ___ day of ______, 2026, upon consideration of Simon & Simon P.C. and Marc Simon's Partial Motion for Summary Judgement on RICO Standing against Plaintiff Uber Technologies, Inc. (ECF 213), and Plaintiffs' Opposition thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

______________________

**KEARNEY, J.**