**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS,**<br><br>**Defendants.** | CIVIL ACTION<br><br>No: 2:25-cv-05365-MAK |

**PLAINTIFF UBER TECHNOLOGIES, INC.'S APPENDIX IN SUPPORT OF ITS OPPOSITION TO DEFENDANTS SIMON & SIMON, P.C. AND MARC SIMON'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Section VI(C) of the Court's Policies and Procedures, Uber Technologies, Inc. submits this appendix of declarations and exhibits filed in support of its opposition to the Simon Defendants' Motion for Partial Summary Judgment.

# TABLE OF CONTENTS


| EXHIBIT | DOCUMENT | APPENDIX PAGES |
|---|---|---|
| A | Declaration of Andy Parr | SIMONAPPX000185-191 |
| B.1 | Settlement in Dajuan Speaks Case | SIMONAPPX000192-197 |
| B.2 | Settlement in Heaven Simmons Case | SIMONAPPX000198-203 |
| C.1 | Uber's 2025 Form 10-K | SIMONAPPX000204-337 |
| C.2 | Exhibit 21.1 to Uber's 2025 Form 10-K – List of Uber Subsidiaries | SIMONAPPX000338 |
| D | Assignment of Claims Contract | SIMONAPPX000339-343 |
| E | Declaration of David Daniels | SIMONAPPX000344-345 |
| F | Uber's Supplemental Responses and Objections to Simon Defendants' First Set of Interrogatories | SIMONAPPX000346-351 |
| G | Uber's Responses and Objections to Simon Defendants' Second Set of Interrogatories | SIMONAPPX000352-360 |
| H | Declaration of Paul Nordeman | SIMONAPPX000361-362 |
| I | Paul Picinich Marriott Guest Folio for Alberto Ayala Case | SIMONAPPX000363 |
| J | Declaration of Paul Picinich | SIMONAPPX000364-365 |
| K | Paul Nordeman Expense Image for Alberto Ayala Case | SIMONAPPX000366 |

Dated: September 23, 2026

**ROHN KURLAND, P.C.**

Amy Kurland, Bar No. 37419
AKurland@rohnkurland.com
1700 Market St, Suite 1005
Philadelphia, PA 19103
Telephone: +1.215.770.0320
Facsimile: +1.215.717.9697

**ASHURST PERKINS COIE US LLP**

By: /s/ David W. T. Daniels

David W. T. Daniels
david.daniels@ashurstperkins.com
Michael J. Wadden
michael.wadden@ashurstperkins.com
Sydney Veatch
sydney.veatch@ashurstperkins.com
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

David B. Massey
david.massey@ashurstperkins.com
Jacob Taber
jacob.taber@ashurstperkins.com
William Wilder
will.wilder@ashurstperkins.com
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: +1.212.262.6900
Facsimile: +1.212.977.1649

Michael R. Huston
michael.huston@ashurstperkins.com
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone: +1.602.351.8000
Facsimile: +1.602.648.7000

*Attorneys for Plaintiffs Uber Technologies, Inc. and Federal Express Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing to be electronically filed with the Clerk of the Court through the CM/ECF system. By electronically filing, the CM/ECF system shall send notification of such filing to counsel of record for each party and those registered to receive a Notice of Electronic Filing for this case.

Dated: September 23, 2026

**ASHURST PERKINS COIE US LLP**

By: */s/ David W. T. Daniels*

David W. T. Daniels
david.daniels@ashurstperkins.com
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

*Counsel for Plaintiffs Uber Technologies, Inc. and Federal Express Corporation*