# Exhibit C.2

EX-21.1 3 uber12312025exhibit211.htm EX-21.1

**Exhibit 21.1**

**Subsidiaries of the Registrant**

| **Name** | **Where Incorporated** |
|---|---|
| Aleka Insurance, Inc. | Hawaii |
| Neben Holdings, LLC | Delaware |
| Neben Singapore II Pte. Ltd. | Singapore |
| Portier, LLC | Delaware |
| Rasier, LLC | Delaware |
| SMB Holding Corporation | Delaware |
| Uber B.V. | Netherlands |
| Uber International B.V. | Netherlands |
| Uber International C.V. | Netherlands |
| Uber International Technologies Corporation | Delaware |
| Uber MENA B.V. | Netherlands |
| Uber NL Holdings 1 B.V. | Netherlands |
| Unter, LLC | New York |