# Exhibit E

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,**<br><br>**PLAINTIFFS,**<br><br>**v.**<br><br>**SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS,**<br><br>**DEFENDANTS.** | CIVIL ACTION<br><br>No: 2:25-cv-05365-MAK |

**DECLARATION OF DAVID DANIELS**

1. I am a partner at Ashurst Perkins Coie US LLP, counsel for Plaintiffs Uber Technologies, Inc. and Federal Express Corporation in this case.

2. I submit this declaration in support of Plaintiff Uber Technologies, Inc.'s Opposition to Defendants Simon & Simon, P.C. and Marc Simon's Motion for Partial Summary Judgment and the Appendix files with that opposition.

3. Attached as **Exhibit F** to the Appendix is a true and correct copy of Uber's Supplemental Responses and Objections to the Simon Defendants' First Set of Interrogatories dated September 9, 2026.

4. Attached as **Exhibit G** to the Appendix is a true and correct copy of Uber's Responses and Objections to the Simon Defendants' Second Set of Interrogatories dated September 9, 2026.

5. Although Uber's opposition presents abundant evidence showing genuine issues of triable fact as to the injury and proximate cause elements that the Simon Defendants wrongly claim to be lacking, to the extent that their motion in the Court's view requires a proffer of evidence with respect to any other RICO elements, including those relating to the underlying fraud scheme, Uber respectfully requests that consideration of the motion be deferred pending close of discovery. Such deferral is warranted under because this Court's Scheduling Order (ECF No. 125) set a fact and expert discovery deadline of November 30, 2026. Evidence confirming the scheme is in Defendants' possession and control—not Uber's—and as of today's date, discovery into such evidence is not complete. Document discovery is ongoing. Deposition discovery has only just commenced. Expert discovery has not yet taken place. Accordingly, and in the alternative to denying the motion outright, it should be deferred under Rules 56(d) or (e) to provide Uber with an opportunity to present such facts.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed in Washington, D.C. on September 23, 2026.

_*/s/ David W. T. Daniels*___
David W. T. Daniels