# Exhibit H

Docusign Envelope ID: 4E757670-3B08-81DD-8100-3D768A94257A

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,**<br><br>**PLAINTIFFS,**<br><br>**v.**<br><br>**SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS,**<br><br>**DEFENDANTS.** | CIVIL ACTION<br><br>No: 2:25-cv-05365-MAK |

**DECLARATION OF PAUL NORDEMAN**

I, Paul Nordeman, make this Declaration in Opposition to the Simon Defendants' Motion for Partial Summary Judgment.

1. I am employed by Uber as Senior Counsel, Safety & Insurance Litigation.

2. As part of my job responsibilities with Uber, I from time to time attend trials in personal injury lawsuits brought against Uber and its subsidiaries. In connection with doing so, I am sometimes required to incur travel-related expenses, which Uber pays.

3. In April 2026, I attended trial in a personal injury lawsuit brought by the Simon & Simon firm against an Uber subsidiary, in which an Uber employee testified. The lawsuit was captioned *Ayala v. Guevara, et al.*, No. 250303955 (Pa. Ct. Com. Pl. Phila. Cnty.).

Docusign Envelope ID: 4E757670-3B08-81DD-8100-3D768A94257A

4. In order to attend that trial, I needed to travel to Philadelphia on April 27, April 28, and April 29, 2026. In doing so, I incurred travel-related expenses, which I would not have incurred but for the trial.

5. Uber paid my travel costs, including paying parking fees and providing reimbursement for the mileage I drove to attend the trial.

6. Attached as Exhibit K to Uber's Appendix is an authentic copy of a record from Uber's internal accounting system reflecting Uber's payment of reimbursement to me for the mileage I drove to attend the trial. The record has been redacted to remove bank account numbers and similar confidential information.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed in Conshohocken, Pennsylvania, on September 23, 2026.

Paul Nordeman

Paul Nordeman