# Exhibit I

MARRIOTT

**PHILADELPHIA MARRIOTT DOWNTOWN** **GUEST FOLIO**

| | | | | | |
|---|---|---|---|---|---|
| 791 ROOM | PICINICH/P NAME | 205.00 RATE | 04/28/26 DEPART | 11:00 TIME | 10958 ACCT# |
| KING TYPE | | | 04/27/26 ARRIVE | 17:38 TIME | |
| 195 ROOM CLERK | ADDRESS | PAYMENT | | | MBV#: XXXXX8775 |

| DATE | REFERENCES | | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|---|
| 04/27 | ROOM | 791, 1 | 205.00 | | |
| 04/27 | STOCCTAX | 791, 1 | 14.35 | | |
| 04/27 | LCOCCTAX | 791, 1 | 17.43 | | |
| 04/27 | PHIL LEV | 791, 1 | 1.54 | | |
| 04/27 | STOCCTAX | 791, 1 | .11 | | |
| 04/27 | LCOCCTAX | 791, 1 | .13 | | |
| 04/28 | VS CARD | | | $238.56 | |

TO BE SETTLED TO: VISA CURRENT BALANCE .00

THANK YOU FOR CHOOSING MARRIOTT! FOR EXPRESS CHECKOUT PLEASE DIAL 0 AYS AGENT WILL CHECK YOU OUT OR YOU MAY DROP YOUR KEY IN THE KEY DROP BOX NEAR THE ELEVATOR.

**See our "Privacy & Cookie Statement" on Marriott.com**

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Bonvoy benefits.**

MARRIOTT

PHILADELPHIA MARRIOTT DOWNTOWN
1201 MARKET ST
PHILADELPHIA PA 19107-2817

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X