# Exhibit J

Docusign Envelope ID: ADB587E6-6241-8A93-8197-955300332352

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,**<br><br>**PLAINTIFFS,**<br><br>**v.**<br><br>**SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS,**<br><br>**DEFENDANTS.** | CIVIL ACTION<br><br>No: 2:25-cv-05365-MAK |

**DECLARATION OF PAUL PICINICH**

I, Paul Picinich, make this Declaration in Opposition to the Simon Defendants' Motion for Partial Summary Judgment.

1. I am employed by Uber as a Senior Manager of Corporate Business Operations.

2. As part of my job responsibilities with Uber, I have from time to time served as a corporate representative witness on behalf of Uber and its subsidiaries. In connection with doing so, I am sometimes required to incur travel-related expenses, which Uber pays.

3. In April 2026, I testified in a personal injury lawsuit brought by the Simon & Simon firm captioned *Ayala v. Guevara, et al.*, No. 250303955 (Pa. Ct. Com. Pl. Phila. Cnty.). In order to testify at that trial, I traveled to Philadelphia from my home in New Jersey on April 27, 2026.

Docusign Envelope ID: ADB587E6-6241-8A93-8197-955300332352

4. Uber paid my travel costs, including the cost of my overnight stay at the Philadelphia Marriott Downtown and the cost of Amtrak tickets. An authentic copy of the hotel folio reflecting the costs Uber paid in connection with the hotel stay is attached as Exhibit I to Uber's Appendix.

5. I would not have traveled to Philadelphia on April 27, 2026, and Uber would not have needed to incur the associated travel expenses but for my need to testify at the *Ayala* trial.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed in Park Ridge, New Jersey, on September 23, 2026.

Paul Picinich

Paul Picinich