# Exhibit K

## Showing all Sent for Settlement (1)

You can select a payment and take necessary actions like: **Track Payment** and **Stop Payment**

Sent for Settlement-Completed (1 - 1 of 1)

| | | Status | Client Transaction Reference | Currency | Amount | Beneficiary/Remitter Name | Beneficiary/Remitter Account Number | Payment Method | Value Date 1 | Bank Value Date | Tracking Number - UETR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☑ | ^ | Processed by Citi – Sent for Settlement | [redacted] | USD | 73.98 | Paul Nordeman | [redacted] | ACH | 05/14/2026 | 05/14/2026 | [redacted] |

**Citi Transaction Reference**
[redacted]

**Account Name**
UBER TECHNOLOGIES INC - VENDOR

**Account Number**
[redacted]

**Beneficiary/Remitter Bank**
PNC BANK, NATIONAL ASSOCIATION

**Original Amount**
73.98

**Created By**
--

**Created Date & Time**
--

**Payment Details**
[redacted] PHILACH CFUBER
[redacted] CITIDE SETTLE G/L DE
SETTLE N [redacted] CFUBER
[redacted] CITIBANKDEL
UBER TECHNOLOGIE CITI*EDI
5220UBER USA,LLC [redacted]
[redacted] CCDEDI PAYMNTMAY
[redacted] Paul Nordeman
[redacted]

**Case Reference**
--

**Payment Instruction**
Click Here

**FX Rate**
--

**FX Deal Number**
--

**Funding Reference Number**
--

**Document Status**
--

Audit Trail