**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UBER TECHNOLOGIES, INC., and FEDERAL EXPRESS CORPORATION,**<br><br>**PLAINTIFFS,**<br>**v.**<br><br>**SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS,**<br><br>**DEFENDANTS.** | CIVIL ACTION<br><br>No. 2:25-cv-05365-MAK |

**PLAINTIFFS' NOTICE REGARDING THE APPOINTMENT OF A RULE 53 SPECIAL MASTER**

Plaintiffs Uber and FedEx provide notice that, pursuant to the Court's June 10, 2026 Order (ECF No. 125), Plaintiffs reached out to all Defendants regarding their positions on the appointment of either the Hon. Thomas Vanaskie (Ret.) or the Hon. Thomas Rueter (Ret.) as special master under Rule 53 for purposes of mediation. All Defendants notified Plaintiffs that they have no objection to the appointment of either the Hon. Thomas Vanaskie (Ret.) or the Hon. Thomas Rueter (Ret.). Plaintiffs likewise have no objection.

Dated: September 25, 2026

**ASHURST PERKINS COIE LLP**

By: *<u>/s/ David W.T. Daniels</u>*
David W.T. Daniels
david.daniels@ashurstperkins.com
Michael J. Wadden
michael.wadden@ashurstperkins.com
Sydney Veatch
sydney.veatch@ashurstperkins.com
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

David B. Massey
david.massey@ashurstperkins.com
Jacob Taber
jacob.taber@ashurstperkins.com
William Wilder
will.wilder@ashurstperkins.com
1155 Avenue of the Americas, 22nd Floor
New York, New York 10036-2711
Telephone: +1.212.262.6900
Facsimile: +1.212.977.1649

Michael R. Huston
michael.huston@ashurstperkins.com
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone: +1.602.351.8000
Facsimile: +1.602.648.7000

**ROHN KURLAND, P.C.**

Amy Kurland, Bar No. 37419
AKurland@rohnkurland.com
1700 Market St, Suite 1005
Philadelphia, PA 19103
Telephone: +1.215.770.0320
Facsimile: +1.215.717.9697

*Attorneys for Plaintiff Uber Technologies, Inc. and Federal Express Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing to be electronically filed with the Clerk of the Court through the CM/ECF system. By electronically filing, the CM/ECF system shall send notification of such filing to counsel of record for each party and those registered to receive a Notice of Electronic Filing for this case.

Dated: September 25, 2026

**ASHURST PERKINS COIE US LLP**

By: */s/ David W. T. Daniels*
David W. T. Daniels
david.daniels@ashurstperkins.com
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

*Counsel for Plaintiffs Uber Technologies, Inc. and Federal Express Corporation*