IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UBER TECHNOLOGIES, INC., *et al.*** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-5365** |
| | : | |
| **SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, LANCE YARUS** | : | |

## ORDER

**AND NOW**, this 28th day of September 2026, upon reviewing the September 25, 2026 Notice (ECF 232) responsive to our June 10, 2026 Order (ECF 125), finding good cause to appoint the Hon. Thomas J. Rueter (Ret.). as a Rule 53 Special Master to begin fulsome mediation efforts under our schedule set in the June 10, 2026 Order (ECF 125) including through ex parte communications, and consistent with Rule 1, it is **ORDERED** we **appoint** the Hon. Thomas J. Rueter (Ret.). as a Rule 53 Special Master to serve in accord with his normal terms of retention until further Order requiring:

1. The Clerk of Court add the Hon. Thomas J. Rueter (Ret.) (TRueter@jamsadr.com) of the Bar of this Court on the docket for service purposes;

2. Plaintiffs contact Special Master Rueter no later than **October 1, 2026** to confirm a joint conference setting mediation protocol and first mediation sessions;

3. Special Master Rueter file a Rule 53 (b)(3)(A) affidavit of no conflicts by no later than **September 30, 2026**;

4. The parties jointly compensate Special Master Rueter for his services in accord with his standard retention terms unless the Special Master finds good cause to alter the split allocation of financial responsibility; and,

5. Plaintiffs email to Chambers joint status reports not exceeding three pages on or before **October 26, 2026**, and **November 23, 2026** describing in general terms the parties' progress in resolving their dispute with Special Master Rueter's ongoing assistance.

**KEARNEY, J.**