**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,**<br>**Plaintiff,**<br><br>**v.**<br><br>**SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS,**<br>**Defendant.** | CIVIL ACTION<br><br>No: 2:25-cv-05365-MAK |

**NOTICE OF CHANGE OF FIRM NAME**

PLEASE TAKE NOTICE that effective September 28, 2026, Rohn Kurland, P.C. is now Rohn Kurland Rossman, P.C.

There has been no change in the attorneys of record, address, telephone number or representation of the parties in this matter. All pleadings and correspondence filed or served after the effective date should reflect the new name and electronic email addresses as follows:

**ROHN KURLAND ROSSMAN, P.C.**
Amy L. Kurland
AKurland@rkrlawfirm.com
1700 Market St., Suite 1005
Philadelphia, PA 19103
Tele: 215-770-3020

Dated: September 28, 2026

ROHN KURLAND ROSSMAN, P.C.

By:*/s/ Amy Kurland*
Amy L. Kurland, Bar No. 37419
AKurland@rkrlawfirm.com
1700 Market St, Suite 1005
Philadelphia, PA 19103
Telephone: +1.215.770.0320
Facsimile: +1.215.717.9697

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing to be electronically filed with the Clerk of the Court through the CM/ECF system. By electronically filing, the CM/ECF system shall send notification of such filing to counsel of record for each party and those registered to receive a Notice of Electronic Filing for this case.

Dated: September 28, 2026

ROHN KURLAND ROSSMAN, P.C.

By:*/s/ Amy Kurland*

Amy L. Kurland, Bar No. 37419
AKurland@rkrlawfirm.com
1700 Market St, Suite 1005
Philadelphia, PA 19103
Telephone: +1.215.770.0320
Facsimile: +1.215.717.9697

*Counsel for Plaintiffs Uber Technologies, Inc. and Federal Express Corporation*