**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UBER TECHNOLOGIES, INC., et al.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-5365** |
| | : | |
| **SIMON & SIMON, P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CEMTER, P.C., ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS** | : | |

**AFFIDAVIT**

1. I, Thomas J. Rueter, hereby file this Affidavit in accordance with Fed. R. Civ. P. 53(b)(3) and 28 U.S.C. § 1746.

2. I am a retired United States Magistrate Judge for the Eastern District of Pennsylvania. I am unaware of any ground for disqualification under 28 U.S.C. § 455 should the court appoint me as a Special Master in the above case.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 29, 2026

*/s/ Thomas J. Rueter*
THOMAS J. RUETER
United States Magistrate Judge (Ret.)