**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UBER TECHNOLOGIES, INC., *et al.*** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-5365** |
| | : | |
| **SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, LANCE YARUS** | : | |

# ORDER

**AND NOW**, this 2nd day of October 2026, upon reviewing the parties' joint letter Request seeking to schedule a telephonic conference to address amending the close of discovery in our June 10, 2026 Order (ECF 125), and finding good cause, it is **ORDERED** we will hold a status conference telephonically on **October 6, 2026** at **8:45 AM** via ZoomGov (1-646-828-7666; Meeting ID: 165 554 5476; Passcode: 223448).

**KEARNEY, J.**