IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UBER TECHNOLOGIES, INC., *et al.*** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-5365** |
| | : | |
| **SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, LANCE YARUS** | : | |

**ORDER**

**AND NOW**, this 6th day of October 2026, following a conference with counsel allowing us to find good cause to amend our June 10, 2026 Order (ECF 125) solely as to prospective obligations, noting the parties' good faith in confirming several party depositions over the next several weeks but needing to defer others for good cause shown, with the parties' consent, and upon relying upon counsel's good faith negotiations with Judge Rueter (ECF 233) and consent to appointment of a Rule 53 Special Discovery Master to work with the parties on anticipated discovery concerns, it is **ORDERED** we **amend** our June 10, 2026 Order (ECF 125) prospectively only as to allow all fact discovery to be completed on or before **December 21, 2026** and expert discovery to be completed no later than **January 6, 2027** and then proceed into final pretrial preparation including:

1. Summary judgment and Fed. R. Evid. 702 motions, if any, shall be filed no later than **January 14, 2027**. Responses shall be filed in accord with the Local Rules and this Court's Policies and no later than **January 28, 2027**;

2. No later than **March 1, 2027**, counsel for each party shall exchange (by email to each other) a list identifying each exhibit the party expects to offer at trial along with a reference to the Bates number or other identification of the documents used in discovery;

3. No later than **March 2, 2027**, each party shall file a pretrial memorandum compliant with our Policies;

4. No later than **March 3, 2027**, each party shall file proposed jury instructions on substantive issues and proposed verdict forms or special interrogatories, with an electronic copy e-mailed in Word format to Chambers_of_Judge_Kearney@paed.uscourts.gov;

5. All motions affecting trial presentations (e.g., *in limine*), proposed *voir dire* peculiar to your case, objections to proposed jury instructions, list of contested exhibits and deposition designations (providing the exhibits and highlighted designations to Chambers) shall be filed on or before **March 4, 2027**. Responses, including highlighted counter-designations and objections, if any, shall be filed on or before **March 10, 2027**;

6. A final pretrial conference will be held telephonically on **March 12, 2027** at **8:45 AM** via ZoomGov (1-646-828-7666; Meeting ID: 165 908 1620; Passcode: 941923); and,

7. Counsel is attached for jury selection followed by a nine-day trial beginning on **March 15, 2027** at **9:00 AM** in Courtroom 6-B.

**KEARNEY, J.**