**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UBER TECHNOLOGIES, INC., *et al.*** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-5365** |
| | : | |
| **SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, LANCE YARUS** | : | |

# ORDER

**AND NOW**, this 13th day of October 2026, upon studying Simon & Simon P.C. and Marc Simon's Motion for partial summary judgment (ECF 213) challenging Uber Technologies, Inc.'s standing to proceed on its racketeering theory based upon their understanding Uber's insurer (rather than Uber) paid the underlying fees, settlements, and judgments, Uber's Opposition (ECF 230), Reply (ECF 234), and for reasons in today's accompanying Memorandum, it is **ORDERED** Simon & Simon P.C. and Marc Simon's Motion for partial summary judgment (ECF 213) is **DENIED**.

**KEARNEY, J.**