# Exhibit A

**Stoolman, Michael A.**

**From:** Stoolman, Michael A.
**Sent:** Friday, October 30, 2026 11:01 AM
**To:** 'Taber, Jacob'; Higson, John J.; Smith, Jim; Deviney, Stephanie N.; Spizer, Nina C.; Ward, Rebecca; Andrew Baratta; Gill, Samantha; Trentalange, Silvio A.; Rhynhart, Dan; Gesek, Gabrielle
**Cc:** Massey, David; Daniels, David; Wilder, Will; Wadden, Michael; Veatch, Sydney; Bailey, John; Amy Kurland
**Subject:** RE: Uber v. Simon -- Motion per R.P.C. 4.2

Jacob – You are misstating our position. Our position is that without knowing the name of the individual involved, we cannot determine whether the representation has concluded. The signing of a settlement agreement and the defendant's payment of settlement funds does not end the representation. As plaintiffs know from the Simon & Simon 30(b)(6) deposition and the chart provided for Topic 7 in your notice, representation can continue past that point, as the firm represents the client in resolving medical liens and the like. Thus we cannot have a meaningful, good faith meet-and-confer without knowing the name and confirming whether the representation is on-going or has concluded such that your contact with the individual is in keeping with the Rules of Professional Conduct.

If you decide to proceed with your motion, we ask that you include the information above as a statement of our position – failure to do so will be a misrepresentation to the Court.

**Michael A. Stoolman** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5421 | mobile: +1.856.316.6456
michael.stoolman@blankrome.com | bio

---

**From:** Taber, Jacob <jacob.taber@ashurstperkins.com>
**Sent:** Friday, October 30, 2026 10:51 AM
**To:** Stoolman, Michael A. <michael.stoolman@blankrome.com>; Higson, John J. <jhigson@dilworthlaw.com>; Smith, Jim <jim.smith@blankrome.com>; Deviney, Stephanie N. <sdeviney@foxrothschild.com>; Spizer, Nina C. <nspizer@dilworthlaw.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Andrew Baratta <andrew@Barattalawfirm.com>; Gill, Samantha <sgill@dilworthlaw.com>; Trentalange, Silvio A. <strentalange@dilworthlaw.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Gesek, Gabrielle <gabrielle.gesek@blankrome.com>
**Cc:** Massey, David <david.massey@ashurstperkins.com>; Daniels, David <david.daniels@ashurstperkins.com>; Wilder, Will <will.wilder@ashurstperkins.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>; Bailey, John <john.bailey@ashurstperkins.com>; Amy Kurland <AKurland@rkrlawfirm.com>
**Subject:** RE: Uber v. Simon -- Motion per R.P.C. 4.2

Mike,

I understand that you are unwilling to meet and confer further, and agree that in light of the categorical position you have taken (that Plaintiff's counsel are barred from speaking with any former Simon & Simon client) your position is clear and we are at an impasse. Consistent with Paragraph IV.B of Judge Kearney's Policies, we will state your categorical position in our motion.

Thank you,
Jacob

**Jacob Taber**
Senior Counsel

D: +1 212 261 6907

**Ashurst Perkins Coie**
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
ashurstperkinscoie.com

---

**From:** Stoolman, Michael A. <michael.stoolman@blankrome.com>
**Sent:** Friday, October 30, 2026 8:58 AM
**To:** Taber, Jacob (NYC) <jtaber@perkinscoie.com>; Higson, John J. <jhigson@dilworthlaw.com>; Smith, Jim <jim.smith@blankrome.com>; Deviney, Stephanie N. <sdeviney@foxrothschild.com>; Spizer, Nina C. <nspizer@dilworthlaw.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Andrew Baratta <andrew@Barattalawfirm.com>; Gill, Samantha <sgill@dilworthlaw.com>; Trentalange, Silvio A. <strentalange@dilworthlaw.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Gesek, Gabrielle <gabrielle.gesek@blankrome.com>
**Cc:** Massey, David (NYC) <dmassey@perkinscoie.com>; Daniels, David (WDC) <ddaniels@perkinscoie.com>; Wilder, William (NYC) <wwilder@perkinscoie.com>; Wadden, Michael (WDC) <mwadden@perkinscoie.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>; Bailey, John (WDC) <johnbailey@perkinscoie.com>; Amy Kurland <AKurland@rkrlawfirm.com>
**Subject:** RE: Uber v. Simon -- Motion per R.P.C. 4.2

Jacob,

How can we meet and confer on this issue (which is required before you file a motion) without even knowing who the individual is? We have no way to evaluate the issue of this individual's representation without the individual's name. We don't know how the Court could evaluate and decide the issue without the name either. Again, please provide the name to us so that we can evaluate your request.

**Michael A. Stoolman** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5421 | mobile: +1.856.316.6456
michael.stoolman@blankrome.com | bio

---

**From:** Taber, Jacob <jacob.taber@ashurstperkins.com>
**Sent:** Thursday, October 29, 2026 10:15 PM
**To:** Stoolman, Michael A. <michael.stoolman@blankrome.com>; Higson, John J. <jhigson@dilworthlaw.com>; Smith, Jim <jim.smith@blankrome.com>; Deviney, Stephanie N. <sdeviney@foxrothschild.com>; Spizer, Nina C. <nspizer@dilworthlaw.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Andrew Baratta <andrew@Barattalawfirm.com>; Gill, Samantha <sgill@dilworthlaw.com>; Trentalange, Silvio A. <strentalange@dilworthlaw.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Gesek, Gabrielle <gabrielle.gesek@blankrome.com>
**Cc:** Massey, David <david.massey@ashurstperkins.com>; Daniels, David <david.daniels@ashurstperkins.com>; Wilder, Will <will.wilder@ashurstperkins.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>; Bailey, John <john.bailey@ashurstperkins.com>; Amy Kurland

<AKurland@rkrlawfirm.com>
**Subject:** RE: Uber v. Simon -- Motion per R.P.C. 4.2

Mike,

We do not have permission to disclose that information to you. From your categorical assertion regarding even former clients, I take it that you will oppose our motion—but please let us know so that we can accurately represent your position.

Thanks,
Jacob

**Jacob Taber**
Senior Counsel

D: +1 212 261 6907

**Ashurst Perkins Coie**
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
ashurstperkinscoie.com

---

**From:** Stoolman, Michael A. <michael.stoolman@blankrome.com>
**Sent:** Thursday, October 29, 2026 8:30 PM
**To:** Taber, Jacob (NYC) <jtaber@perkinscoie.com>; Higson, John J. <jhigson@dilworthlaw.com>; Smith, Jim <jim.smith@blankrome.com>; Deviney, Stephanie N. <sdeviney@foxrothschild.com>; Spizer, Nina C. <nspizer@dilworthlaw.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Andrew Baratta <andrew@Barattalawfirm.com>; Gill, Samantha <sgill@dilworthlaw.com>; Trentalange, Silvio A. <strentalange@dilworthlaw.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Gesek, Gabrielle <gabrielle.gesek@blankrome.com>
**Cc:** Massey, David (NYC) <dmassey@perkinscoie.com>; Daniels, David (WDC) <ddaniels@perkinscoie.com>; Wilder, William (NYC) <wwilder@perkinscoie.com>; Wadden, Michael (WDC) <mwadden@perkinscoie.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>; Bailey, John (WDC) <johnbailey@perkinscoie.com>; Amy Kurland <AKurland@rkrlawfirm.com>
**Subject:** RE: Uber v. Simon -- Motion per R.P.C. 4.2

Jacob,

Please let us know the name of the individual so that we can evaluate your request. In the meantime, please continue to refrain from contacting this person and any other person that is a present or former Simon & Simon client.

Thanks,
Mike

**Michael A. Stoolman** | BLANKROME
One Logan Square | 130 North 18th Street | Philadelphia, PA 19103
direct: +1.215.569.5421 | mobile: +1.856.316.6456
michael.stoolman@blankrome.com | bio

**From:** Taber, Jacob <jacob.taber@ashurstperkins.com>
**Sent:** Thursday, October 29, 2026 5:49 PM
**To:** Stoolman, Michael A. <michael.stoolman@blankrome.com>; Higson, John J. <jhigson@dilworthlaw.com>; Smith, Jim <jim.smith@blankrome.com>; Deviney, Stephanie N. <sdeviney@foxrothschild.com>; Spizer, Nina C. <nspizer@dilworthlaw.com>; Ward, Rebecca <rebecca.ward@blankrome.com>; Andrew Baratta <andrew@Barattalawfirm.com>; Gill, Samantha <sgill@dilworthlaw.com>; Trentalange, Silvio A. <strentalange@dilworthlaw.com>; Rhynhart, Dan <dan.rhynhart@blankrome.com>; Gesek, Gabrielle <gabrielle.gesek@blankrome.com>
**Cc:** Massey, David <david.massey@ashurstperkins.com>; Daniels, David <david.daniels@ashurstperkins.com>; Wilder, Will <will.wilder@ashurstperkins.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>; Bailey, John <john.bailey@ashurstperkins.com>; Amy Kurland <AKurland@rkrlawfirm.com>
**Subject:** Uber v. Simon -- Motion per R.P.C. 4.2

All,

Counsel for Plaintiffs have been contacted by an individual who was represented by Simon & Simon in a personal injury lawsuit who would like to speak with us regarding his experience. The individual did not sue Uber or FedEx and is not one of the claimants within the present scope of discovery.

In his initial, unsolicited email, the individual said that his case had already resulted in a settlement. We responded only to ask whether he is currently represented by Simon & Simon. He said that he is not sure whether or not the representation has terminated.

Out of an abundance of caution, we are planning to file a motion pursuant to Pennsylvania Rule of Professional Conduct 4.2 seeking an order confirming that we may communicate with this individual because he is not a party to or represented in this action and because he does not appear to be a current client of Simon & Simon. Please let us know your position (if any) on the motion.

Thank you,
Jacob

**Jacob Taber**
Senior Counsel

D: +1 212 261 6907

**Ashurst Perkins Coie**
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
ashurstperkinscoie.com

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents. Ashurst Perkins Coie US LLP is part of the Ashurst Perkins Coie Group, a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com. "Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

**********************************************************************************************
******

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

**********************************************************************************************
******

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents. Ashurst Perkins Coie US LLP is part of the Ashurst Perkins Coie Group, a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com. "Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents. Ashurst Perkins Coie US LLP is part of the Ashurst Perkins Coie Group, a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com. "Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.