**IN THE UNITED STATES DISTRICT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UBER TECHNOLOGIES, INC. ET. AL.<br>Plaintiffs<br><br>Vs.<br><br>SIMON AND SIMON, P.C, MARC SIMON, CLIFTON BURT, PREMIER PAIN AND REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILO, PHILADELPHIA SPINE ASSOCIATES, LLC, LANCE YARUS,<br>Defendants | No: 25-5365 |

**AFFIDAVIT**

Pursuant to Federal Rule of Civil Procedure 53(b)(3), I hereby declare under penalty of perjury that there is no ground under 28 U.S.C. § 455 requiring my disqualification from serving as Special Master in the matter.

Date: 11/9/2026

s/Thomas I. Vanaskie
Thomas I. Vanaskie