# EXHIBIT A

**From:** Deviney, Stephanie N.
**To:** Wadden, Michael
**Cc:** uberricopa@perkinscoie.com
**Subject:** RE: Position on sealing
**Date:** Friday, August 7, 2026 9:43:01 AM
**Attachments:** image001.png
image002.png
image003.png

---

Mike,

The redacted/replaced with initials approach is acceptable.

Regards,

Stephanie N. Deviney
Partner

Fox Rothschild LLP
Exton
(610) 458-3116
sdeviney@foxrothschild.com

---

**From:** Wadden, Michael <michael.wadden@ashurstperkins.com>
**Sent:** Friday, August 7, 2026 8:53 AM
**To:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Cc:** uberricopa@perkinscoie.com
**Subject:** [EXT] RE: Position on sealing
**Importance:** High

Stephanie,

Please get back to us on our below question regarding sealing by **10:30** this morning. If we don't hear from you by then, then consistent with our Confidentiality Agreement, we will file unredacted versions of the documents under seal.

Thanks,
Mike

---

**From:** Wadden, Michael (WDC)
**Sent:** Thursday, August 6, 2026 1:45 PM
**To:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Cc:** Uber-RICO-PA <uberricopa@perkinscoie.com>
**Subject:** Position on sealing

Stephanie,

We intend to file with our opposition to Simon & Simon's motion for a protective order some or all of the documents listed below. The documents are marked confidential, and consistent with our agreed approach last time, we propose to file them on the public docket, but with patient names redacted and replaced with initials. Alternatively, if you would like us to, we can seek leave to file them under seal pursuant to our Confidentiality Agreement. Please let us know how you would like us to proceed.

**Documents**: PREMIER_002169; PREMIER_002188; PREMIER_002227; PREMIER_002242; PREMIER_002307; PREMIER_002316; PREMIER_002350; PREMIER_002381; PREMIER_002421; PREMIER_002438; PREMIER_002491; PREMIER_002499; PREMIER_002508; PREMIER_002530; PREMIER_002534; PREMIER_002566; PREMIER_002594; PREMIER_002672; PREMIER_002742; PREMIER_002780; PREMIER_002808; and PREMIER_002811.

**Michael Wadden**
Associate

D: +1 202 434 1683

**Ashurst Perkins Coie**
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents.

We do not warrant that this email is virus-free; recipients should carry out their own checks. We reserve the right to monitor email communications through our networks.

"Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

Ashurst Perkins Coie US LLP is a limited liability partnership established under the laws of Washington State and is part of the Ashurst Perkins Coie Group.

This communication is sent on behalf of Ashurst Perkins Coie. Ashurst Perkins Coie is a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group

can be found at www.ashurstperkinscoie.com.