# EXHIBIT B

**From:** Deviney, Stephanie N.
**Sent:** Friday, November 13, 2026 1:40 PM
**To:** 'Veatch, Sydney' <sydney.veatch@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Wilder, Will <will.wilder@ashurstperkins.com>; Bailey, John <john.bailey@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Daniels, David <david.daniels@ashurstperkins.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>
**Subject:** RE: Position on sealing

Sydney,

I just wanted to confirm our call the other day wherein I asked you to reconsider your position regarding redacting to resolve the Motion to Seal. You acknowledged that your client was previously willing to redact patient names but is no longer willing to do so.

Regards,

Stephanie N. Deviney
Partner

Fox Rothschild LLP
Exton
(610) 458-3116
sdeviney@foxrothschild.com

**From:** Veatch, Sydney <sydney.veatch@ashurstperkins.com>
**Sent:** Friday, November 6, 2026 2:45 PM
**To:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Cc:** Massey, David <david.massey@ashurstperkins.com>; Wilder, Will <will.wilder@ashurstperkins.com>; Bailey, John <john.bailey@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>; Daniels, David <david.daniels@ashurstperkins.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>
**Subject:** [EXT] RE: Position on sealing

Stephanie,

Thanks for letting us know. Our understanding is that all of these litigants signed HIPAA waivers in the underling litigation.

We will request the Court's leave to file the documents under seal, advising the Court that support for sealing will be provided by Premier Pain.

Best,
Sydney

**Sydney Veatch**
Associate

D: +1 202 654 1702

**Ashurst Perkins Coie**
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

**From:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Sent:** Friday, November 6, 2026 2:34 PM
**To:** Daniels, David (WDC) <ddaniels@perkinscoie.com>; Wadden, Michael (WDC) <mwadden@perkinscoie.com>
**Cc:** Massey, David (NYC) <dmassey@perkinscoie.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>; Wilder, William (NYC) <wwilder@perkinscoie.com>; Bailey, John (WDC) <johnbailey@perkinscoie.com>; Taber, Jacob (NYC) <jtaber@perkinscoie.com>
**Subject:** RE: Position on sealing

David,

For the avoidance of doubt, we do not consent to the unredacted names of any patients being filed on the public docket.

Regards,

Stephanie N. Deviney
Partner

Fox Rothschild LLP
Exton
(610) 458-3116
sdeviney@foxrothschild.com

---

**From:** Deviney, Stephanie N.
**Sent:** Friday, November 6, 2026 1:43 PM
**To:** Daniels, David <david.daniels@ashurstperkins.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>
**Cc:** Massey, David <david.massey@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>; Wilder, Will <will.wilder@ashurstperkins.com>; Bailey, John <john.bailey@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>
**Subject:** RE: Position on sealing

David,

In the past, your firm had simply redacted the names of the patients. That way you could simply file them on the public docket. Is there any reason you can't do that again? It certainly seems like an easy solution to the PHI problem.

Regards,

Stephanie N. Deviney
Partner

Fox Rothschild LLP
Exton
(610) 458-3116
sdeviney@foxrothschild.com

---

**From:** Daniels, David <david.daniels@ashurstperkins.com>
**Sent:** Friday, November 6, 2026 1:38 PM
**To:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>; Wadden, Michael

<michael.wadden@ashurstperkins.com>
**Cc:** Massey, David <david.massey@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>; Wilder, Will <will.wilder@ashurstperkins.com>; Bailey, John <john.bailey@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>
**Subject:** [EXT] RE: Position on sealing

Stephanie,
Mike is out of pocket today. But we weren't planning on it.

---

**From:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Sent:** Friday, November 6, 2026 1:08 PM
**To:** Wadden, Michael (WDC) <mwadden@perkinscoie.com>
**Cc:** Daniels, David (WDC) <ddaniels@perkinscoie.com>; Massey, David (NYC) <dmassey@perkinscoie.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>; Wilder, William (NYC) <wwilder@perkinscoie.com>; Bailey, John (WDC) <johnbailey@perkinscoie.com>; Taber, Jacob (NYC) <jtaber@perkinscoie.com>
**Subject:** RE: Position on sealing

Mike,

Are you going to redact patient names like you have done with other filings?

Stephanie N. Deviney
Partner

Fox Rothschild LLP
Exton
(610) 458-3116
sdeviney@foxrothschild.com

---

**From:** Wadden, Michael <michael.wadden@ashurstperkins.com>
**Sent:** Thursday, November 5, 2026 9:47 PM
**To:** Deviney, Stephanie N. <SDeviney@foxrothschild.com>
**Cc:** Daniels, David <david.daniels@ashurstperkins.com>; Massey, David <david.massey@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>; Wilder, Will <will.wilder@ashurstperkins.com>; Bailey, John <john.bailey@ashurstperkins.com>; Taber, Jacob <jacob.taber@ashurstperkins.com>
**Subject:** [EXT] Position on sealing

Stephanie,

We may file as exhibits to a potential motion to compel records from another party one or more of the following documents: PREMIER_002224; PREMIER_006530; PREMIER_006482; and PREMIER_031475. Those documents are marked confidential, and consistent with the parties' confidentiality agreement, we are seeking your position regarding whether they should be filed on the public docket or under seal.

Please let us know by **1pm** tomorrow if you would like us to file them on the public docket, or would instead like us to request the Court's leave to file the documents under seal, advising the Court that support for sealing will be provided by Premier Pain.

Thanks very much,
Mike

**Michael Wadden**
Associate

D: +1 202 434 1683

**Ashurst Perkins Coie**
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents. Ashurst Perkins Coie US LLP is part of the Ashurst Perkins Coie Group, a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com. "Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents. Ashurst Perkins Coie US LLP is part of the Ashurst Perkins Coie Group, a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com. "Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents. Ashurst Perkins Coie US LLP is part of the Ashurst Perkins Coie Group, a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com. "Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.