# EXHIBIT D

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
COMMONWEALTH OF PENNSYLVANIA
CIVIL DIVISION

| | | |
|---|---|---|
| KNATYBA WALKER, | ) | NO. 260102379 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MAXWELL MARTINEZ and UBER TECHNOLOGIES, | ) | |
| | ) | |
| Defendants. | ) | |

DEPOSITION OF CLIFTON BURT, M.D.

This deposition was conducted via Zoom on Monday, August 24, 2026, commencing at 7:00 p.m., before Blake Schaum, Court Reporter, Notary Public.

* * *

Job No. CS8407829



Certification Due Date: 10/13/2026
Response Date: 10/20/2026
Case ID: 260102379
Control No.: 26101193

Did that strike you as odd that rather
than a license or an I.D., Pennsylvania license or
I.D., did that strike you as odd?
A. I never looked at this section. When I see a
patient, I never looked at that.
Q. Okay. I misspoke earlier about Premier 14.
It's an assignment of benefits, Doctor.
A. Okay.
Q. Were you present when Ms. Walker signed this
or no?
A. No.
Q. Did you explain to her what it meant?
A. I don't have anything to do with this part
of -- this paper or anything when she comes to our
office -- or came to our office.
Q. How was your office paid for Ms. Walker's
visit?
A. Are you asking in terms of, what, invoice?
Is that what you're asking?
Q. Sure.
A. Okay. Well, we have an invoice. We can
review it.
Walker.
And we were paid through an invoice
through a third-party payer.



Thrivest. That was it.
Q. How much were you paid for Ms. Walker's
treatment?
A. Looking at the record, $3200.
MR. SHAFIE: And we were sent a
corrected bill for Premier 27.
I want to share my screen, and we will
mark this as Dr. Burt-3. So we are looking at the
same thing.
(Dr. Burt-3 was marked for identification.)
BY MR. SHAFIE:
Q. Do you see what I'm sharing, Doctor?
A. Yes.
Q. And that has the correct plaintiff -- correct
patient on there, right? Knatyba Walker?
A. That is correct.
Q. And the amount billed for that one day of
service was $9,000; is that right?
A. That's correct, what I'm reading, yes.
Q. And that's a Premier 27 corrected?
A. That's correct.
Q. Were you involved in the agreement with
Thrivest for Ms. Walker's care?
A. No, I was not. I'm just reviewing the bill.
So no.



Q. Okay. Do you recall signing an agreement
with Thrivest where they pay you $3200 out of a
$9,000 bill?
MS. DEVINEY: Objection.
Hold on. I'm going to put an
objection on the record.
Counsel, can you explain where you got
that agreement from because it's a confidential
agreement that was produced in other litigation and
not produced in this litigation.
If you came into possession of it,
that means that your counterparts have violated the
confidentiality order.
So I'd like you to explain on the
record how you came in possession of that agreement.
MR. SHAFIE: My understanding is that
there is a disclosed, public, unsealed version of
that record.
MS. DEVINEY: And so how did you
become aware of this public filing?
MR. SHAFIE: Yeah, it's a public
filing. That's how I became aware of it.
MS. DEVINEY: That your co- -- your
counsel -- Uber's counsel sought to file and then
told you that they filed it; is that right?



MR. SHAFIE: I'm not disclosing my
conversations with my client. I'm asking your
client a question.
Did he sign an agreement with
Thrivest? He mentioned Thrivest. I didn't elicit
it out of him. He mentioned them.
So I want to know does he have an
agreement with Thrivest.
MS. DEVINEY: We can stipulate that
there's a signed agreement that was confidential
that was produced that Dr. Burt filed.
And Uber decided to file it for the
exact purpose that I suspected so that they could
tell everyone else to go look at the public docket
and find it.
But we will stipulate to that.
But again, he's already testified with
respect to this patient. So if you want to move on
and ask other questions about this patient, that's
fine.
MR. SHAFIE: Sure.
BY MR. SHAFIE:
Q. Does your treatment of this patient and your
agreement with Thrivest require you to have a letter
of protection?



Certification Date: 10/13/2026
Response Date: 10/20/2026
Case ID: 260102379
Control No.: 26101193