**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,<br>*Plaintiffs,*<br>v.<br>SIMON & SIMON, P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS,<br>*Defendants.* | CIVIL ACTION<br><br>Case No. 2:25-cv-05365-MAK |

**ORDER**

**AND NOW**, this __________ day of November, 2026, upon consideration of Plaintiffs' motion to seal, Dkt. No. 248, and Defendants Clifton Burt, M.D. and Premier Pain & Rehab Center, P.C.'s memorandum in response to this Court's Order, Dkt. No. 252, it is hereby **ORDERED** that the Motion is **GRANTED**. The Premier Exhibits shall remain sealed.

**BY THE COURT:**

______________________
**KEARNEY, J.**