**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,<br>*Plaintiffs,*<br>v.<br>SIMON & SIMON, P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS,<br>*Defendants.* | CIVIL ACTION<br><br>Case No. 2:25-cv-05365-MAK |

**CERTIFICATE OF SERVICE**

I hereby certify that on Friday, November 13, 2026, a true and correct copy of the foregoing Memorandum of Defendants Clifton Burt, M.D., and Premier Pain & Rehab Center, P.C. in Response to the Court's November 9, 2026, Order to Show Cause, Dkt. No. 252, was served via ECF upon all counsel of record.

Dated: November 13, 2026

**FOX ROTHSCHILD LLP**

*/s/ Stephanie Nolan Deviney*
Stephanie Nolan Deviney, Esquire
Attorney ID 80770
Eagleview Corporate Center
747 Constitution Drive, Suite 100
Exton, PA 19341-0673
Phone: (610) 458-7500
Email: SDeviney@FoxRothschild.com
*Attorneys for Defendants, Clifton Burt and Premier Pain & Rehab Center, PC*