**IN THE UNITED STATES DISTRICT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UBER TECHNOLOGIES, INC. ET. AL.
Plaintiffs

Vs.

No: 25-5365

SIMON AND SIMON, P.C, MARC SIMON, CLIFTON BURT, PREMIER PAIN AND REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILO, PHILADELPHIA SPINE ASSOCIATES, LLC, LANCE YARUS,
Defendants

# SPECIAL MASTER ORDER 1

NOW, THIS 13th day of November, 2026, IT IS HEREBY ORDERED THAT no later than 5:00 p.m. on Monday, November 16, 2026, the Simon Defendants shall produce in electronic format for in camera review by the Special Master the instruction letters to Lance Yarus that are the subject of Plaintiffs' motion to compel (ECF No. 247).

IS FUTHER ORDERED THAT oral argument on the Motion to Compel (ECF No. 247) shall be conducted via Zoom on November 18, 2026, at 11:00 a.m. Counsel for Plaintiffs shall make the arrangements to have a court reporter for the oral argument and to make the arrangements to have the arguments conducted via Zoom.

s/ Thomas I. Vanaskie
Thomas I. Vanaskie
Special Master