**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION, Plaintiffs, v. SIMON & SIMON, P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, AND LANCE YARUS, Defendants. | CIVIL ACTION<br>No. 2:25-cv-05365-MAK |

**<u>DECLARATION OF REBECCA D. WARD</u>**

I, Rebecca D. Ward, declare as follows:

1. I am an attorney at Blank Rome LLP, counsel for Defendants Simon & Simon, P.C. and Marc Simon (the "Simon Defendants") in the above-captioned matter. I submit this declaration in support of the Simon Defendants' Response in Opposition to Plaintiffs' Motion to Compel Production of "Improperly Altered Medical Tracking Spreadsheets" (ECF 255), based on my personal knowledge except as otherwise indicated.

2. Attached as Exhibit A is a true and accurate copy of a screenshot from the very beginning of an Excel spreadsheet produced by the Simon Defendants in native format, as redacted, at Bates No. SIMONEM000016199, listing the names and times of clients who received services at Premier Pain starting in May 2018.

3. Attached as Exhibit B are screenshots from the first three tabs of the Excel spreadsheet produced by the Simon Defendants in native format, as redacted, at Bates No.

SIMONEM000000489, which is Exhibit 3 to Plaintiffs' Motion, ECF 255 and is one example of spreadsheets used to track clients attendance at appointments with chiropractors named in each tab of each spreadsheet.

4. Attached as Exhibit C are screenshots from the year-over-year tab from each of the Excel spreadsheets produced in native format, as redacted, at Bates numbers SIMONEM000038707 through 38713. Each screenshot is from the tab named in the format [x year] vs. [y year] and shows the left-hand column identifying the category of information stated on each row of that tab.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 13, 2026, in Philadelphia, Pennsylvania.

*/s/ Rebecca D. Ward*
Rebecca D. Ward