# Exhibit A

## Screenshot from SIMONEM000016199

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **Patel RFA Block 5/21/2018** | **Client** | **CSP/LSP** | **Trans** | **Confirmed** | **Paperwork Sent** |
| 2 | 10:00 AM | NR CLIENT | LSP | yes | yes | yes |
| 3 | 10:00 AM | NR CLIENT | LSP | yes | yes | yes |
| 4 | 10:00 AM | NR CLIENT | LSP | yes | yes | yes |
| 5 | 12:00 PM | NR CLIENT | CSP | yes | yes | yes |
| 6 | 12:00 PM | NR CLIENT | LSP | no | lvm | yes |
| 7 | 2:00 PM | NR CLIENT | CSP | yes | yes | yes |
| 8 | 4:00 PM | NR CLIENT | CSP | no | yes | yes |
| 9 | | | | | | |
| 10 | **Patel RFA Block 5/30/2018** | **Client** | **CSP/LSP** | **Trans** | **Confirmed** | **Paperwork Sent** |
| 11 | 10:00 AM | NR CLIENT | CSP | no | yes | yes |
| 12 | 12:00 PM | NR CLIENT | CSP | yes | yes | yes |
| 13 | 12:00 PM | NR CLIENT | CSP | yes | yes | yes |
| 14 | 2:00 PM | NR CLIENT | LSP | yes | yes | yes |
| 15 | | | | | | |
| 16 | **Patel RFA Block 6/25/2018** | **Client** | **CSP/LSP** | **Trans** | **Confirmed** | **Paperwork Sent** |
| 17 | 10:00 AM | NR CLIENT | CSP | yes | yes | yes |
| 18 | 10:00 AM | NR CLIENT | LSP | yes | yes | yes |
| 19 | 12:00 PM | NR CLIENT | CSP | No | yes | yes |
| 20 | 2:00 PM | NR CLIENT | LSP | yes | yes | yes |
| 21 | 4:00 PM | NR CLIENT | | | | |
| 22 | 4:00 PM | NR CLIENT | LSP | no | yes | yes |
| 23 | 4:00 PM | NR CLIENT | LSP | no | yes | yes |
| 24 | | | | | | |