# Exhibit B

## Screenshots from the First Three Tabs of SIMONEM000000489

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 236 | NR CLIENTS | NR CLIENTS | NR CLI | NR CLI | NR CLIEI | NR CLIENTS | NR CLIENT | NR CLIENTS | NR CLIENTS | NR CLIENTS | NR CLIENTS | NR CL |
| 237 | NR CLIENTS | NR CLIENTS | NR CLI | NR CLI | NR CLIEI | NR CLIENTS | NR CLIENT | NR CLIENTS | NR CLIENTS | NR CLIENTS | NR CLIENTS | NR CL |
| 238 | NR CLIENTS | NR CLIENTS | NR CLI | NR CLI | NR CLIEI | NR CLIENTS | NR CLIENT | NR CLIENTS | NR CLIENTS | NR CLIENTS | NR CLIENTS | NR CL |
| 239 | NR CLIENTS | NR CLIENTS | NR CLI | NR CLI | NR CLIEI | NR CLIENTS | NR CLIENT | NR CLIENTS | NR CLIENTS | NR CLIENTS | NR CLIENTS | NR CL |
| 240 | NR CLIENTS | NR CLIENTS | NR CLI | NR CLI | NR CLIEI | NR CLIENTS | NR CLIENT | NR CLIENTS | NR CLIENTS | NR CLIENTS | NR CLIENTS | NR CL |
| 241 | NR CLIENTS | NR CLIENTS | NR CLI | NR CLI | NR CLIEI | NR CLIENTS | NR CLIENT | NR CLIENTS | NR CLIENTS | NR CLIENTS | NR CLIENTS | NR CL |
| 242 | NR CLIENTS | NR CLIENTS | NR CLI | NR CLI | NR CLIEI | NR CLIENTS | NR CLIENT | NR CLIENTS | NR CLIENTS | NR CLIENTS | NR CLIENTS | NR CL |
| 243 | NR CLIENTS | NR CLIENTS | NR CLI | NR CLI | NR CLIEI | NR CLIENTS | NR CLIENT | NR CLIENTS | NR CLIENTS | NR CLIENTS | NR CLIENTS | NR CL |
| 244 | NR CLIENTS | NR CLIENTS | NR CLI | NR CLI | NR CLIEI | NR CLIENTS | NR CLIENT | NR CLIENTS | NR CLIENTS | NR CLIENTS | NR CLIENTS | NR CL |
| 245 | NR CLIENTS | NR CLIENTS | NR CLI | NR CLI | NR CLIEI | NR CLIENTS | NR CLIENT | NR CLIENTS | NR CLIENTS | NR CLIENTS | NR CLIENTS | NR CL |
| 246 | | | | | | | | | | | | |
| 247 | | | | | | | | | | | | |
| 248 | | | | | | | | | | | | |
| 249 | | | | | | | | | | | | |
| 250 | | | | | | | | | | | | |
| 251 | | | | | | | | | | | | |
| 252 | | | | | | | | | | | | |
| 253 | | | | | | | | | | | | |

< > **Holloway** | Harding-Locust | Harding- N. Philly | Harding-KOP | Harding-Passyunk | Spinal Care-Germantown | Spinal Care-Tioga | Ferrera ••• +

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | NR CLIENTS | TS | TS | CLIENTS | NR CLIENTS | NR CLIENTS | CLIENTS | NR CLIENTS | CLIENTS | NR CLIENTS | NR CLIENTS | NR CLIENTS | NR CLIENTS |
| 46 | NR CLIENTS | NR<br>CLIEN<br>TS | NR<br>CLIEN<br>TS | NR<br>CLIENTS | NR CLIENTS | NR CLIENTS | NR<br>CLIENTS | NR CLIENTS | NR<br>CLIENTS | NR CLIENTS | NR CLIENTS | NR CLIENTS | NR CLIENTS |
| 47 | NR CLIENTS | NR<br>CLIEN<br>TS | NR<br>CLIEN<br>TS | NR<br>CLIENTS | NR CLIENTS | NR CLIENTS | NR<br>CLIENTS | NR CLIENTS | NR<br>CLIENTS | NR CLIENTS | NR CLIENTS | NR CLIENTS | NR CLIENTS |
| 48 | NR CLIENTS | NR<br>CLIEN<br>TS | NR<br>CLIEN<br>TS | NR<br>CLIENTS | NR CLIENTS | NR CLIENTS | NR<br>CLIENTS | NR CLIENTS | NR<br>CLIENTS | NR CLIENTS | NR CLIENTS | NR CLIENTS | NR CLIENTS |
| 49 | | | | | | | | | | | | | |
| 50 | | | | | | | | | | | | | |
| 51 | | | | | | | | | | | | | |
| 52 | | | | | | | | | | | | | |
| 53 | | | | | | | | | | | | | |
| 54 | | | | | | | | | | | | | |
| 55 | | | | | | | | | | | | | |
| 56 | | | | | | | | | | | | | |
| 57 | | | | | | | | | | | | | |
| 58 | | | | | | | | | | | | | |
| 59 | | | | | | | | | | | | | |
| 60 | | | | | | | | | | | | | |
| 61 | | | | | | | | | | | | | |
| 62 | | | | | | | | | | | | | |

< > Holloway | **Harding-Locust** | Harding- N. Philly | Harding-KOP | Harding-Passyunk | Spinal Care-Germantown | Spinal Care-Tioga | Ferrera ••• +

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | NR CLIENTS | TS | NTS | CLIENTS | NR CLIENTS | CLIENTS | CLIENTS | NR CLIENTS | CLIENTS | NR CLIENTS | NR CLIENTS | NR CLIENTS | NR CLIEN' |
| 10 | NR CLIENTS | NR<br>CLIEN<br>TS | NR<br>CLIE<br>NTS | NR<br>CLIENTS | NR CLIENTS | NR<br>CLIENTS | NR<br>CLIENTS | NR CLIENTS | NR<br>CLIENTS | NR CLIENTS | NR CLIENTS | NR CLIENTS | NR CLIEN' |
| 11 | **NR CLIENTS** | **CLIEN** | CLIE | **CLIENTS** | **NR CLIENTS** | **CLIENTS** | **CLIENTS** | **NR CLIENTS** | CLIENTS | NR CLIENTS | NR CLIENTS | **NR CLIENTS** | NR CLIEN' |
| 12 | NR CLIENTS | CLIEN | CLIE | CLIENTS | NR CLIENTS | CLIENTS | CLIENTS | NR CLIENTS | CLIENTS | NR CLIENTS | NR CLIENTS | NR CLIENTS | NR CLIEN' |
| 13 | NR CLIENTS | CLIEN | CLIE | CLIENTS | NR CLIENTS | CLIENTS | CLIENTS | NR CLIENTS | CLIENTS | NR CLIENTS | NR CLIENTS | NR CLIENTS | NR CLIEN' |
| 14 | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | |

< > Holloway | Harding-Locust | **Harding- N. Philly** | Harding-KOP | Harding-Passyunk | Spinal Care-Germantown | Spinal Care-Tioga | Ferrera •••