# Exhibit C

## Screenshots from SIMONEM000028707 to 28713

**SIMONEM0000280707**

**Tab titled "2020 v 2019"**

| |
|---|
| Total LEADS |
| Total New Clients |
| Complaints |
| |
| Service- in person |
| Service- sheriff/mail |
| |
| Initial Discovery Produced |
| |
| Deps. Complete - Plaintiff |
| Deps. Complete - Defendant |
| Deps. Complete - Expert |
| |
| MRI Scheduled |
| MRI Complete |
| % Complete |
| |
| EMG Scheduled |
| EMG Complete |
| % Complete |
| |
| INJ Scheduled |
| INJ Complete |
| % Complete |
| |
| SURG Complete |
| |
| Settled Cases |

## SIMONEM0000280708

## Tab titled "2021 v 2020"

| |
|---|
| Total LEADS |
| Total New Clients |
| Complaints |
| |
| Service- in person |
| Service- sheriff/mail |
| |
| Initial Discovery Produced |
| |
| Deps. Complete - Plaintiff |
| Deps. Complete - Defendant |
| Deps. Complete - Expert |
| |
| MRI Scheduled |
| MRI Complete |
| % Complete |
| |
| EMG Scheduled |
| EMG Complete |
| % Complete |
| |
| INJ Scheduled |
| INJ Complete |
| % Complete |
| |
| SURG Complete |
| |
| Settled Cases |

**SIMONEM0000280709**

**Tab titled "2022 v 2021"**

| |
|---|
| Total LEADS |
| Total New Clients |
| Complaints |
| |
| Service- in person |
| Service- sheriff/mail |
| |
| Initial Discovery Produced |
| |
| Deps. Complete - Plaintiff |
| Deps. Complete - Defendant |
| Deps. Complete - Expert |
| |
| MRI Scheduled |
| MRI Complete |
| % Complete |
| |
| EMG Scheduled |
| EMG Complete |
| % Complete |
| |
| INJ Scheduled |
| INJ Complete |
| % Complete |
| |
| SURG Complete |
| |
| Settled Cases |

**SIMONEM0000280710**

**Tab titled "2023 v 2022"**

| |
|---|
| Total LEADS |
| Total New Clients |
| Complaints |
| |
| Service- in person |
| Service- sheriff/mail |
| |
| Initial Discovery Produced |
| |
| Deps. Complete - Plaintiff |
| Deps. Complete - Defendant |
| Deps. Complete - Expert |
| |
| MRI Scheduled |
| MRI Complete |
| % Complete |
| |
| SURG Complete |
| |
| Settled Cases |

**SIMONEM0000280711**

**Tab titled "2024 v 2023"**

| |
|---|
| Total LEADS |
| Total New Clients |
| Complaints |
| |
| Service- in person |
| Service- sheriff/mail |
| |
| Initial Discovery Produced |
| |
| Deps. Complete - Plaintiff |
| Deps. Complete - Defendant |
| Deps. Complete - Expert |
| |
| MRI Scheduled |
| MRI Complete |
| % Complete |
| |
| SURG Scheduled |
| SURG Complete |
| % Complete |
| |
| Settled Cases |
| |
| Active Cases |
| Presuit |
| Suit |

**SIMONEM0000280712**

**Tab titled "2025 v 2024"**

| |
|---|
| Total LEADS |
| Total New Clients |
| Complaints |
| |
| Service- in person |
| Service- sheriff/mail |
| |
| Initial Discovery Produced |
| |
| Deps. Complete - Plaintiff |
| Deps. Complete - Defendant |
| Deps. Complete - Expert |
| |
| MRI Scheduled |
| MRI Complete |
| % Complete |
| |
| SURG Scheduled |
| SURG Complete |
| % Complete |
| |
| Settled Cases |
| |
| Active Cases |
| Presuit |
| Suit |

**SIMONEM0000280713**

**Tab titled "August 2026 v 2025"**

| |
|---|
| Total LEADS |
| Total New Clients |
| Complaints |
| |
| Service- in person |
| Service- sheriff/mail |
| |
| Initial Discovery Produced |
| |
| Deps. Complete - Plaintiff |
| Deps. Complete - Defendant |
| Deps. Complete - Expert |
| |
| MRI Scheduled |
| MRI Complete |
| % Complete |
| |
| SURG Scheduled |
| SURG Complete |
| % Complete |
| |
| Settled Cases |
| |
| Active Cases |
| Presuit |
| Suit |