**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,**<br><br>**PLAINTIFFS,**<br><br>**v.**<br><br>**SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS,**<br><br>**DEFENDANTS.** | CIVIL ACTION<br><br>No: 2:25-cv-05365-MAK |

**DECLARATION OF SYDNEY VEATCH**

1. I am an attorney at Ashurst Perkins Coie US LLP, counsel for Plaintiffs Uber Technologies, Inc. and Federal Express Corporation in the above-captioned matter. I submit this declaration in support of Plaintiffs' Motion to Compel Discovery Regarding PSA Spoliation based on my personal knowledge except as otherwise indicated.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the transcript of the October 13, 2026 deposition of Daniel Piccillo, who testified both in his own capacity and as the Rule 30(b)(6) corporate designee of Philadelphia Spine Associates.

3. Attached as Exhibit 2 is a true and correct copy of a document produced in discovery with the Bates number starting with PSA-010205. This document contains visit reports and other patient documents from Philadelphia Spine Associates for Dajuan Speaks.

4. Attached as Exhibit 3 is a true and correct copy of a spreadsheet produced in discovery with the Bates number PSA-008704. This document is a spreadsheet produced in PDF format. The native file will be provided to the Court upon request. This document contains the Dr Chrono edit and access logs for Dajuan Speaks's file.

5. Attached as Exhibit 4 is a true and correct copy of the document preservation notice served on the PSA Defendants by Uber Technologies in September 2025.

6. Attached as Exhibit 5 is a true and correct copy of correspondence sent by the PSA Defendant's counsel on January 15, 2026 to all counsel in this case confirming when the PSA Defendants were told to preserve all materials relating to the dispute, and when a formal litigation hold memo was sent to the PSA Defendants.

7. Attached as Exhibit 6 is a true and correct copy of a shredding invoice dated September 19, 2025 produced by the PSA Defendants via email on August 19, 2026.

8. Attached as Exhibit 7 is a true and correct copy of correspondence between Counsel for the Plaintiffs and counsel for the PSA Defendants regarding, among other things, the shredding invoice. Counsel for PSA Defendants represented on August 14, 2026 that the last shredding invoice concerning the shredding of sign-in sheets was dated September 19, 2025.

9. Attached as Exhibit 8 is a true and correct copy of Plaintiffs First Requests for Production to the PSA Defendants. Instruction 9 includes an instruction that if a document was no longer in PSA's possession or had been lost or destroyed, to submit a written statement describing the document, its preparation, and the date such document was destroyed. Request 7 extends to all

documents "including medical records, patient files, intake forms… [and] pain scale assessments" for any Claimant or other person referred from Simon & Simon or Marc Simon.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed in Washington, D.C. on November 13, 2026.

*/s/ Sydney Veatch*
Sydney Veatch