# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - -

| | | |
|---|---|---|
| UBER TECHNOLOGIES, INC., and FEDERAL EXPRESS CORPORATION, | : | Case No. 225-cv-05365-MAK |
| Plaintiffs, | : | |
| vs. | : | |
| SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS, | : | |
| Defendants. | : | |

- - -

TUESDAY, OCTOBER 13, 2026
HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY

- - -

Remote Zoom Video-Recorded Deposition of DANIEL PICCILLO, D.C., taken pursuant to Notice, in Philadelphia, Pennsylvania, commencing at approximately 9:02 a.m., on the above date, before Rose A. Tamburri, RPR, CM, CCR, CRR, USCRA Speed and Accuracy Champion and Notary Public.

APPEARANCES: (VIA REMOTE ZOOM)

ASHURST, PERKINS, COIE
BY: DAVID MASSEY, ESQUIRE
SYDNEY VEITCH, ESQUIRE
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005
david.massey@ashurstperkins.com
sydney.veitch@ashurstperkins.com
and
RHON, KURLAND, ROSSMAN
BY: AMY KURLAND, ESQUIRE
1700 Market Street, Suite 1005
Philadelphia, Pennsylvania 19103
akurland@rohnkurland.com
Representing the Plaintiffs

BLANK ROME
BY: JAMES SMITH, ESQUIRE
MICHAEL STOOLMAN, ESQUIRE
REBECCA WARD, ESQUIRE
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
james.smith@blankrome.com
michael.stoolman@blankrome.com
rebecca.ward@blandrome.com
Representing the Defendants,
Marc Simon and Simon & Simon PC

BARATTA LAW
BY: ANDREW P. BARATTA, ESQUIRE
3500 Reading Way
Huntingdon Valley, Pennsylvania 19006
(215) 914-8132
Representing the Defendants, Dr.
Daniel Piccillo, Dr. Ethel Harvey and
Philadelphia Spine Associates

APPEARANCES, Continued:

FOX ROTHSCHILD
BY: STEPHANIE NOLAN DEVINEY, ESQUIRE
747 Constitution Drive, Suite 100
P.O. Box 673
Exton, Pennsylvania 19341
sdeviney@foxrothschild.com

Representing the Defendants,
Clifton Burt and Premier Pain and
Rehab Center, P.C.

DILWORTH PAXSON
BY: SAMANTHA GILL, ESQUIR
JOHN HIGSON, ESQUIRE
1650 Market Street, Suite 1200
Philadelphia, Pennsylvania 19103
sgill@dilworthlaw.com
jhigson@dilworthlaw.com
Representing the Defendants,
Lance Yarus and Colleagues

ALSO PRESENT:

MICHAEL BARANKOVICH, VIDEOGRAPHER

BOB BRASCH & CHINYERE WOODS, CONCIERGES

I N D E X

TESTIMONY OF: DANIEL PICCILLO, D.C.

By Mr. Massey..........................14

By Mr. Smith...........................420

By Mr. Baratta.........................426

E X H I B I T S

| EXHIBIT NO. | DESCRIPTION | PAGE NO. |
|---|---|---|
| Exhibit 17 | Plaintiffs' Amended Notice of Rule 30(b)(6) Deposition of Philadelphia Spine Associates | 15 |
| Exhibit 18 | Ellen Brown's Time Card - Bates Nos. PSA-008901 - 54 | 45 |
| Exhibit 19 | Ellen Brown's Time Card - Bates Nos. PSA-008955 - 9035 | 47 |
| Exhibit 20 | Email dated 2/16/2024 - Bates No. SIMONEM000010537 | 73 |
| Exhibit 21 | Email Chain - Bates Nos. SIMONEM000010443 - 44 | 76 |
| Exhibit 22 | Medical History Form - Yasmeen Bailey - Bates Nos. PSA-001112 - 13 | 80 |
| Exhibit 23 | Germantown Injury Care Center Pain Sheet - Bates Nos. PSA-011643 - 44 | 88 |
| Exhibit 24 | Philadelphia Spine Associates Patient Accident Information - Bates No. PSA-001115 | 91 |

E X H I B I T S, Continued:


| | | |
|---|---|---|
| Exhibit 25 | Philadelphia Spine Associates Motor Vehicle Information - Bates No. PSA-006627 | 93 |
| Exhibit 26 | Philadelphia Spine Associates - Donald Major 2/19/2024 Treatment Notes - Bates Nos. PSA-006207 - 09 | 105 |
| Exhibit 27 | Philadelphia Spine Associates - Yasmeen Bailey 11/23/2022 Treatment Notes - Bates Nos. PSA-000711 - 13 | 124 |
| Exhibit 28 | Open MRI of Bala Cynwyd Medical Forms - Bates Nos. PSA-011611 - 50 | 149 |
| Exhibit 29 | Email Chain - Bates Nos. PSA-001119 - 22 | 157 |
| Exhibit 30 | Excel Spreadsheet | 165 |
| Exhibit 31 | Philadelphia Spine Associates - April Bailey - 06/24/2022 Treatment Notes - Bates Nos. PSA-000316 - 18 | 172 |
| Exhibit 32 | Philadelphia Spine Associates - April Bailey - 12/13/2021 Treatment Notes - Bates Nos. PSA-000262 - 64 | 186 |
| Exhibit 33 | Email Chain - Bates Nos. PSA-007092 - 94 | 228 |
| Exhibit 34 | Philadelphia Spine Associates - Donald Major - 08/19/2024 - Treatment Notes - Bates Nos. PSA-006325 - 28 | 239 |
| Exhibit 35 | Philadelphia Spine Associates - Yasmeen Bailey - 07/20/2023 - Treatment Notes - Bates Nos. PSA-000757 - 60 | 263 |

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY



E X H I B I T S, Continued:


| | | |
|---|---|---|
| Exhibit 36 | Philadelphia Spine Associates - Jonathan Jefferson II - 10/02/2023 - Treatment Notes - Bates Nos. PSA-007223 - 27 | 266 |
| Exhibit 37 | Email Chain - Bates Nos. PSA-008271 - 73 | 269 |
| Exhibit 38 | Email Chain - Bates Nos. PSA-006179 - 80 | 274 |
| Exhibit 39 | Open MRI of Bala Cynwyd - Dajuan Speaks - dated 8/5/2024 - Bates No. PSA-005626 | 280 |
| Exhibit 40 | Fax dated 6/27/2023, with Attachment - Bates Nos. Uber_00116956 - 58 | 283 |
| Exhibit 41 | Email Chain - Bates Nos. PSA-004721 - 22 | 300 |
| Exhibit 42 | Excel Spreadsheet | 304 |
| Exhibit 43 | Billing Record - Dajuan Speaks - Bates No. PSA-005450 | 316 |
| Exhibit 44 | Email enclosing Simon & Simon Check for $2,200 - Bates Nos. PSA-005657 - 58 | 321 |
| Exhibit 45 | Email enclosing Simon & Simon Check for $3,024 - Bates Nos.PSA-003985 - 86 | 326 |
| Exhibit 46 | Billing Record - Bates Nos. PSA-000518 - 22 | 326 |
| Exhibit 47 | Philadelphia Spine Associates December 1, 2022 Letter - Bates No. PSA-001107 | 331 |

HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY



E X H I B I T S, Continued:

| | | |
|---|---|---|
| Exhibit 48 | Philadelphia Spine Associates - April Bailey - 12/20/2021 - Treatment Notes - Bates Nos. PSA-000271 - 73 | 335 |
| Exhibit 49 | Philadelphia Spine Associates - April Bailey - 12/28/2021 - Treatment Notes - Bates Nos. PSA-000265 - 67 | 336 |
| Exhibit 50 | Philadelphia Spine Associates - April Bailey - 01/14/2022 - Treatment Notes - Bates Nos. PSA-000348 - 50 | 337 |
| Exhibit 51 | Philadelphia Spine Associates - April Bailey - 01/27/2022 - Treatment Notes - Bates Nos. PSA-000280 - 82 | 337 |
| Exhibit 52 | Philadelphia Spine Associates - April Bailey - 02/09/2022 - Treatment Notes - Bates Nos. PSA-000289 - 92 | 339 |
| Exhibit 53 | Philadelphia Spine Associates - April Bailey - 02/16/2022 - Treatment Notes - Bates Nos. PSA-000292 - 94 | 344 |
| Exhibit 54 | Philadelphia Spine Associates - April Bailey - 02/17/2022 - Treatment Notes - Bates Nos. PSA-000283 - 85 | 345 |
| Exhibit 55 | Philadelphia Spine Associates - April Bailey - 02/21/2022 - Treatment Notes - Bates Nos. PSA-000286 - 88 | 347 |
| Exhibit 56 | Philadelphia Spine Associates - Donald Major - 11/15/2024 - Treatment Notes - Bates Nos. PSA-010808 - 09 | 374 |

E X H I B I T S, Continued:


| | | |
|---|---|---|
| Exhibit 57 | Philadelphia Spine Associates - Jonathan Jefferson II - 02/28/2023 - Treatment Notes - Bates Nos. PSA-007109 - 11 | 381 |
| Exhibit 58 | Philadelphia Spine Associates - Bahijah L. Johnson - 07/26/2023 - Treatment Notes - Bates Nos. PSA-002292 - 94 | 382 |
| Exhibit 59 | Philadelphia Spine Associates - Ericka Adams - 11/16/2022 - Treatment Notes - Bates Nos. PSA-006645 - 47 | 383 |
| Exhibit 60 | Philadelphia Spine Associates - Devin Brown - 09/26/2024 - Treatment Notes - Bates Nos.PSA-005678 - 80 | 384 |
| Exhibit 61 | Philadelphia Spine Associates - Dajuan Speaks - 05/09/2024 - Treatment Notes - Bates Nos. PSA-005311 - 13 | 385 |
| Exhibit 62 | Philadelphia Spine Associates - Michele A. McDowall - 09/16/2023 - Treatment Notes - Bates Nos. PSA-008194 - 96 | 386 |
| Exhibit 63 | Medical History Form - Michele McDowall - Bates Nos. PSA-008258 - 59 | 386 |
| Exhibit 64 | Philadelphia Spine Associates Web Page - Bates Nos. Uber_00146435 - 37 | 393 |
| Exhibit 65 | Email Chain - Bates Nos. PSA-000706 - 09 | 395 |

E X H I B I T S, Continued:


| | | |
|---|---|---|
| Exhibit 66 | Email Chain - Bates Nos. PSA-002992 - 93 | 397 |
| Exhibit 67 | Amazon Receipt, and Others for a Massage Chair - Bates Nos. PSA-008731 - 35 | 399 |
| Exhibit 68 | Philadelphia Spine Associates Medical Equipment & Supplies for Donald Major dated 2/19/24 - Bates No. PSA-006622 | 403 |


***COURT REPORTER'S NOTE: ALL QUOTATIONS FROM EXHIBITS ARE REFLECTED IN THE MANNER IN WHICH THEY WERE READ INTO THE RECORD AND DO NOT NECESSARILY DENOTE AN EXACT QUOTE FROM THE DOCUMENT***

DEPOSITION SUPPORT INDEX

DIRECTION TO WITNESS NOT TO ANSWER

| Page | Line |
|---|---|
| None | |

REQUEST FOR PRODUCTION OF DOCUMENTS

| Page | Line | Description |
|---|---|---|
| 312 | 17 | Record Retention Request |

STIPULATIONS

| Page | Line |
|---|---|
| None | |

PREVIOUSLY MARKED EXHIBITS REFERRED TO

| EXHIBIT NUMBER | PAGE REFERENCED |
|---|---|
| None | |

THE COURT REPORTER: The attorneys participating in this deposition acknowledge that I am not physically present in the deposition room, and that I will be reporting this deposition remotely.

They further acknowledge that, in lieu of an oath administered in person, I will administer the oath remotely.

The parties further agree that if the witness is testifying from a state where I am not a Notary, that the witness may be sworn in by an out-of-state Notary.

If any party has an objection to this manner of reporting, please state it now.

Hearing none, we can proceed.

\- - -

THE VIDEOGRAPHER: Good morning. We are going on the record at 9:02 on October 13th, 2026. Please note that this deposition is being conducted virtually. Quality of recording depends on the quality of camera and Internet connection of participants.

What is seen from the witness and heard on screen is what will be recorded.

But so from time to time, you did get referrals of new patients from doctors; is that correct?
A. That's fair to say, yes.
Q. Approximately what percentage -- say from this period, 2020 through April of 2026, approximately what percentage of your incoming referrals came from doctors?
A. I'd say less than five percent.
Q. And what percentage of your incoming referrals came from law firms?
A. 95 percent.
Q. What percentage of your incoming referrals during that period came from Simon & Simon?
A. So prior to September of 2025, I would say 10 to 20 percent Simon & Simon.
Q. Okay.
So let's focus on the period of 2020 through September 2025.
Sorry. You just said it was 10 to 20 percent were Simon & Simon?
A. Correct.
Q. What about Morgan & Morgan?
A. Probably the same.

A. Cherrye Brown, Donna Ott, myself and Dr. Harvey.
Q. What about Cenaiya Brown?
A. And Cenaiya Brown, yes.
Q. Ellen Brown?
A. No.
Q. Why not?
A. She would document her notes on our pain sheet, and we would implement them in the system.
Q. What do you mean by "pain sheet"?
A. So the pain sheet was a form that every patient fills out, circling their pain level for that day and the areas of complaint, and that sheet would follow through them throughout all of their therapy.
So as they performed a piece of therapy, it was checked off by the medical assistants and make its way back to the doctor.
Q. What happened to those pain sheets?
A. So once --
Q. Sorry. Go ahead.
A. So once the pain sheet is -- all the information from that is put into the DrChrono

system, they were shredded, only until we were able to complete the note.

Q. Where were they -- where were those pain sheets maintained before they were shredded?

A. If -- before they were implemented in the system?

Q. Yes.

A. On my person or Dr. Harvey's person until we could implement them into the system. Then we had a -- a shred box in the back of our office that we would just put them in there.

Q. Okay.

What do you -- what do you mean, they were maintained on your person?

A. So until we were able to put them into the computer, I would hold them in a folder.

Q. Okay.

So on a given day, if a patient is going around from station to station, there's a hard copy piece of paper where notes are being made about pain levels, et cetera, and you're maintaining it in a folder; correct?

ID and password; correct?
A. Correct.
Q. And you didn't share your email and password with anyone; correct?
A. No. It was my personal email as well.
Q. You're not aware of Donna Ott or anybody else sharing Gmail passwords and user IDs with others at PSA; correct?
A. Correct.
Q. Did PSA, from -- from mid-2020 through September 2025, have access to a Google Sheet maintained by Simon & Simon?
A. Yes.
Q. What type of information was available on that Google Sheet document?
A. So the Google Sheet document was prepared by the contact at Simon & Simon, and it would add in the patients that are treating at our facility.
Q. What was the purpose of -- well, so PSA got access to that Google Sheet through Simon & Simon?
A. Correct.
Q. Why did PSA obtain access to that

sheet?

A. I'm not sure what the intention was from Simon & Simon, but on that sheet listed our patients, and we put in -- my -- well, my staff would put in our treatment plan -- so -- I'm sorry, treatment schedule.

If the patient had to be in three times a week, that was a box, so they would say three times a week or two times a week.

Then the next box would be how many times did they actually show up that week, and we would put that in there. And then there was another column where it was total amount of visits at that point.

And then the last column was a Notes section where we could say patient no-showed, patient is not picking up the phone, just to give them an idea of, you know, the patients and if they're adhering to their treatment schedule.

Q. What about MRI scripts, was that included in the Sheet?

A. No.

Q. And whose idea was it -- was it your idea to get access to this Google Sheet?

sheet.

While he does that, I'll start my question.

BY MR. MASSEY:

Q. Germantown, from when Germantown started as Germantown in 2026, it was using these sheets as well; correct?

A. Correct.

Q. And from, say, in September 2025 through the present, does Germantown use these sheets in the same way that PSA did before September of 2025?

A. Yes.

Q. Is PSA/Germantown preserving these records post September 18, 2025?

A. No.

Q. PSA is shredding these records post the filing of our lawsuit?

A. Yes.

Q. And did you receive a record preservation letter in this case?

A. We did.

Q. Why are you shredding these records, notwithstanding the demand in the record preservation letter?

A. Well, we never saved -- like we never saved these as -- we have an electronic health record, so everything on this piece of paper is put into the system.

Q. Did you read -- did you read the record preservation letter when it was sent to your firm -- when it was sent to you through your counsel?

A. They dropped -- they dropped it off at my -- my home at 6 in the morning. But we also closed Philadelphia Spine Associates, and this is a new company.

Q. Well, you changed the -- you testified earlier that the company structure didn't change; other than some ownership shares, it's the same company.

A. It is.

Q. It is operating now under a different name; correct?

A. No, it's a new company, new NPI, new owners. It's a new company.

And personally, I don't feel as though we need to save these because we implement this into our electronic health record, which is standard and should be, by

# C E R T I F I C A T E

I do hereby certify that I am a Notary Public in good standing, that the aforesaid testimony was taken before me, pursuant to notice, at the time and place indicated; that said deponent was by me duly sworn to tell the truth, the whole truth, and nothing but the truth; that the testimony of said deponent was correctly recorded in machine shorthand by me and thereafter transcribed under my supervision with computer-aided transcription; that the deposition is a true and correct record of the testimony given by the witness; and that I am neither of counsel nor kin to any party in said action, nor interested in the outcome thereof.

WITNESS by hand and official seal this 13th day of October, 2026.

__________________
Notary Public