# Exhibit 2

| | | | |
|---|---|---|---|
| **From:** | Daniel Piccillo, D.C. | **To:** | |
| **Email:** | PhiladelphiaSpineAssociates@gmail.com | **Email:** | |
| **Phone:** | (267) 297-6829 | **Phone:** | |
| **Fax:** | +1 267-953-8112 | **Fax:** | |

| | | | |
|---|---|---|---|
| **Patient Name:** | Dajuan Speaks | **Phone:** | (215) 526-1299 |
| **DOB:** | [redacted] | **Address** | 2122 North Marston Street<br>Philadelphia, PA 19121 |
| **Age:** | 46 | | |
| **Sex** | Male | **Mail Address** | Same as address |
| **SSN** | XXX-XX-5021 | | |

| **Primary Insurance** | | **Secondary Insurance** | |
|---|---|---|---|
| **Company:** | | **Company:** | |
| **Plan:** | | **Plan:** | |
| **Group #:** | | **Group #:** | |
| **Policy #:** | | **Policy #:** | |
| **Subscriber:** | Dajuan Speaks | **Subscriber:** | Dajuan Speaks |

## Notice of confidentiality:

The documents accompanying this transaction contain information from Philadelphia Spine Associates, LLC, which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopied information is strictly prohibited.

Provider: Daniel Piccillo, D.C.
Date: 09/12/24 05:40 PM

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Ethel Harvey, DC **Visit:** 05/09/2024 10:00AM **Chart:** SPDA000002

**Chief Complaint:** Auto Accident

## *Subjective Complaints:

Date of Injury: 04/26/2024
Patient currently complains of the following: Headaches, Neck Pain, Low Back Pain, Mid Back Pain

Complaints: Patient stated he was a restrained driver of the vehicle traveling up Green street, stopped @ the intersection of Hansberry street & Green, he was struck by an opposing vehicle on the driver side front. -LOC. Patient did not go to the hospital. Patient C/o headaches, neck, entire back pain that radiates into all 4 limbs.

Patient rates his pain 9/10. Fitted for back brace.

## Objective:

Examination of the spine was done by palpation, joint motion, and observation. Joint fixations with bio-mechanical alterations of the surrounding areas were noted with hypomobility, and a hard end feel at the following levels: Multiple Subluxations entire spine

## Assessment:

After today's assessment patient came in for initial examination

Spinal vertebral subluxations were found at Multiple Subluxations entire spine levels. The following chiropractic techniques Chiropractic Manipulation, Arthrostim are recommended for application to the areas of subluxation found.

| Type | Code | Description |
|---|---|---|
| ICD-10-CM Condition | S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| ICD-10-CM Condition | S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| ICD-10-CM Condition | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## *Objective:

*Cervical AROM:*
There is tingling/numbness into the Upper Extremities, Lower Extremities.

*C/S Spinal Findings/Alignment:*
C3 Vertebrae: right articular pillar:, posterior
C4 Vertebrae: right articular pillar:, posterior



**E-signed by** Ethel Harvey, DC **on** 06/24/2024 12:10PM EDT
**This page was generated at** 06/24/2024 12:10PM EDT

*Powered by* **DrChrono**

CONFIDENTIAL-PHI

*Cervical Spine Orthopedic Tests:*
1. Cervical Compression Test: ( + ) for neck pain
5. Jacksons Cervical Test: ( + ) for right sided radicular pain
6. Shoulder Depression: ( + ) for right sided pain

*Thoracic Spine:*
*Thoracic Spinous Percussion* : Positive for pain in the upper thoracics (T1 - T5).
*Palpation:* Spasms and hypertonicity noted in the mid to upper thoraic spine musculature.
*Tender Facets and Spinal Regions*: T4, T5

*Thoracic Spinal Alignment/Findings:*
T3 Vertebrae: flexed, hypomobile
T4 Vertebrae: hypomobile, flexed

*Lumbar Spine :*
*Palpation*: The following muscles were found to be hypertonic: Quadratus Lumborum .
*Facet Tenderness located at:* L4, L5

*Lumbar AROM:*

*Lumbar Spinal Findings/Alignment:*
L4 found to be hypomobile, flexed The following muscles were found to have Trigger Points: Quadratus Lumborum,, Multifidi, .
L5 found to be hypomobile, flexed

*Lumbar Spine Orthopedic Tests:*
3. Minors Sign: Present on the Right
4. Straight Leg Raise: ( + ) on Right.
7. Milgram's Test: ( + ) for pain in the lower back.

## Plan:

2x times per week. Home Therapies Recommended: Home ICE Short Term Goals: decreasing swelling/edema, improve gait pattern, improve stability . Long term goals: increase soft tissue rehabilitation with increased muscle strength, stamina, and flexibility Lifestyle Changes: Avoid extreme bending- Use caution when bending or working overhead. Avoid sudden twists and turns., Keep appointments. Chiropractic adjustments were provided to the AOC and Subluxations noted above in OBJECTIVE. The goal is to restore bio-mechanical function, resolve neuromuscular findings, and enhance the effect of the nervous system. EMS



CONFIDENTIAL-PHI




was applied to the AOC as noted above in OBJECTIVE IR therapy was performed to the AOC as noted above in OBJECTIVE IST was performed to AOC as noted above in OBJECTIVE Hydrotherapy was performed on AOC as noted above in OBJECTIVE.
Treatment was effective, tolerated well, and without incident.

| Type | Code | Modifiers | Quantity | Description |
|---|---|---|---|---|
| CPT | 99202 | 25 | 1.00 UN | OFFICE O/P NEW SF 15 MIN |
| CPT | 98941 | | 1.00 UN | CHIROPRACT MANJ 3-4 REGIONS |
| CPT | 97012 | | 1.00 UN | MECHANICAL TRACTION THERAPY |
| CPT | 97026 | GP | 1.00 UN | INFRARED THERAPY |
| CPT | 97039 | | 1.00 UN | UNLISTED MODALITY |
| HCPCS | G0283 | | 1.00 UN | Elec stim other than wound |

### *Prognosis:

At this time patient's prognosis remains guarded due to the nature of the sustained injuries and severity of the symptoms. It is my opinion, within a reasonable degree of chiropractic certainty, that the injuries sustained are a direct result of the incident described above. I will be updating with referrals to other healthcare professionals as well as advanced imaging as medically necessary.

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M
**Provider:** Ethel Harvey, DC **Visit:** 05/13/2024 9:00AM **Chart:** SPDA000002

**Chief Complaint:** Auto Accident

## *Subjective Complaints:

Date of Injury: 04/26/2024
Patient currently complains of the following: Headaches, Neck Pain, Low Back Pain, Mid Back Pain

Complaints: Patient stated he was a restrained driver of the vehicle traveling up Green street, stopped @ the intersection of Hansberry street & Green, he was struck by an opposing vehicle on the driver side front. -LOC. Patient did not go to the hospital. Patient C/o headaches, neck, entire back pain that radiates into all 4 limbs.

Patient rates his pain 7/10.

## Objective:

Examination of the spine was done by palpation, joint motion, and observation. Joint fixations with bio-mechanical alterations of the surrounding areas were noted with hypomobility, and a hard end feel at the following levels: Multiple Subluxations entire spine

## Assessment:

After today's assessment condition is progressing as expected

Spinal vertebral subluxations were found at Multiple Subluxations entire spine levels. The following chiropractic techniques Chiropractic Manipulation, Arthrostim are recommended for application to the areas of subluxation found.

| Type | Code | Description |
|---|---|---|
| ICD-10-CM Condition | S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| ICD-10-CM Condition | S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| ICD-10-CM Condition | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## *Objective:

There is tingling/numbness into the Upper Extremities, Lower Extremities.

*C/S Spinal Findings/Alignment:*
C3 Vertebrae: right articular pillar:, posterior
C4 Vertebrae: right articular pillar:, posterior

*Thoracic Spine:*

*Thoracic Spinous Percussion* : Positive for pain in the upper thoracics (T1 - T5).
*Palpation:* Spasms and hypertonicity noted in the mid to upper thoraic spine musculature.
*Tender Facets and Spinal Regions*: T4, T5

*Thoracic Spinal Alignment/Findings:*
T3 Vertebrae: flexed, hypomobile
T4 Vertebrae: hypomobile, flexed

*Lumbar Spine :*
*Palpation*: The following muscles were found to be hypertonic: Quadratus Lumborum .
*Facet Tenderness located at:* L4, L5

*Lumbar Spinal Findings/Alignment:*
L4 found to be hypomobile, flexed The following muscles were found to have Trigger Points: Quadratus Lumborum,, Multifidi, .
L5 found to be hypomobile, flexed

## Plan:

2x times per week. Home Therapies Recommended: Home ICE Short Term Goals: decreasing swelling/edema, improve gait pattern, improve stability . Long term goals: increase soft tissue rehabilitation with increased muscle strength, stamina, and flexibility Lifestyle Changes: Avoid extreme bending- Use caution when bending or working overhead. Avoid sudden twists and turns., Keep appointments. Chiropractic adjustments were provided to the AOC and Subluxations noted above in OBJECTIVE. The goal is to restore bio-mechanical function, resolve neuromuscular findings, and enhance the effect of the nervous system. EMS was applied to the AOC as noted above in OBJECTIVE IR therapy was performed to the AOC as noted above in OBJECTIVE IST was performed to AOC as noted above in OBJECTIVE Hydrotherapy was performed on AOC as noted above in OBJECTIVE.
Treatment was effective, tolerated well, and without incident.

| Type | Code | Modifiers | Quantity | Description |
|---|---|---|---|---|
| CPT | 98941 | | 1.00 UN | CHIROPRACT MANJ 3-4 REGIONS |
| CPT | 97012 | | 1.00 UN | MECHANICAL TRACTION THERAPY |
| CPT | 97026 | GP | 1.00 UN | INFRARED THERAPY |
| CPT | 97039 | | 1.00 UN | UNLISTED MODALITY |
| HCPCS | G0283 | | 1.00 UN | Elec stim other than wound |

## *Prognosis:

At this time Dajuan Speaks's prognosis is Guarded.

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Ethel Harvey, DC **Visit:** 05/23/2024 11:00AM **Chart:** SPDA000002

**Chief Complaint:** Auto Accident

## *Subjective Complaints:

Date of Injury: 04/26/2024

Patient currently complains of the following: Headaches, Neck Pain, Low Back Pain, Mid Back Pain

Complaints: Patient stated he was a restrained driver of the vehicle traveling up Green street, stopped @ the intersection of Hansberry street & Green, he was struck by an opposing vehicle on the driver side front. -LOC. Patient did not go to the hospital. Patient C/o headaches, neck, entire back pain that radiates into all 4 limbs.

Patient rates his pain 8/10.

## Objective:

Examination of the spine was done by palpation, joint motion, and observation. Joint fixations with bio-mechanical alterations of the surrounding areas were noted with hypomobility, and a hard end feel at the following levels: Multiple Subluxations entire spine

## Assessment:

After today's assessment condition is progressing as expected

Spinal vertebral subluxations were found at Multiple Subluxations entire spine levels. The following chiropractic techniques Chiropractic Manipulation, Arthrostim are recommended for application to the areas of subluxation found.

| Type | Code | Description |
|---|---|---|
| ICD-10-CM Condition | S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| ICD-10-CM Condition | S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| ICD-10-CM Condition | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## *Objective:

There is tingling/numbness into the Upper Extremities, Lower Extremities.

*C/S Spinal Findings/Alignment:*
C3 Vertebrae: right articular pillar:, posterior
C4 Vertebrae: right articular pillar:, posterior

*Thoracic Spine:*



**E-signed by** Ethel Harvey, DC **on** 06/24/2024 12:47PM EDT
**This page was generated at** 06/24/2024 12:47PM EDT

*Powered by* **DrChrono**

*Thoracic Spinous Percussion* : Positive for pain in the upper thoracics (T1 - T5).
*Palpation:* Spasms and hypertonicity noted in the mid to upper thoraic spine musculature.
*Tender Facets and Spinal Regions*: T4, T5

*Thoracic Spinal Alignment/Findings:*
T3 Vertebrae: flexed, hypomobile
T4 Vertebrae: hypomobile, flexed

*Lumbar Spine :*
*Palpation*: The following muscles were found to be hypertonic: Quadratus Lumborum .
*Facet Tenderness located at:* L4, L5

*Lumbar Spinal Findings/Alignment:*
L4 found to be hypomobile, flexed The following muscles were found to have Trigger Points: Quadratus Lumborum,, Multifidi, .
L5 found to be hypomobile, flexed

## Plan:

2x times per week. Home Therapies Recommended: Home ICE Short Term Goals: decreasing swelling/edema, improve gait pattern, improve stability . Long term goals: increase soft tissue rehabilitation with increased muscle strength, stamina, and flexibility Lifestyle Changes: Avoid extreme bending- Use caution when bending or working overhead. Avoid sudden twists and turns., Keep appointments. EMS was applied to the AOC as noted above in OBJECTIVE IR therapy was performed to the AOC as noted above in OBJECTIVE IST was performed to AOC as noted above in OBJECTIVE Hydrotherapy was performed on AOC as noted above in OBJECTIVE.
Treatment was effective, tolerated well, and without incident.

| Type | Code | Modifiers | Quantity | Description |
|---|---|---|---|---|
| CPT | 97012 | | 1.00 UN | MECHANICAL TRACTION THERAPY |
| CPT | 97026 | GP | 1.00 UN | INFRARED THERAPY |
| CPT | 97039 | | 1.00 UN | UNLISTED MODALITY |
| HCPCS | G0283 | | 1.00 UN | Elec stim other than wound |

## *Prognosis:

At this time Dajuan Speaks's prognosis is Guarded.

Philadelphia Spine Associates

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Daniel Piccillo, D.C. **Visit:** 05/31/2024 10:00AM **Chart:** SPDA000002

**Chief Complaint:** Auto Accident

## *Subjective Complaints:

Date of Injury: 04/26/2024
Patient currently complains of the following: Headaches, Neck Pain, Low Back Pain, Mid Back Pain

Complaints: Patient stated he was a restrained driver of the vehicle traveling up Green street, stopped @ the intersection of Hansberry street & Green, he was struck by an opposing vehicle on the driver side front. -LOC. Patient did not go to the hospital. Patient C/o headaches, neck, entire back pain that radiates into all 4 limbs.

Patient rates his pain 7/10.

## Objective:

Examination of the spine was done by palpation, joint motion, and observation. Joint fixations with bio-mechanical alterations of the surrounding areas were noted with hypomobility, and a hard end feel at the following levels: Multiple Subluxations entire spine

## Assessment:

After today's assessment condition is progressing as expected

Spinal vertebral subluxations were found at Multiple Subluxations entire spine levels. The following chiropractic techniques Chiropractic Manipulation, Arthrostim are recommended for application to the areas of subluxation found.

| Type | Code | Description |
|---|---|---|
| ICD-10-CM Condition | S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| ICD-10-CM Condition | S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| ICD-10-CM Condition | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## *Objective:

There is tingling/numbness into the Upper Extremities, Lower Extremities.



**E-signed by** Daniel Piccillo, D.C. **on** 06/24/2024 12:58PM EDT
**This page was generated at** 06/24/2024 12:58PM EDT

*Powered by* **DrChrono**

Philadelphia Spine Associates

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Daniel Piccillo, D.C. **Visit:** 05/31/2024 10:00AM **Chart:** SPDA000002

*C/S Spinal Findings/Alignment:*
C3 Vertebrae: right articular pillar:, posterior
C4 Vertebrae: right articular pillar:, posterior

*Thoracic Spine:*
*Thoracic Spinous Percussion* : Positive for pain in the upper thoracics (T1 - T5).
*Palpation:* Spasms and hypertonicity noted in the mid to upper thoraic spine musculature.
*Tender Facets and Spinal Regions*: T4, T5

*Thoracic Spinal Alignment/Findings:*
T3 Vertebrae: flexed, hypomobile
T4 Vertebrae: hypomobile, flexed

*Lumbar Spine :*
*Palpation*: The following muscles were found to be hypertonic: Quadratus Lumborum .
*Facet Tenderness located at:* L4, L5

*Lumbar Spinal Findings/Alignment:*
L4 found to be hypomobile, flexed The following muscles were found to have Trigger Points: Quadratus Lumborum,, Multifidi, .
L5 found to be hypomobile, flexed

## Plan:

2x times per week. Home Therapies Recommended: Home ICE Short Term Goals: decreasing swelling/edema, improve gait pattern, improve stability . Long term goals: increase soft tissue rehabilitation with increased muscle strength, stamina, and flexibility Lifestyle Changes: Avoid extreme bending- Use caution when bending or working overhead. Avoid sudden twists and turns., Keep appointments. EMS was applied to the AOC as noted above in OBJECTIVE IR therapy was performed to the AOC as noted above in OBJECTIVE IST was performed to AOC as noted above in OBJECTIVE
Treatment was effective, tolerated well, and without incident.

| Type | Code | Modifiers | Quantity | Description |
|---|---|---|---|---|
| CPT | 97012 | | 1.00 UN | MECHANICAL TRACTION THERAPY |



**E-signed by** Daniel Piccillo, D.C. **on** 06/24/2024 12:58PM EDT
**This page was generated at** 06/24/2024 12:58PM EDT

*Powered by* **DrChrono**

CONFIDENTIAL-PHI

Philadelphia Spine Associates

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Daniel Piccillo, D.C. **Visit:** 05/31/2024 10:00AM **Chart:** SPDA000002

| Type | Code | Modifiers | Quantity | Description |
|---|---|---|---|---|
| CPT | 97026 | GP | 1.00 UN | INFRARED THERAPY |
| HCPCS | G0283 | | 1.00 UN | Elec stim other than wound |

***Prognosis:**

At this time Dajuan Speaks's prognosis is Guarded.

Philadelphia Spine Associates

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Daniel Piccillo, D.C. **Visit:** 06/08/2024 10:00AM **Chart:** SPDA000002

**Chief Complaint:** Auto Accident

## *Subjective Complaints:

Date of Injury: 04/26/2024
Patient currently complains of the following: Headaches, Neck Pain, Low Back Pain, Mid Back Pain

Complaints: Patient stated he was a restrained driver of the vehicle traveling up Green street, stopped @ the intersection of Hansberry street & Green, he was struck by an opposing vehicle on the driver side front. -LOC. Patient did not go to the hospital. Patient C/o headaches, neck, entire back pain that radiates into all 4 limbs.

Patient rates his pain 8/10.

## Objective:

Examination of the spine was done by palpation, joint motion, and observation. Joint fixations with bio-mechanical alterations of the surrounding areas were noted with hypomobility, and a hard end feel at the following levels: Multiple Subluxations entire spine

## Assessment:

After today's assessment condition is progressing as expected

Spinal vertebral subluxations were found at Multiple Subluxations entire spine levels. The following chiropractic techniques Chiropractic Manipulation, Arthrostim are recommended for application to the areas of subluxation found.

| Type | Code | Description |
|---|---|---|
| ICD-10-CM Condition | S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| ICD-10-CM Condition | S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| ICD-10-CM Condition | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## *Objective:

There is tingling/numbness into the Upper Extremities, Lower Extremities.



**E-signed by** Daniel Piccillo, D.C. **on** 06/24/2024 1:01PM EDT
**This page was generated at** 06/24/2024 1:01PM EDT

*Powered by* **DrChrono**

CONFIDENTIAL-PHI

Philadelphia Spine Associates

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M
**Provider:** Daniel Piccillo, D.C. **Visit:** 06/08/2024 10:00AM **Chart:** SPDA000002

*C/S Spinal Findings/Alignment:*
C3 Vertebrae: right articular pillar:, posterior
C4 Vertebrae: right articular pillar:, posterior

*Thoracic Spine:*
*Thoracic Spinous Percussion* : Positive for pain in the upper thoracics (T1 - T5).
*Palpation:* Spasms and hypertonicity noted in the mid to upper thoraic spine musculature.
*Tender Facets and Spinal Regions*: T4, T5

*Thoracic Spinal Alignment/Findings:*
T3 Vertebrae: flexed, hypomobile
T4 Vertebrae: hypomobile, flexed

*Lumbar Spine :*
*Palpation*: The following muscles were found to be hypertonic: Quadratus Lumborum .
*Facet Tenderness located at:* L4, L5

*Lumbar Spinal Findings/Alignment:*
L4 found to be hypomobile, flexed The following muscles were found to have Trigger Points: Quadratus Lumborum,, Multifidi, .
L5 found to be hypomobile, flexed

## Plan:

2x times per week. Home Therapies Recommended: Home ICE Short Term Goals: decreasing swelling/edema, improve gait pattern, improve stability . Long term goals: increase soft tissue rehabilitation with increased muscle strength, stamina, and flexibility Lifestyle Changes: Avoid extreme bending- Use caution when bending or working overhead. Avoid sudden twists and turns., Keep appointments. EMS was applied to the AOC as noted above in OBJECTIVE IR therapy was performed to the AOC as noted above in OBJECTIVE IST was performed to AOC as noted above in OBJECTIVE
Treatment was effective, tolerated well, and without incident.

| Type | Code | Modifiers | Quantity | Description |
|---|---|---|---|---|
| CPT | 97012 | | 1.00 UN | MECHANICAL TRACTION THERAPY |



**E-signed by** Daniel Piccillo, D.C. **on** 06/24/2024 1:01PM EDT
**This page was generated at** 06/24/2024 1:01PM EDT

*Powered by* **DrChrono**

CONFIDENTIAL-PHI

Philadelphia Spine Associates

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Daniel Piccillo, D.C. **Visit:** 06/08/2024 10:00AM **Chart:** SPDA000002

| Type | Code | Modifiers | Quantity | Description |
|---|---|---|---|---|
| CPT | 97026 | GP | 1.00 UN | INFRARED THERAPY |
| HCPCS | G0283 | | 1.00 UN | Elec stim other than wound |

***Prognosis:**

At this time Dajuan Speaks's prognosis is Guarded.

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M
**Provider:** Ethel Harvey, DC **Visit:** 06/03/2024 10:00AM **Chart:** SPDA000002

**Chief Complaint:** Auto Accident

## *Subjective Complaints:

Date of Injury: 04/26/2024
Patient currently complains of the following: Headaches, Neck Pain, Low Back Pain, Mid Back Pain

Complaints: Patient stated he was a restrained driver of the vehicle traveling up Green street, stopped @ the intersection of Hansberry street & Green, he was struck by an opposing vehicle on the driver side front. -LOC. Patient did not go to the hospital. Patient C/o headaches, neck, entire back pain that radiates into all 4 limbs.

Patient rates his pain 6/10.

## Objective:

Examination of the spine was done by palpation, joint motion, and observation. Joint fixations with bio-mechanical alterations of the surrounding areas were noted with hypomobility, and a hard end feel at the following levels: Multiple Subluxations entire spine

## Assessment:

After today's assessment condition is progressing as expected

Spinal vertebral subluxations were found at Multiple Subluxations entire spine levels. The following chiropractic techniques Chiropractic Manipulation, Arthrostim are recommended for application to the areas of subluxation found.

| Type | Code | Description |
|---|---|---|
| ICD-10-CM Condition | S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| ICD-10-CM Condition | S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| ICD-10-CM Condition | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## *Objective:

There is tingling/numbness into the Upper Extremities, Lower Extremities.

*C/S Spinal Findings/Alignment:*
C3 Vertebrae: right articular pillar:, posterior
C4 Vertebrae: right articular pillar:, posterior

*Thoracic Spine:*

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Ethel Harvey, DC **Visit:** 06/03/2024 10:00AM **Chart:** SPDA000002

*Thoracic Spinous Percussion* : Positive for pain in the upper thoracics (T1 - T5).
*Palpation:* Spasms and hypertonicity noted in the mid to upper thoraic spine musculature.
*Tender Facets and Spinal Regions*: T4, T5

*Thoracic Spinal Alignment/Findings:*
T3 Vertebrae: flexed, hypomobile
T4 Vertebrae: hypomobile, flexed

*Lumbar Spine :*
*Palpation*: The following muscles were found to be hypertonic: Quadratus Lumborum .
*Facet Tenderness located at:* L4, L5

*Lumbar Spinal Findings/Alignment:*
L4 found to be hypomobile, flexed The following muscles were found to have Trigger Points: Quadratus Lumborum,, Multifidi, .
L5 found to be hypomobile, flexed

## Plan:

2x times per week. Home Therapies Recommended: Home ICE Short Term Goals: decreasing swelling/edema, improve gait pattern, improve stability . Long term goals: increase soft tissue rehabilitation with increased muscle strength, stamina, and flexibility Lifestyle Changes: Avoid extreme bending- Use caution when bending or working overhead. Avoid sudden twists and turns., Keep appointments. EMS was applied to the AOC as noted above in OBJECTIVE IR therapy was performed to the AOC as noted above in OBJECTIVE IST was performed to AOC as noted above in OBJECTIVE
Treatment was effective, tolerated well, and without incident.

| Type | Code | Modifiers | Quantity | Description |
|---|---|---|---|---|
| CPT | 97012 | | 1.00 UN | MECHANICAL TRACTION THERAPY |
| CPT | 97026 | GP | 1.00 UN | INFRARED THERAPY |
| HCPCS | G0283 | | 1.00 UN | Elec stim other than wound |

## *Prognosis:

At this time Dajuan Speaks's prognosis is Guarded.

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Ethel Harvey, DC **Visit:** 05/16/2024 10:30AM **Chart:** SPDA000002

**Chief Complaint:** Auto Accident

## *Subjective Complaints:

Date of Injury: 04/26/2024
Patient currently complains of the following: Headaches, Neck Pain, Low Back Pain, Mid Back Pain

Complaints: Patient stated he was a restrained driver of the vehicle traveling up Green street, stopped @ the intersection of Hansberry street & Green, he was struck by an opposing vehicle on the driver side front. -LOC. Patient did not go to the hospital. Patient C/o headaches, neck, entire back pain that radiates into all 4 limbs.

Patient rates his pain 8/10.

## Objective:

Examination of the spine was done by palpation, joint motion, and observation. Joint fixations with bio-mechanical alterations of the surrounding areas were noted with hypomobility, and a hard end feel at the following levels: Multiple Subluxations entire spine

## Assessment:

After today's assessment condition is progressing as expected

Spinal vertebral subluxations were found at Multiple Subluxations entire spine levels. The following chiropractic techniques Chiropractic Manipulation, Arthrostim are recommended for application to the areas of subluxation found.

| Type | Code | Description |
|---|---|---|
| ICD-10-CM Condition | S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| ICD-10-CM Condition | S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| ICD-10-CM Condition | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## *Objective:

There is tingling/numbness into the Upper Extremities, Lower Extremities.

*C/S Spinal Findings/Alignment:*
C3 Vertebrae: right articular pillar:, posterior
C4 Vertebrae: right articular pillar:, posterior

*Thoracic Spine:*



**E-signed by** Ethel Harvey, DC **on** 06/24/2024 12:45PM EDT
**This page was generated at** 06/24/2024 12:45PM EDT

*Powered by* **DrChrono**

*Thoracic Spinous Percussion* : Positive for pain in the upper thoracics (T1 - T5).
*Palpation:* Spasms and hypertonicity noted in the mid to upper thoraic spine musculature.
*Tender Facets and Spinal Regions*: T4, T5

*Thoracic Spinal Alignment/Findings:*
T3 Vertebrae: flexed, hypomobile
T4 Vertebrae: hypomobile, flexed

*Lumbar Spine :*
*Palpation*: The following muscles were found to be hypertonic: Quadratus Lumborum .
*Facet Tenderness located at:* L4, L5

*Lumbar Spinal Findings/Alignment:*
L4 found to be hypomobile, flexed The following muscles were found to have Trigger Points: Quadratus Lumborum,, Multifidi, .
L5 found to be hypomobile, flexed

## Plan:

2x times per week. Home Therapies Recommended: Home ICE Short Term Goals: decreasing swelling/edema, improve gait pattern, improve stability . Long term goals: increase soft tissue rehabilitation with increased muscle strength, stamina, and flexibility Lifestyle Changes: Avoid extreme bending- Use caution when bending or working overhead. Avoid sudden twists and turns., Keep appointments. Chiropractic adjustments were provided to the AOC and Subluxations noted above in OBJECTIVE. The goal is to restore bio-mechanical function, resolve neuromuscular findings, and enhance the effect of the nervous system. EMS was applied to the AOC as noted above in OBJECTIVE IR therapy was performed to the AOC as noted above in OBJECTIVE IST was performed to AOC as noted above in OBJECTIVE Hydrotherapy was performed on AOC as noted above in OBJECTIVE.
Treatment was effective, tolerated well, and without incident.

| Type | Code | Modifiers | Quantity | Description |
|---|---|---|---|---|
| CPT | 98941 | | 1.00 UN | CHIROPRACT MANJ 3-4 REGIONS |
| CPT | 97012 | | 1.00 UN | MECHANICAL TRACTION THERAPY |
| CPT | 97026 | GP | 1.00 UN | INFRARED THERAPY |
| CPT | 97039 | | 1.00 UN | UNLISTED MODALITY |
| HCPCS | G0283 | | 1.00 UN | Elec stim other than wound |

## *Prognosis:

At this time Dajuan Speaks's prognosis is Guarded.

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M
**Provider:** Ethel Harvey, DC **Visit:** 05/20/2024 10:00AM **Chart:** SPDA000002

**Chief Complaint:** Auto Accident

## *Subjective Complaints:

Date of Injury: 04/26/2024
Patient currently complains of the following: Headaches, Neck Pain, Low Back Pain, Mid Back Pain

Complaints: Patient stated he was a restrained driver of the vehicle traveling up Green street, stopped @ the intersection of Hansberry street & Green, he was struck by an opposing vehicle on the driver side front. -LOC. Patient did not go to the hospital. Patient C/o headaches, neck, entire back pain that radiates into all 4 limbs.

Patient rates his pain 8/10.

## Objective:

Examination of the spine was done by palpation, joint motion, and observation. Joint fixations with bio-mechanical alterations of the surrounding areas were noted with hypomobility, and a hard end feel at the following levels: Multiple Subluxations entire spine

## Assessment:

After today's assessment condition is progressing as expected

Spinal vertebral subluxations were found at Multiple Subluxations entire spine levels. The following chiropractic techniques Chiropractic Manipulation, Arthrostim are recommended for application to the areas of subluxation found.

| Type | Code | Description |
|---|---|---|
| ICD-10-CM Condition | S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| ICD-10-CM Condition | S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| ICD-10-CM Condition | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## *Objective:

There is tingling/numbness into the Upper Extremities, Lower Extremities.

*C/S Spinal Findings/Alignment:*
C3 Vertebrae: right articular pillar:, posterior
C4 Vertebrae: right articular pillar:, posterior

*Thoracic Spine:*



**E-signed by** Ethel Harvey, DC **on** 06/24/2024 12:46PM EDT
**This page was generated at** 06/24/2024 12:46PM EDT

*Powered by* **DrChrono**

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Ethel Harvey, DC **Visit:** 05/20/2024 10:00AM **Chart:** SPDA000002

*Thoracic Spinous Percussion* : Positive for pain in the upper thoracics (T1 - T5).
*Palpation:* Spasms and hypertonicity noted in the mid to upper thoraic spine musculature.
*Tender Facets and Spinal Regions*: T4, T5

*Thoracic Spinal Alignment/Findings:*
T3 Vertebrae: flexed, hypomobile
T4 Vertebrae: hypomobile, flexed

*Lumbar Spine :*
*Palpation*: The following muscles were found to be hypertonic: Quadratus Lumborum .
*Facet Tenderness located at:* L4, L5

*Lumbar Spinal Findings/Alignment:*
L4 found to be hypomobile, flexed The following muscles were found to have Trigger Points: Quadratus Lumborum,, Multifidi, .
L5 found to be hypomobile, flexed

## Plan:

2x times per week. Home Therapies Recommended: Home ICE Short Term Goals: decreasing swelling/edema, improve gait pattern, improve stability . Long term goals: increase soft tissue rehabilitation with increased muscle strength, stamina, and flexibility Lifestyle Changes: Avoid extreme bending- Use caution when bending or working overhead. Avoid sudden twists and turns., Keep appointments. EMS was applied to the AOC as noted above in OBJECTIVE IR therapy was performed to the AOC as noted above in OBJECTIVE IST was performed to AOC as noted above in OBJECTIVE Hydrotherapy was performed on AOC as noted above in OBJECTIVE.
Treatment was effective, tolerated well, and without incident.

| Type | Code | Modifiers | Quantity | Description |
|---|---|---|---|---|
| CPT | 97012 | | 1.00 UN | MECHANICAL TRACTION THERAPY |
| CPT | 97026 | GP | 1.00 UN | INFRARED THERAPY |
| CPT | 97039 | | 1.00 UN | UNLISTED MODALITY |
| HCPCS | G0283 | | 1.00 UN | Elec stim other than wound |

## *Prognosis:

At this time Dajuan Speaks's prognosis is Guarded.

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Ethel Harvey, DC **Visit:** 05/28/2024 10:00AM **Chart:** SPDA000002

**Chief Complaint:** Auto Accident

## *Subjective Complaints:

Date of Injury: 04/26/2024

Patient currently complains of the following: Headaches, Neck Pain, Low Back Pain, Mid Back Pain

Complaints: Patient stated he was a restrained driver of the vehicle traveling up Green street, stopped @ the intersection of Hansberry street & Green, he was struck by an opposing vehicle on the driver side front. -LOC. Patient did not go to the hospital. Patient C/o headaches, neck, entire back pain that radiates into all 4 limbs.

Patient rates his pain 6/10.

## Objective:

Examination of the spine was done by palpation, joint motion, and observation. Joint fixations with bio-mechanical alterations of the surrounding areas were noted with hypomobility, and a hard end feel at the following levels: Multiple Subluxations entire spine

## Assessment:

After today's assessment condition is progressing as expected

Spinal vertebral subluxations were found at Multiple Subluxations entire spine levels. The following chiropractic techniques Chiropractic Manipulation, Arthrostim are recommended for application to the areas of subluxation found.

| Type | Code | Description |
|---|---|---|
| ICD-10-CM Condition | S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| ICD-10-CM Condition | S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| ICD-10-CM Condition | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## *Objective:

There is tingling/numbness into the Upper Extremities, Lower Extremities.

*C/S Spinal Findings/Alignment:*
C3 Vertebrae: right articular pillar:, posterior
C4 Vertebrae: right articular pillar:, posterior

*Thoracic Spine:*


**E-signed by** Ethel Harvey, DC **on** 06/24/2024 12:49PM EDT
**This page was generated at** 06/24/2024 12:49PM EDT
*Powered by* **DrChrono**

*Thoracic Spinous Percussion* : Positive for pain in the upper thoracics (T1 - T5).
*Palpation:* Spasms and hypertonicity noted in the mid to upper thoraic spine musculature.
*Tender Facets and Spinal Regions*: T4, T5

*Thoracic Spinal Alignment/Findings:*
T3 Vertebrae: flexed, hypomobile
T4 Vertebrae: hypomobile, flexed

*Lumbar Spine :*
*Palpation*: The following muscles were found to be hypertonic: Quadratus Lumborum .
*Facet Tenderness located at:* L4, L5

*Lumbar Spinal Findings/Alignment:*
L4 found to be hypomobile, flexed The following muscles were found to have Trigger Points: Quadratus Lumborum,, Multifidi, .
L5 found to be hypomobile, flexed

## Plan:

2x times per week. Home Therapies Recommended: Home ICE Short Term Goals: decreasing swelling/edema, improve gait pattern, improve stability . Long term goals: increase soft tissue rehabilitation with increased muscle strength, stamina, and flexibility Lifestyle Changes: Avoid extreme bending- Use caution when bending or working overhead. Avoid sudden twists and turns., Keep appointments. EMS was applied to the AOC as noted above in OBJECTIVE IR therapy was performed to the AOC as noted above in OBJECTIVE IST was performed to AOC as noted above in OBJECTIVE
Treatment was effective, tolerated well, and without incident.

| Type | Code | Modifiers | Quantity | Description |
|---|---|---|---|---|
| CPT | 97012 | | 1.00 UN | MECHANICAL TRACTION THERAPY |
| CPT | 97026 | GP | 1.00 UN | INFRARED THERAPY |
| HCPCS | G0283 | | 1.00 UN | Elec stim other than wound |

## *Prognosis:

At this time Dajuan Speaks's prognosis is Guarded.

Philadelphia Spine Associates

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Daniel Piccillo, D.C. **Visit:** 06/11/2024 10:00AM **Chart:** SPDA000002

**Chief Complaint:** Auto Accident

## *Subjective Complaints:

Date of Injury: 04/26/2024

Patient currently complains of the following: Headaches, Neck Pain, Low Back Pain, Mid Back Pain

Complaints: Patient stated he was a restrained driver of the vehicle traveling up Green street, stopped @ the intersection of Hansberry street & Green, he was struck by an opposing vehicle on the driver side front. -LOC. Patient did not go to the hospital. Patient C/o headaches, neck, entire back pain that radiates into all 4 limbs.

Patient rates his pain 7/10.

## Objective:

Examination of the spine was done by palpation, joint motion, and observation. Joint fixations with bio-mechanical alterations of the surrounding areas were noted with hypomobility, and a hard end feel at the following levels: Multiple Subluxations entire spine

## Assessment:

After today's assessment condition is progressing as expected

Spinal vertebral subluxations were found at Multiple Subluxations entire spine levels. The following chiropractic techniques Chiropractic Manipulation, Arthrostim are recommended for application to the areas of subluxation found.

| Type | Code | Description |
|---|---|---|
| ICD-10-CM Condition | S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| ICD-10-CM Condition | S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| ICD-10-CM Condition | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## *Objective:

There is tingling/numbness into the Upper Extremities, Lower Extremities.



**E-signed by** Daniel Piccillo, D.C. **on** 06/24/2024 1:02PM EDT
**This page was generated at** 06/24/2024 1:02PM EDT

*Powered by* **DrChrono**

Philadelphia Spine Associates

**Philadelphia Spine Associates**



| | | |
|---|---|---|
| **Patient:** Dajuan Speaks | **DOB:** [redacted] | **Sex:** M |
| **Provider:** Daniel Piccillo, D.C. | **Visit:** 06/11/2024 10:00AM | **Chart:** SPDA000002 |

*C/S Spinal Findings/Alignment:*
C3 Vertebrae: right articular pillar:, posterior
C4 Vertebrae: right articular pillar:, posterior

*Thoracic Spine:*
*Thoracic Spinous Percussion* : Positive for pain in the upper thoracics (T1 - T5).
*Palpation:* Spasms and hypertonicity noted in the mid to upper thoraic spine musculature.
*Tender Facets and Spinal Regions*: T4, T5

*Thoracic Spinal Alignment/Findings:*
T3 Vertebrae: flexed, hypomobile
T4 Vertebrae: hypomobile, flexed

*Lumbar Spine :*
*Palpation*: The following muscles were found to be hypertonic: Quadratus Lumborum .
*Facet Tenderness located at:* L4, L5

*Lumbar Spinal Findings/Alignment:*
L4 found to be hypomobile, flexed The following muscles were found to have Trigger Points: Quadratus Lumborum,, Multifidi, .
L5 found to be hypomobile, flexed

## Plan:

2x times per week. Home Therapies Recommended: Home ICE Short Term Goals: decreasing swelling/edema, improve gait pattern, improve stability . Long term goals: increase soft tissue rehabilitation with increased muscle strength, stamina, and flexibility Lifestyle Changes: Avoid extreme bending- Use caution when bending or working overhead. Avoid sudden twists and turns., Keep appointments. EMS was applied to the AOC as noted above in OBJECTIVE IR therapy was performed to the AOC as noted above in OBJECTIVE IST was performed to AOC as noted above in OBJECTIVE
Treatment was effective, tolerated well, and without incident.

| Type | Code | Modifiers | Quantity | Description |
|---|---|---|---|---|
| CPT | 97012 | | 1.00 UN | MECHANICAL TRACTION THERAPY |

Philadelphia Spine Associates

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Daniel Piccillo, D.C. **Visit:** 06/11/2024 10:00AM **Chart:** SPDA000002

| Type | Code | Modifiers | Quantity | Description |
|---|---|---|---|---|
| CPT | 97026 | GP | 1.00 UN | INFRARED THERAPY |
| HCPCS | G0283 | | 1.00 UN | Elec stim other than wound |

***Prognosis:**

At this time Dajuan Speaks's prognosis is Guarded.

Philadelphia Spine Associates

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Daniel Piccillo, D.C. **Visit:** 06/13/2024 10:00AM **Chart:** SPDA000002

**Chief Complaint:** Auto Accident

## *Subjective Complaints:

Date of Injury: 04/26/2024

Patient currently complains of the following: Headaches, Neck Pain, Low Back Pain, Mid Back Pain

Complaints: Patient stated he was a restrained driver of the vehicle traveling up Green street, stopped @ the intersection of Hansberry street & Green, he was struck by an opposing vehicle on the driver side front. -LOC. Patient did not go to the hospital. Patient C/o headaches, neck, entire back pain that radiates into all 4 limbs.

Patient rates his pain 6/10.

## Objective:

Examination of the spine was done by palpation, joint motion, and observation. Joint fixations with bio-mechanical alterations of the surrounding areas were noted with hypomobility, and a hard end feel at the following levels: Multiple Subluxations entire spine

## Assessment:

After today's assessment condition is progressing as expected

Spinal vertebral subluxations were found at Multiple Subluxations entire spine levels. The following chiropractic techniques Chiropractic Manipulation, Arthrostim are recommended for application to the areas of subluxation found.

| Type | Code | Description |
|---|---|---|
| ICD-10-CM Condition | S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| ICD-10-CM Condition | S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| ICD-10-CM Condition | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## *Objective:

There is tingling/numbness into the Upper Extremities, Lower Extremities.



**E-signed by** Daniel Piccillo, D.C. **on** 06/24/2024 1:04PM EDT
**This page was generated at** 06/24/2024 1:04PM EDT

*Powered by* **DrChrono**

Philadelphia Spine Associates

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M
**Provider:** Daniel Piccillo, D.C. **Visit:** 06/13/2024 10:00AM **Chart:** SPDA000002

*C/S Spinal Findings/Alignment:*
C3 Vertebrae: right articular pillar:, posterior
C4 Vertebrae: right articular pillar:, posterior

*Thoracic Spine:*
*Thoracic Spinous Percussion* : Positive for pain in the upper thoracics (T1 - T5).
*Palpation:* Spasms and hypertonicity noted in the mid to upper thoraic spine musculature.
*Tender Facets and Spinal Regions*: T4, T5

*Thoracic Spinal Alignment/Findings:*
T3 Vertebrae: flexed, hypomobile
T4 Vertebrae: hypomobile, flexed

*Lumbar Spine :*
*Palpation*: The following muscles were found to be hypertonic: Quadratus Lumborum .
*Facet Tenderness located at:* L4, L5

*Lumbar Spinal Findings/Alignment:*
L4 found to be hypomobile, flexed The following muscles were found to have Trigger Points: Quadratus Lumborum,, Multifidi, .
L5 found to be hypomobile, flexed

## Plan:

2x times per week. Home Therapies Recommended: Home ICE Short Term Goals: decreasing swelling/edema, improve gait pattern, improve stability . Long term goals: increase soft tissue rehabilitation with increased muscle strength, stamina, and flexibility Lifestyle Changes: Avoid extreme bending- Use caution when bending or working overhead. Avoid sudden twists and turns., Keep appointments. EMS was applied to the AOC as noted above in OBJECTIVE IR therapy was performed to the AOC as noted above in OBJECTIVE IST was performed to AOC as noted above in OBJECTIVE Hydrotherapy was performed on AOC as noted above in OBJECTIVE.
Treatment was effective, tolerated well, and without incident.



**E-signed by** Daniel Piccillo, D.C. **on** 06/24/2024 1:04PM EDT
**This page was generated at** 06/24/2024 1:04PM EDT

*Powered by* **DrChrono**

CONFIDENTIAL-PHI

Philadelphia Spine Associates

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Daniel Piccillo, D.C. **Visit:** 06/13/2024 10:00AM **Chart:** SPDA000002

| Type | Code | Modifiers | Quantity | Description |
|---|---|---|---|---|
| CPT | 97012 | | 1.00 UN | MECHANICAL TRACTION THERAPY |
| CPT | 97026 | GP | 1.00 UN | INFRARED THERAPY |
| CPT | 97039 | | 1.00 UN | UNLISTED MODALITY |
| HCPCS | G0283 | | 1.00 UN | Elec stim other than wound |

## *Prognosis:

At this time Dajuan Speaks's prognosis is Guarded.

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:**[redacted] **Sex:** M

**Provider:** Ethel Harvey, DC **Visit:** 06/18/2024 10:00AM **Chart:** SPDA000002

## Chief Complaint: Auto Accident

## *Subjective Complaints:

Date of Injury: 04/26/2024

Patient currently complains of the following: Headaches, Neck Pain, Low Back Pain, Mid Back Pain

Complaints: Patient stated he was a restrained driver of the vehicle traveling up Green street, stopped @ the intersection of Hansberry street & Green, he was struck by an opposing vehicle on the driver side front. -LOC. Patient did not go to the hospital. Patient C/o headaches, neck, entire back pain that radiates into all 4 limbs.

Patient rates his pain 7/10.

## Objective:

Examination of the spine was done by palpation, joint motion, and observation. Joint fixations with bio-mechanical alterations of the surrounding areas were noted with hypomobility, and a hard end feel at the following levels: Multiple Subluxations entire spine

## Assessment:

After today's assessment condition is progressing as expected

Spinal vertebral subluxations were found at Multiple Subluxations entire spine levels. The following chiropractic techniques Chiropractic Manipulation, Arthrostim are recommended for application to the areas of subluxation found.

| Type | Code | Description |
|---|---|---|
| ICD-10-CM Condition | S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| ICD-10-CM Condition | S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| ICD-10-CM Condition | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## *Objective:

There is tingling/numbness into the Upper Extremities, Lower Extremities.

*C/S Spinal Findings/Alignment:*
C3 Vertebrae: right articular pillar:, posterior
C4 Vertebrae: right articular pillar:, posterior

*Thoracic Spine:*



**E-signed by** Ethel Harvey, DC **on** 06/24/2024 1:05PM EDT
**This page was generated at** 06/24/2024 1:05PM EDT

*Powered by* **DrChrono**

*Thoracic Spinous Percussion* : Positive for pain in the upper thoracics (T1 - T5).
*Palpation:* Spasms and hypertonicity noted in the mid to upper thoraic spine musculature.
*Tender Facets and Spinal Regions*: T4, T5

*Thoracic Spinal Alignment/Findings:*
T3 Vertebrae: flexed, hypomobile
T4 Vertebrae: hypomobile, flexed

*Lumbar Spine :*
*Palpation*: The following muscles were found to be hypertonic: Quadratus Lumborum .
*Facet Tenderness located at:* L4, L5

*Lumbar Spinal Findings/Alignment:*
L4 found to be hypomobile, flexed The following muscles were found to have Trigger Points: Quadratus Lumborum,, Multifidi, .
L5 found to be hypomobile, flexed

## Plan:

2x times per week. Home Therapies Recommended: Home ICE Short Term Goals: decreasing swelling/edema, improve gait pattern, improve stability . Long term goals: increase soft tissue rehabilitation with increased muscle strength, stamina, and flexibility Lifestyle Changes: Avoid extreme bending- Use caution when bending or working overhead. Avoid sudden twists and turns., Keep appointments. EMS was applied to the AOC as noted above in OBJECTIVE IR therapy was performed to the AOC as noted above in OBJECTIVE IST was performed to AOC as noted above in OBJECTIVE Hydrotherapy was performed on AOC as noted above in OBJECTIVE.
Treatment was effective, tolerated well, and without incident.

| Type | Code | Modifiers | Quantity | Description |
|---|---|---|---|---|
| CPT | 97012 | | 1.00 UN | MECHANICAL TRACTION THERAPY |
| CPT | 97026 | GP | 1.00 UN | INFRARED THERAPY |
| CPT | 97039 | | 1.00 UN | UNLISTED MODALITY |
| HCPCS | G0283 | | 1.00 UN | Elec stim other than wound |

## *Prognosis:

At this time Dajuan Speaks's prognosis is Guarded.

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Ethel Harvey, DC **Visit:** 06/20/2024 10:00AM **Chart:** SPDA000002

**Chief Complaint:** Auto Accident

## *Subjective Complaints:

Date of Injury: 04/26/2024

Patient currently complains of the following: Headaches, Neck Pain, Low Back Pain, Mid Back Pain

Complaints: Patient stated he was a restrained driver of the vehicle traveling up Green street, stopped @ the intersection of Hansberry street & Green, he was struck by an opposing vehicle on the driver side front. -LOC. Patient did not go to the hospital. Patient C/o headaches, neck, entire back pain that radiates into all 4 limbs.

Patient rates his pain 7/10.

## Objective:

Examination of the spine was done by palpation, joint motion, and observation. Joint fixations with bio-mechanical alterations of the surrounding areas were noted with hypomobility, and a hard end feel at the following levels: Multiple Subluxations entire spine

## Assessment:

After today's assessment condition is progressing as expected

Spinal vertebral subluxations were found at Multiple Subluxations entire spine levels. The following chiropractic techniques Chiropractic Manipulation, Arthrostim are recommended for application to the areas of subluxation found.

| Type | Code | Description |
|---|---|---|
| ICD-10-CM Condition | S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| ICD-10-CM Condition | S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| ICD-10-CM Condition | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## *Objective:

There is tingling/numbness into the Upper Extremities, Lower Extremities.

*C/S Spinal Findings/Alignment:*
C3 Vertebrae: right articular pillar:, posterior
C4 Vertebrae: right articular pillar:, posterior

*Thoracic Spine:*



**E-signed by** Ethel Harvey, DC **on** 06/24/2024 1:09PM EDT
**This page was generated at** 06/24/2024 1:09PM EDT

*Powered by* **DrChrono**

*Thoracic Spinous Percussion* : Positive for pain in the upper thoracics (T1 - T5).
*Palpation:* Spasms and hypertonicity noted in the mid to upper thoraic spine musculature.
*Tender Facets and Spinal Regions*: T4, T5

*Thoracic Spinal Alignment/Findings:*
T3 Vertebrae: flexed, hypomobile
T4 Vertebrae: hypomobile, flexed

*Lumbar Spine :*
*Palpation*: The following muscles were found to be hypertonic: Quadratus Lumborum .
*Facet Tenderness located at:* L4, L5

*Lumbar Spinal Findings/Alignment:*
L4 found to be hypomobile, flexed The following muscles were found to have Trigger Points: Quadratus Lumborum,, Multifidi, .
L5 found to be hypomobile, flexed

## Plan:

2x times per week. Home Therapies Recommended: Home ICE Short Term Goals: decreasing swelling/edema, improve gait pattern, improve stability . Long term goals: increase soft tissue rehabilitation with increased muscle strength, stamina, and flexibility Lifestyle Changes: Avoid extreme bending- Use caution when bending or working overhead. Avoid sudden twists and turns., Keep appointments. EMS was applied to the AOC as noted above in OBJECTIVE IR therapy was performed to the AOC as noted above in OBJECTIVE IST was performed to AOC as noted above in OBJECTIVE
Treatment was effective, tolerated well, and without incident.

| Type | Code | Modifiers | Quantity | Description |
|---|---|---|---|---|
| CPT | 97012 | | 1.00 UN | MECHANICAL TRACTION THERAPY |
| CPT | 97026 | GP | 1.00 UN | INFRARED THERAPY |
| HCPCS | G0283 | | 1.00 UN | Elec stim other than wound |

## *Prognosis:

At this time Dajuan Speaks's prognosis is Guarded.

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Ethel Harvey, DC **Visit:** 06/27/2024 9:30AM **Chart:** SPDA000002

**Chief Complaint:** Auto Accident

## *Subjective Complaints:

Date of Injury: 04/26/2024
Patient currently complains of the following: Headaches, Neck Pain, Low Back Pain, Mid Back Pain

Complaints: Patient stated he was a restrained driver of the vehicle traveling up Green street, stopped @ the intersection of Hansberry street & Green, he was struck by an opposing vehicle on the driver side front. -LOC. Patient did not go to the hospital. Patient C/o headaches, neck, entire back pain that radiates into all 4 limbs.

Patient rates his pain 7/10.

## Objective:

Examination of the spine was done by palpation, joint motion, and observation. Joint fixations with bio-mechanical alterations of the surrounding areas were noted with hypomobility, and a hard end feel at the following levels: Multiple Subluxations entire spine

## Assessment:

After today's assessment condition is progressing as expected

Spinal vertebral subluxations were found at Multiple Subluxations entire spine levels. The following chiropractic techniques Chiropractic Manipulation, Arthrostim are recommended for application to the areas of subluxation found.

| Type | Code | Description |
|---|---|---|
| ICD-10-CM Condition | S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| ICD-10-CM Condition | S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| ICD-10-CM Condition | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## *Objective:

There is tingling/numbness into the Upper Extremities, Lower Extremities.

*C/S Spinal Findings/Alignment:*
C3 Vertebrae: right articular pillar:, posterior
C4 Vertebrae: right articular pillar:, posterior

*Thoracic Spine:*



**E-signed by** Ethel Harvey, DC **on** 06/27/2024 11:17AM EDT
**This page was generated at** 06/27/2024 11:17AM EDT

*Powered by* **DrChrono**

CONFIDENTIAL-PHI 

*Thoracic Spinous Percussion* : Positive for pain in the upper thoracics (T1 - T5).
*Palpation:* Spasms and hypertonicity noted in the mid to upper thoraic spine musculature.
*Tender Facets and Spinal Regions*: T4, T5

*Thoracic Spinal Alignment/Findings:*
T3 Vertebrae: flexed, hypomobile
T4 Vertebrae: hypomobile, flexed

*Lumbar Spine :*
*Palpation*: The following muscles were found to be hypertonic: Quadratus Lumborum .
*Facet Tenderness located at:* L4, L5

*Lumbar Spinal Findings/Alignment:*
L4 found to be hypomobile, flexed The following muscles were found to have Trigger Points: Quadratus Lumborum,, Multifidi, .
L5 found to be hypomobile, flexed

## Plan:

2x times per week. Home Therapies Recommended: Home ICE Short Term Goals: decreasing swelling/edema, improve gait pattern, improve stability . Long term goals: increase soft tissue rehabilitation with increased muscle strength, stamina, and flexibility Lifestyle Changes: Avoid extreme bending- Use caution when bending or working overhead. Avoid sudden twists and turns., Keep appointments. EMS was applied to the AOC as noted above in OBJECTIVE IR therapy was performed to the AOC as noted above in OBJECTIVE IST was performed to AOC as noted above in OBJECTIVE
Treatment was effective, tolerated well, and without incident.

| Type | Code | Modifiers | Quantity | Description |
|---|---|---|---|---|
| CPT | 97012 | | 1.00 UN | MECHANICAL TRACTION THERAPY |
| CPT | 97026 | GP | 1.00 UN | INFRARED THERAPY |
| HCPCS | G0283 | | 1.00 UN | Elec stim other than wound |

## *Prognosis:

At this time Dajuan Speaks's prognosis is Guarded.

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Ethel Harvey, DC **Visit:** 06/25/2024 10:00AM **Chart:** SPDA000002

**Chief Complaint:** Auto Accident

## *Subjective Complaints:

Date of Injury: 04/26/2024
Patient currently complains of the following: Headaches, Neck Pain, Low Back Pain, Mid Back Pain

Complaints: Patient stated he was a restrained driver of the vehicle traveling up Green street, stopped @ the intersection of Hansberry street & Green, he was struck by an opposing vehicle on the driver side front. -LOC. Patient did not go to the hospital. Patient C/o headaches, neck, entire back pain that radiates into all 4 limbs.

Patient rates his pain 6/10.

## Objective:

Examination of the spine was done by palpation, joint motion, and observation. Joint fixations with bio-mechanical alterations of the surrounding areas were noted with hypomobility, and a hard end feel at the following levels: Multiple Subluxations entire spine

## Assessment:

After today's assessment condition is progressing as expected

Spinal vertebral subluxations were found at Multiple Subluxations entire spine levels. The following chiropractic techniques Chiropractic Manipulation, Arthrostim are recommended for application to the areas of subluxation found.

| Type | Code | Description |
|---|---|---|
| ICD-10-CM Condition | S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| ICD-10-CM Condition | S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| ICD-10-CM Condition | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## *Objective:

There is tingling/numbness into the Upper Extremities, Lower Extremities.

*C/S Spinal Findings/Alignment:*
C3 Vertebrae: right articular pillar:, posterior
C4 Vertebrae: right articular pillar:, posterior

*Thoracic Spine:*



**E-signed by** Ethel Harvey, DC **on** 06/27/2024 11:05AM EDT
**This page was generated at** 06/27/2024 11:05AM EDT

*Powered by* **DrChrono**

*Thoracic Spinous Percussion* : Positive for pain in the upper thoracics (T1 - T5).
*Palpation:* Spasms and hypertonicity noted in the mid to upper thoraic spine musculature.
*Tender Facets and Spinal Regions*: T4, T5

*Thoracic Spinal Alignment/Findings:*
T3 Vertebrae: flexed, hypomobile
T4 Vertebrae: hypomobile, flexed

*Lumbar Spine :*
*Palpation*: The following muscles were found to be hypertonic: Quadratus Lumborum .
*Facet Tenderness located at:* L4, L5

*Lumbar Spinal Findings/Alignment:*
L4 found to be hypomobile, flexed The following muscles were found to have Trigger Points: Quadratus Lumborum,, Multifidi, .
L5 found to be hypomobile, flexed

## Plan:

2x times per week. Home Therapies Recommended: Home ICE Short Term Goals: decreasing swelling/edema, improve gait pattern, improve stability . Long term goals: increase soft tissue rehabilitation with increased muscle strength, stamina, and flexibility Lifestyle Changes: Avoid extreme bending- Use caution when bending or working overhead. Avoid sudden twists and turns., Keep appointments. EMS was applied to the AOC as noted above in OBJECTIVE IR therapy was performed to the AOC as noted above in OBJECTIVE IST was performed to AOC as noted above in OBJECTIVE
Treatment was effective, tolerated well, and without incident.

| Type | Code | Modifiers | Quantity | Description |
|---|---|---|---|---|
| CPT | 97012 | | 1.00 UN | MECHANICAL TRACTION THERAPY |
| CPT | 97026 | GP | 1.00 UN | INFRARED THERAPY |
| HCPCS | G0283 | | 1.00 UN | Elec stim other than wound |

## *Prognosis:

At this time Dajuan Speaks's prognosis is Guarded.

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Ethel Harvey, DC **Visit:** 07/02/2024 10:00AM **Chart:** SPDA000002

**Chief Complaint:** Auto Accident

## *Subjective Complaints:

Date of Injury: 04/26/2024
Patient currently complains of the following: Headaches, Neck Pain, Low Back Pain, Mid Back Pain

Complaints: Patient stated he was a restrained driver of the vehicle traveling up Green street, stopped @ the intersection of Hansberry street & Green, he was struck by an opposing vehicle on the driver side front. -LOC. Patient did not go to the hospital. Patient C/o headaches, neck, entire back pain that radiates into all 4 limbs.

Patient rates his pain 7/10.

## Objective:

Examination of the spine was done by palpation, joint motion, and observation. Joint fixations with bio-mechanical alterations of the surrounding areas were noted with hypomobility, and a hard end feel at the following levels: Multiple Subluxations entire spine

## Assessment:

After today's assessment condition is progressing as expected

Spinal vertebral subluxations were found at Multiple Subluxations entire spine levels. The following chiropractic techniques Chiropractic Manipulation, Arthrostim are recommended for application to the areas of subluxation found.

| Type | Code | Description |
|---|---|---|
| ICD-10-CM Condition | S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| ICD-10-CM Condition | S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| ICD-10-CM Condition | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## *Objective:

There is tingling/numbness into the Upper Extremities, Lower Extremities.

*C/S Spinal Findings/Alignment:*
C3 Vertebrae: right articular pillar:, posterior
C4 Vertebrae: right articular pillar:, posterior

*Thoracic Spine:*



**E-signed by** Ethel Harvey, DC **on** 07/02/2024 10:47AM EDT
**This page was generated at** 07/02/2024 10:47AM EDT

*Powered by* **DrChrono**

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M
**Provider:** Ethel Harvey, DC **Visit:** 07/02/2024 10:00AM **Chart:** SPDA000002

*Thoracic Spinous Percussion* : Positive for pain in the upper thoracics (T1 - T5).
*Palpation:* Spasms and hypertonicity noted in the mid to upper thoraic spine musculature.
*Tender Facets and Spinal Regions*: T4, T5

*Thoracic Spinal Alignment/Findings:*
T3 Vertebrae: flexed, hypomobile
T4 Vertebrae: hypomobile, flexed

*Lumbar Spine :*
*Palpation*: The following muscles were found to be hypertonic: Quadratus Lumborum .
*Facet Tenderness located at:* L4, L5

*Lumbar Spinal Findings/Alignment:*
L4 found to be hypomobile, flexed The following muscles were found to have Trigger Points: Quadratus Lumborum,, Multifidi, .
L5 found to be hypomobile, flexed

## Plan:

2x times per week. Home Therapies Recommended: Home ICE Short Term Goals: decreasing swelling/edema, improve gait pattern, improve stability . Long term goals: increase soft tissue rehabilitation with increased muscle strength, stamina, and flexibility Lifestyle Changes: Avoid extreme bending- Use caution when bending or working overhead. Avoid sudden twists and turns., Keep appointments. EMS was applied to the AOC as noted above in OBJECTIVE IR therapy was performed to the AOC as noted above in OBJECTIVE IST was performed to AOC as noted above in OBJECTIVE
Treatment was effective, tolerated well, and without incident.

| Type | Code | Modifiers | Quantity | Description |
|---|---|---|---|---|
| CPT | 97012 | | 1.00 UN | MECHANICAL TRACTION THERAPY |
| CPT | 97026 | GP | 1.00 UN | INFRARED THERAPY |
| HCPCS | G0283 | | 1.00 UN | Elec stim other than wound |

## *Prognosis:

At this time Dajuan Speaks's prognosis is Guarded.

Philadelphia Spine Associates

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks | **DOB:** [redacted] | **Sex:** M

**Provider:** Daniel Piccillo, D.C. | **Visit:** 07/08/2024 9:30AM | **Chart:** SPDA000002

**Chief Complaint:** Auto Accident

## *Subjective Complaints:

Date of Injury: 04/26/2024

Patient currently complains of the following: Headaches, Neck Pain, Low Back Pain, Mid Back Pain

Complaints: Patient stated he was a restrained driver of the vehicle traveling up Green street, stopped @ the intersection of Hansberry street & Green, he was struck by an opposing vehicle on the driver side front. -LOC. Patient did not go to the hospital. Patient C/o headaches, neck, entire back pain that radiates into all 4 limbs.

Patient rates his pain 8/10.

## Objective:

Examination of the spine was done by palpation, joint motion, and observation. Joint fixations with bio-mechanical alterations of the surrounding areas were noted with hypomobility, and a hard end feel at the following levels: Multiple Subluxations entire spine

## Assessment:

After today's assessment condition is progressing as expected

Spinal vertebral subluxations were found at Multiple Subluxations entire spine levels. The following chiropractic techniques Chiropractic Manipulation, Arthrostim are recommended for application to the areas of subluxation found.

| Type | Code | Description |
|---|---|---|
| ICD-10-CM Condition | S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| ICD-10-CM Condition | S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| ICD-10-CM Condition | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## *Objective:

There is tingling/numbness into the Upper Extremities, Lower Extremities.

Philadelphia Spine Associates

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Daniel Piccillo, D.C. **Visit:** 07/08/2024 9:30AM **Chart:** SPDA000002

*C/S Spinal Findings/Alignment:*
C3 Vertebrae: right articular pillar:, posterior
C4 Vertebrae: right articular pillar:, posterior

*Thoracic Spine:*
*Thoracic Spinous Percussion* : Positive for pain in the upper thoracics (T1 - T5).
*Palpation:* Spasms and hypertonicity noted in the mid to upper thoraic spine musculature.
*Tender Facets and Spinal Regions*: T4, T5

*Thoracic Spinal Alignment/Findings:*
T3 Vertebrae: flexed, hypomobile
T4 Vertebrae: hypomobile, flexed

*Lumbar Spine :*
*Palpation*: The following muscles were found to be hypertonic: Quadratus Lumborum .
*Facet Tenderness located at:* L4, L5

*Lumbar Spinal Findings/Alignment:*
L4 found to be hypomobile, flexed The following muscles were found to have Trigger Points: Quadratus Lumborum,, Multifidi, .
L5 found to be hypomobile, flexed

## Plan:

2x times per week. Home Therapies Recommended: Home ICE Short Term Goals: decreasing swelling/edema, improve gait pattern, improve stability . Long term goals: increase soft tissue rehabilitation with increased muscle strength, stamina, and flexibility Lifestyle Changes: Avoid extreme bending- Use caution when bending or working overhead. Avoid sudden twists and turns., Keep appointments. EMS was applied to the AOC as noted above in OBJECTIVE IST was performed to AOC as noted above in OBJECTIVE Treatment was effective, tolerated well, and without incident.

| Type | Code | Modifiers | Quantity | Description |
|---|---|---|---|---|
| CPT | 97012 | | 1.00 UN | MECHANICAL TRACTION THERAPY |
| HCPCS | G0283 | | 1.00 UN | Elec stim other than wound |

Philadelphia Spine Associates

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Daniel Piccillo, D.C. **Visit:** 07/08/2024 9:30AM **Chart:** SPDA000002

## *Prognosis:

At this time Dajuan Speaks's prognosis is Guarded.



**E-signed by** Daniel Piccillo, D.C. **on** 07/08/2024 10:01AM EDT
**This page was generated at** 07/08/2024 10:01AM EDT

*Powered by* **DrChrono**

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Ethel Harvey, DC **Visit:** 07/11/2024 10:00AM **Chart:** SPDA000002

**Chief Complaint:** Auto Accident

## *Subjective Complaints:

Date of Injury: 04/26/2024

Patient currently complains of the following: Headaches, Neck Pain, Low Back Pain, Mid Back Pain

Complaints: Patient stated he was a restrained driver of the vehicle traveling up Green street, stopped @ the intersection of Hansberry street & Green, he was struck by an opposing vehicle on the driver side front. -LOC. Patient did not go to the hospital. Patient C/o headaches, neck, entire back pain that radiates into all 4 limbs.

Patient rates his pain 7/10.

## Objective:

Examination of the spine was done by palpation, joint motion, and observation. Joint fixations with bio-mechanical alterations of the surrounding areas were noted with hypomobility, and a hard end feel at the following levels: Multiple Subluxations entire spine

## Assessment:

After today's assessment condition is progressing as expected

Spinal vertebral subluxations were found at Multiple Subluxations entire spine levels. The following chiropractic techniques Chiropractic Manipulation, Arthrostim are recommended for application to the areas of subluxation found.

| Type | Code | Description |
|---|---|---|
| ICD-10-CM Condition | S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| ICD-10-CM Condition | S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| ICD-10-CM Condition | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## *Objective:

There is tingling/numbness into the Upper Extremities, Lower Extremities.

*C/S Spinal Findings/Alignment:*

C3 Vertebrae: right articular pillar:, posterior

C4 Vertebrae: right articular pillar:, posterior

*Thoracic Spine:*



**E-signed by** Ethel Harvey, DC **on** 07/11/2024 10:37AM EDT
**This page was generated at** 07/11/2024 10:37AM EDT

*Powered by* **DrChrono**

*Thoracic Spinous Percussion* : Positive for pain in the upper thoracics (T1 - T5).
*Palpation:* Spasms and hypertonicity noted in the mid to upper thoraic spine musculature.
*Tender Facets and Spinal Regions*: T4, T5

*Thoracic Spinal Alignment/Findings:*
T3 Vertebrae: flexed, hypomobile
T4 Vertebrae: hypomobile, flexed

*Lumbar Spine :*
*Palpation*: The following muscles were found to be hypertonic: Quadratus Lumborum .
*Facet Tenderness located at:* L4, L5

*Lumbar Spinal Findings/Alignment:*
L4 found to be hypomobile, flexed The following muscles were found to have Trigger Points: Quadratus Lumborum,, Multifidi, .
L5 found to be hypomobile, flexed

## Plan:

2x times per week. Home Therapies Recommended: Home ICE Short Term Goals: decreasing swelling/edema, improve gait pattern, improve stability . Long term goals: increase soft tissue rehabilitation with increased muscle strength, stamina, and flexibility Lifestyle Changes: Avoid extreme bending- Use caution when bending or working overhead. Avoid sudden twists and turns., Keep appointments. IST was performed to AOC as noted above in OBJECTIVE
Treatment was effective, tolerated well, and without incident.

| Type | Code | Modifiers | Quantity | Description |
|---|---|---|---|---|
| CPT | 97012 | | 1.00 UN | MECHANICAL TRACTION THERAPY |

## *Prognosis:

At this time Dajuan Speaks's prognosis is Guarded.

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Ethel Harvey, DC **Visit:** 07/15/2024 10:30AM **Chart:** SPDA000002

**Chief Complaint:** Auto Accident

## *Subjective Complaints:

Date of Injury: 04/26/2024
Patient currently complains of the following: Headaches, Neck Pain, Low Back Pain, Mid Back Pain

Complaints: Patient stated he was a restrained driver of the vehicle traveling up Green street, stopped @ the intersection of Hansberry street & Green, he was struck by an opposing vehicle on the driver side front. -LOC. Patient did not go to the hospital. Patient C/o headaches, neck, entire back pain that radiates into all 4 limbs.

Patient rates his pain 6/10.

## Objective:

Examination of the spine was done by palpation, joint motion, and observation. Joint fixations with bio-mechanical alterations of the surrounding areas were noted with hypomobility, and a hard end feel at the following levels: Multiple Subluxations entire spine

## Assessment:

After today's assessment condition is progressing as expected

Spinal vertebral subluxations were found at Multiple Subluxations entire spine levels. The following chiropractic techniques Chiropractic Manipulation, Arthrostim are recommended for application to the areas of subluxation found.

| Type | Code | Description |
| --- | --- | --- |
| ICD-10-CM Condition | S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| ICD-10-CM Condition | S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| ICD-10-CM Condition | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## *Objective:

There is tingling/numbness into the Upper Extremities, Lower Extremities.

*C/S Spinal Findings/Alignment:*
C3 Vertebrae: right articular pillar:, posterior
C4 Vertebrae: right articular pillar:, posterior

*Thoracic Spine:*



**E-signed by** Ethel Harvey, DC **on** 07/15/2024 12:13PM EDT
**This page was generated at** 07/15/2024 12:13PM EDT

*Powered by* **DrChrono**

*Thoracic Spinous Percussion* : Positive for pain in the upper thoracics (T1 - T5).
*Palpation:* Spasms and hypertonicity noted in the mid to upper thoraic spine musculature.
*Tender Facets and Spinal Regions*: T4, T5

*Thoracic Spinal Alignment/Findings:*
T3 Vertebrae: flexed, hypomobile
T4 Vertebrae: hypomobile, flexed

*Lumbar Spine :*
*Palpation*: The following muscles were found to be hypertonic: Quadratus Lumborum .
*Facet Tenderness located at:* L4, L5

*Lumbar Spinal Findings/Alignment:*
L4 found to be hypomobile, flexed The following muscles were found to have Trigger Points: Quadratus Lumborum,, Multifidi, .
L5 found to be hypomobile, flexed

## Plan:

2x times per week. Home Therapies Recommended: Home ICE Short Term Goals: decreasing swelling/edema, improve gait pattern, improve stability . Long term goals: increase soft tissue rehabilitation with increased muscle strength, stamina, and flexibility Lifestyle Changes: Avoid extreme bending- Use caution when bending or working overhead. Avoid sudden twists and turns., Keep appointments. IST was performed to AOC as noted above in OBJECTIVE
Treatment was effective, tolerated well, and without incident.

| Type | Code | Modifiers | Quantity | Description |
|---|---|---|---|---|
| CPT | 97012 | | 1.00 UN | MECHANICAL TRACTION THERAPY |

## *Prognosis:

At this time Dajuan Speaks's prognosis is Guarded.

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Ethel Harvey, DC **Visit:** 07/18/2024 10:00AM **Chart:** SPDA000002

**Chief Complaint:** Auto Accident

## *Subjective Complaints:

Date of Injury: 04/26/2024

Patient currently complains of the following: Headaches, Neck Pain, Low Back Pain, Mid Back Pain

Complaints: Patient stated he was a restrained driver of the vehicle traveling up Green street, stopped @ the intersection of Hansberry street & Green, he was struck by an opposing vehicle on the driver side front. -LOC. Patient did not go to the hospital. Patient C/o headaches, neck, entire back pain that radiates into all 4 limbs.

Patient rates his pain 7/10.

## Objective:

Examination of the spine was done by palpation, joint motion, and observation. Joint fixations with bio-mechanical alterations of the surrounding areas were noted with hypomobility, and a hard end feel at the following levels: Multiple Subluxations entire spine

## Assessment:

After today's assessment condition is progressing as expected

Spinal vertebral subluxations were found at Multiple Subluxations entire spine levels. The following chiropractic techniques Chiropractic Manipulation, Arthrostim are recommended for application to the areas of subluxation found.

| Type | Code | Description |
|---|---|---|
| ICD-10-CM Condition | S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| ICD-10-CM Condition | S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| ICD-10-CM Condition | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## *Objective:

There is tingling/numbness into the Upper Extremities, Lower Extremities.

*C/S Spinal Findings/Alignment:*
C3 Vertebrae: right articular pillar:, posterior
C4 Vertebrae: right articular pillar:, posterior

*Thoracic Spine:*



**E-signed by** Ethel Harvey, DC **on** 07/18/2024 10:34AM EDT
**This page was generated at** 07/18/2024 10:34AM EDT

*Powered by* **DrChrono**

CONFIDENTIAL-PHI

*Thoracic Spinous Percussion* : Positive for pain in the upper thoracics (T1 - T5).
*Palpation:* Spasms and hypertonicity noted in the mid to upper thoraic spine musculature.
*Tender Facets and Spinal Regions*: T4, T5

*Thoracic Spinal Alignment/Findings:*
T3 Vertebrae: flexed, hypomobile
T4 Vertebrae: hypomobile, flexed

*Lumbar Spine :*
*Palpation*: The following muscles were found to be hypertonic: Quadratus Lumborum .
*Facet Tenderness located at:* L4, L5

*Lumbar Spinal Findings/Alignment:*
L4 found to be hypomobile, flexed The following muscles were found to have Trigger Points: Quadratus Lumborum,, Multifidi, .
L5 found to be hypomobile, flexed

## Plan:

2x times per week. Home Therapies Recommended: Home ICE Short Term Goals: decreasing swelling/edema, improve gait pattern, improve stability . Long term goals: increase soft tissue rehabilitation with increased muscle strength, stamina, and flexibility Lifestyle Changes: Avoid extreme bending- Use caution when bending or working overhead. Avoid sudden twists and turns., Keep appointments. IST was performed to AOC as noted above in OBJECTIVE Hydrotherapy was performed on AOC as noted above in OBJECTIVE. Treatment was effective, tolerated well, and without incident.

| Type | Code | Modifiers | Quantity | Description |
|---|---|---|---|---|
| CPT | 97012 | | 1.00 UN | MECHANICAL TRACTION THERAPY |
| CPT | 97039 | | 1.00 UN | UNLISTED MODALITY |

## *Prognosis:

At this time Dajuan Speaks's prognosis is Guarded.

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Ethel Harvey, DC **Visit:** 07/22/2024 10:00AM **Chart:** SPDA000002

**Chief Complaint:** Auto Accident

## *Subjective Complaints:

Date of Injury: 04/26/2024
Patient currently complains of the following: Headaches, Neck Pain, Low Back Pain, Mid Back Pain

Complaints: Patient stated he was a restrained driver of the vehicle traveling up Green street, stopped @ the intersection of Hansberry street & Green, he was struck by an opposing vehicle on the driver side front. -LOC. Patient did not go to the hospital. Patient C/o headaches, neck, entire back pain that radiates into all 4 limbs.

Patient rates his pain 6/10.

## Objective:

Examination of the spine was done by palpation, joint motion, and observation. Joint fixations with bio-mechanical alterations of the surrounding areas were noted with hypomobility, and a hard end feel at the following levels: Multiple Subluxations entire spine

## Assessment:

After today's assessment condition is progressing as expected

Spinal vertebral subluxations were found at Multiple Subluxations entire spine levels. The following chiropractic techniques Chiropractic Manipulation, Arthrostim are recommended for application to the areas of subluxation found.

| Type | Code | Description |
|---|---|---|
| ICD-10-CM Condition | S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| ICD-10-CM Condition | S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| ICD-10-CM Condition | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## *Objective:

There is tingling/numbness into the Upper Extremities, Lower Extremities.

*C/S Spinal Findings/Alignment:*
C3 Vertebrae: right articular pillar:, posterior
C4 Vertebrae: right articular pillar:, posterior

*Thoracic Spine:*



**E-signed by** Ethel Harvey, DC **on** 07/22/2024 10:27AM EDT
**This page was generated at** 07/22/2024 10:27AM EDT

*Powered by* **DrChrono**

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Ethel Harvey, DC **Visit:** 07/22/2024 10:00AM **Chart:** SPDA000002

*Thoracic Spinous Percussion* : Positive for pain in the upper thoracics (T1 - T5).
*Palpation:* Spasms and hypertonicity noted in the mid to upper thoraic spine musculature.
*Tender Facets and Spinal Regions*: T4, T5

*Thoracic Spinal Alignment/Findings:*
T3 Vertebrae: flexed, hypomobile
T4 Vertebrae: hypomobile, flexed

*Lumbar Spine :*
*Palpation*: The following muscles were found to be hypertonic: Quadratus Lumborum .
*Facet Tenderness located at:* L4, L5

*Lumbar Spinal Findings/Alignment:*
L4 found to be hypomobile, flexed The following muscles were found to have Trigger Points: Quadratus Lumborum,, Multifidi, .
L5 found to be hypomobile, flexed

## Plan:

2x times per week. Home Therapies Recommended: Home ICE Short Term Goals: decreasing swelling/edema, improve gait pattern, improve stability . Long term goals: increase soft tissue rehabilitation with increased muscle strength, stamina, and flexibility Lifestyle Changes: Avoid extreme bending- Use caution when bending or working overhead. Avoid sudden twists and turns., Keep appointments. IST was performed to AOC as noted above in OBJECTIVE Hydrotherapy was performed on AOC as noted above in OBJECTIVE. Treatment was effective, tolerated well, and without incident.

| Type | Code | Modifiers | Quantity | Description |
|---|---|---|---|---|
| CPT | 97012 | | 1.00 UN | MECHANICAL TRACTION THERAPY |
| CPT | 97039 | | 1.00 UN | UNLISTED MODALITY |

## *Prognosis:

At this time Dajuan Speaks's prognosis is Guarded.



**E-signed by** Ethel Harvey, DC **on** 07/22/2024 10:27AM EDT
**This page was generated at** 07/22/2024 10:27AM EDT

*Powered by* **DrChrono**

CONFIDENTIAL-PHI

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Ethel Harvey, DC **Visit:** 07/25/2024 12:30PM **Chart:** SPDA000002

**Chief Complaint:** Auto Accident

## *Subjective Complaints:

Date of Injury: 04/26/2024
Patient currently complains of the following: Headaches, Neck Pain, Low Back Pain, Mid Back Pain

Complaints: Patient stated he was a restrained driver of the vehicle traveling up Green street, stopped @ the intersection of Hansberry street & Green, he was struck by an opposing vehicle on the driver side front. -LOC. Patient did not go to the hospital. Patient C/o headaches, neck, entire back pain that radiates into all 4 limbs.

Patient rates his pain 6/10.

## Objective:

Examination of the spine was done by palpation, joint motion, and observation. Joint fixations with bio-mechanical alterations of the surrounding areas were noted with hypomobility, and a hard end feel at the following levels: Multiple Subluxations entire spine

## Assessment:

After today's assessment condition is progressing as expected

Spinal vertebral subluxations were found at Multiple Subluxations entire spine levels. The following chiropractic techniques Chiropractic Manipulation, Arthrostim are recommended for application to the areas of subluxation found.

| Type | Code | Description |
|---|---|---|
| ICD-10-CM Condition | S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| ICD-10-CM Condition | S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| ICD-10-CM Condition | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## *Objective:

There is tingling/numbness into the Upper Extremities, Lower Extremities.

*C/S Spinal Findings/Alignment:*
C3 Vertebrae: right articular pillar:, posterior
C4 Vertebrae: right articular pillar:, posterior

*Thoracic Spine:*



**E-signed by** Ethel Harvey, DC **on** 07/25/2024 12:46PM EDT
**This page was generated at** 07/25/2024 12:46PM EDT

*Powered by* **DrChrono**

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Ethel Harvey, DC **Visit:** 07/25/2024 12:30PM **Chart:** SPDA000002

*Thoracic Spinous Percussion* : Positive for pain in the upper thoracics (T1 - T5).
*Palpation:* Spasms and hypertonicity noted in the mid to upper thoraic spine musculature.
*Tender Facets and Spinal Regions*: T4, T5

*Thoracic Spinal Alignment/Findings:*
T3 Vertebrae: flexed, hypomobile
T4 Vertebrae: hypomobile, flexed

*Lumbar Spine :*
*Palpation*: The following muscles were found to be hypertonic: Quadratus Lumborum .
*Facet Tenderness located at:* L4, L5

*Lumbar Spinal Findings/Alignment:*
L4 found to be hypomobile, flexed The following muscles were found to have Trigger Points: Quadratus Lumborum,, Multifidi, .
L5 found to be hypomobile, flexed

## Plan:

2x times per week. Home Therapies Recommended: Home ICE Short Term Goals: decreasing swelling/edema, improve gait pattern, improve stability . Long term goals: increase soft tissue rehabilitation with increased muscle strength, stamina, and flexibility Lifestyle Changes: Avoid extreme bending- Use caution when bending or working overhead. Avoid sudden twists and turns., Keep appointments. IST was performed to AOC as noted above in OBJECTIVE Hydrotherapy was performed on AOC as noted above in OBJECTIVE. Treatment was effective, tolerated well, and without incident.

| Type | Code | Modifiers | Quantity | Description |
|---|---|---|---|---|
| CPT | 97012 | | 1.00 UN | MECHANICAL TRACTION THERAPY |
| CPT | 97039 | | 1.00 UN | UNLISTED MODALITY |

## *Prognosis:

At this time Dajuan Speaks's prognosis is Guarded.



**E-signed by** Ethel Harvey, DC **on** 07/25/2024 12:46PM EDT
**This page was generated at** 07/25/2024 12:46PM EDT

*Powered by* **DrChrono**

CONFIDENTIAL-PHI

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Ethel Harvey, DC **Visit:** 07/29/2024 10:00AM **Chart:** SPDA000002

**Chief Complaint:** Auto Accident

## *Subjective Complaints:

Date of Injury: 04/26/2024
Patient currently complains of the following: Headaches, Neck Pain, Low Back Pain, Mid Back Pain

Complaints: Patient stated he was a restrained driver of the vehicle traveling up Green street, stopped @ the intersection of Hansberry street & Green, he was struck by an opposing vehicle on the driver side front. -LOC. Patient did not go to the hospital. Patient C/o headaches, neck, entire back pain that radiates into all 4 limbs.

Patient rates his pain 6/10.

## Objective:

Examination of the spine was done by palpation, joint motion, and observation. Joint fixations with bio-mechanical alterations of the surrounding areas were noted with hypomobility, and a hard end feel at the following levels: Multiple Subluxations entire spine

## Assessment:

After today's assessment condition is progressing as expected

Spinal vertebral subluxations were found at Multiple Subluxations entire spine levels. The following chiropractic techniques Chiropractic Manipulation, Arthrostim are recommended for application to the areas of subluxation found.

| Type | Code | Description |
|---|---|---|
| ICD-10-CM Condition | S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| ICD-10-CM Condition | S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| ICD-10-CM Condition | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## *Objective:

There is tingling/numbness into the Upper Extremities, Lower Extremities.

*C/S Spinal Findings/Alignment:*
C3 Vertebrae: right articular pillar:, posterior
C4 Vertebrae: right articular pillar:, posterior

*Thoracic Spine:*

*Thoracic Spinous Percussion* : Positive for pain in the upper thoracics (T1 - T5).
*Palpation:* Spasms and hypertonicity noted in the mid to upper thoraic spine musculature.
*Tender Facets and Spinal Regions*: T4, T5

*Thoracic Spinal Alignment/Findings:*
T3 Vertebrae: flexed, hypomobile
T4 Vertebrae: hypomobile, flexed

*Lumbar Spine :*
*Palpation*: The following muscles were found to be hypertonic: Quadratus Lumborum .
*Facet Tenderness located at:* L4, L5

*Lumbar Spinal Findings/Alignment:*
L4 found to be hypomobile, flexed The following muscles were found to have Trigger Points: Quadratus Lumborum,, Multifidi, .
L5 found to be hypomobile, flexed

## Plan:

2x times per week. Home Therapies Recommended: Home ICE Short Term Goals: decreasing swelling/edema, improve gait pattern, improve stability . Long term goals: increase soft tissue rehabilitation with increased muscle strength, stamina, and flexibility Lifestyle Changes: Avoid extreme bending- Use caution when bending or working overhead. Avoid sudden twists and turns., Keep appointments. IST was performed to AOC as noted above in OBJECTIVE Hydrotherapy was performed on AOC as noted above in OBJECTIVE. Treatment was effective, tolerated well, and without incident.

| Type | Code | Modifiers | Quantity | Description |
|---|---|---|---|---|
| CPT | 97012 | | 1.00 UN | MECHANICAL TRACTION THERAPY |
| CPT | 97039 | | 1.00 UN | UNLISTED MODALITY |

## *Prognosis:

At this time Dajuan Speaks's prognosis is Guarded.

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Ethel Harvey, DC **Visit:** 08/01/2024 10:00AM **Chart:** SPDA000002

**Chief Complaint:** Auto Accident

## *Subjective Complaints:

Date of Injury: 04/26/2024
Patient currently complains of the following: Headaches, Neck Pain, Low Back Pain, Mid Back Pain

Complaints: Patient stated he was a restrained driver of the vehicle traveling up Green street, stopped @ the intersection of Hansberry street & Green, he was struck by an opposing vehicle on the driver side front. -LOC. Patient did not go to the hospital. Patient C/o headaches, neck, entire back pain that radiates into all 4 limbs.

Patient rates his pain 6/10.

## Objective:

Examination of the spine was done by palpation, joint motion, and observation. Joint fixations with bio-mechanical alterations of the surrounding areas were noted with hypomobility, and a hard end feel at the following levels: Multiple Subluxations entire spine

## Assessment:

After today's assessment condition is progressing as expected

Spinal vertebral subluxations were found at Multiple Subluxations entire spine levels. The following chiropractic techniques Chiropractic Manipulation, Arthrostim are recommended for application to the areas of subluxation found.

| Type | Code | Description |
|---|---|---|
| ICD-10-CM Condition | S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| ICD-10-CM Condition | S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| ICD-10-CM Condition | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## *Objective:

There is tingling/numbness into the Upper Extremities, Lower Extremities.

*C/S Spinal Findings/Alignment:*
C3 Vertebrae: right articular pillar:, posterior
C4 Vertebrae: right articular pillar:, posterior

*Thoracic Spine:*



**E-signed by** Ethel Harvey, DC **on** 08/01/2024 10:07AM EDT
**This page was generated at** 08/01/2024 10:07AM EDT

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M
**Provider:** Ethel Harvey, DC **Visit:** 08/01/2024 10:00AM **Chart:** SPDA000002

*Thoracic Spinous Percussion* : Positive for pain in the upper thoracics (T1 - T5).
*Palpation:* Spasms and hypertonicity noted in the mid to upper thoraic spine musculature.
*Tender Facets and Spinal Regions*: T4, T5

*Thoracic Spinal Alignment/Findings:*
T3 Vertebrae: flexed, hypomobile
T4 Vertebrae: hypomobile, flexed

*Lumbar Spine :*
*Palpation*: The following muscles were found to be hypertonic: Quadratus Lumborum .
*Facet Tenderness located at:* L4, L5

*Lumbar Spinal Findings/Alignment:*
L4 found to be hypomobile, flexed The following muscles were found to have Trigger Points: Quadratus Lumborum,, Multifidi, .
L5 found to be hypomobile, flexed

## Plan:

2x times per week. Home Therapies Recommended: Home ICE Short Term Goals: decreasing swelling/edema, improve gait pattern, improve stability . Long term goals: increase soft tissue rehabilitation with increased muscle strength, stamina, and flexibility Lifestyle Changes: Avoid extreme bending- Use caution when bending or working overhead. Avoid sudden twists and turns., Keep appointments. IST was performed to AOC as noted above in OBJECTIVE Hydrotherapy was performed on AOC as noted above in OBJECTIVE. Treatment was effective, tolerated well, and without incident.

| Type | Code | Modifiers | Quantity | Description |
|---|---|---|---|---|
| CPT | 97012 | | 1.00 UN | MECHANICAL TRACTION THERAPY |
| CPT | 97039 | | 1.00 UN | UNLISTED MODALITY |

## *Prognosis:

At this time Dajuan Speaks's prognosis is Guarded.



**E-signed by** Ethel Harvey, DC **on** 08/01/2024 10:07AM EDT
**This page was generated at** 08/01/2024 10:07AM EDT

*Powered by* **DrChrono**

CONFIDENTIAL-PHI

Philadelphia Spine Associates

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Daniel Piccillo, D.C. **Visit:** 08/05/2024 10:00AM **Chart:** SPDA000002

**Chief Complaint:** Auto Accident

## *Subjective Complaints:

Date of Injury: 04/26/2024

Patient currently complains of the following: Headaches, Neck Pain, Low Back Pain, Mid Back Pain

Complaints: Patient stated he was a restrained driver of the vehicle traveling up Green street, stopped @ the intersection of Hansberry street & Green, he was struck by an opposing vehicle on the driver side front. -LOC. Patient did not go to the hospital. Patient C/o headaches, neck, entire back pain that radiates into all 4 limbs.

Patient rates his pain 7/10.

## Objective:

Examination of the spine was done by palpation, joint motion, and observation. Joint fixations with bio-mechanical alterations of the surrounding areas were noted with hypomobility, and a hard end feel at the following levels: Multiple Subluxations entire spine

## Assessment:

After today's assessment condition is progressing as expected

Spinal vertebral subluxations were found at Multiple Subluxations entire spine levels. The following chiropractic techniques Chiropractic Manipulation, Arthrostim are recommended for application to the areas of subluxation found.

| Type | Code | Description |
|---|---|---|
| ICD-10-CM Condition | S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| ICD-10-CM Condition | S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| ICD-10-CM Condition | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## *Objective:

There is tingling/numbness into the Upper Extremities, Lower Extremities.

Philadelphia Spine Associates

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Daniel Piccillo, D.C. **Visit:** 08/05/2024 10:00AM **Chart:** SPDA000002

*C/S Spinal Findings/Alignment:*
C3 Vertebrae: right articular pillar:, posterior
C4 Vertebrae: right articular pillar:, posterior

*Thoracic Spine:*
*Thoracic Spinous Percussion* : Positive for pain in the upper thoracics (T1 - T5).
*Palpation:* Spasms and hypertonicity noted in the mid to upper thoraic spine musculature.
*Tender Facets and Spinal Regions*: T4, T5

*Thoracic Spinal Alignment/Findings:*
T3 Vertebrae: flexed, hypomobile
T4 Vertebrae: hypomobile, flexed

*Lumbar Spine :*
*Palpation*: The following muscles were found to be hypertonic: Quadratus Lumborum .
*Facet Tenderness located at:* L4, L5

*Lumbar Spinal Findings/Alignment:*
L4 found to be hypomobile, flexed The following muscles were found to have Trigger Points: Quadratus Lumborum,, Multifidi, .
L5 found to be hypomobile, flexed

## Plan:

2x times per week. Home Therapies Recommended: Home ICE Short Term Goals: decreasing swelling/edema, improve gait pattern, improve stability . Long term goals: increase soft tissue rehabilitation with increased muscle strength, stamina, and flexibility Lifestyle Changes: Avoid extreme bending- Use caution when bending or working overhead. Avoid sudden twists and turns., Keep appointments. IST was performed to AOC as noted above in OBJECTIVE Hydrotherapy was performed on AOC as noted above in OBJECTIVE. Treatment was effective, tolerated well, and without incident.

| Type | Code | Modifiers | Quantity | Description |
|---|---|---|---|---|
| CPT | 97012 | | 1.00 UN | MECHANICAL TRACTION THERAPY |
| CPT | 97039 | | 1.00 UN | UNLISTED MODALITY |



**E-signed by** Daniel Piccillo, D.C. **on** 08/06/2024 9:45AM EDT
**This page was generated at** 08/06/2024 9:45AM EDT

*Powered by* **DrChrono**

CONFIDENTIAL-PHI

Philadelphia Spine Associates

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Daniel Piccillo, D.C. **Visit:** 08/05/2024 10:00AM **Chart:** SPDA000002

### *Prognosis:

At this time Dajuan Speaks's prognosis is Guarded.



**E-signed by** Daniel Piccillo, D.C. **on** 08/06/2024 9:45AM EDT
**This page was generated at** 08/06/2024 9:45AM EDT

*Powered by* **DrChrono**

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M
**Provider:** Ethel Harvey, DC **Visit:** 08/12/2024 10:00AM **Chart:** SPDA000002

**Chief Complaint:** Auto Accident

## *Subjective Complaints:

Date of Injury: 04/26/2024
Patient currently complains of the following: Headaches, Neck Pain, Low Back Pain, Mid Back Pain

Complaints: Patient stated he was a restrained driver of the vehicle traveling up Green street, stopped @ the intersection of Hansberry street & Green, he was struck by an opposing vehicle on the driver side front. -LOC. Patient did not go to the hospital. Patient C/o headaches, neck, entire back pain that radiates into all 4 limbs.

Patient rates his pain 7/10.

## Objective:

Examination of the spine was done by palpation, joint motion, and observation. Joint fixations with bio-mechanical alterations of the surrounding areas were noted with hypomobility, and a hard end feel at the following levels: Multiple Subluxations entire spine

## Assessment:

After today's assessment condition is progressing as expected

Spinal vertebral subluxations were found at Multiple Subluxations entire spine levels. The following chiropractic techniques Chiropractic Manipulation, Arthrostim are recommended for application to the areas of subluxation found.

| Type | Code | Description |
|---|---|---|
| ICD-10-CM Condition | S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| ICD-10-CM Condition | S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| ICD-10-CM Condition | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## *Objective:

There is tingling/numbness into the Upper Extremities, Lower Extremities.

*C/S Spinal Findings/Alignment:*
C3 Vertebrae: right articular pillar:, posterior
C4 Vertebrae: right articular pillar:, posterior

*Thoracic Spine:*



**E-signed by** Ethel Harvey, DC **on** 08/12/2024 10:04AM EDT
**This page was generated at** 08/12/2024 10:04AM EDT

*Powered by* **DrChrono**

*Thoracic Spinous Percussion* : Positive for pain in the upper thoracics (T1 - T5).
*Palpation:* Spasms and hypertonicity noted in the mid to upper thoraic spine musculature.
*Tender Facets and Spinal Regions*: T4, T5

*Thoracic Spinal Alignment/Findings:*
T3 Vertebrae: flexed, hypomobile
T4 Vertebrae: hypomobile, flexed

*Lumbar Spine :*
*Palpation*: The following muscles were found to be hypertonic: Quadratus Lumborum .
*Facet Tenderness located at:* L4, L5

*Lumbar Spinal Findings/Alignment:*
L4 found to be hypomobile, flexed The following muscles were found to have Trigger Points: Quadratus Lumborum,, Multifidi, .
L5 found to be hypomobile, flexed

## Plan:

2x times per week. Home Therapies Recommended: Home ICE Short Term Goals: decreasing swelling/edema, improve gait pattern, improve stability . Long term goals: increase soft tissue rehabilitation with increased muscle strength, stamina, and flexibility Lifestyle Changes: Avoid extreme bending- Use caution when bending or working overhead. Avoid sudden twists and turns., Keep appointments. IST was performed to AOC as noted above in OBJECTIVE Hydrotherapy was performed on AOC as noted above in OBJECTIVE. Treatment was effective, tolerated well, and without incident.

| Type | Code | Modifiers | Quantity | Description |
|---|---|---|---|---|
| CPT | 97012 | | 1.00 UN | MECHANICAL TRACTION THERAPY |
| CPT | 97039 | | 1.00 UN | UNLISTED MODALITY |

## *Prognosis:

At this time Dajuan Speaks's prognosis is Guarded.

Philadelphia Spine Associates

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M

**Provider:** Daniel Piccillo, D.C. **Visit:** 08/15/2024 10:00AM **Chart:** SPDA000002

**Chief Complaint:** FINAL REPORT

## *Subjective Complaints:

Date of Injury: 04/26/2024

Patient currently complains of the following: Headaches, Neck Pain, Low Back Pain, Mid Back Pain

Complaints: Patient stated he was a restrained driver of the vehicle traveling up Green street, stopped @ the intersection of Hansberry street & Green, he was struck by an opposing vehicle on the driver side front. -LOC. Patient did not go to the hospital. Patient C/o headaches, neck, entire back pain that radiates into all 4 limbs.

Patient rates his pain 4/10.

## Assessment:

| Type | Code | Description |
|---|---|---|
| ICD-10-CM Condition | S13.4XXA | Sprain of ligaments of cervical spine, initial encounter |
| ICD-10-CM Condition | S23.3XXA | Sprain of ligaments of thoracic spine, initial encounter |
| ICD-10-CM Condition | S33.5XXA | Sprain of ligaments of lumbar spine, initial encounter |

## *Objective:

There is tingling/numbness into the Upper Extremities, Lower Extremities.

*C/S Spinal Findings/Alignment:*
C3 Vertebrae: right articular pillar:, posterior
C4 Vertebrae: right articular pillar:, posterior

*Thoracic Spine:*
*Thoracic Spinous Percussion* : Positive for pain in the upper thoracics (T1 - T5).
*Palpation:* Spasms and hypertonicity noted in the mid to upper thoraic spine musculature.
*Tender Facets and Spinal Regions*: T4, T5

*Thoracic Spinal Alignment/Findings:*
T3 Vertebrae: flexed, hypomobile



**E-signed by** Daniel Piccillo, D.C. **on** 08/20/2024 10:49AM EDT
**This page was generated at** 08/20/2024 10:49AM EDT

*Powered by* **DrChrono**

CONFIDENTIAL-PHI

Philadelphia Spine Associates

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M
**Provider:** Daniel Piccillo, D.C. **Visit:** 08/15/2024 10:00AM **Chart:** SPDA000002

T4 Vertebrae: hypomobile, flexed

*Lumbar Spine :*
*Palpation*: The following muscles were found to be hypertonic: Quadratus Lumborum .
*Facet Tenderness located at:* L4, L5

*Lumbar Spinal Findings/Alignment:*
L4 found to be hypomobile, flexed The following muscles were found to have Trigger Points: Quadratus Lumborum,, Multifidi, .
L5 found to be hypomobile, flexed

## Plan:

| Type | Code | Modifiers | Quantity | Description |
|---|---|---|---|---|
| CPT | 97012 | | 1.00 UN | MECHANICAL TRACTION THERAPY |
| CPT | 97039 | | 1.00 UN | UNLISTED MODALITY |

## *Assessment:

Medical Records

On 08/05/2024 A Cervical MRI was performed at Open MRI of Bala Cynwyd.
Impression: Essentially negative exam.

On 08/05/2024 A Lumbar MRI was performed at Open MRI of Bala Cynwyd.
Impression: negative exam.

The diagnoses in my assessment occurred as a direct result of the accident which occurred on 04/26/2024.

All of my opinions are made within a reasonable degree of medical certainty.
Final Diagnoses

1. Post-traumatic cervical sprain and strain

Philadelphia Spine Associates

**Philadelphia Spine Associates**



**Patient:** Dajuan Speaks **DOB:** [redacted] **Sex:** M
**Provider:** Daniel Piccillo, D.C. **Visit:** 08/15/2024 10:00AM **Chart:** SPDA000002

2. Post-traumatic lumbar sprain and strain

3. Post-traumatic thoracic sprain and strain

## Prognosis:

As a result of the traumatic motor vehicle accident on 04/26/2024, high velocity movements of the articulations have resulted in strains/sprains and other injuries have resulted in a consequential limitation. There may be continued discomfort and dysfunction, which may be significantly weakened for an indefinite period of time.

The injuries may impair the patient's daily routine and recreational activities for some time. The patient may have future remissions which would need further physical rehab. Any scar tissue formation in the nerve roots, muscles, ligaments and soft tissue will be permanent and range of motion remains limited.

The patient's prognosis remains fair due to the nature of their symptoms.

Respectfully Submitted,
Daniel Piccillo, D.C



**E-signed by** Daniel Piccillo, D.C. **on** 08/20/2024 10:49AM EDT
**This page was generated at** 08/20/2024 10:49AM EDT

*Powered by* **DrChrono**

CONFIDENTIAL-PHI

**Philadelphia Spine Associates**
5245 Germantown Ave.
Suite A
Philadelphia, PA 19144
**Tax ID:** 82-1752629

## Patient Demographics

| | |
|---|---|
| **First Name** | Dajuan |
| **Nick Name** | |
| **Middle Name** | |
| **Last Name** | Speaks |
| **Suffix** | |
| **Home #** | |
| **Cell #** | (215) 526-1299 |
| **Work #** | |
| **Email** | dajuanspeaks@yahoo.com |
| **Social Security #** | [redacted] |
| **Date of birth** | [redacted] |
| **Sex** | Male |
| **Race** | Black or African American |
| **Ethnicity** | Not Hispanic or Latino |
| **Marital Status** | |
| **Preferred Language** | English |
| **Country** | UNITED STATES |
| **Student Status** | Not a Student |
| **Referred By** | |

| | |
|---|---|
| **Street Address** | 2122 North Marston Street |
| **Zip Code** | 19121 |
| **City** | Philadelphia |
| **State** | PA |
| **Emerg Cont Name** | Nata |
| **Emerg Cont Phone** | (267) 237-3665 |
| **Emerg Cont Relation** | Friend |
| **Resp Party Name** | |
| **Resp Party DOB** | |
| **Resp Party Relation** | |
| **Resp Party Phone** | |
| **Resp Party Email** | |

## Primary Insurance

**First**
**Middle**
**Last**
**Suffix**
**Date of Birth**
**SSN**
**Relation**
**Insurer**
**Payer ID**
**ID #**
**Group #**
**Plan Name**
**Claim Office**

## Secondary Insurance

**First**
**Middle**
**Last**
**Suffix**
**Date of Birth**
**Social Security #**
**Relation**
**Insurer**
**Payer ID**
**ID #**
**Group #**
**Plan Name**
**Claim Office**

## Tertiary Insurance

| | |
|---|---|
| First | |
| Middle | |
| Last | |
| Suffix | |
| Date of Birth | |
| SSN | |
| Relation | |
| Insurer | |
| Payer ID | |
| ID # | |
| Group # | |
| Plan Name | |
| Claim Office | |

## Auto Accident Insurance

| | |
|---|---|
| First | |
| Middle | |
| Last | |
| Suffix | |
| Date of Birth | |
| Social Security # | |
| Auto Accident Insurance Company | UNKNOWN (HOLD BILLING) |
| Case # | |
| Mailing Address | NO BILLING INFO |
| Zip Code | 19144 |
| City | PHILADELPHIA |
| State | PA |
| Date of Accident | 2024-04-26 |
| State of Accident Occurrence | PA |

## Worker's Compensation

| | |
|---|---|
| Worker Comp. Provider | |
| Mailing Address | |
| Zip Code | |
| City | |
| State | |
| Date of Accident | |
| Worker Comp. W.C.B. | |
| Worker Comp. Case # | |
| State of Accident Occurrence | |

## Durable Medical Equipment

| | |
|---|---|
| Dme insurance company | |
| Dme insurance payer id | |
| Dme insurance plan name | |
| Dme insurance plan type | |
| Dme insurance id number | |
| Dme insurance group number | |
| Dme insurance notes | |

| | | | |
|---|---|---|---|
| **Total Billed** | $3,853.00 | **Total Allowed** | $3,853.00 |
| **Total Allocated** | $0.00 | **Total Adjustment** | $0.00 |
| **Total Patient Paid:** | $0.00 | **Total Insurance Paid** | $0.00 |
| **Patient Balance:** | **$0.00** | **Insurance Balance:** | **$3,853.00** |

| Date of Service | Provider/Posted Date | Codes | Billed | Insurance Paid | Patient Paid | Balance |
|---|---|---|---|---|---|---|
| 5/09/2024 10:00AM | Ethel Harvey, DC | S13.4XXA, S23.3XXA, S33.5XXA | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 06/24/2024 | 97012 | $38.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | 97026 | $42.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | 97039 | $70.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | 98941 | $78.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | 99202 | $225.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | G0283 | $38.00 | $0.00 | $0.00 | $0.00 |
| 5/13/2024 09:00AM | Ethel Harvey, DC | S13.4XXA, S23.3XXA, S33.5XXA | | | | |
| | 06/24/2024 | 97012 | $38.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | 97026 | $42.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | 97039 | $70.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | 98941 | $78.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | G0283 | $38.00 | $0.00 | $0.00 | $0.00 |
| 5/16/2024 10:30AM | Ethel Harvey, DC | S13.4XXA, S23.3XXA, S33.5XXA | | | | |
| | 06/24/2024 | 97012 | $38.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | 97026 | $42.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | 97039 | $70.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | 98941 | $78.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | G0283 | $38.00 | $0.00 | $0.00 | $0.00 |
| 5/20/2024 10:00AM | Ethel Harvey, DC | S13.4XXA, S23.3XXA, S33.5XXA | | | | |
| | 06/24/2024 | 97012 | $38.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | 97026 | $42.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | 97039 | $70.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | G0283 | $38.00 | $0.00 | $0.00 | $0.00 |
| 5/23/2024 11:00AM | Ethel Harvey, DC | S13.4XXA, S23.3XXA, S33.5XXA | | | | |
| | 06/24/2024 | 97012 | $38.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | 97026 | $42.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | 97039 | $70.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | G0283 | $38.00 | $0.00 | $0.00 | $0.00 |
| 5/28/2024 10:00AM | Ethel Harvey, DC | S13.4XXA, S23.3XXA, S33.5XXA | | | | |
| | 06/24/2024 | 97012 | $38.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | 97026 | $42.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | G0283 | $38.00 | $0.00 | $0.00 | $0.00 |
| 5/31/2024 10:00AM | Daniel Piccillo, D.C. | S13.4XXA, S23.3XXA, S33.5XXA | | | | |
| | 06/24/2024 | 97012 | $38.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | 97026 | $42.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 06/24/2024 | G0283 | $38.00 | $0.00 | $0.00 | $0.00 |
| 6/03/2024 10:00AM | Ethel Harvey, DC | S13.4XXA, S23.3XXA, S33.5XXA | | | | |
| | 06/24/2024 | 97012 | $38.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | 97026 | $42.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | G0283 | $38.00 | $0.00 | $0.00 | $0.00 |
| 6/08/2024 10:00AM | Daniel Piccillo, D.C. | S13.4XXA, S23.3XXA, S33.5XXA | | | | |
| | 06/24/2024 | 97012 | $38.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | 97026 | $42.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | G0283 | $38.00 | $0.00 | $0.00 | $0.00 |
| 6/11/2024 10:00AM | Daniel Piccillo, D.C. | S13.4XXA, S23.3XXA, S33.5XXA | | | | |
| | 06/24/2024 | 97012 | $38.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | 97026 | $42.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | G0283 | $38.00 | $0.00 | $0.00 | $0.00 |
| 6/13/2024 10:00AM | Daniel Piccillo, D.C. | S13.4XXA, S23.3XXA, S33.5XXA | | | | |
| | 06/24/2024 | 97012 | $38.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | 97026 | $42.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | 97039 | $70.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | G0283 | $38.00 | $0.00 | $0.00 | $0.00 |
| 6/18/2024 10:00AM | Ethel Harvey, DC | S13.4XXA, S23.3XXA, S33.5XXA | | | | |
| | 06/24/2024 | 97012 | $38.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | 97026 | $42.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | 97039 | $70.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | G0283 | $38.00 | $0.00 | $0.00 | $0.00 |
| 6/20/2024 10:00AM | Ethel Harvey, DC | S13.4XXA, S23.3XXA, S33.5XXA | | | | |
| | 06/24/2024 | 97012 | $38.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | 97026 | $42.00 | $0.00 | $0.00 | $0.00 |
| | 06/24/2024 | G0283 | $38.00 | $0.00 | $0.00 | $0.00 |
| 6/25/2024 10:00AM | Ethel Harvey, DC | S13.4XXA, S23.3XXA, S33.5XXA | | | | |
| | 06/27/2024 | 97012 | $38.00 | $0.00 | $0.00 | $0.00 |
| | 06/27/2024 | 97026 | $42.00 | $0.00 | $0.00 | $0.00 |
| | 06/27/2024 | G0283 | $38.00 | $0.00 | $0.00 | $0.00 |
| 6/27/2024 09:30AM | Ethel Harvey, DC | S13.4XXA, S23.3XXA, S33.5XXA | | | | |
| | 06/27/2024 | 97012 | $38.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 06/27/2024 | 97026 | $42.00 | $0.00 | $0.00 | $0.00 |
| | 06/27/2024 | G0283 | $38.00 | $0.00 | $0.00 | $0.00 |
| 7/02/2024 10:00AM | Ethel Harvey, DC | S13.4XXA, S23.3XXA, S33.5XXA | | | | |
| | 07/02/2024 | 97012 | $38.00 | $0.00 | $0.00 | $0.00 |
| | 07/02/2024 | 97026 | $42.00 | $0.00 | $0.00 | $0.00 |
| | 07/02/2024 | G0283 | $38.00 | $0.00 | $0.00 | $0.00 |
| 7/08/2024 09:30AM | Daniel Piccillo, D.C. | S13.4XXA, S23.3XXA, S33.5XXA | | | | |
| | 07/08/2024 | 97012 | $38.00 | $0.00 | $0.00 | $0.00 |
| | 07/08/2024 | G0283 | $38.00 | $0.00 | $0.00 | $0.00 |
| 7/11/2024 10:00AM | Ethel Harvey, DC | S13.4XXA, S23.3XXA, S33.5XXA | | | | |
| | 07/11/2024 | 97012 | $38.00 | $0.00 | $0.00 | $0.00 |
| 7/15/2024 10:30AM | Ethel Harvey, DC | S13.4XXA, S23.3XXA, S33.5XXA | | | | |
| | 07/15/2024 | 97012 | $38.00 | $0.00 | $0.00 | $0.00 |
| 7/18/2024 10:00AM | Ethel Harvey, DC | S13.4XXA, S23.3XXA, S33.5XXA | | | | |
| | 07/18/2024 | 97012 | $38.00 | $0.00 | $0.00 | $0.00 |
| | 07/18/2024 | 97039 | $70.00 | $0.00 | $0.00 | $0.00 |
| 7/22/2024 10:00AM | Ethel Harvey, DC | S13.4XXA, S23.3XXA, S33.5XXA | | | | |
| | 07/22/2024 | 97012 | $38.00 | $0.00 | $0.00 | $0.00 |
| | 07/22/2024 | 97039 | $70.00 | $0.00 | $0.00 | $0.00 |
| 7/25/2024 12:30PM | Ethel Harvey, DC | S13.4XXA, S23.3XXA, S33.5XXA | | | | |
| | 07/25/2024 | 97012 | $38.00 | $0.00 | $0.00 | $0.00 |
| | 07/25/2024 | 97039 | $70.00 | $0.00 | $0.00 | $0.00 |
| 7/29/2024 10:00AM | Ethel Harvey, DC | S13.4XXA, S23.3XXA, S33.5XXA | | | | |
| | 07/29/2024 | 97012 | $38.00 | $0.00 | $0.00 | $0.00 |
| | 07/29/2024 | 97039 | $70.00 | $0.00 | $0.00 | $0.00 |
| 8/01/2024 10:00AM | Ethel Harvey, DC | S13.4XXA, S23.3XXA, S33.5XXA | | | | |
| | 08/01/2024 | 97012 | $38.00 | $0.00 | $0.00 | $0.00 |
| | 08/01/2024 | 97039 | $70.00 | $0.00 | $0.00 | $0.00 |
| 8/05/2024 10:00AM | Daniel Piccillo, D.C. | S13.4XXA, S23.3XXA, S33.5XXA | | | | |
| | 08/06/2024 | 97012 | $38.00 | $0.00 | $0.00 | $0.00 |
| | 08/06/2024 | 97039 | $70.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 8/12/2024 10:00AM | Ethel Harvey, DC | S13.4XXA, S23.3XXA, S33.5XXA | | | | |
| | 08/12/2024 | 97012 | $38.00 | $0.00 | $0.00 | $0.00 |
| | 08/12/2024 | 97039 | $70.00 | $0.00 | $0.00 | $0.00 |
| 8/15/2024 10:00AM | Daniel Piccillo, D.C. | S13.4XXA, S23.3XXA, S33.5XXA | | | | |
| | 08/20/2024 | 97012 | $38.00 | $0.00 | $0.00 | $0.00 |
| | 08/20/2024 | 97039 | $70.00 | $0.00 | $0.00 | $0.00 |

Batch Status Change | Export to File | Custom Export | Display | Schedule

PAGE 1

| Patient | Date of Service | Office | Provider | Billed | Adjmt | Ins 1 Paid | Pt Paid | Ins Bal | Claim Bal | Ins 1 | Ins 1 Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Totals: | **$3,853.00** | **$0.00** | **$0.00** | **$0.00** | **$3,853.00** | **$3,853.00** | | |
| Dajuan Speaks | 8/15/2024 10:00AM | Primary Office | Daniel Piccillo, D.C. | $108.00 | $0.00 | $0.00 | $0.00 | $108.00 | $108.00 | UNKNOWN (HOLD BILLING) | Internal Review |
| Dajuan Speaks | 8/12/2024 10:00AM | Primary Office | Ethel Harvey, DC | $108.00 | $0.00 | $0.00 | $0.00 | $108.00 | $108.00 | UNKNOWN (HOLD BILLING) | Internal Review |
| Dajuan Speaks | 8/05/2024 10:00AM | Primary Office | Daniel Piccillo, D.C. | $108.00 | $0.00 | $0.00 | $0.00 | $108.00 | $108.00 | UNKNOWN (HOLD BILLING) | Internal Review |
| Dajuan Speaks | 8/01/2024 10:00AM | Primary Office | Ethel Harvey, DC | $108.00 | $0.00 | $0.00 | $0.00 | $108.00 | $108.00 | UNKNOWN (HOLD BILLING) | Internal Review |
| Dajuan Speaks | 7/29/2024 10:00AM | Primary Office | Ethel Harvey, DC | $108.00 | $0.00 | $0.00 | $0.00 | $108.00 | $108.00 | UNKNOWN (HOLD BILLING) | Internal Review |
| Dajuan Speaks | 7/25/2024 12:30PM | Primary Office | Ethel Harvey, DC | $108.00 | $0.00 | $0.00 | $0.00 | $108.00 | $108.00 | UNKNOWN (HOLD BILLING) | Internal Review |
| Dajuan Speaks | 7/22/2024 10:00AM | Primary Office | Ethel Harvey, DC | $108.00 | $0.00 | $0.00 | $0.00 | $108.00 | $108.00 | UNKNOWN (HOLD BILLING) | Internal Review |
| Dajuan Speaks | 7/18/2024 10:00AM | Primary Office | Ethel Harvey, DC | $108.00 | $0.00 | $0.00 | $0.00 | $108.00 | $108.00 | UNKNOWN (HOLD BILLING) | Internal Review |
| Dajuan Speaks | 7/15/2024 10:30AM | Primary Office | Ethel Harvey, DC | $38.00 | $0.00 | $0.00 | $0.00 | $38.00 | $38.00 | UNKNOWN (HOLD BILLING) | Internal Review |
| Dajuan Speaks | 7/11/2024 10:00AM | Primary Office | Ethel Harvey, DC | $38.00 | $0.00 | $0.00 | $0.00 | $38.00 | $38.00 | UNKNOWN (HOLD BILLING) | Internal Review |
| Dajuan Speaks | 7/08/2024 09:30AM | Primary Office | Daniel Piccillo, D.C. | $76.00 | $0.00 | $0.00 | $0.00 | $76.00 | $76.00 | UNKNOWN (HOLD BILLING) | Internal Review |
| Dajuan Speaks | 7/02/2024 10:00AM | Primary Office | Ethel Harvey, DC | $118.00 | $0.00 | $0.00 | $0.00 | $118.00 | $118.00 | UNKNOWN (HOLD BILLING) | Internal Review |
| Dajuan Speaks | 6/27/2024 09:30AM | Primary Office | Ethel Harvey, DC | $118.00 | $0.00 | $0.00 | $0.00 | $118.00 | $118.00 | UNKNOWN (HOLD BILLING) | Internal Review |
| Dajuan Speaks | 6/25/2024 10:00AM | Primary Office | Ethel Harvey, DC | $118.00 | $0.00 | $0.00 | $0.00 | $118.00 | $118.00 | UNKNOWN (HOLD BILLING) | Internal Review |
| Dajuan Speaks | 6/20/2024 10:00AM | Primary Office | Ethel Harvey, DC | $118.00 | $0.00 | $0.00 | $0.00 | $118.00 | $118.00 | UNKNOWN (HOLD BILLING) | Internal Review |
| Dajuan Speaks | 6/18/2024 10:00AM | Primary Office | Ethel Harvey, DC | $188.00 | $0.00 | $0.00 | $0.00 | $188.00 | $188.00 | UNKNOWN (HOLD BILLING) | Internal Review |
| Dajuan Speaks | 6/13/2024 10:00AM | Primary Office | Daniel Piccillo, D.C. | $188.00 | $0.00 | $0.00 | $0.00 | $188.00 | $188.00 | UNKNOWN (HOLD BILLING) | Internal Review |
| Dajuan Speaks | 6/11/2024 10:00AM | Primary Office | Daniel Piccillo, D.C. | $118.00 | $0.00 | $0.00 | $0.00 | $118.00 | $118.00 | UNKNOWN (HOLD BILLING) | Internal Review |
| Dajuan Speaks | 6/08/2024 10:00AM | Primary Office | Daniel Piccillo, D.C. | $118.00 | $0.00 | $0.00 | $0.00 | $118.00 | $118.00 | UNKNOWN (HOLD BILLING) | Internal Review |
| Dajuan Speaks | 6/03/2024 10:00AM | Primary Office | Ethel Harvey, DC | $118.00 | $0.00 | $0.00 | $0.00 | $118.00 | $118.00 | UNKNOWN (HOLD BILLING) | Internal Review |
| Dajuan Speaks | 5/31/2024 10:00AM | Primary Office | Daniel Piccillo, D.C. | $118.00 | $0.00 | $0.00 | $0.00 | $118.00 | $118.00 | UNKNOWN (HOLD BILLING) | Internal Review |
| Dajuan Speaks | 5/28/2024 10:00AM | Primary Office | Ethel Harvey, DC | $118.00 | $0.00 | $0.00 | $0.00 | $118.00 | $118.00 | UNKNOWN (HOLD BILLING) | Internal Review |
| Dajuan Speaks | 5/23/2024 11:00AM | Primary Office | Ethel Harvey, DC | $188.00 | $0.00 | $0.00 | $0.00 | $188.00 | $188.00 | UNKNOWN (HOLD BILLING) | Internal Review |
| Dajuan Speaks | 5/20/2024 10:00AM | Primary Office | Ethel Harvey, DC | $188.00 | $0.00 | $0.00 | $0.00 | $188.00 | $188.00 | UNKNOWN (HOLD BILLING) | Internal Review |
| Dajuan Speaks | 5/16/2024 10:30AM | Primary Office | Ethel Harvey, DC | $266.00 | $0.00 | $0.00 | $0.00 | $266.00 | $266.00 | UNKNOWN (HOLD BILLING) | Internal Review |
| Dajuan Speaks | 5/13/2024 09:00AM | Primary Office | Ethel Harvey, DC | $266.00 | $0.00 | $0.00 | $0.00 | $266.00 | $266.00 | UNKNOWN (HOLD BILLING) | Internal Review |
| Dajuan Speaks | 5/09/2024 10:00AM | Primary Office | Ethel Harvey, DC | $491.00 | $0.00 | $0.00 | $0.00 | $491.00 | $491.00 | UNKNOWN (HOLD BILLING) | Internal Review |
| | | | Totals: | **$3,853.00** | **$0.00** | **$0.00** | **$0.00** | **$3,853.00** | **$3,853.00** | | |

# OPEN MRI OF BALA CYNWYD
HIGH FIELD

Open MRI of Bala Cynwyd
301 City Avenue, Suite G1
Bala Cynwyd, PA 19004
*Phone: 610-668-3505*
*Fax: 610-668-3509*

**Patient Name:** SPEAKS, DAJUAN
**Patient ID:** RAM95398
**Patient DOB:** [redacted]
**Referring Physician:** HARVEY, ETHEL DC
**Date of Exam:** 05-Aug-2024 02:15:00 PM
**Type of Exam:** MRI CERVICAL SPINE

---

MRI CERVICAL SPINE:

HISTORY: Persistent neck and shoulder pain.

TECHNIQUE: Sagittal, axial and coronal imaging was obtained. Sequences included T1 as well as T2 weighted imaging. This scan was performed on a Toshiba Titan 1.5 tesla 16 channel unit.

FINDINGS: Vertebral body signal and vertebral body height are preserved. The lower brain stem, foramen magnum, cervical spinal cord and upper thoracic spinal canal are clear. There is modest desiccation to some degree at the cervical segment but disc height is preserved throughout and the posterior and posterolateral disc margins are unremarkable.

IMPRESSION: Essentially negative examination.

Joel D. Swartz, M.D.

Electronically Signed by CHESNICK, RICHARD at 05-Aug-2024 09:46:09 PM

OPEN MRI OF BALA CYNWYD
HIGH FIELD

Open MRI of Bala Cynwyd
301 City Avenue, Suite G1
Bala Cynwyd, PA 19004
*Phone: 610-668-3505*
*Fax: 610-668-3509*

| | |
|---|---|
| **Patient Name:** | SPEAKS, DAJUAN |
| **Patient ID:** | RAM95398 |
| **Patient DOB:** | [redacted] |
| **Referring Physician:** | HARVEY, ETHEL DC |
| **Date of Exam:** | 05-Aug-2024 02:19:47 PM |
| **Type of Exam:** | MRI LUMBAR SPINE |

---

MRI LUMBAR SPINE:

HISTORY: Persistent low back pain.

TECHNIQUE: Sagittal, axial and coronal imaging was obtained. Sequences included T1 as well as T2 weighted imaging. This scan was performed on a Toshiba Titan 1.5 tesla 16 channel unit.

FINDINGS: Vertebral body signal and vertebral body height are preserved. Disc signal and disc height are preserved. There is no evidence of herniated nucleus pulposus or foraminal stenosis and there is no evidence of intraspinal or paraspinous mass. The lower thoracic spinal canal and conus medullaris are clear.

IMPRESSION: Negative examination.

Joel D. Swartz, M.D.

Electronically Signed by CHESNICK, RICHARD at 05-Aug-2024 09:42:53 PM

**Philadelphia Spine Associates**

5245 Germantown Ave.
Suite A
Philadelphia, PA 19144
P : 267-297-6829
F : 267-297-6868

June 13th, 2024

**Simon & Simon, PC**
18 Campus Blvd
Suite 100
Newtown Square, PA 19073
*Via Fax: (267) 639-9006*

Patient: Dajuan Speaks
DOI: 04/26/2024

To Whom It May Concern,

Please be advised that Philadelphia Spine Associates, does not participate with any medical/health insurance plans (e.g., all/any employer sponsored private medical plans, PPO plans, POS plans, Health Partners, Aetna, Independence BlueCross, United Healthcare, Keystone Health Plan East, Keystone First, HMO, Medicare, Medicaid, Department of Public Welfare, etc), for any treatment rendered.

While it is the policy of our office to not submit claims for services rendered to any medical/health insurance plans, I will submit, for denial purposes only, on your client's behalf with a written request from your office.

**We are unable to submit any claims to Medicare. Providers are required to submit claims electronically and our office cannot send claims electronically at this time. Also, our providers are not credentialed with the Medicare program.

**Please be advised that many of the Pennsylvania State Medicaid programs have not been supplying us with any follow up notice that claims are denied since we are not part of the Medicaid program.

Sincerely,

*Donna Ott*

Donna Ott
Billing Manager
Philadelphia Spine Associates

# Philadelphia Spine Associates

Patient Name: Dajuan Sparks Date 5-9-24

Diagnosis Code (s): ______________________________

**MEDICAL EQUIPMENT & SUPPLIES:** **KEY: CUST=Custom Heat Molded/Fitted, OTS=Off the Shelf Fitted**

**MODALITIES:**

[ ] (E0221) Infrared Heating Pad System (NU)

[ ] (E0217) Water Circulating Heat Pump (NU)
[ ] (E0249) Heating Pad (NU)

[ ] (E0730) TENS Unit, 4 lead, w/ supplies

[ ] (E0745) EMS Unit, 4 lead, w/ supplies
*Model #: EMS-7500 (NU)

[ ] TENS/EMS MONTHLY SUPPLIES ONLY: ____ months
*(A4595) Electric Stim Supplies x2
*(A4557) Lead Wires x2
*(A4630) Replacement Battery x2

PILLOW, CUSHIONS, WEDGES:
[ ] (E0190) Positioning cushion, pillow/wedge/roll (NU)
[ ] (E0199) Egg Create pressure pad (NU)
[ ] (E0191) Elbow or heel protector pad (NU)
[ ] (L0120) Cervical Collar: Foam (NU)
[ ] (L0140) Cervical Collar: Hard (NU)
[ ] (E-0190) Lumbar Cushion Pillow (NU)

EXERCISE EQUIPMENT:
[ ] (A9300):______________________

CANE, CRUTCHES, WALKERS:
[ ] (E0100) Cane, Single Point (NU)
[ ] (E0105) Cane, Multi Point (NU)
[ ] (E0110) Crutches, Foreman (NU)

**SPINAL BRACES:**

[ ] (L0627) Low Profile back brace-CUST
[✓] (L0642) Low Profile back brace-OTS
[ ] (L0631) Spinal Decompression Brace
[ ] (L0631) Lumbo-Sacral (LSO), Flexible w/semi rigid panels-CUST
[ ] (L0648) Lumbo-Sacral (LSO), Flexible w/semi rigid panels-OTS
[ ] (L0450) TLSO, Flexible
[ ] (L0454) TLSO, Flexible w/custom molded insert
[ ] (L0456) TLSO, Flexible w/semi rigid posterior panels

[ ] (L0637) LSO, Hard shell Ant/Post Frame/Panel

LOWER EXTREMITY BRACES:
[ ] (L1810) Knee (KO), Elastic w/ Joints
[ ] (L1820) Knee (KO), Elastic w/ Open Knee Cup
[ ] (L1832) Knee (KO), Adjustable Joints, Rigid Support
[ ] (L1830) Knee Immobilizer
[ ] (L4350) Ankle, Air cast (control splint)
[ ] (L1971) Ankle/Foot arthosis
[ ] (L1902) Ankle (AFO), Elastic Type
[ ] (L1906) Ankle (AFO), w/Joints/Strays

[ ] Other: ______________________

UPPER EXTREMITY BRACES:
[ ] (L3607) Shoulder (elastic type, pneumatic)
[ ] (L3650) Shoulder Orthosis, Elastic
[ ] (L3762) Elbow (EO), Elastic Type
[ ] (L3710) Elbow (EO), w/Joints/Strays
[ ] (L3908) Wrists, Cock-up Splint

TRACTION:
[ ] (E0855) Posture Pump
[ ] (E0855) DDS MAX cervical decompression
[ ] (E0941) Elliptical Back Rocker

**Physician Statement of Medical Necessity**

I have prescribed the above durable medical equipment for the treatment of the referenced patient. It is both reasonable and medically necessary to effectuate maximum and expedient recovery. The equipment can help to reduce pain, reduce muscle spasm, reduce reliance and addiction to narcotics [when appropriate], reduce swelling/edema and increase range of motion.

**Patient Statement:** I certify that the information above is correct and I also confirm that I received delivery of medical equipment listed above. I assign the benefits payable for covered services rendered by Spinal Care and authorize them to submit claims to your insurance carriers for payment. I authorize payment of my insurance benefits directly to Spinal Care. This treatment is medically necessary to treat the specific medical condition described above. This treatment is not in any way for general health; and is not for cosmetic purpose to improve appearance. It will assist the individual to achieve or maintain maximum functional capacity in performing daily activities.

Signature of Attending Physician
Ethel Harvey, DC, Daniel Piccillo, DC

Patient Signature