# Exhibit 4

Perkins Coie

Perkins Coie LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
perkinscoie.com

September 18, 2025

David B. Massey
DMassey@perkinscoie.com
D. +1.212.261.6827
F. +1.212.399.8085

Philadelphia Spine Associates, LLC
5245 Germantown Ave, Suite A
Philadelphia, PA 19144

**Re: *Uber Technologies, Inc. v. Simon & Simon, P.C., et al.*,**
**E.D. Pa. Case No. 2:25-cv-05365**

**Document Preservation Demand**

Dear Philadelphia Spine Associates, LLC:

This firm, together with Rohn Kurland, P.C., represents Uber Technologies, Inc. ("Uber") in the above-captioned matter.

Uber has filed a lawsuit against various parties, including Philadelphia Spine Associates, LLC ("Philadelphia Spine"), in the United States District Court for the Eastern District of Pennsylvania regarding their involvement in a fraudulent scheme described in the Complaint in this matter (the "Dispute").

Philadelphia Spine and anyone else involved in this Dispute must keep safe, and not alter, delete, or destroy all information that might be relevant or requested in the Dispute. This includes communications, documents, records, physical items, and electronic information.

Uber Demands that Philadelphia Spine keep, and not change, delete, or destroy any information or evidence Philadelphia Spine has that could be related to the Dispute, no matter how old it is. This includes, but is not limited to, the following types of information or evidence:

1. Any and all computers, phones, electronic devices, and accounts that contain information relevant to the Dispute, and the underlying data on those devices and accounts. This includes, for example, any texts, emails, messages, notes, or other communications contained on such a device.

2. Any communications or documents with Simon & Simon, PC, or any current or past employees of Simon & Simon, PC.

3. Any communication or documents with or about any of Philadelphia Spine's patients referred, recommended, or suggested to Philadelphia

Spine by Simon & Simon, PC, including, but not limited to, communications or documents related to such recommendation, scheduling, treatment, billing, negotiations, or payments.

4. Philadelphia Spine's financial records, billing records, payment records, bank statements, tax records, and general ledger information.

5. Any documents or messages about payments Philadelphia Spine received from Simon & Simon, PC, litigation funders, insurers, or others for treating patients referred, recommended, or suggested by Simon & Simon, PC

6. Any communications or documents related to negotiations for payment.

7. Communications, documents, or case files about any clients, litigation funders, or medical providers in cases where any of these provided services treatment: Premier Pain & Rehab Center, PC, Open MRI, PennDel Rehabilitation LLC, Excel Physical Medicine & Rehabilitation, Cypress Orthopedic Pain Management and Rehabilitation Centers, Regen Doctors, Philadelphia Pain Center, West Philadelphia Pain Management, Greater Philadelphia Pain Management Center, Passyunk Chiropractic Rehabilitation, Rothman Orthopaedics Institute, Spinal Care LLC, Southwark Physical Therapy, and Regional Orthopedic Associates PC / Tall Oaks Pain Management.

8. Communications with Premier Pain & Rehab Center, PC, Philadelphia Spine Associates, LLC, Open MRI, PennDel Rehabilitation LLC, Excel Physical Medicine & Rehabilitation, Cypress Orthopedic Pain Management, Regen Doctors, Philadelphia Pain Center, West Philadelphia Pain Management, Greater Philadelphia Pain Management Center, Passyunk Chiropractic Rehabilitation, Rothman Orthopaedics Institute, Spinal Care LLC, Southwark Physical Therapy, and Regional Orthopedic Associates PC / Tall Oaks Pain Management or any of their partners, owners, officers, or agents, including but not limited to Clifton Burt, Blessen Abraham, Eric Rosin, Ethel Harvey, Daniel Piccillo, Joel Swartz, or Lance Yarus.

9. Communications with or about all defendants named in the Dispute.

10. All medical and treatment records.

11. Communications with any attorney or law firm regarding auto-accident insurance cases.

12. Communications with Dajuan Speaks, Yasmen Bailey, Ronae Hughes-Crawley, Dreana Johnson, Ericka Adams, Heavin Atkins, Rafeal Gomez, Michelle Cruz, Kayonna Gambrell-Holmone, Latoya McDonald-Colon, Zhane Stones, Tanisha Walker, Melvin Wilkerson, Zakiyyah Greenwood, Rasheed Larke, Bahijah Johnson, Jonathan Jefferson, Jasmyn Coriano, Jajaira Melendez, James Drayton, Denita Woodson, Geraldine Fulton, Dajuan Samuel, Rashondah Coleman, Enrique Santiago, Deneice Harvey, Jeffrey Robinson, Noel Serrano, Raquel Sullivan, and/or Heaven Simmons.

13. Any documents, communications, or records related to or about Uber.

14. Any and all employment records and personnel files.

Important Reminders:

- Philadelphia Spine must keep all the information that could be important to this case, even if Uber does not know about it yet. This includes information that Philadelphia Spine thinks might be private or privileged, and information included on personal or private devices.

- Do not delete, destroy, change, or move any records, documents, or information, even by accident or as part of a normal clean-up or document management schedule.

- This includes all types of documents: paper, emails, texts, instant messages, photos, videos, social media posts and messages, voicemails, files, receipts, bank or credit card statements, and anything stored on computers, hard drives, thumb drives, or in the cloud. It also includes any other typewritten or handwritten documents, such as notes, and any other document of any kind.

- Keep everything, even if it's old, damaged, or incomplete. Philadelphia Spine must also keep all the background data (metadata) for electronic documents or information.

- Share this notice with everyone else who might have these documents. This includes any Philadelphia Spine lawyers.

Please confirm Philadelphia Spine's receipt of this notice, and that Philadelphia Spine agrees to comply with these instructions, no later than October 2nd, 2025. Thank you for your prompt attention to this matter.

Sincerely,

/s/ *David B. Massey*
David W.T. Daniels
David B. Massey
William Wilder
Sydney Veatch