# Exhibit 5

**Veatch, Sydney (WDC)**

**From:** Andrew Baratta <andrew@Barattalawfirm.com>
**Sent:** Thursday, January 15, 2026 12:21 PM
**To:** Rhynhart, Dan; Amy Kurland; Massey, David (NYC); Veatch, Sydney (WDC); Wilder, William (NYC); Daniels, David (WDC); Wadden, Michael (WDC); Stoolman, Michael A.; Ward, Rebecca; Smith, Jim; Spizer, Nina C.; Higson, John J.; Spitzer, Maegan; Stephanie N. Deviney; Trentalange, Silvio A.
**Subject:** Uber v. Simon et al

Counsel - In accordance with the Court's Order (*see* ECF No. 70, Para. 2), I write to confirm that Defendants Philadelphia Spine Associates, Dr. Dan Piccillo, and Dr. Ethel Harvey, were instructed by counsel to preserve all materials related to this dispute on or about October 1, 2025, and were provided a formal Litigation Hold memo on January 14, 2026.

Andrew P. Baratta
Practice Areas: *Catastrophic Injury & Wrongful Death; Bad Faith Insurer Schemes Against Doctors*
**BARATTA LAW, LLC**
3500 Reading Way
Huntingdon Valley, Pa. 19006
215-914-8132
215-914-2118 (fax)
www.BarattaLawFirm.com

This message is from the law firm of Baratta Law LLC. The information and all attachments in this electronic communication is legally privileged and confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any review, use, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail and please permanently remove any copies of this message from your system. Do not retain any copies, whether in electronic or physical form or otherwise. Delivery of this message and any attachments to any person other than the intended recipient(s) is not intended in any way to waive confidentiality or a privilege. Thank you.