# Exhibit 6

Stericycle® We protect what matters. | Shred-it® A Stericycle® Solution

TAX ID: 36-3640402



| | |
|---|---|
| Customer No. (Payer) | 1000534191 |
| Invoice No. | 8012069156 |
| Invoice Date | 09-19-2025 |
| **Due Date** | **10-19-2025** |

| | |
|---|---|
| **Total Invoice Charges** | **$157.08** |
| Payment Terms | Net due in 30 days |

Stericycle has updated its Schedule of Ancillary Charges. For more information, please click the ‘Fees’ link on www.stericycle.com

PHILADELPHIA SPINE ASSOCIATES
5245 GERMANTOWN AVE
PHILADELPHIA, PA 19144-2328
USA

For Billing, Scheduling or Customer service: 1-866-783-7422 Hours of Operation:(Mon-Fri) 7 AM to 7 PM or visit MyStericycle.com

| Service Date | Customer PO | Proof of Service | Service Description | Qty | Unit of Measure | Unit Price | Surcharges/ Discounts | Subtotal Price |
|---|---|---|---|---|---|---|---|---|
| Invoice Charges | | | | | | | | |
| **Site#: 1000534191 PHILADELPHIA SPINE ASSOCIATES 5245 GERMANTOWN AVE PHILADELPHIA PA 19144-2328** | | | | | | | | |
| 09-11-2025 | | 8178530222 | REGULAR SERVICE \| OFF-SITE (PAPER) | | | | | |
| | | | CONSOLE (STANDARD) | 1 | EA | | | $120.00 |
| | | | *Environmental Surcharge* | | | | $4.80 | |
| | | | *Fuel Surcharge* | | | | $15.60 | |
| | | | *Recycling Recovery Surcharge* | | | | $16.68 | |

---

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT

| CUSTOMER NO | INVOICE DATE | INVOICE NO. | TOTAL INVOICE CHARGE |
|---|---|---|---|
| 1000534191 | 09-19-2025 | 8012069156 | $157.08 |
| **CHECK NO.** | | **AMOUNT ENCLOSED** | |
| - | | $ | |

Be sure to write your customer number on your check.

Please log onto MyStericycle.com to make an electronic payment.

=============ADDRESSEE============

PHILADELPHIA SPINE ASSOCIATES
5245 GERMANTOWN AVE
PHILADELPHIA, PA 19144-2328
USA

=============REMIT TO=============

Stericycle, Inc.
28883 Network Place
Chicago, IL 60673-1288

028883 1000534191 0000008012069156 0000015708 5

| Service Date | Customer PO | Proof of Service | Service Description | Qty | Unit of Measure | Unit Price | Surcharges/ Discounts | Subtotal Price |
|---|---|---|---|---|---|---|---|---|

Invoice Charges

| | |
|---|---|
| **Sub Total** | **$120.00** |
| **Surcharges/ Discounts** | **$37.08** |
| **Tax Total** | **$0.00** |
| **Site Total** | **$157.08** |
| **Total Invoice Charges** | **$157.08** |