# Exhibit 7

## Veatch, Sydney (WDC)

**From:** Andrew Baratta <andrew@Barattalawfirm.com>
**Sent:** Wednesday, August 19, 2026 9:32 AM
**To:** Veatch, Sydney (WDC)
**Cc:** Massey, David (NYC); Daniels, David (WDC); Wilder, William (NYC); AKurland@rohnkurland.com; Taber, Jacob (NYC); Victoria Freedman; Diana Wojtylak; Wadden, Michael (WDC)
**Subject:** RE: Uber Technologies, Inc. et al v. Simon & Simon et al.: Plaintiffs' Responses and Objections to Chiropractor Defendants' Discovery Requests
**Attachments:** Shred-It Invoice.pdf

Sydney – Yes, that is the correct address. The Shred-It invoice is attached. I have not bates stamped it.

Thanks,

Andrew P. Baratta
Practice Areas: *Catastrophic Injury & Wrongful Death; Bad Faith Insurer Schemes Against Doctors*
**BARATTA LAW, LLC**
3500 Reading Way
Huntingdon Valley, Pa. 19006
215-914-8132
215-914-2118 (fax)
www.BarattaLawFirm.com

This message is from the law firm of Baratta Law LLC. The information and all attachments in this electronic communication is legally privileged and confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any review, use, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail and please permanently remove any copies of this message from your system. Do not retain any copies, whether in electronic or physical form or otherwise. Delivery of this message and any attachments to any person other than the intended recipient(s) is not intended in any way to waive confidentiality or a privilege. Thank you.

---

**From:** Veatch, Sydney <sydney.veatch@ashurstperkins.com>
**Sent:** Tuesday, August 18, 2026 2:51 PM
**To:** Andrew Baratta <andrew@Barattalawfirm.com>
**Cc:** Massey, David <david.massey@ashurstperkins.com>; Daniels, David <david.daniels@ashurstperkins.com>; Wilder, Will <will.wilder@ashurstperkins.com>; AKurland@rohnkurland.com; Taber, Jacob <jacob.taber@ashurstperkins.com>; Victoria Freedman <Victoria@Barattalawfirm.com>; Diana Wojtylak <Diana@Barattalawfirm.com>; Wadden, Michael <michael.wadden@ashurstperkins.com>
**Subject:** RE: Uber Technologies, Inc. et al v. Simon & Simon et al.: Plaintiffs' Responses and Objections to Chiropractor Defendants' Discovery Requests

Andy,

Thanks for the information. We are checking on the 8th and will circle back shortly. To confirm, is the address 5245 Germantown Ave, Philadelphia, PA 19144?

Thanks for the information on the Shred-it invoice. Would you mind sending over that invoice and any other Shred-it invoices?

Regarding the email attachments and the Dr. Chrono templates, we will review what you provided and get back to you.

Best
Sydney

**Sydney Veatch**
Associate

D: +1 202 654 1702

**Ashurst Perkins Coie**
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

**From:** Andrew Baratta <andrew@Barattalawfirm.com>
**Sent:** Friday, August 14, 2026 3:27 PM
**To:** Wadden, Michael (WDC) <mwadden@perkinscoie.com>
**Cc:** Massey, David (NYC) <dmassey@perkinscoie.com>; Daniels, David (WDC) <ddaniels@perkinscoie.com>; Wilder, William (NYC) <wwilder@perkinscoie.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>; AKurland@rohnkurland.com; Taber, Jacob (NYC) <jtaber@perkinscoie.com>; Victoria Freedman <Victoria@Barattalawfirm.com>; Diana Wojtylak <Diana@Barattalawfirm.com>
**Subject:** RE: Uber Technologies, Inc. et al v. Simon & Simon et al.: Plaintiffs' Responses and Objections to Chiropractor Defendants' Discovery Requests

Mike – Regarding the inspection, I presume you know that your lawsuit has put Philadelphia Spine Associates out of business. You can come inspect the new office however on September 8 at 3:30 p.m.

The index of the email attachments is literally the document you provided on July 31 listing the bates stamped emails with attachments (that's the only way we were able to locate them). The attachments were produced in the order of your own index.

According to Dr. Chrono, the term "template" refers to a customizable clinical form used to help providers document patient visits. The template acts as a starting structure for documentation rather than a fixed document that stays the same for every patient. If you wish to view the starting structure it is my understanding you'll need to buy a license to the Dr. Chrono program.

The last shredding invoice is dated September 19, 2025 from Shred-it. My understanding is there was no regularly scheduled shredding and it was dependent upon volume of paper.

Lastly, on July 31st you promised amended responses to PSA's requests for admissions, which were originally promulgated to Uber and Fed Ex on May 20. Given that you have still not provided legitimate responses, amended or otherwise, despite multiple meet and confers and letters exchanged, I will be filing my motion to compel if amended responses are not provided by the close of business today.

Thanks,

Andrew P. Baratta
Practice Areas: *Catastrophic Injury & Wrongful Death; Bad Faith Insurer Schemes Against Doctors*
**BARATTA LAW, LLC**
3500 Reading Way
Huntingdon Valley, Pa. 19006
215-914-8132
215-914-2118 (fax)
www.BarattaLawFirm.com

This message is from the law firm of Baratta Law LLC. The information and all attachments in this electronic communication is legally privileged and confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any review, use, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail and please permanently remove any copies of this message from your system. Do not retain any copies, whether in electronic or physical form or otherwise. Delivery of this message and any attachments to any person other than the intended recipient(s) is not intended in any way to waive confidentiality or a privilege. Thank you.

---

**From:** Wadden, Michael <michael.wadden@ashurstperkins.com>
**Sent:** Friday, August 14, 2026 12:52 PM
**To:** Andrew Baratta <andrew@Barattalawfirm.com>
**Cc:** Massey, David <david.massey@ashurstperkins.com>; Daniels, David <david.daniels@ashurstperkins.com>; Wilder, Will <will.wilder@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>; AKurland@rohnkurland.com; Taber, Jacob <jacob.taber@ashurstperkins.com>; Victoria Freedman <Victoria@Barattalawfirm.com>; Diana Wojtylak <Diana@Barattalawfirm.com>
**Subject:** RE: Uber Technologies, Inc. et al v. Simon & Simon et al.: Plaintiffs' Responses and Objections to Chiropractor Defendants' Discovery Requests

Andy, I'm writing to follow up on a few of the issues in the below email chain.

**Request for Inspection**: Please get back to us with proposed dates for the inspection by **next Tuesday**. We noticed the inspection over a month ago, and we're entitled to complete the inspection before we move forward with depositions.

**Emails and Attachments**: It appears that you have produced the attachments to parent emails, but you produced the attachments separate from their parent emails and provided us no way to ascertain with certainty with which email a given attachment is associated. We do not consider that production compliant with the Court's July 28 Order (ECF 180). Please either reproduce the parent emails with their attachments or provide us a crosswalk identifying the parent email each attachment is associated with.

**DrChrono records**: We received certain CSV files with your last production, which we believe to be appointment reports. However, we do not believe we have yet received the requested communications logs or templates. Please clarify which of the requested DrChrono materials you have produced (or plan to produce) and which you will not produce.

**Sign-in Sheet Shredding**: We again ask you to confirm the exact date on which sign in sheets were last shredded and who shredded them. We also ask that you clarify how regularly sign-in sheets were shredded in the standard course of PSA's business, and who was typically responsible for doing so. The shredding of the sign-in sheets implicates concerns regarding the destruction of evidence, and we're entitled to clarification regarding what occurred.

Thanks,
Mike

**Michael Wadden**
Associate

D: +1 202 434 1683

**Ashurst Perkins Coie**
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

**From:** Andrew Baratta <andrew@Barattalawfirm.com>
**Sent:** Friday, July 31, 2026 2:53 PM
**To:** Wadden, Michael (WDC) <mwadden@perkinscoie.com>
**Cc:** Massey, David (NYC) <dmassey@perkinscoie.com>; Daniels, David (WDC) <ddaniels@perkinscoie.com>; Wilder, William (NYC) <wwilder@perkinscoie.com>; Veatch, Sydney (WDC) <sveatch@perkinscoie.com>; AKurland@rohnkurland.com; Taber, Jacob (NYC) <jtaber@perkinscoie.com>; Victoria Freedman <Victoria@Barattalawfirm.com>; Diana Wojtylak <Diana@Barattalawfirm.com>
**Subject:** RE: Uber Technologies, Inc. et al v. Simon & Simon et al.: Plaintiffs' Responses and Objections to Chiropractor Defendants' Discovery Requests

Mike - We are reviewing these documents and will try to get you a response early next week.

Thanks,
Andy

Andrew P. Baratta
Practice Areas: *Catastrophic Injury & Wrongful Death; Bad Faith Insurer Schemes Against Doctors*
**BARATTA LAW, LLC**
3500 Reading Way
Huntingdon Valley, Pa. 19006
215-914-8132
215-914-2118 (fax)
www.BarattaLawFirm.com

This message is from the law firm of Baratta Law LLC. The information and all attachments in this electronic communication is legally privileged and confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any review, use, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by return e-mail and please permanently remove any copies of this message from your system. Do not retain any copies, whether in electronic or physical form or otherwise. Delivery of this message and any attachments to any person other than the intended recipient(s) is not intended in any way to waive confidentiality or a privilege. Thank you.

---

**From:** Wadden, Michael <michael.wadden@ashurstperkins.com>
**Sent:** Friday, July 31, 2026 12:02 PM
**To:** Andrew Baratta <andrew@Barattalawfirm.com>
**Cc:** Massey, David <david.massey@ashurstperkins.com>; Daniels, David <david.daniels@ashurstperkins.com>; Wilder, Will <will.wilder@ashurstperkins.com>; Veatch, Sydney <sydney.veatch@ashurstperkins.com>; AKurland@rohnkurland.com; Taber, Jacob <jacob.taber@ashurstperkins.com>; Victoria Freedman <Victoria@Barattalawfirm.com>; Diana Wojtylak <Diana@Barattalawfirm.com>
**Subject:** RE: Uber Technologies, Inc. et al v. Simon & Simon et al.: Plaintiffs' Responses and Objections to Chiropractor Defendants' Discovery Requests

Andy,

Thanks for your production yesterday. We are in the process of uploading and reviewing and will follow up if we have questions. I write to follow up on our call on Wednesday and the issues we discussed.

**Compliance with the Court's July 28 Order**: Based on our conversation, we understand that you are producing unredacted versions (except for priv redactions) of all documents that were previously produced with redactions. We also understand that you will produce/reproduce parent emails along with any attachments discussing the identified claimants.

However, we understand that you intend to withhold attachments that do not specifically mention one of the claimants in the pleadings or our declaration. That is not compliant with the Court's Order, which requires PSA to produce attachments to parent emails, without exclusion. Moreover, those attachments are plainly relevant, as they relate to shared PSA/Simon & Simon claimants and otherwise shed light on PSA's operations. There is no burden associated with producing them, since you are already collecting the parent emails, and there is no privacy-based justification for withholding them, given the Court's HIPAA Order. We therefore expect that your productions will include all attachments to responsive parent emails, and we will consider your productions noncompliant with the Court's Order if they do not. Additionally, as flagged in my email on Wednesday, we expect that emails will be produced without "[quoted text hidden]" entries, which we consider to be the equivalent of redactions, and that the collection and production will be conducted in a forensically sound manner, which we understand to be relatively simple using the "Google Takeout" tool.

Separately, though we believe it is incumbent on you to identify the documents that you are required to produce under the Court's Order, per your request, I am providing a list of the parent emails that we have identified as being produced without attachments, which is attached to this email.

**Request for Inspection**: You told us that August 10 at 3:00pm would not work for you for our inspection of PSA. Please get back to us promptly with some proposed dates in mid-August.

**DrChrono Records**: You have provided us with DrChrono clinical notes and audit logs, but DrChrono contains additional responsive records that you have not produced. We ask you to produce each of the following:

- <u>Appointment Reports for each claimant</u>: DrChrono stores "Appointment" records separate from clinical notes, and those records can be downloaded in "Appointment Reports." Please provide us with the "Appointment Report" for each claimant. A link to a DrChrono guide to downloading "Appointment Reports" is here: https://support.drchrono.com/home/appointment-report, and a screen capture is included below:



## Generate an Appointment Report

1. Select **Reports** > **Appointment Report**.
2. Select the desired filters to filter by appointment status, billing status, patient name, office, exam room, and date.
3. **(Optional)** Select the **Include future recurring appointments** checkbox to include future recurring appointments in the results.
4. Select **Update Filters**.
5. Select **Export to File** to export a CSV file.



The generated report appears in the **Message Center** when complete.

- <u>Communication Log Reports</u>: DrChrono also stores "Communication" records separate from clinical notes, and those records can be downloaded in "Communication Log Reports." Please provide us with the "Communication Log Reports" for each claimant. A link to a DrChrono guide to downloading "Communication Log Reports" is here: https://support.drchrono.com/home/360001335283-patient-reports, and a screen capture is included below:

1. Go to **Reports** > **Patient Report.**




- <u>Printouts of templates</u>: As noted, the audit logs you have provided disclose PSA's use of templates responsive to RFP 18. For example, Row 24 of PSA-008712 includes an entry: "Update Clinical Note: Clinical note set html template; note html template changed; from []; to [clinical/2022/11/note_45741_232890962_9a43c28d-514e-4e83-b926-dd5ad727afee.html]." Please provide copies of each of the templates used to prepare records for each of the claimants.

**Sign-in Sheet Shredding**: You told us that PSA's paper sign-in sheets were last shredded in September 2025. We ask you to confirm the exact date on which they were last shredded and who shredded them. We also ask that you clarify how regularly sign-in sheets were shredded in the standard course of PSA's business, and who was typically responsible for doing so.

Thanks,
Mike

**Michael Wadden | Perkins Coie**
+1.202.434.1683

---

**From:** Wadden, Michael (WDC) <MWadden@perkinscoie.com>
**Sent:** Tuesday, July 28, 2026 8:34 PM
**To:** Andrew Baratta <andrew@Barattalawfirm.com>
**Cc:** Massey, David (NYC) <DMassey@perkinscoie.com>; Daniels, David (WDC) <DDaniels@perkinscoie.com>; Wilder, William (NYC) <WWilder@perkinscoie.com>; Veatch, Sydney (WDC) <SVeatch@perkinscoie.com>; AKurland@rohnkurland.com; Taber, Jacob (NYC) <JTaber@perkinscoie.com>; Victoria Freedman <Victoria@Barattalawfirm.com>; Diana Wojtylak <Diana@Barattalawfirm.com>
**Subject:** RE: Uber Technologies, Inc. et al v. Simon & Simon et al.: Plaintiffs' Responses and Objections to Chiropractor Defendants' Discovery Requests

Andy, in advance of our call tomorrow, we also have a few additional issues that we want to address:

**RFPs 1 & 10**: You told us that you expected to produce documents responsive to RFPs 1 & 10 by early last week, but we do not believe that we have received any such documents yet. Please produce those documents.

**Sign in sheet shredding**: I don't believe we received a response to our request that you clarify the final date on which patient sign in sheets were shredded. Please get back to us on that.

**Templates responsive to RFP 18**: The Dr. Chrono audit logs you produced show that PSA used templates in connection with the preparation of patient records. For example, PSA-008712 references the use of html templates in a number of the entries in Column F. Such templates are responsive to our Request 18, and we do not believe they have been produced. Please produce them.

**Appointment entries**: The Dr. Chrono audit logs also reflect "Appointment" type entries, which we do not believe are reflected in the medical record PDFs you have produced. For example, we do not see in the Yasmeen Bailey PDF (PSA-008283-008689) documents corresponding to all of the "Appointment" entries in PSA-008712. Please advise regarding the reasons for the disconnect and ensure that any records relating to appointments for the claimants presently at issue are included in your productions.

Thanks,
Mike

**Michael Wadden | Perkins Coie**
+1.202.434.1683

---

**From:** Wilder, William (NYC) <wwilder@perkinscoie.com>
**Sent:** Tuesday, July 28, 2026 1:06 PM
**To:** Andrew Baratta <andrew@Barattalawfirm.com>; Wadden, Michael (WDC) <MWadden@perkinscoie.com>
**Cc:** Massey, David (NYC) <DMassey@perkinscoie.com>; Daniels, David (WDC) <DDaniels@perkinscoie.com>; Veatch, Sydney (WDC) <SVeatch@perkinscoie.com>; AKurland@rohnkurland.com; Taber, Jacob (NYC) <JTaber@perkinscoie.com>; Victoria Freedman <Victoria@Barattalawfirm.com>; Diana Wojtylak <Diana@Barattalawfirm.com>
**Subject:** RE: Uber Technologies, Inc. et al v. Simon & Simon et al.: Plaintiffs' Responses and Objections to Chiropractor Defendants' Discovery Requests

3:30 works for us. I can circulate an invite.

**Will Wilder**
Associate

D: +1 332 238 2747

**Ashurst Perkins Coie**
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

**From:** Andrew Baratta <andrew@Barattalawfirm.com>
**Sent:** Tuesday, July 28, 2026 9:52 AM
**To:** Wilder, William (NYC) <wwilder@perkinscoie.com>; Wadden, Michael (WDC) <mwadden@perkinscoie.com>