**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UBER TECHNOLOGIES, INC. and FEDERAL EXPRESS CORPORATION,**<br><br>**PLAINTIFFS,**<br><br>**v.**<br><br>**SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS,**<br><br>**DEFENDANTS.** | CIVIL ACTION<br><br>No: 2:25-cv-05365-MAK |

**[PROPOSED] ORDER**

AND NOW, this ___ day of ______, 2026, upon consideration of Plaintiffs' Motion to Compel, it is hereby ORDERED that the Motion is GRANTED and the PSA Defendants and/or the Simon Defendants shall produce (i) all shredding records from September 2025 to present; (ii) the complete list of all patients referred to PSA by Simon & Simon, (iii) a copy of the online scheduling spreadsheet shared with Simon and Simon, and, (iv) for any such patients where contemporaneous appointment notes may have existed but have been destroyed, all Dr. Chrono records for such appointments.

______________________________

**Vanaskie, T**