**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

UBER TECHNOLOGIES, INC.,

CASE NO. 2:25-CV-05365

v.

MARC SIMON, et. al.

**ORDER**

AND NOW, this ________ day of ____________, 2026, upon consideration of Plaintiffs' Motion to Compel Discovery Regarding Spoliation, and the PSA parties' response thereto, it is hereby ORDERED that said Motion is DENIED.

It is further ORDERED, pursuant to the Court's inherent authority under 28 U.S.C. §1927, that Plaintiffs shall bear all costs incurred by the PSA Parties in responding to Plaintiffs' Motion, including any and all costs of the Special Master.

BY THE COURT:

________________________
J.