# Exhibit C

Q. Okay.
For the initial intake, you said that about 90 percent of the time, you would enter it right away?
A. Yes.
Q. For the subsequent visits, what percentage of the time would you enter that information while you spoke to the patient?
A. I would say 50/50, depending on the time. I mean, sometimes we have five patients waiting and they're looking at me talking to them writing things down and they're getting frustrated. So I try to get patients in and moving quicker, not leaving without seeing us.
Q. And now going to Ethel Harvey for the subsequent, the second and subsequent visits, was her practice in those cases still to handwrite?
A. She would write on the SOAP note at that time because everything is in the computer for that second subsequent visit.
Q. Um-hmm.
A. And then she'd be able just to click the boxes that she needed and sign the note.
Q. What is a SOAP note?