# Exhibit D

Gmail

Philadelphia Spine <philadelphiaspineassociates@gmail.com>

## Dajuan Speaks

3 messages

---

**Sarah Bossi** <SarahBossi@gosimon.com> Mon, Jun 17, 2024 at 9:27 AM
To: Philadelphia Spine <philadelphiaspineassociates@gmail.com>

Good morning,

Is there an MRI Rx for Dajuan Speaks?

Thank you!

Sarah Bossi – Case Manager

Simon & Simon, PC
**18 Campus Blvd. Suite 100 – Newtown Square, PA 19073**

Phone: 215-Go-Simon (215-467-4666)

Fax: 267-639-9006

sarahbossi@gosimon.com – www.gosimon.com

---

**Philadelphia Spine** <philadelphiaspineassociates@gmail.com> Mon, Jun 17, 2024 at 9:35 AM
To: Sarah Bossi <SarahBossi@gosimon.com>

Good Morning Sarah,

No, he hasn't been referred for one as of yet. During his next appointment we will have him see the doctor to be evaluated to see if one is medically necessary.

All The Best,
Cenaiya
[Quoted text hidden]
--

*Cherrye Brown (Office Manager)*

*Felisha Torres (Front Desk)*
Philadelphia Spine Associates
5245 Germantown Ave
Suite A
Philadelphia, PA 19144
(P): 267-297-6829
(F): 267-953-8112

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Disclaimer: This electronic message and any accompanying attachments may contain information that is Proprietary, Confidential, or legally privileged or protected. It is intended only for the use of the individual(s) and entity named in the message. If you are not an intended recipient of this message, please notify the sender immediately and delete the material from your computer. Do not deliver, distribute or copy this message and do not disclose its contents or take any action in reliance on the information it contains. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. If you have received this communication in error, please contact me at the above internet email address.

---

**Sarah Bossi** <SarahBossi@gosimon.com> Mon, Jun 17, 2024 at 9:35 AM
To: Philadelphia Spine <philadelphiaspineassociates@gmail.com>

Thank you! I appreciate your help.

[Quoted text hidden]
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~