# Exhibit A

**From:** Massey, David (NYC)
**To:** James Bonnette
**Subject:** RE: Simon and Simon
**Date:** Tuesday, October 27, 2026 8:18:15 AM

---

Good morning Mr. Bonnette,

Yes, we will seek clarification from the Court.

Best regards,

David

**David Massey**
Partner

D: +1 212 261 6827

**Ashurst Perkins Coie**
1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

**From:** James Bonnette [redacted]
**Sent:** Monday, October 26, 2026 2:33 PM
**To:** Massey, David (NYC) <dmassey@perkinscoie.com>
**Subject:** Re: Simon and Simon

Just to confirm, you are inquiring with the Court whether you can speak with me about my case?
Please advise

Warm regards,
Jim

On Fri, Oct 23, 2026 at 2:22 PM Massey, David <david.massey@ashurstperkins.com> wrote:

> Mr. Bonnette,
>
> Thank you for your email. We cannot advise you or discuss the case with you until we get guidance from the Court (U.S. District Judge Mark Kearney, Eastern District of Pennsylvania in

Philadelphia), which we can do.

Best regards,

David

On Oct 22, 2026, at 10:40 PM, James Bonnette
<[redacted]> wrote:

I never to anyone else. As far as Simon and Simon, I'm not sure if you can say they represent me. When I was offered the settlement, I tried reaching out to them for weeks to explain what it meant. Nobody responded. I asked for months for them to send me any documentation or correspondence relating to my case to no avail. They just sent me a link to a drop box file yesterday, 10 months later. After seeing in my file all of the postponed dates that I never knew about because they withheld the information from me and never updated my address with the courts so I didn't receive any information. What would I have to do to confirm they are not my attorney?

On Thu, Oct 22, 2026 at 6:24 PM Massey, David
<david.massey@ashurstperkins.com> wrote:

> Mr. Bonette,
>
> Thank you for your emails. Are you currently represented by Simon & Simon or any other law firm in connection with your case? If so, we are unable to communicate with you without the consent of your legal counsel.
>
> Best regards,
>
> David
>
> **David Massey**
> Partner
>
> D: +1 212 261 6827
>
> **Ashurst Perkins Coie**

1155 Avenue of the Americas 22nd Floor
New York, NY 10036-2711
ashurstperkinscoie.com

Please follow Ashurst Perkins Coie on LinkedIn

---

**From:** James Bonnette <[redacted]>
**Sent:** Thursday, October 22, 2026 5:10 PM
**To:** Massey, David (NYC) <dmassey@perkinscoie.com>
**Subject:** Re: Simon and Simon

I should add that I was lied to on multiple occasions which I can show proof of. They also misled me to hide their incompetence. One of my medical bill payments were made to Thrivest Legal Funding who is partially owned by Brian Simon. Please point me in the right direction if you are unable to take my case.

Sincerely,
James Bonnette

On Thu, Oct 22, 2026 at 12:43 PM James Bonnette <[redacted]> wrote:

> David,
>
> I'm reaching out to you because I know you helped file a suit against Simon and Simon out of Philadelphia. This firm represented me in a traffic accident where I was hit by another driver purposefully because I was in a company vehicle and they saw an opportunity.This happened on [redacted]. Simon and Simon stretched my case out for 5 years, avoiding my calls. Rescheduling mediation and arbitrations. They sent me to unnecessary doctors while ignoring my need for treatment at the only place that actually helped with my severe neck pain. They just kept telling me someone would reach out and nobody did. I couldn't afford treatment on my own and so I continued to contact them. I would be scheduled for mediation and would receive a call the day before to reschedule. The next date would come at they would say I no longer need mediation because arbitration would be a better outcome. When I finally had arbitration in the beginning of this year, the arbitrator put me in a separate room while he and my lawyer spoke about my case. When I came back I wasn't able to talk about my accident and how it

happened. I was only asked about the pain I was in and why I stopped treatment. I didn't know what to say about the treatment because I had been trying to go but Simon and Simon kept stringing me along. My settlement was for $[redacted],000 which doesn't cover the debt I accumulated by being out of work and continuing to pay child support while [redacted]. I agreed because I was exhausted with their games and really needed the money. It's now almost November and they sent me a docusign that would release a check for $475. They found a way to overcharge me for rides or treatment. Fabricate treatment by a Dr Yarus and others and pay themselves the rest. I know this is probably not your kind of case if I even have one, but any help you can provide would be extremely appreciated. They shouldn't be able to do this to people. I can share all of the correspondence or lack of. I believe my settlement was so low because of the treatment that they weren't providing that I needed and requested. That and there's something strange about why the fact I was hit wasn't discussed. I have a police report too. Thank you for your time.

James Bonnette
[redacted]

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents. Ashurst Perkins Coie US LLP is part of the Ashurst Perkins Coie Group, a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com. "Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.

---

This email and any attachments are confidential and may be privileged. If you have received it in error, please notify the sender immediately and delete it without copying or disclosing its contents. Ashurst Perkins Coie US LLP is part of the Ashurst Perkins Coie Group, a global group of separate legal entities, some providing legal services and some non-legal services. Different legal entities in the group may operate in the same jurisdictions. Further details about the Ashurst Perkins Coie Group can be found at www.ashurstperkinscoie.com. "Partner" refers to a partner or member of a partnership in the Ashurst Perkins Coie group, or an employee or consultant of equivalent standing.