# Exhibit B

Simon & Simon Contingent Fee Agreement with [redacted] or 7/3/2020

You are retaining the firm of Simon & Simon, PC (S&S) to represent you in connection with your personal injury action under the following terms:

You will pay S&S a **gross** contingency fee of thirty-three and a third percent (33 1/3%) from any settlement if the case resolves before a lawsuit is filed and **gross** contingency fee of forty percent (40%) if case resolves by settlement, verdict, or otherwise after a lawsuit is filed.

If you were referred to us by another lawyer or law firm, S&S will pay a portion of S&S's fee, if any, will come out of S&S's fee. It will not be paid out of any portion of your recovery, if any, and therefore, it will not reduce your recovery in any way.

S&S will advance all costs in the handling of your case. You agree to reimburse S&S these costs from your portion of the recovery after S&S first receives its gross contingency fee as set forth above. These costs include but are not limited to Arbitrator's fees, case investigation/sign up fees, claim searches, complaint and filing fees, courier/fed-ex fees, travel fees, estate processing fees, expert reports, witness fess, expert fees, deposition fee, lien resolution fees, medical/non-medical record fees, police report fees, service fees, translation fees, and video playback fees, fees associated with compromise or release of Medicare, Medicaid or private health insurance plan liens and all other required disbursements (including a flat fee for reproduction, telephone and postage in the amount of $150.00 before commencement of suit and $245.00 after commencement of suit) in the handling of your case. These costs vary depending on the nature of your case, but they are usually at least a few thousand dollars but typically do not exceed $15,000.

You may incur medical bills or expense as a result of services rendered related to your case which are your responsibility to pay. These medical bills and/or expenses will be deducted from your portion of the recovery, not S&S's portion. Should no proceeds be recovered by settlement, verdict or otherwise, S&S shall have no claim against you for any services rendered herein or for any expenses incurred. You also authorize S&S to pay, negotiate, endorse, deposit and distribute to the appropriate persons any checks which it receives on your behalf.

If you breach or otherwise terminate this agreement, S&S will have a lien against any proceeds you recover in this matter by way of settlement, verdict or otherwise and a lien on this file for the same. S&S shall be entitled to immediate reimbursement of costs, disbursements, and expenses and any payment of S&S's fee according to the agreed percentage of whatever offer of settlement S&S may have negotiated to the date of termination, or to payment of S&S's fee based upon time actually expended at the prevailing rate of S&S attorneys, whichever is greater.

S&S may also decide to withdraw representation of you and/or cancel this Agreement by providing written notification to you at your last known address. The firm also reserves the right to determine whether it will represent you in any appeal arising from your case, including but not limited to an appeal of an arbitration award.

Client agrees, as evidenced by the below signature, that the terms of this agreement have been fully explained to client and further, that client had an opportunity to seek clarification, if necessary, as to the conditions set forth herein. This agreement contains the entire understanding between the parties and shall not be amended or modified or any of its provisions waived, unless in a writing signed by both you and S&S. I hereby agree to the terms and conditions of this Contingency Fee Agreement and do hereby authorize the law firm of S&S, PC to represent me in this matter.

Client Signature: [redacted] Date: 7/4/2020



HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY