**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**UBER TECHNOLOGIES, INC. and**
**FEDERAL EXPRESS CORPORATION,**
Plaintiffs,

v.

**SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS,**
Defendants.

Civil Action

No. 2:25-cv-05365-MAK

**PROPOSED ORDER**

AND NOW, this _____ day of __________________, 2026, upon consideration of Proposed Intervenor Brian Robert Seace's Motion to Withdraw Motion for Limited Permissive Intervention, it is hereby ORDERED that the Motion is GRANTED.

The Motion of Proposed Intervenor Brian Robert Seace for Limited Permissive Intervention and for Clarification or, if Necessary, Limited Modification of Applicable Confidentiality Orders is withdrawn without prejudice.

**BY THE COURT:**

_______________________________
**KEARNEY, J.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**UBER TECHNOLOGIES, INC. and**
**FEDERAL EXPRESS CORPORATION,**
Plaintiffs,

v.

**SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, and LANCE YARUS,**
Defendants.

Civil Action

No. 2:25-cv-05365-MAK

**MOTION OF PROPOSED INTERVENOR BRIAN ROBERT SEACE TO WITHDRAW MOTION FOR LIMITED PERMISSIVE INTERVENTION**

Proposed Intervenor Brian Robert Seace, by and through undersigned counsel, respectfully moves to withdraw his pending Motion for Limited Permissive Intervention and for Clarification or, if Necessary, Limited Modification of Applicable Confidentiality Orders, and states:

1. On November 13, 2026, Propose Intervenor filed a Motion for Limited Permissive Intervention seeking access to narrowly defined portions of Defendant Lance Yarus's existing discovery production relating to Dr. Yarus's calendar, schedule, professional location, and appointment activity on September 7, 2023, including records concerning Dr. Yarus's reported examination of Raymond Farmer that day.

2. The requested relief was limited to records already contained in Dr. Yarus's production in this matter and did not seek new or supplemental discovery from any federal party.

3. After the Motion was filed, it was confirmed that Dr. Yarus's production in this matter did not include his calendar, schedule, or appointment records for September 7, 2023, or other records responsive to the categories for which Seace sought access.

4. As the existing production does not contain the records at issue, the relief requested through intervention is no longer necessary.

5. Withdrawal will not affect the rights of any existing party or interfere with the adjudication of this action.

6. Proposed Intervenor therefore requests leave to withdraw the Motion without prejudice to his pursuit of appropriate discovery or other relief in *Raymond Farmer v. Brian Robert Seace, et al.*, Court of Common Pleas of Dauphin County, Pennsylvania, No. 2023-CV-04987.

WHEREFORE, Proposed Intervenor Brian Robert Seace respectfully requests that the Court permit withdrawal of his Motion for Limited Permissive Intervention and for Clarification or, if Necessary, Limited Modification of Applicable Confidentiality Orders, without prejudice.

Respectfully submitted,

Dated: November 23, 2026

By: ______________________

MICHAEL B. SCHEIB, ESQ. #63868
STEPHEN M. HICKEY, ESQ. #321658
110 South Northern Way
York, Pennsylvania 17402
T: (717) 757-7602 / F: (717) 757-3783
mscheib@gslsc.com / shickey@gslsc.com
Counsel for Proposed Intervenor Seace

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**UBER TECHNOLOGIES, INC. and**
**FEDERAL EXPRESS CORPORATION,**
Plaintiffs,

v.

**SIMON & SIMON P.C., MARC SIMON,**
**CLIFTON BURT, PREMIER PAIN &**
**REHAB CENTER, PC, ETHEL HARVEY,**
**DANIEL PICCILLO, PHILADELPHIA**
**SPINE ASSOCIATES, LLC, and**
**LANCE YARUS,**
Defendants.

Civil Action

No. 2:25-cv-05365-MAK

**CERTIFICATE OF SERVICE**

I certify that on November 23, 2026, the foregoing Motion of Proposed Intervenor Brian Robert Seace to Withdraw Motion for Limited Permissive Intervention and the accompanying Proposed Order were served upon all counsel of record through the Court's electronic filing system.

Dated: November 23, 2026

By: ______________________

MICHAEL B. SCHEIB, ESQ. #63868
STEPHEN M. HICKEY, ESQ. #321658
110 South Northern Way
York, Pennsylvania 17402
T: (717) 757-7602 / F: (717) 757-3783
mscheib@gslsc.com / shickey@gslsc.com
Counsel for Proposed Intervenor Seace