**IN THE UNITED STATES DISTRICT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | : | |
| UBER TECHNOLOGIES, INC. ET. AL. | : | |
| Plaintiffs | : | |
| | : | |
| Vs. | : | |
| | : | No: 25-5365 |
| SIMON AND SIMON, P.C, MARC SIMON, | : | |
| CLIFTON BURT, PREMIER PAIN AND | : | |
| REHAB CENTER, PC, ETHEL HARVEY, | : | |
| DANIEL PICCILO, PHILADELPHIA SPINE | : | |
| ASSOCIATES, LLC, LANCE YARUS, | | |
| Defendants | : | |
| | : | |
| | : | |

## NOTICE OF WITHDRAWAL

NOW, THIS 23rd day of November, 2026, NOTICE IS HEREBY GIVEN THAT THE UNDERSIGNED HEREBY WITHDRAWS as the Special Master for Discovery disputes in the above-captioned matter.

s/ Thomas I. Vanaskie
Thomas I. Vanaskie
Special Master