IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UBER TECHNOLOGIES, INC., *et al.*** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-5365** |
| | : | |
| **SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, LANCE YARUS** | : | |

# ORDER

**AND NOW**, this 24th day of November 2026, following Judge Vanaskie's withdrawal yesterday as a Special Discovery Master, and upon consent leading us to find good cause to appoint the Hon. Thomas J. Rueter (Ret.) as a Rule 53 Special Discovery Master following today's telephone conference (ECF 278) as the parties continue to dispute scope of discovery issues (*e.g.* ECFs 255, 269, 272) mindful of their trial obligations under our June 10, 2026 Order (ECF 125) consistent with Rule 1, it is **ORDERED** we **appoint** the Hon. Thomas J. Rueter (Ret.). to serve as the designated Special Discovery Master under Federal Rule of Civil Procedure 53 for purposes of promptly resolving all discovery disputes (in addition to his role as a Special Settlement Master [ECF 233] with the parties' consent) with us addressing all requests for precluding public access to documents requiring:

1. The parties shall work diligently and cooperatively with Judge Reuter towards resolving all discovery issues including resolving the disputes upon agreement:

a. Discovery relief (other than issues arising in deposition which shall continue to be resolved through calls from the deposition to Judge Rueter, if possible) shall continue to comply with Federal Rule 7 and our Policies by filing the requests for relief;

b. The movant shall also email the compliant motion papers and timely responses (including unredacted copies of materials filed under seal with our approval) to Judge Rueter with a copy to all counsel at trueter@jamsadr.org contemporaneous with each filing, and shall ask as to next steps including whether Judge Rueter would benefit from a telephone or in-person conference to resolve the motion;

c. Judge Rueter shall promptly decide discovery motions (on the papers or after a conference in his discretion) and email a "Notice of recommended order", with reasoning as appropriate and if warranted, to our Chambers (chambers_of_judge_kearney@paed.uscourts.gov) for our filing as a Notice of Recommended Order;

d. The parties may file objections not exceeding four pages to Judge Rueter's recommended order within twenty-four hours of the filing of the Notice of Recommended Order, with objections due over a weekend or federal holiday filed the next business day before Noon;

e. Judge Rueter's telephonic rulings during a deposition shall be transcribed by the present court reporter and be immediately effective at deposition subject to concise objections timely filed within forty-eight hours after the deposition;

f. Judge Rueter shall retain electronic copies of all materials sent to him and create a contemporaneous record of his time invested in his service to the parties;

g. Judge Rueter need not have the proceedings transcribed before him but nothing in this Order precludes a party from arranging a third-party court reporter who will provide Judge Rueter an expedited copy of the transcript of a proceeding;

2. The parties may not communicate *ex parte* with Judge Rueter as to discovery issues mindful Judge Rueter will serve as a Special Settlement Master in discussions beginning in February 2027;

3. A party moving to compel discovery from a third-party shall attach this Order to the motion seeking third party compliance;

4. Plaintiffs shall share the obligations of paying fifty percent (50%) and the Defendants shall share fifty percent (50%) of Judge Rueter's hourly rate and his reasonable costs as customarily billed by his law firm within thirty days of billing; and,

5. Judge Rueter may reallocate responsibility for timely payment of his contemporaneous hourly fees and reasonable costs in his discretion including among third parties as necessary and tailored to address demonstrated discovery abuses or delay tactics consistent with the Federal Rules of Civil Procedure.

**KEARNEY, J.**