**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UBER TECHNOLOGIES, INC., *et al.*** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-5365** |
| | : | |
| **SIMON & SIMON P.C., MARC SIMON, CLIFTON BURT, PREMIER PAIN & REHAB CENTER, PC, ETHEL HARVEY, DANIEL PICCILLO, PHILADELPHIA SPINE ASSOCIATES, LLC, LANCE YARUS** | : | |

# ORDER

**AND NOW**, this 24th day of November 2026, following today's conference (ECF 278) on a variety of scheduling issues leading to the parties' resolving Plaintiffs' Motion to compel instruction letters to Lance Yarus (ECF 247), it is **ORDERED** we **DENY** Plaintiffs' Motion to compel instruction letters to Lance Yarus (ECF 247) as **moot** conditioned upon the Simon Defendants producing the Bates-stamped instruction letters by no later than **November 25, 2026** under the parties' private confidentiality agreement along with a list identifying the letters (by date and identified patient) they claim are protected by a work product privilege relating to the underlying representations and without waiving the privilege.

**KEARNEY, J.**