**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UBER TECHNOLOGIES, INC., *et al.*** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-5365** |
| | : | |
| **SIMON & SIMON P.C.,** | : | |

# ORDER

**AND NOW**, this 25th day of November 2026, upon considering Plaintiffs' non-compliant Motion to compel (ECF 269) data investigating their view as to absent "pain sheets" for former patients of Philadelphia Spine Associates, LLC (PSA), the PSA Defendants' Response (ECF 271), following yesterday's extended conference with all counsel concerning, among other things, the parties' interest in an earlier ruling on Plaintiffs' Motion (ECF 269) given a confirmed deposition early next week without altering Special Discovery Master Rueter's primary obligations with discovery issues (mindful he began his discovery role yesterday [ECF 285]), it is **ORDERED** we **DENY** Plaintiffs' non-compliant Motion (ECF 269) lacking a description of meaningful efforts consistent with the professionalism we require in the Bar of this Court shortly before seeking relief to resolve the concern (including requesting the additional shredding invoices) other than referring on November 12 or 13, 2026 to a motion they "may file" the same or next day requiring a response by Noon the next day (after waiting almost a month to return to the issue) and otherwise "regarding the same subject matter as our letter dated October 14" and further finding Plaintiffs offer no basis to find handwritten or underlying records/pain sheets relating to the identified patients would remain in PSA's possession for several months before learned of Plaintiffs' potential claims given the testimony of PSA's shredding practices.

**KEARNEY, J.**